UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 05-11454 RBC

| | |
|---|---|
| JOSEPH H. KORAN, and KIMBERLY KORAN, Individually and on Behalf of ANA KORAN, JOSEPH KORAN, JR., And ERIK KORAN, Minors,<br>    Plaintiffs | )<br>)<br>)<br>)<br>)<br>) |
| VS. | )<br>) |
| ELIZABETH WEAVER, and TOWN OF SHERBORN,<br>    Defendants | )<br>)<br>) |

### DEFENDANT ELIZABETH WEAVER'S ANSWER TO PLAINTIFFS' COMPLAINT
### THE DEFENDANT DEMANDS A TRIAL BY JURY AS TO ALL ISSUES

Now comes the defendant, Elizabeth Weaver, and makes this her answer to the plaintiffs' complaint. Numbered paragraphs correspond to those in the plaintiffs' complaint.

Jurisdiction

The defendant denies that the amount in controversy exceeds $75,000.

Parties

1. The defendant neither admits nor denies the allegations as she is without information or knowledge sufficient to form a belief as to their truth.

2. The defendant neither admits nor denies the allegations as she is without information or knowledge sufficient to form a belief as to their truth.

3. The defendant neither admits nor denies the allegations as she is without information or knowledge sufficient to form a belief as to their truth.

4. The defendant neither admits nor denies the allegations as she is without information or knowledge sufficient to form a belief as to their truth.

5. The defendant neither admits nor denies the allegations as she is without information or knowledge sufficient to form a belief as to their truth.

6. The defendant admits.

7. The defendant neither admits nor denies the allegations as she is without information or knowledge sufficient to form a belief as to their truth.

8. The defendant neither admits nor denies the allegations as she is without information or knowledge sufficient to form a belief as to their truth.

9. The defendant admits that Joseph Koran hit her vehicle.

10. The defendant denies.

11. The defendant neither admits nor denies the allegations as she is without information or knowledge sufficient to form a belief as to their truth.

12. The defendant neither admits nor denies the allegations as she is without information or knowledge sufficient to form a belief as to their truth.

Count I – Negligence of Elizabeth Weaver

13. The defendant restates, re-alleges and incorporates herein answers to paragraphs 1 through 12 of this answers to plaintiffs' complaint.

14. The defendant denies.

15. The defendant denies.

17. The defendant denies.

WHEREFORE the defendant denies plaintiffs are entitled to judgment, interest or costs and further prays that the plaintiffs' complaint be dismissed and costs awarded to the defendant.

Count II – Negligence of Town of Sherborn

18-25. The defendant neither admits nor denies as this count does not state a claim against her.

Count III – Loss of Consortium of Kimberly Koran

26-27. The defendant neither admits nor denies as this count does not state a claim against her.

Count IV – Loss of Consortium of Kimberly Koran as to Town of Sherborn

28-29. The defendant neither admits nor denies as this count does not state a claim against her.

Count V – Loss of Consortium of Ana Koran as to Elizabeth Weaver

30-31. The defendant denies.

Count VI – Loss of Consortium of Joseph Koran Jr., as to Elizabeth Weaver

32-33. The defendant Denies.

Count VII – Loss of Consortium of Erik Koran as to Elizabeth Weaver

34-35. The defendant denies.

Count VIII – Loss of Consortium of Ana Koran as to Town of Sherborn

36-37. The defendant neither admits nor denies as this count does not state a claim against her.

Count IX – Loss of Consortium of Joseph Koren Jr., As to Town of Sherborn

38-39. The defendant neither admits nor denies as this count does not state a claim against her.

Count X – Loss of Consortium of Erik Koran as to Town of Sherborn

40-41. The defendant neither admits nor denies as this count does not state a claim against her.

THE DEFENDANT DEMANDS A TRIAL BY JURY AS TO ALL ISSUES

## AFFIRMATIVE DEFENSES

First Defense

The plaintiff's complaint must be dismissed for lack of subject matter jurisdiction.

Second Defense

    The plaintiff's complaint fails to state a cause of action.

Third Defense

    The plaintiff's negligence is the proximate cause of his injuries.

Fourth Defense

    The plaintiff's injuries were caused by a third party for whose conduct the defendant is not responsible.

                  Respectfully submitted
                    Elizabeth Weaver
                    By her attorney,

                    */s/ Dragan M. Ćetković*
                    Dragan M. Ćetković, BBO#565828
                    Black, Ćetković & Whitestone
                    200 Berkeley Street
                    Boston, MA 02116
                    (617) 236-1900

## CERTIFICATE OF SERVICE

I, Dragan M. Ćetković, hereby certify that I have mailed the foregoing document, postage prepaid, to:

Carmen L. Durso, Esquire
Robert C. Gabler, Esquire
Suite 3232
100 Summer St.
Boston, MA  02110-2104
(617) 728-9123

DATED: 9/19/05

Dragan M. Ćetković, BBO#565828