AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __MASSACHUSETTS__

JOSEPH KORAN, et al.   V.  ELIZABETH WEAVER, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 – 11454 RGS

TO: (Name and address of Defendant)

Elizabeth Weaver
23 Mayo Street
Framingham, Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Carmen L. Durso and Robert C. Gabler
100 Summer Street, 32nd Floor
Boston, Massachusetts 02110

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                    JUL 0 8 2005

CLERK                                                DATE

(By) DEPUTY CLERK

AUGUST 30, 2005

# *QUICKSERV*
### ALLSTATE PROCESS SERVERS

## RETURN OF SERVICE

*I this day SERVED the within named*    ELIZABETH WEAVER

*by delivering to*                ELIZABETH WEAVER, 8:35 AM

   **X**    *in hand*

*No.*    23 MAYO STREET
*in the*   FRAMINGHAM    *District of said*   MIDDLESEX    *County an attested copy of the SUMMONS AND COMPLAINT WITH DEMAND FOR JURY TRIAL*

*Service and travel*      28

*it being necessary I actually used a motor vehicle in the distance of* 25 *miles in the service of this process*

*Kevin Kohler*
_____
Process Server