UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 05-11454 RGS

JOSEPH H. KORAN, and KIMBERLY KORAN,
Individually and on Behalf of ANA KORAN, JOSEPH
KORAN, JR. and ERIK KORAN, Minors,

Plaintiffs,

v.

ELIZABETH WEAVER, and TOWN OF SHERBORN,

Defendants.

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel of record for the Town of Sherborn in the above-
captioned matter.

Respectfully submitted,

The Defendants,
TOWN OF SHERBORN,
By their attorneys,

PIERCE, DAVIS & PERRITANO, LLP

Darlene M. Tonucci, BBO #659495
Ten Winthrop Square
Boston, MA 02110
(671) 350-0950

Date:   October 12, 2005

## CERTIFICATE OF SERVICE

I, Darlene M. Tonucci, attorney for the defendant in the above-entitled action, hereby certify that I served upon counsel of record a copy of the foregoing by electronically filing with the U.S. District Court, on this 12th day of October, 2005.

Darlene M. Tonucci