# PIERCE, DAVIS & PERRITANO, LLP
## COUNSELLORS AT LAW

Joel F. Pierce
John J. Davis *
Judith A. Perritano
John J. Cloherty III *

Of counsel:
Gerald Fabiano
Jeffrey M. Sankey*

TEN WINTHROP SQUARE
BOSTON, MA 02110-1257

TELEPHONE (617) 350-0950
FACSIMILE (617) 350-7760

James M. Dunn ♦
John Felice
David C. Hunter †
Robert S. Ludlum †●
Maureen L. Pomeroy
Daniel G. Skrip ♦
Darlene M. Tonucci ▪

* also admitted in RI
♦ also admitted in PA
† also admitted in NY
● also admitted in CT
▪also admitted in FL

November 23, 2005

**VIA ELECTRONIC MAIL**

Clerk of Court
United States District Court
District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA 02210

Re:     Joseph H. Koran, et al vs. Elizabeth Weaver, et al
        Civil Action No. 05-11454 RGS
        Our File No.:  282-0403288

Dear Sir or Madam:

Enclosed for filing please find Local Rule 16.1 Certificates of Client Consultation from Dennis Littrell, Town Administrator for Defendant Town of Sherborn, and from Daniel Nucci, Claim Representative for Massachusetts Interlocal Insurance Association.

Thank you for your attention to this matter.

Sincerely,

**PIERCE, DAVIS & PERRITANO, LLP**

John J. Cloherty III
Darlene M. Tonucci

Enclosures
cc:     Carmen L. Durso, Esq. (via e-mail)
        Robert C. Gabler, Esq. (via e-mail)
        Dragan A. Cetkovic, Esq. (via mail and facsimile)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



CIVIL ACTION No. 05-11454 RGS

_____
JOSEPH H. KORAN, and KIMBERLY KORAN,       )
Individually and on Behalf of ANA KORAN,   )
JOSEPH KORAN, JR. and ERIK KORAN,          )
Minors,                                    )
                                           )
        Plaintiffs,                        )
                                           )
v.                                         )
                                           )
ELIZABETH WEAVER, and TOWN                 )
OF SHERBORN,                               )
                                           )
        Defendants.                        )
_____)

## CERTIFICATE OF CLIENT CONSULTATION
(Pursuant to L.R. 16.1(d)(3))

        The attorney of record for the Defendant, TOWN OF SHERBORN, hereby certifies that she

has conferred with the Defendant or the Defendant's authorized representative regarding: (1)

establishing a budget of costs for conducting the full course of litigation; and (2) the resolution of

litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                            Respectfully submitted,
                            The Defendant,
                            TOWN OF SHERBORN,
                            By its attorneys,

                            PIERCE, DAVIS & PERRITANO, LLP

                            John J. Cloherty III, BBO #566522
                            Darlene M. Tonucci, BBO # 659495
                            Ten Winthrop Square
                            Boston, MA 02110
                            (671) 350-0950

_____
Daniel Nucci, Claims Representative
MIIA

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 05-11454 RGS

JOSEPH H. KORAN, and KIMBERLY KORAN, )
Individually and on Behalf of ANA KORAN, )
JOSEPH KORAN, JR. and ERIK KORAN, )
Minors, )
　　　　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiffs, )
v. )
　　　　　　　　　　　　　　　　　　　　　)
ELIZABETH WEAVER, and TOWN )
OF SHERBORN, )
　　　　　　　　　　　　　　　　　　　　　)
　　　　　Defendants. )

## CERTIFICATE OF CLIENT CONSULTATION
(Pursuant to L.R. 16.1(d)(3))

The attorney of record for the Defendant, TOWN OF SHERBORN, hereby certifies that she

has conferred with the Defendant or the Defendant's authorized representative regarding: (1)

establishing a budget of costs for conducting the full course of litigation; and (2) the resolution of

litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　The Defendant,
　　　　　　　　　　　　　TOWN OF SHERBORN,
　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　PIERCE, DAVIS & PERRITANO, LLP

　　　　　　　　　　　　　John J. Cloherty III, BBO #566522
　　　　　　　　　　　　　Darlene M. Tonucci, BBO # 659495
　　　　　　　　　　　　　Ten Winthrop Square
　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　(671) 350-0950

Dennis Luttrell, Town Administrator
Town of Sherborn