UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 05-11454 RGS

| | |
|---|---|
| JOSEPH H. KORAN, and KIMBERLY KORAN, Individually and on Behalf of ANA KORAN, JOSEPH KORAN, JR. and ERIK KORAN, Minors,<br><br>　　　　Plaintiffs<br>V.<br><br>ELIZABETH WEAVER, and TOWN OF SHERBORN,<br><br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF COMPLIANCE BY COUNSEL WITH LOCAL RULE 16.1(D)**

I, Carmen L. Durso, attorney for the plaintiffs in this action, hereby certify that I have conferred with my clients regarding: (a) the costs of conducting both the full course, and various alternative courses, of the litigation; and (b) the resolution of this action through the use of the alternative dispute resolution programs which are available to litigants.

Signed under the pains and penalties of perjury on November 30, 2005.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　The Plaintiffs
　　　　　　　　　　　　　　　　　　　By their attorney,

　　　　　　　　　　　　　　　　　　　CARMEN L. DURSO, ESQUIRE
　　　　　　　　　　　　　　　　　　　B.B.O. # 139340
　　　　　　　　　　　　　　　　　　　Suite 3232
　　　　　　　　　　　　　　　　　　　100 Summer Street
　　　　　　　　　　　　　　　　　　　Boston, MA 02110-2104
　　　　　　　　　　　　　　　　　　　(617) 728-9123

## CERTIFICATE OF COMPLIANCE BY PARTY WITH LOCAL RULE 16.1(D)

I, JOSEPH H. KORAN, plaintiff in this action, hereby certify that I have conferred with my attorney, Carmen L. Durso, regarding: (a) the costs of conducting both the full course, and various alternative courses, of the litigation; and (b) the resolution of this action through the use of the alternative dispute resolution programs which are available to litigants.

Signed under the pains and penalties of perjury on November 30, 2005.

_____
JOSEPH H. KORAN

## CERTIFICATE OF SERVICE

I, Carmen L. Durso, attorney for plaintiffs, hereby certify that I served the Certificate of Compliance by Counsel with Local Rule 16.1(D) and Certificate of Compliance by Party with Local Rule 16.1(D) on the parties, by delivering a copy, in hand, to Darlene Tonucci, Esquire, Pierce, Davis & Perritano, LLP, 10 Winthrop Square, Boston, MA 02110.

DATED: November 30, 2005

_____
CARMEN L. DURSO, ESQUIRE