UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 05-11454-RBC- RGS

| | |
|---|---|
| JOSEPH H. KORAN, and KIMBERLY KORAN, Individually and on Behalf of ANA KORAN, JOSEPH KORAN, JR., And ERIK KORAN, Minors,<br>    Plaintiffs | )<br>)<br>)<br>)<br>)<br>) |
| VS. | )<br>) |
| ELIZABETH WEAVER, and TOWN OF SHERBORN,<br>    Defendants | )<br>)<br>) |

**CERTIFICATION OF COUNSEL**

I, Dragan M. Ćetkovic certify the I have conferred with the authorized representative of Elizabeth Weaver the following:

A.  Establishing a budget for the costs of conducting the full course, and various alternative courses of the litigation; and

B.  Considerations of the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Respectfully submitted
Elizabeth Weaver
By her attorney,

_____
Dragan M. Ćetkovic, BBO#565828
Black, Ćetković & Whitestone
200 Berkeley Street
Boston, MA  02116
(617) 236-1900

_____
ELIZABETH WEAVER

Dated: 16 November 2005