UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 05-11454 RBC—RGS

JOSEPH H. KORAN, and KIMBERLY )
KORAN, Individually and on Behalf of )
ANA KORAN, JOSEPH KORAN, JR., )
And ERIK KORAN, Minors, )
    Plaintiffs )
)
VS. )
)
ELIZABETH WEAVER, and )
TOWN OF SHERBORN, )
    Defendants )

**CERTIFICATION OF COUNSEL**

I, Dragan M. Cetkovic certify the I have conferred with the authorized representative of Elizabeth Weaver the following:

A.    Establishing a budget for the costs of conducting the full course, and various alternative courses of the litigation; and

B.    Considerations of the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

        Respectfully submitted
        Elizabeth Weaver
        By her attorney,

        Dragan M. Ćetković, BBO#565828
        Black, Ćetković & Whitestone
        200 Berkeley Street
        Boston, MA 02116
        (617) 236-1900

Authorized Representative
Richard Dominick,
Liberty Mutual Insurance Company

Dated: 11/16/05