UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 05-11454 RGS

_____
)
JOSEPH H. KORAN, and KIMBERLY KORAN, )
Individually and on Behalf of ANA KORAN, )
JOSEPH KORAN, JR. and ERIK KORAN, Minors, )
    Plaintiffs, )
v. )
)
ELIZABETH WEAVER and )
TOWN OF SHERBORN, )
    Defendants. )
_____)

**CERTIFICATION UNDER LOCAL RULE 7.1**

    Counsel for the defendant, Town of Sherborn, hereby certifies, pursuant to Local Rule 7.1(A)(2), that on August 15, 2006 I conferred with counsel for all parties relative to moving to amend the discovery deadline and all subsequent deadlines by two months, and all were unopposed to and agreeable to such an extension.

                            Respectfully submitted,

                            The Defendants,
                            TOWN OF SHERBORN,
                            By their attorneys,

                            PIERCE, DAVIS & PERRITANO, LLP

                            /s/ Michael D. Leedberg
                            Michael D. Leedberg, BBO #660832
                            Ten Winthrop Square
                            Boston, MA 02110
                            (671) 350-0950

August 17, 2006

## CERTIFICATE OF SERVICE

    I, Michael D. Leedberg, attorney for the defendant in the above-entitled action, hereby certify that I served upon counsel of record a copy of the foregoing by electronically filing with the U.S. District Court, on this 17th day of August, 2006, and also by mailing copies to all counsel of record via first class mail.

                                                                            _____
                                                                            Michael D. Leedberg