UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 05-11454 RGS

JOSEPH H. KORAN, and KIMBERLY KORAN, )
Individually and on Behalf of ANA KORAN, )
JOSEPH KORAN, JR. and ERIK KORAN, Minors, )
    Plaintiffs, )
v. )
)
ELIZABETH WEAVER and )
TOWN OF SHERBORN, )
    Defendants. )

## CERTIFICATION UNDER LOCAL RULE 7.1

Counsel for the defendant, Town of Sherborn, hereby certifies, pursuant to Local Rule 7.1(A)(2), that the undersigned attempted to confer with all counsel of record by telephone on December 19, 2006, in an effort to join issue on the defendant's Motion for Leave to File Motion for Summary Judgment. Counsel for neither plaintiff nor the co-defendant were available, and they have not returned the undersigned's calls. Due to the urgency of the defendant's Motion for Leave to File Motion for Summary Judgment, the defendant could not reasonably make any further attempts to confer without further surpassing the deadline for dispositive motions. Under the circumstances, the undersigned thereby attempted in good faith to resolve or narrow the issues set forth in defendant's Motion for Leave to File Motion for Summary Judgment.

The defendant,

TOWN OF SHERBORN,
By its attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**

_____
Michael D. Leedberg, BBO #660832
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

Dated: December 19, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above document was served upon the co-defendant Weaver's counsel of record at his address of record via regular mail. Weaver's counsel does not appear to be a registered Pacer user.

_____
Michael D. Leedberg