UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 05-11454 RGS

JOSEPH H. KORAN, and KIMBERLY KORAN, )
Individually and on Behalf of ANA KORAN, )
JOSEPH KORAN, JR. and ERIK KORAN, Minors, )
    Plaintiffs, )
v. )
)
ELIZABETH WEAVER and )
TOWN OF SHERBORN, )
    Defendants. )

**CERTIFICATION OF ASSENT**

Counsel for the defendant, Town of Sherborn, hereby certifies that, pursuant to Local Rule 7.1(A)(2), I was able to confer with plaintiff's counsel on December 19, 2006 at 3:45 P.M., and during that conference, plaintiff's counsel assented to the defendant's Motion for Leave to File Motion for Summary Judgment filed on December 19, 2006 (docket document no. 17).

The defendant,

TOWN OF SHERBORN,
By its attorneys,
PIERCE, DAVIS & PERRITANO, LLP

_____
Michael D. Leedberg, BBO #660832
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

Dated: December 19, 2006

1

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the above document was served upon the co-defendant Weaver's counsel of record at his address of record via regular mail on December 19, 2006. Weaver's counsel does not appear to be a registered Pacer user.

_____
Michael D. Leedberg