UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 05-11454 RGS

_____
                                                      )
JOSEPH H. KORAN, and KIMBERLY KORAN, )
Individually and on Behalf of ANA KORAN,      )
JOSEPH KORAN, JR. and ERIK KORAN, Minors,)
    Plaintiffs,                                          )
v.                                                           )
                                                               )
ELIZABETH WEAVER and                          )
TOWN OF SHERBORN,                              )
    Defendants.                                        )
_____)

## CERTIFICATION UNDER LOCAL RULE 7.1

    Counsel for the defendant, Town of Sherborn, hereby certifies, pursuant to Local Rule 7.1(A)(2), that the undersigned attempted to confer with plaintiff's counsel by telephone on November 14, 2006 and by letter dated December 12, 2006 (copy enclosed) requesting a conference on the defendant's Motion for Summary Judgment. The defendant never received a reply, and has therefore made a good faith effort to confer as required by Local Rule 7.1.

    The defendant,

    TOWN OF SHERBORN,
    By its attorneys,

    PIERCE, DAVIS & PERRITANO, LLP

    _____
    Michael D. Leedberg, BBO #660832
    Ten Winthrop Square
    Boston, MA 02110
    (617) 350-0950

Dated: December 19, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the above document was served upon the co-defendant Weaver's counsel of record at his address of record via regular mail. Weaver's counsel does not appear to be a registered Pacer user.

_____
Michael D. Leedberg