**MOTION FOR SUMMARY JUDGMENT**
**EXHIBIT 17**
**Taber's Cyclopedic Medical Dictionary**
**(on Human Gestation Periods)**



EDITION 19

Taber's
CYCLOPEDIC
MEDICAL
DICTIONARY



F.A. DAVIS

gerontoxon | 868 | | 869 | giardiasis

**gerontoxon** (jĕ-rŏn-tŏks′ŏn) [″ + *toxon*, bow] Arcus senilis.

**geropsychiatry** A subspecialty of psychiatry dealing with mental illness in the elderly.

**Gerota's capsule, Gerota's fascia** (gă-rō′tăz) [Dimitru Gerota, Rumanian anatomist, 1867–1939] The perirenal fascia.

**Gerstmann syndrome** [Josef Gerstmann, Austrian neurologist, 1887–1969] A neurological disorder resulting from a lesion in the left (or dominant) parietal area. Patients are unable to point or name different fingers, have confusion of the right and left sides of the body, and are unable to calculate or write. In addition, they may have word blindness and homonymous hemianopia.

**gestagen** (jĕs′tă-jĕn) Something that produces progestational effects. This general term is usually applied to natural or synthetic steroid hormones used to alter reproductive physiology.

**gestalt** (gĕs-tawlt′) [Ger. *Gestalt*, form] The concept that the configuration of objects and experience is present as a whole formation that cannot be analyzed by breaking it into its component parts.

 *g. therapy*  A form of therapy that emphasizes the treatment of the person as a whole, with a focus on the reality of the present time and place and with an emphasis on personal growth and enhanced self-awareness.

**gestation** (jĕs-tā′shŭn) [L. *gestare*, to bear] In mammals, the length of time from conception to birth. The average gestation time is a species-specific trait. In humans, the average length, as calculated from the first day of the last normal menstrual period, is 280 days, with a normal range of 259 days (37 weeks) to 287 days (41 weeks). Infants born prior to the 37th week are considered premature and those born after the 41st week, postmature. SEE: *gestational assessment; pregnancy*.

 *abdominal g.*  Ectopic pregnancy in which the embryo develops in the peritoneal cavity.

 *cornual g.*  Pregnancy in an ill-developed cornu of a bicornuate uterus.

 *ectopic g.*  Pregnancy in which the fetus develops outside the uterus.

 *interstitial g.*  Tubal pregnancy in which the embryo is developed in a portion of the fallopian tube that traverses the wall of the uterus.

 *multiple g.*  The presence of two or more embryos in the uterus. The incidence of this in the U.S. is about 1.5% of all births. Up to 40% of twin gestations are undiagnosed before labor and delivery. When twins are diagnosed by ultrasound early in the first trimester, in about half of these cases one twin silently abort, and this may or may not be accompanied by bleeding. This phenomenon has been termed the vanishing twin. The incidence of birth defects in each fetus of a twin pregnancy is twice that in singular pregnancy. Triplet, quadruplet, and higher gestation pregnancies are a side effect of commonly used fertility drugs.

 *prolonged g.*  Pregnancy that continues past 41 weeks.

 *secondary g.*  Pregnancy in which the embryo becomes dislodged from the original seat of implantation and continues to develop in a new situation.

 *secondary abdominal g.*  Extrauterine pregnancy in which the embryo, originally situated in the oviduct elsewhere, has developed in the abdominal cavity.

 *tubal g.*  Ectopic pregnancy in which the embryo grows in the fallopian tube.

 *tuboabdominal g.*  Extrauterine pregnancy in which the embryonic is formed partly in the abdominal extremity of the oviduct and partly in the abdominal cavity.

 *tubo-ovarian g.*  Extrauterine pregnancy in which the embryonic sac partly in the ovary and partly in the dominal end of the fallopian tube.

 *uterotubal g.*  Pregnancy in which the ovum develops partially in the uterine end of the fallopian tube and, partially within the cavity of the uterus.

**gestational assessment**  Determination of the prenatal age of the fetus. This information is essential for obstetric care because it influences the decision to intervene and at what time. The age has been estimated by evaluating the menstrual history, time of initial detection of fetal heart tones, and date the fundus reaches the umbilicus. These methods are not precise, especially the date of the last menstrual period either vaguely remembered or unknown.

 Use of ultrasound to measure crown-rump length in the first trimester, the biparietal diameter in the second trimester, and other measurements permits a more nearly precise estimate of gestational age. Even so, these techniques, because of biological variation in fetal size and early intrauterine growth failure, may not be consistently accurate. SEE: *Dubowitz tool*.

**gestation sac**  The amnion and its contents.

**gestation time**  The duration of a normal pregnancy for a particular species. SEE: *pregnancy for table*.

**gestosis** (jĕs-tō′sĭs) [L. *gestare*, to bear + Gr. *osis*, condition] Any disorder of pregnancy.

small intestine of humans and other animals, are pear shaped, and have two nuclei and four pairs of flagella. They attach themselves to the cells of the intestinal mucosa, from which they absorb nourishment. Cysts can survive in water for up to 3 months. The concentration of chlorine routinely used in treating domestic water supplies does not kill *Giardia* cysts, but boiling water inactivates them.

 *G. lamblia*  A species of *Giardia* found in humans, transmitted by ingestion of cysts in fecally contaminated water or food. *G. lamblia* organisms are found worldwide. The most common symptoms of *G. lamblia* infection are diarrhea, fever, cramps, anorexia, nausea, weakness, weight loss, abdominal distention, flatulence, greasy stools, belching, and vomiting. Onset of symptoms begins about 2 weeks after exposure; the disease may persist for up to 2 to 3 months.

 There is no effective chemoprophylaxis for this disease. Metronidazole or albendazole are preferred treatments. SEE: *water, emergency preparation of safe drinking*.

 DIAGNOSIS: Cysts or trophozoites can be identified in feces. Three consecutive negative tests are required before the feces are considered to be negative. Duodenal contents also can be examined by aspiration or string test, in which an ordinary string is swallowed and allowed to remain in the duodenum long enough for the protozoa to attach. On removal, it is examined for the presence of cysts or trophozoites. A stool antigen assay test detects *Giardia*. This involves either immunofluorescence or enzyme-linked immunosorbent assay. SEE: illus.

**giardiasis** (ji″ar-di′a-sis) Infection with the flagellate protozoan *Giardia lamblia*.



**GIARDIA LAMBLIA**
(A) trophozoites (orig. mag. ×1000), (B) cysts (orig. mag. ×1000)

**Ghon's complex** (gŏn) [Anton Ghon, Czech. pathologist, 1866–1936] A small, sharply defined shadow in radiographs of the lung seen in certain cases of pulmonary tuberculosis. It represents the necrotic, calcified remains of the primary lesion of tuberculosis. The mycobacteria within the lesion may remain viable and be the source of endogenous and generalized reinfection with tuberculosis. Also called *Ghon's primary lesion*.

**Ghon's tubercle**  Ghon's complex.

**GHRH**  growth hormone–releasing hormone.

GI  gastrointestinal.

**Giannuzzi's cells**  (jăn-noot′sēz) [Giuseppe Giannuzzi, It. anatomist, 1839–1876] Crescent-shaped groups of serous cells found in the mixed salivary glands. They appear as darkly staining cells forming a caplike structure on the alveoli.

**giant**  [Gr. *gigas*, giant] An individual or structure much larger than normal.

 *giant cell tumor*  1. A malignant or benign bone tumor that probably arises from connective tissue of the bone marrow. Histologically, it contains a vascular reticulum of stromal cells and multinucleated giant cells. 2. A yellow giant cell tumor of a tendon sheath. 3. Epulis. 4. Chondroblastoma.

**giantism**  (ji′ăn-tĭzm)  Gigantism.

**Giardia**  (jē-ar′dē-ă) [Alfred Giard, Fr. biologist, 1846–1908] A genus of protozoa possessing flagella. They inhabit the

**gnathophobia**  (găth″mă-fō′bē-ă) [Gr. *geuma*, taste, + *phobos*, fear] An abnormal dislike or fear of tastes.

**GFR**  glomerular filtration rate.

**GH**  growth hormone.

**gesture**  1. A body movement that helps to express or conceal thoughts or emphasize speech. SEE: *body language*. 2. An act, written or spoken, to indicate feeling.