UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 05-11454 RGS

```
                                              )
JOSEPH H. KORAN, and KIMBERLY KORAN,          )
Individually and on Behalf of ANA KORAN,      )
JOSEPH KORAN, JR. and ERIK KORAN, Minors,     )
        Plaintiffs,                           )
v.                                            )
                                              )
ELIZABETH WEAVER and                          )
TOWN OF SHERBORN,                             )
        Defendants.                           )
                                              )
```

**DEFENDANT, TOWN OF SHERBORN'S**
**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, the defendant, Town of Sherborn [hereinafter "defendant"], hereby moves for summary judgment as all counts of the plaintiffs' Complaint against it. Pls' Compl. The defendant states that there is no genuine dispute of material facts, and he is entitled to judgment as a matter of law. Specifically, the undisputed evidence establishes that the defendant had no notice of the alleged defect which the plaintiffs claim caused them injury. Without evidence of notice there can be no breach of duty and thus no liability. Oliveri v. Massachusetts Bay Transportation Authority, 363 Mass. 165, 167, 292 N.E.2d 863, 864 (1973). Hence all of the plaintiffs' claims fail on this ground. Second, the plaintiffs' loss of consortium claims fail because the plaintiffs neglected to make presentment as required by the Massachusetts Tort Claims Act. MASS. GEN. LAWS ch. 258 § 4. Lastly, consortium plaintiff Erik Koran's claim fails because he was not yet conceived as of the date of the underlying incident. Lareau v. Page, 39 F.3d 384, 390 (1st Cir., 1994).

The defendant submits the attached Exhibits 1-16, Memorandum of Law, Rule 7.1 Certification and Rule 56.1 Statement, and the following Exhibits in further support of this Motion:

1.   Plaintiff's Deposition Transcript;

2.   Town of Sherborn Emergency Medical Technician [hereinafter "EMT"] Dominick Tolson's Deposition Transcript;

3.   Town of Sherborn EMT Scott Christensen's Deposition Transcript;

4.   Plaintiff Joseph H. Koran's February 10, 2003 letter to the defendant;

5.   Town of Sherborn Deputy Fire Chief Jonathan Dowse's Deposition Transcript;

6.   Users' Manual for the Model 93ES Squadmate Ambulance Cot;

7.   Cot Technician Paul Bonang's Deposition Transcript;

8.   Plaintiffs' Initial Mandatory Discovery Disclosures;

9.   Town of Sherborn Fire Captain Pamela Dowse's Deposition Transcript;

10.  Affidavit of Town of Sherborn Fire Chief Neil McPherson

11.  Defendant Town of Sherborn's Ambulance Checklists from 2/22/01-2/2/03;

12.  Massachusetts Department of Health Annual Equipment Inspection Reports documenting Town of Sherborn Ambulance Inspections from 1997 through 2003;

13.  Town of Sherborn Fire Chief Neil McPherson's Deposition Transcript;

14.  Town of Sherborn Fire & Rescue Call Response Logs for 1/1/03-3/1/03;

15.  Plaintiff Erik Koran's Answers to Interrogatories; and

16.  Unreported decision from the Appeals Court of Massachusetts, Goraj v. Nowak Funeral Home, 845 N.E.2d 450, 66 Mass.App.Ct. 1102 (2006).


WHEREFORE the defendant, Town of Sherborn, moves that summary judgment be granted in its favor as to each or all Counts for the various reasons stated above.

The defendant,
TOWN OF SHERBORN,
By its attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**

Michael D. Leedberg, BBO #660832
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

Dated:  December 19, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the above document was served upon the co-defendant Weaver's counsel of record at his address of record via regular mail on December 19, 2006.  Weaver's counsel does not appear to be a registered Pacer user.

Michael D. Leedberg

# MOTION FOR SUMMARY JUDGMENT
## EXHIBIT 1
### Plaintiff's Deposition

## Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
------------------------------
                               *
JOSEPH H. KORAN, AND           *
KIMBERLY KORAN, IND. AND       *
ON BEHALF OF ANA KORAN,        *
JOSEPH KORAN, JR., AND         *
ERIC KORAN, MINORS             *
        Plaintiffs             * CA No. 05-11454 RGS
vs.                            *
                               *
ELIZABETH WEAVER, AND          *
TOWN OF SHERBORN               *
        Defendants             *
------------------------------
```

DEPOSITION OF:  JOSEPH H. KORAN

BLACK CETKOVIC & WHITESTONE

200 Berkeley Street

Boston, MA 02116

July 21, 2006

Commenced at 10:49 a.m.


LESLIE A. D'EMILIA

## Page 2

1  APPEARANCES:
2  Representing the Plaintiff, Joseph H. Koran:
     LAW OFFICE OF CARMEN L. DURSO
3    Suite 1425
     175 Federal Street
4    Boston, MA 02110-2241
     (617) 728-9123
5    dursolaw@tiac.net
6  Representing the Defendant, Elizabeth Weaver:
     BLACK CETKOVIC & WHITESTONE
7    200 Berkeley Street
     Boston, MA 02116
8    BY: DRAGAN CETKOVIC, ESQ.
     (617) 236-1900
9
10 Representing the Defendant, Town of Sherborn:
     PIERCE, DAVIS & PERRITANO, LLP
11   Ten Winthrop Square
     Boston, MA 02110-1257
12   BY: MICHAEL D. LEEDBERG, ESQ.
     (617) 350-0950 EXT. 105
13
14
15
16
17
18
19
20
21
22
23
24

## Page 3

1        INDEX
2  Witness        Direct Cross Redirect Recross
   JOSEPH H. KORAN
3
   By Mr. Cetkovic    5
4  By Mr. Durso
   By Mr. Leedberg       36
5        EXHIBITS
   Number              Page
6
   1   MetroWest Medical Records    48
7  2   Sherborn & Rescue Records    56
   3   Sherborn Fire Dept. Records  57
8  4   Answers to Interrogatories   88
   5   Report 2-10-03               95
9  6   Medical records              104
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

## Page 4

1        MR. CETKOVIC:  Can we agree to the
2  stipulations that all objections and motions to
3  strike are reserved until the time of trial or
4  motion for summary judgment, whichever comes first?
5        MR. DURSO:  Sure.
6        MR. CETKOVIC:  And how about signing the
7  transcript?
8        MR. DURSO:  Waive the notary, 30 days.
9        MR. CETKOVIC:  Any other preliminary
10 matters?
11       MR. DURSO:  No.
12       STIPULATION
13    It is hereby stipulated and agreed by and
14 between counsel for the respective parties that the
15 sealing and filing of the deposition in court are
16 waived; that the witness shall read and sign the
17 deposition transcript under the pains and penalties
18 of perjury, within thirty days of receipt thereof.
19    It is further stipulated that all objections,
20 except as to the form of the question, and all
21 motions to strike are reserved until the time of
22 trial.
23       JOSEPH H. KORAN,
24 having been satisfactorily identified by the

2 (Pages 5 to 8)

| Page 5 |
| --- |

1  production of his driver's license and duly sworn by
2  the Notary Public, testified under oath as follows:
3          DIRECT EXAMINATION
4  BY MR. CETKOVIC:
5  Q. Sir, could you state your full name, please?
6  A. Joseph Henry Koran.
7  Q. Mr. Koran, my name is Dragan Cetkovic, and I
8     represent Elizabeth Weaver in this personal injury
9     lawsuit that you brought. I'm going to ask you a
10    series of questions today. This is a deposition
11    proceeding. Let me ask you first, have you ever
12    been through a deposition before this one?
13 A. No.
14 Q. Just a couple of ground rules. Let me finish my
15    question before you start answering. Okay?
16 A. Okay.
17 Q. You have to give verbal answers so the stenographer
18    can take it down. In other words, "uh-uh" or
19    "uh-huh," you never know how that's going to come
20    out in the transcript. Do you understand that?
21 A. I do.
22 Q. If you at any time need a break or want to talk to
23    your attorney, just let us know. All right?
24 A. Okay.

| Page 6 |
| --- |

1  Q. What is your current residential address?
2  A. 6101 Twain Drive, Newmarket, Maryland 21774.
3  Q. And how long have you been living at this address?
4  A. October 31, 2005 I moved in.
5  Q. Is it a house?
6  A. Yes.
7  Q. Do you own it?
8  A. Yes.
9  Q. What is your Social Security number?
10 A. 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.
11 Q. Are you married?
12 A. Yes.
13 Q. Your spouse's name?
14 A. Kimberly Ann Koran.
15 Q. Do you have kids?
16 A. Yes.
17 Q. How many?
18 A. Three.
19 Q. Do you currently work?
20 A. Yes.
21 Q. What do you do?
22 A. I'm a senior manager of supplies, seafood and
23    poultry, for a management company.
24 Q. What's the name of the management company?

| Page 7 |
| --- |

1  A. Sodexho.
2  Q. How's that spelled?
3  A. S-o-d-e-x-h-o.
4  Q. And how long have you been with Sodexho?
5  A. Three weeks.
6  Q. What is your salary?
7  A. Current salary is $85,000 a year.
8  Q. Do you have a bonus or profit sharing?
9  A. Yes.
10 Q. What is that?
11 A. Bonus is up to 20 percent of my salary.
12 Q. So you've been in this job just for three weeks;
13    correct?
14 A. Correct.
15 Q. What did you do before?
16 A. Worked for US Foodservice as a category manager of
17    seafood.
18 Q. And they're similar duties?
19 A. Yes.
20 Q. Currently where's your office located physically?
21 A. Gaithersburg, Maryland.
22 Q. Gay?
23 A. G-a-i-t-h-e-r-s-b-u-r-g.
24 Q. And as a manager what are your duties?

| Page 8 |
| --- |

1  A. Negotiate purchasing contracts.
2  Q. Does that involve lots of travelling?
3  A. Can you define lots?
4  Q. What is currently the percentage of your time spent
5     in travel?
6  A. 20 percent.
7  Q. Tell me a little bit about your educational
8     background?
9  A. I graduated from high school in 1980. Attended--
10 Q. Which one?
11 A. --North High in East Lake, Ohio. I went to
12    Defiance College for two years in Defiance, Ohio.
13 Q. Did you get a degree?
14 A. No. Went to University of Akron for two years in
15    Akron, Ohio. Did not complete my degree.
16 Q. Did not?
17 A. No. I'm currently enrolled at the
18    University of Phoenix on-line.
19 Q. For what degree?
20 A. Business management.
21 Q. For bachelor's degree?
22 A. Yes.
23 Q. When do you expect to complete that?
24 A. 2007.

| Page 9 | Page 11 |
|---|---|
| 1 Q. Your date of birth and place? | 1 Q. Salary was the same? |
| 2 A. November 25, 1961, Painesville, Ohio. | 2 A. Salary was at 92,000 in 2002. I received an |
| 3 Q. In 2003 were you employed? | 3 increase in 2003. |
| 4 A. Yes. | 4 Q. Did you have any other compensation from your |
| 5 Q. Who did you work for? | 5 company other than salary and bonus? |
| 6 A. Schwan's Food Service. | 6 A. I had a company vehicle. I don't know if that was |
| 7 Q. And where are they out of? | 7 considered compensation. |
| 8 A. Marshall, Minnesota. | 8 Q. Anything else? Any other perks? |
| 9 Q. Where was your office? | 9 A. I guess I would ask to define what perks are. |
| 10 A. Cicero, New York. | 10 Q. Benefits? |
| 11 Q. What's there? Is it an office building, or do you | 11 A. Well, there was a percentage of health benefits that |
| 12 work out of your house? | 12 were paid if that's what you're asking. |
| 13 A. In New York? | 13 Q. Health. Did you at that time in 2003 have any other |
| 14 Q. Yes. | 14 source of income? |
| 15 A. I worked out of my house. | 15 A. No. |
| 16 Q. What was your position? | 16 Q. On February 6, 2003 you were on business in |
| 17 A. Zone manager. | 17 Massachusetts; am I correct? |
| 18 Q. And what was your zone? | 18 A. Correct. |
| 19 A. The northeast United States. | 19 Q. What was your mission? What was your business |
| 20 Q. And what were your duties? | 20 purpose? |
| 21 A. Managed a team of regional managers. I had five | 21 A. I had a meeting with a broker and my regional |
| 22 regional managers and managed the P & L for the | 22 managers. |
| 23 entire zone for foodservice sales. | 23 Q. Where was the meeting scheduled? |
| 24 Q. What's P & L? | 24 A. At the Sherborn Inn. |

| Page 10 | Page 12 |
|---|---|
| 1 A. Profit and loss statement. | 1 Q. Where? |
| 2 Q. So you were more in the managerial position rather | 2 A. In Sherborn, Massachusetts. |
| 3 than, you know, actually selling or purchasing or | 3 Q. Had you been there before, before this trip? |
| 4 whatever? Am I correct? | 4 A. No. |
| 5 A. I was in a management position, yes. | 5 Q. You lived at that time in Cicero, New York? |
| 6 Q. And what was the percentage of your travel outside | 6 A. Correct. |
| 7 of your office at that time? | 7 Q. Did you travel that day, February 6th? |
| 8 A. 80 percent. | 8 A. Yes. |
| 9 Q. And what would you do on these business trips? | 9 Q. How did you travel from New York to Massachusetts? |
| 10 A. Met with--worked with my regional managers. Met | 10 A. I drove a rented vehicle. |
| 11 with clients, brokers. | 11 Q. What was the vehicle? |
| 12 Q. Were you purchasing food for Schwan's, or you were | 12 A. A Ford Expedition. |
| 13 selling their food? | 13 Q. Is that the biggest SUV in the Ford's line-up? |
| 14 A. Selling products we manufactured. | 14 A. I'm not familiar with their specifications, so I |
| 15 Q. And what were the products? | 15 can't answer that. |
| 16 A. Three categories, pizza, Asian, southwestern. | 16 Q. Have you driven an Expedition before this day? |
| 17 Q. Frozen food? | 17 A. Yes. |
| 18 A. Yes. | 18 Q. You said you had an employee's vehicle also? |
| 19 Q. How much were you making at that time in 2003? | 19 A. Yes. |
| 20 A. 95,000. | 20 Q. Was there any reason why you didn't take the |
| 21 Q. Any bonuses? | 21 employee's vehicle? |
| 22 A. Yes, up to 25 percent of my salary. | 22 A. Yes, there is. I had a number of things that were |
| 23 Q. Do you recall what was your bonus in 2002? | 23 shipped to me from our corporate office that I |
| 24 A. I do not recall what my bonus was. | 24 needed to take to the regional managers that I had |

4 (Pages 13 to 16)

| Page 13 |
|---|

1  there, that I could not carry in that vehicle.
2  Q. Did you have a valid driver's license at that time?
3  A. Yes.
4  Q. Issued by which state?
5  A. New York.
6  Q. Has your driver's license ever been revoked or
7  suspended?
8  A. No.
9  Q. Never in your life?
10  A. I don't recall. I may--not that I remember, not
11  that I remember.
12  Q. Have you at any time in your life maintained a
13  residence in Massachusetts?
14  A. No.
15  Q. What time did you start your trip on
16  February 6, 2003?
17  A. Probably about 10:00 in the morning.
18  Q. And what's the approximate time you arrived in
19  Sherborn?
20  A. I was arriving in Sherborn at the time of the
21  incident. Around 6:00, 6:30, in that range.
22  Q. When was your meeting?
23  A. Where was my meeting?
24  Q. I'm sorry, when? When was your meeting scheduled

| Page 14 |
|---|

1  for?
2  A. The meeting was scheduled for 6:30.
3  Q. Were you late for your meeting?
4  A. I was running behind.
5  Q. You had an incident that day when your vehicle hit
6  another vehicle; is that correct?
7  A. Yes.
8  Q. Could you describe how that happened?
9  A. I pulled into the Sherborn Inn, into the area, and
10  as I pulled up I noticed a sign that stated one-way,
11  and I was going the wrong way in the one-way. So I
12  had come to a stop. I looked in both side mirrors,
13  in which one side I could see a snow bank. The
14  other side I could see a clear parking lot. I
15  looked in the mirror out to look behind me. I saw
16  nothing behind me. I turned around and looked and
17  began to back up and bumped into a vehicle behind
18  me.
19  Q. What distance did you back up before you hit the
20  other vehicle?
21  A. Between three and five feet maximum.
22  Q. Have you heard beeping of the horn as you were
23  backing up?
24  A. No.

| Page 15 |
|---|

1  Q. Were you talking on the cell phone at that time as
2  you were backing up?
3  A. No.
4  Q. So correct me if I'm wrong, you looked, but you
5  didn't see anyone behind you; is that correct?
6  A. Correct.
7  Q. You bumped into something; correct?
8  A. Correct.
9  Q. How did you learn that the other--that object in
10  which you bumped was the motor vehicle?
11  A. I got out of my vehicle to look behind me.
12  Q. Okay. And what did you see?
13  A. I saw that there was a car there.
14  Q. Can you describe that car?
15  A. It was a small vehicle. It was a Honda Civic.
16  Q. What did you do next?
17  A. I approached the door to see if the person behind me
18  was all right.
19  Q. And why did you do that?
20  A. Because I bumped the vehicle. I just wanted to be
21  sure that I didn't, you know, bump into it too hard
22  or anything. It didn't seem like it, but you never
23  know.
24  Q. So what was the first thing you did as you were

| Page 16 |
|---|

1  approaching the other vehicle?
2  A. Well, I started walking towards the vehicle, and the
3  person in the other vehicle got out of their
4  vehicle.
5  Q. Can you describe that person?
6  A. It was an older woman, and you know, dressed--I
7  don't know. Her attire was very LL Bean like I
8  guess you would say.
9  Q. How tall was she?
10  A. I would say approximately five, two, five, three.
11  Q. And you said elderly lady; is that right?
12  A. Yes.
13  Q. Were you able to estimate her age at that time?
14  A. My guess was probably late 60s, early 70s.
15  Q. Did you say anything to her?
16  A. The first thing I said was, "Geez, I'm sorry, I
17  didn't even know you were there."
18  Q. Did she respond to that?
19  A. She did.
20  Q. What did she say?
21  A. She was--she started to yell at me in a very
22  aggressive manner, which took me by surprise.
23  Q. Do you remember any specific words that she said to
24  you?

## Page 17

1  A. All I remember is she was very angry and was
2  yelling, and I was just shocked because she was
3  using some expletives that were--I would not find
4  characteristic of a 70-something year old or an
5  elderly woman to use.
6  Q. Could you tell us what words that she used?
7  A. She called me an asshole. She said, "Are you
8  stupid?" And she was went on--it was just the
9  aggressive nature of her yelling. It just did not
10  seem characteristic of a woman. My mother is close
11  to the same age.
12  Q. How tall you are?
13  A. Six foot.
14  Q. And were you afraid for your safety at that time?
15  A. No.
16  Q. You were not scared of this older lady; correct?
17  A. I was shocked. I was not scared.
18  Q. Shocked meaning in a sense of surprise?
19  A. Yes.
20  Q. So what happened next? Did you--what did you do
21  next?
22  A. I said--you know, I apologized again. I said,
23  "Thank goodness nobody got hurt. Let's exchange
24  information." To which I went and got the

## Page 18

1  appropriate insurance information out of my daytimer
2  in the car. She was gathering her information. We
3  exchanged information. Went back to our cars to
4  write down each other's information.
5  Q. Did she get out of the car? I think you testified
6  that she got out of the car and starting yelling at
7  you; is that correct?
8  A. Yes.
9  Q. So she gave you her paperwork. You gave her your
10  paperwork. What happened after that?
11  A. I recorded all the information about her. I don't
12  know what she did with my information, but I
13  recorded the information about her, and then I went
14  to return it to her vehicle while she was sitting in
15  her vehicle.
16  Q. Did you say anything to her at that time?
17  A. Yes, I said, "I'm sorry, I made a mistake."
18  Q. And what did she say, if anything?
19  A. She said, you know--I said, "I'm sorry, I made a
20  mistake. Haven't you ever made a mistake?" And she
21  said no. And I said, "You're telling me you never
22  made a mistake in your life," and she said, "No,"
23  and I just said, "Wow, that's amazing," and at that
24  point she threw her car in reverse, backed up. I

## Page 19

1  started to step away because the two cars were close
2  together to give her clearance, and as I was backing
3  away, she took off and drove over my foot.
4  Q. Which one?
5  A. My left foot.
6  Q. What would you estimate this exchange, this--what
7  was the time frame from the moment you got out of
8  your car until she drove off?
9  A. Probably less than two minutes.
10  Q. Have you used any profane language towards her?
11  A. I was sarcastic, but I would say profane language
12  was probably after she ran over my foot I did swear.
13  Q. How were you sarcastic? Can you be a little more
14  specific, what exactly you said that was sarcastic?
15  A. I said, "Do you think that I drove here from
16  New York just to back into your vehicle," and she
17  said, "Yes," and I said, "You've got to be kidding
18  me." It was as if--I was just shocked at the fact
19  that she just was very aggressive in thinking that
20  this was intentional in some way when it was clearly
21  just an accident, a simple mistake that was easily
22  corrected.
23  Q. The accident then was your fault; is that correct?
24  A. Yes.

## Page 20

1  Q. Did you at any time during this exchange of words
2  make any aggressive movements towards this lady?
3  A. No.
4  Q. And the exact location of this incident was in the
5  parking lot of the Sherborn Inn?
6  A. It was not in the parking lot. It was in the
7  driveway area that was leading to the parking lot
8  and near where the entrance circle was, the drop off
9  area was near that.
10  Q. So off the main street, but not in a parking lot?
11  A. Correct.
12  Q. And do you know what the street name is, the main
13  street there?
14  A. It's almost like an alley. It's Powder House or
15  Powder Home or something like that. I don't
16  remember the name of it. Something along that line.
17  Q. What happened to you when she ran over your left
18  foot?
19  A. Well, it knocked me to the ground.
20  Q. How did you fall to the ground?
21  A. I tried to--I was trying to back away, and it ran
22  over my foot, and I fell trying to move with--you
23  know, as the vehicle was rolling, I just rolled to
24  my left side and fell. It wasn't a fast fall

6 (Pages 21 to 24)

| Page 21 | Page 23 |
|---|---|
| 1  because I was trying to brace myself from pulling my | 1  Q. Let's first focus on the foot. Have you received |
| 2  leg out from underneath the vehicle, and you know, | 2  any treatment to your foot, specifically for your |
| 3  as she was driving off. | 3  foot, medical treatment? |
| 4  Q. You said you braced yourself. So you landed on your | 4  A. Other than diagnosis? |
| 5  hands? | 5  Q. Tell me everything. |
| 6  A. I landed on one hand and to the side. | 6  A. Yes, medical treatment. Yes, I have. |
| 7  Q. Did any part of your back or your shoulders come in | 7  Q. Where was it? |
| 8  contact with the surface? | 8  A. I had x-rays-- |
| 9  A. I believe my--I sat down on my left side on the | 9  Q. Okay. What-- |
| 10  ground, but I caught myself with my left hand. | 10  A. --at the Natick Hospital. Physical exam at the |
| 11  Q. What did you do next? | 11  Natick Hospital. Physical exam by my primary care |
| 12  A. I had yelled, "Hey." I said, "What the hell are you | 12  physician when I got back to New York, and physical |
| 13  doing," and then she just kept driving. | 13  exam by an orthopedic specialist that I was referred |
| 14  Q. What did you do next? | 14  to by my primary care. |
| 15  A. I called 911. | 15  Q. Okay. Let's start first with the x-rays. Did |
| 16  Q. And who arrived? | 16  anyone tell you what the x-rays have shown? |
| 17  A. Two police officers and an ambulance. | 17  A. The attending physician at the ER said--yes, they |
| 18  Q. What did you tell police officers? | 18  did give me the results of the x-rays. |
| 19  A. I told the police officers that I had had a minor | 19  Q. What did they tell you? |
| 20  traffic incident with a woman, and after exchanging | 20  A. That it was not broken, no fractures. |
| 21  information she drove off aggressively and drove | 21  Q. No fractures. Any injuries that they could see |
| 22  over my foot. They asked if I could describe her, | 22  there? |
| 23  and I gave them the information about her. | 23  A. They said it was soft tissue damage. |
| 24  Q. What kind of footwear did you have on that day? | 24  Q. And the same doctor who read the x-rays looked also |

| Page 22 | Page 24 |
|---|---|
| 1  A. I had a pair of loafers, tassel loafers. | 1  into your foot; correct? |
| 2  Q. Did you look at your foot right after the accident? | 2  A. Yes. |
| 3  A. Did I look-- | 3  Q. Examined? Do you remember the name of the doctor? |
| 4  Q. Yes. | 4  A. No. |
| 5  A. I looked down at my foot, yes. | 5  Q. Did they prescribe any treatment for your foot at |
| 6  Q. Did you take off your shoe and stop to see-- | 6  that time? |
| 7  A. No, no. | 7  A. They told me to follow-up with my physician at home. |
| 8  Q. Did you feel anything? | 8  Q. Was your leg swollen, foot swollen? |
| 9  A. I felt pain, and I felt a shooting pain through my | 9  A. Yes. |
| 10  foot. | 10  Q. Did they put ice or anything on it? |
| 11  Q. And did you tell police officers about pain in your | 11  A. There was ice in the ambulance, and then they put it |
| 12  foot? | 12  into a boot. |
| 13  A. Yes. | 13  Q. What kind of boot? |
| 14  Q. What treatment, medical treatment, did you receive | 14  A. One of the hard sole, and then it wraps around, and |
| 15  for your foot? | 15  you lace it up style orthopedic boot. |
| 16  A. Physical therapy. | 16  Q. And were you able to drive from Massachusetts to |
| 17  Q. For your foot? | 17  New York? Were you able to drive back? |
| 18  A. Uh-huh. | 18  A. Yes. |
| 19  Q. How long was the physical therapy? | 19  Q. After the conclusion of your business trip? |
| 20  A. It was in conjunction with physical therapy for | 20  A. Yes. |
| 21  another injury related to the accident. So it was | 21  Q. Were you wearing the boot as you were driving? |
| 22  about three months. | 22  A. Yes. |
| 23  Q. Is this--this PT was for your back and foot? | 23  Q. How long you wore the boot? |
| 24  A. Yes. | 24  A. I wore the boot for about four or five days. |

Page 25

1  Q. Do you currently have any special orthopedic shoe
2     for your left foot or anything like that?
3  A. No.
4  Q. Let's go back.  You went back then to your primary
5     doctor in New York?
6  A. Yes.
7  Q. When did you see him or her?
8  A. The Monday that I returned.  I returned on Sunday
9     afternoon.  I saw the doctor on Monday morning.
10 Q. What was the reason you went to your primary doctor?
11 A. My foot and my back were both injured.
12 Q. Who was your primary doctor at that time?
13 A. Dr. Diaz, D-i-a-z.
14 Q. Is this the doctor that nobody can find his records?
15 A. His practice was dissolved.  So I believe his
16    records were--are--they're having difficulty
17    locating them.
18 Q. Why was his practice dissolved?
19 A. He and his partner, from what I understand, did not
20    get along.
21 Q. Is he still a practicing physician in the
22    State of New York?
23 A. He is an attending physician at hospitals.
24 Q. Do you know where is he now?

Page 26

1  A. I know he's in the hospital system in New York, the
2     University's Hospital, I believe, in Syracuse, I
3     believe.
4  Q. Did you he examine your foot?
5  A. Yes.
6  Q. And what did he tell you?
7  A. He said that if the x-rays did not show any
8     fractures, then it was soft tissue, and I should
9     just keep it elevated when I can and let it run its
10    course and see how it works, and if it continues to
11    bother, you know, go to physical therapy.
12 Q. What was the next medical provider that you saw for
13    your foot?
14 A. The orthopedic doctor, Dr. Warren Wulff.
15 Q. And when was that?
16 A. That was about--I believe it was a couple months
17    later after going to physical therapy.
18 Q. So you went to physical therapy before you saw
19    Dr. Wulff?
20 A. Yes.
21 Q. And this physical therapy, who prescribed the
22    physical therapy?
23 A. Dr. Diaz.
24 Q. And this physical therapy, they treated your back;

Page 27

1     is that right?
2  A. Yes.
3  Q. And foot?
4  A. Yes.
5  Q. In every session both back and foot?
6  A. Yes.
7  Q. Was your foot still swollen at that time?
8  A. Not as swollen, no.
9  Q. Why is it you needed physical therapy on your foot?
10 A. I was having pain in the foot and having cramping
11    spasms in the foot.
12 Q. So after this physical therapy, that lasted, you
13    said, three months?
14 A. Yes.
15 Q. You saw Dr. Wulff?
16 A. While I was attending physical therapy I saw
17    Dr. Wulff.
18 Q. Did he examine your foot?
19 A. Yes.
20 Q. What did he say?
21 A. He said that his opinion was that it was soft tissue
22    damage or nerve damage, and there's really nothing
23    that can be done.  I should just live with it.
24 Q. After you heard that, did you seek any other

Page 28

1     treatment for your foot?
2  A. At that point there was nothing else.  You know,
3     from two different--a physical therapist and a
4     doctor, no, I didn't seek anything further.
5  Q. Does your foot bother you?
6  A. Yes.
7  Q. Do you walk with a limp?
8  A. At times.
9  Q. Do you use a cane?
10 A. No.
11 Q. And you don't use any orthopedic devices; correct?
12 A. No.
13 Q. Where in your foot is the pain?
14 A. The ball of my foot.
15 Q. How active were you before this accident in terms of
16    sports or any type of physical activities?
17 A. I had--I was a member at a gym, which I had gym
18    memberships prior to, and I had just joined a new
19    gym a month prior to the accident.  I had a
20    little--I had two children at the time and was
21    extremely busy with them.  They were both very
22    young.  My daughter was only two.  My son was less
23    than a year.  So I was very busy and very physically
24    active with them.

8 (Pages 29 to 32)

| Page 29 | Page 31 |
|---|---|
| 1 Q. Did the foot injury prevent you from doing anything | 1 thereafter? |
| 2 you did before the incident? | 2 A. Shortly thereafter what? |
| 3 A. Going on walks and such, yes. | 3 Q. Shortly after you reported your injury? |
| 4 Q. Going on walks. Anything else? | 4 A. My--I worked the day after my injury because I had a |
| 5 A. I don't recall at this point, but I'm sure there | 5 meeting to attend. |
| 6 were other things. | 6 Q. Okay. |
| 7 Q. When you returned to New York on Sunday, and you | 7 A. And I--so yes, I did. |
| 8 went to see the doctor on Monday, when did you go | 8 Q. How long were you--how long where you stayed away |
| 9 back to work? | 9 from work because of your foot injury? |
| 10 A. I did not go back to work until--well, I was on a | 10 A. I was physically unable--I don't know the exact |
| 11 conference call Monday, but I was doing that from my | 11 number of days. It's hard to give the exact number |
| 12 house and went physically back to work to meetings | 12 of days. I don't know. |
| 13 the following week. | 13 Q. Have you had a foot injury before this one? |
| 14 Q. And then that's in February of 2003. You lost your | 14 A. No. |
| 15 job sometime in April of that year? | 15 Q. How long were you on worker's comp.? |
| 16 A. Yes. | 16 A. Still involved with workmen's comp. for medical |
| 17 Q. Why did you lose your job? | 17 treatment. |
| 18 A. I don't know. | 18 Q. How long were you out of work on worker's comp.? |
| 19 Q. Were you given a reason? | 19 A. I was never paid compensation if that's what you're |
| 20 A. Yes. | 20 asking. |
| 21 Q. What was that? | 21 Q. No, no, no. I'm asking--you weren't working for the |
| 22 A. The reason I was given was a misuse of a company | 22 company after your termination; is that right? |
| 23 credit card. | 23 A. Correct. |
| 24 Q. And at that time how long you been with this | 24 Q. Sometime in April of 2003? |

| Page 30 | Page 32 |
|---|---|
| 1 company? | 1 A. Correct. |
| 2 A. 19 months. | 2 Q. Then you were out of a job? |
| 3 Q. Do you claim in this case that you lost your job | 3 A. Correct. |
| 4 because of your foot injury? | 4 Q. Didn't have a job to do; is that right? |
| 5 A. I lost my job--I guess I'm--can you rephrase the | 5 A. Correct. |
| 6 question, or can you-- | 6 Q. You were receiving at that time worker's comp.; is |
| 7 Q. Yes, I can try. Is it your claim in this case that | 7 that right? |
| 8 somehow your foot injury made you lose your job? | 8 A. I was--I guess I don't--I need further definition of |
| 9 A. The result of my foot injury, yes, did cause me to | 9 that. If I was receiving workmen's compensation as |
| 10 lose my job, yes. | 10 in the form of a compensation check during that time |
| 11 Q. How's that? Can you explain that to me? | 11 period? |
| 12 A. Because my company did not want me to have a | 12 Q. Yes. |
| 13 workmen's compensation case. | 13 A. No. |
| 14 Q. And when did you make your worker's compensation | 14 Q. Have you ever received a worker's compensation check |
| 15 case? | 15 as a result of this incident? |
| 16 A. I was--the day after the accident I contacted our | 16 A. No. My medical expenses have been covered. |
| 17 company office where they filed the claim for me. | 17 Q. But not wage? Wages were not covered? |
| 18 Q. Are you sure about that? | 18 A. No. |
| 19 A. I made the call the day after, yes. | 19 Q. Between 2000 and 2003 you were treated for gout? |
| 20 Q. To report your injury? | 20 A. Yes. |
| 21 A. Yes, to the department in our company that handled | 21 Q. What is that? |
| 22 that. | 22 A. Apparently gout is--and I'm not a medical expert, |
| 23 Q. But you returned to work shortly thereafter; is that | 23 but apparently it is an increased uric acid level in |
| 24 right? You returned to your work shortly | 24 your blood system. |

Page 33

1  Q. And where is the pain? Where does the pain manifest
2     itself?
3  A. In joints in your body.
4  Q. And what joints manifested in your body?
5  A. Big toe, ankle, knee, elbow, shoulder.
6  Q. Big toe on both feet?
7  A. Uh-huh.
8  Q. Yes?
9  A. Yes.
10 Q. And where did you treat for that?
11 A. That was my doctor in Cincinnati, and my doctor in
12    Syracuse.
13 Q. So is it fair to characterize that gout manifests
14    itself as a pain in the foot?
15 A. It can.
16 Q. And it did in your case?
17 A. Yes.
18 Q. Did you take any medications between 2000-2003 for
19    gout?
20 A. Yes.
21 Q. Does it continue to bother you?
22 A. No.
23 Q. Since 2003 you had no episodes?
24 A. No. Nor do I take medication for it either.

Page 34

1  Q. And I'm sorry, who was the doctor that treated you
2     for that? Do you remember the name?
3  A. That was Dr. Samaan.
4  Q. Can you spell that?
5  A. S-a-m-a-a-n. That was in Cincinnati and Dr. Diaz.
6  Q. Cincinnati?
7  A. Yes. Would you mind if I got up and walked around a
8     little bit?
9  Q. No, not at all, not at all.
10 A. I'm a little stiff sitting.
11    MR. DURSO: For the record, the witness
12    has some medication that he takes, and he needs to
13    move around occasionally because of that.
14    MR. CETKOVIC: That's fine.
15    MR. DURSO: Do you want to take a break?
16 A. Yeah, if we could just take a couple minutes, that
17    would be great.
18    (Brief break.)
19 Q. (Mr. Cetkovic) Are you currently on any medications?
20 A. Yes.
21 Q. What are you taking?
22 A. I take--for--I take Zocor, Tricor.
23 Q. What's Zocor for?
24 A. Zocor is for cholesterol.

Page 35

1  Q. Okay.
2  A. I take Tricor for triglycerides. I take Effexor,
3     which is an anti-anxiety, which was prescribed by
4     Dr. Diaz as a result of the accident. I take
5     Kadian, which is a morphine for pain management.
6  Q. For what pain?
7  A. For my back and my foot. I take an MSIR, which is a
8     morphine sulfate instant release for breakthrough
9     pain. I take Atacand for blood pressure. I take
10    Verapamil also for blood pressure. Two different
11    approaches. I take an 81 milligram of aspirin, and
12    as needed I take Cialis for erectile dysfunction as
13    a result of the injuries and medication.
14 Q. Did you take all these medications today that you
15    listed?
16 A. I took the Atacand. Oh, I'm sorry, I also take
17    Xanax as well in conjunction. I took the Atacand,
18    the Tricor, and the 81 milligram this morning. The
19    Kadian I take at night, and the morphine sulfate as
20    needed. So I did not take any of those this
21    morning.
22 Q. And did you take any anti-anxiety medications this
23    morning?
24 A. The Effexor? No, I took it last night, midnight.

Page 36

1  Q. And you said you take two Xanax and another one?
2  A. I take a Xanax, and I take the Effexor, which are
3     both for anti-anxiety prescribed since the accident.
4  Q. You did not have anti-anxiety medications before the
5     accident at any time, did you?
6  A. I had them once, yes, for reflux.
7  Q. What reflux?
8  A. I had acid reflux. So they tried that as a method
9     to treat it, but that was back in '99, I believe,
10    '98, '99.
11    MR. CETKOVIC: I think that's all I have.
12    I may have some follow-ups. Thank you.
13    CROSS EXAMINATION
14 BY MR. LEEDBERG:
15 Q. Good morning, Mr. Koran. Is it Koran or Koron?
16 A. Koran.
17 Q. Good morning. My name is Mike Leedberg. I
18    represent the Town of Sherborn in the lawsuit that
19    you've brought against them. I have a few questions
20    for you. First off, you listed some medications.
21    Just to be clear, have you taken any medications
22    today that might affect your ability to understand
23    my questions or answer them?
24 A. No.

10 (Pages 37 to 40)

Page 37

1  Q. You've explained in some detail the auto accident
2     with Ms. Weaver, and you mentioned that the police
3     and ambulance personnel came to the scene after you
4     called 911; correct?
5  A. Yes.
6  Q. Do you recall having any conversations, first of
7     all, with the officer?
8  A. There were two officers.
9  Q. Okay. Do you recall having any conversation with
10    the officers?
11 A. I did speak with them at the time they came, yes.
12 Q. Do you recall specifically what you said?
13 A. Verbatim, no.
14 Q. Can you give me a general idea of the nature of the
15    conversation?
16 A. I was asked to describe the person that I was
17    involved in the traffic incident with, at which time
18    I provided the name, address, all of her information
19    that we had shared with each other during the time
20    of our exchange of insurance information.
21 Q. And do you recall having any conversations with
22    the EMTs?
23 A. Quite a few actually.
24 Q. Okay. Can you describe those for me?

Page 38

1  A. Well, initially when they got there, there were
2     three of them that arrived at the scene because they
3     were telling me they were involved in a training
4     session. So the supervisor came to observe because
5     the two paramedics had both been away from active
6     calls for nearly six months. So he came to observe.
7  Q. Do you recall any other conversation?
8  A. With the paramedic that was in the back of the
9     ambulance with me on the way to the hospital who
10    kept bumping my foot every time he tried--in trying
11    to put ice, he tripped over the end of the gurney at
12    one point and bumped into my foot. While he was in
13    the back, he said, "You've got to forgive me. I'm a
14    little bit out of practice."
15 Q. Do you know that person's name?
16 A. No.
17 Q. What did he look like?
18 A. At this point I don't remember.
19 Q. Did he in any way injure your foot?
20 A. He bumped into it. I don't believe he injured it,
21    but he didn't make it feel better.
22 Q. So it didn't increase your pain?
23 A. It did at one point, yes.
24 Q. And how long did that increased pain last?

Page 39

1  A. It was just a sharp pain because he had bumped into
2     it.
3  Q. Was there any other increased pain as a result of
4     that?
5  A. As a result of him bumping into it? At that point
6     no.
7  Q. At any point?
8  A. He just--he put ice back on the--he put ice on it,
9     so no.
10 Q. So it was just that one fleeting exacerbation, and
11    then that was it?
12 A. When he bumped into it, yes.
13 Q. Any other conversations with the gentleman in the
14    back?
15 A. I asked them to contact the folks that were in the
16    restaurant and to let them know that I would not be
17    joining them for dinner because they initially had
18    said--you know, at first they said, "It's up to you,
19    if you want to go to the hospital," and I said,
20    "Well, my foot is killing me. I think I need to be
21    x-rayed. I don't know what's wrong with my foot."
22    So they said, "Well, that's up to you. We'll be
23    glad to take you there." But I had asked them to go
24    get the folks from the restaurant that I was joining

Page 40

1     for dinner, to let them know what was going on.
2     They brought them out so I could have a conversation
3     with the people that worked for me.
4  Q. Who did you speak to that worked for you?
5  A. I spoke with Michael Mondoor (phonetic), who was
6     my--one of my regional sales managers, and I spoke
7     with one of the brokers who came out, Jeff Cotton.
8  Q. Jeff Cott?
9  A. Cotton, C-o-t-t-o-n.
10 Q. Describe the conversations you had with
11    Mr. Mondoor (phonetic) and Mr. Cotton?
12 A. They came out and said, you know, "What happened?"
13    I said, "It's a long story, but can you let the
14    folks know that I won't be joining them for dinner.
15    If I do, it will be late. Get started. I'll join
16    you when I get there."
17 Q. As a result of the auto accident, the actual impact
18    with Ms. Weaver's vehicle, did you suffer any
19    injuries as a result of that?
20 A. Yes, my left foot.
21 Q. No. I'm just talking about the impact with the
22    vehicle, between the two vehicles?
23 A. Oh, no.
24 Q. Did you feel any back pain after she ran over your

DUNN & GOUDREAU

Page 41

1    foot?
2    A. No.
3    Q. Did you feel any back injury of any type?
4    A. No.
5    Q. Any discomfort?
6    A. In my back, no.
7    Q. Describe the procedure as far as how they got you
8      into the ambulance?
9    A. They helped me step into it on my own. They helped
10     me up one person on each arm, and they had me step
11     up into the back.
12   Q. And how did you get onto the cot?
13   A. They had me sit down on it, and they helped me sit
14     down. They had the back angled at about a 45 degree
15     angle, and they helped me sit down on the cot, and
16     then that's when they removed my shoe and sock to
17     examine my foot.
18   Q. At any point did you become fully--did you lay down
19     on the cot?
20   A. No.
21   Q. So you sat on the cot the entire way?
22   A. Yes.
23   Q. And did your position change at any point as far as
24     on the cot?

Page 42

1    A. My seated position?
2    Q. No. At some point you were strapped into the cot,
3      were you not?
4    A. Yes.
5    Q. When was that?
6    A. When we were getting ready to leave the parking lot
7      and head towards the hospital, but I was left in the
8      same seated position that I had been in.
9    Q. But your feet were up on the cot as well? You
10     weren't sitting off to the side?
11   A. Right. That's right.
12   Q. Describe the cot for me? Does it have a mattress or
13     a cushion?
14   A. It had some type of cushion that was covered with a
15     white sheet.
16   Q. Do you know how thick that cushion was?
17   A. I have no idea.
18   Q. Do you know how tall the cot was when it was in its
19     position in the back?
20   A. I would estimate six to eight inches from the floor
21     to the bottom area, and then the mattress or cushion
22     was on top of that.
23   Q. Were there any signs or problems with the cot at any
24     point while you were on your way to the hospital?

Page 43

1    A. No.
2    Q. It seems so in the police report that Ms. Weaver
3      told the officer that you were hostile and flailing
4      your arms about at the scene of the accident, and
5      that's why she left. What would you say to that
6      statement?
7    A. I would say that it was actually the other way
8      around.
9    Q. So Ms. Weaver is lying?
10   A. I believe that the statement is not correct.
11   Q. At any point did you have a conversation with any of
12     the EMTs about an anger management problem?
13   A. No.
14   Q. Have you ever sought treatment for anger management?
15   A. No.
16   Q. Never sought counselling for anger management?
17   A. No, I've seen counselling for my marriage.
18   Q. When was that?
19   A. In 2002.
20   Q. Who did you seek counselling with?
21   A. I don't remember the name of the doctor, but it was
22     a result of our transitional move. My wife just
23     recently having a baby, and a lot of pressures in
24     the household. So somebody to talk to as a neutral

Page 44

1    setting.
2    Q. Where were they located?
3    A. In Syracuse.
4    Q. Do you remember the name of the facility?
5    A. No.
6    Q. Do you remember the address?
7    A. It was near the North Medical Building,
8      North Medical Center, which I believe is--it's hard
9      to remember the names of the road now, but I think
10     it was on--I want to say Taft Road, but I could be
11     wrong on that. It's at the same North Medical
12     Center which is where I had some procedures done.
13   Q. Are they affiliated with North Medical?
14   A. I don't know. I don't remember if they were or not.
15   Q. How did you pay for the counselling?
16   A. It was through my insurance.
17   Q. What was your insurance carrier at the time?
18   A. I don't remember who my insurance--I think it was
19     BlueCross BlueShield of Minnesota is who we had.
20   Q. What kind of problems were you having as a result of
21     these pressures that you've describe that you sought
22     out counselling for?
23   A. My wife and I just--you know, it was just the--we
24     had moved for the second time in a couple of years.

12 (Pages 45 to 48)

Page 45

1   We had just had our second child.  She had just lost
2   her father.  He passed away.  I lost my father only
3   a few years before.  A lot of life changing
4   experiences that resulted in some pressures.
5   Q. Okay.  I understand the cause.  What was the result?
6   Were you fighting?
7   A. We had some disagreements.  We had a difficult time
8   communicating with each other effectively.  We were
9   both at times sleep deprived from the baby early on
10  because he refused to sleep early in his life, and
11  he was born in May of 2002.  So there were just
12  minor things that came out of that, and I just
13  needed someone to talk to outside of the house, and
14  I didn't want to confide in work associates because
15  I didn't think it was appropriate.
16  Q. Okay.  Were these disagreements?  Were they heated?
17  A. How would you define heated?
18  Q. Yelling, screaming, swearing?
19  A. Our household can be loud.  So we talk sometimes at
20  a louder--you know, with the kids yelling, we try to
21  talk over the top of them.  So I guess it could be
22  defined as talking loudly, but you know, it's
23  probably no different than any other household.
24  Q. Then why would that require counselling?

Page 46

1   A. I just had never dealt with myself dealing with the
2   change in job, moving twice, losing my father, and
3   then her losing her father who I was also close to,
4   and she also was going to counselling as well, and
5   we just felt that it would be appropriate for
6   ourselves to talk to third-party folks that may
7   have--just, you know, somebody to talk to.
8   Q. Okay.
9   A. It was an opinion that we had through insurance that
10  was cost effective to vent our thoughts and
11  basically not be judged for them.
12  Q. Did the disagreements between you and your wife ever
13  get physical?
14  A. No.
15  Q. Were the police ever called--
16  A. No.
17  Q. --as a result of any of those disagreements?
18  A. No.
19  Q. You said she was already in counselling?
20  A. She had started around the same time that I did.
21  Q. Independently of the marriage counselling that you
22  guys sought?
23  A. We didn't go together as marriage counselling, no.
24  We did not go to marriage counselling together.  No,

Page 47

1   we did not.  Independently we went to counselling to
2   strengthen our marriage so that we didn't get to a
3   point where we needed to go at that level.
4   Q. And what did the treatment for counselling entail?
5   A. Just conversation.
6   Q. No medications?
7   A. No.
8   Q. And your wife was seeking counselling for the same
9   issues?
10  A. She had some personal issues from her childhood that
11  she needed to work out with her counselor.
12  Q. Was it a counselor or a psychiatrist?
13  A. It's a psychiatrist.
14  Q. Was your wife on any medications for any--
15  A. No.
16  Q. You mentioned earlier that you had taken Effexor,
17  and I think you estimated 1999, 2000; correct?
18  A. Right, for my reflux.
19  Q. Were you taking Effexor as of the time of this
20  incident?
21  A. Not that I remember.
22  Q. Not that you remember?
23  A. I don't remember.
24  Q. You don't remember if you were taking a medicine at

Page 48

1   the time the accident?
2   A. No, I don't.
3   Q. Were you taking any medications at all at the time
4   of this incident in 2003?
5   A. No.
6   Q. You don't remember, or you weren't taking any?
7   A. I don't believe I was taking any medications at that
8   time.  If anything, it was related to my gout, which
9   you know, the maintenance for those at the time.
10      MR. LEEDBERG:  Can I mark this
11  Defendant's 1, please?
12      (The MetroWest Medical System records were
13  marked Exhibit No. 1 for identification.)
14  Q. I'm going to show you a document that I just had
15  marked as Defendant's 1, and on the first page of
16  that document I'll represent to you that this is the
17  records we received from MetroWest Medical System as
18  a result of an inquiry to them.  I want you to look
19  towards the upper left-hand corner where it says,
20  "Current medication."  Do you see that area?
21  A. Uh-huh.
22  Q. Can you read those off for me?
23  A. Allopurinol, Norvasc, Effexor, and Trazadone.
24  Q. Were you taking Effexor at that time?

Page 49

1   A. According to this, yes.
2   Q. And what was that for?
3   A. It was probably still related to my reflux.
4   Q. I thought you said that was in 1999 or 2000?
5   A. That's when I began that, yes.
6   Q. What were you taking Trazadone for?
7   A. That was because I had difficulty sleeping.
8   Q. Who prescribed those two drugs for you?
9   A. Dr. Diaz.
10  Q. Where did you have those prescriptions filled?
11  A. Where?
12  Q. Yeah. Where did you routinely, if any, locations
13     were you routinely had your prescriptions filled?
14  A. In Syracuse Kinney Drug.
15  Q. Kinney Drug?
16  A. Uh-huh.
17  Q. What's the address of that facility?
18  A. It was on South Bay Road in Cicero.
19  Q. Any other pharmacies were you'd routinely fill your
20     prescriptions?
21  A. That was our primary. I think later on before we
22     moved we used a--there was another--Eckerdt.
23     Eckerdt Drug, which was right up the street from
24     Kinney. If something was not in inventory in

Page 50

1      Kinney, typically Eckerdt inventoried it.
2   Q. So it's your testimony today that you were taking
3      Effexor for over three years for a reflux problem?
4   A. Yes.
5   Q. Was it working?
6   A. It was.
7   Q. When did you stop taking Effexor for reflux problem?
8   A. When the pain management decided that they wanted to
9      double it to use because of the amount of pain
10     medication they were going to give me. They doubled
11     it because of the amount of pain medication they
12     gave me. So apparently--I never--I wouldn't have
13     been off of it at that point.
14  Q. Did you ever suffer from depression?
15  A. I was--I wouldn't say clinically depressed, no.
16  Q. Did you ever seek treatment for depression?
17  A. I wouldn't say--no, not--I mean, treatmentwise, no.
18  Q. Have you ever been diagnosed with depression?
19  A. No.
20  Q. Back to the ride in the ambulance. Approximately
21     how long did it take you to get to the hospital?
22  A. I don't know the exact time, but I would estimate
23     ten to twelve minutes.
24  Q. And describe for me what happened at the hospital?

Page 51

1   A. Backed up to the emergency room door. The driver of
2      the ambulance came and opened the back door. The
3      gentleman who was sitting in the ambulance with me
4      switched places with him where he got on the
5      outside, and the driver then got on the inside and
6      was behind me. They were talking to each other. I
7      was sitting. Apparently they were unlocking the
8      gurney from whatever was holding it in place while I
9      was in the ambulance, and the gentleman at my feet
10     said, "You ready?" He said, "Yep." He says, "Let's
11     go," and he started walking me out. He said, "You
12     got him," and he says, "Yep," and the next thing I
13     know I was slammed to the ground, and they like,
14     "Oh, gee, we're sorry." They said, "Are you okay?"
15     I said, "Well, that didn't feel very good," and then
16     they started to fumble with the gurney to try to
17     lift it up, and it went on for what seemed like five
18     minutes of doing this, and it was a very, very cold
19     night, and I asked if we could take this inside
20     because I was freezing. I had no coat on and was
21     sitting outside, and it was probably five degrees
22     outside, and they said, "That's fine," and they
23     wheeled me into the ER with the wheels--with the
24     legs of the gurney not extended where I was sitting

Page 52

1      just six inches off the ground basically.
2   Q. Did they pull you all the way out before they
3      dropped you down?
4   A. Yes.
5   Q. Do you recall hearing anything before you were
6      dropped?
7   A. Just the one gentleman saying, "Do you have him? Do
8      you got him," and he said, "Yep," and the next thing
9      I know I hit the ground.
10  Q. Did you hear any noises coming from the cot?
11  A. I don't recall any noises at all.
12  Q. Did it seem like there was anything wrong with the
13     cot to you at that point?
14  A. I had never been on it, so I couldn't judge if there
15     was anything right or wrong. I had never been on a
16     cot in that situation.
17  Q. But did you perceive anything that might have given
18     you an indication that there was something wrong
19     with the cot?
20  A. Not at all.
21  Q. Do you know if the wheels to the cot touched the
22     ground before you were dropped?
23  A. I don't believe the wheels did. I think that--I
24     mean, that was the issue, was if the wheels had come

14 (Pages 53 to 56)

Page 53

1    down, then it wouldn't have dropped that way.
2    Q. Is that an assumption you're making?
3    A. That's based on what they were saying to each other,
4    that the legs didn't disengage. They were locked in
5    place.
6    Q. What exactly did they say in that regard?
7    A. Verbatim, I don't have the--I don't know verbatim,
8    but I remember them talking about, you know, "I
9    can't believe these legs didn't come down," or
10   something along that line, and they kept fumbling
11   with trying to--it sounded like they were trying to
12   unclick something, and that's when I said, "Can we
13   move this inside?"
14   Q. Do you recall them saying anything about the legs to
15   the cot not locking properly?
16   A. They could not get the legs to come up. I don't
17   know that they said anything about them not locking.
18   They said they could not get the legs up to extend.
19   Q. And if the EMEs--the EMTs were to testify that the
20   legs did come down, the wheels did touch the ground,
21   and they just didn't lock into place, is that
22   accurate?
23   A. Based on the way I hit the ground, my interpretation
24   would be no, that's not accurate.

Page 54

1    Q. Describe that for me? How do you come to that
2    conclusion about based on the way you hit the
3    ground?
4    A. Because as I came--it was basically a free fall. I
5    mean, there was no sound, and then all of a sudden I
6    smacked the ground. So I would think if there were
7    legs, I would have heard something on the ground,
8    and it would have sounded like something closing as
9    opposed to just no sound and then hitting.
10   Q. What were your eyes fixated on as you were being--do
11   you recall looking at anything in particular as you
12   were being unloaded from the--
13   A. I was just kind of looking around getting my
14   bearings as to where I was, you know, at the
15   hospital, and looking to see if the--because he had
16   wrapped an Ace bandage around the ice pack. I
17   looked down at the ice pack on my foot to see if
18   that was slipping or anything. I was just looking
19   at that, and the next thing I know I was falling.
20   Q. Did you look at the EMTs at any point?
21   A. I don't remember looking at them, no.
22   Q. So you can't testify as to where they were looking
23   as you were being unloaded?
24   A. No, I can't.

Page 55

1    Q. You can't testify as to where they were looking at
2    the time you were allegedly dropped?
3    A. No.
4    Q. Can you estimate what the height was that you were
5    dropped?
6    A. The back of an ambulance, from that level to the
7    ground, which I would estimate being anywhere like
8    36 inches.
9    Q. Did you feel any pain as a result of being dropped?
10   A. I felt a--what felt like a shock wave running
11   through my back and legs. It wasn't a pain. It was
12   kind of like an electrical shock, if you will.
13   Q. And did you tell anybody about that?
14   A. I told the nurse when I got inside. I told the
15   EMTs. I said--they said, "Are you all right?" I
16   said, "That did not feel good," and as they were
17   fumbling everything, I said, "It felt like shock
18   waves running through. Shocks running through my
19   legs and back," and they just continued to fumble
20   with the cot to try to get it to stand up. So then
21   I mentioned it to the nurse. I said, "Listen, when
22   they dropped me, I felt these shock waves through my
23   back," and she said, "You weren't brought in here
24   for your back. You were brought in here for your

Page 56

1    foot," and I said, "Well, can you look at my--can
2    somebody look at my back," and she said, "No." I
3    said, "Why?" And she said, "Because you weren't
4    brought in here for that. You were brought in here
5    to have me look at your foot. If you want to have
6    your back examined, you need to essentially come
7    back in, and we can do that."
8    Q. The nurse said that?
9    A. Yeah, which I said, "I don't understand why."
10   Q. That's very unusual.
11   A. Yeah, that's what I thought.
12   Q. Did you tell the EMTs that you specifically felt
13   pain in your back or your legs?
14   A. I told them that I felt shock, like an electrical
15   shock run through me.
16       MR. LEEDBERG: Can I have that marked as
17   Defendant's 2, please?
18       (The Sherborn Fire Department record was
19   marked Exhibit No. 2 for identification.)
20   Q. I'm going to show you a document in which I've had
21   marked as Defendant's Exhibit 2. I'm going to ask
22   you to take a look at it while I get copies for
23   counsel.
24       (Discussion off the record.)

Page 57

1  Q. Have you had a chance to read that?
2  A. Uh-huh, yes.
3  Q. What would you say about the narrative under
4     "comments"?
5  A. I would say that there is an inaccurate statement
6     with the fact that it was "the stretcher appeared to
7     gradually release to a lower position," and "asked
8     if he was okay" stating that I had no injury is
9     false.
10 Q. So it's your testimony here today that the EMT put
11    two blatantly false statements in his formal report?
12 A. Yes, it is.
13       MR. LEEDBERG:  Can I mark this as the next
14    exhibit?
15       (The Sherborn Fire & Rescue Department
16       report was marked Exhibit No. 3 for identification.)
17 Q. I'll show you the incident report from the
18    Fire & Rescue Department, and ask you to read the
19    description of incident in that.
20 A. "When unloading patient out of ambulance the
21    stretcher did not stay up in lock mode and went down
22    to the ground. Patient was not injured." That's
23    false.
24 Q. And Mr. Christensen appears to be the individual

Page 58

1     that filled out this report. Again, he falsely
2     stated what happened as far as your injuries in his
3     formal report?
4  A. Yes.
5  Q. I've read the West End report that we've had marked
6     as Defendant's 1, and I'll ask you this, and if you
7     want to take a look at it, feel free to do so before
8     you answer. Can you explain to me why none of your
9     conversations with the nurse is found in any of
10    those records regarding your back?
11 A. I don't know. It would probably be the same thing
12    as to why I was not even given something as simply
13    as an Advil or a Tylenol for pain while I was there
14    when I asked for it, and I was denied.
15 Q. So it's your testimony that both EMTs lied about
16    your denying injury from the cot incident, and the
17    nurse didn't put anything about the back injury in
18    the notes? That's your testimony?
19 A. Yes.
20 Q. It seems like quite a conspiracy. Can you give me
21    an idea of why that is?
22       MR. DURSO:  Objection to the form of the
23    question.
24 Q. Can you explain to me why they might do that?

Page 59

1  A. I have no idea.
2  Q. Do you know these people?
3  A. No.
4  Q. One of your children was born after the incident;
5     correct?
6  A. Yes.
7  Q. Do you recall any treatment you may have had with
8     Dr. Diaz in the year preceding this incident?
9  A. Regarding?
10 Q. Anything?
11 A. I saw Dr. Diaz for, you know, routine medical
12    checks. We had--I had--if I had a gout flare-up, I
13    saw him for that.
14 Q. Anything else in particular you recall that you saw
15    Dr. Diaz for for the year leading up to--
16 A. I don't recall. I've seen a lot of doctors since
17    then, so it's hard to remember.
18 Q. Do you recall receiving an injection in
19    December of '02 of any kind?
20 A. An injection in December? For?
21 Q. Anything at all? I'll represent to you that I have
22    a billing document from Dr. Diaz's office that the
23    insurance company was billed for an injection of
24    Topomil (phonetic). Do you recall having an

Page 60

1     injection?
2  A. It may have been for a gout flare-up.
3  Q. So you would get injections for gout?
4  A. I had them a number of times. They would inject
5     steroids right into the inflamed joint to relieve
6     the pressure and relieve the pain.
7  Q. But do you recall specifically having one of those
8     injections a couple of months before the accident?
9  A. I had a number of them, so I don't remember if there
10    was one prior to this incident or not. I don't
11    remember.
12 Q. Dr. Diaz would administer those injections right at
13    his office?
14 A. Yes.
15 Q. Describe for me the pain in your back from the time
16    you were at West End to the time you first sought
17    treatment with Dr. Diaz such as the location of the
18    pain in your body; the frequency you'd experience
19    the pain; and the level of pain?
20 A. From the time I was at the hospital it began where
21    it was just very--the pain was minor at that point
22    from the standpoint that I felt like small shock
23    waves that I didn't think a lot about it, but I
24    thought something didn't seem right, and that's why

16 (Pages 61 to 64)

Page 61

1  I brought it to the attention of the nurse and asked
2  to have it looked at.  The next morning when I got
3  up I had discomfort when I woke up, but my foot was
4  so sore from the injury that I was more focussed on
5  my foot than I was on my back, but I noticed that I
6  was rather stiff in getting up.  When I arrived back
7  with my family at the location where we were on
8  Friday night and Saturday night visiting family and
9  relatives, I had been riding in the car a good part
10  of the day driving through a snow storm, and I
11  had--was very uncomfortable when I got back, and
12  just I had discomfort in my lower back to the point
13  where it was--I just felt stiff.  I felt like I
14  didn't have a lot of flexibility, and the next
15  morning when I got up, I had a difficult time
16  getting up.  My back was extremely sore at that
17  point.
18  Q.  What morning was that?
19  A.  That was Saturday morning.  The incident happened on
20  Thursday evening.  So Saturday morning it was
21  starting to really bother me, and throughout the day
22  the pain started to get more and more and was
23  actually increasing to the point where it was more
24  noticeable than the pain in my foot, which was

Page 62

1  fairly aggravated at that point still as well.
2  Sunday, as I drove back to New York, it felt as if I
3  had a golf ball in the small of my back that as I
4  sat back, I could feel this golf ball, and no matter
5  how I sat, I just felt this pressure and pain of
6  this golf ball type feeling in my back that made my
7  legs very uneasy to the point where I said to my
8  wife, "If we have to drive much further, I want you
9  to drive because I just don't feel comfortable."
10  And we got home, and I put ice on it again, which I
11  had done a couple days in a row just to try to help
12  relieve some of the discomfort.  So the next morning
13  I got up, and I called Dr. Diaz and asked to come in
14  there, and I had a conference call that I jumped on
15  for 45 minutes and then jumped off and went straight
16  to his office then at that point at which time he
17  administered an injection to relieve--he gave me
18  Demerol to relieve the pain and did a couple of
19  steroid injections into the area where I had the
20  discomfort to see if that would help relieve the
21  pain there, and then he sent me for x-rays and such.
22  So the pain had really increased, just progressively
23  got worse.
24  Q.  Was there any event during those few days that

Page 63

1  preceded the increase in pain?
2  A.  No.  I had--we were visiting family and relatives,
3  and there were a lot of my wife's cousins and such
4  that were playing with the kids, so I didn't have to
5  attend to getting on the floor with the kids.  I
6  didn't have to change diapers.  I didn't have to
7  carry the kids around, none of the things that I
8  would do in a normal routine, which was good because
9  then I didn't have to worry about, you know, if it
10  was going to aggravate things at that point.  So I
11  really didn't have to actually participate in
12  anything like that until we got home on Sunday
13  night, which I wasn't able to participate in at that
14  point.
15  Q.  Where was this location where you were visiting in--
16  A.  Avon, Connecticut.
17  Q.  In Avon?
18  A.  Uh-huh.
19  Q.  What was the name of the family you were visiting?
20  A.  My wife's family, the Somsen Family, her
21  grandmother, who is now deceased, Janet Somsen, and
22  her aunts, uncles, cousins.
23  Q.  What are their names?
24  A.  There are quite of few of them.  There was--you want

Page 64

1  the complete list of everybody?
2  Q.  Who you can recall there?
3  A.  Well, let's see, there was my wife's brother, Glen,
4  his wife, who is now his ex-wife, which was Christy,
5  his two children, Kaylee and Matthew.
6  Q.  What are their last names?
7  A.  Somsen.  It was my wife's maiden name.
8  Q.  Can you spell that for me?
9  A.  S-o-m, as in Mary, s-e-n, as in Nancy.
10  Q.  Are they from Connecticut as well?
11  A.  The Somsen Family grew up in the Connecticut area.
12  My wife did not grow up in this area.  She grew up
13  in Ohio.
14  Q.  And other Somsens, do they live in Connecticut?
15  A.  They're--Janet Somsen, her grandmother, lived in
16  Connecticut.  Her biological father lived in--lives,
17  I guess, in Holyoke, Massachusetts.  He's estranged
18  from the family.
19  Q.  What about the brother and the ex-wife and the kids?
20  A.  They, at the time, were living in
21  Upstate New York--well, just outside of New York
22  City in Upstate, but they're divorced, and they live
23  in Atlanta.
24  Q.  Atlanta, Georgia?

## Page 65

1  A.  Yes.

2          (Discussion off the record.)

3  Q.  Who else was at the house that weekend?

4  A.  Her Aunt Jean, which her last name is Connell, and

5      her daughter, Katie Connell.  Her Aunt Jane with her

6      two daughters, Emily and Ellen, and their last name

7      is Strong.  Her Uncle Paul Zavarcky.

8  Q.  Can I just interject for one minute?  If you know

9      their address, could you give that as well?

10 A.  Okay.  The Connells at the time were living in

11     Sparta, New Jersey.

12 Q.  Where are they living now?

13 A.  They now live in--it's just outside of Sparta, but

14     it's actually in Pennsylvania.  I don't know the

15     name of the little town, but then the Strongs live

16     in West Hartford.  The Rappaports, which was

17     Danielle, Margo, Nicole, and her Aunt Joanne, who

18     live in West Hartford as well.  The Zavarckys live

19     in Newton, Massachusetts, which was Judy and Paul.

20     They were there.

21 Q.  Could you spell their last name for me?

22 A.  Z-a-v-a-r-c-k-y, and I believe that's all the folks

23     that were there for the--and Janet Somsen.  It was

24     her house that everybody was visiting.

## Page 66

1  Q.  Was this some kind of planned event?

2  A.  It was her Aunt Joanne, her cousin, Kate, and her

3      grandmother all celebrating birthdays within a three

4      week span of each other, and her brother, Glen, all

5      within a three week span of each other celebrating

6      birthdays, and it just happened to be a time that

7      everybody was available to come to town and see each

8      other.

9  Q.  What did the events of the weekend entail?

10 A.  A lot of playing the game Boggle, which was the

11     grandmother's favorite game.  Basically sitting

12     around talking.  The kids climbing on Uncle Paul,

13     and him wrestling with them, and a number of

14     conversations and preparing food and eating a lot.

15     Typical family event.

16 Q.  Did you guys go out anywhere?

17 A.  No, stayed at the house.  I mean, maybe we ran to

18     the store to get some more food items, you know, for

19     snacks and such.

20 Q.  Did you run to the store?

21 A.  No, I didn't leave the house.

22 Q.  What did you do all weekend?

23 A.  I was in the back bedroom laying down quite a bit.

24     I would come out.  I'd sit in a chair and kind of

## Page 67

1      just observe and sit and talk with folks.  I had a

2      very quiet weekend.  It was not--did not participate

3      in any of the games and such or any of that type of

4      activity.  I never really participate in the games

5      anyhow.  It's not my thing.

6  Q.  Do you recall any specific conversations about this

7      entire incident?

8  A.  Well, everybody that came in asked why I was wearing

9      a boot, and I explained to them what had happened,

10     and they were just, you know, people found humor in

11     the fact that I got dropped.  They found that

12     humorous for some reason.

13 Q.  Did you mention your back injury to them?

14 A.  Yes, and they said that--they said, "Well, how does

15     it feel now," and I said, "It seems to be getting

16     worse," and they said, "Well, what are you going to

17     do?"  I said, "I'm going to see the doctor when I

18     get home."

19 Q.  So you were injured, and they found that humorous?

20 A.  In a warped way, yes.

21 Q.  How did you leave the hospital that day?

22 A.  I was given a ride by one of the brokers staff

23     members who happened to be visiting his mother.  His

24     name was Tom, and I don't remember his last name.

## Page 68

1      He worked for the broker, which was

2      Pilgrim's of New England, and he happened to be

3      visiting his wife's mother at the hospital with his

4      wife, was walking through the ER to leave, looked

5      over and saw me sitting in one of the rooms, and

6      came in and had a conversation, you know, "What's

7      going on," and was actually in there at part of the

8      time when I was having the conversation about my

9      back with the nurse, and then he left, you know,

10     while I was in the midst of conversation because he

11     felt that it was a private conversation, went out,

12     and was making phone calls outside.  He came back in

13     and asked if I needed a ride back to the inn, in

14     which I said, "That would be great."  So he gave me

15     a ride back to the inn at that point because they

16     said that I was finished.  There was nothing else

17     they could do for me.

18 Q.  You don't know Tom's last name?

19 A.  I don't remember it, but I'm sure the folks at

20     Pilgrim's of New England, if you called Tom Hill or

21     Rich Hill and asked them the gentleman, they would

22     know exactly what his name was.

23 Q.  How old is Tom approximately?

24 A.  Tom is probably late 30s.

20 (Pages 77 to 80)

Page 77

1  management doctors.
2  Q. Did you see a urologist at any point?
3  A. I did go see a urologist.
4  Q. Do you remember the person's name?
5  A. I don't remember his name. I apologize, but I did
6    have--I was--I did go see the urologist. He
7    indicated--he did a number of tests indicating to me
8    that as he explained to me, he didn't see that there
9    was anything physically wrong. So he said it had to
10   be medication related based on the physical tests
11   that they did, looking for blockages, looking for
12   restrictions and such through all the examinations
13   that they did. His determination was that it was
14   medication-driven.
15 Q. Did you ever have any sexual dysfunction of any kind
16   prior to the incident?
17 A. No.
18 Q. Dr. Harvey Sour (phonetic); does that sound? Is
19   that the urologist you saw?
20 A. That sounds correct, yeah.
21 Q. Have you seen any other urologist--
22 A. No, he was the only one I've ever seen, and after
23   that visit I don't know that I want to go to another
24   one. No, I take that back. I correct myself.

Page 78

1  did see a urologist based on--I was being treated
2    for testosterone imbalance, and I went to see a
3    urologist in Frederick, Maryland who referred me to
4    an endocrinologist because of my testosterone levels
5    being low, which Dr. Diaz had continued a treatment
6    with me there as I had with Dr. Samaan after--during
7    around the time of my gout, he noticed that I was
8    having like tendonitis. So he did some testing and
9    found that my testosterone levels were really low.
10   So he started doing testosterone injections for me,
11   and they were working, and it worked great. It got
12   the testosterone back up. Well, in the meantime,
13   when we were trying to get pregnant, the combination
14   of the erectile dysfunction and the fact that I was
15   taking testosterone, which had to do with the fact
16   that I was getting older, helped lower my counts.
17   So it was a combination of the two, and the
18   testosterone became--I ended up going off the
19   testosterone so it helped my counts raise. It
20   didn't help anything else because it made the
21   erectile dysfunction even more exaggerated, but I
22   did go see this urologist in Maryland to check into
23   whether or not I should go back onto a regime with
24   the testosterone, and they referred me to an

Page 79

1  endocrinologist, who I'm waiting to have a follow-up
2    appointment after the testing with them to see if
3    they're going to have me go back on the testosterone
4    again.
5  Q. Did any physician tell you what the cause of this
6    lower testosterone was?
7  A. It's very common actually after men reach the age of
8    40 for it to drop. It's just something that happens
9    in some people. It's almost like male menopause.
10 Q. Are you claiming that it's related to this incident
11   in any way?
12 A. No.
13 Q. Is it your claim that your wife had trouble
14   conceiving after this incident, conceiving a child?
15 A. She did because I was unable to--I mean, I had the
16   erectile dysfunction, and I was unable to finish, if
17   you will. So we did not have difficulty in the past
18   getting pregnant with two other children. Our plan
19   was to have three children. We did not want the
20   incident to come in the middle of that, you know, to
21   be an obstacle for us. So we tried, but it was just
22   not--we were not successful. So we had to go to an
23   artifical insemination type of method or
24   intrauterine injections that she had to get where

Page 80

1  they--you know, I had to go and give a sample that
2    then got scrubbed, if you will, so that the active
3    swimmers were the only part of it that we took, and
4    we put that--took that back to her doctor's office
5    and injected that in her, and then she got to sit
6    for a half hour while, you know, nature took its
7    course.
8  Q. It's your testimony that your wife never had
9    problems conceiving with your first two children?
10 A. She--she did not have--it was--you know, like any
11   other couple, we went and we tried a few times
12   before it was successful. She had two ectopic
13   pregnancies that were--that she miscarried. I mean,
14   if that's a difficulty. You know, that is a
15   difficulty as far as that goes.
16 Q. Were there any problems like that after the incident
17   with your wife?
18 A. She did not have any ectopics, no.
19 Q. Have you ever had any back problems prior to the
20   incident?
21 A. No back problems, no. I mean, no more than just,
22   you know, when you're working in the yard you get
23   sore, but no. Do you know what I mean? No
24   injuries.

21 (Pages 81 to 84)

Page 81

1 Q. When you'd work in the yard and get sore, would that
2    pain go into your legs or thighs?
3 A. No.
4 Q. It was just localized to your back area?
5 A. It was just your shoulders, and you know, just from
6    working with a shovel or something like that.
7 Q. Did you ever have an x-ray or MRI of your back prior
8    to 2003?
9 A. Not that I'm aware of.
10 Q. Do you think you'd be aware of it if you did have an
11    x-ray or an MRI of your back?
12 A. I can't remember if I did.
13 Q. Have you had an MRI since this incident?
14 A. On my back?
15 Q. Yes.
16 A. I believe they did an MRI on my back.
17 Q. Is that where you lay in the tube?
18 A. Yes.
19 Q. You think you'd remember doing that prior to 2003 if
20    you had done it?
21 A. Yeah. I would hope so, yeah.
22 Q. And it's your testimony here today that you don't
23    recall ever having an MRI?
24 A. I don't recall doing that, no.

Page 82

1 Q. Has any physician indicated to you that you had back
2    problems that you may not have known about prior to
3    this incident?
4 A. If you can clarify the statement a little bit better
5    for me?
6 Q. Has any physician examining you indicated to you
7    that you had a degenerative condition of your lower
8    spine that pre-existed this incident?
9 A. I was informed by the orthopedic specialist as well
10    as the pain management that degenerative--
11 Q. Can you give me their names, please?
12 A. Dr. Tiso and Dr. Wulff, that degenerative disk
13    disease is common in all humans, and it just happens
14    as you get older. Everyone's disks begin to
15    degenerate to some degree. Trauma will amplify the
16    problem and exaggerate it, you know, to a greater
17    degree.
18 Q. Did they indicate that that's your situation, that
19    you had a degenerative condition in your spine prior
20    to this incident that was exacerbated or otherwise
21    made symptomatic as a result of this incident?
22 A. That was the--I believe Dr. Wulff and Dr. Tiso both
23    stated that.
24 Q. Did any physician tell you that your degenerative

Page 83

1    condition was a result of this incident?
2 A. No. That's where they stated that it was just
3    degenerative disk disease is something that everyone
4    has. It's just to what degree it flares up.
5 Q. Dr. Diaz was the first physician you saw as a result
6    of this incident or as a result of your back
7    condition?
8 A. For my back, yes.
9 Q. Describe your treatment from there? What happened
10    next?
11 A. He sent me for x-rays and MRI.
12 Q. Do you know what the results of those were?
13 A. I believe that there is a printed document that
14    states what the actual technical medical statements
15    are, but the first thing he sent me for was a chest
16    x-ray just to see if there was any blunt-force
17    trauma which can happen to organs in situations
18    where you're dropped, or you've been in a jarring
19    type of accident, and those came back negative.
20    There was no blunt-force trauma. Then he did the
21    MRI on that, on the lower back where it was
22    discovered that there was in the disk, the lower
23    disk and one in the lumbar disk and the cervical
24    disk that were both injured. So the cervical disk

Page 84

1    did not generate any pain the way the lumbar disk
2    did.
3 Q. Did you ever experience neck pain as a result of
4    this incident?
5 A. No, and I believe that that was probably
6    pre-existing, that one, because I had a
7    shoulder/neck type injury when I was working back in
8    the seafood industry back, I think, like in 1989. I
9    was unloading a box off of a truck, and I was
10    pulling one of those strapping bands, and I pulled
11    on it, and it broke, and I fell back, my shoulder
12    right into a--I think it was my left shoulder. I
13    fell right into the door of the little box truck. I
14    landed into the door and kind of twisted around, and
15    my neck and shoulder were you know, out of wack for
16    a little time.
17 Q. Who was your employer at the time?
18 A. Waterfront Seafoods.
19 Q. Where were they out of?
20 A. They were in Cleveland. They actually have--they
21    sold their business and have re-opened under another
22    name.
23 Q. Do you know what the name is?
24 A. I believe it's called Catonese (phonetic) Classic

22 (Pages 85 to 88)

Page 85

1    Seafood.
2    Q. Did a claim generate from that shoulder/neck injury?
3    A. It did because I went to a chiropractic for--I
4       believe it was maybe a month or six weeks.
5    Q. What was the chiropractor's name?
6    A. I don't remember. This was in Mentor, Ohio, but I
7       went to him, and he did the stim. thing and twisted
8       my neck and made my neck pop and did alignments, and
9       I did that like twice, sometimes three times a week,
10      and then I was, you know--it feels fine. So I
11      didn't continue on with it.
12   Q. You didn't have any other treatment as a result of
13      that?
14   A. No.
15   Q. Did a lawsuit come out of that prior incident?
16   A. No.
17   Q. Did you get any other--was your claim approved for
18      payment? You said you had a claim?
19   A. Yeah, I mean, they covered it for the--as far as I
20      know. I mean, it was a family-owned business. I
21      went in. They took care of your insurance benefits.
22      So I don't know how it was handled as far as that
23      goes. I know I didn't have any out-of-pocket out of
24      it for that treatment.

Page 86

1    Q. You said you had a claim as a result of this
2       incident with your employer; correct?
3    A. Uh-huh, yes.
4    Q. What was that claim for?
5    A. The workmen's comp. claim with Schwan's?
6    Q. Yes.
7    A. Was for the injury.
8    Q. Let me clarify. Was it to have your medical
9       expenses paid, or were you looking for wages?
10   A. I just went in and--I did what they asked me to do,
11      which was to file within our office for it. I was
12      told to contact somebody within the office, let them
13      know of the incident, and then when I went to my
14      doctor, and they ask how it happened, I had to--you
15      know, I was informed to tell him that it happened
16      during--at work, and how it was--you know, how the
17      whole thing happened that way so it was billed
18      appropriately.
19   Q. Were you ever awarded any wages as a result of this
20      injury?
21   A. There was a lawsuit that was--for wages that were--a
22      difference in my wages from the time period that I
23      did not get--you know, from the time I was let go
24      from the company until I was able to recoup getting

Page 87

1    back to the same salary level. There was an award
2    given for that.
3    Q. What was that award?
4    A. I believe it was, I think, $50,000 for wages over a
5       22 month period.
6    Q. Was that paid? Did you receive that money?
7    A. Yes.
8    Q. In your answer to Interrogatory No. 5, which asks
9       about prior injuries, you indicated that you pulled
10      a muscle in your shoulder and your upper back while
11      working in your yard years before the accident. Is
12      that your recollection?
13   A. No, it was actually while working in the seafood
14      business prior to the accident.
15   Q. So you never pulled a muscle in your shoulder or
16      back working in your yard?
17   A. I may have, but I don't remember.
18   Q. You have no recollection of it?
19   A. I don't. I know that it did happen definitely while
20      I was working the seafood business.
21   Q. And is there any reason you can recall why you
22      didn't tell my client about the incident with the
23      seafood company back in the '80s?
24   A. That didn't come up in--I don't understand.

Page 88

1    Q. Did you look at the interrogatories that you
2       answered from my client prior to signing them? Why
3       don't I put them into evidence?
4    A. I haven't seen the interrogatories from your client.
5          MR. LEEDBERG: Can I have that marked as
6       Exhibit 4?
7          (The answers to interrogatories was marked
8       Exhibit No. 4 for identification.)
9    Q. You know, I'm going to drop this line of questioning.
10      questioning. It seems to me that that incident was
11      prior to the date that we signed,
12      February 6, 1992. Was it prior to that date?
13   A. Yes.
14   Q. Okay. I'm going to drop this line of questioning.
15      Have you ever had any other accidents, whether it be
16      auto accidents, prior to 2003, slip and falls, any
17      accident you can recall where you were injured?
18   A. I had two automobile accidents. One in 1983 while
19      living in Akron, Ohio. I was driving through an
20      intersection. Somebody coming across, who was
21      timing the lights, T-boned me right into my
22      passenger door.
23   Q. Did you suffer any injuries in that accident?
24   A. No.

Page 89

1  Q. Any injury or claim come out of that accident?
2  A. No.
3  Q. And what was the other accident?
4  A. The other one was I was backing up in--I had just
5     backed out of a parking space in a Kroger parking
6     lot in Reynoldsburg, Ohio, and a gentleman in a
7     pickup truck just was backing up while he was
8     talking to one of the employees who was gathering
9     carts and backed straight into my vehicle. He never
10    looked behind him.
11 Q. Were you injured in that accident?
12 A. No.
13 Q. Any other accidents of any kind where you recall
14    being injured that required medical care prior to
15    2003?
16 A. No.
17 Q. Any since the 2003 accident?
18 A. No.
19 Q. You've never had treatment for any lower back
20    related problem?
21 A. No.
22 Q. You mentioned earlier that you belonged to a gym
23    prior to this accident?
24 A. Uh-huh.

Page 90

1  Q. And that question, I think, was in response to what
2     were your activities prior to the incident. Any
3     other activities such as hobbies, recreation,
4     sports, anything you did prior to this incident in
5     2003 that you can no longer do as a result of this
6     incident in 2003?
7  A. From the hobby standpoint, I would say that my yard
8     work. I have had to--which was something I always
9     found great pleasure in doing work in my yard. I
10    now have to hire a lawn service, and I've had to
11    hire people to do landscaping for me. Shovelling my
12    driveway. I've had to hire people to do that for me
13    while I lived in Upstate New York. Virginia, they
14    don't really--or in Maryland, they don't
15    really hire people to do that because it doesn't
16    snow as often. The--you know, as far as routine
17    painting and work around the house in that way,
18    there's a number of projects that I have had to get
19    someone else to do. When we moved to our new house,
20    I had to hire a painter because I was unable to do
21    all of that painting that needed to be done
22    before--you know, when we were moving into it.
23    Essentially any handwork around the house has been
24    an item is something that I've just basically

Page 91

1     haven't been able to do as a result of it.
2     Hobbywise, you know, my greatest joy was playing
3     with my kids, and it's very unfortunate now that my
4     daughter, who is the oldest, remembers me prior to
5     my injury, now will ask me if I'm having good back
6     day or a bad back day in wanting to play with her or
7     do something. My four-year-old son, who is now
8     four, who was just an infant at the time has only
9     known me as a person with a back injury as my
10    21 month old is the same way. He's not even old
11    enough to understand yet, but he only will know me
12    as a guy with a back injury. What its done is I had
13    a lot of fun with my daughter playing on the floor,
14    and you know, we'd go for walks and that kind of
15    thing with regularity. Now I'm restricted to doing
16    that on days that I feel up to it, and it's based on
17    the pain level. I go into the pain management.
18    They ask what your pain level is for the day, and
19    it's very unfortunate that you go in, and there's a
20    pain level that--I mean, there's pain everyday, but
21    you get to a point where you tolerate it, and you
22    just deal with it, if you will, but what you have to
23    do is evaluate how much above that acceptable, this
24    is what I have to live with, level that you give

Page 92

1     them as a response, and I average, you know,
2     basically an eight on the pain scale out of ten on a
3     regular basis when I'm in there. That's just how it
4     is. It's unfortunate, but I've had to come to
5     accept that that's the level of pain that I'm in on
6     a daily basis. It's--you know, I have a high
7     tolerance for pain typically, and a great example of
8     that is I fall asleep during root canals, and I
9     never have problems with it, but the pain in my back
10    has been so severe that it's debilitated me.
11 Q. Any other recreation, sports, hobbies?
12 A. I used to play softball. I don't do that. I used
13    to play golf a lot. I haven't played golf since the
14    accident.
15 Q. Where did you play golf regularly prior to the
16    accident?
17 A. I played with customers. I played--as I travelled,
18    I played in different locations, you know, for work.
19    We'd play in different locations all over. You
20    know, with different clients and that, we'd take
21    them out to different places and play. So it was a
22    regular weekend activity for me to do.
23 Q. Any local courses that you'd go to regularly?
24 A. I never got into any of the ones in the Syracuse

24 (Pages 93 to 96)

Page 93

1  area because by the time I got settled in up there,
2  it was--we got settled in September. It was the end
3  of the season. I didn't really have time to get
4  acclimated as I just moving into the area. So I
5  never got a chance to play up there, but I played in
6  Florida, and I played in Georgia and that type of
7  thing throughout that fall and winter with different
8  meetings that we went to. I played in Las Vegas,
9  that kind of thing, and then after the incident or
10  the accident and everything, I haven't been able to
11  do anything. In fact, I was staying near a driving
12  range, and I still--I love golf. I mean, it's one
13  of those things that I've always--I've been playing
14  since I was 11 years old, and my father-in-law and I
15  used to play, you know, as our--that was a big
16  connection for us, and it was one of those things
17  that, you know, I stopped at a driving range just to
18  kind of be in the environment and see what was going
19  on, and I ran into somebody I knew, and they're
20  like, "Hey, you want to take a couple swings?" And
21  I tried it, and I just felt miserable. I couldn't
22  even do it, and I just handed the club over, and I
23  said, "I can't do this."
24  Q. Who was this person?

Page 94

1  A. It was a gentleman I worked for at the time. He was
2  up in Long Island, Dave Horowitz, and I just
3  didn't--I couldn't hit the ball. I mean, I hit it,
4  but I just--I felt miserable.
5  Q. What was your typical 18-hole score prior to the
6  incident?
7  A. Anywhere from 89 to 91, in that range.
8  Q. Did you say you played softball?
9  A. Yes.
10  Q. Did you play for a league?
11  A. I played in leagues until my wife and I moved to
12  Columbus, and then I was travelling too much so I
13  couldn't play. Our weekends got--we met in
14  Cleveland. I played in Cleveland, and I played
15  shortstop.
16  Q. What year was that?
17  A. I played up until--I played through '93.
18  Q. Prior to the incident you hadn't played softball for
19  a league for ten years?
20  A. No, I didn't have a chance to. I was working too
21  much, travelling too much.
22  Q. Would you call softball one of your pastimes at the
23  time of this incident?
24  A. Not at the time of the incident. Golf was my--was

Page 95

1  definitely the pastime of choice when I had time to
2  do it. My kids were the primary, hobby, pastime,
3  and everything. Once we had children, you know, the
4  time to do other things really went away.
5  Q. Any other hobbies, sports, recreational activities?
6  A. No. There may be, but I can't think of any at this
7  point.
8      MR. LEEDBERG: Can I mark this
9  Defendant's 5, please?
10      (The letter 2-10-03 was marked
11  Exhibit No. 5 for identification.)
12  Q. I'm going to show you a document marked as
13  Defendant's 5. Do you recognize that document?
14  A. If I could have a moment to read it? Yes, I do.
15  Q. Did you create that document?
16  A. Yes.
17  Q. Is that your signature at the bottom?
18  A. Yes.
19  Q. Explain to me the remark about the stretcher being
20  faulty?
21  A. Because the legs did not come down on the stretcher.
22  To me it was the fact that the stretcher did not
23  work.
24  Q. Do you think that's what caused the incident?

Page 96

1  A. I think if the legs had come down, they wouldn't
2  have dropped me.
3  Q. Did you suffer from hypertension prior to this
4  incident?
5  A. My blood pressure had recently started to elevate,
6  yes.
7  Q. Has there been any change in the status of your
8  blood pressure since this incident that you
9  attribute to this incident?
10  A. My blood pressure continued to elevate, and rather
11  than being on one medication, I was--I went to a
12  cardiologist where I was switched to two medications
13  to balance it out, and I currently have my blood
14  pressure under control.
15  Q. How long did it take you to get your blood pressure
16  under control?
17  A. Just under a year.
18  Q. Do you think that any blood pressure related
19  condition was caused by this incident?
20  A. My primary care physician and the pain management
21  doctor, Dr. Tiso and Dr. Diaz both made comments to
22  the fact that when you're in pain, your blood
23  pressure elevates, which was the result of why at
24  the time of the incident my blood pressure was as

Page 97

1    elevated as it was was directly a result of the pain
2    that I was in, and it noted on the
3    Defendant Item No. 1 in the upper right corner there
4    the blood pressure at 194 over 106. It indicates a
5    high blood pressure right there at that point, and
6    even the paramedics had listed 160 over 120 at the
7    time they had me in the back of the ambulance.
8    So that was directly related to the pain that I was
9    in at that point.
10   Q. Who's Dr. Cameron Huckle?
11   A. If I remember correctly, he is a doctor that was
12   doing an experimental procedure for disk replacement
13   surgery, and my name was given to him--actually I
14   don't know how my name was given to him, but I was
15   contacted by him to see if I was interested in
16   participating in a disk replacement surgery, and I
17   would be actually as a live guinea pig, if you will.
18   I went through and was examined by him and talk to
19   him and such, and after listening to what they had
20   to say as far as--I looked at the whole scenario and
21   said, "I need to seek advice from--you know, I need
22   to talk to some other doctors to see if this is the
23   right course of action for me," and I just didn't
24   feel right about going with something that, No. 1,

Page 98

1    at the time wasn't FDA approved. No. 2, was still
2    in experimental phase, and it just was too risky to
3    me.
4    Q. So have you since decided not to go forward with
5    this disk replacement surgery?
6    A. Yes, I've decided not to. You're correct.
7    Q. Have you discussed any other treatment options with
8    any of your physicians?
9    A. Most recently I spoke with a neurosurgeon.
10   Q. What was that neurosurgeon's name?
11   A. His name is--let me think of it here. It's
12   Dr. Nathan Swami, S-w-a-m-i, and he's in Maryland.
13   When I went to get my MRI--I had an MRI done on my
14   head for my testosterone. It seems unusual, but the
15   testosterone at times is directly related to
16   sometimes the tumors on the pituitary gland, and the
17   only way they can find that out is to do an MRI. At
18   the time of that, they discovered that maybe it
19   happened when I was a baby, but--I might have been
20   dropped on my head as a baby or something. I had
21   like an indentation or something in the--where there
22   was spinal fluid on the front corner, just a little
23   corner in my brain. It doesn't affect anything, but
24   it showed up on the MRI, and it alarmed the

Page 99

1    endocrinologist because she didn't know how to read
2    it. So they advised me to go immediately to see the
3    neurosurgeon. I went in. We were talking, and I
4    told him about some of the treatment methods that
5    have been discovered--it was a non-related
6    conversation, if you will. They went in and
7    discovered this was nothing to be concerned about.
8    I said, "While I've got you here, can I ask you a
9    question," and I explained the treatments that I'd
10   been going through and that, and he basically told
11   me his advice and not knowing my history and not--he
12   says, "But just in my casual advice, your best
13   option is to not have surgery." He says, "My advice
14   to you is to try to slowly--over time you're going
15   to have to wean yourself off the pain medication and
16   find other ways to manage the pain," in which I
17   said, "What does that mean?" He said, "Well, we'll
18   have to set an appointment and talk about that
19   further." He says, "I really think that surgery is
20   not the answer. Once you start cutting into
21   somebody's back, it presents a problem that becomes
22   a long-time problem."
23   Q. Did you ever actually see Dr. Huckle?
24   A. Yes.

Page 100

1    Q. You did?
2    A. I spent four hours in his office one afternoon.
3         MR. LEEDBERG: For the record, I don't
4    think we have his report.
5    A. It was a--like I said, I got contact--I don't even
6    know who contacted me, and it was in
7    Buffalo, New York that I had to go there for the
8    appointment. I don't know that an actual report was
9    ever generated. He was talking to me kind of as
10   a--it was a discussion to see if I was interested in
11   participating in a--in this study. It was not
12   something that workmen's comp. would endorse either,
13   and they did not feel strongly about it either. So
14   I didn't have any comfort going through with it, but
15   I know that the reports are available if you need
16   them.
17   Q. So your present plan is to stay the course of
18   treatment you're currently receiving?
19   A. At this point to try to manage things as best I can.
20   You know, that's where I'm at at this point until I
21   can get to another doctor--until I get back to
22   Dr. Swami and discuss with him further options that
23   he wasn't at liberty to talk about the day we were
24   there because he didn't have my records in front of

26 (Pages 101 to 104)

Page 101

1    me to look at my history.
2    Q. The truck that you rented and drove back to
3       Connecticut in, was that an automatic or standard?
4    A. Automatic.
5    Q. You mentioned that you were terminated from your
6       employment in your view because they didn't want you
7       to have a worker's compensation case; is that
8       correct?
9    A. Yes.
10   Q. Could you explain that to me?
11   A. My former direct supervisor, Pat McCoy, never once
12      acknowledged my injury at all. Never said, "How are
13      you feeling?" Never said, "Wow, what happened?"
14      Never said anything regarding the injury. In fact,
15      I had to fly--about three or four weeks after the
16      accident I had to fly to Florida for a national
17      sales meeting and awards presentation that the
18      entire company was going to, and I was in a back
19      brace, and I was heavily medicated and falling
20      asleep in meetings in front of people, walking bent
21      over most the time, you know, like I said in a
22      brace, very uncomfortable, and he never once made a
23      comment at all about, you know, "Hey, what's wrong?
24      Hey, how you feeling or anything?" Nothing. No

Page 102

1    management personnel acknowledged it. Every other
2    person at the event came up and talked to me about
3    it. None of the management personnel ever
4    acknowledged it at all, and then all of a sudden out
5    of the blue after it was--between that and my
6    challenging the fact that they changed the policy on
7    bonuses and it affected one of my employees, and I
8    challenged that to my boss's boss, and asked the HR
9    department how to handle it, they weren't pleased
10   with me getting involved at that level and started
11   to really give me a lot of grief. So they
12   said--they made up this thing about me
13   inappropriately using a company credit card, which
14   was I had a direct billing on the card for my cell
15   phone, and they came out with a policy in January,
16   and I had already had a direct billing for my cell
17   phone. They came out with a policy in January that
18   no more could you charge your cell phone to that.
19   Well, I had contacted the cell phone company to do
20   that, but there were two charges that came through
21   on the card anyhow, and they said that was
22   inappropriate because I had already been given the
23   notice, and then two things came through, and that
24   was their reasoning. So to me in my interpretation,

Page 103

1    it was very suspect as to why it happened.
2    Q. Do you think them terminating your employment would
3       compromise your ability to bring a worker's
4       compensation claim?
5          MR. DURSO: I'm sorry, could you say that
6       again?
7    Q. Do you think that them terminating your employment
8       would compromise your ability to bring a worker's
9       compensation claim? Your testimony earlier today
10      was that they terminated you because they did not
11      want you to have a worker's compensation case.
12   A. My impression was that they--by the fact that I
13      got a workmen's comp. case--there was a workmen's
14      compensation case, and it was going to raise their
15      insurance rates on workmen's compensation, that that
16      did not go over well with them. They were angry
17      about that.
18   Q. And you think that these other reasons they gave for
19      terminating your employ were a front because they
20      were displeased with your worker's compensation
21      claim?
22   A. Yes, and when I was awarded the back wages, you
23      know, it was based on that same thing, that there
24      was not just cause for termination.

Page 104

1          MR. LEEDBERG: I'm going to look over my
2       notes. Do you have any questions?
3          MR. CETKOVIC: Nope.
4          MR. LEEDBERG: I'm going to look over my
5       notes.
6          (Brief break.)
7          (The Syracuse Orthopedic records were
8       marked Exhibit No. 6 for identification.)
9    Q. (Mr. Leedberg) Mr. Koran, I'm going to ask you a
10      couple questions on Defendant's 6, which I'll
11      represent to you are the documents that we got back
12      from Warren Wulff as a result of a request for
13      medical records from him, and I want to refer you
14      specifically to the second page under--it says,
15      "Review of Systems 4" and it says, "Review of
16      Systems." Do you see that paragraph a couple down?
17   A. Uh-huh.
18   Q. If you could read that, read that last sentence in
19      that?
20         MR. DURSO: Of which one?
21         MR. LEEDBERG: "Review of Systems," I'm
22      sorry.
23         MR. DURSO: "Review of Systems 4" or--
24         MR. LEEDBERG: No, the one without the

## Page 105

1    four.
2  A. "Patient denies dysuria, hematuria, nocturia,
3    frequency, and sexual dysfunction."
4  Q. Do you recall denying sexual dysfunction on that
5    date, which seems to be September 7, 2004?
6  A. No.
7  Q. And I presume later in record he says it again--it
8    was actually an earlier visit on July 17, 2003, and
9    it would be your testimony here today that that's
10   not accurate?
11 A. No, because I was taking--you know, if I needed to,
12   I was doing the Cialis. So that was--I mean, it
13   might have been interpreted that it wasn't
14   dysfunctional because I was taking the Cialis to fix
15   it. That would be my interpretation.
16 Q. Do you recall having discussions in particular about
17   sexual dysfunction?
18 A. No, not at all.
19 Q. Where do you fill your prescriptions now that you're
20   down in Maryland?
21 A. We go to a CVS, and then there are some mail order
22   prescriptions, but the pain management ones I do all
23   through a place called Medicine Plus, which is a
24   small pharmacy that I have everything done through

## Page 106

1    that pharmacy because the way the State of Maryland
2    is structured, if you're on a controlled substance,
3    you have to declare a single pharmacy. So I had to
4    call around and find a pharmacy that would have the
5    medications that I was looking for when I needed to
6    fill the prescriptions. So this small pharmacy
7    called Medicine Plus, which is like an old fashioned
8    pharmacy actually has the items that I need, and as
9    a result of that--
10 Q. Do you know where they're based out of?
11 A. They're in Newmarket. They're actually right in
12   Newmarket.
13 Q. You were saying as a result?
14 A. As a result of that, I utilized them for all of my
15   pain management medication. I do mail order for my
16   other maintenance prescriptions that I'm able to do,
17   but controlled substances have to be done, you know,
18   on a monthly basis.
19 Q. Do they call that the Rush Limbaugh Act?
20 A. I have no idea.
21 Q. The CVS, where is that located?
22 A. That's in Frederick.
23    MR. LEEDBERG: Okay. I'm just going to
24   state for the record that it appears we're missing

## Page 107

1    some medical records, some of which we were aware
2    of, some of which we were not, in particularly the
3    records for Diaz pre-loss, and there was some
4    mention of a Dr. Huckle, some physicians down in
5    Maryland that we have no records from. So just for
6    those reasons, I'm going to state for the record
7    that I think we should reserve our rights to
8    reconvene at a later date if those records raise any
9    issues with regards to the claim.
10    MR. DURSO: Just so I'm clear, you have
11   some Diaz records.
12    MR. LEEDBERG: I have the records from
13   Diaz February 10th, your first visit forward, and
14   there were at least seven or eight visits to that
15   office previously, which I understand from
16   conversation yesterday, Dr. Dispensa (phonetic) took
17   Mr. Koran's chart after the business dissolved.
18   That was his partner. I think Dr. Dispensa
19   (phonetic), but that's what they say at this point,
20   but we'll see if that pans out.
21    MR. DURSO: Okay.
22    (Deposition suspended at 1:49 p.m.)
23
24

## Page 108

1    C E R T I F I C A T E
2
3    I, the undersigned, JOSEPH KORAN, do hereby
4  certify that I have read the foregoing deposition,
5  taken on 21st, July, 2006, and that to the best of
6  my knowledge, said deposition is true and accurate
7  (with the exception of the following corrections
8  listed below):
9  Page   Line      Correction
10
11
12
13
14
15
16
17
      Signed:_____
18
19
20
21    Date:_____
22
23
24

**DUNN & GOUDREAU**

28 (Page 109)

Page 109

COMMONWEALTH OF MASSACHUSETTS

1
2
3        I, Leslie D'Emilia, a Court Reporter and Notary
         Public in and for the Commonwealth of Massachusetts,
4        do hereby certify that the foregoing deposition was
         taken before me on the 21st day of July, 2006;
5
             That the witness named in the deposition, prior
6        to being examined, was by me first duly sworn;
7            That said deposition was taken before me at the
         time and place herein set forth, and was taken down
8        by me in shorthand and thereafter transcribed into
         typewriting under my direction and supervision;
9
             That said deposition is a true record of the
10       testimony given by the witness and of all objections
         made at the time of examination.
11
             I further certify that I am neither counsel for
12       nor related to any party to said action, nor in any
         way interested in the outcome thereof.
13
             IN WITNESS WHEREOF I have subscribed my name and
14       affixed my seal of this 21st day of July, 2006.
15
16
17
         _____
18                Leslie D'Emilia
                  Notary Public
19                Massachusetts
                  My Commission Expires:
20                March 13, 2009
21
22

DUNN & GOUDREAU

**MOTION FOR SUMMARY JUDGMENT
EXHIBIT 2
EMT Dominick Tolson's Deposition**

Dominick Clark Tolson                                    09/19/2006

Page 1

Volume:    I

Pages:     1-60

Exhibits:  None

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

NO. 05-11454 RGS

- - - - - - - - - - - - - - - - - - - - - - - x

Joseph H. Koran, and Kimberly Koran, individually

and on behalf of Ana Koran, Joseph Koran, Jr., and

Erik Koran, minors,,

            Plaintiffs,

    v.

Elizabeth Weaver and Town of Sherborn,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - x

DEPOSITION OF DOMINICK CLARK TOLSON

Tuesday, September 19, 2006

1:15 p.m.

SHERBORN Fire Department

22 North Main Street

Sherborn, Massachusetts

Reporter:  Lori-Ann London, RPR

1bfeaddf-41e8-460f-bbec-cd5060e446f0

Dominick Clark Tolson                                    09/19/2006

1  A P P E A R A N C E S :
2
3     By Carmen L. Durso, Esquire and
4     Matthew P. Coletti, Esquire
5     LAW OFFICE OF CARMEN L. DURSO
6     175 Federal Street
7     Boston, Massachusetts 02110
8     617.728.9123
9     Appearing for the Plaintiffs
10
11    By Michael D. Leedberg, Esquire
12    PIERCE, DAVIS & PERRITANO, LLP
13    Ten Winthrop Square
14    Boston, Massachusetts 02110-1257
15    617.350.0950
16    Appearing for the Defendants
17
18
19
20
21
22
23
24

1           I N D E X
2
3  DEPOSITION OF:              PAGE
4  DOMINICK CLARK TOLSON
5
6  EXAMINATION BY MR. DURSO          4
7
8  _____X
9        E X H I B I T S
10 NO.              PAGE
11
12
13    No Exhibits Marked
14
15
16
17
18
19
20
21
22
23
24

1           P R O C E E D I N G S
2
3           DOMINICK CLARK TOLSON,
4  a witness called for examination by the
5  Plaintiffs, having been satisfactorily identified
6  by the production of his Massachusetts driver's
7  license, and duly sworn by the Notary Public, was
8  examined and testified as follows:
9           EXAMINATION
10 BY MR. DURSO:
11    Q    State your name for the record, please.
12    A    Dominick Clark Tolson.
13    Q    What is your current address, please?
14    A    38 Whitney Street, Sherborn.
15    Q    And what's your date of birth?
16    A    8/13/57.
17    Q    This is a deposition, what we're doing
18 here today.
19    A    Um-hm.
20    Q    Have you ever done this before?
21    A    Yes.
22    Q    Okay.  Under what circumstances?
23    A    Land dispute.
24    Q    Okay.  I want to ask you briefly about

1  your education and training.
2    A    Okay.
3    Q    Are you a high school graduate?
4    A    Yes.
5    Q    What year and what high school?
6    A    Natick High School, 1976.
7    Q    And after Natick High School, would you
8  tell me about your further education and training?
9    A    Geez, it was a while ago.  About a
10 year -- or two semesters at San Diego State.
11    Q    Yeah.
12    A    Two semesters at Framingham State.
13    Q    Yeah.
14    A    A semester at Quinsigamond.
15    Q    Yeah.
16    A    And 21 years in the United States Navy.
17    Q    Honorable discharge?
18    A    Yes.
19    Q    And what was your -- what was your
20 rating on --
21    A    Chief petty officer.
22    Q    Besides the obvious stuff, what did you
23 do in the Navy?
24    A    I was a hull maintenance technician.

LegaLink Boston, a Merrill Communications Company
(617) 542-0039

1bfeaddf-41e8-460f-bbec-cd5060e446f0

Dominick Clark Tolson                                                09/19/2006

Page 6

1    Q  Did you do anything medically related in
2  the Navy?
3    A  I did eight years with the special
4  warfare, which would be some combat first aid.
5    Q  Okay.  At some point did you get some
6  certifications from the state of Massachusetts?
7    A  Yes.
8    Q  Tell me about those.
9    A  I am a certified EMT.
10    Q  When did you get that?
11    A  Wow.  Geez, it's five years ago.
12    Q  So about 2001?
13    A  Yeah, yeah, because my current -- my
14  current expiration is April 2007.
15    Q  Okay.  So would it have been five years
16  before that?
17    A  Four years before that, because you
18  recertify every two years.  So it's my current
19  expiration.
20    Q  So April 2003?
21    A  That's correct.
22    Q  All right.  We're going to talk about
23  something today that happened in February of 2003.
24  Were you certified at that time?

Page 7

1    A  Yes, I was.  Yes, I was.
2    Q  Okay.  So --
3    A  I'm sorry, it was before that.
4    Q  Yeah.
5    A  It was before that.
6    Q  So did you have another --
7    A  In fact, it's been longer than that.
8    Q  Did you have a four-year term before
9  that or --
10    A  No, it goes in two-year cycles.  So I
11  guess it's been longer than that.
12    Q  So sometime before February 2003 you got
13  your initial certification?
14    A  Yes, and I can get the exact dates, we
15  have it on record.
16    Q  Okay.  What is your position with the
17  town of Sherborn?
18    A  I am a -- currently a fire fighter on
19  Engine 1.
20    Q  And when did you start as a fire
21  fighter?
22    A  '98, 1998.
23    Q  Okay.  Before -- what years were you in
24  the Navy?

Page 8

1    A  I was in the Navy from September 1976
2  until August 1998.  1998?  I can tell you.
3       (Pause.)
4    A  '97 would make it 21 years.
5    Q  Okay.  And then was the fire fighter
6  position with the town of Sherborn the first thing
7  you did when you got out of the Navy?
8    A  No.
9    Q  What did you do before that?
10    A  I worked for an engineering company,
11  Framingham Welding and Engineering, as a
12  production planner.
13    Q  How long did you work for them?
14    A  Eight years while I was doing time in
15  the reserves, and from there, I went to the
16  Double E Company in West Bridgewater, and I'm a
17  regional sales manager.
18    Q  Okay.  And for how long have you -- are
19  you still with Double E?
20    A  Yes.
21    Q  Yeah.  Okay.
22       So you've been a fire fighter since
23  1998.  Are you a volunteer or --
24    A  Yes.  Volunteer, yes.

Page 9

1    Q  Okay.  So when did you -- so while you
2  were doing these other things you just told me
3  about, you also have been a volunteer fire fighter
4  in Sherborn?
5    A  That's correct.
6    Q  And when you say you're a fire fighter
7  on -- what did you say, Engine 1?
8    A  Engine 1, yes.
9    Q  Engine 1.  Is that in addition to being
10  an EMT?
11    A  That's correct.
12    Q  Okay.  So you -- you get -- you get
13  called out both for regular fire fighting duties
14  and as an EMT?
15    A  I'm no longer on the ambulance at this
16  time.
17    Q  Oh, okay.  Were you a regular fire
18  fighter continuously from '98 to the present and
19  -- or did you switch back and forth from being a
20  fire fighter and on the ambulance?
21    A  I was continuous until now, till
22  present.
23    Q  Okay.  And for how long a period of time
24  were you on the ambulance?

LegaLink Boston, a Merrill Communications Company
(617) 542-0039

1bfeaddf-41e8-460f-bbec-cd5060e446f0

Dominick Clark Tolson                                      09/19/2006

---

Page 10

1    A    Up until about two years ago.
2    Q    Okay. But you've maintained your
3 certification as an EMT in the meantime, right?
4    A    That's correct.
5    Q    So how come you're not on the ambulance
6 anymore?
7    A    It's kind of a conflict with work.
8    Q    Okay.
9    A    As you can see, I do a lot of things.
10    Q    Yes. I don't know how you do it all, to
11 be honest with you, but it must be that Navy
12 training.
13    A    Yeah. Absolutely.
14    MR. LEEDBERG:  I'm still trying to
15 get over the fact that he's 49 years old. I would
16 have guessed you're about 35.
17    (Off record.)
18    Q    I'm going to show you a document that
19 was marked as Exhibit 1 in the Christensen
20 deposition. Would you take a look at it for me,
21 please?
22    A    Sure.
23    (Document exhibited to witness.)
24    (Witness perusing document.)

---

Page 11

1    Q    Did you get a chance to look at that
2 document?
3    A    Yes, I did.
4    Q    Okay. Would you tell me whether or not
5 the handwriting on that document is your
6 handwriting?
7    A    Yes, it is, up until this point.
8 (Indicating.)
9    Q    Up until which point?
10    A    Up until this last statement that
11 says --
12    Q    Addendum?
13    A    -- Natick. It says MetroWest Natick.
14    Q    Okay. Where it says "addendum," that's
15 not your writing?
16    A    That's not my writing.
17    Q    Okay. Do you know whose writing that
18 is?
19    A    No, I don't. This might be Scott's. I
20 don't know. I don't know.
21    Q    Okay. All right. Would you do me a
22 favor and read where it says "comments," just read
23 me the writing there, please, the part you wrote?
24    A    "Patient had left foot and first big toe

---

Page 12

1 run over by a car. Patient's first complaint of
2 pressure on the first joint of the big toe, tender
3 to the touch. Transported to MetroWest Natick.
4    Q    Okay. And the other information, the
5 things -- the boxes that are checked and the --
6 the -- the patient information, and the dispatch
7 times, were those written -- all written by you?
8    A    Yes, this was. Yes, it was.
9    Q    And how about the vital signs, did you
10 enter those in there?
11    A    Yes, I took the vitals.
12    Q    Okay. Do you have a memory of this
13 particular incident from February 6, 2003.
14    A    I have -- I remember some of this.
15    Q    Okay.
16    A    Some of what happened, yes.
17    Q    What I'd like you to tell me, if you
18 would, is what you can recall about what happened
19 at that time. Starting with you're at the -- you
20 were at the station here that evening?
21    A    Yes, yes, I was.
22    Q    Would you start with that and tell me
23 what you can recall happened?
24    MR. LEEDBERG:  I'm just going to

---

Page 13

1 object as to form, but go ahead and answer.
2    A    The tone went off.
3    Q    The -- I'm sorry, the what?
4    A    The tone went off calling out the
5 ambulance.
6    Q    Okay.
7    A    We -- Scott and I left. We were up in
8 the meeting room, went down, got in the ambulance
9 and went to the call site, which was the Sherborn
10 Inn. At that --
11    Q    Can I stop you there?
12    A    Sure.
13    Q    Was it just the two of you who went?
14    A    I don't remember. I know it was --
15    Q    Let me ask you specifically --
16    A    The two of us were in the front of the
17 ambulance, I know that.
18    Q    Do you recall whether or not Deputy
19 Chief Buckler went with you?
20    A    I'm not sure if he rode in the ambulance
21 or if he walked over. It's only a short walk.
22    Q    Did he go to the scene too, though?
23    A    He was at the scene, yes.
24    Q    Okay. All right. So you and Scott went

---

LegaLink Boston, a Merrill Communications Company
(617) 542-0039

1bfeaddf-41e8-460f-bbec-cd5060e446f0

Dominick Clark Tolson                                09/19/2006

---

Page 14

1  in the ambulance to the scene.  And where was the
2  scene?
3      A   In the parking lot of the Sherborn Inn.
4      Q   Okay.  And did you know going over there
5  what the call was for?
6      A   I don't remember exactly how the call
7  came in.
8      Q   Okay.  When you got there, what did you
9  find?
10     A   We found a man that was walking around,
11 and we proceeded to ask him what had happened,
12 there was also a couple of officers there.
13     Q   Okay.  You say "we," did you speak with
14 him yourself?
15     A   Yes, I did.
16     Q   Yeah.  And tell me about that, tell me
17 about your conversation with him, if you will.
18     A   I don't remember my exact words.  My
19 best memory would be I asked him what his chief
20 complaint was and asked the officers what had
21 happened trying to evaluate the scene.
22     Q   And do you recall what you learned?
23     A   Yes.
24     Q   What was that?

---

Page 15

1      A   We learned that his foot had been run
2  over by a car.
3      Q   Okay.  And did you render treatment to
4  him yourself personally?
5      A   Yes, I did.
6      Q   Okay.  Tell me what you did, if you
7  would.
8      A   First we persuaded the patient to sit
9  down in the back -- on the back step of the
10 ambulance.
11     Q   Okay.
12     A   We asked him if we could remove his shoe
13 so we could examine his foot.  With some
14 resistance, he did let us -- finally let us do
15 that.
16     Q   When you say some resistance, what do
17 you mean?
18     A   He wasn't -- at that point he wasn't
19 really receptive to our treatment.
20     Q   Okay.  And why was that, if you know?
21     A   Well, he was -- he was not happy about
22 the whole situation, and he was -- he was quite
23 upset.  From what I remember, he was -- he was
24 arguing with the police officers and talking

---

Page 16

1  somewhat with -- with Ron.  He didn't pay a whole
2  lot of attention to Scott and I at that time.
3      Q   Okay.  Did you hear any of that
4  conversation?
5      A   No, I don't remember exactly what was
6  said.
7      Q   Okay.  When you started talking to him,
8  can you remember anything that you said to him and
9  he said to you?
10     A   My -- my conversation with him was I
11 basically asked him where his pain was.
12     Q   Okay.  And what did he say, if you
13 remember?
14     A   I don't -- I don't remember exactly what
15 -- what his reply was.
16     Q   Okay.  Do you remember whether or not
17 his complaint seemed to be consistent with what he
18 said happened, being run over by a car, his foot
19 being run over by a car?
20     A   Yes, I would say so, yes.
21     Q   Okay.  What -- what did you observe --
22 well, tell me the mechanical things you did in
23 order to treat him if you would.  You told me you
24 got him to sit down on the -- what did you say,

---

Page 17

1  the back step of the --
2      A   Yes.
3      Q   -- of the ambulance?
4          And what is that, like the bumper,
5  or is there something else there?
6      A   Yeah, like the back bumper of the
7  ambulance.
8      Q   Okay.  And so you got him to sit down,
9  and what happened next; what's the next thing that
10 occurs?
11     A   We got him to remove his shoe --
12     Q   Yeah.
13     A   -- and his sock and we proceeded -- I
14 proceeded to -- to palpitate his foot for
15 tenderness and look for any signs of distortion,
16 broken bones, swelling, bruising, those types of
17 things.
18     Q   Okay.  Do you remember what you found?
19     A   Found slight swelling, to my best
20 knowledge.  I don't recall if it was bruised or --
21 I don't recall.
22     Q   Okay.  What happened next?
23     A   We recommended that we transport, that
24 we take him to the hospital, and that he get it

---

LegaLink Boston, a Merrill Communications Company
(617) 542-0039

1bfeaddf-41e8-460f-bbec-cd5060e446f0

Dominick Clark Tolson                                    09/19/2006

Page 18

1  examined and X rayed.
2      Q   Okay.  Why was that?
3      A   It's a trauma injury.  It should be --
4  should be seen by a physician.
5      Q   Okay.  Did he agree to do that?
6      A   Initially, no.
7      Q   And did -- did that change?
8      A   Yes.
9      Q   And how did it change -- did you have
10 further conversation with him about that?
11     A   Yes.
12     Q   And tell me about that conversation.
13     A   We advised him that it was better to
14 have it seen and treated now than to wait and have
15 something develop later.
16     Q   Okay.  So did he ultimately agree that
17 he would be -- he would go to the hospital?
18     A   Yes.
19     Q   Okay.  What did you do in terms of
20 transporting him to the hospital; what are the
21 steps that you took to transport him?
22         MR. LEEDBERG:  Object as to form,
23 but go ahead and answer if you understand the
24 question.

Page 19

1          THE WITNESS:  I under the -- I think
2  I understand the question.
3      A   Are you -- do you mean procedurally what
4  did we do or....
5      Q   Well, the last thing I've got is he's
6  sitting on the back step, you're examining his
7  foot.  What do you do after that in terms of
8  taking him to the hospital; what other steps do
9  you take?
10     A   We got him on the stretcher --
11     Q   Okay.
12     A   -- got him strapped down.
13     Q   Yeah.
14     A   And then left the scene and headed for
15 the hospital.
16     Q   Okay.  Did you -- aside from examining
17 his foot, did you provide any treatment on the
18 scene?
19     A   I don't remember.
20     Q   Do you remember whether you wrapped his
21 foot or whether you did anything to his foot?
22     A   I don't remember.
23     Q   Given the type of injury that he
24 complained of, what would be the usual procedure,

Page 20

1  the usual treatment that you would apply in that
2  situation?
3      A   A suspected break, you would splint.
4      Q   Okay.  And do you have any recollection
5  as to whether or not you did that?
6      A   I don't remember if we splinted or not.
7  I don't recall.
8      Q   You said -- I think you said, and if I'm
9  wrong, you correct me, I think you said you may
10 have observed some swelling?
11     A   Yes.
12     Q   Okay.  And what would the usual
13 procedure -- the usual treatment be for observing
14 swelling?
15     A   That would be a -- break a cold pack,
16 put a cold pack on, transport.
17     Q   Okay.  And, again, do you have any
18 recollection as to whether or not you did that?
19     A   I believe we did that.  I don't recall
20 whether we did it prior to transport or during
21 transport.
22     Q   Okay.  How many of you were there in the
23 ambulance when you transported him?
24     A   I was there myself, just myself.

Page 21

1      Q   Okay.  And --
2      A   Scott drove.
3      Q   Scott drove.  And you were in the back?
4      A   Yes.
5      Q   Okay.  So this is something you may have
6  done while on route; is that what you're saying?
7      A   That's correct.
8      Q   Okay.  And what can you tell me about
9  Mr. Koran's position in the vehicle at that time?
10 I think you said he was on the stretcher; is that
11 right?
12     A   That is correct, he was on the
13 stretcher.
14     Q   Okay.  And what was the position of the
15 stretcher, was he -- was he prone on the
16 stretcher?
17     A   Yes.  The stretcher was in the prone
18 position, that's correct.
19     Q   Okay.  Is there a reason why he would be
20 prone at that particular time or -- as opposed to
21 say sitting up or having his leg elevated or
22 anything like that?
23     A   No, I don't think -- no particular
24 reason.

6 (Pages 18 to 21)

1bfeaddf-41e8-460f-bbec-cd5060e446f0

Dominick Clark Tolson                                   09/19/2006

Page 22

1    Q    But your memory is that he was prone; is
2  that correct?
3    A    That's correct, yes.
4    Q    And did he remain that way for the
5  entire time of the transport?
6    A    That's correct.
7    Q    Where was it that you first saw
8  Mr. Koran when you came to the Sherborn Inn?
9    A    I don't remember exactly where he was.
10   Q    Okay.  Did he have a vehicle?
11   A    I don't know.
12   Q    If he did, you didn't see a vehicle; is
13 that --
14   A    I don't know.
15   Q    Yeah.  Okay.  Where did you transport
16 Mr. Koran to?
17   A    MetroWest Natick.
18   Q    Okay.  When you -- by the way, the --
19 the times that are listed for dispatch, do you see
20 them on there?
21   A    Yes.
22   Q    They're in military time, right?
23   A    Yes.
24   Q    Yeah.  And 6:46 sound like the right

Page 23

1  time for the dispatch, the initial dispatch?
2    A    Yes.
3    Q    And I guess you've said it's just down
4  the street so a minute later would be --
5    A    It's right there.
6    Q    Yeah.  Okay.  And then the departure
7  time seems to be 7:08 based on what's listed on
8  there.  Does that sound like the right amount of
9  time that you were at the scene, about 20 minutes
10 or so, 21 minutes I guess technically?
11   A    I don't remember exactly.
12   Q    Okay.  And then the -- the departure
13 time and then the hospital arrival time looks like
14 1950 or 1956.  Does that sound right in terms of
15 the time it would take you to get to the hospital?
16       THE WITNESS:  I don't know how to
17 answer that.
18       MR. LEEDBERG:  If it doesn't sound
19 right, maybe it's -- if it's -- explain it, if you
20 can.
21   A    Well, I can -- I -- we get these times
22 from dispatch.  We don't clock things as they
23 happen.  We call in and dispatch tells us what our
24 times are.

Page 24

1    Q    I see.  Okay.  So you write them, but
2  you don't -- you don't actually look at your watch
3  and say, I'm doing it based on this particular
4  time; is that what you're saying?
5    A    That is correct.
6    Q    Okay.  All right.  So --
7    A    The only times --
8       THE WITNESS:  Can I --
9       MR. LEEDBERG:  Yeah, go ahead.
10   A    The only time I look at my watch is if
11 I'm doing something, if I'm performing something
12 on the patient.
13   Q    Taking a pulse or something?
14   A    Yes.
15   Q    How long would you estimate it
16 ordinarily takes to get from the Sherborn Inn to
17 the MetroWest Hospital?
18   A    10 minutes, 15 minutes.
19   Q    Okay.  All right.  6:52, about --
20 approximately five minutes after you arrived at
21 the scene, would that be a time that you
22 entered --
23   A    That would be a time, yes.
24   Q    -- when you took the vital signs; is

Page 25

1  that correct?
2    A    Yes, that would be.
3    Q    Okay.  And you took the -- well, why
4  don't you tell me what each of the blocks means if
5  you would, please.
6    A    LOC, level of consciousness, times
7  three.
8    Q    What does that mean?
9    A    It basically means I did three
10 observations on his level of consciousness,
11 meaning did he answer me when I spoke with him,
12 was he cognizant of what I was saying, and did he
13 appear to have good motor function, good, you
14 know.  The second was the blood pressure.
15   Q    Yeah.  And -- I see it there, but why
16 don't you tell me what it says, just to be clear.
17   A    160 over 120.
18   Q    Is that high?
19   A    Relatively high I would -- I would say,
20 yes.
21   Q    And what's the next reading?
22   A    Pulse.
23   Q    Yeah.  What's that?
24   A    Would be -- it would be 80.

7 (Pages 22 to 25)

1bfeaddf-41e8-460f-bbec-cd5060e446f0

Dominick Clark Tolson                                    09/19/2006

Page 26

1    Q    And is that --
2    A    That's in normal range.
3    Q    Normal range, okay.
4         What's the next item?
5    A    That -- that would be his respiration,
6    his breathing --
7    Q    Okay.
8    A    -- and it was normal range.
9    Q    I can't make that out at all.  Is that
10   what that says?
11   A    Yeah, that's normal range.
12   Q    Okay.  Sorry.  I thought it was
13   something scratched out; I couldn't tell.  Thank
14   you.
15        Okay.  So is it likely that within
16   five minutes after arriving at the scene you were
17   taking Mr. Koran's vitals?
18   A    Yeah, I would say -- yeah, I would say
19   so.  That's typical, yes.
20   Q    Okay.  So whatever -- whatever problems
21   there were initially with Mr. Koran wanting
22   treatment or not wanting treatment, at least
23   within five minutes after you got there, he was --
24   he was submitting to having you take his vital

Page 27

1    signs apparently; is that a fair statement?
2    A    He submitted, yes.
3    Q    Okay.  All right.  So you transport him
4    to the MetroWest Hospital.  What happens there?
5    A    We unload him from the ambulance.
6    Q    Okay.  And you say we.  Tell me, if you
7    would, just what the procedure was.  Were you
8    still in the back with him?
9    A    Yes, yes, I was.
10   Q    Okay.  And what happened?
11   A    I waited for Scott to open the doors and
12   release the stretcher.  Scott released the
13   stretcher, we guide him out, and that's when it
14   dropped.
15   Q    Okay.  Scott opens the back doors of the
16   ambulance from the outside?
17   A    That's correct.
18   Q    Is that something you can't do from the
19   inside?
20   A    You can, but you can't.  I mean, it has
21   a latch, but you have to -- you have to be at the
22   head of the stretcher.
23   Q    When Mr. Koran went into -- went on the
24   stretcher, did he get on the stretcher from inside

Page 28

1    the ambulance?
2    A    I don't remember.  I don't remember
3    whether --
4    Q    Well --
5    A    Whether he -- I don't remember.
6    Q    Okay.  Let me ask it this way.
7         Do you recall while you were at the
8    Sherborn Inn taking the stretcher out of the
9    ambulance?
10   A    I don't remember.  I don't remember
11   that.
12   Q    Okay.  So -- well, there's -- and if I'm
13   saying this wrong, you correct me.  There's only
14   two ways he could be on the stretcher; one would
15   be if you brought the stretcher out and he got on
16   it; the other would be if he got into the
17   ambulance and then got on the stretcher; is that a
18   fair statement?
19   A    That's correct, that's fair, yes.
20   Q    And you don't remember which it was?
21   A    No, I don't.
22   Q    Okay.  When -- what was the weather like
23   at that time, do you recall?
24   A    I think it was good weather.  I believe

Page 29

1    it was good weather.  It wasn't -- I know it
2    wasn't raining or anything like that.
3    Q    Was there snow on the ground, do you
4    recall?
5    A    No, I don't recall whether or not -- no.
6    Q    Okay.  Was it cold?
7    A    I don't think so.
8    Q    All right.  If I -- if I have the
9    picture correctly, Mr. Koran sits on the back of
10   the ambulance and takes his shoe off or you take
11   his shoe off?
12   A    Um-hm.
13   Q    Which was it, did you take it off or did
14   he take it off?
15   A    I don't remember exactly whether it was
16   him or me.
17   Q    Okay.  Did you examine his foot while he
18   was sitting on the back of the ambulance?
19   A    Yes.
20   Q    Okay.
21   A    Yes.
22   Q    And then did you leave his shoe off
23   during transport?
24   A    Yes.

8 (Pages 26 to 29)

LegaLink Boston, a Merrill Communications Company
(617) 542-0039

1bfeaddf-41e8-460f-bbec-cd5060e446f0

Dominick Clark Tolson                                    09/19/2006

---

Page 30

1    Q   All right. When he -- how did he get
2  into the ambulance with his shoe off; did someone
3  assist him or did you bring the stretcher down and
4  put him in on the stretcher?
5        MR. LEEDBERG:  Objection as to form.
6    Q   Do you understand what I'm asking you?
7    A   I understand what you're asking me, but
8  I don't remember exactly.
9    Q   What would your usual procedure be if
10 you had someone who didn't have a shoe on in those
11 circumstances?
12   A   You would bring the stretcher out.
13   Q   Okay. It would be difficult with no
14 shoe on for him to step into it, wouldn't it --
15       MR. LEEDBERG:  Objection as to form.
16   Q   -- step into the ambulance?
17       MR. LEEDBERG:  Objection as to form.
18 Answer if you can.
19   A   Yeah, I think that would be difficult,
20 yeah.
21   Q   And if you had a -- if you had a
22 question as to what the injury was to his foot,
23 you probably wouldn't want him to put any weight
24 on it, particularly as a barefoot, would you --

---

Page 31

1        MR. LEEDBERG:  Objection as to form.
2    Q   -- in terms of your usual procedure?
3    A   Yes, you would not want him to put
4  weight on it, that's correct.
5    Q   Okay. Does that make it -- I understand
6  you don't presently recall, but does that make it
7  more likely that the procedure you would follow
8  would be to have him get on the -- pull the
9  stretcher out and have him get on the stretcher
10 rather than have him step up into the ambulance?
11       MR. LEEDBERG:  Objection as to form.
12   A   Yes, that would be -- procedurally, yes,
13 that would be the way you'd do it.
14   Q   Okay. In any event, he's in the
15 ambulance. Is he strapped to the stretcher?
16   A   Yes.
17   Q   Okay. Did you strap him yourself?
18   A   We all did -- we all do.
19   Q   Who's -- who's we all?
20   A   Well, myself, Scott, anybody that would
21 be there.
22   Q   Okay. Would that be your -- is it Ron
23 Buckler?
24   A   Yes.

---

Page 32

1    Q   Was he assisting you too, do you
2  remember?
3    A   I don't remember whether he -- whether
4  he did or not.
5    Q   Okay. He was at the scene I think you
6  said?
7    A   He was at the scene. He was at the
8  scene.
9    Q   Okay. Did he go to the hospital with
10 you?
11   A   No, he didn't.
12   Q   In any event, at some point Mr. Koran is
13 strapped to the stretcher and the ambulance goes
14 to the MetroWest Hospital; is that right?
15   A   That's correct.
16   Q   Okay. You get there, and you've
17 indicated that Scott would have opened the doors
18 from the outside?
19   A   That's correct.
20   Q   Okay. And you would have been at the --
21 looking in, you would have been at the back or the
22 head end of the stretcher; is that correct?
23   A   That's correct.
24   Q   Okay. And what -- what did Scott do in

---

Page 33

1  terms of getting Mr. Koran out of the ambulance?
2    A   I don't know what he did.
3    Q   Well, you said something before about he
4  unlocked the --
5    A   Typically that's what -- yeah, I can't
6  answer as to what he actually -- what he did,
7  but....
8    Q   Okay. Where was the -- how does that
9  locking device work?
10   A   It's a push bar.
11   Q   And where is it located?
12   A   You push it. It's located on the
13 right -- sorry, I can't remember -- left -- right
14 side. Push it and it unlocks.
15   Q   In terms of access to it, is this
16 something that's on the floor?
17   A   Yes, it's mounted to the floor.
18   Q   So is it difficult for you at the
19 head of the stretcher to get to that device?
20   A   You could not.
21   Q   So then Scott has to be the one
22 that unlocks that device; is that right?
23   A   That's correct.
24   Q   Okay. So it's -- is it fair to say that

---

LegaLink Boston, a Merrill Communications Company
(617) 542-0039

1bfeaddf-41e8-460f-bbec-cd5060e446f0

Dominick Clark Tolson                                    09/19/2006

Page 34

1  he must have unlocked the device or you couldn't
2  have gotten the stretcher out of the ambulance?
3     A    That's correct.
4     Q    Okay.  And does that mean that the two
5  of you were then taking the stretcher out of the
6  ambulance, him at the foot and you at the head?
7     A    That's correct.
8     Q    Okay.  What's your understanding as to
9  how the stretcher works in terms of taking it out
10 of the ambulance, what -- what -- what
11 mechanically occurs in order to bring it out?
12    A    You roll it out and the wheels drop
13 down.
14    Q    Okay.  What makes them do that, is it --
15 is it gravity or is there some device that's --
16 that causes that?
17          MR. LEEDBERG:  Objection as to form.
18 Answer if you know.
19    A    There's a release.
20    Q    Okay.  You have to press -- you have to
21 press something in order for those legs to drop
22 down?
23    A    I'm not sure if it's -- yes, you squeeze
24 the....

Page 35

1     Q    Okay.  And what happens when they drop
2  down?
3     A    They drop down, they hit the -- they hit
4  the ground, when it clicks, you roll away.
5     Q    Okay.  So there's -- is there -- is
6  there an audible sound that you hear when the legs
7  come down?
8     A    Yes, you hear them come down, yes.
9     Q    I mean, you mentioned -- you said click.
10 Do you actually hear a click sound?
11    A    Yeah, you do.  Yes, you do.
12    Q    And is that something that you need to
13 hear to -- so you know that the legs are, in fact,
14 locked in place?
15    A    Yes.  Yes.
16    Q    If the legs didn't click, would the legs
17 -- would they hold the stretcher up?
18          MR. LEEDBERG:  Objection as to form.
19 Go ahead and answer.
20    A    I don't know.  That's the first time
21 I've ever -- I don't know.
22    Q    Okay.  All right.  So you and Scott are
23 taking Mr. Koran out on the stretcher, and as
24 you're doing it, what exactly happens?

Page 36

1     A    The legs drop down --
2     Q    Yeah.
3     A    -- we roll him out and it dropped.
4     Q    Okay.  To what level did it drop?  To
5  what height, I guess, above the ground is what I'm
6  trying to say.
7     A    I don't remember if it was the first or
8  the second or if -- if it was the first or it was
9  all the way down.  I don't remember which one it
10 dropped to.
11    Q    On your body --
12    A    Um-hm.
13    Q    -- and by the way, Mr. Koran is prone at
14 this time, he's not seated?
15    A    I don't remember if he -- if he was
16 prone or seated -- if he was --
17    Q    Okay.  But let's -- let's just talk
18 about the prone -- the prone level.
19    A    Um-hm.
20    Q    Assume for the moment he was completely
21 prone.  You mentioned you weren't sure which one
22 of two levels it went down to.  Where would those
23 two levels come to on your body; could you tell me
24 that?

Page 37

1     A    Standing in the ambulance or on the
2  ground?
3     Q    Oh, well, that's a good question.  Were
4  you standing -- were you still in the ambulance
5  when this occurred?
6     A    Yes.
7     Q    Okay.  Did you come down from the
8  ambulance at that point; did you step down from
9  the ambulance?
10    A    Yes.
11    Q    Okay.  When you were standing next to
12 the stretcher at that point, where did the
13 stretcher come to on your body?
14    A    I don't remember exactly.  I don't
15 remember exactly.
16    Q    Okay.  Was it above the knees or below
17 the knees?
18    A    I don't remember exactly.  It was --
19    Q    Okay.  What happened?  You stepped out
20 of the ambulance and Mr. Koran was at one of those
21 levels.  What -- what happened at that point?  Was
22 there any conversation?  Did you talk to him?  Did
23 he speak with you or --
24          MR. LEEDBERG:  I object as to the

LegaLink Boston, a Merrill Communications Company
(617) 542-0039

1bfeaddf-41e8-460f-bbec-cd5060e446f0

Dominick Clark Tolson                                    09/19/2006

Page 38

1  form. Go ahead and answer it.
2      A   Yes, I said something to the effect of,
3  That was strange. And then I asked Mr. Koran, you
4  know, Are you okay? How are you? Are you fine?
5      Q   What did he say?
6      A   He said he was fine. He said he's okay.
7  He just kind of looked up at me and....
8      Q   Okay. And what happened next?
9      A   We went -- we went right in.
10     Q   Okay. Was Mr. Koran at the level that
11 patients usually are when you transport them on
12 the stretcher?
13     A   No, no, he was not.
14     Q   So what did you do? Did you bring him
15 back up to that level or did he stay at the level
16 that the stretcher had fallen to?
17     A   He stayed at the level, he stayed at
18 that level.
19     Q   Okay. Why was that?
20     A   I don't know. We just got him in there.
21     Q   Was it possible to raise him back up to
22 a higher level?
23     A   I don't remember if we tried that or
24 not.

Page 39

1      Q   Okay. Would it have -- well, I guess
2  you said this never happened before, but your
3  ordinary practice was to transport people at a
4  higher level; is that right?
5      A   Yes, that's correct.
6      Q   Okay. So does it seem likely that you
7  would have tried to raise him back to that level?
8          MR. LEEDBERG: Objection as to form.
9      A   Yeah, it seems like we would have tried
10 that.
11     Q   And you don't have a recollection as to
12 whether or not you were unable to do that for some
13 reason.
14         MR. LEEDBERG: Objection as to form.
15     A   I don't remember exactly trying to do
16 it.
17     Q   Okay. Did you bring him inside the
18 hospital?
19     A   Yes, we did.
20     Q   Okay. And when you got inside the
21 hospital, what happened?
22     A   Turned him over to the charge nurse.
23     Q   Okay. Did anyone make note of the fact
24 that he was at a level that was different from the

Page 40

1  level at which patients usually enter the
2  hospital? A different height I'm talking about.
3      A   I don't recall if anything was said
4  about it, no.
5      Q   Okay. And what did you do in terms of
6  moving Mr. Koran from the stretcher to any other
7  location?
8      A   I know they directed us to -- to one of
9  the rooms, but I'm not sure how we got him onto
10 the -- I don't remember how we got him onto the
11 hospital bed.
12     Q   Okay. What would be your usual
13 practice?
14     A   The usual practice would be that
15 everybody line up on one side and the other side,
16 take the sheet and lift him over --
17     Q   Okay.
18     A   -- or backboard, sheet or backboard,
19 whatever.
20     Q   Do you have a memory of Mr. Koran at
21 all; what he looked like?
22     A   (Witness nodded.)
23     Q   No?
24     A   No.

Page 41

1      Q   If I suggested he was a pretty big guy,
2  would that -- would you have a memory one way or
3  the other?
4      A   No.
5      Q   No. Okay.
6          If you followed the usual procedure,
7  would you have been able to do that if the level
8  of the stretcher was lower than the level you were
9  transferring him to? Do you understand what I'm
10 asking you?
11     A   Yeah, I think so. I think so. Usual
12 procedure you have a lot of -- a lot of people
13 there to help you, and, yes, yes, you -- there's
14 usually six to eight people and that's --
15     Q   Okay.
16     A   -- that can be accomplished.
17     Q   But usually aren't you going from a
18 level of the stretcher to the level of the bed or
19 whatever that is approximately the same height?
20     A   Yes. They're approximately the same
21 height, yeah.
22     Q   So if the stretcher was at that lower
23 level, you'd have to bring him up from that level
24 to the level of the bed; do you understand what

LegaLink Boston, a Merrill Communications Company
(617) 542-0039

1bfeaddf-41e8-460f-bbec-cd5060e446f0

Dominick Clark Tolson                                    09/19/2006

Page 42

1   I'm asking?
2       A   Um-hm.
3       Q   And do you have any recollection as to
4   whether or not that occurred and whether there was
5   any -- as to whether or not it was necessary to
6   bring him from a -- a different level to the level
7   of the bed?
8       A   I don't remember. I don't remember.
9       Q   Okay. All right. What did you do after
10  Mr. Koran was transferred to the bed or whatever?
11      A   Called dispatch and went to do the
12  paperwork, went to do my paperwork.
13      Q   Which is what?
14      A   Which is basically this (indicating).
15  Called dispatch for the times and then just a
16  quick write-up as to what the call was about.
17      Q   Okay. Are you talking about the
18  write-up on here (indicating)?
19      A   Yes.
20      Q   Did you fill out any other paperwork in
21  addition to this document?
22      A   Typically, no. No, I don't recall doing
23  that.
24      Q   Okay. Do you remember whether in this

Page 43

1   case you filled out anything that was different?
2   You said typically. I mean, was it because
3   something had happened, would you fill out any
4   additional paperwork?
5       A   Other than the insurance forms, some
6   insurance forms, sometimes it's done by, you know,
7   we get the information. Most of the time the
8   hospital gets the information.
9       Q   You're talking about the insurance forms
10  for Mr. Koran to get his treatment?
11      A   Yes.
12      Q   Yeah, okay. I understand.
13          Okay. So at that point you've done
14  your paperwork. What did you do next?
15      A   Left the hospital, went back to the
16  station.
17      Q   Okay. Before you did that, you had to
18  put the -- you had to put the cot back in the --
19  into the ambulance; is that right -- I mean,
20  stretcher, rather, back into the ambulance?
21      A   I believe Scott did that. Typically
22  what we do is one does the paperwork, one loads
23  the am -- one puts the ambulance back in service.
24      Q   Okay. Now, in order to get the

Page 44

1   stretcher back into the ambulance it has to be at
2   a certain height; is that right?
3       A   That's correct.
4       Q   Okay. Do you know whether or not there
5   was -- there was any problem in getting the
6   ambulance -- the stretcher back to the right
7   height for the ambulance?
8       A   I didn't do it.
9       Q   I understand. But did you -- did you
10  learn from Scott that he had any problem doing it?
11      A   I don't remember exactly what he said,
12  but he -- he just told me, well, he got it back
13  in, he got it up and got it in. So --
14      Q   Okay.
15      A   -- I don't know exactly what -- I don't
16  remember exactly what he said.
17      Q   But you're clear in your own mind you
18  didn't assist him in getting it in?
19      A   No, no, I don't recall doing that.
20      Q   Okay. So mechanically, to get it back
21  into the ambulance, the only way he could get it
22  back in would be to get that end raised back up so
23  that it would go in; is that a fair statement?
24          MR. LEEDBERG: Objection as to form.

Page 45

1   Answer if you can.
2       A   The -- the stretcher has to be in the
3   upright position to load it, the complete upright
4   position to load it.
5       Q   Okay. Because if it's down, it would
6   just hit the bumper, it wouldn't go up and over;
7   is that --
8       A   Right.
9       Q   Do I understand that correctly?
10      A   You understand that correctly.
11      Q   So one way or another he must have got
12  it back up to the height necessary to do that.
13  That's true, isn't it?
14          MR. LEEDBERG: Objection as to form.
15      A   I don't know what he did, but he must
16  have.
17      Q   Okay. Any idea what that thing weighs?
18      A   No. Not offhand, no. An idea what -- I
19  don't know what it weighs. I have no idea.
20      Q   Could one person lift it up and put it
21  in by himself? You know, just physically lift it
22  up off the ground and put it in the back of the
23  ambulance?
24      A   I don't know. I never tried it. I

12 (Pages 42 to 45)

1bfeaddf-41e8-460f-bbec-cd5060e446f0

Dominick Clark Tolson                                        09/19/2006

Page 46

1   don't know. I never -- I never had to load it by
2   myself.
3       Q    Okay. All right. Where did you ride
4   when you went back to the -- to the station?
5       A    The passenger seat if I --
6       Q    Okay. Did you examine the stretcher at
7   all after it was back in the ambulance?
8       A    I don't remember if we did or not. I
9   don't remember offhand.
10      Q    Okay. When you get back to the station,
11  do you remember whether or not you examined the
12  stretcher?
13      A    I don't remember, no, whether or not we
14  did.
15      Q    Did you have a concern about whether or
16  not the stretcher was going to operate properly
17  after that?
18      A    Did I? No.
19      Q    Well, if you -- say you had another call
20  that evening, you would have had to use that
21  stretcher; is that right?
22      A    Yes, that's correct.
23      Q    Okay. So were you concerned that it
24  might drop again?

Page 47

1       A    No, no, I don't -- I don't recall having
2   a concern about that.
3       Q    Okay. Do you remember talking to anyone
4   when you got back about what had happened?
5       A    What do you mean about what happened,
6   about the call with the stretcher?
7       Q    Yeah, with the stretcher, yeah.
8       A    No, I don't think we -- no, I don't
9   remember saying -- talking to anybody about that.
10      Q    Okay. Was Ron Buckler here?
11      A    I don't know. I don't remember.
12      Q    Okay. Did you ever speak with anyone
13  after that trip about the stretcher and about the
14  problem with the stretcher?
15      A    Yes.
16      Q    Who did you talk to?
17      A    Pam Dowse, I believe.
18      Q    And what's -- Pam Dowse, D-O-W-S-E,
19  right?
20      A    Yes.
21      Q    What's Pam Dowse's position or role?
22      A    At that time she was -- I don't remember
23  whether she was a lieutenant or captain of the
24  ambulance.

Page 48

1       Q    Okay. And tell me about your
2   conversation with her.
3       A    She asked me if -- if anything had
4   happened on that -- this particular call, and I
5   told her what had happened, and she asked me to
6   write an addendum explaining what had happened. I
7   did that and I e-mailed it to her.
8       Q    Okay. Where is the addendum?
9       A    The addendum, I don't know.
10      Q    It's not this addendum that's on here,
11  because you told me you didn't write that; is that
12  correct?
13      A    No, I didn't write that.
14      Q    Where did you e-mail from.
15      A    My office.
16      Q    Your office in West Bridgewater?
17      A    Yeah.
18      Q    Think you still got it?
19      A    I know I don't because I looked for it.
20      Q    And where did you e-mail it to?
21      A    To Pam Dowse's e-mail address.
22      Q    Okay. Is that a town address or a
23  personal e-mail address?
24      A    I think it's her personal -- I don't

Page 49

1   know. I think it's her personal e-mail address,
2   but it's the same one that's on all of the fire
3   department correspondence.
4           MR. LEEDBERG: I'm sorry, my phone
5   -- my office keeps buzzing me. It must be
6   something important.
7           (Off record.)
8       Q    I'm looking at a couple of pieces of the
9   fire department letterhead here, and I don't see
10  an e-mail address. Do you remember what the
11  e-mail address is?
12      A    No.
13      Q    Is it -- does the town of Sherborn have
14  a town-wide e-mail address, do you think, or is
15  there a separate one for the fire department?
16      A    It's just an -- everybody just gives
17  their e-mail, and it just comes out on -- when you
18  receive an e-mail, there's like 40 or 50 of them
19  on there, and I just picked hers out. I don't
20  remember exactly which one it was, though, or what
21  it said. J. Dowse or something like that. I'm
22  not sure.
23          MR. LEEDBERG: All right. I'll look
24  into that and see if I can find some information

13 (Pages 46 to 49)

1bfeaddf-41e8-460f-bbec-cd5060e446f0

| Page 50 | Page 52 |
|---|---|
| 1   for you on that. | 1     Q   What else is there about the demeanor of |
| 2           MR. DURSO: All right. | 2   the patient that you haven't told me? |
| 3     Q   So when was it that you would have done | 3     A   I just -- I just thought it was odd that |
| 4   that -- that e-mail in relation to the event | 4   he was more concerned about the woman that ran |
| 5   itself. Would it have been sometime shortly after | 5   over his foot and the cops than he was about his |
| 6   February 6, 2003? | 6   foot. I just thought that was odd. |
| 7     A   After that date, yes. Yes. | 7     Q   Okay. I'm going to show you what was |
| 8     Q   I mean, but -- | 8   marked Exhibit 2 in Scott's deposition. Take a |
| 9     A   I don't remember exactly. | 9   look at that for a second, if you would, please, |
| 10     Q   -- that month? | 10   okay? |
| 11     A   How long after. I don't remember. | 11         (Document exhibited to witness.) |
| 12     Q   Okay. All right. And aside from that | 12         (Witness perusing document.) |
| 13   addendum that you did the e-mail on, did you ever | 13     A   Okay. |
| 14   fill out anything else or write anything else | 14     Q   Have you ever seen that before? |
| 15   about the incident? | 15     A   I don't recall. I don't recall seeing |
| 16     A   No, that was it. | 16   this. So Scott did an incident report. |
| 17     Q   Okay. Was there anybody else you spoke | 17     Q   Yeah. |
| 18   to about the incident other than Pam Dowse? | 18     A   Okay. |
| 19     A   I don't remember offhand. You mean at | 19     Q   Do you remember whether or not you |
| 20   that time; is that what you're asking me? | 20   assisted him in any way in filling that out? |
| 21     Q   No, at any time afterwards? | 21     A   I did not. I would have signed it. |
| 22     A   Sure. I've spoken with the chief about | 22     Q   Okay. Were you aware before this that |
| 23   it a couple of times and.... | 23   he had done this incident report? |
| 24     Q   And that's Chief.... | 24     A   No, I don't remember. I don't remember |

| Page 51 | Page 53 |
|---|---|
| 1     A   McPherson. | 1   whether or not.... |
| 2     Q   McPherson, yeah. | 2     Q   Okay. And I want to show you what was |
| 3       Okay. Other than Chief McPherson, | 3   marked Exhibit 4 in Scott's deposition. |
| 4   anybody else you've spoken to that you can | 4         (Document exhibited to witness.) |
| 5   remember? | 5     Q   Does this appear to you to be the type |
| 6           MR. LEEDBERG: Besides me. | 6   of stretcher that we're talking about? |
| 7     Q   Yeah, besides lawyers. | 7   (Indicating.) |
| 8     A   Scott. | 8     A   It looks like it. I don't know if it's |
| 9     Q   Did you and Scott talk about it on the | 9   the exact.... |
| 10   way back from the trip? | 10         (Witness perusing document.) |
| 11     A   About the stretcher? I don't know. I | 11     A   Yes. |
| 12   don't remember. We usually talk about fishing. | 12     Q   Okay. Referring to page 11 in that |
| 13     Q   Where do you go fishing? | 13   exhibit, are you able to tell me looking at this |
| 14     A   Cape, down the Cape. | 14   page the position that the -- that the stretcher |
| 15     Q   Did anyone ever say anything to you | 15   went into when it came out of the -- out of the |
| 16   about a handle being bent? | 16   ambulance at the hospital? |
| 17     A   Never heard anything about that. | 17     A   From that picture, no. I -- I couldn't |
| 18     Q   Okay. Is there anything else about this | 18   tell. I'd have to be standing at the side away |
| 19   incident that -- that you can recall that you | 19   from it to judge. I couldn't tell. |
| 20   haven't told me? | 20     Q   Okay. |
| 21     A   Other than the demeanor of the patient, | 21     A   I was standing up in the ambulance. |
| 22   I think I've -- I think I've told you everything. | 22     Q   But didn't you come down and stand next |
| 23     Q   Okay. | 23   to it after that? |
| 24     A   My -- | 24     A   Yes, yes, I did. |

14 (Pages 50 to 53)

Dominick Clark Tolson                                          09/19/2006

---

Page 54

1    Q   Okay. So based on standing next to it,
2  can you -- can you tell me from any of these as to
3  what the position was?
4    A   I can't tell you exactly. I'm not -- I
5  don't know if it was this one or this one. I'm
6  not sure exactly which position. (Indicating.)
7    Q   Okay. I'm going to show you a picture
8  of the stretcher on page 7. As the stretcher is
9  coming out of the ambulance, what, if anything, do
10 you do in order to have the legs come down?
11   A   There is a -- a lever --
12   Q   Okay.
13   A   -- and you grab it and the legs just
14 drop.
15   Q   Okay. There's a lever at -- at the head
16 end?
17   A   Yes.
18   Q   Okay. Is there also a lever at the foot
19 end?
20   A   Yes, I believe so, yes.
21   Q   Okay. Do you have to press both levers
22 or will either lever let the legs come down?
23        MR. LEEDBERG: Objection as to form.
24 Go ahead.

---

Page 55

1    A   You know what, I don't know if you have
2  to do them both at the same time. I don't know.
3  I don't know. I've always been at one end or the
4  other, so....
5    Q   Yeah, you can't be at both ends. How
6  about the auxillary lock, do you know what that
7  does?
8    A   The lock on the side?
9    Q   Yeah. (Indicating.)
10   A   If it's still -- still the same, it
11 just -- it locks the -- it locks the stretcher in
12 that position.
13   Q   Okay. And does that move into place
14 when the legs come down?
15        MR. LEEDBERG: Objection as to form.
16   A   I believe it's an automatic click, and I
17 never really paid attention to what position. I
18 just believe it lock -- I believe it moves
19 automatically.
20   Q   Okay. And is that a device that would
21 release the legs so that they would fold?
22   A   During loading or unloading?
23   Q   Well, you can't reach it while you're
24 loading; is that right?

---

Page 56

1        MR. LEEDBERG: Objection as to form.
2    A   You have to walk around to that side of
3  the stretch -- you can't reach it from the head or
4  the foot.
5    Q   Yeah. Okay. So what do you do to it to
6  load it into the -- what do you do to load it into
7  the ambulance; you have to release that lever?
8        MR. LEEDBERG: Objection as to form.
9    A   Yes, you have to unlock it, yes.
10   Q   Okay. And then you push it into the
11 ambulance; is that what you're saying?
12   A   That is correct.
13   Q   Okay. And when you're coming out of the
14 ambulance and the legs lock down, that lever moves
15 into a locked position?
16   A   That is -- that is correct. I've never
17 watched it. I believe it does, though. It's
18 locked when you have to load it back, so....
19   Q   Okay. Did anyone ever say to you
20 anything about that lever being bent?
21   A   Never heard anything about that lever,
22 no.
23   Q   Never heard anything at all about it
24 bent or not bent; is that right?

---

Page 57

1    A   Nobody said anything to me about the
2  level, no. I don't recall -- I don't remember
3  anything about the lever.
4    Q   All right. Thank you.
5        MR. DURSO: Okay, I think we're
6  almost done. Just give me two minutes here
7  and....
8        (Pause.)
9        MR. DURSO: Okay, I think I'm all
10 done with the questions I have for the witness at
11 this time, but I just want to say for the record
12 that if there's anything significant in the e-mail
13 if we get it, then I may have to ask him to come
14 back.
15        MR. LEEDBERG: Sure. We'll leave it
16 open.
17        MR. DURSO: Or I may have to go down
18 and question you in Costa Rica.
19        THE WITNESS: Well, be more than
20 happy to have you come down and question me down
21 there. You can all come down.
22        MR. LEEDBERG: If I do locate the
23 e-mail if it's still available and it's not
24 privileged, work product, or prepared in

---

15 (Pages 54 to 57)

1bfeaddf-41e8-460f-bbec-cd5060e446f0

Dominick Clark Tolson                                    09/19/2006

Page 58

1  anticipation of litigation, then we'll turn it
2  over --
3          MR. DURSO:  Yeah.
4          MR. LEEDBERG:  -- and if there's any
5  questions you have, we'll be happy to --
6          MR. DURSO:  Sure.  I understand.
7          MR. LEEDBERG:  -- meet again.
8          MR. DURSO:  Okay.  Thank you.
9          (Off record at 2:35 p.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 59

1          C E R T I F I C A T E
2  COMMONWEALTH OF MASSACHUSETTS
3  BRISTOL, SS
4
5          I, Lori-Ann London, Registered
6  Professional Reporter and Notary Public in and for
7  the Commonwealth of Massachusetts, do hereby
8  certify:
9          That, DOMINICK CLARK TOLSON, the witness
10  whose deposition is hereinbefore set forth, was
11  duly sworn by me and that such deposition is a
12  true record of the testimony given by the witness
13  to the best of my knowledge, skill, and ability.
14          I further certify that I am neither
15  related to, nor employed by, any of the parties in
16  or counsel to this action, nor am I financially
17  interested in the outcome of this action.
18          IN WITNESS WHEREOF, I have hereunto set
19  my hand and seal of office this 2nd day of October
20  2006.
21          _____
22          Lori-Ann London, RPR
23          Notary Public
24  My commission expires: 6/15/2012

Page 60

1          E R R A T A   S H E E T
2          I, DOMINICK CLARK TOLSON, the
3  within-named deponent do hereby certify that I
4  have read the foregoing transcript of my
5  testimony, and further certify that said
6  transcript is a true and accurate record of said
7  testimony (with the exception of the following
8  corrections listed below):
9  Page      Line          Correction
10  ____     ____     _____
11  ____     ____     _____
12  ____     ____     _____
13  ____     ____     _____
14  ____     ____     _____
15  ____     ____     _____
16  ____     ____     _____
17  ____     ____     _____
18  ____     ____     _____
19                    _____
20      Signed under the pains and penalties of
21  perjury this      day of          , 2006.
22
23          _____
24          DOMINICK CLARK TOLSON

LegaLink Boston, a Merrill Communications Company
(617) 542-0039

1bfeaddf-41e8-460f-bbec-cd5060e446f0

**MOTION FOR SUMMARY JUDGMENT
EXHIBIT 3
EMT Scott Christensen's Deposition**

1

Volume:   I

Pages:    1-96

Exhibits:  1-4

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

NO. 05-11454 RGS

- - - - - - - - - - - - - - - - - - - - - - x

Joseph H. Koran, and Kimberly Koran, individually

and on behalf of Ana Koran, Joseph Koran, Jr., and

Erik Koran, minors,,

       Plaintiffs,

   v.

Elizabeth Weaver and Town of Sherborn,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - x


DEPOSITION OF SCOTT CHRISTENSEN

Tuesday, September 19, 2006

11:30 a.m.

SHERBORN Fire Department

22 North Main Street

Sherborn, Massachusetts


Reporter:  Lori-Ann London, RPR

Scott Christensen                                                           09/19/2006

**2**

```
 1   A P P E A R A N C E S :
 2
 3       By Carmen L. Durso, Esquire and
 4       Matthew P. Coletti, Esquire
 5       LAW OFFICE OF CARMEN L. DURSO
 6       175 Federal Street
 7       Boston, Massachusetts 02110
 8       617.728.9123
 9       Appearing for the Plaintiffs
10
11       By Michael D. Leedberg, Esquire
12       PIERCE, DAVIS & PERRITANO, LLP
13       Ten Winthrop Square
14       Boston, Massachusetts 02110-1257
15       617.350.0950
16       Appearing for the Defendants
17
18
19
20
21
22
23
24
```

**3**

```
 1              I N D E X
 2
 3   DEPOSITION OF:              PAGE
 4   SCOTT CHRISTENSEN
 5
 6   EXAMINATION BY MR. DURSO           4
 7   EXAMINATION BY MR. LEEDBERG        93
 8   _____X
 9      E X H I B I T S
10   NO.              PAGE
11   1  Sherborn Fire Dept. Emergency Medical    11
12      Services
13   2  Fire & Rescue Department          14
14   3  Diagram                 28
15   4  Squadmate Booklet           80
16
17
18
19
20
21
22      *Original exhibits retained by Mr. Durso
23
24
```

**4**

```
 1              P R O C E E D I N G S
 2
 3              SCOTT CHRISTENSEN,
 4   a witness called for examination by the
 5   Plaintiffs, having been satisfactorily identified
 6   by the production of his Massachusetts driver's
 7   license, and duly sworn by the Notary Public, was
 8   examined and testified as follows:
 9              EXAMINATION
10   BY MR. DURSO:
11      Q    State your name for the record, please.
12      A    Scott Christensen.
13      Q    And what's your current address?
14      A    13 Moore Street.
15      Q    M-O-O-R-E?
16      A    Correct.
17      Q    In Sherborn?
18      A    Natick.
19      Q    What's your zip there?
20      A    01760.
21      Q    What's your date of birth?
22      A    5/16/72.
23      Q    What we're doing here today is called a
24   deposition.
```

**5**

```
 1      A    Um-hm.
 2      Q    Have you ever done this before?
 3      A    No.
 4      Q    Okay.  Are you a high school graduate?
 5      A    Yes.
 6      Q    What high school, what year?
 7      A    Natick High, Class of '91.
 8      Q    It's not that long ago, Scott.
 9      A    I had to think there for a sec.
10      Q    After high school, did you have any
11   further education?
12      A    No.
13      Q    Have you had any particular training of
14   any kind in terms of your work here at the fire
15   department?
16      A    I'm on a full-time department somewhere
17   else.  I've gone to the Massachusetts Fire
18   Academy, recruit training, which also applies -- I
19   mean, it's not -- it applies to here too; it's the
20   same.  They just don't require it in a call
21   department, but....
22      Q    Okay.  When you go to the academy, do
23   you receive some certification?
24      A    Yes.
```

2 (Pages 2 to 5)

Scott Christensen                                                            09/19/2006

---

**6**

1    Q    What is that?
2    A    It's a fire one and two and hazardous
3    materials.
4    Q    And hazardous as well?
5    A    Yeah, hazardous material, operational.
6         THE STENOGRAPHER: The what?
7    A    Operational awareness level I think they
8    say it is.
9    Q    So you're a call fireman in --
10   A    In Sherborn.
11   Q    -- Sherborn.
12        But you're also a full-time fireman
13   somewhere else?
14   A    Correct.
15   Q    Where is that?
16   A    Lincoln, Mass.
17   Q    So do you work in Sherborn on a
18   volunteer basis?
19   A    It's a call department; you get paid --
20   Q    Oh, you do?
21   A    -- the same as everybody else. You get
22   paid when you go out on runs and training.
23   Q    Okay.
24   A    Volunteer department is when you don't

---

**7**

1    get any pay at all. It's just a --
2    Q    Right. The forms I looked at say call/
3    volunteer. So I didn't -- I wasn't clear.
4    A    I think some people volunteer their
5    time, I believe.
6    Q    Yeah. Okay. But you get paid when you
7    actually perform duties here; is that right?
8    A    Correct.
9    Q    Does that mean being in here sitting
10   here waiting for something to happen or --
11   A    One night a week when you're on the
12   ambulance. I believe you get paid an hour for that
13   night for the shift.
14   Q    Were you in the military?
15   A    No.
16   Q    What are the -- what was the training
17   that you've had with regard to being an EMT?
18   A    You have the requirement, I think it's
19   24 hours continuing ed, the 28 credits you have to
20   get a year.
21   Q    So you're certified?
22   A    Yes.
23   Q    Okay. When were you first certified?
24   A    I can't answer that. I don't know.

---

**8**

1    Q    About how long?
2         MR. LEEDBERG: If you know. Don't
3    guess.
4    A    Yeah, I don't know.
5    Q    Have you been working as an EMT for more
6    than five years?
7    A    I believe so. I don't know that.
8    Q    Okay. We're gonna talk about something
9    that happened in 2003 today.
10   A    Um-hm.
11   Q    In 2003 were you certified as an EMT?
12   A    Yes.
13   Q    Okay. And any idea how long before that
14   you had been certified?
15   A    No, I can't.
16   Q    Okay. Prior to being certified as an
17   EMT, what kind of fire duties did you have?
18   A    I worked here at least a good year as
19   what they call first responder on the ambulance,
20   sort of like an assistant, ride along helping the
21   EMTs or the medics.
22   Q    And when, when did you do that?
23   A    I believe that was in 19 -- no, that was
24   2001, I want to say, that winter.

---

**9**

1    Q    Okay.
2    A    I rode along with the ambulance helping
3    them out, learning the steps of being an EMT
4    and....
5    Q    Okay. And then at some point you took
6    courses and tests and you got certified yourself?
7    A    Correct.
8    Q    Can you say with any certainty that the
9    thing we're gonna talk about today in February of
10   2003, that at that time you were certified?
11   A    I was certified as a -- I was an EMT,
12   certified then.
13   Q    And since then have you remained
14   certified as an EMT?
15   A    Yes.
16   Q    How long have you worked for the Lincoln
17   Fire Department?
18   A    I want to say three, four years, give or
19   take. I'm not sure on the exact.
20   Q    It's 2006. In February of 2003 were you
21   working for Lincoln at that time?
22   A    I believe it was '04. It was in March
23   -- now I think -- I started there as a call man in
24   Lincoln in '03, in November I believe. Then I was

---

3 (Pages 6 to 9)

Scott Christensen                                                          09/19/2006

10

1    put on permanent in March of '04.
2       Q   Okay.  And you've worked continuously
3    there since?
4       A   Yes.
5       Q   Before Lincoln where did you work?
6       A   The Natick DPW, water department.
7       Q   How long did you work there?
8       A   Just shy of ten years, a month shy of
9    ten years.
10      Q   Okay.  And was that your first full-time
11   job out of high school?
12      A   No.
13      Q   Where else did you work?
14      A   Perdoni Construction.
15      Q   How do you spell that?
16      A   P-E-R-D-O-N-I.
17      Q   And how long did you work for them?
18      A   I want to say seven years, I think it
19   was.
20      Q   Okay.  So did you start working for them
21   before you graduated from high school?
22      A   Yes.
23      Q   Yeah, okay.
24          All right, so your work history from

11

1    high school on, Perdoni Construction, Natick DPW,
2    Lincoln Fire Department?
3       A   Yeah, pretty....
4       Q   Is that everything?
5       A   I believe so.
6       Q   Okay.  And then when did you start
7    working here as a -- as a, you know, a non-EMT, do
8    you think?
9       A   I really can't answer that.  I don't
10   remember that.
11      Q   Before you started with Lincoln, though?
12      A   Yes, yes, a couple years before I
13   started with Lincoln.
14      Q   And are you an EMT with Lincoln?
15      A   Yes.  Yeah.
16          MR. DURSO:  Would you mark this as
17   an exhibit, please?
18          (Document marked as Exhibit No. 1.)
19          (Document exhibited to witness.)
20      Q   Take a look at that for a minute,
21   please, if you would.
22      A   All right.
23          (Witness perusing document.)
24      Q   Have you had a chance to look at that?

12

1       A   Yes.
2       Q   Do you recognize that document, that
3    form document, let's put it that way?
4       A   Yes.
5       Q   Okay.  What is that?
6       A   It's a run report.
7       Q   Okay.  And on that run report is there
8    any writing on there that's your writing?  In
9    other words, did you write anything on that
10   report?
11      A   No, my partner did.
12      Q   And who was that?
13      A   Dominick Tolson.
14      Q   Okay.  Did you have any role in
15   preparing that document?  I mean, I'm going to ask
16   you about the specifics --
17      A   Yes.
18      Q   -- of what happened that day, but I'm
19   just talking right now -- my question now just
20   relates to the document itself, whether or not you
21   assisted him in preparing that or whether he did
22   that all on his own.
23      A   No.  When we go to the hospital --
24      Q   Yeah.

13

1       A   -- the state of Massachusetts requires
2    two EMTs to be in back, and usually the EMT that
3    write -- does this report is the guy we call the
4    tech, it would be the guy in back.
5       Q   Okay.  So Dominick Tolson did that
6    report?
7       A   Yes.
8       Q   Okay.
9           MR. DURSO:  Could you mark -- let me
10   see if I've got a better copy of that one.
11          MR. LEEDBERG:  Just for the record,
12   Carmen, too, I don't think it matters, but it
13   looks like this was cut off or something during
14   copying.
15          MR. DURSO:  I know.  I was looking
16   for better copies.
17          MR. LEEDBERG:  I'm sure I have one.
18   I can get one to you if that's the best you have.
19          MR. DURSO:  Here.  You know what,
20   I've got a better copy.  Let me -- it's a little
21   darker; that's why I picked that one, though.
22   That's the --
23          MR. LEEDBERG:  Okay.  I'm not sure
24   it matters, Carmen.  I just wanted to point it out

4 (Pages 10 to 13)

Scott Christensen                                                          09/19/2006

14

1    to you.
2              MR. DURSO:  Yeah.  No, well, let's
3    do one that's got it all.
4              Can we substitute this exhibit --
5              MR. LEEDBERG:  That's fine.
6              MR. DURSO:  -- is that okay with
7    you?
8              MR. LEEDBERG:  I have no objection.
9              MR. DURSO:  Make this a substitute
10   exhibit, because we won't have that issue with
11   this.  And at the same time if you can mark -- I
12   think this one's a little clearer than this one.
13   So if you can mark this as Exhibit 2, also, okay?
14             (Document marked as Exhibit No. 2.)
15   Q    Could you take a look at Exhibit 2,
16   please?
17             (Document exhibited to witness.)
18             (Witness perusing document.)
19   A    Yeah.
20   Q    Okay.  What is that form, Exhibit 2?
21   A    It is an accident report from the
22   Sherborn Fire Department.
23   Q    That's a form you're familiar with?
24   A    Yes.

15

1    Q    Okay.  Now, does that form contain any
2    of your handwriting?
3    A    Yes, I filled this report out.
4    Q    Okay.  And at the bottom of that form is
5    there a -- is there a signature there?
6    A    Yes.
7    Q    And is that your signature?
8    A    Yes.
9    Q    Okay, great.
10             Now, do you remember the particular
11   incident that resulted in that form being filled
12   out?
13   A    Yes, we had a problem with the
14   stretcher.
15   Q    Okay.  What I'd like you to do, if you
16   would, if you could tell me, starting, as best you
17   can recall, the beginning of the run that night
18   and -- and, you know, what -- what happened as a
19   result.
20             MR. LEEDBERG:  Object as to form,
21   and go ahead and answer.
22   A    All right.  Like the whole run, say what
23   happened?
24   Q    Yeah.

16

1    A    We were in drill that night right
2    here --
3    Q    Yeah.
4    A    -- in the training drill, department
5    drill --
6    Q    Okay.
7    A    -- and we got dispatched -- I was on the
8    ambulance that night, to start from the beginning.
9    I was on the ambulance that night, my duty night.
10   Q    Okay.  And is there a particular call or
11   designation for the ambulance?
12   A    For the -- when it goes out?
13   Q    Yeah.
14   A    Any medical or MVA, really.  Is that
15   what you mean?
16   Q    I don't know.  I've been -- well, what I
17   want to know is this what they refer to as A1?
18   A    That's the ambulance; A1 is the
19   ambulance.
20   Q    Yeah, okay.
21   A    They call it A1 --
22   Q    Yeah, all right.
23   A    -- for short.
24   Q    Okay.  So that's the ambulance that was

17

1    involved?
2    A    Yes.
3    Q    Is there more than one ambulance here?
4    A    No.
5    Q    So A1 --
6    A    Yeah, A1.
7    Q    A1 is it.  Okay.
8              So do you remember what time the
9    ambulance went out?
10   A    The times are on there.  I remember --
11   Q    Okay.  From looking at the run sheet,
12   can you tell me that?
13   A    It was about 6:46.
14   Q    Okay.  That's the time that it left
15   here, the building we're in here?
16   A    Yeah.
17             MR. LEEDBERG:  If you remember,
18   Scott.
19   A    Yeah, I remember it was at night; it was
20   a drill night.  I believe it was about....
21   Q    Okay.  How often do you have drills?
22   A    Three times a month I believe it is.
23   Q    And is it part of your duties to take
24   part in those drills?

5 (Pages 14 to 17)

Scott Christensen                                                                09/19/2006

18

1    A  Yes.
2        Q  Are you paid for drills as well as going
3    out on runs?
4    A  Yes.
5        Q  And is this a situation where you get --
6    you get paid for the hours you spend in the
7    building as opposed to just the hours that you're
8    out on the actual run itself?
9    A  When you're at the building here --
10       Q  Yeah.
11   A  -- waiting for a call.
12       Q  Yeah.
13   A  No, you only get paid an hour for that.
14   You're on duty from 6:00 at night till six in the
15   morning.
16       Q  Yeah.
17   A  It works out to be -- they've changed
18   it. I think it's back to every sixth day -- every
19   sixth night, and you're just paid an hour for that
20   night to be on duty --
21       Q  Yeah.
22   A  -- and then you're paid when you go out
23   for the call.
24       Q  For the actual time out?

19

1    A  Yes, there's a two-hour for the
2    transport --
3        Q  Okay.
4    A  -- you get a minimum of two hours.
5        Q  All right. Okay, so this is done in
6    military time --
7    A  Yes.
8        Q  -- 1846, and that's 6:46?
9    A  Yes.
10       Q  Okay. And where did you go from here?
11   A  We got dispatched from here for a
12   pedestrian versus motor vehicle at the Sherborn
13   Inn.
14       Q  Okay. And where's the Sherborn Inn from
15   here?
16   A  It is right over here. (Indicating.)
17   If you went out of here --
18       Q  You're -- I've got to stop you, because,
19   for the deposition, you're pointing.
20   A  Oh, sorry.
21       Q  And as you go out the front of the
22   building --
23   A  You take a right and it's a quarter mile
24   down, not even, on your left --

20

1        Q  Okay.
2    A  -- maybe a hundred yards, 200 yards.
3        Q  Okay. So it says you got there at 6:47.
4    So, I mean, you're there almost immediately?
5    A  Yeah, you sign off and sign on pretty
6    much.
7        Q  Okay. And when you got there, what did
8    you see?
9    A  We didn't see anything at first. We
10   pulled up in front of the building, I believe. We
11   kind of pulled around the back looking for the
12   pedestrian, because usually when you're dispatched
13   for an incident, there's usually a lot of
14   commotion and it's usually pretty easy to see. So
15   we didn't see anything at first. I believe police
16   were on scene, and we were met by the gentleman
17   that was very, very agitated, and he was sort of
18   limping.
19       Q  Okay. If I tell you his name was
20   Mr. Koran, would --
21   A  Yeah, Mr. Koran, however you pronounce
22   it, Koran.
23       Q  Yeah.
24   A  And he stated that someone had ran over

21

1    his foot and then had left the scene.
2        Q  Okay. Where was he at that point when
3    you first saw him?
4    A  I believe on the side of the -- in the
5    parking lot.
6        Q  Okay. What were the weather conditions
7    at that time, do you recall?
8    A  I remember it was a cool night, and it
9    was dry, I know that.
10       Q  Was there snow on the ground?
11   A  No, I don't believe so. If there was,
12   there wasn't on the roads.
13       Q  Okay. And did he have a motor vehicle?
14   A  Yes.
15       Q  And do you know where the motor vehicle
16   was?
17   A  No.
18       Q  And how did you know he had a motor
19   vehicle?
20   A  He said he was meeting some people
21   there.
22       Q  Okay. And can you give me a landmark in
23   terms of where he was when you first saw him?
24   A  First saw him, he was -- it's hard to

6 (Pages 18 to 21)

LegaLink Boston, a Merrill Communications Company
(617) 542-0039

Scott Christensen                                                    09/19/2006

22

1 describe. There's kind of a parking lot in front,
2 and then there's a row of hedges, then there's the
3 parking for the -- it's like a little road that
4 runs actually around the back and we found him
5 there.
6    Q  Okay. Out in back of the inn?
7    A  To the side.
8    Q  To the side. Which side, right or the
9 left?
10    A  Well, actually, I think it would be the
11 -- it would be the front entrance. It's kind of
12 set up funny. There's an entrance to the -- the
13 restaurant side, and there's an actual front along
14 the road.
15    Q  Okay. But in terms of the front of the
16 building, more to the right or more to the left?
17    A  It would be to the left, yeah, the front
18 entrance now for the public for the restaurant.
19    Q  Has it changed since --
20    A  No. No, it has not.
21    Q  Okay. Is there more than one entrance
22 into the -- into the inn?
23    A  I know of two.
24    Q  Okay. Is there a -- is there an exit

23

1 that's an exit only?
2    A  I can't answer that. I haven't been
3 there in a while.
4    Q  Okay. I've been given the impression
5 that there's a -- there's a one way there at some
6 point. Is there? Would you know that?
7          MR. LEEDBERG: Objection as to form.
8 Go ahead and answer if you can, Scott.
9    A  For the parking lot itself?
10    Q  I don't know. For the entranceway to
11 the inn.
12    A  For the traffic?
13    Q  Yeah.
14    A  Yeah, I believe so.
15    Q  Okay. And looking at the inn from the
16 road, would that be to the right or to the left?
17    A  To the right. You go in, it's sort of
18 like a horseshoe that goes around the front of the
19 building --
20    Q  Yeah.
21    A  -- and there's like six, seven parking
22 spots in front there, mostly handicap, I believe.
23    Q  Okay. So to get in there -- you said
24 it's like a horseshoe?

24

1    A  Yeah. What it is, there's a road
2 that goes in that it's an actual town road, it
3 accesses to land in the back, and their road kind
4 of comes in along the building, and there's
5 parking here, a row of shrubs, and it comes out
6 here, and you can park over here, across the other
7 side of the street. (Indicating.)
8    Q  Okay. So which part is -- where is the
9 one way?
10    A  Right along the building. I believe --
11 I believe it's one way.
12    Q  So if you're coming from the right, the
13 immediate entrance is the first road you come to?
14    A  You take the left, I forget the name of
15 the street, and you take a right into their little
16 road -- driveway --
17    Q  Yeah.
18    A  -- that goes by the front entrance.
19    Q  Yeah. And then does the one way come
20 out on the other side?
21    A  It comes out on that street that you
22 make the left onto.
23    Q  Okay. Do you think you could draw that?
24    A  Yeah.

25

1          MR. LEEDBERG: I have no objection.
2    A  I don't care. Yeah.
3    Q  Maybe it will help us to understand.
4    A  All right. I'm not really good at
5 drawing here.
6    Q  That's okay, just to get some sense of
7 what's going on.
8    A  Similar to that. This would be the
9 shrubs here, there's parking here. (Indicating.)
10    Q  Yeah. Is this Route 27 out here?
11 (Indicating.)
12    A  I forget -- Route 27 would be right
13 here. (Indicating.)
14    Q  Okay.
15    A  The inn is sort of -- sort of looks like
16 -- like that, something sort of like that. I
17 think. (Indicating.)
18    Q  That's the building?
19    A  That would be -- this would be the end,
20 I think. (Indicating.)
21    Q  Okay. Could you just put B-L-D-G on
22 that?
23    A  B-L-G, all right.
24    Q  B-L-D-G, yeah.

7 (Pages 22 to 25)

Scott Christensen                                                                    09/19/2006

---

26

1          MR. LEEDBERG: Why don't you mark
2    Route 27, too, Scott, please.
3          A    Excuse my drawing.
4          Q    Yeah. And just put a B at the beginning
5    of that, B?
6          A    Right here? (Indicating.)
7          Q    Yeah. That's good. Great.
8              So that's the building. This is
9    Route 27?
10         A    This would be 27.
11         Q    And what's this over here?
12    (Indicating.)
13         A    This would be the street.
14         Q    Do you know the name of the street?
15         A    I have no idea.
16         Q    Okay. What's this? (Indicating.)
17         A    This would be trees. (Indicating.)
18         Q    Okay. Can you put trees? (Indicating.)
19         A    Yeah. (Witness complied.)
20         Q    Okay. Now, are you able to say
21    approximately where it was you saw Mr. Koran when
22    you first saw him?
23         A    I believe the ambulance was parked right
24    about here, facing out, the street. (Indicating.)

27

1          Q    Okay. Can you put a little – a little
2    rectangle with a V in the direction it's pointed?
3          A    A triangle? Oh, I know what you mean,
4    like a car, like they do in the –
5          Q    Like that. (Indicating.)
6          A    Yeah, that's what I thought, yeah, in
7    the accident reports.
8              (Witness complied.)
9          Q    Just put an "A" inside that for
10    ambulance?
11         A    (Witness complied.)
12         Q    Great. Okay.
13             And where was Mr. Koran?
14         A    I believe he was walking right around in
15    here, in back of the ambulance, if I'm correct.
16    (Indicating.)
17         Q    Okay. Would you put a "K" to indicate
18    where he was?
19         A    I'm not quite sure. I just remember him
20    being in the back, walking around very agitated.
21         Q    All right. Can you do like a little
22    circle in the area where he was walking?
23         A    Like in here. (Indicating.)
24         Q    Okay. And put a "K" inside that.

28

1          A    (Witness complied.)
2          Q    Great. Okay.
3              And you did not see his car; is that
4    right?
5          A    No, he stated that he was meeting
6    somebody there for dinner, I believe it was.
7          Q    Okay.
8          A    That's what brought him to the Sherborn
9    Inn.
10         Q    Okay. Great. Could you just put your
11    initials over here? (Indicating.)
12         A    Right here? (Indicating.)
13         Q    Yeah. And just put today 's date, which
14    is 9/19/06.
15         A    (Witness complied.)
16         Q    Great.
17             MR. DURSO: And can you mark that as
18    the next exhibit for us, please?
19             (Document marked as Exhibit No. 3.)
20         Q    Okay, so I'm going to leave this here –
21         A    Yeah.
22         Q    – so you can orient, if necessary.
23    I'll leave it here with you.
24             So you arrive at the scene –

29

1          A    Um-hm.
2          Q    – you and Dominick Tolson?
3          A    And Ron Bucker was with us, I believe.
4          Q    So three of you?
5          A    Yes.
6          Q    Okay. How come three of you?
7          A    On the duty nights some crews have
8    three, some have four.
9          Q    Ron Buckler is, what, deputy chief?
10         A    Was deputy at the time.
11         Q    What is he now?
12         A    I think just a fire fighter.
13         Q    Okay. So Ron Buckler, you, and Dominick
14    Tolson?
15         A    Correct.
16         Q    Is there a – is there an order to this?
17    Because Ron Buckler was a deputy chief, is he sort
18    of in charge?
19         A    Yeah, he would be – he would be at the
20    time. I don't believe – I don't know if he still
21    is. He was an intermediate, which is the I level,
22    too.
23         Q    Okay. For an EMT you mean?
24         A    Yes, he was an EMT I.

---

8 (Pages 26 to 29)

Scott Christensen                                                    09/19/2006

30

1  Q   Okay. So he was certified at a higher
2  level?
3  A   Never mind -- yes, the medical.
4  Q   That would be the primary consideration
5  in terms of who would take charge at a scene; is
6  that it?
7  A   It all -- it has -- deputy, yeah, too,
8  and he was an I.
9  Q   Okay. All right. So there were the
10 three of you there?
11 A   Um-hm.
12 Q   And when you get there, what happens?
13 A   We find Mr. Kor....
14 Q   Koran.
15 A   Koran. Police were on -- I can't
16 remember if they were on scene or we all arrived
17 together. And he was very, very agitated. He
18 just cared more about the lady that took off that
19 ran over his foot.
20 Q   Okay.
21 A   He was really agitated about that. I
22 can't remember -- one of the -- I think it was Ron
23 Downing at the time, he's really level-headed,
24 calmed -- I mean Ron Buckler, I apologize.

31

1  Q   Yeah.
2  A   He's very good with people, very calm
3  person, and he finally brought him in back of the
4  ambulance and calmed him down.
5  Q   Okay. And then what happened?
6  A   We asked what happened once he was
7  calmed down, and he said the lady had ran over his
8  foot and she had taken off.
9  Q   Okay. And what did you guys do then?
10 A   Looked at his foot.
11 Q   On the scene?
12 A   In back of the ambulance, yes.
13 Q   How do you do that? I mean --
14 A   Remove the person's sock -- well, shoe
15 and sock.
16 Q   Put them inside or do you do it --
17 A   Yes.
18    THE STENOGRAPHER: Wait. I'm sorry.
19 You have to talk one at a time.
20    MR. LEEDBERG: I don't think we ever
21 went over the ground rules with Scott. You want
22 to do that real quick? It might avoid some
23 problems.
24 Q   This young lady takes down --

32

1  A   Yes, I see that.
2  Q   -- every word we say, and when she gets
3  all done, she's gonna have a transcript. You
4  won't believe how she's captured everything that
5  we say. The problem is she can only take it down.
6  A   As one person speaks.
7  Q   Yeah. So it's really important that you
8  wait for me to stop before you start, and me too,
9  that I wait for you to stop before I start --
10 A   All right.
11 Q   -- otherwise it's going to be garbled.
12 Okay?
13    So, I'm sorry, what was I asking
14 you?
15 A   The --
16 Q   Yeah, about getting him in the vehicle.
17 A   Yes. Most -- that type of situation, it
18 depends, it looked very minor, we figured we'd put
19 him in back of the ambulance --
20 Q   Yeah?
21 A   -- instead of doing it outside, do
22 the -- you know, it was a cold night --
23 Q   Yeah.
24 A   -- and to calm him down and get him

33

1  inside and out of the public view --
2  Q   All right.
3  A   -- give him a little more privacy.
4  Q   Who did that?
5  A   I believe it was Ron Downing -- I mean
6  Ron Buckler, I'm sorry, I keep saying that. We
7  have a Ron Downing here too, so I always get the
8  two of them mixed up.
9  Q   You're sure it was Ron Buckler that
10 was --
11 A   Oh, yeah. Yes.
12 Q   Are the names of the people who were on
13 the scene on this run sheet?
14 A   No --
15 Q   Okay.
16 A   -- I don't believe so.
17 Q   And why is that?
18 A   This is the -- this is the run report
19 for the state that you've got to leave -- every
20 ambulance in the state of Massachusetts has to
21 leave what they call a trip report, run report.
22 Q   Yeah.
23 A   He was on the call, but he wasn't on the
24 transport, so that's why his name is not on the

9 (Pages 30 to 33)

Scott Christensen                                              09/19/2006

34

1  trip report. It's only who was on the ambulance.
2      Q  Okay. Is there another document
3  generated that has the information about who's
4  there?
5      A  There is. I don't know where that is.
6  We have a -- a check-off sheet, I think that's
7  what they call it. It has everybody's names and
8  they check off who was at the call so they get
9  paid.
10      Q  Okay. And is that produced for every
11  trip or for every day?
12      A  For every trip, incident, I should say.
13  It checks off everybody that shows up at the
14  scene.
15      Q  Okay. All right. And you're sure it
16  was Ron Buckler and not this other Ron that was
17  with you?
18      A  Yes.
19      Q  Okay. All right. So who actually did
20  the examination, if any, of Mr. Koran?
21      A  I believe Dominick and Mr. Buckler.
22      Q  Okay. You did not physically -- well,
23  first of all, did it involve taking off his shoe?
24      A  Yes.

35

1      Q  All right. Were you involved with any
2  of that physical hands on care?
3      A  No, I was in the doorway for a lot of
4  the time --
5      Q  Okay.
6      A  -- of the ambulance, the side door.
7      Q  Yeah.
8      A  I drove the ambulance over there I
9  believe. I know I drove it to the hospital. I
10  believe I drove it to the scene.
11      Q  Okay. So do you remember what care was
12  given to Mr. Koran for his foot, what -- what the
13  others did?
14      A  They removed his shoe and sock and
15  examined his foot.
16      Q  Okay. And did you hear them say
17  anything as to what they observed or did you
18  observe anything about his foot yourself?
19      A  I don't remember. I remember he was
20  hesitant about going to the hospital at the time,
21  Mr. Koran.
22      Q  Okay. Did he say why?
23      A  It was a minor injury.
24      Q  Okay. And what, if anything, did you

36

1  observe about the injury?
2      A  I can't recall it was so long ago.
3      Q  Do you remember hearing the other EMTs
4  say anything about the injury.
5      A  It was minor, because that's one of the
6  reasons Mr. Buckler didn't transport with us,
7  because it wasn't going to be an ALS run.
8      Q  Didn't transport with you?
9      A  Yes. On BLS transports --
10      Q  Yeah.
11      A  -- usually you don't -- if you don't
12  need ALS, they don't come, they don't ride along
13  with you to the hospital.
14      Q  How did he get there?
15      A  He went in the ambulance with us.
16      Q  Okay. But how did he leave the scene?
17      A  I do not know. Probably walked back
18  because it's a hundred, 200 yards down the street.
19      Q  Okay. So he didn't go to the hospital
20  with you?
21      A  No.
22      Q  All right. What care was -- if any, was
23  rendered at the scene to Mr. Koran before he went
24  to the hospital?

37

1      A  His shoe was removed, the sock, they
2  examined the foot. If I'm correct, I don't
3  remember seeing any bruising at the time. They
4  applied ice. We put him in the stretcher, took a
5  set of vitals.
6      Q  Okay. Was his foot wrapped?
7      A  Yes -- not wrapped, but the ice was on
8  it and wrapped, I believe.
9      Q  So do you have to put a wrap around to
10  hold the ice in place?
11      A  Yes. That was -- it was more or less on
12  there I believe to keep the icepack, and he was
13  really agitated, I remember that.
14      Q  Okay.
15      A  Because I was in the doorway with the
16  police at the time, and I remember them saying the
17  lady was all shooken up at the PD, because she had
18  drove to the police station, and she was really,
19  really -- I remember that, being scared, because I
20  was in the doorway with one of the police officers
21  at the time.
22      Q  Okay.
23      A  Because he was very, very agitated. And
24  then -- because when we were packing, I remember

10 (Pages 34 to 37)

Scott Christensen                                                      09/19/2006

38

1   him saying he was going to therapy for anger
2   management, and his counselor wouldn't like it or
3   would be upset or something like that. I remember
4   him saying he was going to anger management.
5   Because he was very -- very agitated at the scene.
6           But, like I said, Ron Downing after
7   a while calmed him down. And after inspecting the
8   foot, he decided to go. Because he was real
9   hesitant about going because he was worried about
10  his car, he was out of state, and they finally
11  convinced him to go.
12      Q   Okay. So once it was determined that he
13  would go to the hospital -- where was he gonna go
14  by the way?
15      A   It all depends on the type of incident,
16  really. Like on a call like this with what we
17  call a BLS transport, most likely Framingham or
18  Natick, patient's choice, but where he's from out
19  of state, we took him to the closest.
20      Q   What's BLS mean?
21      A   Basic life support.
22      Q   Okay. As opposed to ALS?
23      A   Yes.
24      Q   Which is what?

39

1   A   Advanced life support.
2   Q   I'm sorry, you took him to the closest
3   place, which was where?
4   A   MetroWest Natick.
5   Q   Okay. And in order to transport him,
6   what did you do?
7   A   You place the patient in the stretcher.
8   Q   Yeah.
9   A   You've got to apply -- I should
10  remember. It's like -- I mean, I do it so much --
11  I believe it's four straps. They have shoulder
12  straps that come over the shoulders to keep the
13  patient in the ambulance if you're involved in a
14  motor vehicle accident. You put all the straps
15  on, make the patient comfortable, and then
16  initiate the transport.
17      Q   Okay. Who did that?
18      A   Dominick, I believe. I could have
19  helped out. I usually do if I'm -- while the other
20  guys do their inspection of the injury and doing
21  vitals, usually to speed the process up. It was
22  so long ago, I don't remember. But it's also --
23  just so you know it's also a state law, it's
24  mandated by us, to fully secure the patient with

40

1   all those straps.
2   Q   Is the stretcher itself placed in a
3   particular position in the ambulance?
4   A   Pretty much into the middle of the back
5   of the ambulance, and it has a lock that locks
6   the stretcher actually in place.
7   Q   Locks it to the ambulance floor?
8   A   Correct. There's a lever that locks it,
9   and the front wheels are cradled in a type of --
10  it's to hold 'em from going from side to side.
11  It's not really a -- it doesn't physically lock
12  it, but it keeps it from going from side to side.
13      Q   Okay. Does it have a groove or
14  something?
15      A   Yes.
16      Q   All right. And then on the -- the
17  stretcher itself, what is -- what was Mr. Koran's
18  position on the stretcher?
19      A   He was in the sitting position.
20      Q   Okay. So the stretcher can be adjusted
21  so the person can sit up?
22      A   Yes, you can have it so the feet are
23  elevated, you can have it so the head is elevated
24  up so he can be in the sitting position.

41

1   Q   Okay. And do you recall his position?
2   A   He was sitting up.
3   Q   All right. He's -- he's sitting up so
4   that he's bent from the -- from the hips upward?
5   A   Yes.
6   Q   Is he entirely in a vertical position or
7   is he back or....
8   A   I don't know how far up it was. It was
9   up, though.
10      Q   Okay. And how about his legs?
11      A   They were laying flat.
12      Q   Horizontal?
13      A   Horizontal, yes.
14      Q   Not -- not elevated?
15      A   Not that I believe.
16      Q   Okay. And were both of his feet on the
17  stretcher?
18      A   Yes.
19      Q   Okay. All right. And then in addition
20  to that, you say he has a number of straps to hold
21  him in position on the stretcher itself?
22      A   Yes.
23      Q   How many stretchers are there in the --
24  in the A1 ambulance?

11 (Pages 38 to 41)

Scott Christensen                                                                09/19/2006

|  | 42 |
|---|---|
| 1 | A   There are just one. |
| 2 | Q   Okay.  And is that a -- a piece of |
| 3 | equipment you're familiar with? |
| 4 | A   Yes. |
| 5 | Q   Something you use all the time? |
| 6 | A   Yes. |
| 7 | Q   And was the -- you went to the hospital? |
| 8 | A   Correct.  I drove. |
| 9 | Q   Okay.  So you and Mr. Tolson are the |
| 10 | only two people with Mr. Koran in the ambulance at |
| 11 | that time when you're going to the hospital; is |
| 12 | that right? |
| 13 | A   Correct. |
| 14 | Q   So you go to the hospital, and what's |
| 15 | the procedure at the hospital? |
| 16 | MR. LEEDBERG:  Object as to form. |
| 17 | Go ahead and answer if you can. |
| 18 | A   There's -- what was the -- |
| 19 | Q   What's the procedure -- |
| 20 | A   Oh, the procedure, sorry. |
| 21 | Q   -- when you get there. |
| 22 | A   We go up -- we get to the hospital.  It |
| 23 | really depends, most of the time the driver will |
| 24 | take the stretcher out of the ambulance.  There's |

|  | 43 |
|---|---|
| 1 | really no procedure, either one of us can do it. |
| 2 | Q   You mean just the driver? |
| 3 | A   Yes. |
| 4 | Q   Just one person? |
| 5 | A   Yes. |
| 6 | Q   Okay.  Why is that? |
| 7 | A   It's just the way we do things, |
| 8 | procedure, because usually the tech's in back of |
| 9 | the ambulance.  Sometimes the tech takes it out. |
| 10 | It's just the way the -- it depends on the |
| 11 | situation, who's out of the ambulance first, who |
| 12 | gets to the stretcher first.  There's really no |
| 13 | procedure that the driver does this and the tech |
| 14 | does that when you get to the hospital. |
| 15 | Q   Okay.  Besides taking the ambulance -- |
| 16 | besides taking the stretcher out of the ambulance, |
| 17 | rather, what else is there that has to be done |
| 18 | immediately when you get to the hospital?  Does |
| 19 | somebody have to go into the hospital and open |
| 20 | doors or something or -- |
| 21 | A   The way it works is, on the way to the |
| 22 | hospital -- |
| 23 | Q   Yeah. |
| 24 | A   -- we have a channel called CMED, and |

|  | 44 |
|---|---|
| 1 | what you do is you call on CMED, the hospital, and |
| 2 | you give a quick patient narrative, what you're |
| 3 | bringing in, patient's age, sex, mechanism of |
| 4 | injury, illness.  And after that, they either give |
| 5 | you a room assignment or they'll say just -- you |
| 6 | know, you get the room assignment upon arrival. |
| 7 | So you get to the hospital.  We take |
| 8 | the patient out.  Up at Leonard Morse, you have |
| 9 | one, two, three doors to get into the emergency |
| 10 | room, all automatic, they have the sensor and you |
| 11 | just walk through one, they open and close behind |
| 12 | you. |
| 13 | Then you get into the ER, and |
| 14 | usually you're met by a nurse, or sometimes |
| 15 | they're real busy you've got to find the nurse, |
| 16 | and then they see who you're with, and then you |
| 17 | just give them another quick what you have, if |
| 18 | there's any patient change, the status of the |
| 19 | patient.  Just in case it, you know, changes, you |
| 20 | can upgrade the room or.... |
| 21 | Q   Okay.  In terms of the usual |
| 22 | procedure -- |
| 23 | A   Um-hm. |
| 24 | Q   -- when you come in like that, does one |

|  | 45 |
|---|---|
| 1 | person take the -- the patient in and does the |
| 2 | other person on the vehicle stay with the vehicle? |
| 3 | A   No, you leave the vehicle.  Both -- you |
| 4 | need two people to bring a stretcher in to keep it |
| 5 | controlled so it doesn't slide all over the place. |
| 6 | Q   Okay.  All right.  So now going back to |
| 7 | Mr. Koran -- |
| 8 | A   Um-hm. |
| 9 | Q   -- you arrive there.  It says you left |
| 10 | -- it says scene departure time.  That means you |
| 11 | left the inn at 7:08; is that right? |
| 12 | A   I left the.... |
| 13 | Q   I see -- |
| 14 | MR. LEEDBERG:  I'll object.  If you |
| 15 | remember, Scott.  I mean the document -- |
| 16 | Q   I see 1908.  Is that right? |
| 17 | MR. LEEDBERG:  The document is what |
| 18 | it is, but, I mean, if you remember. |
| 19 | A   No, I don't remember.  Whatever the |
| 20 | document -- the times. I -- whatever -- |
| 21 | Q   Okay.  And according to what's indicated |
| 22 | there, that would be 7:08; is that correct? |
| 23 | A   We left -- scene departure? |
| 24 | Q   Yeah. |

12 (Pages 42 to 45)

Scott Christensen                                                                09/19/2006

46

1      A   7:08, yes.
2      Q   Okay.  All right.  And then the -- it
3  looks like -- I can't tell if it's 1950 or 1956,
4  but that would be 7:50 or 7:56 that you arrived
5  there?
6      A   No, that's probably a problem with the
7  dispatch times.
8      Q   What's that mean?
9      A   I don't know how to --
10         MR. LEEDBERG:  Go ahead and explain
11  it.
12     A   That's way too long of a transport;
13  that's about 40 minutes.
14     Q   Okay.  That's what I was going to ask
15  you, yeah.
16     A   That's about a 40-minute transport.
17  That would --
18     Q   How long does it actually take, about?
19     A   That time of night, ten minutes, eight
20  minutes, ten minutes from here.
21     Q   Okay.  Do you have a recollection as to
22  -- you drove, you said, right?
23     A   Yes, correct.
24     Q   Do you have a recollection as to how

47

1  long it took you to get there that night?
2      A   Average.  I don't remember anything
3  unusual, like, you know, traffic or any type of
4  delay.
5      Q   No weather problems?
6      A   No weather problems; it was a dry night.
7      Q   Okay.  In terms of your memory, assuming
8  that the on scene time is correct, which appears
9  to be 6:47; is that right?
10     A   I believe so, yeah.  I mean, it was so
11  long ago.
12     Q   Oh, sure.  But I mean assuming that
13  that's correct --
14     A   Yes.
15     Q   -- would the departure time of 7:08 be
16  approximately correct that you would have been on
17  the scene?
18     A   Yeah.  I know we were on scene a while,
19  I remember that.
20     Q   Okay.
21     A   That, I remember.
22     Q   But, I mean, does that -- does that seem
23  like the right amount of time to you that you
24  would have been there for --

48

1      A   For that --
2      Q   -- for that 20-odd minutes?
3      A   For that type of call, yes.  Because,
4  like I stated, he was very agitated --
5      Q   Yeah.
6      A   -- it took a lot of calming down, and he
7  was very -- I remember him being very, very
8  indecisive about going, and doing what we call a
9  patient refusal --
10     Q   Yeah.
11     A   -- which is he refused to be transported
12  to the hospital.  He was back and forth on that.
13     Q   Okay.  So the -- the question would be
14  about the hospital arrival time then I take it; is
15  that right?
16     A   Yes, that's a -- that's a glitch.  We
17  have problems with dispatch.  They have a lot of
18  dispatchers -- one dispatcher up there.  Sometimes
19  the times get like this, messed up.
20     Q   Okay.  Well, in any event, you get
21  there, and your recollection is, what, that you
22  took Mr. Koran out of the --
23     A   I did take him out of the back.
24     Q   Okay.  And what did you do to do that,

49

1  do you -- do you start from the outside of the
2  rear or do you go into the -- are you able to go
3  from your driver's seat into the back or do you
4  have to go around?
5      A   There's a little doorway there, but, no,
6  you'd never do that.
7      Q   Okay.
8      A   You put the truck in park, set the
9  emergency brake, go around to the back, open the
10  doors, usually grab a set of gloves, Latex gloves,
11  and then you fold your -- the rear bumper folds
12  up, which you have to fold up.
13     Q   Okay.
14     A   And then just -- you unlock the
15  stretcher from the box or the ambulance.
16     Q   And how do you do that?
17     A   You just push it.
18     Q   Push what?
19     A   There's a bar that runs along the
20  left-hand side of the stretcher.  It's a lock that
21  -- that holds the stretcher to the ambulance
22  floor.
23     Q   Okay.  So that lever -- that's a lever
24  that's on the stretcher itself?

13 (Pages 46 to 49)

Scott Christensen                                                                09/19/2006

50

1      A   No, it's on the floor, it mounts to the
2   floor.
3      Q   It's part of the ambulance?
4      A   Yes, it's part of the ambulance.
5      Q   Okay. And that controls whether the
6   stretcher is locked to the vehicle or not?
7      A   Yes.
8      Q   Okay. All right. So you unlock that in
9   order to take it out?
10     A   Yeah. It makes a click when you push
11  it.
12     Q   Okay. And what happens next?
13     A   You pull the stretcher out.
14     Q   Yeah. What happens when you pull the
15  stretcher out?
16     A   The wheels drop down.
17     Q   Okay. And the wheels drop down to the
18  ground?
19     A   Correct.
20     Q   And that's because the ground is at a
21  different level --
22     A   Yes.
23     Q   -- from the back of the ambulance; is
24  that right?

52

1      A   Yeah, about probably there.
2      Q   Okay. Good. Thank you.
3      A   Yeah.
4      Q   Okay. And what is the mechanism by
5   which the wheels come down when you --
6          MR. LEEDBERG: Objection as to form.
7   Go ahead and answer if you can.
8      A   All right, you pull the stretcher out,
9   you hold it up slightly to let the wheels swing
10  down so you can hear it click.
11     Q   Okay. But how do they fall; is it by
12  gravity or do you --
13     A   Yes.
14     Q   -- pull a lever or --
15     A   By gravity.
16     Q   Okay. So the wheels, before they come
17  out of the ambulance, are they on the floor of the
18  ambulance?
19     A   Yes, they scissor up.
20     Q   Yeah.
21     A   Then when you pull it out, they scissor
22  down --
23     Q   Okay.
24     A   -- and they click.

51

1      A   Yes. What you do is, you pull out --
2      Q   How high is the back of the ambulance?
3      A   I don't know.
4      Q   In terms of -- would you mind standing
5   up for a second?
6      A   Yeah. (Witness complied.)
7      Q   Okay. In terms of on your body where
8   does the floor of the ambulance come on you when
9   you're standing up?
10         THE WITNESS: Is that all right?
11         MR. LEEDBERG: If you know. Don't
12  guess.
13     A   Roughly, right in here. (Indicating.)
14         MR. LEEDBERG: Verbalize that.
15     A   The waist, just below the waist.
16     Q   Okay. Let's see, when your arms are
17  down by your side, about where your wrist -- your
18  wrist joins your hands?
19     A   For the....
20     Q   Where your wrist comes together with
21  your hand, is that about where it is?
22     A   Yes.
23     Q   If you put that on your side, is that
24  where it is?

53

1      Q   Okay. And that's one end of the
2   stretcher, that's the end closest to you; is that
3   right?
4      A   Correct.
5      Q   Is that the end with the patient's head
6   or the patient's feet?
7      A   The patient's feet.
8      Q   Okay. And as you bring the ambulance --
9   as you bring the stretcher out of the ambulance,
10  what else happens mechanically to the stretcher?
11     A   It clicks and locks into place.
12     Q   Okay. Well, you've -- you've got a
13  stretcher that's got two sets of wheels --
14     A   Um-hm.
15     Q   -- holding it up in the ambulance,
16  right?
17     A   Yes, the same wheels that are on the
18  ground.
19     Q   Okay. Do all four wheels come down at
20  once?
21     A   Yes, they're all attached.
22     Q   And what is the other end of the -- the
23  stretcher attached to while the wheels are coming
24  down?

14 (Pages 50 to 53)

Scott Christensen                                                                      09/19/2006

54

1    A   Attached to the -- you mean to the
2    ambulance?
3    Q   Yeah, what's it holding onto?
4    A   There's actually -- I believe there's
5    about eight sets of wheels on it.
6    Q   Okay.  So they're --
7    A   There's --
8    Q   My point is that there's some set of
9    wheels that are on the floor of the ambulance
10   while the other wheels are coming down; is that
11   right?
12   A   Yeah, there's two front little wheels.
13   As you pull out --
14   Q   Yeah.
15   A   -- they ride along the floor.
16   Q   Yeah.  And they come down?
17   A   No, those are fixed to the stretcher.
18   Q   These are in the back you're talking
19   about?
20   A   Yes.
21   Q   And they're still on the floor while the
22   other wheels are coming down on the ground outside
23   the --
24   A   Yeah, they don't physically move.

55

1    They're mounted to the front of the stretcher.
2    Q   Okay.
3    A   There's two of them on either side.
4    Q   All right.  So when those wheels come
5    down, is the stretcher at that point supposed to
6    be self-supporting in terms of holding up the
7    patient?
8    A   After you hear the click.
9    Q   After you hear the click.
10   A   We hear the click, yes, they are
11   standing on the four -- they're supported by those
12   four wheels that are on the ground.
13   Q   Okay.
14   A   Depending on elevation, sometimes your
15   front wheels on your stretcher that are mounted up
16   to the front, sometimes they'll sit on the edge of
17   the ambulance.
18   Q   Okay.  When you brought Mr. Koran out of
19   the ambulance, do you remember hearing the click?
20   A   Yes.
21   Q   Okay.  And when he was -- the ambulance
22   -- did the ambulance come out of the vehicle
23   immediately?
24   MR. LEEDBERG:  Objection as to form.

56

1    Q   I'm sorry.  Did the stretcher come out
2    of the ambulance immediately?
3    A   What do you mean by....
4    Q   Well, in other words, did it come out
5    completely?
6    A   No, we come out very slow.
7    Q   Okay.  And why was that?
8    A   Patient's comfort, you don't want to
9    scare them.  I mean, there's no rush.
10   Q   Oh, sure.  But as you brought it out,
11   you said the wheels dropped down; is that right?
12   A   Yes, it came out very -- very -- you
13   always come out slow --
14   Q   Okay.
15   A   -- and then you lift it up slightly as
16   you're pulling it out, the wheels, you hear a
17   click when they lock.
18   Q   Yeah.
19   A   And then after that, you place it just
20   gently on the ground and then you wheel it away
21   from the ambulance.
22   Q   Okay.  So the wheels drop down and click
23   before the wheels actually touch the ground; is
24   that what you're saying?

57

1    A   Yes.
2    Q   Okay.  And what happened with Mr. Koran
3    in this particular instance when the wheels
4    came -- when you brought the stretcher out of the
5    ambulance?
6    A   It was so long ago, I -- like I usually
7    do, I unlocked the -- opened the doors to the
8    back, I unlocked the stretcher from the ambulance,
9    I slowly pulled it out, lifting it up as I come
10   up, just so I can get the wheels to click down,
11   the wheels clicked.  I placed the stretcher down.
12   The rear wheels I believe were still hanging over
13   the back of the ambulance.
14   Q   Okay.  What happened next?
15   A   I slowly pulled it away.  I do not
16   remember if Mr. Tolson was in or out of the
17   ambulance at that time.
18   Q   Okay.  What happened next?
19   A   As I pulled it away, the stretcher
20   collapsed, not really collapsed, but it came down.
21   Q   Okay.  And any idea why that happened?
22   A   No idea.
23   Q   If you wanted the stretcher to go down
24   flat, what would you have to do?

15 (Pages 54 to 57)

**58**

1    A   You need two people to lower it; there's
2    levers on either side of it.
3    **Q   And the lever -- can the levers lower it**
4    **from one side alone?**
5    A   I believe you need two.
6    **Q   So the levers have to be held on both --**
7    A   Yeah, and then -- to push it down.
8    **Q   So one person doing it can't do it; is**
9    **that what you're saying?**
10   A   Yes.
11   **Q   All right.  You're hesitant.  I mean, do**
12   **you -- are you comfortable saying that one person**
13   **at the -- attending the stretcher cannot lower it**
14   **by himself?**
15        MR. LEEDBERG:  Don't guess.  If you
16   know, you know.
17   A   I'll say no, I can't --
18   **Q   You don't know, or are you saying -- I'm**
19   **sorry, you answer it.**
20   A   What was it?  I mean....
21   **Q   Do you know whether or not one person**
22   **can lower it by himself?**
23   A   Yes, if you touch the lever, I think.
24   **Q   Okay.  So one person -- sorry.  Go**

**59**

1    **ahead.**
2    A   No, go ahead.
3    **Q   So one person can, by -- by using those**
4    **levers, lower the stretcher himself?**
5    A   I don't -- no.
6        MR. LEEDBERG:  If you know, you
7    know.  Don't guess.
8    A   No, I --
9    **Q   No, you can't do it or no, you don't**
10   **know?**
11   A   It's been a while since I've been on
12   the -- since this incident; that's the reason why.
13   **Q   Okay.  If you're not sure, you need to**
14   **say that.**
15   A   I'm not sure.
16   **Q   Okay.  Mr. Koran comes out and the**
17   **stretcher goes down?**
18   A   Um-hm.
19        MR. LEEDBERG:  Objection as to form.
20   **Q   What happens -- what happens when that**
21   **occurs?**
22        MR. LEEDBERG:  Go ahead and answer.
23   A   It dropped to -- I don't know the
24   approximate drop, but it wasn't like -- it was a

**60**

1    gradual, I remember.  It wasn't like a sudden....
2    **Q   Okay.  And to what level did it drop?**
3    A   I don't recall the exact height.
4    **Q   Okay.  What did you do when that**
5    **happened?**
6    A   Right after it happened we -- I asked
7    Mr. Koran if he was all right.  He said, Oh, yeah,
8    I'm fine.  I'm fine.  I think he was more scared,
9    startled --
10   **Q   Sure.**
11   A   -- which is understandable.
12   **Q   Was Mr. Tolson out there at that point?**
13   A   I don't recall.
14   **Q   What did you do in terms of Mr. Koran's**
15   **transport at that point?**
16   A   Asked him several -- several times if he
17   was all right.  If he was hurt at all.  He stated,
18   no, he was fine.
19   **Q   Okay.  What happened next?**
20   A   Wheeled him into the ER, went through
21   the first set of doors.  I remember asking him
22   again if he was all right.
23   **Q   How did you wheel him?**
24   A   Just with a -- like we usually do, but

**61**

1    it was lower.
2    **Q   How much lower?**
3    A   Maybe waist level.
4    **Q   Okay.  As opposed to where; what level**
5    **would it usually be?**
6    A   That stretcher it's been a long time.
7    Just below the waist.
8    **Q   All right.  What -- and what I'm asking**
9    **you is what the usual height would be on you,**
10   **figure on you.**
11   A   On that stretcher, it's been a while
12   since I've used it.
13   **Q   Yeah.  Well, in terms of the stretchers**
14   **you're used to, what height are they usually at?**
15   A   Usually like around here I think it is.
16   (Indicating.)
17   **Q   Your abdomen?**
18   A   Yeah, abdomen.
19   **Q   Yeah.  And it went down to what level?**
20   A   I believe just below the waist.  It was
21   a long time.
22   **Q   Is that as low as it went or did you**
23   **raise it up to that level?**
24   A   After the incident?

16 (Pages 58 to 61)

Scott Christensen                                                                                      09/19/2006

<table>
<tr><td colspan="2">62</td></tr>
</table>

1    Q   Yes.
2    A   Left it at that level.
3    Q   So the lowest that it went was just to
4    below the waist?
5    A   It was somewhere just below the waist.
6    Q   Okay.  Above the knees?
7    A   Yeah.
8    Q   Okay.  And that's -- that's the level it
9    came to, not a level you moved it to; is that what
10   you're saying?
11   A   That's what it dropped to.
12   Q   Okay.  All right.  And was there a
13   reason why you left the -- the stretcher at that
14   level to bring him into the hospital?
15   A   I don't recall.
16   Q   Do you remember whether or not you tried
17   to move it back up to the usual level?
18   A   I don't recall on that one.
19   Q   When Mr. Koran came out of the -- of the
20   ambulance -- before he came out of the ambulance,
21   he was -- he was in a seated position I think you
22   said; is that right?
23   A   Yes.
24   Q   When you brought him out of the

63

1    ambulance, did you bring him out in the seated
2    position or was he -- did you make him lie prone
3    first?
4    A   No, no, you can -- seated position.
5    Q   Okay.  So what part of the stretcher was
6    at below the waist level, was it his head or his
7    feet?
8    A   I believe it was his feet.
9    Q   Okay.  So where was his head?
10   MR. LEEDBERG:  I object as to form.
11   Answer if you can.
12   A   I don't recall the height of the head.
13   Q   Okay.  Can you push -- assuming he's
14   sitting up, can you push from the shoulder level
15   on a seated person?
16   A   Yes.  Whatever position they are in the
17   stretcher doesn't affect or compromise the way you
18   push the stretcher.
19   Q   Okay.  But if you're in the back of the
20   stretcher and he's -- you bring him in feet first?
21   A   Yes.
22   Q   Okay.  You're at the back of the
23   stretcher.  Where do your hands go?
24   A   They have a little handle you can pull

64

1    by.
2    Q   All right.  Is the handle at a -- the
3    horizontal level or is it at the height of the
4    shoulders when you're seated?
5    A   It's at the horizontal.  It would be at
6    the feet level, the frame of the stretcher.
7    Q   All right.  I got it.
8    Okay.  When -- when you went into
9    the hospital, which end of the stretcher were you
10   on?
11   A   I was on the feet.
12   Q   Okay.  And when you're on the feet --
13   which is the first part that goes in I think you
14   said; is that right?
15   A   Yes, I believe it was at the feet.
16   Q   Okay.  Do you walk in facing the patient
17   or with your back to the patient?
18   A   Oh, when you bring -- the feet first.
19   Q   Feet go in first?
20   A   Yes.  There's no protocol which way.  I
21   believe we went in feet first that day.
22   Q   Okay.  Which way were you facing?
23   A   Walking in, I believe -- it was so long,
24   I don't recall.  I don't recall the position I was

65

1    in at that date --
2    Q   Okay.
3    A   -- at that time.
4    Q   Do you ever walk in backwards?
5    A   No, you'd never like physically yourself
6    go in backwards, no.
7    Q   Okay.
8    A   I mean you'd be facing forward.  I can't
9    recall if I was at the front of the stretcher or
10   the back at the time after that incident.
11   Q   So to do that, do you have to stay to
12   one side of the stretcher?
13   A   You can be in any position on the
14   stretcher.  Any sides, front, but we were in the
15   front and back.
16   Q   What do you hold onto when you're --
17   when you're facing away and your -- and your back
18   is to the stretcher?
19   A   There's a little -- I forget what -- I
20   don't know exactly what they call it.  There's a
21   little lever there, handle, that you can pull.
22   Q   Reach back?
23   A   Yeah, you reach back like this so you
24   can hold the framework.  (Indicating.)

17 (Pages 62 to 65)

Scott Christensen                                                                      09/19/2006

66

1    Q   All right. And is that your
2    recollection, that you were at the front and
3    Mr. Tolson, was he at the back?
4              MR. LEEDBERG: Objection as to form.
5    Go ahead and answer.
6    A   I don't recall on that incident.
7    Q   Okay. You were definitely at the front,
8    though?
9              MR. LEEDBERG: Objection as to form.
10   A   I don't recall. I was at the feet when
11   I took it out. When I wheeled it in, I don't
12   recall on that; I bring so many patients up there.
13   Q   Okay. And you don't recall whether or
14   not Mr. Tolson went in with you?
15   A   He did.
16   Q   He did?
17   A   Yeah, you need two people to pull that
18   in with a patient on it.
19   Q   Okay. And you just have no recollection
20   now which end you were on?
21   A   I've made so many transports since then
22   I don't recall if I was in the front or back, but
23   you do need, when you have a patient on the back
24   -- when you have a patient on the stretcher, you

67

1    need two people, because the stretcher -- the four
2    wheels underneath swivel, and the thing would be
3    all over the place.
4    Q   Okay. Do you remember whether or not
5    you made some attempt to raise the -- the
6    stretcher back up to the usual level?
7              MR. LEEDBERG: Objection as to form.
8    Go ahead and answer if you can, Scott.
9    A   I don't recall on that.
10   Q   All right. Would that be your usual
11   practice, to raise it back up to that level?
12             MR. LEEDBERG: Objection as to form.
13   A   I've never had it happen to me before.
14   Q   Okay.
15   A   I don't recall. I just remember, you
16   know, that I hate to see a patient be upset like
17   that. I mean, I usually try to....
18   Q   Sure.
19   A   I didn't want to -- I can't recall on
20   it --
21   Q   Okay.
22   A   -- on that incident.
23   Q   Do you have a memory now as to whether
24   or not you tried and weren't able to raise it back

68

1    up?
2    A   Don't recall on that, but he was asked
3    several times, several times walking in, if he was
4    all right, and he stated he had no other pains due
5    to that incident, just the foot from the -- being
6    run over.
7    Q   Okay. What -- what happened when you
8    got him into the hospital?
9    A   Met by the nurse, I believe.
10   Q   Yeah.
11   A   And they gave us a room assignment, and
12   then we slid him over to the ER bed. And then he
13   was asked several times in there if he was all
14   right and he had any type of injury from the
15   incident that we had, and he stated, no, he was
16   fine. He just had, you know, the chief complaint
17   of the pain from the incident, from being run
18   over.
19   Q   Okay.
20   A   He had no other complaints of pain or
21   anything. Just he stated a couple times that he
22   was just scared. And we apologized for the
23   incident. And he was like, That's all right, and
24   he was I think more agitated about the whole

69

1    incident he had just come from.
2    Q   Okay. Do you remember any interaction
3    you had with the nurse when you came in there?
4    A   I don't recall, because usually the
5    driver makes the cot up after the transport, and
6    then the tech gives the whole rundown of the
7    incident to the nurse, and I don't recall. I
8    mean, I've made so many transports. Usually I --
9    I usually just -- if I'm not teching, I don't
10   bother with the patient and nurse interaction and
11   the tech.
12   Q   Okay. Is there anything else about that
13   trip that you remember that you haven't told us?
14   A   No, just he was a very agitated person.
15   Q   Okay. Did you take the -- did you take
16   the stretcher back to the ambulance?
17   A   Yes.
18   Q   Did you do it yourself or did Mr. Tolson
19   do it?
20   A   On that stretcher you need two people to
21   bring it up.
22   Q   Okay. And when you brought it back, do
23   you remember what height it was at?
24   A   The load height.

18 (Pages 66 to 69)

Scott Christensen                                                                      09/19/2006

70

1   Q   The lower height?
2   A   What they call the load -- when we
3   brought it back to the --
4   Q   Yeah.
5   A   -- station.
6   Q   Yeah, when you brought it back to the
7   ambulance.
8   A   I don't remember if we wheeled it out in
9   the position that we took Mr. Koran in or if we
10  raised it in the ER.  I don't recall on that.
11  Q   Okay.  Did you have to raise it to get
12  it into the ambulance?
13  A   I don't remember -- I remember we got
14  it -- if I -- we got it to -- raised it up to the
15  load position, and then put it in back of the
16  ambulance, I believe -- yeah.
17  Q   Okay.  Do you remember if you had any
18  problem doing that?
19  A   Since then?
20  Q   No.  At the time did you have a problem
21  getting it up to the load position?
22  A   I don't recall on that.
23  Q   Okay.  After that, did you examine the
24  stretcher?

71

1   A   Just maybe a quick glance over, that's
2   it.
3   Q   Okay.  Had you ever had a stretcher that
4   did what that stretcher did previously?
5   A   No.
6   Q   So were you concerned or curious as to
7   why it happened?
8   A   Yeah.
9   Q   Okay.  What did you do to find out?
10  A   We --
11      MR. LEEDBERG:  Objection as to form.
12  Answer if you can, Scott.
13  A   -- brought and filled out the incident
14  report.
15  Q   The form you're talking about which is
16  Exhibit 2?
17  A   Yes, Exhibit 2.
18  Q   Well, we'll come to that in a minute.  I
19  mean in terms of looking at the stretcher itself
20  to figure out what happened, did you do
21  anything --
22  A   Looked at it briefly, but I didn't want
23  to touch it.
24  Q   Why?

72

1   A   I'm not certified to work on it, no. 1,
2   and I didn't want to make things worse.
3   Q   Okay.
4   A   I mean, I didn't want to mess with it.
5   I figured it's out of my -- not -- you know, I
6   didn't -- you take the proper channels, which is
7   to bring it back.  I mean --
8   Q   And did you do that?
9   A   Yes, this Exhibit 2 --
10  Q   Yeah.
11  A   -- which would be the accident run
12  report --
13  Q   Yeah.
14  A   -- or the incident report.
15  Q   Okay.  I want to ask you about that in
16  just a second.
17  Q   Okay, is all of the writing on that
18  document yours?
19  A   Yes.
20  Q   And your signature at the end?
21  A   Yes.
22      MR. LEEDBERG:  Just for the record,
23  we're referring to Exhibit 2?
24      MR. DURSO:  Exhibit 2, right.

73

1   Q   Would you -- would you be good enough
2   just to read everything to me that it says on that
3   report?
4   A   "When loading patient out of the
5   ambulance, the stretcher did not stay up in lock
6   mode and went down to the ground.  Patient was not
7   injured."
8   Q   What does "lock mode" mean?
9   A   That's when -- what I was explaining
10  earlier, when the wheels come down when you pull
11  it out, you get a click.
12  Q   Yeah, okay.  And when it's in lock mode,
13  is that the load level you referred to previously?
14  A   Yeah.  It would be the unload, load
15  level.
16  Q   Okay.  And what did you do with this
17  report, this -- this incident form?
18  A   I filled it out, and it was given to the
19  chief of the department.
20  Q   Who was that?
21  A   Chief McPherson --
22  Q   Okay.
23  A   -- I believe at the time, because we
24  went through some changes.  I believe he was the

19 (Pages 70 to 73)

Scott Christensen                                        09/19/2006

**74**

1  chief.
2  Q  When you came back -- you came back here
3  to the station, right?
4  A  Yes.
5  Q  All right.  When you came back here to
6  the station, was Ron Buckler here?
7  A  Everybody was here because of the drill.
8  Q  Was Chief McPherson here then?
9  A  I don't -- yeah, I believe so, because
10  it was a drill night.
11  Q  Okay.  When you got back here, what did
12  you do, if anything, with regard to the stretcher
13  itself?
14  A  I did nothing.  We just filled out the
15  accident run report.
16  Q  Did anybody else look at the stretcher?
17  A  I don't know.
18  Q  Okay.  Well, if you had another run that
19  night, you would have had to use that same
20  stretcher, right?
21  A  Yes.
22  Q  It was the only one?
23  A  Yes.
24  Q  So didn't somebody look at it to say,

**75**

1  Gee, we've got to make sure this doesn't happen
2  again if we have another run tonight?
3  MR. LEEDBERG:  Objection to form.
4  Go ahead and answer if you can.
5  A  I believe someone looked at it.
6  Q  And who do you think that was?
7  A  I do not know.  I can't answer.  I
8  filled this out and they went down and they looked
9  at it.
10  Q  Okay.  Who would -- was the possible
11  people who could have looked at it?
12  A  The deputy went down, I believe.  Let me
13  think a second.  I believe the deputy went down
14  and looked at it, and I can't remember if --
15  Q  And that's Ron Buckler?
16  A  Ron Buckler and --
17  Q  When you say the deputy, that's what you
18  mean, right?
19  A  Yes, and the captain of the EMS, I
20  believe, might have went down.
21  Q  And who is that.
22  A  John Dowse.
23  Q  D-O-W-S-E?
24  A  Yes, or Jonathan is the official name,

**76**

1  but everyone calls him John.
2  Q  Okay.  And you think the two of them
3  went to look at it?
4  A  It was so long ago, I just remember
5  filling this out and then we went back into drill.
6  Q  Did you go back out that night on a run?
7  A  No.
8  Q  Do you know whether or not that
9  stretcher stayed in service?
10  A  I believe it was taken out for that
11  time.  I don't recall.  I can't recall on that.
12  Q  Okay.  If it was taken out of service,
13  is there some form that would be filled out with
14  regard to that?
15  A  That would be -- that wouldn't deal with
16  me --
17  Q  Okay.
18  A  -- on that.
19  Q  I've seen some forms that -- in the
20  stuff you just gave me here.  Are you familiar
21  with the ambulance checklist forms?
22  A  Yes.
23  Q  Okay.  Do you fill those out?
24  A  Yes.  I have not in a while.

**77**

1  Q  With respect to the -- with respect to
2  the ambulance, was that something that you would
3  fill out?
4  A  Yes.
5  Q  Okay.  And one of the things, one of the
6  first things it says on there is ambulance cot
7  with IV pole.  Is that the stretcher we're talking
8  about?
9  A  Yes.
10  Q  Okay.  And the next time that one of
11  these forms had to be filled out, if there was a
12  change in that -- in that stretcher, would it be
13  noted on one of these forms?
14  A  It's been a long time.
15  Q  Well, I'm talking about the procedure.
16  What --
17  A  If you found something major wrong, you
18  would notify immediately one of the officers of
19  the, you know, the incident, the situation, and
20  what you found.  There would be something put in
21  writing.  I haven't filled one of those EMS ones
22  out in a while.
23  Q  Okay.  Well, I guess here's my question.
24  A  Yeah.

20 (Pages 74 to 77)

Scott Christensen                                                                09/19/2006

78

1    Q   What you've told us is that the -- that
2    the -- the deputy and the captain may have gone
3    down to look at this -- this stretcher.  If they
4    found something wrong with it, is there a piece of
5    paper in which the information would appear?
6        A   I don't know on that, because that's up
7    at their -- I mean, if they -- they're management,
8    I guess you could say management, but I should say
9    they're officers.
10       Q   Sure, I know what you mean.
11       A   That's, you know, what they do.
12       Q   Yeah.
13       A   It really doesn't pertain to us.
14       Q   Okay.  When's the next time you heard
15   anything about this stretcher after that?
16       A   I don't recall on that.
17       Q   Did you ever hear anything further about
18   the stretcher?
19       A   They had a company come out and look at
20   it --
21       Q   Yeah.
22       A   -- I remember that, and that's all I
23   recall.
24       Q   Well, do you remember having a different

79

1    stretcher in the ambulance after that?
2        A   I don't recall, because I was off shift
3    for six days, and unless you get a call down here
4    or you come in for training --
5        Q   Sure.
6        A   -- you know, it's -- where it's a call
7    department, you're not around really.
8        Q   Okay.  When you came back on, though,
9    would you have a concern as to whether or not the
10   stretcher was operating properly?
11       A   Yeah, I believe I probably -- because
12   part of the checklist is to clean it, the
13   ambulance, make sure it's clean, you know, check
14   all of the stuff on the list, and you always pull
15   the stretcher out because you have to clean the
16   floor and mop it.
17       Q   Okay.
18       A   I can't recall if I -- if I -- I mean, I
19   must have because I take it out to clean it.  I
20   mean --
21       Q   Would you take a look at the picture on
22   the outside of that cover and just tell me whether
23   or not you recognize that -- that -- the drawing.
24       A   I believe that's our stretcher in the

80

1    back of A1.
2        Q   Okay.  Let me just take that back for a
3    second.
4        A   Yeah.
5            MR. DURSO:  All right.  What do we
6    have, three exhibits up to this?  Would you mark
7    this as Exhibit 4, please?
8            (Document marked as Exhibit No. 4.)
9        Q   Okay, I'm going to show you page 11 from
10   what we've marked as Exhibit 4, and just ask you
11   if you can tell me whether or not those represent
12   the available positions in which you can put the
13   particular stretcher that you had in --
14       A   Yes.
15       Q   -- ambulance -- let me finish.
16       A   Oh, sorry.
17       Q   That's all right.
18       -- that you had in ambulance A1 on
19   February 6, 2003?
20       A   Which one was it in?
21       Q   No, I'm asking if those are the
22   positions that the stretcher that was in ambulance
23   A1 on February 6, 2003, if those are the positions
24   it could be in?

81

1        A   It could be in.
2        Q   Okay.  All right.  Would it be fair to
3    say that -- that -- well, let me show you a
4    different --
5            MR. DURSO:  Off the record.
6            (Off record.)
7        Q   Well, let's look at this one on page 24.
8    In terms of -- this figure V --
9        A   Um-hm.
10       Q   -- in terms of coming out of the
11   ambulance, is this setup that's shown here
12   consistent with ambulance A1 --
13       A   Yes.
14       Q   -- and your stretcher?
15           Okay.  So what you told us before is
16   that the ambulance -- the stretcher would come out
17   of the ambulance and the wheels that are shown on
18   your right would be on the floor of the ambulance,
19   and these other four wheels shown on the structure
20   underneath would come down with a snap on the
21   ground; is that right?
22       A   Yes.
23       Q   Okay.  And then you would just bring it
24   forward, resting on those four wheels?

21 (Pages 78 to 81)

Scott Christensen                                                                                    09/19/2006

82

1    A    On these four, yes.
2    Q    Okay. But that what happened instead
3  here is that the ambulance -- the stretcher
4  dropped down, and are you able to identify which
5  of the positions it was in when it dropped down?
6    A    It would be either one of these two.
7  (Indicating.)
8    Q    And tell me which two you're referring
9  to.
10   A    The low level --
11   Q    Yeah.
12   A    -- and mid level.
13   Q    Okay. All right. And the difference
14  between what we see in these positions and what
15  actually happened that day, is that the back piece
16  to the right would be lifted up because --
17   A    Correct.
18   Q    -- the patient was in a seated position;
19  is that correct?
20   A    Correct. But these -- this structure
21  here (indicating) stays flat.
22   Q    Horizontal?
23   A    Horizontal.
24   Q    Yeah.

83

1    A    It's just the cot part there with some
2  metal framing comes up.
3    Q    Okay. I'm going to show you page 10,
4  figure G. Is that the part you're referring to
5  that comes up?
6    A    Yes.
7    Q    Okay. So that part was elevated --
8    A    Yes.
9    Q    -- so that Mr. Koran was in a --
10  relatively in a sitting position as opposed to a
11  prone position when he was coming out of the
12  vehicle. Have I stated that correctly?
13   A    Yes.
14   Q    Okay. Okay, so your recollection is
15  that Mr. Koran ended up, after the stretcher came
16  out, in either the low-level or the mid-level
17  position; is that right?
18   A    Correct.
19   Q    Okay. And was wheeled into the hospital
20  in that position?
21   A    Yes, into the ER.
22   Q    Okay. And coming back out, do you think
23  that you raised it back up to the high-level
24  position before you wheeled it back up?

84

1    A    I don't recall on that.
2    Q    Okay. You had said before you thought
3  you might have raised it to what you called the
4  load position. Is the load position the high-
5  level position?
6    A    Well, we bring it out the high level,
7  out to the ambulance, and then place it in the
8  load position.
9    Q    Which is what?
10   A    What it's in here. (Indicating.)
11  They -- it's slightly straighter.
12   Q    Okay.
13   A    It brings it up a little higher, the
14  head.
15   Q    You have to raise it up a little bit to
16  get it into the --
17   A    Into the -- yeah.
18   Q    Okay. That's what you meant.
19   A    Yeah.
20   Q    So in order to put the stretcher back
21  into the ambulance, did you have to get it into
22  this loading position or would you be able to load
23  it from one of the other positions?
24   A    You can't load it from this position

85

1  without two people lifting it up in.
2    Q    Okay. And do you have a recollection
3  whether you did that?
4    A    I can't recall.
5    Q    Okay. Do you believe you got it to the
6  loading position before you put it back?
7        MR. LEEDBERG: Objection to the
8  form. Answer if you can.
9    A    I don't recall.
10   Q    All right. Well, you got it back into
11  the vehicle?
12   A    It was back in the vehicle, yes.
13   Q    Okay. So the only two ways you could
14  get it back in the vehicle, if I understand you
15  correctly, is either by getting it into the
16  loading position or the two of you picking it up
17  and putting it in --
18   A    Physically you could -- you could
19  physically pick it up from any position --
20   Q    Okay.
21   A    -- and --
22   Q    And you don't remember which of those
23  two happened?
24   A    I don't recall --

22 (Pages 82 to 85)

Scott Christensen                                                                 09/19/2006

**86**

1  Q.  Okay.  Good.
2  A.  -- on that.
3  Q.  Okay.  Do you remember being told by
4  anybody at any time what happened to the stretcher
5  on that particular day?
6  A.  Telling them?
7  Q.  No, did anyone tell you.
8  MR. LEEDBERG:  I'm going to object
9  as to form.
10  Q.  In other words, after February 6, the
11  next time you came back to work or at any later
12  date did anyone ever say to you, Here's what
13  happened, that's why that thing happened with the
14  stretcher?
15  A.  I don't recall what the exact cause of
16  it was.  I just know they had a company come right
17  out the next day.
18  Q.  And do you remember hearing what the
19  company said about the -- about the device?
20  A.  No, I don't recall on that.
21  Q.  Okay.  Do you ever remember anyone
22  saying that there was some piece of a handle or
23  some piece of equipment on the stretcher that was
24  bent?

**87**

1  A.  I remember I think -- I remember hearing
2  something about it.
3  Q.  Okay.  Any memory as to who you heard it
4  from?
5  A.  No, it was so long ago.
6  Q.  Okay.  Prior to this incident on
7  February 6, 2003, do you ever remember having any
8  kind of difficulty with the stretcher?
9  A.  No, not at all that I had worked with
10  it.
11  Q.  Okay.  I'm not talking just about the
12  stretcher falling down.
13  A.  Yeah.
14  Q.  I'm talking about did it ever fail to
15  snap into place; did you ever have any difficulty
16  of any kind with it?
17  A.  Not as long as I was on the department
18  before that that I remember hearing.
19  Q.  Okay.
20  MR. DURSO:  All right.  Give me just
21  a second and we may be close to done.
22  (Pause.)
23  MR. DURSO:  Just a couple more
24  questions and you'll be all set.

**88**

1  THE WITNESS:  All right.
2  Q.  How did you learn how to operate the
3  stretcher?
4  A.  The Captain Dowse, he's a deputy now, he
5  was a captain at the time, when I was a first
6  responder and I used to work on the ambulance, he
7  took me through the basic operations of the
8  ambulance, what I can do, what I can't do, how to
9  do it.
10  Q.  Okay.  And that included operating the
11  stretcher?
12  A.  Yes, that's something you can do as a
13  first responder.
14  Q.  So he showed you the mechanism and how
15  it worked --
16  A.  Yeah.
17  Q.  -- and -- how it was supposed to work.
18  If there's -- if there's ever a
19  problem with the stretcher, who -- while you're on
20  a run, whose job is it to deal with the mechanical
21  operation of the stretcher?
22  MR. LEEDBERG:  Objection as to form.
23  Go ahead and answer.
24  A.  It would be the senior office in the

**89**

1  station if there's somebody there.  If there's no
2  one there, call the lieutenant of the ambulance,
3  make him aware of the situation.  He can make his
4  decision from there depending on what the....
5  Q.  Okay.  Did you have any training in the
6  mechanical operation, other than simply having the
7  legs snap down and --
8  A.  Yes.
9  Q.  Yeah.  What did the training consist of?
10  A.  Running through the whole thing --
11  Q.  So --
12  A.  -- at the time.
13  Q.  -- were you able -- would you be able
14  to, through your training, deal with any
15  mechanical issues or....
16  A.  I'm not trained on it.
17  Q.  No.  Okay.  So your training didn't
18  include --
19  A.  It didn't include a maintenance -- I
20  mean, maintenance of it to look, you know, if
21  something looks out of the ordinary, but it
22  included the operation of the stretcher.
23  Q.  Okay.  If you wanted the stretcher to
24  fold down from the -- the high-level position, how

23 (Pages 86 to 89)

90

1  would you do it?
2      A   Down to the mid-level.
3      Q   Or low level?
4      A   Or lower.
5      Q   Or -- or -- yeah. Or the folded
6  position for that matter.
7      A   I don't believe you can do that.
8      Q   You don't believe you can do what?
9      A   The folding position without hitting the
10 lock. It's been a while since I've worked on this
11 ambulance with that stretcher, because my
12 department, where I work full-time, we have a
13 different stretcher --
14     Q   Okay.
15     A   -- since then, and it's been a while
16 since I've -- but I believe in that type of
17 stretcher you cannot go to the folding position
18 without hitting the loading lock I believe they
19 call it on this type of stretcher.
20     Q   Okay. Can you, while you have a patient
21 on it, on the stretcher, lower it to these other
22 levels?
23     A   Yes, you can go to the lower -- the
24 low-level, the mid-level and the -- well, it would

91

1  be at the high level.
2      Q   How do you do it mechanically, what do
3  you do?
4      A   One on either side I believe on this
5  stretcher would grab a lock and would squeeze
6  simultaneously, which would drop the --
7      Q   See if I've got a picture.
8      A   -- the stretcher, which you don't want
9  to touch when you're pulling it out.
10     Q   Let's see.
11         (Counsel perusing document.)
12     Q   Are you able, looking at this particular
13 diagram on page 7, to tell me what you would do
14 to -- to lower the stretcher?
15     A   The undercarriage control handle --
16     Q   Yeah.
17     A   -- you'd squeeze both; there should be
18 two on there.
19     Q   Okay. And can you just point to the
20 diagram?
21     A   (Witness complied.)
22     Q   Okay. And that's at the foot end; is
23 that right?
24     A   Yes.

92

1      Q   Okay. Can the person at the foot end
2  squeeze that handle and lower it by himself just
3  from that point?
4      A   I don't recall. It's been a long
5  time --
6      Q   Okay.
7      A   -- since I've used this stretcher.
8      Q   Yeah.
9          And what about the auxillary lock,
10 what's the purpose of that?
11     A   Which lock?
12     Q   (Indicating.)
13     A   They have different names. I haven't --
14 that's the lock -- that's the lock that you would
15 hit -- that you would slide forward to put it down
16 to the other position there.
17     Q   The folded level?
18     A   I believe that's what they call it, yes.
19     Q   Okay.
20     A   I believe it's folded level. The
21 folding -- folded position.
22     Q   Yeah. Okay.
23         MR. DURSO: All right. Okay, I
24 think that's it.

93

1          You got any questions?
2          MR. LEEDBERG: I just want to
3  clarify one point.
4          EXAMINATION
5  BY MR. LEEDBERG:
6      Q   Scott, when you were at the scene, you
7  didn't take the cot out of the ambulance, did you,
8  to get the plaintiff onto it?
9      A   No, I believe he went in through the
10 door, the side door.
11     Q   Okay. So he crawled up into the
12 ambulance?
13     A   Yes, he crawled up in the ambulance on
14 his own.
15     Q   Okay.
16     A   And I was in the doorway with the police
17 watching.
18     Q   And just to clarify something you just
19 talked about with Attorney Durso. You're not
20 trained to mechanically fix this cot, correct?
21     A   No, I am not.
22     Q   You're trained in the operation,
23 correct?
24     A   The operation.

24 (Pages 90 to 93)

Scott Christensen                                                                09/19/2006

94

1    Q   And if you see something wrong, you'll
2    bring it to the attention --
3    A   Yes.  If you see something out of the
4    ordinary from when you were trained, you would --
5    I mean, you'd say something to an officer.
6    Q   But you wouldn't venture to fix it
7    yourself?
8    A   No, would not.
9        MR. LEEDBERG:  I have no further
10   follow-ups.
11       MR. DURSO:  Okay.  I think that's
12   it.  Thank you.
13       (Off record at 1:08 p.m.)
14
15
16
17
18
19
20
21
22
23
24

96

1        E R R A T A  S H E E T
2        I, SCOTT CHRISTENSEN, the within-named
3    deponent do hereby certify that I have read the
4    foregoing transcript of my testimony, and further
5    certify that said transcript is a true and
6    accurate record of said testimony (with the
7    exception of the following corrections listed
8    below):
9    Page     Line          Correction
10   ___     ___     _____
11   ___     ___     _____
12   ___     ___     _____
13   ___     ___     _____
14   ___     ___     _____
15   ___     ___     _____
16   ___     ___     _____
17   ___     ___     _____
18   ___     ___     _____
19   ___     ___     _____
20   Signed under the pains and penalties of
21   perjury this    day of         , 2006.
22
23
24               SCOTT CHRISTENSEN

95

1        C E R T I F I C A T E
2    COMMONWEALTH OF MASSACHUSETTS
3    BRISTOL, SS
4
5        I, Lori-Ann London, Registered
6    Professional Reporter and Notary Public in and for
7    the Commonwealth of Massachusetts, do hereby
8    certify:
9        That, SCOTT CHRISTENSEN, the witness
10   whose deposition is hereinbefore set forth, was
11   duly sworn by me and that such deposition is a
12   true record of the testimony given by the witness
13   to the best of my knowledge, skill, and ability.
14       I further certify that I am neither
15   related to, nor employed by, any of the parties in
16   or counsel to this action, nor am I financially
17   interested in the outcome of this action.
18       IN WITNESS WHEREOF, I have hereunto set
19   my hand and seal of office this 2nd day of October
20   2006.
21       _____
22       Lori-Ann London, RPR
23       Notary Public
24   My commission expires: 6/15/2012

25 (Pages 94 to 96)

Scott Christensen

09/19/2006

97

---

**A**

abdomen (2) 61:17,18
ability (1) 95:13
able (8) 26:20 49:2
    67:24 82:4 84:22
    89:13,13 91:12
academy (2) 5:18,22
accesses (1) 24:3
accident (5) 14:21 27:7
    39:14 72:11 74:15
accurate (1) 96:6
action (2) 95:16,17
actual (4) 18:8,24 22:13
    24:2
addition (1) 41:19
address (1) 4:13
adjusted (1) 40:20
Advanced (1) 39:1
affect (1) 63:17
age (1) 44:3
agitated (10) 20:17
    27:20 30:17,21 37:13
    37:23 38:5 48:4 68:24
    69:14
ago (7) 5:8 36:2 39:22
    47:11 57:6 76:4 87:5
ahead (12) 15:21 23:8
    42:17 46:10 52:7 59:1
    59:2,22 66:5 67:8 75:4
    88:23
ALS (3) 36:7,12 38:22
ambulance (88) 7:12
    8:19 9:2 16:8,9,11,18
    16:19,24 17:3,9 26:23
    27:10,15 31:4,12
    32:19 33:20 34:1 35:6
    35:8 36:15 39:13 40:3
    40:5,7 41:24 42:10,24
    43:9,11,15,16 49:15
    49:21 50:3,4,23 51:2,8
    52:17,18 53:8,9,15
    54:2,9 55:17,19,21,22
    56:2,21 57:5,8,13,17
    62:20,20 63:1 69:16
    70:7,12,16 73:5 76:21
    77:2,6 79:1,13 80:15
    80:18,22 81:11,12,16
    81:17,18 82:3 84:7,21
    88:6,8 89:2 90:11 93:7
    93:12,13
amount (1) 47:23
Ana (1) 1:9
anger (2) 38:1,4
answer (17) 7:24 11:9
    15:21 23:2,8 42:17

52:7 58:19 59:22
    63:11 66:5 67:8 71:12
    75:4,7 85:8 88:23
anybody (2) 74:16 86:4
apologize (1) 30:24
apologized (1) 68:22
appear (1) 78:5
Appearing (2) 2:9,16
appears (1) 47:8
applied (1) 37:4
applies (2) 5:18,19
apply (1) 39:9
approximate (1) 59:24
approximately (2) 26:21
    47:16
area (1) 27:22
arms (1) 51:16
arrival (2) 44:6 48:14
arrive (2) 28:24 45:9
arrived (3) 30:16 46:4
asked (5) 31:6 60:6,16
    68:2,13
asking (4) 32:13 60:21
    61:8 80:21
assignment (3) 44:5,6
    68:11
assistant (1) 8:20
assisted (1) 12:21
assuming (3) 47:7,12
    63:13
attached (3) 53:21,23
    54:1
attempt (1) 67:5
attending (1) 58:13
attention (1) 94:2
Attorney (1) 93:19
automatic (1) 44:10
auxillary (1) 92:9
available (1) 80:12
Average (1) 47:2
avoid (1) 31:22
aware (1) 89:3
awareness (1) 6:7
a.m (1) 1:19
A1 (11) 16:17,18,21
    17:5,6,7 41:24 80:1,18
    80:23 81:12

---

**B**

B (3) 3:9 26:4,5
back (66) 13:2,4 18:18
    20:11 22:4,6 24:3
    27:15,20 31:3,12
    32:19 36:17 40:4 41:7
    43:8 45:6 48:12,23

49:3,9 50:23 51:2
    54:18 57:8,13 62:17
    63:19,22 64:17 65:10
    65:15,17,22,23 66:3
    66:22,23 67:6,11,24
    69:16,22 70:3,6,15
    72:7 74:2,2,5,11 76:5
    76:6 79:8 80:1,2 82:15
    83:22,23,24 84:20
    85:6,10,12,14 86:11
backwards (2) 65:4,6
bar (1) 49:19
basic (2) 38:21 88:7
basis (1) 6:18
bed (1) 68:12
beginning (3) 15:17
    16:8 26:4
behalf (1) 1:9
believe (63) 7:5,12 8:7
    8:23 9:22,24 11:5
    17:20,22 20:10,15
    21:4,11 23:14,22
    24:10,11 26:23 27:14
    28:6 29:3,20 32:4 33:5
    33:16 34:21 35:9,10
    37:8,12 39:11,18
    41:15 47:10 54:4
    57:12 58:5 61:20 63:8
    64:15,21,23 68:9
    70:16 73:23,24 74:9
    75:5,12,13,20 76:10
    79:11,24 85:5 90:7,8
    90:16,18 91:4 92:18
    92:20 93:9
bent (2) 41:4 86:24
best (3) 13:18 15:16
    95:13
better (3) 13:10,16,20
birth (1) 4:21
bit (1) 84:15
BLS (3) 36:9 38:17,20
body (1) 51:7
Booklet (1) 3:15
Boston (2) 2:7,14
bother (1) 69:10
bottom (1) 15:4
box (1) 49:15
brake (1) 49:9
briefly (1) 71:22
bring (13) 45:4 53:8,9
    62:14 63:1,20 64:18
    66:12 69:21 72:7
    81:23 84:6 94:2
bringing (1) 44:3
brings (1) 84:13

BRISTOL (1) 95:3
brought (10) 28:8 31:3
    55:18 56:10 57:4
    62:24 69:22 70:3,6
    71:13
bruising (1) 37:3
Bucker (1) 29:3
Buckler (12) 29:9,13,17
    30:24 33:6,9 34:16,21
    36:6 74:6 75:15,16
building (11) 17:15 18:7
    18:9 19:22 20:10
    22:16 23:19 24:4,10
    25:18 26:8
bumper (1) 49:11
busy (1) 44:15
B-L-D-G (2) 25:21,24
B-L-G (1) 25:23

---

**C**

C (4) 2:1 4:1 95:1,1
call (27) 5:20 6:9,19 7:2
    8:19 9:23 13:3 16:10
    16:21 18:11,23 33:21
    33:23 34:7,8 38:16,17
    44:1 48:3,8 65:20 70:2
    79:3,6 89:2 90:19
    92:18
called (4) 4:4,23 43:24
    84:3
calls (1) 76:1
calm (2) 31:2 32:24
calmed (4) 30:24 31:4,7
    38:7
calming (1) 48:6
captain (4) 75:19 78:2
    88:4,5
captured (1) 32:4
car (3) 27:4 28:3 38:10
care (4) 25:2 35:2,11
    36:22
cared (1) 30:18
Carmen (4) 2:3,5 13:12
    13:24
case (1) 44:19
cause (1) 86:15
certainty (1) 9:8
certification (1) 5:23
certified (12) 7:21,23
    8:11,14,16 9:6,10,13
    9:12,14 30:1 72:1
certify (4) 95:8,14 96:3
    96:5
chance (1) 11:24
change (2) 44:18 77:12

---

Scott Christensen                                                      09/19/2006
98

**changed (2)** 18:17 22:19
**changes (2)** 44:19 73:24
**channel (1)** 43:24
**channels (1)** 72:6
**charge (2)** 29:18 30:5
**check (2)** 34:8 79:13
**checklist (1)** 76:21
79:12
**checks (1)** 34:13
**check-off (1)** 34:6
**chief (7)** 29:9,17 68:16
73:19,21 74:1,8
**choice (1)** 38:18
**Christensen (7)** 1:17 3:4
4:3,12 95:9 96:2,24
**circle (1)** 27:22
**clarify (2)** 93:3,18
**Class (1)** 5:7
**clean (4)** 79:12,13,15,19
**clear (1)** 7:3
**clearer (1)** 14:12
**click (11)** 50:10 52:10
52:24 55:8,9,10,19
56:17,22 57:10 73:11
**clicked (1)** 57:11
**clicks (1)** 53:11
**close (2)** 44:11 87:21
**closest (3)** 38:19 39:2
53:2
**CMED (2)** 43:24 44:1
**cold (1)** 32:22
**Coletti (1)** 2:4
**collapsed (2)** 57:20,20
**come (26)** 24:13,19 29:6
36:12 39:12 44:24
51:8 52:5,16 53:19
54:16 55:4,22 56:1,4,6
56:13 57:9 69:1 71:18
73:10 78:19 79:4
81:16,20 86:16
**comes (7)** 24:4,5,21
51:20 59:16 83:2,5
**comfort (1)** 56:8
**comfortable (2)** 39:15
58:12
**coming (7)** 24:12 53:23
54:10,22 81:10 83:11
83:22
**commission (1)** 95:24
**Commonwealth (2)**
95:2,7
**commotion (1)** 20:14
**company (3)** 78:19
86:16,19
**complaint (1)** 68:16

**complaints (1)** 68:20
**completely (1)** 56:5
**complied (7)** 26:19 27:8
27:11 28:1,15 51:6
91:21
**compromise (1)** 63:17
**concern (1)** 79:9
**concerned (1)** 71:6
**conditions (1)** 21:6
**consideration (1)** 30:4
**consist (1)** 89:9
**consistent (1)** 81:12
**Construction (2)** 10:14
11:1
**contain (1)** 15:1
**continuing (1)** 7:19
**continuously (1)** 10:2
**control (1)** 91:15
**controlled (1)** 45:5
**controls (1)** 50:5
**convinced (1)** 38:11
**cool (1)** 21:8
**copies (1)** 13:16
**copy (2)** 13:10,20
**copying (1)** 13:14
**correct (23)** 4:16 6:14
7:8 9:7 27:15 29:15
37:2 40:8 42:8,13
45:22 46:23 47:8,13
47:16 50:19 53:4
82:17,19,20 83:18
93:20,23
**Correction (1)** 96:9
**corrections (1)** 96:7
**correctly (2)** 83:12
85:15
**cot (5)** 69:5 77:6 83:1
93:7,20
**counsel (2)** 91:11 95:16
**counselor (1)** 38:2
**couple (3)** 11:12 68:21
87:23
**courses (1)** 9:6
**COURT (1)** 1:4
**cover (1)** 79:22
**cradled (1)** 40:9
**crawled (2)** 93:11,13
**credits (1)** 7:19
**crews (1)** 29:7
**curious (1)** 71:6
**current (1)** 4:13
**cut (1)** 13:13

------ D ------

**D (3)** 2:11 3:1 4:1

**darker (1)** 13:21
**date (4)** 4:21 28:13 65:1
86:12
**DAVIS (1)** 2:12
**day (9)** 12:18 18:18
34:11 64:21 82:15
86:5,17 95:19 96:21
**days (1)** 79:3
**deal (3)** 76:15 88:20
89:14
**decided (1)** 38:8
**decision (1)** 89:4
**Defendants (2)** 1:14
2:16
**definitely (1)** 66:7
**delay (1)** 47:4
**department (16)** 1:20
3:13 5:15,16,21 6:19
6:24 9:17 10:6 11:2
14:22 16:4 73:19 79:7
87:17 90:12
**departure (3)** 45:10,23
47:15
**depending (2)** 55:14
89:4
**depends (4)** 32:18 38:15
42:23 43:10
**deponent (1)** 96:3
**deposition (6)** 1:17 3:3
4:24 19:19 95:10,11
**Dept (1)** 3:11
**deputy (9)** 29:9,10,17
30:7 75:12,13,17 78:2
88:4
**describe (1)** 22:1
**designation (1)** 16:11
**determined (1)** 38:12
**device (1)** 86:19
**diagram (3)** 3:14 91:13
91:20
**difference (1)** 82:13
**different (5)** 50:21
78:24 81:4 90:13
92:13
**difficulty (2)** 87:8,15
**dinner (1)** 28:6
**direction (1)** 27:2
**dispatch (2)** 46:7 48:17
**dispatched (3)** 16:7
19:11 20:12
**dispatcher (1)** 48:18
**dispatchers (1)** 48:18
**DISTRICT (2)** 1:4,5
**document (18)** 11:18,19
11:23 12:2,3,15,20

14:14,17,18 28:19
34:2 45:15,17,20
72:18 80:8 91:11
**doing (6)** 4:23 32:21
39:20 48:8 58:8 70:18
**Dominick (6)** 12:13 13:5
29:2,13 34:21 39:18
**door (3)** 35:6 93:10,10
**doors (5)** 43:20 44:9
49:10 57:7 60:21
**doorway (5)** 35:3 37:15
37:20 49:5 93:16
**Downing (4)** 30:23 33:5
33:7 38:6
**Dowse (2)** 75:22 88:4
**DPW (2)** 10:6 11:1
**draw (1)** 24:23
**drawing (3)** 25:5 26:3
79:23
**drill (7)** 16:1,4,5 17:20
74:7,10 76:5
**drills (3)** 17:21,24 18:2
**driver (4)** 42:23 43:2,13
69:5
**driver's (2)** 4:6 49:3
**driveway (1)** 24:16
**drop (5)** 50:16,17 56:22
59:24 60:2 91:6
**dropped (5)** 56:11 59:23
62:11 82:4,5
**drove (5)** 35:8,9,10
37:18 42:8 46:22
**dry (2)** 21:9 47:6
**due (1)** 68:4
**duly (2)** 4:7 95:11
**Durso (21)** 2:3,5 3:6,22
4:10 11:16 13:9,15,19
14:2,6,9 28:17 72:24
80:5 81:5 87:20,23
92:23 93:19 94:11
**duties (3)** 7:7 8:17 17:23
**duty (4)** 16:9 18:14,20
29:7

**D-O-W-S-E (1)** 75:23

------ E ------

**E (11)** 2:1,1 3:1,9 4:1,1
95:1,1 96:1,1,1
**earlier (1)** 73:10
**easy (1)** 20:14
**ed (1)** 7:19
**edge (1)** 55:16
**education (1)** 5:11
**eight (2)** 46:19 54:5
**either (8)** 43:1 44:4 55:3

Scott Christensen

58:2 82:6 83:16 85:15
91:4
**elevated (4)** 40:23,23
41:14 83:7
**elevation (1)** 55:14
**Elizabeth (1)** 1:13
**em (1)** 40:10
**emergency (3)** 3:11 44:9
49:9
**employed (1)** 95:15
**EMS (2)** 75:19 77:21
**EMT (11)** 7:17 8:5,11
8:17 9:3,11,14 11:14
13:2 29:23,24
**EMTs (3)** 8:21 13:2
36:3
**ended (1)** 83:15
**entirely (1)** 41:6
**entrance (6)** 22:11,12
22:18,21 24:13,18
**entranceway (1)** 23:10
**equipment (2)** 42:3
86:23
**ER (5)** 44:13 60:20
68:12 70:10 83:21
**Erik (1)** 1:10
**Esquire (3)** 2:3,4,11
**event (1)** 48:20
**everybody (3)** 6:21
34:13 74:7
**everybody's (1)** 34:7
**exact (3)** 9:19 60:3
86:15
**exactly (1)** 65:20
**examination (6)** 3:6,7
4:4,9 34:20 93:4
**examine (1)** 70:23
**examined (3)** 4:8 35:15
37:2
**exception (1)** 96:7
**Excuse (1)** 26:3
**exhibit (18)** 11:17,18
14:4,10,13,14,15,20
28:18,19 71:16,17
72:9,23,24 80:7,8,10
**exhibited (2)** 11:19
14:17
**exhibits (3)** 1:3 3:22
80:6
**exit (2)** 22:24 23:1
**expires (1)** 95:24
**explain (1)** 46:10
**explaining (1)** 73:9

---
**F**
---

**F (1)** 95:1
**facing (5)** 26:24 64:16
64:22 65:8,17
**fail (1)** 87:14
**fair (1)** 81:2
**fall (1)** 52:11
**falling (1)** 87:12
**familiar (3)** 14:23 42:3
76:20
**far (1)** 41:8
**February (6)** 9:9,20
80:19,23 86:10 87:7
**Federal (1)** 2:6
**feet (15)** 40:22 41:16
53:6,7 63:7,8,20 64:6
64:11,12,15,18,19,21
66:10
**fighter (1)** 29:12
**figure (4)** 61:10 71:20
81:8 83:4
**figured (2)** 32:18 72:5
**fill (2)** 76:23 77:3
**filled (9)** 15:3,11 71:13
73:18 74:14 75:8
76:13 77:11,21
**filling (1)** 76:5
**finally (2)** 31:3 38:10
**financially (1)** 95:16
**find (3)** 30:13 44:15
71:9
**fine (5)** 14:5 60:8,8,18
68:16
**finish (1)** 80:15
**fire (11)** 1:20 3:11,13
5:14,17 6:2 8:17 9:17
11:2 14:22 29:12
**fireman (2)** 6:9,12
**first (23)** 7:23 8:19
10:10 20:9,15 21:3,23
21:24 24:13 26:22
34:23 43:11,12 60:21
63:3,20 64:13,18,19
64:21 77:6 88:5,13
**five (1)** 8:6
**fix (2)** 93:20 94:6
**fixed (1)** 54:17
**flat (3)** 41:11 57:24
82:21
**floor (11)** 40:7 49:22
50:1,2 51:8 52:17 54:9
54:15,21 79:16 81:18
**fold (3)** 49:11,12 89:24
**folded (4)** 90:5 92:17,20
92:21
**folding (3)** 90:9,17

92:21
**folds (1)** 49:11
**following (1)** 96:7
**follows (1)** 4:8
**follow-ups (1)** 94:10
**foot (13)** 21:1 30:19
31:8,10 35:12,15,18
37:2,6 38:8 68:5 91:22
92:1
**foregoing (1)** 96:4
**forget (3)** 24:14 25:12
65:19
**form (25)** 12:3 14:20,23
15:1,4,11,20 23:7
42:16 52:6 55:24
59:19 63:10 66:4,9
67:7,12 71:11,15
73:17 75:3 76:13 85:8
86:9 88:22
**forms (5)** 7:2 76:19,21
77:11,13
**forth (2)** 48:12 95:10
**forward (3)** 65:8 81:24
92:15
**found (4)** 22:4 77:17,20
78:4
**four (10)** 9:18 29:8
39:11 53:19 55:11,12
67:1 81:19,24 82:1
**frame (1)** 64:6
**framework (1)** 65:24
**framing (1)** 83:2
**Framingham (1)** 38:17
**front (21)** 19:21 20:10
22:1,11,13,15,17
23:18,22 24:18 40:9
54:12 55:1,15,16 65:9
65:14,15 66:2,7,22
**fully (1)** 39:24
**full-time (4)** 5:16 6:12
10:10 90:12
**funny (1)** 22:12
**further (5)** 5:11 78:17
94:9 95:14 96:4

---
**G**
---

**G (2)** 4:1 83:4
**garbled (1)** 32:11
**Gee (1)** 75:1
**generated (1)** 34:3
**gentleman (1)** 20:16
**gently (1)** 56:20
**getting (3)** 32:16 70:21
85:15
**give (7)** 9:18 21:22 33:3

92:21
**given (4)** 23:4 35:12
73:18 95:12
**gives (1)** 69:6
**glance (1)** 71:1
**glitch (1)** 48:16
**gloves (2)** 49:10,10
**go (38)** 5:22 6:22 12:23
15:21 18:22 19:10,21
23:8,17 36:19 38:8,11
38:13,13 42:14,17,22
43:19 46:10 49:2,2,4,9
52:7 57:23 58:24 59:2
59:22 63:23 64:19
65:6 66:5 67:8 75:4
76:6 88:23 90:17,23
**goes (6)** 16:12 23:18
24:2,18 59:17 64:13
**going (19)** 12:15 18:2
25:7 28:20 32:11
35:20 36:7 38:1,4,9
40:10,12 42:11 45:6
46:14 48:8 80:9 83:3
86:8
**gonna (4)** 8:8 9:9 32:3
38:13
**good (7)** 8:18 25:4 26:7
31:2 52:7 73:1 86:1
**grab (2)** 49:10 91:5
**gradual (1)** 60:1
**graduate (1)** 5:4
**graduated (1)** 10:21
**gravity (2)** 52:12,15
**great (6)** 15:9 26:7
27:12 28:2,10,16
**groove (1)** 40:13
**ground (11)** 21:10 31:21
50:18,20 53:18 54:22
55:12 56:20,23 73:6
81:21
**guess (6)** 8:3 51:12
58:15 59:7 77:23 78:8
**guy (2)** 13:3,4
**guys (2)** 31:9 39:20

---
**H**
---

**H (3)** 1:8 3:9 96:1
**hand (2)** 51:21 95:19
**handicap (1)** 23:22
**handle (6)** 63:24 64:2
65:21 86:22 91:15
92:2
**hands (3)** 35:2 51:18
63:23
**handwriting (1)** 15:2

Scott Christensen                                                    09/19/2006
100

hanging (1) 57:12
happen (3) 7:10 67:13
 75:1
happened (22) 8:9 12:18
 15:18,23 31:5,6 57:2
 57:14,18,21 60:5,6,19
 68:7 71:7,20 82:2,15
 85:23 86:4,13,13
happens (6) 30:12 50:12
 50:14 53:10 59:20,20
hard (1) 21:24
hate (1) 67:16
hazardous (3) 6:2,4,5
head (6) 40:23 53:5 63:6
 63:9,12 84:14
hear (7) 35:16 52:10
 55:8,9,10 56:16 78:17
heard (2) 78:14 87:3
hearing (5) 36:3 55:19
 86:18 87:1,18
hedges (1) 22:2
height (8) 60:3 61:9,14
 63:12 64:3 69:23,24
 70:1
held (1) 58:6
help (1) 25:3
helped (1) 39:19
helping (2) 8:20 9:2
hereinbefore (1) 95:10
hereunto (1) 95:18
hesitant (3) 35:20 38:9
 58:11
high (11) 5:4,6,7,10
 10:11,21 11:1 51:2
 84:4,6 91:1
higher (2) 30:1 84:13
high-level (2) 83:23
 89:24
hips (1) 41:4
history (1) 10:24
hit (1) 92:15
hitting (2) 90:9,18
hold (6) 37:10 40:10
 41:20 52:9 65:16,24
holding (3) 53:15 54:3
 55:6
holds (1) 49:21
horizontal (6) 41:12,13
 64:3,5 82:22,23
horseshoe (2) 23:18.24
hospital (24) 12:23 35:9
 35:20 36:13,19,24
 38:13 42:7,11,14,15
 42:22 43:14,18,19,22
 44:1,7 48:12,14 62:14

 64:9 68:8 83:19
hour (3) 7:12 18:13,19
hours (4) 7:19 18:6,7
 19:4
hundred (2) 20:2 36:18
hurt (1) 60:17

_____ I _____

ice (3) 37:4,7,10
icepack (1) 37:12
idea (4) 8:13 26:15
 57:21,22
identified (1) 4:5
identify (1) 82:4
illness (1) 44:4
immediate (1) 24:13
immediately (5) 20:4
 43:18 55:23 56:2
 77:18
important (1) 32:7
impression (1) 23:4
incident (20) 15:11
 20:13 34:12 38:15
 59:12 61:24 65:10
 66:6 67:22 68:5,15,17
 68:23 69:1,7 71:13
 72:14 73:17 77:19
 87:6
include (2) 89:18,19
included (2) 88:10 89:22
indecisive (1) 48:8
indicate (1) 27:17
indicated (1) 45:21
indicating (25) 19:16
 24:7 25:9,11,13,17,20
 26:6,12,16,17,18,24
 27:5,16,23 28:11,12
 51:13 61:16 65:24
 82:7,21 84:10 92:12
individually (1) 1:8
information (2) 34:3
 78:5
initials (1) 28:11
initiate (1) 39:16
injured (1) 73:7
injury (6) 35:23 36:1,4
 39:20 44:4 68:14
inn (9) 19:13,14 22:6,22
 23:11,15 25:15 28:9
 45:11
inside (4) 27:9,24 31:16
 33:1
inspecting (1) 38:7
inspection (1) 39:20
instance (1) 57:3

interaction (2) 69:2,10
interested (1) 95:17
intermediate (1) 29:21
involve (1) 34:23
involved (3) 17:1 35:1
 39:13
issue (1) 14:10
issues (1) 89:15
IV (1) 77:7

_____ J _____

job (2) 10:11 88:20
John (2) 75:22 76:1
joins (1) 51:18
Jonathan (1) 75:24
Joseph (2) 1:8,9
Jr (1) 1:9

_____ K _____

K (2) 27:17,24
keep (4) 33:6 37:12
 39:12 45:4
keeps (1) 40:12
Kimberly (1) 1:8
kind (8) 5:14 8:17 20:11
 22:1,11 24:3 87:8,16
knees (1) 62:6
know (55) 7:24 8:2,4,7
 11:7 13:15,19 15:18
 16:16,17 21:9,15,18
 22:23 23:6,10 26:14
 27:3 29:20 32:22 34:5
 35:9 36:17 39:23 41:8
 44:6,19 46:9 47:3,18
 51:3,11 58:16,16,18
 58:21 59:6,7,10,23
 65:20 67:16 68:16
 72:5 74:17 75:7 76:8
 77:19 78:6,10,11 79:6
 79:13 86:16 89:20
knowledge (1) 95:13
Kor (1) 30:13
Koran (27) 1:8,8,9,9,10
 20:20,21,22 26:21
 27:13 30:14,15 34:20
 35:12,21 36:23 42:10
 45:7 48:22 55:18 57:2
 59:16 60:7 62:19 70:9
 83:9,15
Koran's (2) 40:17 60:14

_____ L _____

L (2) 2:3,5
lady (4) 30:18 31:7,24
 37:17

land (1) 24:3
landmark (1) 21:22
Latex (1) 49:10
law (2) 2:5 39:23
laying (1) 41:11
learn (1) 88:2
learning (1) 9:3
leave (6) 28:20,23 33:19
 33:21 36:16 45:3
Leedberg (40) 2:11 3:7
 8:2 13:11,17,23 14:5,8
 15:20 17:17 23:7 25:1
 26:1 31:20 42:16
 45:14,17 46:10 51:11
 51:14 52:6 55:24
 58:15 59:6,19,22
 63:10 66:4,9 67:7,12
 71:11 72:22 75:3 85:7
 86:8 88:22 93:2,5 94:9
left (15) 17:14 19:24
 21:1 22:9,16,17 23:16
 24:14,22 45:9,11,12
 45:23 62:2,13
left-hand (1) 49:20
legs (2) 41:10 89:7
Leonard (1) 44:8
let's (5) 12:3 14:2 51:16
 81:7 91:10
level (30) 6:7 29:21 30:2
 50:21 60:2 61:3,4,19
 61:23 62:2,8,9,14,17
 63:6,14 64:3,6 67:6,11
 73:13,15 82:10,12
 84:5,6 90:3 91:1 92:17
 92:20
levels (1) 90:22
level-headed (1) 30:23
lever (7) 40:8 49:23,23
 52:14 58:3,23 65:21
levers (4) 58:2,3,6 59:4
license (1) 4:7
lie (1) 63:2
lieutenant (1) 89:2
life (2) 38:21 39:1
lift (1) 56:15
lifted (1) 82:16
lifting (2) 57:9 85:1
limping (1) 20:18
Lincoln (9) 6:16 9:16,21
 9:24 10:5 11:2,11,13
 11:14
Line (1) 96:9
list (1) 79:14
listed (1) 96:7
little (15) 13:20 14:12

Scott Christensen

22:3 24:15 27:1,1,21
33:3 49:5 54:12 63:24
65:19,21 84:13,15
**LLP (1)** 2:12
**load (11)** 69:24 70:2,15
70:21 73:13,14 84:4,4
84:8,22,24
**loading (5)** 73:4 84:22
85:6,16 90:18
**lock (14)** 40:5,11 49:20
56:17 73:5,8,12 90:10
90:18 91:5 92:9,11,14
92:14
**locked (1)** 50:6
**locks (4)** 40:5,7,8 53:11
**London (3)** 1:24 95:5,22
**long (25)** 5:8 8:1,13 9:16
10:7,17 36:2 39:22
46:12,18 47:1,11 57:6
61:6,21 64:23 76:4
77:14 87:5,17 92:4
**look (11)** 11:20,24 14:15
74:16,24 76:3 78:3,19
79:21 81:7 89:20
**looked (8)** 7:2 31:10
32:18 71:22 75:5,8,11
75:14
**looking (6)** 13:15 17:11
20:11 23:15 71:19
91:12
**looks (4)** 13:13 25:15
46:3 89:21
**Lori-Ann (3)** 1:24 95:5
95:22
**lot (7)** 20:13 21:5 22:1
23:9 35:3 48:6,17
**low (3)** 61:22 82:10 90:3
**lower (13)** 58:1,3,13,22
59:4 61:1,2 70:1 90:4
90:21,23 91:14 92:2
**lowest (1)** 62:3
**low-level (2)** 83:16
90:24

**M**

**Main (1)** 1:21
**maintenance (2)** 89:19
89:20
**major (1)** 77:17
**man (1)** 9:23
**management (4)** 38:2,4
78:7,8
**mandated (1)** 39:24
**March (2)** 9:22 10:1
**mark (7)** 11:16 13:9

14:11,13 26:1 28:17
80:6
**marked (5)** 11:18 14:14
28:19 80:8,10
**Mass (1)** 6:16
**Massachusetts (10)** 1:5
1:22 2:7,14 4:6 5:17
13:1 33:20 95:2,7
**material (1)** 6:5
**materials (1)** 6:3
**matter (1)** 90:6
**matters (3)** 13:12,24
**Matthew (1)** 2:4
**McPherson (2)** 73:21
74:8
**mean (38)** 5:19 7:9
12:15 16:15 20:4 27:3
29:23 30:24 31:13
33:5 38:20 39:10 43:2
45:15,18 46:8 47:10
47:12,22 54:1 56:3,9
58:11,20 65:8 67:17
69:8 71:19 72:4,7 73:8
75:18 78:7,10 79:18
79:20 89:20 94:5
**means (1)** 45:10
**meant (1)** 84:18
**mechanical (3)** 88:20
89:6,15
**mechanically (3)** 53:10
91:2 93:20
**mechanism (3)** 44:3
52:4 88:14
**medical (3)** 3:11 16:14
30:3
**medics (1)** 8:21
**meeting (2)** 21:20 28:5
**memory (3)** 47:7 67:23
87:3
**mess (1)** 72:4
**messed (1)** 48:19
**met (3)** 20:16 44:14 68:9
**metal (1)** 83:2
**MetroWest (1)** 39:4
**Michael (1)** 2:11
**mid (1)** 82:12
**middle (1)** 40:4
**mid-level (3)** 83:16 90:2
90:24
**mile (1)** 19:23
**military (2)** 7:14 19:6
**mind (2)** 30:3 51:4
**minimum (1)** 19:4
**minor (3)** 32:18 35:23
36:5

**minors (1)** 1:10
**minute (2)** 11:20 71:18
**minutes (5)** 46:13,19,20
46:20 48:2
**mixed (1)** 33:8
**mode (3)** 73:6,8,12
**month (2)** 10:8 17:22
**Moore (1)** 4:14
**mop (1)** 79:16
**morning (1)** 18:15
**Morse (1)** 44:8
**motor (5)** 19:12 21:13
21:15,18 39:14
**mounted (2)** 55:1,15
**mounts (1)** 50:1
**move (2)** 54:24 62:17
**moved (1)** 62:9
**MVA (1)** 16:14
**M-O-O-R-E (1)** 4:15

**N**

**N (3)** 2:1 3:1 4:1
**name (6)** 4:11 20:19
24:14 26:14 33:24
75:24
**names (3)** 33:12 34:7
92:13
**narrative (1)** 44:2
**Natick (6)** 4:18 5:7 10:6
11:1 38:18 39:4
**necessary (1)** 28:22
**need (9)** 36:12 45:4 58:1
58:5 59:13 66:17,23
67:1 69:20
**neither (1)** 95:14
**never (4)** 30:3 49:6 65:5
67:13
**night (20)** 7:11,13 15:17
16:1,8,9,19 17:19,20
18:14,19,20 21:8
32:22 46:19 47:1,6
74:10,19 76:6
**nights (1)** 29:7
**non-EMT (1)** 11:7
**North (1)** 1:21
**Notary (3)** 4:7 95:6,23
**noted (1)** 77:13
**notify (1)** 77:18
**November (1)** 9:24
**number (1)** 41:20
**nurse (6)** 44:14,15 68:9
69:3.7.10

**O**

**O (1)** 4:1

**object (5)** 15:20 42:16
45:14 63:10 86:8
**objection (14)** 14:8 23:7
25:1 52:6 55:24 59:19
66:4,9 67:7,12 71:11
75:3 85:7 88:22
**observe (2)** 35:18 36:1
**observed (1)** 35:17
**occurs (1)** 59:21
**October (1)** 95:19
**office (3)** 2:5 88:24
95:19
**officer (1)** 94:5
**officers (3)** 37:20 77:18
78:9
**official (1)** 75:24
**Oh (10)** 6:20 19:20 27:3
33:11 42:20 47:12
56:10 60:7 64:18
80:16
**okay (251)** 5:4,22 6:23
7:6,23 8:8,13,16 9:1,5
10:2,10,20,23 11:6
12:5,7,14 13:5,8,23
14:6,13,20 15:1,4,9,15
16:6,10,20,24 17:7,11
17:14,21 19:3,5,10,14
20:1,3,7,19 21:2,6,13
21:22 22:6,15,21,24
23:4,15,23 24:8,23
25:6,14,21 26:16,18
26:20 27:1,12,17,24
28:2,7,10,20 29:6,13
29:23 30:1,9,20 31:5,9
32:12 33:15 34:2,10
34:15,19,22 35:5,11
35:16,22,24 36:16,19
37:6,14,22 38:12,22
39:5,17 40:13,20 41:1
41:10,16,19 42:2,9
43:6,15 44:21 45:6,21
46:2,14,21 47:7,20
48:13,20,24 49:7,13
49:23 50:5,8,12,17
51:7,16 52:2,4,11,16
52:23 53:1,8,12,19
54:6 55:2,13,18,21
56:7,14,22 57:2,14,18
57:21 58:24 59:13,16
60:2,4,19 61:4 62:6,8
62:12 63:5,9,13,19,22
64:8,12,16,22 65:2,7
66:7,13,19 67:4,14,21
68:7,19 69:2,12,15,22
70:11,17,23 71:3,9

Scott Christensen                                                    09/19/2006
102

72:3,15,17 73:12,16
73:22 74:11,18 75:10
76:2,12,17,23 77:5,10
77:23 78:14 79:8,17
80:2,9 81:2,15,23 82:2
82:13 83:3,7,14,14,19
83:22 84:2,12,18 85:2
85:5,13,20 86:1,3,21
87:3,6,11,19 88:10
89:5,17,23 90:14,20
91:19,22 92:1,6,19,22
92:23 93:11,15 94:11
**once (3)** 31:6 38:12
53:20
**ones (1)** 77:21
**one's (1)** 14:12
**open (3)** 43:19 44:11
49:9
**opened (1)** 57:7
**operate (1)** 88:2
**operating (2)** 79:10
88:10
**operation (5)** 88:21 89:6
89:22 93:22,24
**operational (2)** 6:5,7
**operations (1)** 88:7
**opposed (4)** 18:7 38:22
61:4 83:10
**order (4)** 29:16 39:5
50:9 84:20
**ordinary (2)** 89:21 94:4
**orient (1)** 28:22
**Original (1)** 3:22
**outcome (1)** 95:17
**outside (4)** 32:21 49:1
54:22 79:22

_____ P _____

**P (4)** 2:1,1,4 4:1
**packing (1)** 37:24
**page (7)** 3:3,10 80:9
81:7 83:3 91:13 96:9
**Pages (1)** 1:2
**paid (10)** 6:19,22 7:6,12
18:2,6,13,19,22 34:9
**pain (2)** 68:17,20
**pains (2)** 68:4 96:20
**paper (1)** 78:5
**park (2)** 24:6 49:8
**parked (1)** 26:23
**parking (7)** 21:5 22:1,3
23:9,21 24:5 25:9
**part (11)** 17:23,24 24:8
50:3,4 63:5 64:13
79:12 83:1,4,7

**particular (8)** 5:13
15:10 16:10 40:3 57:3
80:13 86:5 91:12
**parties (1)** 95:15
**partner (1)** 12:11
**patient (22)** 39:7,13,15
39:24 44:2,8,18,19
45:1 48:9 55:7 64:16
64:17 66:18,23,24
67:16 69:10 73:4,6
82:18 90:20
**patients (1)** 66:12
**patient's (6)** 38:18 44:3
53:5,6,7 56:8
**Pause (1)** 87:22
**pay (1)** 7:1
**PD (1)** 37:17
**pedestrian (2)** 19:12
20:12
**penalties (1)** 96:20
**people (12)** 7:4 21:20
31:2 33:12 42:10 45:4
58:1 66:17 67:1 69:20
75:11 85:1
**Perdoni (2)** 10:14 11:1
**perform (1)** 7:7
**perjury (1)** 96:21
**permanent (1)** 10:1
**PERRITANO (1)** 2:12
**person (14)** 31:3 32:6
40:21 43:4 45:1,2 58:8
58:12,21,24 59:3
63:15 69:14 92:1
**person's (1)** 31:14
**pertain (1)** 78:13
**perusing (3)** 11:23
14:18 91:11
**physical (1)** 35:2
**physically (6)** 34:22
40:11 54:24 65:5
85:18,19
**pick (1)** 85:19
**picked (1)** 13:21
**picking (1)** 85:16
**picture (2)** 79:21 91:7
**piece (5)** 42:2 78:4
82:15 86:22,23
**PIERCE (1)** 2:12
**place (10)** 37:10 39:3,7
40:6 45:5 53:11 56:19
67:3 84:7 87:15
**placed (2)** 40:2 57:11
**plaintiff (1)** 93:8
**Plaintiffs (3)** 1:11 2:9
4:5

**please (7)** 4:11 11:17,21
14:16 26:2 28:18 80:7
**point (11)** 9:5 13:24
21:2 23:6 54:8 55:5
60:12,15 91:19 92:3
93:3
**pointed (1)** 27:2
**pointing (1)** 19:19
**pole (1)** 77:7
**police (6)** 20:15 30:15
37:16,18,20 93:16
**position (37)** 40:3,18,19
40:24 41:1,6,21 62:21
63:2,4,16 64:24 65:13
70:9,15,21 82:18
83:10,11,17,20,24
84:4,4,5,8,22,24 85:6
85:16,19 89:24 90:6,9
90:17 92:16,21
**positions (6)** 80:12,22
80:23 82:5,14 84:23
**possible (1)** 75:10
**practice (1)** 67:11
**preparing (2)** 12:15,21
**pretty (4)** 11:3 20:5,14
40:4
**previously (2)** 71:4
73:13
**primary (1)** 30:4
**Prior (2)** 8:16 87:6
**privacy (1)** 33:3
**probably (4)** 36:17 46:6
52:1 79:11
**problem (6)** 15:13 32:5
46:6 70:18,20 88:19
**problems (4)** 31:23 47:5
47:6 48:17
**procedure (8)** 42:15,19
42:20 43:1,8,13 44:22
77:15
**process (1)** 39:21
**produced (1)** 34:10
**production (1)** 4:6
**Professional (1)** 95:6
**prone (2)** 63:2 83:11
**pronounce (1)** 20:21
**proper (1)** 72:6
**properly (1)** 79:10
**protocol (1)** 64:20
**public (5)** 4:7 22:18
33:1 95:6,23
**pull (12)** 50:13,14 51:1
52:8,14,21 54:13
63:24 65:21 66:17
73:10 79:14

**pulled (5)** 20:10,11 57:9
57:15,19
**pulling (2)** 56:16 91:9
**purpose (1)** 49:9
**push (7)** 49:17,18 50:10
58:7 63:13,14,18
**put (24)** 10:1 12:3 25:21
26:4,18 27:1,9,17,24
28:10,13 31:16 32:18
37:4,9 39:14 49:8
51:23 70:15 77:20
80:12 84:20 85:6
92:15
**putting (1)** 85:17
**P-E-R-D-O-N-I (1)**
10:16
**p.m (1)** 94:13

_____ Q _____

**quarter (1)** 19:23
**question (3)** 12:19 48:13
77:23
**questions (2)** 87:24 93:1
**quick (4)** 31:22 44:2,17
71:1
**quite (1)** 27:19

_____ R _____

**R (5)** 2:1 4:1 95:1 96:1,1
67:24 70:11 84:15
**raise (6)** 61:23 67:5,11
**raised (4)** 70:10,14
83:23 84:3
**ran (3)** 20:24 30:19 31:7
**reach (2)** 65:22,23
**read (2)** 73:2 96:3
**real (3)** 31:22 38:8
44:15
**really (17)** 11:9 16:14
25:4 30:21,23 32:7
37:13,18,19 38:16
40:11 42:23 43:1,12
57:20 78:13 79:7
**rear (3)** 49:2,11 57:12
**reason (2)** 59:12 62:13
**reasons (1)** 36:6
**recall (38)** 15:17 21:7
36:2 41:1 60:3,13
62:15,18 63:12 64:24
64:24 65:9 66:6,10,12
66:13,22 67:9,15,19
68:2 69:4,7 70:10,22
76:11,11 78:16,23
79:2,18 84:1 85:4,9,24
86:15,20 92:4

Scott Christensen

09/19/2006

103

| | | | |
|---|---|---|---|
| **receive (1)** 5:23<br>**recognize (2)** 12:2 79:23<br>**recollection (7)** 46:21,24<br>48:21 66:2,19 83:14<br>85:2<br>**record (8)** 4:11 13:11<br>72:22 81:5,6 94:13<br>95:12 96:6<br>**recruit (1)** 5:18<br>**rectangle (1)** 27:2<br>**refer (1)** 16:17<br>**referred (1)** 73:13<br>**referring (3)** 72:23 82:8<br>83:4<br>**refusal (1)** 48:9<br>**refused (1)** 48:11<br>**regard (3)** 7:17 74:12<br>76:14<br>**Registered (1)** 95:5<br>**related (1)** 95:15<br>**relates (1)** 12:20<br>**relatively (1)** 83:10<br>**remained (1)** 9:13<br>**remember (55)** 11:10<br>15:10 17:8,10,17,19<br>21:8 27:19 30:16,22<br>35:11,19,19 36:3 37:3<br>37:13,16,19,24 38:3<br>39:10,22 45:15,18,19<br>47:2,19,21 48:7 55:19<br>57:16 60:1,21 62:16<br>67:4,15 69:2,13,23<br>70:8,13,13,17 75:14<br>76:4 78:22,24 85:22<br>86:3,18,21 87:1,1,7,18<br>**Remove (1)** 31:14<br>**removed (2)** 35:14 37:1<br>**rendered (1)** 36:23<br>**report (17)** 12:6,7,10<br>13:3,6 14:21 15:3<br>33:18,21,21 34:1<br>71:14 72:12,14 73:3<br>73:17 74:15<br>**Reporter (2)** 1:24 95:6<br>**reports (1)** 27:7<br>**represent (1)** 80:11<br>**require (1)** 5:20<br>**requirement (1)** 7:18<br>**requires (1)** 13:1<br>**Rescue (1)** 3:13<br>**respect (2)** 77:1,1<br>**responder (3)** 8:19 88:6<br>88:13<br>**restaurant (2)** 22:13,18<br>**resting (1)** 81:24 | **result (1)** 15:19<br>**resulted (1)** 15:11<br>**retained (1)** 3:22<br>**RGS (1)** 1:6<br>**ride (3)** 8:20 36:12<br>54:15<br>**right (91)** 7:2,7 10:24<br>11:22 12:19 15:22<br>16:1,22 19:5,16,23<br>22:8,16 23:16,17<br>24:10,12,15 25:4,12<br>25:23 26:6,23 27:14<br>27:21 28:4,12 30:9<br>32:10 33:2 34:15,19<br>35:1 36:22 40:16 41:3<br>41:19 42:12 45:6,11<br>45:16 46:2,22 47:9,23<br>48:15 50:8,24 51:10<br>51:13 52:8 53:3,16<br>54:11 55:4 56:11<br>58:11 60:6,7,17,22<br>61:8 62:12,22 64:2,7<br>64:14 66:1 67:10 68:4<br>68:14,23 72:24 74:3,5<br>74:20 75:18 80:5,17<br>81:2,18,21 82:13,16<br>83:17 85:10 86:16<br>87:20 88:1 91:23<br>92:23<br>**road (8)** 22:3,14 23:16<br>24:1,2,3,13,16<br>**roads (1)** 21:12<br>**rode (1)** 9:2<br>**role (1)** 12:14<br>**Ron (16)** 29:3,9,13,17<br>30:22,24 33:5,6,7,9<br>34:16,16 38:6 74:6<br>75:15,16<br>**room (5)** 44:5,6,10,20<br>68:11<br>**Roughly (1)** 51:13<br>**Route (4)** 25:10,12 26:2<br>26:9<br>**row (2)** 22:2 24:5<br>**RPR (2)** 1:24 95:22<br>**rules (1)** 31:21<br>**run (18)** 12:6,7 15:17,22<br>17:11 18:8 33:13,18<br>33:21 36:7 68:6,17<br>72:11 74:15,18 75:2<br>76:6 88:20<br>**rundown (1)** 69:6<br>**Running (1)** 89:10<br>**runs (4)** 6:22 18:3 22:4<br>49:19 | **rush (1)** 56:9<hr> **S** <hr>**s (5)** 2:1 3:9 4:1 28:13<br>96:1<br>**satisfactorily (1)** 4:5<br>**saw (5)** 21:3,23,24 26:21<br>26:22<br>**saying (10)** 33:6 37:16<br>38:1,4 56:24 58:9,12<br>58:18 62:10 86:22<br>**says (5)** 20:3 45:9,10<br>73:2 77:6<br>**scare (1)** 56:9<br>**scared (3)** 37:19 60:8<br>68:22<br>**scene (18)** 20:16 21:1<br>28:24 30:5,16 31:11<br>33:13 34:14 35:10<br>36:16,23 38:5 45:10<br>45:23 47:8,17,18 93:6<br>**school (6)** 5:4,6,10 10:11<br>10:21 11:1<br>**scissor (2)** 52:19,21<br>**Scott (16)** 1:17 3:4 4:3<br>4:12 5:8 17:18 23:8<br>26:2 31:21 45:15 67:8<br>71:12 93:6 95:9 96:2<br>96:24<br>**seal (1)** 95:19<br>**seat (1)** 49:3<br>**seated (6)** 62:21 63:1,4<br>63:15 64:4 82:18<br>**sec (1)** 5:9<br>**second (5)** 51:5 72:16<br>75:13 80:3 87:21<br>**secure (1)** 39:24<br>**see (17)** 13:10 20:8,9,14<br>20:15 28:3 32:1 44:16<br>45:13,16 51:16 67:16<br>82:14 91:7,10 94:1,3<br>**seeing (1)** 37:3<br>**seen (1)** 76:19<br>**self-supporting (1)** 55:6<br>**senior (1)** 88:24<br>**sense (1)** 25:6<br>**sensor (1)** 44:10<br>**September (1)** 1:18<br>**service (2)** 76:9,12<br>**Services (1)** 3:12<br>**set (9)** 22:12 37:5 49:8<br>49:10 54:8 60:21<br>87:24 95:10,18<br>**sets (2)** 53:13 54:5<br>**setup (1)** 81:11 | **seven (2)** 10:18 23:21<br>**sex (1)** 44:3<br>**sheet (3)** 17:11 33:13<br>34:6<br>**Sherborn (12)** 1:13,20<br>1:22 3:11 4:17 6:10,11<br>6:17 14:22 19:12,14<br>28:8<br>**shift (2)** 7:13 79:2<br>**shoe (4)** 31:14 34:23<br>35:14 37:1<br>**shooken (1)** 37:17<br>**short (1)** 16:23<br>**shoulder (2)** 39:11<br>63:14<br>**shoulders (2)** 39:12 64:4<br>**show (3)** 80:9 81:3 83:3<br>**showed (1)** 88:14<br>**shown (3)** 81:11,17,19<br>**shows (1)** 34:13<br>**shrubs (2)** 24:5 25:9<br>**shy (2)** 10:8,8<br>**side (21)** 21:4 22:7,8,8<br>22:13 24:7,20 35:6<br>40:10,10,12,12 49:20<br>51:17,23 55:3 58:2,4<br>65:12 91:4 93:10<br>**sides (1)** 65:14<br>**sign (2)** 20:5,5<br>**signature (3)** 15:5,7<br>72:20<br>**Signed (1)** 96:20<br>**Similar (1)** 25:8<br>**simply (1)** 89:6<br>**simultaneously (1)** 91:6<br>**sit (2)** 40:21 55:16<br>**sitting (7)** 7:9 40:19,24<br>41:2,3 63:14 83:10<br>**situation (5)** 18:5 32:17<br>43:11 77:19 89:3<br>**six (3)** 18:14 23:21 79:3<br>**sixth (2)** 18:18,19<br>**skill (1)** 95:13<br>**slid (1)** 68:12<br>**slide (2)** 45:5 92:15<br>**slightly (3)** 52:9 56:15<br>84:11<br>**slow (2)** 56:6,13<br>**slowly (2)** 57:9,15<br>**snap (3)** 81:20 87:15<br>89:7<br>**snow (1)** 21:10<br>**sock (4)** 31:14,15 35:14<br>37:1<br>**somebody (4)** 28:6 |

Scott Christensen                                                    09/19/2006
104

43:19 74:24 89:1
sorry (10) 19:20 31:18
   32:13 33:6 39:2 42:20
   56:1 58:19,24 80:16
sort (7) 8:20 20:17
   23:17 25:15,15,16
   29:17
speaks (1) 32:6
specifics (1) 12:16
speed (1) 39:21
spell (1) 10:15
spend (1) 18:6
spots (1) 23:22
Squadmate (1) 3:15
Square (1) 2:13
squeeze (3) 91:5,17 92:2
SS (1) 95:3
standing (3) 51:4,9
   55:11
start (6) 10:20 11:6 16:8
   32:8,9 49:1
started (3) 9:23 11:11
   11:13
starting (1) 15:16
startled (1) 60:9
state (7) 4:11 13:1 33:19
   33:20 38:10,19 39:23
stated (8) 20:24 28:5
   48:4 60:17 68:4,15,21
   83:12
STATES (1) 1:4
station (5) 37:18 70:5
   74:3,6 89:1
status (1) 44:18
stay (3) 45:2 65:11 73:5
stayed (1) 76:9
stays (1) 82:21
STENOGRAPHER (2)
   6:6 31:18
steps (1) 9:3
stop (3) 19:18 32:8,9
straighter (1) 84:11
straps (5) 39:11,12,14
   40:1 41:20
street (10) 1:21 2:6 4:14
   24:7,15,21 26:13,14
   26:24 36:18
stretcher (104) 15:14
   37:4 39:7 40:2,6,17,18
   40:20 41:17,21 42:24
   43:12,16 45:4 49:15
   49:20,21,24 50:6,13
   50:15 52:8 53:2,9,10
   53:13,23 54:17 55:1,5
   55:15 56:1 57:4,8,11

57:19,23 58:13 59:4
   59:17 61:6,11 62:13
   63:5,17,18,20,23 64:6
   64:9 65:9,12,14,18
   66:24 67:1,6 69:16,20
   70:24 71:3,4,19 73:5
   74:12,16,20 76:9 77:7
   77:12 78:3,15,18 79:1
   79:10,15,24 80:13,22
   81:14,16 82:3 83:15
   84:20 86:4,14,23 87:8
   87:12 88:3,11,19,21
   89:22,23 90:11,13,17
   90:19,21 91:5,8,14
   92:7
stretchers (2) 41:23
   61:13
structure (2) 81:19
   82:20
stuff (2) 76:20 79:14
substitute (2) 14:4,9
sudden (1) 60:1
support (2) 38:21 39:1
supported (1) 55:11
supposed (2) 55:5 88:17
sure (16) 9:19 13:17,23
   27:19 33:9 34:15
   47:12 56:10 59:13,15
   60:10 67:18 75:1
   78:10 79:5,13
swing (1) 52:9
swivel (1) 67:2
sworn (2) 4:7 95:11

_____

                    T

T (5) 3:9 95:1,1 96:1,1
take (23) 9:19 11:20
   14:15 17:23 19:23
   24:14,15 30:5 32:5
   42:24 44:7 45:1 46:18
   48:14,23 50:9 69:15
   69:15 72:6 79:19,21
   80:2 93:7
taken (3) 31:8 76:10,12
takes (2) 31:24 43:9
talk (3) 8:8 9:9 31:19
talked (1) 93:19
talking (7) 12:19 54:18
   71:15 77:7,15 87:11
   87:14
tech (5) 13:4 43:9,13
   69:6,11
teching (1) 69:9
tech's (1) 43:8
tell (9) 15:16 17:12

20:19 46:3 79:22
   80:11 82:8 86:7 91:13
Telling (1) 86:6
ten (5) 2:13 10:8,9 46:19
   46:20
terms (14) 5:14 21:23
   22:15 30:5 44:21 47:7
   51:4,7 55:6 60:14
   61:13 71:19 81:8,10
testified (1) 4:8
testimony (3) 95:12 96:4
   96:6
tests (1) 9:6
Thank (2) 52:2 94:12
therapy (1) 38:1
thing (4) 9:9 67:2 86:13
   89:10
things (4) 43:7 72:2 77:5
   77:6
think (31) 5:9 6:7 7:4,18
   9:23 10:18 11:8 13:12
   14:12 18:18 22:10
   24:23 25:17,20 29:12
   30:22 31:20 34:6
   58:23 60:8 61:15
   62:21 64:13 68:24
   75:6,13 76:2 83:22
   87:1 92:24 94:11
thought (2) 27:6 84:2
three (8) 9:18 17:22
   29:4,6,8 30:10 44:9
   80:6
till (1) 18:14
time (24) 7:5 9:10,21
   14:11 17:8,14 18:24
   19:6 21:7 29:10,20
   30:23 31:19 35:4,20
   37:3,16,21 42:5,11,23
   45:10 46:19 47:8,15
   47:23 48:14 57:17
   61:6,21 65:3,10 70:20
   73:23 76:11 77:10,14
   78:14 86:4,11 88:5
   89:12 92:5
times (10) 17:10,22
   45:20 46:7 48:19
   60:16 68:3,3,13,21
today (4) 4:23 8:9 9:9
   28:13
told (4) 69:13 78:1
   81:15 86:3
Tolson (10) 12:13 13:5
   29:2,14 42:9 57:16
   60:12 66:3,14 69:18
tonight (1) 75:2

touch (4) 56:23 58:23
   71:23 91:9
town (2) 1:13 24:2
traffic (2) 23:12 47:3
trained (4) 89:16 93:20
   93:22 94:4
training (10) 5:13,18
   6:22 7:16 16:4 79:4
   89:5,9,14,17
transcript (2) 32:3 96:4
   96:5
transport (11) 19:2
   33:24 36:6,8 38:17
   39:5,16 46:12,16
   60:15 69:5
transported (1) 48:11
transports (3) 36:9
   66:21 69:8
trees (2) 26:17,18
triangle (1) 27:3
tried (2) 62:16 67:24
trip (5) 33:21 34:1,11,12
   69:13
truck (1) 49:8
true (2) 95:12 96:5
try (1) 67:17
Tuesday (1) 1:18
two (24) 6:2 13:2 19:4
   22:23 33:8 42:10 44:9
   45:4 53:13 54:12 55:3
   58:1,5 66:17 67:1
   69:20 76:2 82:6,8 85:1
   85:13,16,23 91:18
two-hour (1) 19:1
type (8) 32:17 38:15
   40:9 47:3 48:3 68:14
   90:16,19

_____

                    U

Um-hm (9) 5:1 8:10
   29:1 30:11 44:23 45:8
   53:14 59:18 81:9
undercarriage (1) 91:15
underneath (2) 67:2
   81:20
understand (2) 25:3
   85:14
understandable (1)
   60:11
UNITED (1) 1:4
unload (1) 73:14
unlock (2) 49:14 50:8
unlocked (2) 57:7,8
unusual (1) 47:3
upgrade (1) 44:20

Scott Christensen

**upset (2)** 38:3 67:16
**upward (1)** 41:4
**use (2)** 42:5 74:19
**usual (5)** 44:21 61:9
  62:17 67:6,10
**usually (19)** 13:2 20:12
  20:13,14 36:11 39:19
  39:21 43:8 44:14
  49:10 57:6 60:24 61:5
  61:14,15 67:17 69:4,8
  69:9

**———— V ————**
**v (3)** 1:12 27:2 81:8
**vehicle (15)** 19:12 21:13
  21:15,19 32:16 39:14
  45:2,2,3 50:6 55:22
  83:12 85:11,12,14
**venture (1)** 94:6
**Verbalize (1)** 51:14
**versus (1)** 19:12
**vertical (1)** 41:6
**view (1)** 33:1
**vitals (2)** 37:5 39:21
**Volume (1)** 1:1
**volunteer (4)** 6:18,24
  7:3,4

**———— W ————**
**waist (8)** 51:15,15 61:3
  61:7,20 62:4,5 63:6
**wait (3)** 31:18 32:8,9
**waiting (2)** 7:10 18:11
**walk (3)** 44:11 64:16
  65:4
**walked (1)** 36:17
**walking (5)** 27:14,20,22
  64:23 68:3
**want (13)** 8:24 9:18
  10:18 16:17 31:21
  56:8 67:19 71:22 72:2
  72:4,15 91:8 93:2
**wanted (3)** 13:24 57:23
  89:23
**wasn't (6)** 7:3 21:12
  33:23 36:7 59:24 60:1
**watching (1)** 93:17
**water (1)** 10:6
**way (14)** 12:3 23:5 24:9
  24:11,19 38:14 43:7
  43:10,21,21 46:12
  63:17 64:20,22
**ways (1)** 85:13
**weather (3)** 21:6 47:5,6
**Weaver (1)** 1:13

**week (1)** 7:11
**went (22)** 17:9 19:17
  31:21 36:15,23 42:7
  60:20 61:19,22 62:3
  64:8,21 66:14 73:6,24
  75:8,12,13,20 76:3,5
  93:9
**weren't (1)** 67:24
**we'll (1)** 71:18
**we're (6)** 4:23 8:8 9:9
  17:15 72:23 77:7
**we've (2)** 75:1 80:10
**wheel (2)** 56:20 60:23
**wheeled (5)** 60:20 66:11
  70:8 83:19,24
**wheels (31)** 40:9 50:16
  50:17 52:5,9,16 53:13
  53:17,19,23 54:5,9,10
  54:12,22 55:4,12,15
  56:11,16,22,23 57:3
  57:10,11,12 67:2
  73:10 81:17,19,24
**When's (1)** 78:14
**WHEREOF (1)** 95:18
**winter (1)** 8:24
**Winthrop (1)** 2:13
**within-named (1)** 96:2
**witness (17)** 4:4 11:19
  11:23 14:17,18 26:19
  27:8,11 28:1,15 51:6
  51:10 88:1 91:21 95:9
  95:12,18
**word (1)** 32:2
**words (3)** 12:9 56:4
  86:10
**work (12)** 5:14 6:17
  10:5,7,13,17,24 72:1
  86:11 88:6,17 90:12
**worked (6)** 8:18 9:16
  10:2 87:9 88:15 90:10
**working (4)** 8:5 9:21
  10:20 11:7
**works (2)** 18:17 43:21
**worried (1)** 38:9
**worse (1)** 72:2
**wouldn't (3)** 38:2 76:15
  94:6
**wrap (1)** 37:9
**wrapped (3)** 37:6,7,8
**wrist (3)** 51:17,18,20
**write (2)** 12:9 13:3
**writing (4)** 12:8,8 72:17
  77:21
**wrong (7)** 77:17 78:4
  94:1

**———— X ————**
**x (5)** 1:7,15 3:1,8,9

**———— Y ————**
**yards (3)** 20:2,2 36:18
**yeah (107)** 6:5 7:6 8:4
  10:23 11:3,15 12:24
  14:2,19 15:24 16:3,13
  16:20,22 17:6,16,19
  18:10,12,16,21 20:5
  20:21,23 22:17 23:13
  23:14,20 24:1,17,19
  24:24 25:2,10,24 26:4
  26:7,19 27:6,6 28:13
  28:21 29:19 30:7 31:1
  32:7,16,20,23 33:11
  33:22 35:7 36:10 39:8
  43:23 45:24 46:15
  47:10,18 48:5,10
  50:10,14 51:6 52:1,3
  52:20 54:3,12,14,16
  54:24 56:18 58:7 60:7
  61:13,18,19 62:7
  65:23 66:17 68:10
  70:4,6,16 71:8 72:10
  72:13 73:12,14 74:9
  77:24 78:12,21 79:11
  80:4 82:11,24 84:17
  84:19 87:13 88:16
  89:9 90:5 91:16 92:8
  92:22
**year (3)** 5:6 7:20 8:18
**years (6)** 8:6 9:18 10:8,9
  10:18 11:12
**young (1)** 31:24

**———— Z ————**
**zip (1)** 4:19

**———— 0 ————**
**01760 (1)** 4:20
**02110 (1)** 2:7
**02110-1257 (1)** 2:14
**03 (1)** 9:24
**04 (2)** 9:22 10:1
**05-11454 (1)** 1:6

**———— 1 ————**
**1 (1)** 3:11 11:18 72:1
**1-4 (1)** 1:3
**1-96 (1)** 1:2
**1:08 (1)** 94:13
**10 (1)** 83:3
**11 (2)** 3:11 80:9
**11:30 (1)** 1:19

**13 (1)** 4:14
**14 (1)** 3:13
**175 (1)** 2:6
**1846 (1)** 19:8
**19 (2)** 1:18 8:23
**1908 (1)** 45:16
**1950 (1)** 46:3
**1956 (1)** 46:3

**———— 2 ————**
**2 (10)** 3:13 14:13,14,15
  14:20 71:16,17 72:9
  72:23,24
**2nd (1)** 95:19
**20-odd (1)** 48:2
**200 (2)** 20:2 36:18
**2001 (1)** 8:24
**2003 (7)** 8:9,11 9:10,20
  80:19,23 87:7
**2006 (4)** 1:18 9:20 95:20
  96:21
**22 (1)** 1:21
**24 (2)** 7:19 81:7
**27 (5)** 25:10,12 26:2,9
  26:10
**28 (2)** 3:14 7:19

**———— 3 ————**
**3 (2)** 3:14 28:19

**———— 4 ————**
**4 (5)** 3:6,15 80:7,8,10
**40 (1)** 46:13
**40-minute (1)** 46:16

**———— 5 ————**
**5/16/72 (1)** 4:22

**———— 6 ————**
**6 (4)** 80:19,23 86:10
  87:7
**6/15/2012 (1)** 95:24
**6:00 (1)** 18:14
**6:46 (2)** 17:13 19:8
**6:47 (2)** 20:3 47:9
**617.350.0950 (1)** 2:15
**617.728.9123 (1)** 2:8

**———— 7 ————**
**7 (1)** 91:13
**7:08 (4)** 45:11,22 46:1
  47:15
**7:50 (1)** 46:4
**7:56 (1)** 46:4

Scott Christensen                                        09/19/2006
106

| 8 | | | |
|---|---|---|---|
| **80 (1)** 3:15 | | | |
| **9** | | | |
| **9/19/06 (1)** 28:14 | | | |
| **91 (1)** 5:7 | | | |
| **93 (1)** 3:7 | | | |

# MOTION FOR SUMMARY JUDGMENT
# EXHIBIT 4
## Plaintiff's Letter of February 10, 2003

### REPORT REQUEST MEMORANDUM

TO:        PAM – SHERBORN FIRE AND RESCUE

FROM:      JOE KORAN

SUBJECT:   6 FEBRUARY 2003 INCIDENT

DATE:      2/10/2003

CC:        TOM KINGSLEY

Per our conversation on Friday 7 February 200, this is a written request for copies of the paramedics reports and any pertinent information surrounding the events of the incident.

Please include with this information the names of those involved as well as documentation of the incident involving the faulty stretcher.

Please fax this information to my home office number: 315-699-7772.

Thank you for your prompt attention to this matter.

Joe Koran

6251 Addison Loomis

Cicero, New York  13039

Office:315-699-7771

Home:315-699-2288

fax:    7772

**MOTION FOR SUMMARY JUDGMENT
EXHIBIT 5
Deputy Fire Chief John Dowse's Depostion**

1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

C.A. No. 05-11454-RGS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JOSEPH H. KORAN and KIMBERLY

KORAN, Individually and on Behalf

of ANA KORAN, JOSEPH KORAN, JR.,

and ERIK KORAN, Minors,

       Plaintiffs,

   v.

ELIZABETH WEAVER and TOWN OF

SHERBORN,

       Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEPOSITION OF JONATHAN H. DOWSE,

a witness called on behalf of the Plaintiffs,

taken pursuant to the Federal Rules of Civil

Procedure, before Maureen O'Connor Pollard, RPR,

CLR, and Notary Public within and for the

Commonwealth of Massachusetts, at the offices of

Sherborn Fire Department, 22 North Main Street,

Sherborn, Massachusetts, on the 17th of October,

2006, commencing at 11:00 o'clock a.m.

Jonathan H. Dowse                                              10/17/2006

<table>
<tr><td>

1   APPEARANCES:
2   FOR THE PLAINTIFF:
3       BY: MATTHEW P. COLETTI, ESQ.
4           CARMEN L. DURSO, ESQ.
5           LAW OFFICE OF CARMEN L. DURSO
6           175 Federal Street
7           Boston, Massachusetts 02110-2241
8           617-728-9212
9           dursolaw@tiac.net
10
11  FOR THE DEFENDANT:
12      BY: MICHAEL D. LEEDBERG, ESQ.
13          PIERCE, DAVIS & PERRITANO, LLP
14          Ten Winthrop Square
15          Boston, Massachusetts 02110-1257
16          617-350-0950
17          mleedberg@piercedavis.com
18
19
20
21
22
23
24
                                            2

</td><td>

1          P R O C E E D I N G S
2
3          JONATHAN H. DOWSE,
4   having been identified by Massachusetts driver's
5   license, being first duly sworn, was examined
6   and testified as follows:
7          DIRECT EXAMINATION
8          BY MR. COLETTI:
9     Q.  Good morning.  How are you doing?
10    A.  Not well.
11    Q.  Not well.  We'll try to make this as
12  painless as possible.
13        My name is Matt Coletti, I represent
14  the Plaintiffs in this action, and I'm just
15  going to go through and ask you a few questions
16  today.
17        Have you ever been deposed before?
18    A.  No.
19    Q.  It's a relatively simple process.
20        Again, all the attorneys here can ask
21  you questions if they choose, and you answer
22  them to the best of your abilities, what you can
23  remember.  If you can't remember, you don't have
24  to guess, don't speculate, just tell us, you
                                            4

</td></tr>
<tr><td>

1              INDEX
2   EXAMINATION                    PAGE
3   JONATHAN H. DOWSE
4    BY MR. COLETTI              4
5    BY MR. LEEDBERG            38
6    BY MR. COLETTI             40
7
8            EXHIBITS
9   NO.    DESCRIPTION           PAGE
10   1     Users' manual.................. 14
11   2     Document..................... 35
12
13      **EXHIBITS RETAINED BY ATTORNEY COLETTI**
14
15
16
17
18
19
20
21
22
23
24
                                            3

</td><td>

1   know, what you can remember.
2         It's best that you answer, you know,
3   simple question or no when possible, no nodding,
4   no hand gestures.
5     A.  Correct.
6     Q.  Exactly.
7         And just try not to speak over each
8   other if possible, don't anticipate what the
9   rest of my question will be, and it should make
10  it easier for the stenographer.
11        So could you just spell your name for
12  the record, please?
13    A.  Yes.  Jonathan, J-O-N-A-T-H-A-N,
14  Dowse, D-O-W-S-E.
15    Q.  And what is your current address?
16    A.  100 North Main Street, Sherborn, Mass,
17  01770.
18    Q.  Your date of birth?
19    A.  9-23-62.
20    Q.  Age?
21    A.  Now you're going to put me on the
22  spot.
23        Forty-four.
24    Q.  Social Security number?
                                            5

</td></tr>
</table>

2 (Pages 2 to 5)

Jonathan H. Dowse                                                      10/17/2006

1     A.   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.
2     Q.   Are you currently taking any
3  medications, anything for your health that could
4  possibly affect --
5     A.   No.
6     Q.   Are you married?
7     A.   Yes.
8     Q.   And any children?
9     A.   Yes.
10     Q.   How many?
11     A.   Two.
12     Q.   Sons, daughters?
13     A.   Son and a daughter.
14     Q.   Age?
15     A.   The girl is seven, and the boy is
16  four.
17     Q.   That's a good time.  That's nice.
18     How about your educational background;
19  are you a high school graduate?
20     A.   Yes.  I have a high school degree in a
21  vocational school, and I have an associates
22  degree in plant and soil sciences.
23     Q.   And the degree granting institution
24  for the associates degree?

                                                          6

1     A.   UMass Amherst, Stockward School of
2  Agriculture.
3     Q.   Did you serve in the military?
4     A.   Yes.  I spent eight years in the Army
5  Reserves.
6     Q.   Nice.
7     Could you tell us quickly your current
8  occupation?
9     A.   Farmer, I guess.
10     Q.   Farmer.
11     A.   Farmer, vice-president of a
12  corporation, farmer, all the same thing.
13     Q.   Is it the Dowse Orchards up the street
14  there?
15     A.   Yes.
16     Q.   I drove by it and I thought there may
17  be some relation.
18     A.   There is.  That's my family's farm.
19     Q.   And how long have you been doing that?
20     A.   All my life.
21     Q.   All your life.
22     Primary occupation?
23     A.   Yes.
24     Q.   Busy time of the year for you?

                                                          7

1     A.   Yes, it is.
2     Q.   So no prior formal occupations apart
3  from that?
4     A.   No.  I've done the fire department for
5  over twenty years, odds and end jobs to
6  supplement the farm income.
7     Q.   And in your twenty years in the fire
8  department -- the Sherborn Fire Department?
9     A.   Correct.
10     Q.   Could you discuss chronologically,
11  starting with the most recent, your roles that
12  you've had in the department?
13     A.   Starting with recent, I'm currently
14  the deputy chief of the department, and I
15  oversee the inspections, training, fire and
16  rescue operations.
17     Prior to that I was the captain of
18  Squad 1, which was -- at that time it was this
19  station here which I had the ambulance, the
20  Engine 4, which is our heavy rescue that carries
21  the jaws, the backup medical equipment, not a
22  transport piece, but it's what we call heavy
23  rescue.
24     And then prior to that I was a

                                                          8

1  lieutenant on Engine 2 which was our reel truck,
2  our water supply.
3     I've been an EMT on the department.  I
4  became an EMT, I believe, in '89, and I've been
5  an EMT -- got my EMT license in '83, 1983.
6     Q.   And for how long have you been the
7  deputy chief of the department?
8     A.   I think about three years.
9     Q.   So approximately 2003 at some point?
10     A.   Yes, I believe.  I have to look.  I
11  can't remember.
12     Q.   So prior to that, then, were you
13  captain of Squad 1?
14     A.   Yes, that's correct.  I was captain of
15  Squad 1, and I'm going to say I held that
16  position for -- since about '96 or '97.
17     Q.   So 1996 to about 2003?
18     A.   Yes.
19     Q.   And you said that included -- I'm
20  sorry.  Strike that.
21     And lieutenant on Engine 2, that was
22  prior to 1996?
23     A.   Correct.  I think I was promoted to
24  lieutenant roughly '91 or '92.  I think it was a

                                                          9

3 (Pages 6 to 9)

Jonathan H. Dowse                                                    10/17/2006

1  little bit later than that.
2      Q.  So it's fair to say that while you
3  were a captain of the Squad 1, the incident that
4  we're here for today in February of 2002
5  occurred during that time, 2003?
6      A.  It was, I believe it was February of
7  2003, and I was -- we were in the transition, I
8  had just started as the deputy chief, so I was
9  helping the person taking over.  Actually I
10  don't think we had filled the captain's position
11  yet at that point.
12     Q.  So at that time would you have
13  characterized yourself as the deputy chief or
14  the captain?
15     A.  I was the deputy chief.  I was still
16  doing some of my captain roles.
17     Q.  What exactly were those roles?
18     A.  Working with the EMS lieutenant, I
19  would oversee the running of the ambulance,
20  stocking, restocking of supplies, any
21  maintenance that came up with the vehicle, or
22  equipment in the ambulance, keeping aware of
23  OEMS regulations, Office of Emergency Medical
24  Services, and any changes in policies and stuff
                                                        10

1  and started to do an inspection of the
2  stretcher.
3      Q.  What did that inspection consist of?
4      A.  Primarily it started off with
5  operations, you know, see if it was working
6  properly, which at that time it was not.
7      Q.  What led you to conclude that it was
8  not working properly?
9      A.  I had pulled it out of the back of the
10  box, I went to reload it back into the box and I
11  could not get the wheels to go up on the
12  stretcher to reload it in the box, being the
13  ambulance, sorry.
14     Q.  Did you examine what could be causing
15  the wheels not to --
16     A.  At that point in time I did.  I
17  removed the stretcher off the top to look at the
18  mechanisms, and I did discover a flat piece of
19  metal connected, I believe it was connected to
20  the handle, to be bent.
21     Q.  When you say "to be bent," do you mean
22  that it was bent itself, that it had to be bent
23  back?
24     A.  Yes, it was bent itself.
                                                        12

1  like that, and reviewing with the lieutenant of
2  calls.
3      Q.  So at the time of the incident,
4  February, 2003, this fire department here in the
5  Town of Sherborn only had one ambulance,
6  correct?
7      A.  Correct.
8      Q.  And that's the one that you're
9  referring to when you said that --
10     A.  Yes.
11     Q.  Okay.  Around the time of the
12  incident, how did you first learn of what
13  occurred?
14     A.  I don't recall.  I did find out the
15  next morning, but I don't recall how I was --
16  learned of the incident.
17     Q.  Can you recall whether it was by
18  phone, through conversation, by fax?
19     A.  Someone reported to me, exactly how I
20  don't recall.  But once I had received
21  notification, I came right down.
22     Q.  And what did you do when you came
23  down?
24     A.  I came down, pulled the stretcher out,
                                                        11

1      Q.  If I were to give you a piece of
2  paper, do you think you could illustrate
3  possibly how you think you --
4      A.  I'd have to -- it was so long ago and
5  I deal with so much broken equipment, I'd have
6  to physically look at the stretcher, I could
7  show you on the stretcher itself.
8      Q.  In dealing with broken equipment, are
9  you referring to equipment in this department?
10     A.  Department, farm.  You know, I'm a
11  farmer, I'm a jack of all trades.
12     Q.  So would you say this was the first
13  time in this department that you had seen this
14  type of malfunction?
15     A.  Yes.
16     Q.  When you say you discovered the flat
17  piece of metal, where exactly on the stretcher,
18  can you describe?
19     A.  Yes.  It was up by the locking
20  mechanism for the stretcher.
21     Q.  This is an exhibit we've used in
22  previous depositions, it's a users' manual for
23  the stretcher previously cited as Exhibit Number
24  4 in Scott Christianson's deposition.  I'm going
                                                        13

4 (Pages 10 to 13)

Jonathan H. Dowse                                                        10/17/2006

1  to show it to you briefly, and your attorney can
2  take a look. I'm sure he's familiar with it
3  (handing).
4        MR. LEEDBERG:  Do you want him to flip
5  through it?  Do you want to give us the marked
6  one and give you the copy back?
7        MR. COLETTI:  Yes, that's fine.
8        BY MR. COLETTI:
9  **Q.  I'm going to ask you some questions,**
10 **and the pages here are marked.**
11       A.  Okay.
12 **Q.  In looking at the stretcher there, the**
13 **diagram, could you indicate where on the**
14 **diagram?**
15       A.  On this diagram the lever that's
16 marked "auxiliary lock" would have been the
17 piece that I'm referring to.
18 **Q.  Auxiliary lock.**
19       MR. COLETTI:  Do you mind if I just
20 have this marked as Exhibit 1, please?
21       (Whereupon, J. Dowse Exhibit 1 was
22       marked for identification.)
23       MR. COLETTI:  Just for the record, the
24 diagram to which the witness is referring is
                                                    14

1  into the box, yes.
2        BY MR. COLETTI:
3  **Q.  So the stretcher, then, was stuck in**
4  **one position?**
5        MR. LEEDBERG:  Objection as to form.
6        You can answer if you can.
7        A.  I was not able to unload the stretcher
8  at that time, yes.
9        BY MR. COLETTI:
10 **Q.  And why is that?**
11       A.  You need to use the unlocking
12 mechanism to get the wheels to collapse, come
13 up, and where I could not unlock it when it was
14 stuck in that position I could not get the
15 wheels to come up.
16 **Q.  Okay.  And what steps, if any, then**
17 **did you next take?**
18       A.  I first pulled the ambulance out of
19 service where I did not have a stretcher.  I was
20 able to remove, to remove this piece.  And I
21 went down to the highway department, and with
22 the assistance of the town mechanic we were able
23 to straighten this lever up, then I reinstalled
24 it back into the stretcher, and the stretcher
                                                    16

1  page seven of the previously cited users'
2  manual.
3        BY MR. COLETTI:
4  **Q.  Are you able in looking at this**
5  **diagram to tell us any more about the condition**
6  **of the -- I'm sorry, just the diagram on page**
7  **seven there.**
8        A.  I just want to look through here
9  quickly to see if there's a better -- on page
10 nine, figure D, it shows the lever that kind of
11 goes through and goes up over and how it
12 unlocks, and that piece was actually bent
13 downwards.
14 **Q.  When you say "bent downwards," do you**
15 **mean bent down to the ground, facing the ground?**
16       A.  Facing the ground, probably about a 40
17 to 50 degree angle.
18 **Q.  And you concluded that this was the**
19 **cause of the malfunction?**
20       MR. LEEDBERG:  Objection to the form.
21       Go ahead and answer, Jon.
22       A.  This -- for what I was trying to do,
23 put the stretcher back in the ambulance, this
24 was the reason why I could not get it to go back
                                                    15

1  appeared to be functioning fine.
2  **Q.  And the town mechanic's name?**
3        A.  Warren Wheelwright -- Warren Donnelly,
4  I'm getting my Warren's mixed up.  He'd shoot me
5  if I said that.  Warren Donnelly.
6  **Q.  So you said that you had taken it to**
7  **him and you both had straightened it out.**
8        **Could you describe more specifically**
9  **the process that may have been taken?**
10       A.  I think we just put it on a vise and
11 carefully straightened it out, because I didn't
12 have a vise here to do it.  I believe pretty
13 much, best of my knowledge, is that we put it in
14 a vise and carefully straightened it out not to
15 further damage or weaken the piece.
16 **Q.  And did you at that time test it to**
17 **make sure that it worked properly?**
18       A.  Yes, I did, when I, you know, when I
19 brought it back to the station and put it back
20 into the stretcher, and I did go through all the
21 functions with it.
22 **Q.  And it worked properly?**
23       A.  Yes.
24 **Q.  During the course of these events,**
                                                    17

                                          5 (Pages 14 to 17)

Jonathan H. Dowse                                                10/17/2006

1  your inspection of the device, did you have any
2  conversations with anyone in the department
3  about it?
4      A.  I think the chief, Pam Dowse, and Ron
5  Buckler, people we discussed the --
6      Q.  With respect to the chief, do you
7  remember the content of the conversation that
8  you may have had with him?
9      A.  I think I was just advising him that
10  we had the issue with it, I found something
11  wrong with it, and that I have tooken the
12  corrective measures.  Just kept telling him what
13  was going on.
14      Q.  Did you suggest any corrective
15  measures?
16      A.  Pam and myself contacted Ferno and got
17  in touch with their authorized service company,
18  I think you guys have it, which is EMRS, I
19  believe it was.
20          MR. LEEDBERG:  EMSAR?
21      A.  EMSAR, and we made arrangements to
22  have them come out and go through the stretcher
23  completely the first chance, I think it was the
24  beginning of the next week.  Because I believe
                                                        18

1  the incident happened on a Thursday night, and
2  that was a Friday.
3          BY MR. COLETTI:
4      Q.  And Pam Dowse, your wife?
5      A.  Yes.
6      Q.  What's her role in the department?
7      A.  She was the administrator at the time,
8  and the lieutenant of the ambulance.
9      Q.  And do you recall the content of any
10  conversations you may have had with her
11  regarding the incident?
12      A.  No, I don't, other than finding
13  something wrong with it and what we wanted to do
14  to correct it.
15      Q.  And your conversations with Ron
16  Buckler, do you recall the content of those?
17      A.  The same thing as the chief, keeping
18  everybody in the loop and course of action we
19  were planning to do.  Ron was the deputy chief
20  of the ambulance at that time.
21      Q.  When the service company, EMSAR, came
22  out, were you present for their inspections?
23      A.  Yes, I was.
24      Q.  What did they do during the course of
                                                        19

1  their inspections?
2      A.  They went through, they lubricated all
3  the joints, if I recall, examined the part, I
4  don't know if they actually replaced the part or
5  not, but I showed them what piece I had found
6  that was bent and asked them to closely look at
7  that, and did their routine maintenance, which
8  we've been performing ever since.
9      Q.  Had you been performing it prior to
10  the incident?
11      A.  No.
12      Q.  Had you done anything to routinely
13  maintain the stretcher prior to the incident?
14      A.  The only maintenance that I'm aware of
15  on the stretcher prior to this was replacement
16  of wear guards on the legs of the wheels.
17      Q.  You performed checks on supplies of
18  the ambulances frequently, correct?
19      A.  Correct.
20      Q.  In doing those supply checks, you made
21  sure there was a stretcher there, correct?
22      A.  Yes.
23      Q.  And did you do anything more other
24  than -- strike that.
                                                        20

1          In doing your supply checks of the
2  ambulance, were there any more specific checks
3  of the stretcher done?
4      A.  Generally most people would pull the
5  stretcher out, examine the stretcher looking for
6  blood or fluids or dirt on the stretcher, and
7  cleaning of the stretcher would be a normal task
8  in doing an inventory of the ambulance.
9      Q.  Would you in doing an inventory of the
10  ambulance glance over the structure or the
11  devices of the structure?
12      A.  Yes.  As I said, you're looking for
13  blood, so you're looking at the handrails and
14  stuff like that.  It would have been a quick
15  visual.
16      Q.  When EMSAR was inspecting or doing --
17  performing their maintenance on the stretcher,
18  was there any discussion as to the possible
19  causes of the bent device?
20      A.  Yes, and no explanation was able to be
21  given.
22      Q.  Were any possible causes discussed?
23      A.  I'm trying to remember.  I think we
24  did discuss it, but we were both puzzled on how
                                                        21

6 (Pages 18 to 21)

Jonathan H. Dowse                                                    10/17/2006

| | |
|---|---|
| **Page 22** | **Page 24** |

**Page 22**

1  it could have gotten bent.
2  **Q.  Did they, did EMSAR remove the**
3  **stretcher from service for a period of time?**
4  A.  No.
5  **Q.  So they didn't physically remove it**
6  **from the property to inspect it?**
7  A.  No.  Everything was done right here in
8  the station.
9  MR. COLETTI:  Do you mind if we took a
10  brief break just for five minutes or so?
11  MR. LEEDBERG:  No.
12  (Whereupon, a recess was taken from
13  11:21 a.m. to 11:24 a.m.)
14  BY MR. COLETTI:
15  **Q.  A few more questions, but we will get**
16  **you out of here within the hour.**
17  A.  All right.
18  **Q.  How familiar would you say you are**
19  **with the stretchers themselves and the**
20  **functioning of them?**
21  A.  I've been dealing with this style
22  stretcher for almost twenty years, so I feel
23  very comfortable with the operations of it and
24  its functions.
                                                    22

**Page 24**

1  assimilate loading from the back of the box, and
2  you would never do this with a patient on the
3  stretcher, you do it empty, where you put it to
4  the load position, and then the head operator
5  actually takes the wheels and pushes it back
6  underneath the stretcher to lower it all the way
7  down to the ground.
8  **Q.  Could I ask you to turn to page seven**
9  **of the users' manual, please, marked as Exhibit**
10  **1?**
11  And in focusing on what we'll call the
12  **legs of the stretcher, the four --**
13  A.  The undercarriage.
14  **Q.  Okay.  Could you describe in detail**
15  **how it is that those parts move during the**
16  **raising and lowering process, if at all?**
17  A.  During the raising and lowering
18  process, as you look at your diagram, outside
19  the box with a patient on it, basically if you
20  look you see the bars come down to sleeves that
21  are over the four legs, in a sense, of the
22  undercarriage, and that basically they slide up
23  and down on that.  I believe the front part of
24  the undercarriage or the head end of the
                                                    24

**Page 23**

1  **Q.  Could you describe for us in detail**
2  **the process by which the stretcher raises and**
3  **lowers?**
4  A.  Okay.  In detail, this particular
5  model stretcher, you need to have -- coming out
6  of the back of the box, you pull it out, as I
7  train people, you pull it out of the box, you
8  wait for the wheels to click, and they'll drop
9  down, down, click in.  Upon coming out of the
10  back of the box you want to level off the
11  stretcher, because the head will be slightly
12  elevated, so you level off the stretcher, and
13  that requires someone up at the head.  There's
14  two levers, one at the foot and one at the head,
15  both on the right-hand side as you're facing the
16  stretcher.  And generally to raise and lower the
17  stretcher you need to squeeze both handles
18  together, and pick up slightly and then lower it
19  down to the desired position.
20  Coming out of the back of the box, you
21  can only go to a certain point, I think it's
22  about twelve inches or sixteen inches off the
23  ground.  To get the stretcher to go all the way
24  down to the ground you actually have to
                                                    23

**Page 25**

1  stretcher will actually slide down just a little
2  bit to keep it centered underneath the
3  stretcher.  And you've got two or three
4  positions, and you cannot go all the way down to
5  the ground in that position there.
6  **Q.  So then how does the auxiliary lock or**
7  **the lever --**
8  A.  The auxiliary lock, what the auxiliary
9  lock does, it's only good for when you're
10  loading the stretcher in the back of the
11  ambulance.  You have to unlock it to load it
12  into the back of the box.
13  **Q.  Does the auxiliary lock and devices**
14  **accompanying it affect the movement of the**
15  **undercarriage in the raising and lowering**
16  **process?**
17  A.  The auxiliary lock is for when you're
18  going to load it in the back, and what it does
19  is both these wheels come up all the way to the
20  back of the stretcher, and coming underneath it,
21  so the stretcher is flat down on the surface
22  generally in the back of the box.
23  **Q.  When the stretcher is not occupied,**
24  **how quickly can one raise and lower it?**
                                                    25

                                                    7 (Pages 22 to 25)

Jonathan H. Dowse                                                    10/17/2006

1    A.  You actually need two people to raise
2  and lower it.  You can't do it yourself.  I can
3  load it in the back of the box by myself, but
4  that's about it, or unload it.
5    Q.  If two people were to use the
6  stretcher in the way that it's intended, one
7  person on each end with access to the auxiliary
8  locks to raise and lower it, how fast could they
9  raise and lower the stretcher from its lowest
10  position to its highest position?
11    MR. LEEDBERG:  Objection as to form.
12    Answer if you understand the question,
13  Jon.
14    A.  It's tough to say.  I mean with a
15  person on the back?  With nobody on the
16  stretcher or with somebody on the stretcher?
17    BY MR. COLETTI:
18    Q.  We could answer both.  So first no one
19  on the stretcher.
20    A.  With nobody on the stretcher, it's
21  light, so you could probably do it in about
22  three or four seconds.
23    Q.  And if the stretcher were occupied?
24    A.  You're going to have some weight to

26

1  quarter inch, but I don't totally recall.
2    Q.  And do you recall how difficult or
3  easy it was to bend the bar back to its original
4  shape?
5    MR. LEEDBERG:  I'm going to object as
6  to form.
7    Answer if you can, Jon.
8    A.  I think it's a flat piece of metal.
9  It wasn't very difficult.
10    BY MR. COLETTI:
11    Q.  And you said it was done in a vise?
12    A.  A clamp, a vise at the highway
13  department.
14    Q.  And was the bending, the physical
15  bending of the bar, was that performed by
16  yourself or Warren Donnelly?
17    A.  I don't recall who exactly.
18    Q.  But did it require one person or both?
19    A.  It just required one person.
20    Q.  Did you perform any inspections
21  afterward of the stretcher during its routine
22  use?
23    A.  After, as I said, we contacted EMSAR
24  to do a yearly servicing of it, and, you know,

28

1  it, so you're going to go -- probably going to
2  take you eight to ten seconds.
3    Q.  And you're talking about raising it,
4  correct?
5    A.  Raising or even lowering it.
6    Q.  So would you say that the
7  undercarriage devices which raise and lower the
8  stretcher would move more quickly if there were
9  a person on the stretcher?
10    A.  Yes.  You've got more weight, gravity.
11    Q.  Could you estimate for us the force
12  with which a person on the stretcher -- sorry.
13  Strike the question.
14    In removing the stretcher from the
15  box, as you say, and when it's occupied, does
16  that affect the functioning of the undercarriage
17  in any way as opposed to if it was unoccupied?
18    A.  No.
19    Q.  I'm going to revisit that later and
20  move on for the time.
21    In examining the piece of metal with
22  both EMSAR and Warren Donnelly, could you
23  describe how thick it was, the bar?
24    A.  I'm going to say I believe it was a

27

1  just keep an eye on it, make sure it's
2  functioning properly.
3    Q.  So in that period of time afterward,
4  did you notice the bar bending back to its
5  malfunctioning shape at any point?
6    A.  No.
7    Q.  Earlier, I don't know if you recall
8  you had made mention of a practice that you
9  would never do with a patient on.  I think you
10  may have been referring to the raising and
11  lowering of the stretcher.
12    A.  What I was referring to was if I
13  wanted to put the stretcher down to the ground
14  for a motor vehicle accident or something like
15  that where I had someone low and I wanted to go
16  straight from the car right onto the stretcher
17  with a backboard or something like that.
18    Q.  And is there a reason why you wouldn't
19  lower the stretcher to the ground?
20    A.  With a patient on it there is
21  absolutely no reason for me to do that.  The
22  only time I would do that is to put a patient
23  onto it that's maybe real large or something
24  like that, real close to the ground, or, as I

29

8 (Pages 26 to 29)

Jonathan H. Dowse                                                              10/17/2006

1    said, the MVA where I've got a backboard coming
2    out of a car or transferring a patient out of a
3    car, I want to go straight onto the stretcher to
4    keep the backboard level.
5        Q.   What kind of risks would there be for
6    a person who was on the stretcher if it were to
7    be lowered to the ground?
8            MR. LEEDBERG:  Objection as to form.
9            Go ahead and answer if you can.
10       A.   As I said, there is absolutely no
11   reason to do that.  It's not an easy task to do
12   it, and there's absolutely no reason to do that.
13   Once I have a patient on the stretcher, they're
14   going to the hospital and generally transferred
15   to a hospital bed at the same height of the
16   stretcher.
17           BY MR. COLETTI:
18       Q.   Could I refer you to page eleven of
19   the Exhibit 1, please?
20           Could you describe for us of the
21   positions you see on page eleven the condition
22   of the stretcher when you first saw it?
23       A.   The folded position.
24       Q.   And in the folded position, how far
                                                        30

1        A.   I'm going to say roughly, you know, 36
2    inches.
3        Q.   Thirty-six inches.
4        A.   That's just an estimate.
5        Q.   Do you have an understanding as to how
6    the bent auxiliary lock affected the removal of
7    the stretcher when the Plaintiff was taken out
8    of the ambulance at the hospital?
9            MR. LEEDBERG:  Objection as to form.
10           Go ahead and answer, if you can.
11       A.   No.
12           BY MR. COLETTI:
13       Q.   Is it possible that a bent auxiliary
14   lock could affect the functioning of the
15   stretcher when removing it from the box?
16           MR. LEEDBERG:  Objection as to form.
17           Go ahead and answer if you can, Jon.
18       A.   I don't believe so.
19           BY MR. COLETTI:
20       Q.   On what do you base your belief that
21   it would not be affected?
22           MR. LEEDBERG:  Objection as to form.
23           Go ahead and answer, Jon.
24       A.   My belief is the fact that I couldn't
                                                        32

1    from the ground would you say the cushion of the
2    stretcher is?
3        A.   In the folded position, I'm going to
4    say approximately six inches.
5        Q.   And normally the stretcher in its
6    functioning position at its highest point is
7    either -- is in the loaded position?
8            MR. LEEDBERG:  I'm going to object as
9    to form.
10           Answer if you understand the question,
11   Jon.
12       A.   The only difference between the high
13   level and the loading position is the front's
14   elevated a little bit more just to get the front
15   wheels up onto the back of the box.  That's the
16   only difference.
17           BY MR. COLETTI:
18       Q.   And is that the same height when
19   removing it from the back of the box?
20       A.   Completely outside the back of the box
21   would be what we call the loading position.
22       Q.   And how high from the ground would you
23   estimate the top of the stretcher cushion is in
24   the loading position?
                                                        31

1    get the wheels to unlock when I pulled it out of
2    the back, so that means it would have performed
3    like that.  So that's used only for more loading
4    of the stretcher into the back of the box than
5    any other function.
6            BY MR. COLETTI:
7        Q.   So it's not used in removing the
8    stretcher?
9        A.   It's not used in removing of the
10   patient from the back.
11       Q.   Do you have an opinion as to whether
12   the auxiliary lock could be bent by hand?
13       A.   No, I don't think so.
14           MR. LEEDBERG:  Are we talking about
15   the auxiliary lock lever?
16           BY MR. COLETTI:
17       Q.   The lever that you inspected with
18   Warren Donnelly.
19           MR. LEEDBERG:  You said auxiliary
20   lock.
21           MR. COLETTI:  I'm sorry.
22       A.   No, it would have taken quite a bit of
23   force.
24           BY MR. COLETTI:
                                                        33

                                                        9 (Pages 30 to 33)

Jonathan H. Dowse                                                          10/17/2006

1     Q.   To bend it by hand?
2     A.   Yes.
3     Q.   Is there anything that you could
4  compare the bar that you inspected to, a common
5  item maybe?
6     A.   Something easy, like a butter knife or
7  something like that.
8     Q.   In width?
9     A.   That's probably not a good.  Nothing I
10 can really compare it to.
11        (Pause.)
12        BY MR. COLETTI:
13     Q.   I'm going to show you a list of
14 preventive maintenance guidelines followed by
15 EMSAR.
16        Would you mind taking a minute to
17 review it, please, if you could (handing)?
18        MR. LEEDBERG:  I'm going to object.  I
19 doesn't necessarily agree with your
20 characterization of the document.
21        But go ahead and review the document.
22        (Witness reviewing document.)
23        MR. LEEDBERG:  Was this document
24 produced?  I don't recall seeing this.  Do you

34

1  preventive maintenance checks, a lot of this
2  stuff is visual checks, and of course you're
3  always doing a visual inspection of the
4  stretcher.  If you see a loose bolt or nut, it
5  would have been corrected as seen.
6        The only thing that we're not really
7  doing is the -- that I was aware of, it might
8  have been done, is lubrication of joints and
9  hinges.  There is no hydraulic pump or hoses
10 involved with our stretcher.
11        BY MR. COLETTI:
12     Q.   On the second page of Exhibit 2 where
13 it says "confirm proper operation of stretcher,"
14 what do you feel that would include?
15     A.   Confirm proper operation of the
16 stretcher, that the stretcher raises and lowers
17 properly, locks into each position that it's
18 designed to go to, and loads and unloads out of
19 the back of the box appropriately.
20     Q.   When you say it loads and unloads
21 properly, you're referring to the raising and
22 lowering of the devices?
23     A.   I refer to actually putting it in the
24 back of the box and pulling it out of the back

36

1  know what the source of this document is?  Why
2  don't we mark it anyway.
3        MR. DURSO:  I don't think we've got
4  anything we didn't get from you.
5        MR. LEEDBERG:  Part of the manual
6  maybe?
7        MR. DURSO:  It's either from you or
8  the EMSAR guy that we did, it's one or the
9  other, that's the only two sources we have.
10        MR. LEEDBERG:  Fair enough.  Could be
11 in the file, it's a big file.
12        MR. COLETTI:  Could you please mark
13 that as Exhibit 2?
14        (Whereupon, Dowse Exhibit 2 was marked
15        for identification.)
16        BY MR. COLETTI:
17     Q.   In reviewing this list, do you see any
18 practices that the department also performed on
19 the stretcher routinely, or at any point?
20        MR. LEEDBERG:  I'm going to object as
21 to form.
22        Go ahead and answer if you understand
23 the question.
24     A.   I look at this as being a farmer and

35

1  of the box.
2     Q.   And that includes the raising and
3  lowering of the undercarriage, correct?
4     A.   Right.
5     Q.   Are you able to tell us what controls
6  the rate of descent of the stretcher?
7        MR. LEEDBERG:  Objection as to form.
8        Go ahead and answer if you can.
9     A.   The people handling it.
10        BY MR. COLETTI:
11     Q.   And what do you mean by "the people
12 handling it"?
13        MR. LEEDBERG:  Same objection.
14        Go ahead and answer if you can, Jon.
15     A.   There is no pistons involved with
16 this, so it's me and you on either end of the
17 stretcher, how quickly we squeeze the handle and
18 we let it go down.
19        BY MR. COLETTI:
20     Q.   So there's no device that provides any
21 traction or friction on the undercarriage?
22     A.   Correct.
23     Q.   So the two people operating the
24 stretcher control the rate of descent?

37

10 (Pages 34 to 37)

Jonathan H. Dowse                                                    10/17/2006

| | |
|---|---|
| 1    A. Correct. | 1  further questions. |
| 2    MR. COLETTI: I don't think I have | 2    MR. DURSO: Just a couple more. Just |
| 3  anything further. | 3  give us a second, if you would. |
| 4    MR. LEEDBERG: I just want to clarify | 4    MR. LEEDBERG: Sure. |
| 5  something. | 5    (Whereupon, a recess was taken from |
| 6    CROSS EXAMINATION | 6    11:47 a.m. to 11:49 o'clock a.m.) |
| 7    BY MR. LEEDBERG: | 7    REDIRECT EXAMINATION |
| 8    **Q. Jon, prior to this incident of** | 8    BY MR. COLETTI: |
| 9  **February, 2003, did the department regularly** | 9    **Q. Just a few very short follow-up** |
| 10  **check the functioning of the cot in any way?** | 10  **questions, and we'll be done.** |
| 11    A. Yes. | 11    A. All right. |
| 12    **Q. Could you describe for me how that was** | 12    **Q. The auxiliary lock on the stretcher --** |
| 13  **done on the routine inventory of the ambulance?** | 13    A. Yes. |
| 14    A. It would have been pulled out of the | 14    **Q. -- it locks the undercarriage into** |
| 15  back of the box, and then from time to time with | 15  **place when pulling it out of the box, correct?** |
| 16  training of new personnel we would have been | 16    MR. LEEDBERG: Objection as to form. |
| 17  operating in the back teaching them how to | 17    Go ahead and answer, if you can, Jon. |
| 18  properly use the stretcher, to raise, lower, | 18    A. I'm not exactly positive its |
| 19  unload and load the stretcher. | 19  functions. I just know you have to unlock it |
| 20    **Q. And how often would the inventory** | 20  to, I believe, you have to unlock it to release |
| 21  **checks and/or, would you estimate, the training?** | 21  the wheels to go up. |
| 22    A. Minimum of once a week, sometimes it | 22    BY MR. COLETTI: |
| 23  would be done four or five times a week. | 23    **Q. So in removing the stretcher from the** |
| 24    **Q. Okay. And prior to the incident, did** | 24  **box, a malfunctioning undercarriage or lock** |
|             38 |             40 |
| 1  **you have any knowledge of any problem with the** | 1  **would prevent the undercarriage from dropping?** |
| 2  **cot functioning, this particular cot?** | 2    MR. LEEDBERG: Objection as to form. |
| 3    A. No. | 3    Go ahead and answer, if you can, Jon. |
| 4    **Q. Did the state also perform routine** | 4    A. No. The wheels are already up. The |
| 5  **inspections?** | 5  lock prevents the wheels from going up when you |
| 6    A. Yes, the state did. The state | 6  go to load it in the stretcher. The wheels are |
| 7  inspection involves approximately about two to | 7  already up, so it would allow the wheels to drop |
| 8  three hours in the back of the box looking at | 8  back down. |
| 9  everything, including the stretcher. | 9    BY MR. COLETTI: |
| 10    **Q. Would they check the functioning of** | 10    **Q. So the wheels automatically drop when** |
| 11  **the stretcher?** | 11  **you remove it from the stretcher, correct?** |
| 12    A. Yes, they would have us pull it out, | 12    A. Correct. |
| 13  they would actually have us lower and raise the | 13    **Q. Would a bent auxiliary lock prevent** |
| 14  stretcher. | 14  **that from occurring?** |
| 15    **Q. Okay. How long did you have this** | 15    MR. LEEDBERG: Objection as to form. |
| 16  **particular cot before this incident of February,** | 16    Go ahead and answer, if you can, Jon. |
| 17  **2003?** | 17    A. No, it would not prevent the wheels |
| 18    A. That cot was purchased with the | 18  from dropping. |
| 19  ambulance. The ambulance was purchased in '97. | 19    BY MR. COLETTI: |
| 20    **Q. Okay. And at any point prior to this** | 20    **Q. The legs automatically lock when being** |
| 21  **incident of February, 2003, did you have any** | 21  **pulled from the box, correct?** |
| 22  **knowledge of any problem with the cot?** | 22    A. Correct. The auxiliary lock only |
| 23    A. No. | 23  allows you to put the stretcher, to put the |
| 24    MR. LEEDBERG: Okay. I have no | 24  stretcher all the way down to the load position, |
|             39 |             41 |

11 (Pages 38 to 41)

Jonathan H. Dowse                                                        10/17/2006

| | |
|---|---|
| 1 that's the time that the auxiliary lock is used. | 1        MR. LEEDBERG:  Objection. |

1   that's the time that the auxiliary lock is used.
2     **Q.  Could you explain to us how the wheels**
3   **lock in place when being pulled from the box?**
4        MR. LEEDBERG:  Could I just interject
5   here?
6        The cot is available for inspection.
7   He's not an expert on the equipment.  I mean if
8   you want to go on with this line of questioning,
9   that's fine, but just I'm not sure what it gets
10   you.  And I'm going to object to the whole line
11   of questioning because he's not an expert on it.
12   We have the cot available, if you guys want to
13   notice a inspection we'll be more than happy to
14   make it available to you.
15        With that said, I'll object to the
16   line of questioning.
17        And you can go ahead and answer it,
18   Jon, if you know, but don't guess.
19   BY MR. COLETTI:
20     **Q.  Just to state for the record, again**
21   **you stated earlier you have approximately twenty**
22   **years experience in dealing with this type of**
23   **stretcher?**
24     A.  Correct.

42

1        MR. LEEDBERG:  Objection.
2        Go ahead.
3     A.  The auxiliary lock prevents you from
4   putting the stretcher all the way down to the
5   ground.  For the wheels in the load position, if
6   you look at page eleven of your manual, I'm
7   talking the folded position here.  The only way
8   you can get into that position is you have to
9   release the auxiliary lock.  All the other
10   positions are done by the handles.
11        How it actually works inside, you have
12   to ask Ferno itself.  I've got twenty years, I
13   understand the operations of the unit, not the
14   making of the unit.
15        MR. COLETTI:  All right.  Well, I
16   thank you for your time today, and I have no
17   further questions.
18        MR. LEEDBERG:  I have no questions.
19        MR. DURSO:  Thank you.
20        (Whereupon, the deposition was
21        concluded at 11:53 a.m.)
22
23
24

44

1     **Q.  And you stated also that you're**
2   **familiar with its operations, and that you train**
3   **others in its use?**
4     A.  Correct.
5        MR. LEEDBERG:  That doesn't
6   necessarily mean he knows what happened and why
7   it happens.  He knows you've got to pull it out,
8   and it clicks in place, he knows you've got to
9   pull the auxiliary lock lever to pull it back
10   in.  Other than that, you're talking about an
11   area of expertise that I'm not sure he has.
12        I object to the line of questioning.
13   I have no problem with you questioning, I object
14   to the line of questioning.  And go ahead.  And
15   I'll say again, we have the cot available for
16   your inspection if you'd like.
17        MR. COLETTI:  Okay.  We'll make a note
18   for the record.
19        BY MR. COLETTI:
20     **Q.  So again, the wheels lock into place**
21   **when you remove it from the box?**
22     A.  Correct.
23     **Q.  Can you describe for us what role the**
24   **auxiliary lock plays in the wheels locking?**

43

1   ERRATA SHEET DISTRIBUTION INFORMATION
2   DEPONENT'S ERRATA & SIGNATURE INSTRUCTIONS
3
4     ERRATA SHEET DISTRIBUTION INFORMATION
5     The original of the Errata Sheet has
6   been delivered to Michael D. Leedberg, Esquire.
7     When the Errata Sheet has been
8   completed by the deponent and signed, a copy
9   thereof should be delivered to each party of
10   record and the ORIGINAL forwarded to Matthew P.
11   Coletti, Esquire, to whom the original
12   deposition transcript was delivered.
13     INSTRUCTIONS TO DEPONENT
14     After reading this volume of your
15   deposition, please indicate any corrections or
16   changes to your testimony and the reasons
17   therefor on the Errata Sheet supplied to you and
18   sign it.  DO NOT make marks or notations on the
19   transcript volume itself.  Add additional sheets
20   if necessary.  Please refer to the above
21   instructions for Errata Sheet distribution
22   information.
23
24

45

12 (Pages 42 to 45)

Jonathan H. Dowse                                                    10/17/2006

```
 1   ATTACH TO DEPOSITION OF JONATHAN H. DOWSE
 2   CASE:  Koran v Weaver and Town of Sherborn
 3   DATE TAKEN:  10-17-06
 4            ERRATA SHEET
 5   Please refer to page 45 for errata sheet
 6   instructions and distribution instructions.
 7   PAGE    LINE    CHANGE        REASON
 8   _____
 9   _____
10   _____
11   _____
12   _____
13   _____
14   _____
15         I have read the foregoing transcript
16   of my deposition and except for any corrections
17   or changes noted above, I hereby subscribe to
18   the transcript as an accurate record of the
19   statements made by me.
20
21         Executed this____day of_____, 2006.
22
23         _____
24            JONATHAN H. DOWSE
                                                 46
```

```
 1   COMMONWEALTH OF MASSACHUSETTS )
 2   SUFFOLK, SS.                  )
 3
 4         I, MAUREEN O'CONNOR POLLARD, RPR, CLR,
 5   and Notary Public in and for the Commonwealth of
 6   Massachusetts, do certify that on the 17th day
 7   of October, 2006, at 11:00 o'clock, the person
 8   above-named was duly sworn to testify to the
 9   truth of their knowledge, and examined, and such
10   examination reduced to typewriting under my
11   direction, and is a true record of the testimony
12   given by the witness.  I further certify that I
13   am neither attorney, related or employed by any
14   of the parties to this action, and that I am not
15   a relative or employee of any attorney employed
16   by the parties hereto, or financially interested
17   in the action.
18         In witness whereof, I have hereunto
19   set my hand this 23rd day of October, 2006.
20
21   _____
22         REGISTERED PROFESSIONAL REPORTER
23
24
                                                 47
```

13 (Pages 46 to 47)

Jonathan H. Dowse

10/17/2006
4 8

| A | | | |
|---|---|---|---|

**A**

abilities 4:22
able 15:4 16:7,20,22
   21:20 37:5
above-named 47:8
absolutely 29:21 30:10
   30:12
access 26:7
accident 29:14
accompanying 25:14
accurate 46:18
action 4:14 19:18 47:14
   47:17
Add 45:19
additional 45:19
address 5:15
administrator 19:7
advising 18:9
affect 6:4 25:14 27:16
   32:14
afterward 28:21 29:3
Age 5:20 6:14
ago 13:4
agree 34:19
Agriculture 7:2
ahead 15:21 30:9 32:10
   32:17,23 34:21 35:22
   37:8,14 40:17 41:3,16
   42:17 43:14 44:2
allow 41:7
allows 41:23
ambulance 8:19 10:19
   10:22 11:5 12:13
   15:23 16:18 19:8,20
   21:2,8,10 25:11 32:8
   38:13 39:19,19
ambulances 20:18
Amherst 7:1
ANA 1:7
and/or 38:21
angle 15:17
answer 4:21 5:2 15:21
   16:6 26:12,18 28:7
   30:9 31:10 32:10,17
   32:23 35:22 37:8,14
   40:17 41:3,16 42:17
anticipate 5:8
anyway 35:2
apart 8:2
APPEARANCES 2:1
appeared 17:1
appropriately 36:19
approximately 9:9 31:4
   39:7 42:21
area 43:11

Army 7:4
arrangements 18:21
asked 20:6
assimilate 24:1
assistance 16:22
associates 6:21,24
ATTACH 46:1
attorney 3:13 14:1 47:13
   47:15
attorneys 4:20
authorized 18:17
automatically 41:10,20
auxiliary 14:16,18 25:6
   25:8,8,13,17 26:7 32:6
   32:13 33:12,15,19
   40:12 41:13,22 42:1
   43:9,24 44:3,9
available 42:6,12,14
   43:15
aware 10:22 20:14 36:7
a.m 1:23 22:13,13 40:6,6
   44:21

**B**

back 12:9,10,23 14:6
   15:23,24 16:24 17:19
   17:19 23:6,10,20 24:1
   24:5 25:10,12,18,20
   25:22 26:3,15 28:3
   29:4 31:15,19,20 33:2
   33:4,10 36:19,24,24
   38:15,17 39:8 41:8
   43:9
backboard 29:17 30:1,4
background 6:18
backup 8:21
bar 27:23 28:3,15 29:4
   34:4
bars 24:20
base 32:20
basically 24:19,22
bed 30:15
beginning 18:24
behalf 1:6,16
belief 32:20,24
believe 9:4,10 10:6
   12:19 17:12 18:19,24
   24:23 27:24 32:18
   40:20
bend 28:3 34:1
bending 28:14,15 29:4
bent 12:20,21,22,22,24
   15:12,14,15 20:6
   21:19 22:1 32:6,13
   33:12 41:13
best 4:22 5:2 17:13

better 15:9
big 35:11
birth 5:18
bit 10:1 25:2 31:14
   33:22
blood 21:6,13
bolt 36:4
Boston 2:7,15
box 12:10,10,12 16:1
   23:6,7,10,20 24:1,19
   25:12,22 26:3 27:15
   31:15,19,20 32:15
   33:4 36:19,24 37:1
   38:15 39:8 40:15,24
   41:21 42:3 43:21
boy 6:15
break 22:10
brief 22:10
briefly 14:1
broken 13:5,8
brought 17:19
Buckler 18:5 19:16
Busy 7:24
butter 34:6

**C**

C 4:1
call 8:22 24:11 31:21
called 1:16
calls 11:2
captain 8:17 9:13,14
   10:3,14,16
captain's 10:10
car 29:16 30:2,3
carefully 17:11,14
CARMEN 2:4,5
carries 8:20
CASE 46:2
cause 15:19
causes 21:19,22
causing 12:14
centered 25:2
certain 23:21
certify 47:6,12
chance 18:23
CHANGE 46:7
changes 10:24 45:16
   46:17
characterization 34:20
characterized 10:13
check 38:10 39:10
checks 20:17,20 21:1,2
   36:1,2 38:21
chief 8:14 9:7 10:8,13,15
   18:4,6 19:17,19
children 6:8

choose 4:21
Christianson's 13:24
chronologically 8:10
cited 13:23 15:1
Civil 1:17
clamp 28:12
clarify 38:4
cleaning 21:7
click 23:8,9
clicks 43:8
close 29:24
closely 20:6
CLR 1:19 47:4
Coletti 2:3 3:4,6,13 4:8
   4:13 14:7,8,19,23 15:3
   16:2,9 19:3 22:9,14
   26:17 28:10 30:17
   31:17 32:12,19 33:6
   33:16,21,24 34:12
   35:12,16 36:11 37:10
   37:19 38:2 40:8,22
   41:9,19 42:19 43:17
   43:19 44:15 45:11
collapse 16:12
come 16:12,15 18:22
   24:20 25:19
comfortable 22:23
coming 23:5,9,20 25:20
   30:1
commencing 1:23
common 34:4
Commonwealth 1:20
   47:1,5
company 18:17 19:21
compare 34:4,10
completed 45:8
completely 18:23 31:20
conclude 12:7
concluded 15:18 44:21
condition 15:5 30:21
confirm 36:13,15
connected 12:19,19
consist 12:3
contacted 18:16 28:23
content 18:7 19:9,16
control 37:24
controls 37:5
conversation 11:18 18:7
conversations 18:2
   19:10,15
copy 14:6 45:8
corporation 7:12
correct 5:5 8:9 9:14,23
   11:6,7 19:14 20:18,19
   20:21 27:4 37:3,22
   38:1 40:15 41:11,12

Jonathan H. Dowse
49
10/17/2006

41:21,22 42:24 43:4
43:22
**corrected** 36:5
**corrections** 45:15 46:16
**corrective** 18:12,14
**cot** 38:10 39:2,2,16,18
39:22 42:6,12 43:15
**couple** 40:2
**course** 17:24 19:18,24
36:2
**COURT** 1:1
**CROSS** 38:6
**current** 5:15 7:7
**currently** 6:2 8:13
**cushion** 31:1,23
**C.A** 1:3

---
**D**
---
**D** 2:12 4:1 15:10 45:6
**damage** 17:15
**date** 5:18 46:3
**daughter** 6:13
**daughters** 6:12
**DAVIS** 2:13
**day** 46:21 47:6,19
**deal** 13:5
**dealing** 13:8 22:21 42:22
**DEFENDANT** 2:11
**Defendants** 1:13
**degree** 6:20,22,23,24
15:17
**delivered** 45:6,9,12
**department** 1:21 8:4,8,8
8:12,14 9:3,7 11:4
13:9,10,13 16:21 18:2
19:6 28:13 35:18 38:9
**deponent** 45:8,13
**DEPONENT'S** 45:2
**deposed** 4:17
**deposition** 1:15 13:24
44:20 45:12,15 46:1
46:16
**depositions** 13:22
**deputy** 8:14 9:7 10:8,13
10:15 19:19
**descent** 37:6,24
**describe** 13:18 17:8 23:1
24:14 27:23 30:20
38:12 43:23
**DESCRIPTION** 3:9
**designed** 36:18
**desired** 23:19
**detail** 23:1,4 24:14
**device** 18:1 21:19 37:20
**devices** 21:11 25:13 27:7
36:22

**diagram** 14:13,14,15,24
15:5,6 24:18
**difference** 31:12,16
**difficult** 28:2,9
**DIRECT** 4:7
**direction** 47:11
**dirt** 21:6
**discover** 12:18
**discovered** 13:16
**discuss** 8:10 21:24
**discussed** 18:5 21:22
**discussion** 21:18
**distribution** 45:1,4,21
46:6
**DISTRICT** 1:1,2
**document** 3:11 34:20,21
34:2,22,23 35:1
**doing** 4:9 7:19 10:16
20:20 21:1,8,9,16 36:3
36:7
**Donnelly** 17:3,5 27:22
28:16 33:18
**downwards** 15:13,14
**Dowse** 1:15 3:3 4:3 5:14
7:13 14:21 18:4 19:4
35:14 46:1,24
**driver's** 4:4
**drop** 23:8 41:7,10
**dropping** 41:1,18
**drove** 7:16
**duly** 4:5 47:8
**DURSO** 2:4,5 35:3,7
40:2 44:19
**dursolaw@tiac.net** 2:9
**D-O-W-S-E** 5:14

---
**E**
---
**E** 4:1,1
**earlier** 29:7 42:21
**easier** 5:10
**easy** 28:3 30:11 34:6
**educational** 6:18
**eight** 7:4 27:2
**either** 31:7 35:7 37:16
**elevated** 23:12 31:14
**eleven** 30:18,21 44:6
**ELIZABETH** 1:11
**Emergency** 10:23
**employed** 47:13,15
**employee** 47:15
**empty** 24:3
**EMRS** 18:18
**EMS** 10:18
**EMSAR** 18:20,21 19:21
21:16 22:2 27:22
28:23 34:15 35:8

**EMT** 9:3,4,5,5
**Engine** 8:20 9:1,21
**equipment** 8:21 10:22
13:5,8,9 42:7
**ERIK** 1:8
**errata** 45:1,2,4,5,7,17
45:21 46:4,5
**ESQ** 2:3,4,12
**Esquire** 45:6,11
**estimate** 27:11 31:23
32:4 38:21
**events** 17:24
**everybody** 19:18
**exactly** 5:6 10:17 11:19
13:17 28:17 40:18
**examination** 3:2 4:7
38:6 40:7 47:10
**examine** 12:14 21:5
**examined** 4:5 20:3 47:9
**examining** 27:21
**Executed** 46:21
**exhibit** 13:21,23 14:20
14:21 24:9 30:19
35:13,14 36:12
**EXHIBITS** 3:8,13
**experience** 42:22
**expert** 42:7,11
**expertise** 43:11
**explain** 42:2
**explanation** 21:20
**eye** 29:1

---
**F**
---
**facing** 15:15,16 23:15
**fact** 32:24
**fair** 10:2 35:10
**familiar** 14:2 22:18 43:2
**family's** 7:18
**far** 30:24
**farm** 7:18 8:6 13:10
**farmer** 7:9,10,11,12
13:11 35:24
**fast** 26:8
**fax** 11:18
**February** 10:4,6 11:4
38:9 39:16,21
**Federal** 1:17 2:6
**feel** 22:22 36:14
**Ferno** 18:16 44:12
**figure** 15:10
**file** 35:11,11
**filled** 10:10
**financially** 47:16
**find** 11:14
**finding** 19:12
**fine** 14:7 17:1 42:9

**fire** 1:21 8:4,7,8,15 11:4
**first** 4:5 11:12 13:12
16:18 18:23 26:18
30:22
**five** 22:10 38:23
**flat** 12:18 13:16 25:21
28:8
**flip** 14:4
**fluids** 21:6
**focusing** 24:11
**folded** 30:23,24 31:3
44:7
**followed** 34:14
**follows** 4:6
**follow-up** 40:9
**foot** 23:14
**force** 27:11 33:23
**foregoing** 46:15
**form** 15:20 16:5 26:11
28:6 30:8 31:9 32:9,16
32:22 35:21 37:7
40:16 41:2,15
**formal** 8:2
**Forty-four** 5:23
**forwarded** 45:10
**found** 18:10 20:5
**four** 6:16 24:12,21 26:22
38:23
**frequently** 20:18
**friction** 37:21
**Friday** 19:2
**front** 24:23 31:14
**front's** 31:13
**function** 33:5
**functioning** 17:1 22:20
27:16 29:2 31:6 32:14
38:10 39:2,10
**functions** 17:21 22:24
40:19
**further** 17:15 38:3 40:1
44:17 47:12

---
**G**
---
**G** 4:1
**generally** 21:4 23:16
25:22 30:14
**gestures** 5:4
**getting** 17:4
**girl** 6:15
**give** 13:1 14:5,6 40:3
**given** 21:21 47:12
**glance** 21:10
**go** 4:15 12:11 15:21,24
17:20 18:22 23:21,23
25:4 27:1 29:15 30:3,9
32:10,17,23 34:21

35:22 36:18 37:8,14
37:18 40:17,21 41:3,6
41:16 42:8,17 43:14
44:2
**goes** 15:11,11
**going** 4:15 5:21 9:15
13:24 14:9 18:13
25:18 26:24 27:1,1,19
27:24 28:5 30:14 31:3
31:8 32:1 34:13,18
35:20 41:5 42:10
**good** 4:9 6:17 25:9 34:9
**gotten** 22:1
**graduate** 6:19
**granting** 6:23
**gravity** 27:10
**ground** 15:15,15,16
23:23,24 24:7 25:5
29:13,19,24 30:7 31:1
31:22 44:5
**guards** 20:16
**guess** 4:24 7:9 42:18
**guidelines** 34:14
**guy** 35:8
**guys** 18:18 42:12

**H**

**H** 1:5,15 3:3 4:3 46:1,24
**hand** 5:4 33:12 34:1
47:19
**handing** 14:3 34:17
**handle** 12:20 37:17
**handles** 23:17 44:10
**handling** 37:9,12
**handrails** 21:13
**happened** 19:1 43:6
**happens** 43:7
**happy** 42:13
**head** 23:11,13,14 24:4
24:24
**health** 6:3
**heavy** 8:20,22
**height** 30:15 31:18
**held** 9:15
**helping** 10:9
**hereto** 47:16
**hereunto** 47:18
**high** 6:19,20 31:12,22
**highest** 26:10 31:6
**highway** 16:21 28:12
**hinges** 36:9
**hoses** 36:9
**hospital** 30:14,15 32:8
**hour** 22:16
**hours** 39:8
**hydraulic** 36:9

**I**

**identification** 14:22
35:15
**identified** 4:4
**illustrate** 13:2
**inch** 28:1
**incident** 10:3 11:3,12,16
19:1,11 20:10,13 38:8
38:24 39:16,21
**include** 36:14
**included** 9:19
**includes** 37:2
**including** 39:9
**income** 8:6
**INDEX** 3:1
**indicate** 14:13 45:15
**Individually** 1:6
**information** 45:1,4,22
**inside** 44:11
**inspect** 22:6
**inspected** 33:17 34:4
**inspecting** 21:16
**inspection** 12:1,3 18:1
36:3 39:7 42:6,13
43:16
**inspections** 8:15 19:22
20:1 28:20 39:5
**institution** 6:23
**instructions** 45:2,13,21
46:6,6
**intended** 26:6
**interested** 47:16
**interject** 42:4
**inventory** 21:8,9 38:13
38:20
**involved** 36:10 37:15
**involves** 39:7
**issue** 18:10
**item** 34:5

**J**

**J** 14:21
**jack** 13:11
**jaws** 8:21
**jobs** 8:5
**joints** 20:3 36:8
**Jon** 15:21 26:13 28:7
31:11 32:17,23 37:14
38:8 40:17 41:3,16
42:18
**Jonathan** 1:15 3:3 4:3
5:13 46:1,24
**JOSEPH** 1:5,7

**JR** 1:7
**J-O-N-A-T-H-A-N** 5:13

**K**

**keep** 25:2 29:1 30:4
**keeping** 10:22 19:17
**kept** 18:12
**KIMBERLY** 1:5
**kind** 15:10 30:5
**knife** 34:6
**know** 5:1,2 12:5 13:10
17:18 20:4 28:24 29:7
32:1 35:1 40:19 42:18
**knowledge** 17:13 39:1
39:22 47:9
**knows** 43:6,7,8
**Koran** 1:5,6,7,7,8 46:2

**L**

**L** 2:4,5
**large** 29:23
**LAW** 2:5
**learn** 11:12
**learned** 11:16
**led** 12:7
**Leedberg** 2:12 3:5 14:4
15:20 16:5 18:20
22:11 26:11 28:5 30:8
31:8 32:9,16,22 33:14
33:19 34:18,23 35:5
35:10,20 37:7,13 38:4
38:7 39:24 40:4,16
41:2,15 42:4 43:5 44:1
44:18 45:6
**legs** 20:16 24:12,21
41:20
**level** 23:10,12 30:4
31:13
**lever** 14:15 15:10 16:23
25:7 33:15,17 43:9
**levers** 23:14
**license** 4:5 9:5
**lieutenant** 9:1,21,24
10:18 11:1 19:8
**life** 7:20,21
**light** 26:21
**line** 42:8,10,16 43:12,14
46:7
**list** 34:13 35:17
**little** 10:1 25:1 31:14
**LLP** 2:13
**load** 24:4 25:11,18 26:3
38:19 41:6,24 44:5
**loaded** 31:7
**loading** 24:1 25:10
31:13,21,24 33:3

**loads** 36:18,20
**lock** 14:16,18 25:6,8,9
25:13,17 32:6,14
33:12,15,20 40:12,24
41:5,13,20,22 42:1,3
43:9,20,24 44:3,9
**locking** 13:19 43:24
**locks** 26:8 36:17 40:14
**long** 7:19 9:6 13:4 39:15
**look** 9:10 12:17 13:6
14:2 15:8 20:6 24:18
24:20 35:24 44:6
**looking** 14:12 15:4 21:5
21:12,13 39:8
**loop** 19:18
**loose** 36:4
**lot** 36:1
**low** 29:15
**lower** 23:16,18 24:6
25:24 26:2,8,9 27:7
29:19 38:18 39:13
**lowered** 30:7
**lowering** 24:16,17 25:15
27:5 29:11 36:22 37:3
**lowers** 23:3 36:16
**lowest** 26:9
**lubricated** 20:2
**lubrication** 36:8

**M**

**Main** 1:21 5:16
**maintain** 20:13
**maintenance** 10:21 20:7
20:14 21:17 34:14
36:1
**making** 44:14
**malfunction** 13:14 15:19
**malfunctioning** 29:5
40:24
**manual** 3:10 13:22 15:2
24:9 35:5 44:6
**mark** 35:2,12
**marked** 14:5,10,16,20
14:22 24:9 35:14
**marks** 45:18
**married** 6:6
**Mass** 5:16
**Massachusetts** 1:2,20,22
2:7,15 4:4 47:1,6
**Matt** 4:13
**Matthew** 2:3 45:10
**Maureen** 1:18 47:4
**mean** 12:21 15:15 26:14
37:11 42:7 43:6
**means** 33:2
**measures** 18:12,15

Jonathan H. Dowse                                                10/17/2006
51

mechanic 16:22
mechanic's 17:2
mechanism 13:20 16:12
mechanisms 12:18
medical 8:21 10:23
medications 6:3
mention 29:8
metal 12:19 13:17 27:21 28:8
Michael 2:12 45:6
military 7:3
mind 14:19 22:9 34:16
Minimum 38:22
Minors 1:8
minute 34:16
minutes 22:10
mixed 17:4
mleedberg@piercedaniel... 2:17
model 23:5
morning 4:9 11:15
motor 29:14
move 24:15 27:8,20
movement 25:14
MVA 30:1

_____ N _____

N 4:1
name 4:13 5:11 17:2
necessarily 34:19 43:6
necessary 45:20
need 16:11 23:5,17 26:1
neither 47:13
never 24:2 29:9
new 38:16
nice 6:17 7:6
night 19:1
nine 15:10
nodding 5:3
normal 21:7
normally 31:5
North 1:21 5:16
Notary 1:19 47:5
notations 45:18
note 43:17
noted 46:17
notice 29:4 42:13
notification 11:21
number 5:24 13:23
nut 36:4

_____ O _____

O 4:1
object 28:5 31:8 34:18 35:20 42:10,15 43:12 43:13

objection 15:20 16:5 26:11 30:8 32:9,16,22 37:7,13 40:16 41:2,15 44:1
occupation 7:8,22
occupations 8:2
occupied 25:23 26:23 27:15
occurred 10:5 11:13
occurring 41:14
October 1:22 47:7,19
odds 8:5
OEMS 10:23
Office 2:5 10:23
offices 1:20
Okay 11:11 14:11 16:16 23:4 24:14 38:24 39:15,20,24 43:17
once 11:20 30:13 38:22
operating 37:23 38:17
operation 36:13,15
operations 8:16 12:5 22:23 43:2 44:13
operator 24:4
opinion 33:11
opposed 27:17
Orchards 7:13
original 28:3 45:5,10,11
outside 24:18 31:20
oversee 8:15 10:19
o'clock 1:23 40:6 47:7
O'Connor 1:18 47:4

_____ P _____

P 2:3 4:1 45:10
page 3:2,9 15:1,6,9 24:8 30:18,21 36:12 44:6 46:5,7
pages 14:10
painless 4:12
Pam 18:4,16 19:4
paper 13:2
part 20:3,4 24:23 35:5
particular 23:4 39:2,16
parties 47:14,16
parts 24:15
party 45:9
patient 24:2,19 29:9,20 29:22 30:2,13 33:10
Pause 34:11
people 18:5 21:4 23:7 26:1,5 37:9,11,23
perform 28:20 39:4
performed 20:17 28:15 33:2 35:18
performing 20:8,9 21:17

period 22:3 29:3
PERRITANO 2:13
person 10:9 26:7,15 27:9,12 28:18,19 30:6 47:7
personnel 38:16
phone 11:18
physical 28:14
physically 13:6 22:5
pick 23:18
piece 8:22 12:18 13:1,17 14:17 15:12 16:20 17:15 20:5 27:21 28:8
PIERCE 2:13
pistons 37:15
place 40:15 42:3 43:8,20
Plaintiff 2:2 32:7
Plaintiffs 1:9,16 4:14
planning 19:19
plant 6:22
plays 43:24
please 5:12 14:20 24:9 30:19 34:17 35:12 45:15,20 46:5
point 9:9 10:11 12:16 23:21 29:5 31:6 35:19 39:20
policies 10:24
Pollard 1:18 47:4
position 9:16 10:10 16:4 16:14 23:19 24:4 25:5 26:10,10 30:23,24 31:3,6,7,13,21,24 36:17 41:24 44:5,7,8
positions 25:4 30:21 44:10
positive 40:18
possible 4:12 5:3,8 21:18 21:22 32:13
possibly 6:4 13:3
practice 29:8
practices 35:18
present 19:22
pretty 17:12
prevent 41:1,13,17
preventive 34:14 36:1
prevents 41:5 44:3
previous 13:22
previously 13:23 15:1
Primarily 12:4
Primary 7:22
prior 8:2,17,24 9:12,22 20:9,13,15 38:8,24 39:20
probably 15:16 26:21 27:1 34:9

problem 39:1,22 43:13
Procedure 1:18
process 4:19 17:9 23:2 24:16,18 25:16
produced 34:24
PROFESSIONAL 47:22
promoted 9:23
proper 36:13,15
properly 12:6,8 17:17 17:22 29:2 36:17,21 38:18
property 22:6
provides 37:20
Public 1:19 47:5
pull 21:4 23:6,7 39:12 43:7,9,9
pulled 11:24 12:9 16:18 33:1 38:14 41:21 42:3
pulling 36:24 40:15
pump 36:9
purchased 39:18,19
pursuant 1:17
pushes 24:5
put 5:21 15:23 17:10,13 17:19 24:3 29:13,22 41:23,23
putting 36:23 44:4
puzzled 21:24

_____ Q _____

quarter 28:1
question 5:3,9 26:12 27:13 31:10 35:23
questioning 42:8,11,16 43:12,13,14
questions 4:15,21 14:9 22:15 40:1,10 44:17 44:18
quick 21:14
quickly 7:7 15:9 25:24 27:8 37:17
quite 33:22

_____ R _____

R 4:1
raise 23:16 25:24 26:1,8 26:9 27:7 38:18 39:13
raises 23:2 36:16
raising 24:16,17 25:15 27:3,5 29:10 36:21 37:2
rate 37:6,24
read 46:15
reading 45:14
real 29:23,24

Jonathan H. Dowse

really 34:10 36:6
reason 15:24 29:18,21
    30:11,12 46:7
reasons 45:16
recall 11:14,15,17,20
    19:9,16 20:3 28:1,2,17
    29:7 34:24
received 11:20
recess 22:12 40:5
record 5:12 14:23 42:20
    43:18 45:10 46:18
    47:11
REDIRECT 40:7
reduced 47:10
reel 9:1
refer 30:18 36:23 45:20
    46:5
referring 11:9 13:9
    14:17,24 29:10,12
    36:21
regarding 19:11
REGISTERED 47:22
regularly 38:9
regulations 10:23
reinstalled 16:23
related 47:13
relation 7:17
relative 47:15
relatively 4:19
release 40:20 44:9
reload 12:10,12
remember 4:23,23 5:1
    9:11 18:7 21:23
removal 32:6
remove 16:20,20 22:2,5
    41:11 43:21
removed 12:17
removing 27:14 31:19
    32:15 33:7,9 40:23
replaced 20:4
replacement 20:15
reported 11:19
REPORTER 47:22
represent 4:13
require 28:18
required 28:19
requires 23:13
rescue 8:16,20,23
Reserves 7:5
respect 18:6
rest 5:9
restocking 10:20
RETAINED 3:13
review 34:17,21
reviewing 11:1 34:22
    35:17

revisit 27:19
right 11:21 22:7,17
    29:16 37:4 40:11
    44:15
right-hand 23:15
risks 30:5
role 19:6 43:23
roles 8:11 10:16,17
Ron 18:4 19:15,19
roughly 9:24 32:1
routine 20:7 28:21 38:13
    39:4
routinely 20:12 35:19
RPR 1:18 47:4
Rules 1:17
running 10:19

_____
S
S 4:1
saw 30:22
says 36:13
school 6:19,20,21 7:1
sciences 6:22
Scott 13:24
second 36:12 40:3
seconds 26:22 27:2
Security 5:24
see 12:5 15:9 24:20
    30:21 35:17 36:4
seeing 34:24
seen 13:13 36:5
sense 24:21
serve 7:3
service 16:19 18:17
    19:21 22:3
Services 10:24
servicing 28:24
set 47:19
seven 6:15 15:1,7 24:8
shape 28:4 29:5
sheet 45:1,4,5,7,17,21
    46:4,5
sheets 45:19
Sherborn 1:12,21,22
    5:16 8:8 11:5 46:2
shoot 17:4
short 40:9
show 13:7 14:1 34:13
showed 20:5
shows 15:10
side 23:15
sign 45:18
SIGNATURE 45:2
signed 45:8
simple 4:19 5:3
six 31:4

sixteen 23:22
sleeves 24:20
slide 24:22 25:1
slightly 23:11,18
Social 5:24
soil 6:22
somebody 26:16
Son 6:13
Sons 6:12
sorry 9:20 12:13 15:6
    27:12 33:21
source 35:1
sources 35:9
speak 5:7
specific 21:2
specifically 17:8
speculate 4:24
spell 5:11
spent 7:4
spot 5:22
Squad 8:18 9:13,15 10:3
Square 2:14
squeeze 23:17 37:17
SS 47:2
started 10:8 12:1,4
starting 8:11,13
state 39:4,6,6 42:20
stated 42:21 43:1
statements 46:19
STATES 1:1
station 8:19 17:19 22:8
stenographer 5:10
steps 16:16
stocking 10:20
Stockward 7:1
straight 29:16 30:3
straighten 16:23
straightened 17:7,11,14
street 1:21 2:6 5:16 7:13
stretcher 11:24 12:2,12
    12:17 13:6,7,17,20,23
    14:12 15:23 16:3,7,19
    16:24,24 17:20 18:22
    20:13,15,21 21:3,5,5,6
    21:7,17 22:3,22 23:2,5
    23:11,12,16,17,23
    24:3,6,12 25:1,3,10,20
    25:21,23 26:6,9,16,16
    26:19,20,23 27:8,9,12
    27:14 28:21 29:11,13
    29:16,19 30:3,6,13,16
    30:22 31:2,5,23 32:7
    32:15 33:4,8 35:19
    36:4,10,13,16,16 37:6
    37:17,24 38:18,19
    39:9,11,14 40:12,23

41:6,11,23,24 42:23
    44:4
stretchers 22:19
strike 9:20 20:24 27:13
structure 21:10,11
stuck 16:3,14
stuff 10:24 21:14 36:2
style 22:21
subscribe 46:17
SUFFOLK 47:2
suggest 18:14
supplement 8:6
supplied 45:17
supplies 10:20 20:17
supply 9:2 20:20 21:1
sure 14:2 17:17 20:21
    29:1 40:4 42:9 43:11
surface 25:21
sworn 4:5 47:8

_____
T
take 14:2 16:17 27:2
taken 1:17 17:6,9 22:12
    32:7 33:22 40:5 46:3
takes 24:5
talking 27:3 33:14 43:10
    44:7
task 21:7 30:11
teaching 38:17
tell 4:24 7:7 15:5 37:5
telling 18:12
ten 2:14 27:2
test 17:16
testified 4:6
testify 47:8
testimony 45:16 47:11
thank 44:16,19
therefor 45:17
thereof 45:9
thick 27:23
thing 7:12 19:17 36:6
think 9:8,23,24 10:10
    13:2,3 17:10 18:4,9,18
    18:23 21:23 23:21
    28:8 29:9 33:13 35:3
    38:2
Thirty-six 32:3
thought 7:16
three 9:8 25:3 26:22
    39:8
Thursday 19:1
time 6:17 7:24 8:18 10:5
    10:12 11:3,11 12:6,16
    13:13 16:8 17:16 19:7
    19:20 22:3 27:20 29:3
    29:22 38:15,15 42:1

Jonathan H. Dowse                                                      10/17/2006
53

| | | | |
|---|---|---|---|
| 44:16 | 24:9 | **years** 7:4 8:5,7 9:8 22:22 | **89** 9:4 |
| **times** 38:23 | | 42:22 44:12 | |
| **today** 4:16 10:4 44:16 | **V** | | **9** |
| **tooken** 18:11 | **v** 1:10 46:2 | **0** | **9-23-62** 5:19 |
| **top** 12:17 31:23 | **vehicle** 10:21 29:14 | **01770** 5:17 | **91** 9:24 |
| **totally** 28:1 | **vice-president** 7:11 | **02110-1257** 2:15 | **92** 9:24 |
| **touch** 18:17 | **vise** 17:10,12,14 28:11 | **02110-2241** 2:7 | **96** 9:16 |
| **tough** 26:14 | 28:12 | **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** 6:1 | **97** 9:16 39:19 |
| **town** 1:11 11:5 16:22 | **visual** 21:15 36:2,3 | **05-11454-RGS** 1:3 | |
| 17:2 46:2 | **vocational** 6:21 | | |
| **traction** 37:21 | **volume** 45:14,19 | **1** | |
| **trades** 13:11 | | **1** 3:10 8:18 9:13,15 10:3 | |
| **train** 23:7 43:2 | **W** | 14:20,21 24:10 30:19 | |
| **training** 8:15 38:16,21 | **wait** 23:8 | **10-17-06** 46:3 | |
| **transcript** 45:12,19 | **want** 14:4,5 15:8 23:10 | **100** 5:16 | |
| 46:15,18 | 30:3 38:4 42:8,12 | **11:00** 1:23 47:7 | |
| **transferred** 30:14 | **wanted** 19:13 29:13,15 | **11:21** 22:13 | |
| **transferring** 30:2 | **Warren** 17:3,3,5 27:22 | **11:24** 22:13 | |
| **transition** 10:7 | 28:16 33:18 | **11:47** 40:6 | |
| **transport** 8:22 | **Warren's** 17:4 | **11:49** 40:6 | |
| **truck** 9:1 | **wasn't** 28:9 | **11:53** 44:21 | |
| **true** 47:11 | **water** 9:2 | **14** 3:10 | |
| **truth** 47:9 | **way** 23:23 24:6 25:4,19 | **17th** 1:22 47:6 | |
| **try** 4:11 5:7 | 26:6 27:17 38:10 | **175** 2:6 | |
| **trying** 15:22 21:23 | 41:24 44:4,7 | **1983** 9:5 | |
| **turn** 24:8 | **weaken** 17:15 | **1996** 9:17,22 | |
| **twelve** 23:22 | **wear** 20:16 | | |
| **twenty** 8:5,7 22:22 | **Weaver** 1:11 46:2 | **2** | |
| 42:21 44:12 | **week** 18:24 38:22,23 | **2** 3:11 9:1,21 35:13,14 | |
| **two** 6:11 23:14 25:3 26:1 | **weight** 26:24 27:10 | 36:12 | |
| 26:5 35:9 37:23 39:7 | **went** 12:10 16:21 20:2 | **2002** 10:4 | |
| **type** 13:14 42:22 | **we'll** 4:11 24:11 40:10 | **2003** 9:9,17 10:5,7 11:4 | |
| **typewriting** 47:10 | 42:13 43:17 | 38:9 39:17,21 | |
| | **we're** 10:4 36:6 | **2006** 1:23 46:21 47:7,19 | |
| **U** | **we've** 13:21 20:8 35:3 | **22** 1:21 | |
| **UMass** 7:1 | **wheels** 12:11,15 16:12 | **23rd** 47:19 | |
| **undercarriage** 24:13,22 | 16:15 20:16 23:8 24:5 | | |
| 24:24 25:15 27:7,16 | 25:19 31:15 33:1 | **3** | |
| 37:3,21 40:14,24 41:1 | 40:21 41:4,5,6,7,10,17 | **35** 3:11 | |
| **underneath** 24:6 25:2 | 42:2 43:20,24 44:5 | **36** 32:1 | |
| 25:20 | **Wheelwright** 17:3 | **38** 3:5 | |
| **understand** 26:12 31:10 | **whereof** 47:18 | | |
| 35:22 44:13 | **width** 34:8 | **4** | |
| **understanding** 32:5 | **wife** 19:4 | **4** 3:4 8:20 13:24 | |
| **unit** 44:13,14 | **Winthrop** 2:14 | **40** 3:6 15:16 | |
| **UNITED** 1:1 | **witness** 1:16 14:24 34:22 | **45** 46:5 | |
| **unload** 16:7 26:4 38:19 | 47:12,18 | | |
| **unloads** 36:18,20 | **worked** 17:17,22 | **5** | |
| **unlock** 16:13 25:11 33:1 | **working** 10:18 12:5,8 | **50** 15:17 | |
| 40:19,20 | **works** 44:11 | | |
| **unlocking** 16:11 | **wouldn't** 29:18 | **6** | |
| **unlocks** 15:12 | **wrong** 18:11 19:13 | **617-350-0950** 2:16 | |
| **unoccupied** 27:17 | | **617-728-9212** 2:8 | |
| **use** 16:11 26:5 28:22 | **Y** | | |
| 38:18 43:3 | **year** 7:24 | **8** | |
| **users** 3:10 13:22 15:1 | **yearly** 28:24 | **83** 9:5 | |

# MOTION FOR SUMMARY JUDGMENT
# EXHIBIT 6
# Squadmate Ambulance Cot Users' Manual

# Model 93ES
# Squadmate™ Ambulance Cot



*Users'*
*Manual*

# *Congratulations on buying the best!*

## *...and thank you for being a Ferno customer.*

*Ferno is known worldwide for backing its products with people committed to customer satisfaction.*

*If you need any help installing, operating, or caring for this product, please let us know.*

The following material is supplied with the cot:

1. **Users' manual (234-1968-00) - Use this manual to learn how to operate and maintain the cot.**

2. *EMT: Injury Free* manual (234-1250-00) - Use this manual to learn how to keep injury free while you work.

3. Video (283-0207-00) - Use this video as a supplement to this manual to learn how to operate the cot.

### Disclaimer

This manual is not all inclusive. Safe and proper use of this product is solely at the discretion of the user. Safety warnings are included as a service to the user. All other safety measures taken by the user should be within and under consideration of the federal, state, and local regulations and standards concerning usage. It is recommended that training on the proper use of this product be provided before using this product in an actual situation.

©Ferno-Washington, Inc.
February 1996
Form 234-1968-00

——————————————————————— Model 93ES Squadmate Ambulance Cot

## Table of Contents

*Page*

*Safety Information* ............................................................... 4

*Before You Begin* ............................................................... 6

*Learning about the Cot* ..................................................... 6

*Operator Considerations* ................................................. 12

*Using the Cot* ................................................................... 13

*Parts and Service* ............................................................. 23

*Cot Setup* .......................................................................... 24

*Warranty* ............................................................................ 25

*Customer Service* ............................................................. 25

*Training Record* ................................................................ 26

*Maintenance Record* ....................................................... 27

*Notes* .................................................................................. 28

*Loading and Unloading Quick Reference Chart* ........... 29

*Index* .................................................................................. 31

## Safety Information

## Safety Alerts

Safety alerts identify hazards to avoid. The following safety alerts appear in this manual:

### ⚠ WARNING

Improper use can cause injury. Unlock the auxiliary lock only to fold or load the cot.

Dropping an unlocked backrest can cause injury. Support the backrest until it locks into position.

Rolling the cot in the loading position can cause it to tip. Use a rolling position to roll the cot.

Improper use can cause injury and damage. Use the cot only as described in this manual.

An unrestrained patient can fall off the cot and be further injured. Use the restraints to secure the patient to the cot.

Helpers can cause injury. Maintain control of the cot, work the control handles, and direct any helpers.

Helpers can be injured. Show helpers where to grasp the cot to avoid pinch points.

Improper maintenance can cause injury and damage. Maintain the cot as described in this manual.

Improper parts or service can cause injury and damage. Use only Ferno-approved parts and service.

Attaching improper items on the cot can cause injury and damage. Use only Ferno-approved items on the cot.

### ⚠ WARNING

Modifying the cot can cause injury and damage. Use the cot only as designed by Ferno.

### CAUTION

High-pressure water or steam can remove lubricants and cause corrosion. Clean the cot as described in this manual.

Bleach, phenolics, and iodine can cause damage. Do not apply products containing these chemicals to the cot.

Improper lubricants can cause damage. Use E-Z-1™ (or 30-weight oil) to lubricate the cot.

## Bloodborne Disease Notice

OSHA requires employers to protect workers from workplace exposure to bloodborne diseases such as HIV-1 and hepatitis. To reduce the risk of exposure when using the cot, follow the maintenance instructions in this manual.

For more information, contact: U.S. Department of Labor, OSHA, Office of Public Affairs, Room N-3647, 200 Constitution Ave., N.W., Washington, DC 20210.

## Ambulance Requirements

Federal Ambulance Specifications KKK-A-1822 (current version) outlines requirements for ambulances including patient transport devices, cot fasteners, and patient restraints.

For more information, contact: General Services Administration, Specifications Section (3FBP-W), Rm 6654, 7th & D Streets SW, Washington, DC 20407.

**Safety Information (continued)**

## Safety Symbol

 This symbol appears on the safety labels that warn against possible injury.

## Safety Labels

The following safety labels appear on the cot. Follow all label instructions. The diagram shows where the labels are located on the cot. Replace the labels when they become worn (*Parts and Service*, page 24).





*Information Label:* This label shows the cot's load limit and some of the guidelines in the manual, and reminds you to use and care for the cot as described in this manual. Finally, it gives you the number to call for additional copies of this manual.

*Auxiliary Lock Label:* This label identifies the auxiliary lock and its locked and unlocked positions. It also informs you when to use the auxiliary lock.

 *Pinch Point Label:* This label identifies pinch points on the cot. Keep your hands away from areas where you find this label.



Auxiliary Lock Label

Information Label

Pinch Point Label
*Also on the other side.*

## Before You Begin



Setup

Before using the cot, read and follow the instructions in *Cot Setup* (page 24) and in *Inspecting the Cot* (page 22).

Make sure the restraints, mattress, and any accessories ordered for the cot have been properly attached to the cot.

## Learning about the Cot

Read this section to familiarize yourself with the cot, its components, features, and positions.

### Product Description

The Model 93ES Squadmate™ Ambulance Cot (cot) is a patient handling device for professional use by certified emergency medical service (EMS) providers.

The cot has five positions (folded, low-level, mid-level, high-level, and loading).

The cot features an auxiliary lock, an adjustable backrest, swing-down side rails, a fold-down frame, and a lead handle.

Included with the cot are three patient restraints, a mattress, and a training video.

### General Specifications

Specifications are rounded to whole numbers. Contact Ferno Customer Service for detailed specifications (page 25).

Length
    Shortened Position .......... 66 in .... 168 cm
    All Other Positions ........... 81 in .... 206 cm
Width ....................................... 21 in ...... 53 cm
Weight..................................... 74 lb ....... 34 kg
Load Limit ............................. 500 lb ..... 227 kg

Height
    Loading ............................ 38 in ....... 97 cm
    High-level ......................... 33 in ....... 84 cm
    Mid-level .......................... 25 in ....... 64 cm
    Low-level .......................... 18 in ....... 46 cm
    Folded ................................ 9 in ....... 23 cm
Loading Height (maximum) .... 33 in ...... 84 cm

Specifications are subject to change without notice.

**Learning about the Cot (continued)**

## Components



Adjustment Lever

Head End

Backrest

Fold- down Frame

Side Rail (2)

Loading Wheel (2)

Lock Sleeve (2)

Auxiliary Lock

Main Frame

Undercarriage

Lead Handle

Undercarriage Control Handle (2)

Foot End

Lift Handle

Transport Wheel (4)



Chest Restraint

Leg/Hip Restraint (2)

Mattress

Learning about the Cot (continued)

## Patient Restraints

Use all three restraints to secure the patient on the cot.

To fasten a hip or leg restraint, insert the tang into the receiver (Figure A).

To fasten the chest restraint, adjust the center straps down to the bottom straps (Figure B). Slide the tang through the center strap links. Insert the tang into the receiver.

Adjust the restraints by pulling the ends of their straps. The restraints should safely secure the patient without causing discomfort or impairing circulation.

To unfasten a restraint, press the button on the receiver.

Keep the restraints fastened when they are not in use to prevent them from interfering with the operation of the cot.

Read the restraint manual and refer to *Ambulance Considerations* (page 4) for more information.



**Figure A**



**Figure B**

> **⚠ WARNING**
>
> **An unrestrained patient can fall off the cot and be further injured. Use the restraints to secure the patient on the cot.**

## Swing-down Side Rails

Side rails help provide patient security.

To lower a side rail, pull the lock pin, and swing the side rail down (Figure C).

To raise a side rail, swing it up. When fully raised, the side rails automatically lock.

Keep the side rails raised except while transferring the patient to or from the cot.



**Figure C**

8 ————————————————————————— Model 93ES Squadmate Ambulance Cot

Learning about the Cot (continued)

## Auxiliary Lock

The auxiliary lock keeps the undercarriage from changing to the folded position. The auxiliary lock automatically locks when the cot is changed from the folded to the loading position.

To unlock the auxiliary lock, put the cot in the loading position. Move the lock lever down and to the right to the unlocked position (Figure D).

Fold or load the cot.



**Figure D**

| Important |
| --- |
| Practice folding and loading the cot until you clearly understand how to use the auxiliary lock. |

## Undercarriage Control Handles

There are two undercarriage control handles; a head-end control handle and a foot-end control handle.

When squeezed, the control handles unlock the undercarriage (Figure E). When the undercarriage is unlocked, the operators can adjust the height of the cot and load the cot. Releasing the control handles locks the undercarriage. Only use the control handles when changing the cot's position or loading the cot.

Read *Changing Cot Positions* (page 13) for instructions on operating the control handles.

| Important |
| --- |
| Both operators should expect (and be prepared to control) the normal downward movement of the cot which occurs when a control handle is squeezed. |

⚠ WARNING

Improper use can cause injury. Unlock the auxiliary lock only to fold or load the cot.



*Squeezing the head-end control handle using an underhand grasp.*

**Figure E**

Learning about the Cot (continued)

## Adjustable Backrest

The backrest has a level position and eight raised positions.

Unfasten or loosen the chest restraint before adjusting the backrest.

To adjust the backrest from the level position to the first raised position, lift the backrest (Figure F). The backrest support locks in the first raised position.



**Figure F**

To adjust the backrest from any raised position to any other position, support the backrest frame with one hand, and squeeze the adjustment lever with the other hand (Figure G).

Move the backrest to its new position, and release the adjustment lever. Hold onto the backrest frame until it locks into position.

Fasten and adjust the chest restraint.



Adjustment Lever

**Figure G**

⚠ **WARNING**

**Dropping an unlocked backrest can cause injury. Support the backrest until it locks into position.**

## Fold-down Frame

The head end of the main frame folds down to shorten the length of the cot.

To shorten the cot, raise the backrest. Slide the lock sleeves toward the head end of the cot, then press the frame down (Figure H).

To lengthen the cot, pull the frame up until the lock sleeves snap over and lock the hinges.



**Figure H**

## Learning about the Cot (continued)

### Folding Lead Handle

Use the lead handle to aid in rolling the cot.

To unfold the lead handle, grasp the top of it, and pull it to the desired position (Figure I).



**Figure I**

## Cot Positions

### Folded Position
For transferring a patient, and transporting in an ambulance



### Low-level
For rolling the cot and transferring a patient



### Mid-level
For rolling the cot and transferring a patient



### High-level
For rolling the cot and transferring a patient



### Loading Position
For folding or loading the cot



## ⚠ WARNING

Rolling the cot in the loading position can cause it to tip. Use a rolling position to roll the cot.

## Operator Considerations

### Skills

- ❑ Operators should have EMT certification (or equivalent) as a minimum.
- ❑ Operators should have a complete understanding of the procedures described in this manual.
- ❑ Operators should have the ability to assist the patient.

### Training

- ❑ Trainees should follow an EMS-approved training plan.
- ❑ Trainees should read this manual, the EMT: Injury Free manual, and view the training video.
- ❑ Trainees should practice using the cot with weight before using it with a patient.

Test each trainee's understanding of cot operation, and keep training records.
A convenient form is provided in this manual on page 26.

### Operator Height and Strength



When loading or unloading the cot, consider the following:

① The operator at the foot end of the cot must be able to lift the cot high enough to provide a 2 in. clearance between the head-end transport wheels and the ground. The undercarriage needs this clearance as it folds and unfolds.

② The lifting height will vary depending on the operator's height. For instance, a 5 ft tall operator will have to raise his or her arms higher than a 6 ft tall operator to provide the 2 in. clearance.

③ The higher the control operator has to lift the cot, the more difficult it becomes to hold the cot. The control operator may need help loading or unloading the cot. See *Using Additional Help* (page 20).

## Using the Cot

Read this section to learn how to use and maintain the cot. Read *Learning about the Cot* and *Operator Considerations* before using this section.

### Guidelines for Use

- The cot is for professional use only.
- Use the cot only as described in this manual.
- Read all labels and instructions on the cot.

> **⚠ WARNING**
>
> **Improper use can cause injury and damage. Use the cot only as described in this manual.**

### Changing Cot Positions

Changing the cot from one position to another requires a minimum of two trained operators. The following instructions speak to both operators.

> **Important**
>
> Both operators should expect (and be prepared to control) the normal downward movement of the cot which occurs when a control handle is squeezed.

When changing cot positions:

- Stand at opposite ends of the cot
- Grasp the mainframe with both hands using an underhand grip
- Lift the cot slightly to support the weight before you squeeze a control handle
- Release your grasp after you are sure the cot is locked in the new position

When changing positions, listen for the audible "click" which occurs when the cot locks. Always check to make sure the cot is locked before you let go of the main frame. To check, release the control handle, and lift the cot until the transport wheels are just off the ground, then lower the cot onto its transport wheels.

Only lift the weight you can safely handle. Use additional help as needed (*Using Additional Help*, page 21).

### Changing from Folded to Loading

Grasp the main frame, and lift the cot straight up at both ends until the undercarriage unfolds and locks in the loading position (Figure J). The auxiliary lock automatically engages.

Check to make sure the cot is locked in position.



**Figure J**

**Using the Cot (continued)**

### Changing Between Loading and High-level

Grasp the main frame, and slightly lift the cot at both ends to take the weight off the undercarriage.

Squeeze the head-end control handle and begin to raise or lower the head end of the cot (Figure K).

As soon as the cot begins to move up or down, release the control handle. Continue to raise or lower the head end of the cot until it locks into position.

Check to make sure the cot is locked in position.



**Figure K**

### Changing Between High-level and Mid-level

Grasp the main frame, and slightly lift the cot at both ends to take the weight off the undercarriage. Squeeze both control handles.

If you are lowering the cot, slightly lower the head end before lowering the foot end (Figure L). If you are raising the cot, raise both ends at the same time.

As soon as the cot begins to move up or down, release the control handle. Continue to raise or lower the head end until the cot locks into position.

Check to make sure the cot is locked in position.



**Figure L**

### Changing Between Mid-level and Low-level

Grasp the main frame, and slightly lift the cot at both ends to take the weight off the undercarriage. Squeeze both control handles.

If you are lowering the cot, slightly lower the head end before lowering the foot end (Figure M). If you are raising the cot, raise both ends at the same time.

As soon as the cot begins to move up or down, release the control handle. Continue to raise or lower the cot locks into position.

Check to make sure the cot is locked in position.



**Figure M**

**Using the Cot (continued)**

## Folding and Unfolding an Empty Cot

When the cot is empty, one trained operator can fold the cot or put it into the loading position.

### Changing Folded to Loading

Grasp the main frame at the foot end, and lift until the undercarriage unfolds and securely locks in the loading position (Figure N). The cot will be up on its loading wheels, and the auxiliary lock will be engaged.

Pull the cot back onto its transport wheels.



**Figure N**

### Changing Loading to Folded

Unlock the auxiliary lock.

Grasp the main frame at the foot end, and tip the cot onto its loading wheels (Figure O).

Support the foot end of the cot, squeeze the foot-end control handle and lower the cot to the folded position.

**Note:** These are the only two position changes that can be done with one operator and an empty cot. All other position changes require two operators.



**Figure O**

## Using the Cot (continued)

### Transferring the Patient to the Cot

Raise or lower the cot to the patient's level (Figure P).  Use the folded position for transferring a ground-level patient.

Lower the side rails and unfasten the restraints.

Transfer the patient onto the cot using EMS-approved procedures.

Raise the side rails and adjust the backrest or shock assembly as needed.

Fasten the restraints across the patient's legs, hips, and chest and shoulders (Figure Q).

Adjust the restraints to safely secure the patient without causing discomfort or impairing circulation.



**Figure P**



**Figure Q**

### ⚠ WARNING

**An unrestrained patient can fall off the cot  and be further injured.  Use the restraints to secure the patient to the cot.**

## Using the Cot (continued)

### Rolling the Cot

Rolling the cot requires a minimum of two trained operators working together. Use additional help as needed for safety (*Using Additional Help*, page 20).

Place the cot in one of the rolling positions (low-level, mid-level, or high-level).

*Foot-end Operator:*
  Grasp the main frame, and push the cot forward (Figure R).

*Assisting Operator:*
  Grasp the main frame and steer the cot.

If the cot is in the **low-level** position, the lead handle can be used to roll the cot.

Roll the cot on smooth, unobstructed surfaces whenever possible. Cross low obstacles (such as door sills) squarely and carefully by lifting and pulling the transport wheels over the obstacle.

Avoid high obstacles (such as curbs) whenever possible. To cross a high obstacle, lift and carry the cot.



**Figure R**

⚠ **WARNING**

**Rolling the cot in the loading position can cause it to tip. Use a rolling position to roll the cot.**

## Using the Cot (continued)

### Loading the Cot into an Ambulance

Loading the cot requires a minimum of two trained operators working together.

To prepare the cot for loading, extend the fold-down frame.

Place the cot into the loading position. Roll the cot into the ambulance until both loading wheels are on the patient compartment floor (Figure S).

*Control Operator:*

  Standing at the foot-end of the cot, grasp and support the main frame using an underhand grasp.

*Assisting Operator:*

  Unlock the auxiliary lock.

*Control Operator:*

  Lift the foot end of the cot until the head-end transport wheels are at least 2 in. off the ground.

  Squeeze the foot-end control handle, and push the cot into the patient compartment. The undercarriage folds as the cot loads into the patient compartment (Figure T).

  Release the foot-end control handle.

*Assisting Operator:*

  Assist the control operator by using the lift handle to lift the undercarriage as the cot loads.

Secure the cot in the cot fastener.



**Figure S**



**Figure T**

---

### Important

To recover from a loading attempt halted by the auxiliary lock, do the following:

1. Release the foot-end control handle.

2. Make sure the auxiliary lock is in the locked position.

3. Return the cot to its transport wheels, and make sure the undercarriage securely locks.

4. Retry the folding or loading procedure.

---

## Using the Cot (continued)

### Unloading the Cot from an Ambulance

Unloading the cot requires a minimum of two trained operators working together.

To unload the cot, release it from the cot fastener.

*Control Operator:*

Grasp the foot end of the cot using an underhand grasp, and pull the cot from the patient compartment. As the cot is pulled out of the patient compartment, the undercarriage unfolds.

Keep the foot end of the cot high enough for the undercarriage to unfold completely and lock. (See *Operator Height and Strength*, page 13).

*Assisting Operator:*

Assist the control operator by using the lift handle to lower the undercarriage as the cot is pulled out of the patient compartment.

Make sure the auxiliary lock is locked and the cot is locked in the loading position

*Control Operator:*

When the undercarriage is unfolded and locked, lower the cot until the transport wheels are on the ground (Figure U).

Pull the cot away from the ambulance until the loading wheels clear the patient compartment floor.

Change the cot to one of the rolling positions before rolling it away from the ambulance.

### Wiping Down the Cot

Wipe down the cot with disinfectant after each ambulance run. See *Maintenance Schedule* for more information (page 21).



**Figure U**



See the reference chart on page 29 for a review of the loading and unloading steps. Use the chart as a training guide.

### ⚠ WARNING

Rolling the cot in the loading position can cause it to tip. Use a rolling position to roll the cot.

**Using the Cot (continued)**

## Using Additional Help

Two trained operators are required to operate the cot. They may need help when working with heavy patients.  The operators should maintain control of the cot and direct the helpers.  The chart below shows suggested placement for operators and helpers.

*Key:*
*O = Operator*
*H = Helper*
*P = Patient*

| Helpers | Changing Levels | Rolling | Loading/Unloading |
|---|---|---|---|
| Two Operators + Two Helpers | | | |
| Two Operators + Four Helpers | | | |

⚠ **WARNING**

**Helpers can cause injury.  Maintain control of the cot, work the control handles, and direct any helpers.**

⚠ **WARNING**

**Helpers can be injured.  Show helpers where to grasp the cot to avoid pinch points.**

Keep the load limit of the cot in mind when working with a heavy patient.



**500 lb (227 kg) Maximum**

**Load Limit**

If you suspect the load limit has been exceeded, inspect the cot for damage.



## Maintenance Schedule

The cot requires regular maintenance. Set up and follow a maintenance schedule.

Follow the maintenance schedule below as a minimum.

> **⚠ WARNING**
>
> **Improper maintenance can cause injury and damage. Maintain the cot as described in this manual.**

| Maintenance | Each Use | As Needed | Each Month |
|---|---|---|---|
| **Clean** the cot (below). | | ● | |
| **Disinfect** the cot (below). | ● | ● | ● |
| **Inspect** the cot (page 22). | | | ● |
| **Wax** the cot (page 22). | | | ● |
| **Lubricate** the cot (page 22). | | | |

When using a maintenance product, follow the manufacturer's directions and read the manufacturer's material safety data sheet.

―――――――――――――――――

Contact Ferno Customer Service to order Ferno cleaners and disinfectants (page 25).

―――――――――――――――――

Keep maintenance records. Use the convenient form on page 27.

## Cleaning the Cot

Remove the restraints and place them in a mesh laundry bag. Machine wash them on cold/cold using a mild detergent. Allow them to air dry.

Remove the mattress. Clean it by hand with warm water, a mild detergent, and a soft cloth. Rinse it with warm water. Towel it dry.

Clean all surfaces of the cot frame with warm water, a mild detergent, and a soft cloth (or a stiff-bristled brush). Rinse it with warm water. Dry it with a towel.

## Disinfecting the Cot

Disinfect all surfaces of the cot including the restraints and the mattress (*Bloodborne Disease Notice*, page 4). Follow the disinfectant manufacturer's directions for use.

> **CAUTION**
>
> **High-pressure water or steam can remove lubricants and cause corrosion. Clean the cot as described in this manual.**

> **CAUTION**
>
> **Bleach, phenolics, and iodine can cause damage. Do not apply products containing these chemicals to the cot.**

## Using the Cot (continued)

### Inspecting the Cot

Have your service technician or an EMSAR® service technician follow the instructions in *Using the Cot* and check the following:

❑ Are all components present?

❑ Are the restraints properly installed?

❑ Do the side rails adjust properly?

❑ Does the shock assembly engage/disengage properly?

❑ Does the backrest adjust properly?

❑ Does the fold-down frame fold/unfold properly?

❑ Does the cot lock into each position?

❑ Does the cot load and unload properly?

❑ Does the auxiliary lock/unlock properly?

❑ Do the transport wheels have some tread?

❑ Are all screws, nuts, and bolts securely in place?

❑ Do all moving parts move freely?

❑ Do the installed accessories work properly without interfering with cot operation?

❑ Is the ambulance properly prepared for the cot?

If the inspection indicates a need to service the cot, see *Repair Parts and Service* (page 23).

### Waxing the Cot

Clean and disinfect the cot before you wax it. Apply a coat of automotive wax to all exposed metal surfaces of the cot. Waxing the cot will make it easier to clean and maintain the appearance of the cot.

### Lubricating the Cot

Lubricate the cot using E-Z-1 lubricant (or 30-weight oil) and the diagram below. Repeat the lubrication points on the other side of the cot.

| CAUTION |
| --- |
| **Improper lubricants can cause damage. Use E-Z-1™ (or 30-weight oil) to lubricate the cot.** |



●Hinge under the Lock Sleeve

●Loading Wheel Bearing

Transport Wheel Bearings

## Repair Parts and Service

Use only Ferno-approved parts and service to maintain the safety and performance of the cot.

### Repair Parts

To order parts or to request help, contact Ferno Customer Service (page 25). For professional cot repair see *Service* (page 24).

| Part # | Description | Qty. |
|---|---|---|
| 1 ..... 090-5335 ... | Caster (Complete) | 1 |
| 2 ..... 090-0060 .. | Wheel (w/bearings/axle bolt/nut) | 1 |
| 3 ... 090-0180 ... | Axle bolt & Nut | 1 |
| 4 ..... 090-5336 .. | Fork | 1 |
| 5 ..... 090-4054 ... | Wheel | 1 |
| 6 ..... 090-5337 .. | Axle bolt & Nut | 1 |
| 7 ..... 090-5148 .. | Scuff Strip (set of 4) | 1 |
| 8 ... 090-0277 ... | Fastener Post | 1 |
| 9 ... 090-5339 ... | Handle, lead | 1 |
| 10 ... 090-5145 ... | Handle, head end | 1 |
| 11 ... 090-5338 ... | Handle, foot end | 1 |
| 12 ... 090-5162 ... | Grip, foot-end handle | 1 |
| 13 ... 090-5165 ... | Grip, head-end handle | 1 |
| 14 ... 090-5340 ... | Head-end Panel | 1 |
| 15 ... 090-5341 ... | Seat Panel | 1 |
| 16 ... 090-5342 ... | Leg Panel | 1 |
| 17 ... 090-5343 ... | Foot Panel | 1 |
| 18 ... 090-5344 ... | Foot-end Cover Plate | 1 |
| 19 ... 090-5153 ... | Bumper w/screw | 2 |

*Not shown*

| | | |
|---|---|---|
| 090-5345 ............ | Labels (complete set) | 1 |
| 031-3576 ............ | 451 Mattress, burgundy* | 1 |
| 031-0315 ............ | Mattress Repair Kit | 1 |
| 031-3062 ............ | 417-1 Restraint (chest)** | 1 |
| 031-2580 ............ | 430 Restraint (hip & leg)** | 1 |

* Also available in orange and white.

** Also available in orange and black.





### ⚠ WARNING

**Improper parts or service can cause injury and damage. Use only Ferno-approved parts and service.**

---

Model 93ES Squadmate Ambulance Cot —————————————————————————— 23

## Parts and Service (continued)

### Service

EMSAR® is the only agent authorized by Ferno to manage, service, and repair Ferno products.

EMSAR factory-trained technicians use Ferno-approved parts and repair procedures.

EMSAR has a franchise location serving you. Phone or fax for details.



1-800-73-EMSAR (Phone)
513-383-1051 (Fax)

## Cot Setup

This section describes the how to set up the cot before placing it into service.

### Restraints, Mattress, and Accessories

Before placing the new cot in service, have a service technician install the restraints, mattress, and any other accessories shipped with the cot.

Follow all the instructions included in the restraints and accessory package(s).

Keep the instructions included in the restraints and accessory package(s) with this manual for future reference.

### Ambulance Considerations

Use this cot with ambulances that meet the Type II requirements of the Federal Ambulance Specification KKK-A-1822 (current version, page 4).

The patient compartment must have a (Figure V):

- 33 in. (84 cm) maximum floor height
- 14 in. (36 cm) maximum bumper extension
- smooth edge on the floor at the rear door
- level floor large enough for the folded cot
- crash-stable fastener installed (not supplied)

If necessary, modify the ambulance to fit the cot. Do not modify the cot or its operating procedures.

**⚠ WARNING**

Attaching improper items on the cot can cause injury and damage. Use only Ferno-approved items on the cot.



**Figure V**

**⚠ WARNING**

Modifying the cot can cause injury and damage. Use the cot only as designed by Ferno.

## Warranty

### Limited Warranty Summary

Ferno-Washington, Inc. (Ferno), warrants the products we manufacture to be free from defects in material and workmanship for one year except as follows:

   (A) External finishes (gelcoat, decals, paint, etc.) are warranted for 90 days.

   (B) Soft goods (webbing, vinyl, fabric, foam, etc.) are warranted for 90 days.

   (C) Repairs and services are warranted for 90 days or until the end of the time period(s) above, whichever comes last.

This limited warranty applies when you use and care for the product properly. If the product is not used and cared for properly, the warranty is void. The warranty period begins the day the product is shipped from Ferno or the day you receive it if you have proof of the delivery date. Shipping charges are not covered by the limited warranty. We are not liable for shipping damages or damages sustained through using the product.

### Limited Warranty Obligation

If a product or part is proven to be defective, Ferno will repair or replace it. At our option, we will refund the product's purchase price. The purchaser accepts these terms in lieu of all damages.

***This is a summary of the limited warranty. The actual terms and conditions of the limited warranty, and the limitations of liability and disclaimers, are available upon request by calling 800-733-3766 or 513-382-1451.***

## Customer Service

Customer service and product support are important parts of each Ferno product.

For assistance with the Model 93ES Squadmate™ Ambulance Cot, contact Ferno Customer Service.



> Ferno-Washington, Inc.
> 70 Weil Way
> Wilmington, Ohio 45177-9371
> Telephone ...... 1-800-73-FERNO
>                        513-382-1451
> Fax ....................... 513-382-1191

Please have the serial number ready when contacting Ferno Customer Service.

Serial Number _____

# 93ES Loading and Unloading Steps

**Quick Reference Chart**



COPY AND USE AS A TRAINING GUIDE

## Loading the Cot

| Control Operator | Assisting Operator |
|---|---|
| **1** Place the cot in its loading position. | |
| **2** Roll the loading wheels on to the ambulance floor. | |
| **3** Grasp the main frame. | Unlock the auxiliary lock. |
| **4** Lift the cot so the head-end transport wheels are at least 2" off the ground. | |
| **5** Squeeze the foot-end control handle, and push the cot into the ambulance. | Using the lift handle, lift and fold the undercarriage. |
| **6** Secure the cot in the cot fastener. | |

## Unloading the Cot

| Control Operator | Assisting Operator |
|---|---|
| **1** Release the cot from the cot fastener. | |
| **2** Grasp the main frame, and pull the cot from the ambulance. Lift the foot end high enough for the undercarriage to unfold completely. | Grasp the lift handle and assist the lowering of the undercarriage. |
| **3** Lower the cot on to its transport wheels. | Make sure the auxiliary lock is locked. |
| **4** Pull the cot away from the ambulance. | |
| **5** Change the cot to one of the rolling positions. | |

# Index

## A

Accessories .............................. 6, 24
Additional Help ............................ 20
Ambulance Considerations .................. 24
Ambulance Requirements ..................... 4
Auxiliary Lock .......................... 9, 18

## B

Backrest ................................. 10
Bloodborne Disease Notice ................. 4

## C

Changing Cot Positions .................... 13
Cleaning the Cot .......................... 21
Components ................................. 7
Cot Positions
    Folded ..................... 11, 13, 15
    Low-level .................. 11, 14, 17
    Mid-level .................. 11, 14, 17
    High-level ................. 11, 14, 17
    Loading ............ 11, 13, 15, 18, 19

## D

Description ................................ 6
Disclaimer ................................. 2
Disinfecting the Cot .................. 19, 21

## E

EMSAR .................................... 24
EMT: Injury Free Manual ................ 2, 12

## F

Fold-down Frame ...................... 10, 18

## G

Guidelines for Use ........................ 13

## H

Helpers ................................... 20

## I

Inspecting the Cot .................... 21, 22

## K

KKK-A-1822 ............................. 4, 24

## L

Lead Handle ............................ 11, 7
Lift Handle ........................... 18, 19
Load Limit ............................. 6, 20

Loading the Cot ........................... 18
Lubricating the Cot ................... 21, 22

## M

Maintenance Schedule ...................... 21
Manual Number .......................... 2, 32
Mattress ............................... 6, 25

## O

OSHA ....................................... 4
Obstacles ................................. 17
Operator
    Height and Strength .................. 12
    Skills ............................... 12
    Training ............................. 12

## P

Parts ..................................... 23
Positions ................................. 11
Proprietary Notice ........................ 32

## R

Restraints ..................... 6, 8, 16, 25
Rolling the Cot ........................... 17

## S

Safety Alerts .............................. 4
Safety Labels .............................. 5
Safety Symbol .............................. 5
Serial Number ............................. 25
Side Rails .............................. 8, 16
Specifications ............................. 6

## T

Transferring the Patient .................. 17

## U

Undercarriage Control Handles .... 9, 13 - 15, 18, 19
Unloading the Cot ......................... 19

## V

Video .................................. 2, 12

## W

Warranty .................................. 25
Waxing the Cot ........................ 21, 22
Wiping Down the Cot ....................... 19

## Proprietary Notice

The information disclosed herein is the property of Ferno-Washington, Inc., Wilmington, Ohio, USA. Ferno-Washington, Inc., reserves all patent rights, proprietary design rights, manufacturing rights, reproduction use rights, and sales use rights, thereto and to any article disclosed therein except to the extent those rights are expressly granted to others or where not applicable to vendor proprietary parts.

**MOTION FOR SUMMARY JUDGMENT
EXHIBIT 7
Cot Technician Paul Bonang's Deposition**

Page 1

```
 1                                    VOLUME: I

 2                                    PAGES: 1-78

 3                                    EXHIBITS: 1-4

 4

 5             UNITED STATES DISTRICT COURT

 6              DISTRICT OF MASSACHUSETTS

 7   - - - - - - - - - - - - - - - - - - - x

 8   JOSEPH H. KORAN, KIMBERLY KORAN,

 9   INDIVIDUALLY AND ON BEHALF OF ANA

10   KORAN, JOSEPH KORAN, JR., AND

11   ERIK KORAN, MINORS,

12                    Plaintiffs,        Civil Action

13      v.                            No. 05-11454-RGS

14   ELIZABETH WEAVER and TOWN OF SHERBORN,

15                    Defendants.

16   - - - - - - - - - - - - - - - - - - - x

17          30(b)(6) DEPOSITION of NORTHEAST EMS

18      ENTERPRISES, INC. By PAUL A. BONANG, JR.

19                    August 15, 2006

20                     2:35 p.m.

21          Law Offices of Carmen L. Durso

22                 100 Summer Street

23               Boston, Massachusetts

24      Reporter: Michael D. O'Connor, RPR
```

Paul A. Bonang, Jr.                                                                08/15/2006

| | | | |
|---|---|---|---|
| | Page 2 | | Page 4 |

**Page 2**

1   APPEARANCES:
2
3      LAW OFFICES OF CARMEN L. DURSO
4      By Carmen L. Durso, Esq.
5      175 Federal Street
6      Boston, Massachusetts 02110
7      (617)728-9123
8      For the Plaintiffs.
9
10     PIERCE, DAVIS & PERRITANO, LLP
11     By Michael D. Leedberg, Esq.
12     Ten Winthrop Square
13     Boston, Massachusetts 02110
14     (617)350-0950
15     For the Town of Sherborn.
16
17
18
19
20
21
22
23
24

**Page 4**

1                P R O C E E D I N G S
2
3            PAUL A. BONANG, JR.
4
5   having been satisfactorily identified by the
6   production of his driver's license, and duly sworn
7   by the Notary Public, was examined and testified as
8   follows:
9
10         MR. DURSO:  The same stipulations?
11         MR. LEEDBERG:  Yes.  That's fine.
12              DIRECT EXAMINATION
13   BY MR. DURSO:
14     Q.   Have you ever had a deposition before?
15     A.   No.
16     Q.   When this deposition is done, this
17   gentleman is going to type up a transcript.  You
18   have the opportunity, if you want, to read that over
19   and make any corrections.  Would you like to do
20   that?
21     A.   Yeah, I guess.  Why not?
22     Q.   It's up to you.  You don't have to do it.
23   It's not like homework.  It's strictly your choice?
24     A.   Yes, I might as well take a copy.

**Page 3**

1                I N D E X
2   Deposition of:      Direct Cross Redirect Recross
3   PAUL A. BONANG, JR.
4   By Mr. Durso          4         72
5   By Mr. Leedberg            50
6
7                E X H I B I T S
8   No.                              Page
9   1  Documents produced by witness          10
10  2  Documents produced by witness          27
11  3  Model 93ES Squadmate Ambulance Cot User's
12     Manual                                 30
13  4  EMSAR Equipment Report                 61
14
15     (Mr. Durso has retained the original exhibits)
16
17
18
19
20
21
22
23
24

**Page 5**

1     Q.   I will get the original and I will send it
2   off to you.
3          Could you do that within 30 days after you
4   get the transcript?
5     A.   Yes.
6          MR. DURSO:  So we will have the usual
7   stipulations, and the deponent will have 30 days to
8   read and sign, and we'll waive the notarization.
9          MR. LEEDBERG:  Yes.
10    Q.   State your name for the record.
11    A.   Paul Anthony Bonang, Jr.
12    Q.   What's your address, please?
13    A.   214 Asylum Road, Warwick, Rhode Island
14  02886.
15    Q.   What's your date of birth?
16    A.   9/24/74.
17    Q.   Social Security number?
18    A.   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.
19    Q.   Is there a telephone number where we can
20  reach you?
21    A.   The house?  I always have my cellphone, so
22  it's 774-991-0132.
23    Q.   That's your cell?
24    A.   Yes.

2 (Pages 2 to 5)

Paul A. Bonang, Jr.

08/15/2006

Page 6

1    Q.  This is a deposition, and you said you
2  haven't ever done this before, right?
3    A.  That's correct.
4    Q.  I sent a 30(b)(6) notice, a particular kind
5  of notice, to Northeast EMS Enterprises, Inc., and
6  you're here in response to that?
7    A.  That's correct.
8    Q.  One of the things we asked was for the
9  production of certain documents.  Did you bring some
10  documents with you?
11    A.  Yes, I did.  They are not in any order
12  right now.
13    Q.  Could we take a look at that to see what
14  you brought for documents, to see what we want to
15  copy and not copy?
16    A.  Sure.
17    Q.  I'm going to ask you some questions about
18  yourself while we're getting the documents copied.
19  Are you a high school graduate?
20    A.  Yes.
21    Q.  What year did you graduate?
22    A.  It's actually a GED.
23    Q.  After your GED, did you have some sort of
24  specialized training?

Page 7

1    A.  I went to school in Ohio for cart repair,
2  stretcher repair.
3    Q.  Tell me about that, please?
4    A.  It was a one-week course.
5    Q.  Who gave the course?
6    A.  It was EMSAR Corporation, which is a sister
7  company to Ferno.
8    Q.  So EMSAR gave you training?
9    A.  Yes.  It's basically a week certification.
10  Most of the training is on site at the New England
11  office with the technicians there.
12    Q.  Okay.  Tell me about Ferno and EMSAR, if
13  you would, please?
14    A.  The owner of Ferno, his son is actually the
15  president of EMSAR.
16    Q.  When I looked at the records for EMSAR, I
17  got the name of a woman who called me, Laurie?
18    A.  She's the franchise owner of EMSAR New
19  England.  EMSAR as a whole is a franchise.  There's
20  30 franchises throughout the country, and she is the
21  president of the New England franchise.
22    Q.  So Ferno is the manufacturer of this
23  equipment?
24    A.  Correct.

Page 8

1    Q.  Then is Laurie's corporation connected with
2  EMSAR a national corporation?
3    A.  Is her company do you mean?
4    Q.  Northeast.
5    A.  Northeast EMS is, yes.  That's all included
6  in one business.
7    Q.  Is there one company whose name is just
8  EMSAR?
9    A.  That's correct.  They are in Ohio.
10    Q.  Okay.
11    A.  That's the corporate office.
12    Q.  Ferno is in Ohio, too, isn't it?
13    A.  That's correct.
14    Q.  Now, are Ferno and EMSAR maintained as
15  separate companies?
16    A.  Yes.  We are the only factory authorized
17  repair for Ferno.
18    Q.  EMSAR?
19    A.  Correct.
20    Q.  Is there any sort of licensing that you
21  have to go through in order to work on this
22  equipment?
23    A.  You have to be factory certified.
24    Q.  But does any state or any governmental

Page 9

1  agency license the people would work on this stuff?
2    A.  Not to my knowledge, no.  I do know that
3  nobody can just buy parts, certain parts for that
4  piece of equipment.  We are the only company that
5  can get parts.  So they would have to make their own
6  parts.  There are other companies out there that
7  perform this type of work, and they call us all the
8  time for parts, and we cannot sell them as part of
9  our franchise agreement.
10    Q.  Okay.  When Ferno sells a piece of
11  equipment, apparently they say in their booklets
12  that EMSAR, or the various franchisees, are the only
13  people who can work on the equipment; is that right?
14    A.  That's correct.
15    Q.  How long have you been working for
16  Northeast EMS Enterprises?
17    A.  A little over four years now.
18    Q.  Before you did that, were you working in
19  this field or doing something else?
20    A.  Doing something else.
21    MR. DURSO:  What I'm going to do is mark
22  all of these as one exhibit shall and we'll deal
23  with individual pages after that.
24

3 (Pages 6 to 9)

Paul A. Bonang, Jr.                                                                08/15/2006

Page 10

1         (Document marked as Exhibit 1
2         for identification)
3         Q.   What I would like to do, first off, if we
4    could, is just have you go through each page, and
5    tell me what that page is.  Can we do that?
6         A.   Okay.  This page here --
7         Q.   The first page?
8         A.   Yes.  This is the initial call sheet, to
9    the best of my knowledge anyway, and that was taken
10   by my boss at the time, who has since passed away.
11        Q.   Who was that?
12        A.   Randy Silviera.  That's the woman who
13   called you yesterday, that's her husband.  The top
14   part -- I'm not actually sure how who filled this
15   out, but I definitely know that where the model of
16   equipment and where it says question of repair,
17   93/29 -- actually, Model 93 is the stretcher in
18   question.
19        Q.   I'm going to ask you about model numbers
20   later.  We are talking here about the model or the
21   stretcher at the Town of Sherborn that was involved
22   in this particular accident; is that right?
23        A.   That's correct.
24        Q.   I will ask you to explain later about the

Page 11

1    model numbers.
2         A.   All right.
3         Q.   Let's just go through the documents for
4    now.  There's no date filled in at the top of this?
5         A.   No.  Or a serial number.
6         Q.   So how do we know when this was filled out?
7         A.   There's no way of telling.
8         Q.   The only date I see here is "Please call
9    2/12/03."  Do you know what that means?
10        A.   That's me.  I wrote that.  That's a
11   follow-up.  I was on site, and that's what the
12   customer asked after we had left.  While I was on
13   site, he had asked me for that.
14        Q.   When were you first involved with this
15   stretcher?
16        A.   February 11, '03.  This is actually a
17   vehicle inspection sheet, and it takes care of
18   everything that's involved in the ambulance.  This
19   paper right here is the actual inspection sheet on
20   the stretcher itself.
21        Q.   We'll get there.  The second page is your
22   certification?
23        A.   That's correct.
24        Q.   When was this issued?

Page 12

1         A.   Actually, this one was issued in January of
2    '06.  They renew them every year.
3         Q.   Okay.  What's the next page?
4         A.   Everything we dealt with, with the Town of
5    Sherborn, from the first date to now.  February 13,
6    '03 is when the invoice was sent out, but February
7    11th is the actual date.
8         Q.   Okay.  The first invoice on the memo says,
9    "PMB2."  What does that mean?
10        A.   That's a preventive maintenance.  Bronze
11   would be the B, and that's the lowest form of
12   preventive maintenance that we do.  The two is the
13   actual zone they are in according to our shop.
14        Q.   Geographic zone?
15        A.   Yes.
16        Q.   The next invoice is 3/26/03.  What does
17   that memo indicate?
18        A.   Install accessories.  When I was on site,
19   they had asked for a couple of accessories, which
20   I'm not -- I know one of them was an 02 holder for
21   an oxygen bottle holder.  The other one, I think,
22   might have been -- I'm not sure, a net or something.
23   I think I do have that paperwork also.  Yes, it was
24   just for the oxygen bottle holder and a stow net.

Page 13

1    It goes underneath the head of the stretcher for
2    gloves and equipment and stuff for the operator.
3         Q.   Then June 25, 2004, it says "PMB2" again?
4         A.   Yes.  That's actually a little over a year
5    later.  That's another preventive maintenance.
6         Q.   What does "preventive maintenance" mean?
7         A.   As far as?
8         Q.   As far as the work you did.  This top one,
9    this is the stretcher we are interested in, right,
10   the 93ES; is that correct?
11        A.   Correct.
12        Q.   V1 number A-1, that's something different?
13        A.   That's their vehicle.
14        Q.   That's the ambulance itself.  So on the
15   same dates that you were doing the two preventive
16   maintenance inspections, you were also doing vehicle
17   inspections?
18        A.   That's correct.
19        Q.   Why is that?
20        A.   What we do when we do that is we look at
21   all the equipment, the scoop, certain different
22   pieces of equipment.  The lock that actually holds
23   the stretcher in the ambulance, we look at that to
24   make sure nothing is worn or broken, and if it needs

4 (Pages 10 to 13)

Paul A. Bonang, Jr.

08/15/2006

Page 14

1  to be replaced, replace that, and also the stair
2  chair.  There's a chair in the ambulance that they
3  use to carry patients down the stairs.  We want to
4  make sure nothing is broken with that.
5      Q.  What's a scoop?
6      A.  A scoop is what they use if somebody is on
7  the ground, back injury or something, they will take
8  them and it opens up and you can scoop them right up
9  without having to move them, and just put them right
10  on the stretcher.
11     Q.  So the 2/13/03, is that the earliest
12  billing that you have for the Town of Sherborn?
13     A.  That's correct.  We did not do anything, to
14  my knowledge, before that.
15     Q.  The next page?
16     A.  The next page, this is the actual bronze
17  service level that is the actual PMB2 that you saw
18  on the previous page, and this is what it includes.
19     Q.  What's the next page?
20     A.  It looks like it might have been a PO
21  number from the Town of Sherborn.  This is something
22  the office would know better about than I would.
23     Q.  How about the next page, the one that says
24  "Invoice"?

Page 15

1      A.  This is the actual bill they receive in the
2  mail for the vehicle inspection.  The stretcher is
3  not on this one.  It's two different ones.
4      Q.  This is just for the vehicle itself?
5      A.  That's correct.
6      Q.  The next page?
7      A.  This is my sheet that I fill out on site
8  according to the vehicle inspection that's been
9  performed.
10     Q.  This relates only to the vehicle itself?
11     A.  That's correct.  I don't know if your copy
12  is that great.  Mine isn't that great.  If you see
13  in the upper left-hand corner, it almost says "stair
14  chair," and it's kind of cut off.  If you look in
15  the next column, you can see it better.
16         MR. LEEDBERG:  Could we go off the record
17  for a second?
18         MR. DURSO:  Sure.
19         (Discussion off the record)
20     Q.  So this sheet we're looking at here now,
21  those reference numbers do not relate at all to the
22  stretcher; is that right?
23     A.  That's correct.
24     Q.  All right.  So the next invoice, is this

Page 16

1  the invoice for the stretcher?
2      A.  Yes.  This is the actual preventive
3  maintenance that was performed on the stretcher, the
4  actual bill that they receive in the mail.
5      Q.  The third item code, "NE-SM," and it says
6  in the description small hardware charge.  Can you
7  tell me what that is?
8      A.  Any time we go through the stretcher and
9  find broker screws, broken roll pins, any hardware
10  that has to be replaced, it just gets put under that
11  general small hardware package.
12     Q.  Did you find something that fit into that
13  category?
14     A.  That's pretty much a standard we put on
15  every single stretcher.  It also includes liquids,
16  oils, cleaning fluids.
17     Q.  But is there some way of knowing
18  specifically what it was you did for that particular
19  item?
20     A.  Well, the next one, if you look, is
21  auxiliary lock lever and hardware, that's a kit that
22  was replaced on site.
23     Q.  Okay.  What is the auxiliary lock lever and
24  hardware do?

Page 17

1      A.  The auxiliary lock lever, that prevents the
2  stretcher from collapsing if somebody was to squeeze
3  the handle at the foot end of the stretcher without
4  help from another operator at the head of the
5  stretcher.
6      Q.  So there are handles at the end which, if
7  you squeeze them, that will allow the stretcher to
8  go down?
9      A.  Correct.
10     Q.  But if this auxiliary lock lever is in
11  place, that won't occur when you squeeze them?
12     A.  That's correct.
13     Q.  That was replaced?
14     A.  Correct.
15     Q.  Okay.  Why was that one replaced?
16     A.  Again, you know, this is three and a half
17  years ago.  I would assume because it was bent or
18  broke.  That had to be the reason why I changed
19  that.  I'm trying to remember.
20     Q.  Okay.  Was the next sheet?
21     A.  The next sheet is actually a parts list.
22  It's basically for office use, secretary use, so she
23  doesn't have to look up all the part numbers, and
24  that's for the next sheet in line, the actual

5 (Pages 14 to 17)

Paul A. Bonang, Jr.                                                        08/15/2006

Page 18

1  inspection sheet of the stretcher.
2      Q.   The lower right-hand corner, there are two
3  items that are marked in.  Could you tell me what
4  those two items mean?
5      A.   Bottom right-hand corner of the parts list
6  where it says "Labor Hours"?
7      Q.   Right here.
8      A.   That's the small hardware package, which is
9  the first one.
10     Q.   Okay.  Again, could you tell me what that
11 package is?
12     A.   Just various nuts, bolts, screws, roll
13 pins.
14     Q.   But things, other than the other items that
15 are listed here?
16     A.   Correct.  We don't inventory all nuts and
17 bolts and screws.  So that gets put as a hardware
18 package.
19     Q.   Okay.  Then the thing that says 090-5437,
20 that's the auxiliary lock lever and hardware?
21     A.   That's correct.
22     Q.   What's the next sheet?
23     A.   The actual inspection of the stretcher that
24 was performed on that date.

Page 19

1      Q.   Was this all written by you?
2      A.   Correct.
3      Q.   So the model is a 93ES; is that right?
4      A.   That's right.
5      Q.   You said something before about the model
6  being a Model 23?
7      A.   No.  There's also a Model 29, which is an
8  older version of this stretcher, which is no longer
9  in production.  They discontinued the model 29 and
10 now make the Model 93.  It's still current to this
11 date.
12     Q.   What does the 93 mean?
13     A.   It's the actual model number.  There's
14 nothing, to my knowledge, of why they came up with
15 that number.
16     Q.   It's not the year it was put in service?
17     A.   No.  The actual serial number is how you
18 can figure out the date.  I wouldn't even know the
19 date of the stretcher about I looking at I have.  I
20 have to look at the serial number chronology.
21     Q.   What does that serial number tell you?
22     A.   I believe it was in 19 -- I did look at the
23 number.  I should have brought that sheet.  That's
24 something I can have faxed over here, too, if you

Page 20

1  need that.
2      Q.   If you could, that would be helpful.  Can
3  you tell us from memory what you believe the year of
4  manufacture was?
5      A.   Yes, I did look at that.  I believe it was
6  six years previous to this date.  So '97.
7      Q.   So certain serial numbers were manufactured
8  certain years; is that what you do?
9      A.   That's correct.
10     Q.   So you have to look at that list --
11     A.   It would say serial number 400,000 to
12 500,000 would be in that same year, January to
13 December.
14     Q.   The A1 is a listing of the actual ambulance
15 that it was in; is that right?
16     A.   Correct.
17     Q.   The date 2/11, is that the date you
18 actually did the inspection?
19     A.   That's correct.
20     Q.   You just put your first name and your last
21 initial when you signed these forms?
22     A.   Yes.
23     Q.   It says "Schedule Maintenance."  Had this
24 inspection been scheduled sometime prior to the

Page 21

1  incident that we're involved with here or did you
2  get a call because there was an incident?
3      A.   We got a call on the seventh, and there's
4  paperwork somewhere that says that.  That's actually
5  in the computer, in Quick Books under "Notes."  My
6  boss used to put little footnotes.
7      Q.   Is it possible to get a printout of that
8  note?
9      A.   I believe so.  Do you want me to call her
10 now and get the serial number chronology sent over
11 and that?
12     Q.   Sure.
13        (Discussion off the record)
14     Q.   Tell me about this form?
15     A.   Basically, what we do is go through the
16 entire stretcher, according to each box, and we
17 check that, what pertains in that box, you know,
18 with the stretcher.  If we find anything as we're
19 checking out these sections of the stretcher, we
20 would note that we found problems, and label that
21 within the appropriate boxes.
22     Q.   Now, the boxes where you checked pass or
23 fail, that's after you've gone through your job,
24 right?

6 (Pages 18 to 21)

Paul A. Bonang, Jr.                                                                      08/15/2006

Page 22

1    A.   That's correct.
2    Q.   After you made any repairs that need to be
3  made, right?
4    A.   That's correct.
5    Q.   The left-hand side would be the column
6  where you would make note of any problems; is that
7  correct?
8    A.   That's actually where the quantity of parts
9  go in, the little dashes before each.
10   Q.   But if you found something that wasn't
11  working properly, where would you note it?
12   A.   Most of the times I would put that in
13  "Technician Comments."
14   Q.   Where is that?
15   A.   The bottom left.
16   Q.   There's nothing there, though?
17   A.   No.
18   Q.   Does that mean you didn't find any
19  problems?
20   A.   I did find a problem, because I replaced
21  the lock lever. So I must have found a problem with
22  the lock.
23   Q.   Okay. Where does that appear in here,
24  which section of that?

Page 23

1    A.   That is the actual fourth column on the
2  page, halfway down, the safety lock assembly, where
3  it's circled.
4    Q.   Under "Control Assembly," did you write
5  something there and then it got scratched out?
6    A.   Yes. I put the auxiliary lock lever in
7  there, and then I realized there's "Actual Safety
8  Lock Assembly." So I just moved that into the
9  proper column.
10   Q.   That's why you crossed it out?
11   A.   Correct.
12   Q.   Who put the circle around "Safety Lock
13  Assemblies"?
14   A.   That I'm not sure of. I would be
15  speculating.
16   Q.   Under "Safety Lock Assemblies" where it
17  says "Prerepair," what's checked off is "Lock
18  Levers," and next to that is a one and a circle
19  around it. Is that your writing?
20   A.   Yes.
21   Q.   What does that indicate?
22   A.   Quantity one, one lock lever.
23   Q.   And is that an indication that that needs
24  to be taken care of?

Page 24

1    A.   That that was replaced, yes.
2    Q.   Why is "Good" checked off?
3    A.   I don't know.
4    Q.   That seems to be, if I'm not mistaken, and
5  I could be, but that seems to be the only box you
6  filled in where pass or fail isn't checked off?
7    A.   Yes. I missed that one.
8    Q.   In the upper right-hand corner where you've
9  got "Technician Evaluation," prerepair is checked
10  off "Good" and "Post Repair" is checked off "Good."
11  Is that a reflection of the fact that you did the
12  work?
13   A.   Say that again.
14   Q.   You've got "Good" checked off both
15  "Prerepair" and "Post Repair." Since you did work
16  on it, wouldn't that indicate that there was
17  something that had to be done?
18   A.   Yes. Actually, I made a mistake there.
19  Prerepair should be in fair or unacceptable
20  condition, and post repair would be in the good.
21   Q.   The quality assurance evaluation, where
22  everything passes, this is after you've done your
23  work?
24   A.   That's correct.

Page 25

1    Q.   Let's go to the next pages. The next two
2  pages, is this a list of what you do as part of your
3  process?
4    A.   Yes. I did not put this folder together,
5  so I didn't really have time to review it. I'm
6  reading it as we go along.
7    Q.   Okay.
8    A.   Actually, no. This is no good. This is
9  for a hospital bed.
10   Q.   So this doesn't relate, these two pages?
11   A.   No.
12   Q.   Okay. The next page after those two looks
13  like the purchase order from the town for the
14  subsequent year -- no, I'm sorry. This is also --
15   A.   This must have been for the accessories.
16  Yes, 14939 is the invoice number, and that invoice
17  was for accessory installation.
18   Q.   This is the oxygen bottle and the stow
19  thing you told us about before?
20   A.   Correct.
21   Q.   And then the invoice is the next page, I
22  guess, right?
23   A.   That's correct.
24   Q.   The next page after that?

LegaLink Boston, A Merrill Communications Company
(617) 542-0039

Paul A. Bonang, Jr.                                                      08/15/2006

Page 26

1       A.   This is my actual sheet while I was on site
2   installing the accessories.
3       Q.   Did we see a similar sheet for the other
4   work that you did?  I guess I don't remember seeing
5   it?
6       A.   A similar sheet?  I'm sorry.
7       Q.   A similar sheet when you did the other
8   work?
9       A.   When I did the preventive maintenance work?
10      Q.   Yes.
11      A.   That was that sheet we went through.
12      Q.   With the boxes?
13      A.   Yes.
14      Q.   Instead of one that looked like this?
15      A.   Yes.  This is just a quick repair sheet.
16      Q.   Okay.
17      A.   This wasn't a preventive maintenance at
18  this time.
19      Q.   Okay.
20      A.   That hadn't been done.
21      Q.   All right.
22           MR. DURSO:  Could you mark these three
23  sheets as Exhibit 2.
24

Page 27

1           (Document marked as Exhibit 2
2           for identification)
3       Q.   I know we said those don't apply, but would
4   you put them back in where we were so we keep all
5   the documents together.
6           Okay, on Exhibit 2.  So this customer note
7   sheet, this is the note that indicates that you've
8   got a call for service on February 7th?
9       A.   Correct.
10      Q.   Then the next sheet is serial numbers, and
11  we need to look at the serial number which is
12  L443983?
13      A.   It actually falls in January of '96 to
14  December of '96.
15      Q.   Okay.  Now, when you get a call for
16  something like this, do you talk to the people who
17  actually work with the equipment?
18      A.   Yes and no.  When I get on site, sometimes
19  they are there.
20      Q.   Okay.  Do you remember whether you did in
21  this case?
22      A.   No.  I do not recall.
23      Q.   Did somebody tell you that an individual
24  being carried said he was injured as a result of

Page 28

1   equipment failure?
2       A.   Not to my knowledge, no.
3       Q.   So what were you looking for?
4       A.   Anything at that point.  It is preventive
5   maintenance, so we go through the entire stretcher
6   front to back and make sure nothing is broke or
7   nothing is loose, and make sure everything is
8   working properly.
9       Q.   So as sit here today, you don't have any
10  memory of someone saying to you, we had a
11  malfunction with this stretcher, and that's why
12  we're having you do this?
13           MR. LEEDBERG:  Object on form.
14      A.   I try and remember, but I would be guessing
15  as to remembering what he said.  Vaguely I remember
16  someone telling me that something was bent, and they
17  tried to straighten it out, and he had showed me the
18  lever.  Again, I'm just trying to remember, and I'm
19  not sure if that was the actual place.  That's
20  probably 3,000 stretchers ago.
21      Q.   So do you remember who it was you talked to
22  or is that noted anywhere in these records?
23      A.   I believe it was a guy that pulled up in a
24  landscaping truck.  It's a non-staffed fire

Page 29

1   department.
2       Q.   Call fire department?
3       A.   Yes.  Again, I'm guessing, but I'm pretty
4   sure it was a landscaping truck, and he's the one
5   who actually let me in.
6       Q.   Looking at this form, does that help you
7   remember what you saw that caused you to replace
8   that equipment?
9       A.   Well, I know that I wouldn't have just
10  replaced that safety lock lever if nothing is wrong
11  with it.  I know that.  So there obviously was
12  something wrong with it for me to replace that.  I
13  had replaced some previous to that on other
14  stretchers, and even after that.
15      Q.   Why had you replaced the others?
16      A.   For bending them, breaking them.
17      Q.   Is this a piece of the equipment that gets
18  a lot of usage?
19      A.   Yes.  Every time it goes in and out of the
20  truck.  They need to unlock it in order to get it in
21  the vehicle.  It's basically the only purpose that
22  that serves.
23      Q.   Are you familiar with this?
24      A.   Yes.

8 (Pages 26 to 29)

Paul A. Bonang, Jr.                                                                            08/15/2006

Page 30

1     Q.   Is there somewhere in here, in the
2   diagrams, where you can show me where you're talking
3   about?
4     A.   Right there.
5     Q.   Where it says "Auxiliary Lock"?
6     A.   Yes.  There might be a better picture of
7   it, but that's only an owner's manual and not a
8   service manual.
9     Q.   So there's a service manual somewhere that
10  shows this stuff better?
11    A.   That's correct.  I can also have that faxed
12  over, too.
13    Q.   If you could, it might be helpful so we
14  know we are talking about the same thing.  Could you
15  do that?
16    A.   Yes.
17        MR. LEEDBERG:  For the record, we're
18  referring to what?
19        MR. DURSO:  Page 7 of the Model 93ES
20  Squadmate Ambulance Cot user's manual.
21        (Discussion off the record)
22        (Document marked as Exhibit 3
23         for identification)
24    Q.   This Exhibit 3, it's the user's manual, and

Page 31

1   we're going to be looking at Page 7, at least
2   initially.
3     A.   I don't know if I got myself in trouble,
4   but that tech manual is strictly confidential.
5     Q.   We'll agree it won't be given to anybody
6   else.
7         MR. LEEDBERG:  Yes, we'll agree to that,
8   too.
9     Q.   What I want to ask you is this.  There's a
10  foot end and a head end shown in that diagram?
11    A.   Correct.
12    Q.   Am I correct in understanding that when you
13  put the patient into the vehicle, the loading wheels
14  at the head end go in first?
15    A.   That's correct.
16    Q.   And the loading wheels are supposed to be
17  at the level of the floor in the back of the vehicle
18  where you load the patients, right?
19    A.   That's correct.
20    Q.   When the stretcher is brought up there, is
21  the angle device at the bottom of the undercarriage
22  what pushes against the vehicle and folds the
23  undercarriage up?
24    A.   Correct.  That hits the bumper of the

Page 32

1   ambulance.
2     Q.   Then coming out, what happens?
3     A.   When they come out, the legs automatically
4   fold down and lock.
5     Q.   What makes them do that?
6     A.   They are free floating.  So as they are in
7   the ambulance, they are up against the actual
8   mainframe, they are folded up underneath the
9   mainframe, and as they wheel it out, gravity will
10  take the legs back down.
11    Q.   No spring, just gravity, right?
12    A.   No spring.
13    Q.   And --
14    A.   It is under some spring tension, but that's
15  not what actually drops the legs right back down.
16    Q.   So it comes back up with the foot end that
17  comes out first, right?
18    A.   Correct.
19    Q.   Now, if the auxiliary lock is not engaged,
20  when the stretcher comes out, the legs fall down
21  into position, and they will lock in position; is
22  that right?
23        MR. LEEDBERG:  Objection to the form.
24    A.   I would say so.  Yeah, they would.

Page 33

1     Q.   Okay.
2     A.   More if somebody was squeezing that actual
3   undercarriage control handle.  Somebody actually has
4   to be squeezing that undercarriage control.
5     Q.   When it comes up?
6     A.   Yes.  For it to drop.
7     Q.   And when it comes down, does it lock into
8   position?
9     A.   Yes, it does automatically.
10    Q.   And if you squeeze the undercarriage
11  control handle after it locks into position, what
12  happens?
13    A.   If the auxiliary lock is locked or
14  unlocked?
15    Q.   I'd like to know both ways.
16    A.   If the auxiliary lock is locked, you
17  squeeze the handle and nothing will happen.  If it's
18  unlocked, the stretcher will collapse.
19    Q.   If the auxiliary lock is malfunctioning in
20  some way, what happens?
21    A.   If the auxiliary lock is bent in any form,
22  and it is in the unlocked form and somebody squeezes
23  that handle, and they are pushing against something,
24  if they are wheeling it in the direction of the head

9 (Pages 30 to 33)

Paul A. Bonang, Jr.                                                                                          08/15/2006

Page 34

1    end, then, yes, the legs will fold under.
2       Q.   In terms of the amount of time it will take
3    the legs to fold under, is it instantaneous or slow?
4       A.   It's instantaneous.
5       Q.   Is there any device that would allow the
6    stretcher to come down to the ground slowly?
7          MR. LEEDBERG:  Objection as to form.
8       A.   There would have to be two operators.  You
9    really can't see a good picture of it here.  But at
10   the head end, if I was standing facing the stretcher
11   at the head end, on the right-hand corner, there's a
12   handle there for the other operator.  Squeeze that
13   handle, along with the operator at the foot end,
14   simultaneously squeezing that handle and lowering
15   the stretcher down will get that into multi-level
16   bed positions.
17      Q.   That requires two operators to be
18   intentionally bringing it down slowly?
19      A.   Correct.
20      Q.   And if they are not doing that, it will
21   fall down without anything slowing its fall; is that
22   a fair statement?
23         MR. LEEDBERG:  Objection as to form.  You
24   can answer.

Page 35

1       A.   If they are both squeezing that handle and
2    they don't lift, yes, the stretcher will collapse.
3       Q.   Okay.  So there's no piston, spring or
4    device that makes it fall down slowly?
5       A.   No.
6       Q.   It's designed to go up and go down quickly,
7    I assume; is that right?
8          MR. LEEDBERG:  Objection as to form.
9       A.   Yes.
10      Q.   Okay.  I think I understand.  On Page 9,
11   the top of that page, that's the auxiliary lock we
12   were talking about?
13      A.   That's correct.
14      Q.   When that device is in the locked position,
15   that will keep the legs from folding even if the
16   head end control handles are pressed?
17      A.   No.  The foot end.
18      Q.   I'm sorry, the foot end.  If the foot end
19   handle is squeezed, the auxiliary lock will prevent
20   the legs from collapsing; is that correct?
21      A.   Correct.
22      Q.   What about the handle in the head end?
23      A.   The head end will only drop down six
24   inches.  The handle at the head end of the stretcher

Page 36

1    is mainly used for taking it from a load position,
2    which means loading it into the ambulance, taking it
3    out of that load position and dropping it down into
4    a bed position.
5       Q.   Okay.
6       A.   The actual head end has to lower first,
7    because the stretcher is actually, when it's in the
8    load position, it's on an angle, the head end being
9    the highest for the load wheels to clear the back.
10   They cannot lower that down into bed positions until
11   the head end is equal with the foot end.
12      Q.   On Page 11, is that the loading position
13   you're talking about?
14      A.   Yes.  You can see how the head is clearly
15   higher.
16      Q.   When you're coming out of the ambulance,
17   does the cart go immediately to the loading
18   position?
19      A.   Yes, it does.
20      Q.   Then the head end has to be pressed to
21   bring it to the high level position?
22      A.   That's correct.
23      Q.   When it's at the high level position, can
24   it be lowered any further by pressing the head end

Page 37

1    handle?
2       A.   No.  Again, that's classified
3    documentation.
4       Q.   We won't give it to anyone.  To lower it
5    further, do you have to press the foot end?
6       A.   That's correct.
7       Q.   Now, if the auxiliary lock is locked, can
8    you go from the loading position to the high level
9    position?
10      A.   Yes.
11      Q.   If the auxiliary lock is in position, can
12   you lower it any further?
13      A.   Yes.  If it is locked in the locked
14   position, two operators, if they both squeeze that
15   handle, are able to lower that into bed positions.
16      Q.   You have to squeeze both ends?
17      A.   Yes.
18      Q.   If the auxiliary lock is bent and is not
19   effective, what happens when you pull the head end
20   lever?
21      A.   I don't recall, to be honest with you.
22      Q.   What happens if you pull the foot end
23   lever?
24      A.   It will collapse.

10 (Pages 34 to 37)

Paul A. Bonang, Jr.                                                          08/15/2006

Page 38

1    Q.   To the folded position that's shown there?
2    A.   It will fold all the way down to the low
3    level position.
4    Q.   The one that says "Folded Position"?
5    A.   Yes, it will.
6    Q.   So looking at the 93ES loading and
7    unloading steps that's Page 30, I believe.
8         MR. LEEDBERG:  It seems like we go from 25
9    to 30.  Is yours the same?
10        MR. DURSO:  Yes.
11   Q.   Where it says "Unloading the Cot," do you
12   see those steps there?
13   A.   Yes.
14   Q.   Do those correctly state the sequence in
15   which these ought to be done?
16        MR. LEEDBERG:  I'm going to object to this
17   line of questioning, because I don't necessarily
18   accept that he is an expert on using the cot.
19   Q.   Are you the appropriate person to talk to
20   with regard to the unloading procedure?
21   A.   Yes.
22   Q.   Are you trained in this technique?
23   A.   No.
24   Q.   Are you trained in the function of the

Page 39

1    stretcher while someone is going through this
2    particular process?
3    A.   Correct.
4    Q.   So do I correctly understand that through
5    the process of unloading, the auxiliary lock is
6    supposed to remain unlocked until you get the cot
7    away from the ambulance?
8    A.   That's supposed to remain locked until it
9    goes back into the ambulance.
10   Q.   When you're unloading it?
11   A.   That's in the locked position.  When you
12   pull the stretcher out of the ambulance and the
13   wheels go back down to meet the ground, and that
14   latches in, that auxiliary lock lever locks.
15   Q.   It locks automatically?
16   A.   Yes.  So now the stretcher is able to be
17   moved around.  When they load the patient up and
18   they are going to go back into the ambulance, the
19   load wheels go back onto the ambulance, and then the
20   auxiliary lock lever is to be unlocked, once the
21   load wheels are firmly on the floor of the
22   ambulance.
23   Q.   So putting it in requires you to manually
24   unlock the auxiliary lock?

Page 40

1    A.   That's correct.
2    Q.   But coming out, the wheels dropping
3    automatically pulls the auxiliary lock into the
4    locked position?
5    A.   That's correct.
6    Q.   If it's functioning correctly, then it
7    can't drop, because the auxiliary lock is in place?
8    A.   That's correct.
9    Q.   But if it's not locked for some reason or
10   if it's bent and doesn't lock, that's the way in
11   which they could drop down to the lowest level?
12   A.   If the foot end handle is squeezed, yes.
13   Q.   Okay.  So in order for the stretcher to
14   drop, two things have to happy, the auxiliary lock
15   must be unlocked or locked in its proper location
16   and someone must squeeze the foot end handle?
17   A.   That's correct.
18        MR. DURSO:  Off the record.
19        (Discussion off the record)
20   Q.   When there's any kind of a problem with a
21   piece of equipment like this, do you have to do any
22   paperwork that you send to Ferno?
23   A.   No.  They get a copy of the actual
24   equipment report for each stretcher.

Page 41

1    Q.   Okay.  So they get a copy of this?
2    A.   Oh, Ferno, no.  Our corporate office in
3    Ohio, I'm sorry, I wasn't following the question.
4    Q.   Let me see if I understand it.  Does the
5    EMSAR corporate office in Ohio get this?
6    A.   Yes.  Ferno, I do not believe, to the best
7    of my knowledge, they don't get a copy of that.
8    Q.   Well, let's say, for the sake of argument,
9    that there's some problem with that auxiliary
10   locking device that's bending.  I think you said to
11   me that you replaced more than one of them that was
12   bent; is that correct?
13   A.   That's correct.
14   Q.   Isn't that something that Ferno would need
15   to know about?
16   A.   No, because it doesn't happen all the time.
17   To the best of my knowledge, it's due to abuse of
18   the stretcher, something getting jammed in there,
19   maybe a restraint or something.
20   Q.   What do you mean; like a strap?
21   A.   Yes.  That's what they call in here, would
22   be the actual patient restraint.
23   Q.   Okay.  So if anything like this has to be
24   fixed or doesn't seem to work, notice of that is not

11 (Pages 38 to 41)

Paul A. Bonang, Jr.                                                                08/15/2006

Page 42

1  sent to Ferno, as far as you know, it is sent to the
2  EMSAR corporate office?
3      A.  Correct.  If I in the field deemed
4  something as a design flaw, I will bring that to the
5  attention of Ferno, and we have done that in the
6  past.
7      Q.  Okay.  But this auxiliary lock thing you
8  didn't think was a design flaw?
9      A.  No.
10     Q.  You think whatever problems come strictly
11 from misuse?
12     A.  Correct.
13     Q.  Was that the case with the other situations
14 that you saw also?
15     A.  To the best of my knowledge, yes.
16     Q.  Are you required to send notices of any of
17 this information about repairs to Food and Drug
18 Administration or any other federal agencies?
19     A.  Not this, no.
20     Q.  What do you have to send to Food and Drug
21 Administration?
22     A.  There was a factory recall on another model
23 stretcher that the FDA did get involved with, and
24 they wanted copies and documentation of every single

Page 43

1  stretcher in the country that was retrofitted.
2      Q.  Was that a model before or after this
3  particular model?
4      A.  It was a model after this one.
5      Q.  Do you remember what it was about that
6  model that was problematic?
7      A.  Dropping patients.
8      Q.  What was it about the stretcher that caused
9  the patients to drop?
10     A.  I'm not sure.  We haven't been able to
11 really pinpoint what problem that was.
12     Q.  But changes were made as a result of that?
13     A.  Yes.  Drastic changes were made.
14     Q.  When was that that this happened?
15     A.  That the FDA stepped in?
16     Q.  Yes.
17     A.  I want to say about a year ago.
18     Q.  Okay.  Did the FDA conduct an actual
19 investigation, do you know?
20     A.  I do not know.
21     Q.  Is this something that was dealt with at
22 Ferno or at EMSAR or both?
23     A.  At Ferno.
24     Q.  Were you at all involved in that particular

Page 44

1  process?
2      A.  We were dispatched from the factory to go
3  and retrofit all the stretchers in our territory.
4      Q.  What I mean is, before that happened, did
5  you ever get notice about that particular model or
6  did it come to your attention that some of those
7  models weren't functioning properly?
8      A.  That's correct, yes, I did.
9      Q.  And did you make repairs on those models?
10     A.  Yes, I did.
11     Q.  What kind of repairs did you make?
12     A.  We had done that retrofit kit.  What it
13 was, Ferno quietly was doing it until the FDA had
14 stepped in.
15     Q.  When you say the retrofit kit, are you
16 talking about the --
17     A.  It does not pertain to this piece of
18 equipment.  It's a totally different model
19 stretcher.
20     Q.  I understand.  But did it have an auxiliary
21 lock to it?
22     A.  No.
23     Q.  It had a different kind of device?
24     A.  It was a different model stretcher, yes.

Page 45

1  It was an X-frame cart.  This stretcher in question
2  is an H-frame cart.  Actually, when it's standing up
3  in the load position or in the transport position,
4  it forms an H.  The X cart, the legs actually form
5  an X.  There's an axle in the center that the legs
6  fold on.  It's two different styles and models.
7      Q.  How long before the FDA stepped in was
8  Ferno --
9      A.  I would be speculating.  I can only give
10 you an approximate time.
11     Q.  Give me an approximate time?
12     A.  Maybe three years.
13     Q.  Do you know whether or not anybody has ever
14 sued Ferno or EMSAR for falls of this kind?
15     A.  Not to my knowledge.
16     Q.  EMSAR has never been sued by anyone, have
17 they?
18     A.  Not to my knowledge, no.
19     Q.  Is the only circumstance in which you have
20 to file reports with the FDA or any other
21 governmental agency is when the agency asks for
22 reports?
23     A.  That's correct.
24     Q.  So if someone is injured when one of these

12 (Pages 42 to 45)

Paul A. Bonang, Jr.                                                    08/15/2006

Page 46

1    stretchers is being used, there's no agency that has
2    to receive a report, as far as you know?
3        A.   Not to my knowledge.
4        Q.   Have you dealt with any other agencies,
5    other than the FDA, with regard to these stretchers?
6        A.   No.
7        Q.   When you got the call in February 7th, was
8    this the first time that you had any dealings with
9    the Town of Sherborn?
10       A.   According to our records, yes.
11       Q.   In terms of maintaining this equipment,
12   what is the recommendation with regard to the
13   maintenance of the equipment?
14       A.   The manufacturer recommends somewhere in
15   the neighborhood of 500 to 600 cycles.
16       Q.   What does that mean?
17       A.   Every time it's loaded -- when it's loaded
18   in the ambulance and unloaded out of the ambulance
19   is one cycle.
20       Q.   Do you have any idea what the number of
21   cycles is in Sherborn per year?
22       A.   No, I don't.
23       Q.   Were you able to make any estimate of the
24   condition of that stretcher when you saw it?

Page 47

1        A.   Yes.
2        Q.   What was your estimate?
3        A.   It was in good condition.
4        Q.   This was produced in 1996.  Do you know if
5    it had been in service at Sherborn from 1996 until
6    the time you saw it?
7        A.   I do not know.
8        Q.   Are these devices resold by anybody, other
9    than Ferno?
10       A.   Resold?
11       Q.   Yes.  Ferno made this and sold it
12   originally?
13       A.   Oh, yes.  I understand your question now.
14   Yes, they are.
15       Q.   Who resold them or who are the resellers?
16       A.   As used equipment?
17       Q.   As rebuilt equipment.
18       A.   We do.
19       Q.   EMSAR?
20       A.   Yes.
21       Q.   Do you know whether or not EMSAR sold this
22   equipment to Sherborn?
23       A.   That would have to be us, and, no, we did
24   not sell it.

Page 48

1        Q.   If you didn't sell it to Sherborn, could
2    Sherborn have bought it from anyone other than
3    Ferno?
4        A.   That's possible.
5        Q.   Who could they have bought it from?
6        A.   Anybody.  Any fire department, any
7    ambulance company.
8        Q.   They could have bought it from another
9    user?
10       A.   Correct.  Ebay is even selling them, which
11   we don't recommend.
12       Q.   Is there any kind of incident log that you
13   have at EMSAR with regard to things that happened to
14   stretchers?
15       A.   Not to my knowledge, no.
16       Q.   So if something happens to a stretcher, is
17   this the primary document that relates to what
18   happened?
19       A.   Correct.
20       Q.   Is there any other kind of document that
21   will record in a cumulative manner the various
22   things that happened?  In other words, is there one
23   document somewhere that will say in the past year or
24   in the past five years these incidents have

Page 49

1    occurred?
2        A.   That is a standard form.
3        Q.   I understand.  But what I'm asking is if
4    somehow information from any particular work that's
5    done gets accumulated in one document so that you
6    can see trends, you know, if you started to see that
7    the Model 93ES was having the same problem
8    repetitively, you would look at that particular
9    piece that was causing the problem.  Is there
10   anything like that that would accumulate this
11   information so you could follow trends of that kind?
12       A.   No.
13       Q.   Do you know if there's anything like that
14   that's done at the main EMSAR office?
15       A.   Not to my knowledge.
16       Q.   Does anybody take any photographs of any of
17   the work that's done on the stretchers?
18       A.   Occasionally we do.
19       Q.   Did you take any photographs with regard to
20   this particular stretcher?
21       A.   No.
22       Q.   Who would take the pictures; you yourself?
23       A.   Correct.
24       Q.   What do you do with the photographs if you

13 (Pages 46 to 49)

Paul A. Bonang, Jr.                                                                    08/15/2006

Page 50

1   take them?
2       A.   We usually take them if we feel that
3   there's a problem with a design flaw or something,
4   and then we would take the picture and send that to
5   the manufacturer and EMSAR corporate.
6       Q.   How often have you done that in the years
7   you have been working there?
8       A.   Probably a handful.  Probably five or six
9   times.
10      Q.   Have you ever done it with this model?
11      A.   Not to my knowledge.
12           MR. DURSO:  I think I'm done.  Do you have
13  any questions?
14           MR. LEEDBERG:  Yes, I have questions.
15               CROSS EXAMINATION
16  BY MR. LEEDBERG:
17      Q.   My name is Mike Leedberg, and I represent
18  the Town of Sherborn in a lawsuit brought by Mr.
19  Durso's client.  I just have a few follow-up
20  questions.
21           Your invoices indicate in June of '04 you
22  did particular maintenance on this particular cot?
23      A.   Yes.
24      Q.   Do you know if there's a similar checklist

Page 51

1   that was generated as a result of that?
2       A.   Yes, there would be.
3       Q.   Is that in your files somewhere at EMSAR?
4       A.   Yes.
5       Q.   Did you perform that subsequent
6   maintenance?
7       A.   No, I did not.
8       Q.   You don't know anything about it?
9       A.   No.
10      Q.   So I'm absolutely clear, in the process of
11  unloading the cart --
12      A.   Just to get back to your last question, I
13  could have been, but I don't remember.  I didn't
14  look at that date question, so I don't know who
15  actually was on that day.
16      Q.   The documents that you brought relate to --
17      A.   To this date.
18      Q.   The month of February?
19      A.   Yes.
20      Q.   As you come out of the ambulance, there's a
21  person at the foot end pulling the thing out?
22      A.   Correct.
23      Q.   And the wheels automatically come down,
24  reach the ground and lock?

Page 52

1       A.   Yes.
2       Q.   And it's in the loading position, meaning
3   it's tilted a little bit?
4       A.   Yes.
5       Q.   So at that point, the auxiliary lock
6   automatically locks, correct?
7       A.   Correct.
8       Q.   They call it an auxiliary lock, so I'm
9   presuming this is a secondary lock.  What is it that
10  locks the legs in place absent this auxiliary lock.
11  Today we have been talking about how this auxiliary
12  lock prevents you from being able to lower it if you
13  touch the foot end lever, correct?
14      A.   Yes.
15      Q.   What other mechanism is holding that up?
16      A.   Through the center of the stretcher, going
17  from head to foot, there are two C channels, and in
18  that C channel there's a trolley with four wheels,
19  and in the center of that trolley there's two spring
20  buttons that lock into holes in the channel that
21  prevent the stretcher from falling.  The pin is
22  actually connected to a cable, and that cable is
23  connected to the actual handles on the stretcher.
24      Q.   Is it connected to the bolt or just the

Page 53

1   foot end?
2       A.   Well, there's two trollies, so there's two
3   different -- one is connected to -- one side of the
4   trolley is connected to the head end and the other
5   side is connected to the foot end.  There's four
6   buttons, four actual buttons that lock into those
7   channels, and two of those are controlled by the
8   actual head end handle.
9       Q.   Now, does this make a distinct clicking
10  noise as the wheels release downward?
11      A.   Yes.  When it locks into position, yes.
12      Q.   Or as it passes by the channel without
13  necessarily locking into position?  There's three
14  different adjustments, isn't there?
15      A.   It doesn't actually hit those at that
16  point.  It's pretty much stationary.
17      Q.   It will drop all the way to the ground
18  without the users doing anything?
19      A.   Correct.
20      Q.   If it's functioning properly, it locks in
21  automatically, the auxiliary lock?
22      A.   That's correct.
23      Q.   What that does is disable the control
24  handles?  In other words, you can't raise or lower

14 (Pages 50 to 53)

Paul A. Bonang, Jr.                                                      08/15/2006

1    it with that auxiliary lock, correct?
2        A.   That's correct.
3        Q.   Is that true even if you have both control
4    handles at the head and foot end pressed?
5        A.   No.
6        Q.   So if you press both, you can raise and
7    lower it?
8        A.   You can raise and lower it.  But you're not
9    going to the actual folded position that way.
10       Q.   What positions can you get into that way
11   with the auxiliary lock locked?
12       A.   You can get into the lower -- there's
13   different bed positions, which is on Page 11.
14       Q.   Which position can you get to using the
15   control handles with the auxiliary lock locked in a
16   locked position?
17       A.   You can get to the high level, load
18   position, low level and mid level.
19       Q.   But you can't get into the folded position?
20       A.   With that locked, no.
21       Q.   I believe you testified earlier that you
22   couldn't particularly recall why you replaced the
23   auxiliary lock lever on this cot, correct?
24       A.   That's correct.

1        Q.   So you don't recall if it was bent, right?
2        A.   No, I do not.  The only thing I can say is
3    that, like I said, I wouldn't have replaced it if
4    there was nothing wrong with it.
5        Q.   Hypothetically speaking, if they said that
6    this thing had folded to the ground for an unknown
7    reason, might you replace it out of caution?
8        A.   Yes.
9        Q.   So that's a situation where there might not
10   necessarily be anything wrong with it?
11       A.   It's possible.  Like I said, this is three
12   and a half years ago.
13       Q.   Sure.
14       A.   It's speculation.
15       Q.   Would that explain maybe why you marked it
16   good before and after your service?
17       A.   It's possible.  If I remember correctly,
18   they said they bent it and tried to straighten it
19   out, and when I looked at it, and I'm just
20   speculating, but I'm pretty sure this is the place
21   where I was at, and the guy that was on site said
22   they had bent it and straightened it out, and when I
23   looked at it, it seemed to be normal, but I replaced
24   it anyway.

1        Q.   Did this individual say when it was bent?
2        A.   No.
3        Q.   And he didn't say when he straightened it
4    out?
5        A.   No.
6        Q.   Do you know what this individual looked
7    like?  You said he was in a landscaping truck.
8        A.   No.  If I saw him again, the face would
9    probably come back.
10       Q.   How certain are you that you were in
11   Sherborn when this conversation took place?
12       A.   I'm not 100 percent positive.
13       Q.   Can you give me any percentage?
14       A.   No, I can't.
15       Q.   How many times would you say you've
16   replaced bent levers on a 93ES model?
17       A.   I couldn't tell you.
18       Q.   You mentioned something about the
19   possibility of the strap getting caught in the
20   lever, correct?
21       A.   Yes.
22       Q.   Is there a strap that goes near this lever?
23       A.   Yes.
24       Q.   What is that strap, what does it do?

1        A.   That's the chest restraint.
2        Q.   Do you know how many times you replaced
3    bent levers that you suspected the chest restraint
4    played a role?
5        A.   A handful.
6        Q.   What is that?
7        A.   Five or six times.
8        Q.   What made you suspect that?
9        A.   Just in the way it was bent.  I don't
10   automatically assume it was the restraint.  It could
11   be a number of things.
12       Q.   Okay.
13       A.   It could be a number of things that got
14   jammed in there.
15       Q.   What made you suspect the restraint?
16       A.   That's the most common.  That's usually
17   what's in the general vicinity.
18       Q.   Did a customer ever explain that this had
19   happened?
20       A.   Not to my knowledge, no.  We have seen the
21   restraints come into play in other types of
22   equipment, as far as why things would fail.
23       Q.   Like what?  Do you recall anything in
24   particular?

15 (Pages 54 to 57)

Paul A. Bonang, Jr.                                                                                          08/15/2006

Page 58

1    A.   Certain different model stretcher, there's
2   ratcheting teeth, and sometimes the bed linens will
3   get caught in there and prevent the actual lock from
4   preventing the stretcher from falling and preventing
5   it from locking into position.
6    Q.   What model is that, do you know?
7    A.   The 35A and 35P, Ferno models.
8    Q.   How many times has that happened with those
9   models?
10    A.   Numerous times.
11    Q.   Have there ever been any claims or lawsuits
12   relative to that model?
13    A.   Relative to what?
14    Q.   To the other model.
15    A.   No, not to my knowledge.
16    Q.   Have you ever placed one of these auxiliary
17   locks, because they weren't working, in a situation
18   where they did not appear bent?
19    A.   Yes, I would say so.
20    Q.   Did you ever determine what was causing
21   them to fail in those circumstances?
22    A.   No.
23    Q.   How many times would you say you replaced
24   ones that you didn't suspect the lever being bent as

Page 59

1   the problem?
2    A.   Like I said, it's a preventive maintenance
3   type thing or actually as a -- not a preventive
4   maintenance, but as an aggressive means -- I don't
5   know how I want to word this.  If somebody complains
6   the stretcher dropped, we would automatically
7   replace that lock, and anything that pertains to
8   something that would cause the stretcher to drop.
9    Q.    So is it fair to say you were mistaken
10   earlier when you said there had to have been
11   something wrong for this auxiliary lock for you to
12   replace it?
13    A.   Yes, you could say that.  I can't say I was
14   wrong in that statement, because there was either a
15   problem with the part or a problem with the
16   stretcher.  So therefore, there was a problem, but I
17   just don't know where it lies.  If I just walked in
18   to do a preventive maintenance, I would not change
19   that lock, unless somebody told me that they had
20   either dropped a patient or it was bent, physically
21   damaged.
22    Q.   In either one of those circumstances, you
23   would replace the auxiliary lock, though?
24    A.   Yes.

Page 60

1    Q.   This was a preventive maintenance call,
2   correct?
3    A.   Correct.
4    Q.   So it wasn't a call to replace a broken
5   part, right?
6    A.   To be honest with you, I can't answer those
7   questions, because I didn't take the original call.
8    Q.   It was billed out as a preventive
9   maintenance call, correct?
10    A.   Correct.
11    Q.   Earlier we talked about in Exhibit 1 your
12   checklist for the cart work, and I would refer you
13   back to that.  It says "Reason For Call," and the
14   "R" is cut off on the copy, and we talked about it
15   seems to say "Scheduled Maintenance," correct?
16    A.   Yes.
17    Q.   Is it likely that the line that's going
18   through the "S" on the scheduled maintenance is the
19   tail end of a check mark that was in the on demand
20   service?
21    A.   Yes.
22    Q.   Meaning that that likely references a check
23   mark in the on demand box?
24    A.   Yes.  It means they had actually scheduled

Page 61

1   maintenance is what that check refers to.
2    Q.   Wouldn't that be a check mark come from the
3   on demand service?  Do you agree there's something
4   cut off there?
5    A.   I can get the actual copy and see if we can
6   make a better copy of that, if that would help you.
7    Q.   I will show you the copy I have.
8         (Document marked as Exhibit 4
9          for identification)
10    Q.   Take a look at that and see if that
11   clarifies any of that issue for you?
12    A.   Yes.
13    Q.   Does that appear to be an on demand service
14   to you or scheduled maintenance?
15    A.   It looks to me to be more an on demand
16   service than a scheduled maintenance.
17    Q.   Describe the composition of this lever for
18   me?  First of all, how thick is the lever?
19    A.   I would say probably a quarter-inch thick.
20    Q.   What's it made out of, do you know?
21    A.   Steel.
22    Q.   How far does it jut out from that control
23   box that it goes into?
24    A.   I'm not sure I follow you, control box?

16 (Pages 58 to 61)

Paul A. Bonang, Jr.                                                                                        08/15/2006

Page 62

1     Q.  It seems to go into a box that looks like a
2  shifter mechanism.  How far does it stick out?
3     A.  Probably three-quarters of an inch or so.
4  Maybe not even that much.
5     Q.  The only time in a typical call that the
6  user has to actually manually control that mechanism
7  is to load it back into the ambulance; is that
8  correct?
9     A.  That's correct.
10     Q.  So you release it, squeeze both handles,
11  and the legs come up?
12     A.  I'm sorry?
13     Q.  Describe the loading procedure for me?  You
14  unlock the auxiliary lock and what else do you do?
15     A.  You squeeze the foot end handle and push
16  the stretcher -- well, the other opener can lift the
17  lower frame up and slide the stretcher in, or that
18  particular model, you can push against the back
19  bumper, and the legs will fold up for you.
20     Q.  So there's a bar that pushes the legs up as
21  you push it in?
22     A.  Yes.  That's this angled piece right here.
23     Q.  Okay.
24     A.  There's a plastic scuff strip on that that

Page 63

1  prevents -- this is a metal tube, and on that metal
2  tube there's a plastic scuff strip that prevents
3  that metal tube from getting worn from pushing
4  against the bumper to fold the legs up.
5     Q.  Looking at your repair sheet for February
6  13, '03, you described earlier that there's trollies
7  underneath.  Is there anything to indicate you did
8  any work on those?
9     A.  Not according to this sheet.  Not
10  specifically, no.
11     Q.  You typically put everything on there that
12  you did, correct?
13     A.  It's part of the preventive maintenance
14  schedule for that stretcher.
15     Q.  Checking that system?
16     A.  Yes.
17     Q.  And would you mark it somewhere if you did
18  some work on those trollies?
19     A.  Yes, I would.
20     Q.  And you don't see anything there?
21     A.  No.
22     Q.  Does that indicate to you that you didn't
23  do anything on them?
24     A.  No repairs done.

Page 64

1     Q.  Okay.  You described retrofitting a
2  different model.  What was that model again?
3     A.  35P.
4     Q.  That was the recalled one?
5     A.  Correct.
6     Q.  What part needed to be retrofitted exactly?
7     A.  There was a bunch of parts.  There was a
8  list of parts that were replaced.  The biggest being
9  a lock bar and ratchet bars were the two main
10  things.  The lock bar and the actual ratchet bars
11  are what prevents the stretcher from dropping and
12  allows you to lower it in different type bed
13  positions.
14     Q.  It's a similar function as to the lever and
15  trolley system on this?
16     A.  No.
17     Q.  Well, I mean a similar function?
18     A.  Yes.
19     Q.  It performs the same function to let it go
20  different heights and keeps it from going down on
21  its own, and whatnot?
22     A.  Correct.
23     Q.  Being familiar with this particular cot,
24  referencing Page 11, if it will help you, what's the

Page 65

1  approximate height difference between the cot in its
2  highest position and its lowest position in?
3     A.  I've never measured it, but I would have to
4  say somewhere in the neighborhood of six to eight
5  inches.
6     Q.  From the highest position to the lowest
7  position?
8     A.  Do you mean the loading position?
9     Q.  Whatever position is higher.  I presume
10  that either the loading position or the high level
11  position is the highest.  I'm trying to get an idea,
12  and I understand you're estimating, of how high this
13  thing can possibly go from top to bottom?
14     A.  Roughly three feet.  There might actually
15  be an actual -- the actual measurement's
16  specifications in this book here.  Well, if you look
17  at Page 24, it gives you the load position to the
18  bottom of the wheels to the ground, which is 33
19  inches.
20     Q.  Does that change your earlier estimate?
21     A.  No.
22     Q.  Does it seem possible to you if the loading
23  wheel is only 33 inches to the ground, that this
24  could possibly fold down three feet, being 36

17 (Pages 62 to 65)

Paul A. Bonang, Jr.                                                                                    08/15/2006

Page 66

1    inches?
2        A.    In that area, roughly.
3        Q.    Okay. How far within the folded position
4    is that rear wheel off the ground, do you know, if
5    at all?
6        A.    Is what wheel?
7        Q.    The loading wheel.
8        A.    It touches the ground.
9        Q.    When the auxiliary lock is broken and the
10   foot end handle is engaged, is it possible to go to
11   the folded position?
12       A.    That's the only way it would go.
13       Q.    That's the only way it would go down in the
14   folded position?
15       A.    Yes.
16       Q.    Did you testify earlier it could go down to
17   the low level position?
18       A.    Only because I didn't see this part up
19   here. I was referring to the low level as this
20   picture.
21       Q.    I see. So you were referencing low level
22   with the upper picture, the picture above it?
23       A.    Correct.
24       Q.    So it can go down to the folded position if

Page 67

1    that lock is broken and the handle is engaged?
2        A.    Yes. That's the only way it can go.
3        Q.    It won't go down on its own, because the
4    trollies are locking it in place?
5        A.    Correct.
6        Q.    Do you know what the thickness of the
7    mattress on this thing is?
8        A.    I would say three inches.
9        Q.    Is that something you would have inspected
10   while you were doing your preventive maintenance?
11       A.    Yes. I would look for tears and holes.
12       Q.    Do you recall, referencing your notes,
13   seeing anything wrong with the mattress?
14       A.    No.
15       Q.    And if it was just matted down from use,
16   wear and tear, would you note that?
17       A.    No.
18       Q.    Just tears?
19       A.    Tears and holes, yes. The state requires
20   that it be replaced if there's any holes or tears in
21   the mattress.
22       Q.    Do you know what you did with the lock that
23   you took off of this particular cot?
24       A.    Garbage.

Page 68

1        Q.    Do you know if EMSAR had any particular
2    contract ongoing with Sherborn at the time to
3    regularly maintain their cots?
4        A.    Previous to this date, no, I don't.
5        Q.    Since then, have they had any form of
6    contractual agreement?
7        A.    No.
8        Q.    And you say you're pretty sure this was a
9    service call?
10       A.    Yes.
11       Q.    I think you said earlier, the 93ES is a
12   newer version of the Model 23?
13       A.    29.
14       Q.    What's the difference between those two
15   models?
16       A.    The actual track where those trollies are,
17   that 29 does not have that style trolley.
18       Q.    Okay.
19       A.    Minor things were changed, like load wheel
20   styles were changed. They pretty much -- 99 percent
21   or even 100 percent work in the same fashion as far
22   as function wise, they operate the same. Somebody
23   that operates a 29 would not be lost in any way
24   using a 93.

Page 69

1        Q.    Do they have the same auxiliary lock?
2        A.    At first the 29 not have an auxiliary lock,
3    and then towards the end of production of that
4    stretcher they came out with an auxiliary lock, yes.
5        Q.    Do you know what year that was?
6        A.    No.
7        Q.    Would it be before the 93ES?
8        A.    Yes.
9        Q.    Did you ever do any maintenance on the 29?
10       A.    Yes, I did.
11       Q.    Do you recall there being any problems with
12   the auxiliary lock in those units?
13       A.    No.
14       Q.    Do you recall there being any bending
15   problems?
16       A.    No, not to my knowledge.
17       Q.    You billed for small hardware on this
18   service call from February 13th. Do you know what
19   that hardware was for?
20       A.    It includes a range of things. We use
21   different types of -- we use WD-40 for cleaning, we
22   use slick 50 oil for lubrication, we use lacquer
23   thinners for cleaning clues, tape they may have
24   stuck on the stretcher, and it gets all of that off.

18 (Pages 66 to 69)

Paul A. Bonang, Jr.                                                                    08/15/2006

Page 70

1   It includes all of that stuff. We use steel wool to
2   bring the appearance back. Labels, any labels that
3   need to be replaced.
4       Q.  Do you recall if there was any glue or
5   stickers placed on this unit by the user?
6       A.  No.
7       Q.  You're just speaking generally as to what
8   that might entail?
9       A.  Correct.
10      Q.  Would any of that be hardware to install
11  the auxiliary lock or would you use the old nuts and
12  bolts for that?
13      A.  This auxiliary lock in question, this part
14  number comes with all the parts needed, replacement
15  parts to replace that lock.
16      Q.  Including the screws and the fasteners?
17      A.  Correct. To take it all off and to put a
18  new one on, that includes all brand new hardware.
19      Q.  Earlier you mentioned something about the
20  circumstances where you find a lever that's bent as
21  a result of abuse by the user. What do you mean by
22  "abuse"?
23      A.  Misuse.
24      Q.  Then you also mentioned that it could be

Page 71

1   from the strap?
2       A.  Correct.
3       Q.  Would that be a situation where the user
4   has misused the product?
5       A.  No, probably not.
6       Q.  Okay. So it can also be by an accident?
7       A.  Yes.
8       Q.  It can be by no fault of the user?
9       A.  Correct.
10      Q.  You mentioned earlier that part of your job
11  is to communicate to Ferno any potential design
12  issues, take snapshots, whatever. Can you recall
13  any circumstances where you've done that in the last
14  couple of years?
15      A.  Yes.
16      Q.  Can you describe them for me?
17      A.  The ratchet bars on that 35P that I was
18  talking to you about, I've seen some abnormal wear
19  that I took pictures of. I'm not sure I actually --
20  I think I did send them to Ferno. Mainly I sent
21  them over to hour head technician in Ohio.
22      Q.  And you took photographs, you said?
23      A.  Correct.
24      Q.  Any other circumstances that you can recall

Page 72

1   doing that?
2       A.  Yes. I'm not sure of the actual model
3   number, but it's called the Ferno Powerflex car.
4   It's an actual hydraulic lift stretcher that we saw
5   some wearing and we took pictures of it and sent it
6   over to corporate also.
7       Q.  Did that have anything to do with auxiliary
8   locks?
9       A.  No.
10      Q.  Do you recall any other circumstances where
11  you recall doing that in the last couple of years?
12      A.  No.
13          MR. LEEDBERG: I have no further questions.
14          MR. DURSO: Just a couple more.
15              REDIRECT EXAMINATION
16  BY MR. DURSO:
17      Q.  Is there a file at your office that relates
18  to this particular stretcher?
19      A.  Yes, there is.
20      Q.  Are there other documents in that file that
21  you didn't bring today?
22      A.  I'm not sure if there is or not. I would
23  assume there is, because there's been more work
24  after this date. So I would assume there's more

Page 73

1   paperwork in there.
2       Q.  There should, at least, be one of these
3   equipment reports from 2004, right?
4       A.  Correct.
5       Q.  Would you be willing to produce for us the
6   other documents from that file?
7       A.  I don't have the authority to do that, but
8   I don't see where there's a problem in that.
9       Q.  If we can agree to that, then we won't have
10  to subpoena somebody to bring the file here.
11      A.  Right. I don't see a problem with it.
12      Q.  Can we contact you about that?
13      A.  The guy to actually contact about that is
14  on vacation for two weeks. You can contact Laurie.
15  She's the actual president. She doesn't really go
16  there much. That's who you would call for
17  authorization.
18      Q.  Is she an attorney?
19      A.  Yes.
20      Q.  So Laurie is the person I should contact
21  about that?
22      A.  Yes.
23      Q.  The second thing I want to ask you is, what
24  does on demand service mean as opposed to scheduled

19 (Pages 70 to 73)

Paul A. Bonang, Jr.                                                              08/15/2006

Page 74

1  maintenance?
2      A.  Scheduled maintenance normally is if we do
3  something year to year to year to year, then it
4  would become habitual as a scheduled maintenance
5  type thing.  On demand service, that was the first
6  time we ever visited the customer.  They called and
7  demanded service.  That's what that would mean.
8      Q.  And the last thing I wanted to ask you is,
9  if the straps sometimes are causing the auxiliary
10  locks to bend, is that something that could be
11  prevented by putting some device to hold the straps
12  in a different position?
13      A.  I guess you could say that.  I would say
14  that.
15      Q.  Okay.  Has there been any work done to
16  devise something that would keep the straps from
17  bending the auxiliary locks?
18      A.  No.
19      Q.  Has that been anything that's been reported
20  to EMSAR corporate or to Ferno to call that to their
21  attention?
22      A.  No.  Like I said, that's pure speculation
23  that that is even a problem.  That's what we assume
24  the problem could be when we arrive on site.  A

Page 75

1  restraint was just an example of what I had given
2  you that could possibly get in there and bend
3  something like that.
4      Q.  All right.  Well, the metal is what?  Is it
5  steel?
6      A.  Yes.  Quarter-inch steel.
7      Q.  So aren't the solutions to the problem
8  either to fabricate a piece of metal that won't bend
9  from pressure or to remove the strap from --
10      A.  The only one that could actually do that
11  would be Ferno itself.  That would have to be
12  factory authorized.
13      Q.  I understand that.  But doesn't that come
14  down to a problem that has to be reported to them to
15  say, look, either we've got to keep the straps from
16  doing this, if that's what's causing it, otherwise
17  we need a piece of metal that won't bend under
18  pressure?
19      A.  Yes.
20      Q.  But as far as you know, nobody has brought
21  that to Ferno's attention?
22      A.  No.
23      MR. DURSO:  Okay.  I don't have anything
24  else.

Page 76

1      MR. LEEDBERG:  I don't have anything
2  either.
3      (Whereupon the deposition
4  concluded at 4:38 p.m.)

Page 77

1      C E R T I F I C A T E
2      I, PAUL A. BONANG, JR., do hereby certify
3  that I have read the foregoing transcript of my
4  testimony, and further certify that it is a true and
5  accurate record of my testimony (with the exception
6  of the corrections listed below):
7  Page Line                Correction
8
9
10
11
12
13
14
15
16
17      _
18
19      Signed under the pains and penalties of perjury
20  this      day of          , 2006.
21
22                PAUL A. BONANG, JR.
23
24

20 (Pages 74 to 77)

Paul A. Bonang, Jr.                                                                    08/15/2006

Page 78

```
1                    CERTIFICATE
2     Commonwealth of Massachusetts
3     Suffolk, ss.
4
5         I, Michael D. O'Connor, Registered Professional
6     Reporter and Notary Public in and for the
7     Commonwealth of Massachusetts, do hereby certify
8     that PAUL A. BONANG, JR., the witness whose
9     deposition is hereinbefore set forth, was duly sworn
10    by me and that such deposition is a true record of
11    the testimony given by the witness.
12        I further certify that I am neither related to
13    or employed by any of the parties in or counsel to
14    this action, nor am I financially interested in the
15    outcome of this action.
16        In witness whereof, I have hereunto set my hand
17    and seal this 15th day of August, 2006.
18
19
20                    Notary Public
21
22
23    My commission expires
24    November 7, 2008
```

LegaLink Boston, A Merrill Communications Company
(617) 542-0039

Paul A. Bonang, Jr.

**A**

able 37:15 39:16 43:10 46:23
  52:12
abnormal 71:18
absent 52:10
absolutely 51:10
abuse 41:17 70:21,22
accept 38:18
accessories 12:18,19 25:15
  26:2
accessory 25:17
accident 10:22 71:6
accumulate 49:10
accumulated 49:5
accurate 77:5
action 1:12 78:14,15
actual 11:19 12:7,13 14:16,17
  15:1 16:2,4 17:24 18:23
  19:13,17 20:14 23:1,7 26:1
  28:19 32:7 33:2 36:6 40:23
  41:22 43:18 52:23 53:6,8
  54:9 58:3 61:5 64:10 65:15
  65:15 68:16 72:2,4 73:15
address 5:12
adjustments 53:14
Administration 42:18,21
agencies 42:18 46:4
agency 9:1 45:21,21 46:1
aggressive 59:4
ago 17:17 28:20 43:17 55:12
agree 31:5,7 61:3 73:9
agreement 9:9 68:6
allow 17:7 34:5
allows 64:12
ambulance 3:11 11:18 13:14
  13:23 14:2 20:14 30:20 32:1
  32:7 36:2,16 39:7,9,12,18
  39:19,22 46:18,18 48:7
  51:20 62:7
amount 34:2
ANA 1:9
angle 31:21 36:8
angled 62:22
answer 34:24 60:6
Anthony 5:11
anybody 31:5 45:13 47:8 48:6
  49:16
anyway 10:9 55:24
apparently 9:11
appear 22:23 58:18 61:13
appearance 70:2
APPEARANCES 2:1
apply 27:3
appropriate 21:21 38:19
approximate 45:10,11 65:1
area 66:2

argument 41:8
arrive 74:24
asked 6:8 11:12,13 12:19
asking 49:3
asks 45:21
Assemblies 23:13,16
assembly 23:2,4,8
assume 17:17 35:7 57:10
  72:23,24 74:23
assurance 24:21
Asylum 5:13
attention 42:5 44:6 74:21
  75:21
attorney 73:18
August 1:19 78:17
authority 73:7
authorization 73:17
authorized 8:16 75:12
automatically 32:3 33:9 39:15
  40:3 51:23 52:6 53:21 57:10
  59:6
auxiliary 16:21,23 17:1,10
  18:20 23:6 30:5 32:19 33:13
  33:16,19,21 35:11,19 37:7
  37:11,18 39:5,14,20,24 40:3
  40:7,14 41:9 42:7 44:20
  52:5,8,10,11 53:21 54:1,11
  54:15,23 58:16 59:11,23
  62:14 66:9 69:1,2,4,12
  70:11,13 72:7 74:9,17
axle 45:5
A-1 13:12
A1 20:14

**B**

B 3:7 12:11
back 14:7 27:4 28:6 31:17
  32:10,15,16 36:9 39:9,13,18
  39:19 51:12 56:9 60:13 62:7
  62:18 70:2
bar 62:20 64:9,10
bars 64:9,10 71:17
basically 7:9 17:22 21:15
  29:21
bed 25:9 34:16 36:4,10 37:15
  54:13 58:2 64:12
BEHALF 1:9
believe 19:22 20:3,5 21:9
  28:23 38:7 41:6 54:21
bend 74:10 75:2,8,17
bending 29:16 41:10 69:14
  74:17
bent 17:17 28:16 33:21 37:18
  40:10 41:12 55:1,18,22 56:1
  56:16 57:3,9 58:18,24 59:20
  70:20

best 10:9 41:6,17 42:15
better 14:22 15:15 30:6,10
  61:6
biggest 64:8
bill 15:1 16:4
billed 60:8 69:17
billing 14:12
birth 5:15
bit 52:3
bolt 52:24
bolts 18:12,17 70:12
Bonang 1:18 3:3 4:3 5:11
  77:2,22 78:8
book 65:16
booklets 9:11
Books 21:5
boss 10:10 21:6
Boston 1:23 2:6,13
bottle 12:21,24 25:18
bottom 18:5 22:15 31:21
  65:13,18
bought 48:2,5,8
box 21:16,17 24:5 60:23
  61:23,24 62:1
boxes 21:21,22 26:12
brand 70:18
breaking 29:16
bring 6:9 36:21 42:4 70:2
  72:21 73:10
bringing 34:18
broke 17:18 28:6
broken 13:24 14:4 16:9 60:4
  66:9 67:1
broker 16:9
bronze 12:10 14:16
brought 6:14 19:23 31:20
  50:18 51:16 75:20
bumper 31:24 62:19 63:4
bunch 64:7
business 8:6
buttons 52:20 53:6,6
buy 9:3

**C**

C 4:1 52:17,18 77:1,1
cable 52:22,22
call 9:7 10:8 11:8 21:2,3,9
  27:8,15 29:2 41:21 46:7
  52:8 60:1,4,7,9,13 62:5 68:9
  69:18 73:16 74:20
called 7:17 10:13 72:3 74:6
car 72:3
care 11:17 23:24
Carmen 1:21 2:3,4
carried 27:24
carry 14:3

cart 7:1 36:17 45:1,2,4 51:11
  60:12
case 27:21 42:13
category 16:13
caught 56:19 58:3
cause 59:8
caused 29:7 43:8
causing 49:9 58:20 74:9 75:16
caution 55:7
cell 5:23
cellphone 5:21
center 45:5 52:16,19
certain 6:9 9:3 13:21 20:7,8
  56:10 58:1
CERTIFICATE 78:1
certification 7:9 11:22
certified 8:23
certify 77:2,4 78:7,12
chair 14:2,2 15:14
change 14:18 65:20
changed 17:18 68:19,20
changes 43:12,13
channel 52:18,20 53:12
channels 52:17 53:7
charge 16:6
check 21:17 60:19,22 61:1,2
checked 21:22 23:17 24:2,6,9
  24:10,14
checking 21:19 63:15
checklist 50:24 60:12
chest 57:1,3
choice 4:23
chronology 19:20 21:10
circle 23:12,18
circled 23:3
circumstance 45:19
circumstances 58:21 59:22
  70:20 71:13,24 72:10
Civil 1:12
claims 58:11
clarifies 61:11
classified 37:2
cleaning 16:16 69:21,23
clear 36:9 51:10
clearly 36:14
clicking 53:9
client 50:19
clues 69:23
code 16:5
collapse 33:18 35:2 37:24
collapsing 17:2 35:20
column 15:15 22:5 23:1,9
come 32:3 34:6 42:10 44:6
  51:20,23 56:9 57:21 61:2
  62:11 75:13
comes 32:16,17,20 33:5,7

Paul A. Bonang, Jr.                                                08/15/2006

Page 80

70:14
**coming** 32:2 36:16 40:2
**Comments** 22:13
**commission** 78:23
**common** 57:16
**Commonwealth** 78:2,7
**communicate** 71:11
**companies** 8:15 9:6
**company** 7:7 8:3,7 9:4 48:7
**complains** 59:5
**composition** 61:17
**computer** 21:5
**concluded** 76:4
**condition** 24:20 46:24 47:3
**conduct** 43:18
**confidential** 31:4
**connected** 8:1 52:22,23,24
    53:3,4,5
**contact** 73:12,13,14,20
**contract** 68:2
**contractual** 68:6
**control** 23:4 33:3,4,11 35:16
    53:23 54:3,15 61:22,24 62:6
**controlled** 53:7
**conversation** 56:11
**copied** 6:18
**copies** 42:24
**copy** 4:24 6:15,15 15:11 40:23
    41:1,7 60:14 61:5,6,7
**corner** 15:13 18:2,5 24:8
    34:11
**corporate** 8:11 41:2,5 42:2
    50:5 72:6 74:20
**corporation** 7:6 8:1,2
**correct** 6:3,7 7:24 8:9,13,19
    9:14 10:23 11:23 13:10,11
    13:18 14:13 15:5,11,23 17:9
    17:12,14 18:16,21 19:2 20:9
    20:16,19 22:1,4,7 23:11
    24:24 25:20,23 27:9 30:11
    31:11,12,15,19,24 32:18
    34:19 35:13,20,21 36:22
    37:6 39:3 40:1,5,8,17 41:12
    41:13 42:3,12 44:8 45:23
    48:10,19 49:23 51:22 52:6,7
    52:13 53:19,22 54:1,2,23,24
    56:20 60:2,3,9,10,15 62:8,9
    63:12 64:5,22 66:23 67:5
    70:9,17 71:2,9,23 73:4
**Correction** 77:7
**corrections** 4:19 77:6
**correctly** 38:14 39:4 40:6
    55:17
**cot** 3:11 30:20 38:11,18 39:6
    50:22 54:23 64:23 65:1
    67:23

**cots** 68:3
**counsel** 78:13
**country** 7:20 43:1
**couple** 12:19 71:14 72:11,14
**course** 7:4,5
**COURT** 1:5
**Cross** 3:2 50:15
**crossed** 23:10
**cumulative** 48:21
**current** 19:10
**customer** 11:12 27:6 57:18
    74:6
**cut** 15:14 60:14 61:4
**cycle** 46:19
**cycles** 46:15,21

___

**D**

**D** 1:24 2:11 3:1 4:1 78:5
**damaged** 59:21
**dashes** 22:9
**date** 5:15 11:4,8 12:5,7 18:24
    19:11,18,19 20:6,17,17
    51:14,17 68:4 72:24
**dates** 13:15
**DAVIS** 2:10
**day** 51:15 77:20 78:17
**days** 5:3,7
**deal** 9:22
**dealings** 46:8
**dealt** 12:4 43:21 46:4
**December** 20:13 27:14
**deemed** 42:3
**Defendants** 1:15
**definitely** 10:15
**demand** 60:19,23 61:3,13,15
    73:24 74:5
**demanded** 74:7
**department** 29:1,2 48:6
**deponent** 5:7
**deposition** 1:17 3:2 4:14,16
    6:1 76:3 78:9,10
**describe** 61:17 62:13 71:16
**described** 63:6 64:1
**description** 16:6
**design** 42:4,8 50:3 71:11
**designed** 35:6
**determine** 58:20
**device** 31:21 34:5 35:4,14
    41:10 44:23 74:11
**devices** 47:8
**devise** 74:16
**diagram** 31:10
**diagrams** 30:2
**difference** 65:1 68:14
**different** 13:12,21 15:3 44:18
    44:23,24 45:6 53:3,14 54:13

58:1 64:2,12,20 69:21 74:12
**Direct** 3:2 4:12
**direction** 33:24
**disable** 53:23
**discontinued** 43:13
**Discussion** 15:19 21:13 30:21
    40:19
**dispatched** 44:2
**distinct** 53:9
**DISTRICT** 1:5,6
**document** 10:1 27:1 30:22
    48:17,20,23 49:5 61:8
**documentation** 37:3 42:24
**documents** 3:9,10 6:9,10,14
    6:18 11:3 27:5 51:16 72:20
    73:6
**doing** 9:19,20 13:15,16 34:20
    44:13 53:18 67:10 72:1,11
    75:16
**downward** 53:10
**Drastic** 43:13
**driver's** 4:6
**drop** 33:6 35:23 40:7,11,14
    43:9 53:17 59:8
**dropped** 59:6,20
**dropping** 36:3 40:2 43:7
    64:11
**drops** 32:15
**Drug** 42:17,20
**due** 41:17
**duly** 4:6 78:9
**Durso** 1:21 2:3,4 3:4,15 4:10
    4:13 5:6 9:21 15:18 26:22
    30:19 38:10 40:18 50:12
    72:14,16 75:23
**Durso's** 50:19

___

**E**

**E** 3:1,7 4:1,1 77:1,1
**earlier** 54:21 59:10 60:11
    63:6 65:20 66:16 68:11
    70:19 71:10
**earliest** 14:11
**Ebay** 48:10
**effective** 37:19
**eight** 65:4
**either** 59:14,20,22 65:10 75:8
    75:15 76:2
**ELIZABETH** 1:14
**employed** 78:13
**EMS** 1:17 6:5 8:5 9:16
**EMSAR** 3:13 7:6,8,12,15,16
    7:18,19 8:2,8,14,18 9:12
    41:5 42:1 43:22 45:14,16
    47:19,21 48:13 49:14 50:5
    51:3 68:1 74:20

**ends** 37:16
**engaged** 32:19 66:10 67:1
**England** 7:10,19,21
**entail** 70:8
**Enterprises** 1:18 6:5 9:16
**entire** 21:16 28:5
**equal** 36:11
**equipment** 3:13 7:23 8:22 9:4
    9:11,13 10:16 13:2,21,22
    27:17 28:1 29:8,17 40:21,24
    44:18 46:11,13 47:16,17,22
    57:22 73:3
**ERIK** 1:11
**Esq** 2:4,11
**estimate** 46:23 47:2 65:20
**estimating** 65:12
**evaluation** 24:9,21
**exactly** 64:6
**EXAMINATION** 4:12 50:15
    72:15
**examined** 4:7
**example** 75:1
**exception** 77:5
**exhibit** 9:22 10:1 26:23 27:1,6
    30:22,24 60:11 61:8
**exhibits** 1:3 3:15
**expert** 38:18
**expires** 78:23
**explain** 10:24 55:15 57:18

___

**F**

**F** 77:1
**fabricate** 75:8
**face** 56:8
**facing** 34:10
**fact** 24:11
**factory** 8:16,23 42:22 44:2
    75:12
**fail** 21:23 24:6 57:22 58:21
**failure** 28:1
**fair** 24:19 34:22 59:9
**fall** 32:20 34:21,21 35:4
**falling** 52:21 58:4
**falls** 27:13 45:14
**familiar** 29:23 64:23
**far** 13:7,8 42:1 46:2 57:22
    61:22 62:2 66:3 68:21 75:20
**fashion** 68:21
**fasteners** 70:16
**fault** 71:8
**faxed** 19:24 30:11
**FDA** 42:23 43:15,18 44:13
    45:7,20 46:5
**February** 11:16 12:5,6 27:8
    46:7 51:18 63:5 69:18
**federal** 2:5 42:18

Paul A. Bonang, Jr.                                                                      08/15/2006

**feel** 50:2
**feet** 65:14,24
**Ferno** 7:7,12,14,22 8:12,14,17
    9:10 40:22 41:2,6,14 42:1,5
    43:22,23 44:13 45:8,14 47:9
    47:11 48:3 58:7 71:11,20
    72:3 74:20 75:11
**Ferno's** 75:21
**field** 9:19 42:3
**figure** 19:18
**file** 45:20 72:17,20 73:6,10
**files** 51:3
**fill** 15:7
**filled** 10:14 11:4,6 24:6
**financially** 78:14
**find** 16:9,12 21:18 22:18,20
    70:20
**fine** 4:11
**fire** 28:24 29:2 48:6
**firmly** 39:21
**first** 10:3,7 11:14 12:5,8 18:9
    20:20 31:14 32:17 36:6 46:8
    61:18 69:2 74:5
**fit** 16:12
**five** 48:24 50:8 57:7
**fixed** 41:24
**flaw** 42:4,8 50:3
**floating** 32:6
**floor** 31:17 39:21
**fluids** 16:16
**fold** 32:4 34:1,3 38:2 45:6
    62:19 63:4 65:24
**folded** 32:8 38:1,4 54:9,19
    55:6 66:3,11,14,24
**folder** 25:4
**folding** 35:15
**folds** 31:22
**follow** 49:11 61:24
**following** 41:3
**follows** 4:8
**follow-up** 11:11 50:19
**Food** 42:17,20
**foot** 17:3 31:10 32:16 34:13
    35:17,18,18 36:11 37:5,22
    40:12,16 51:21 52:13,17
    53:1,5 54:4 62:15 66:10
**footnotes** 21:6
**foregoing** 77:3
**form** 12:11 21:14 28:13 29:6
    32:23 33:21,22 34:7,23 35:8
    45:4 49:2 68:5
**forms** 20:21 45:4
**forth** 78:9
**found** 21:20 22:10,21
**four** 9:17 52:18 53:5,6
**fourth** 23:1

**frame** 62:17
**franchise** 7:18,19,21 9:9
**franchisees** 9:12
**franchises** 7:20
**free** 32:6
**front** 28:6
**function** 38:24 64:14,17,19
    68:22
**functioning** 40:6 44:7 53:20
**further** 36:24 37:5,12 72:13
    77:4 78:12

_____ G _____

**G** 4:1
**Garbage** 67:24
**GED** 6:22,23
**general** 16:11 57:17
**generally** 70:7
**generated** 51:1
**gentleman** 4:17
**Geographic** 12:14
**getting** 6:18 41:18 56:19 63:3
**give** 37:4 45:9,11 56:13
**given** 51:5 75:1 78:11
**gives** 65:17
**gloves** 13:2
**glue** 70:4
**go** 8:21 10:4 11:3 15:16 16:8
    17:8 21:15 22:9 25:1,6 28:5
    31:14 35:6,6 36:17 37:8
    38:8 39:13,18,19 44:2 62:1
    64:19 65:13 66:10,12,13,16
    66:24 67:2,3 73:15
**goes** 13:1 29:19 39:9 56:22
    61:23
**going** 4:17 6:17 9:21 10:19
    31:1 38:16 39:1,18 52:16
    54:9 60:17 64:20
**good** 24:2,10,10,14,20 25:8
    34:9 47:3 55:16
**governmental** 8:24 45:21
**graduate** 6:19,21
**gravity** 32:9,11
**great** 15:12,12
**ground** 14:7 34:6 39:13 51:24
    53:17 55:6 65:18,23 66:4,8
**guess** 4:21 25:22 26:4 74:13
**guessing** 28:14 29:3
**guy** 28:23 55:21 73:13

_____ H _____

**H** 1:8 3:7 45:4
**habitual** 74:4
**half** 17:16 55:12
**halfway** 23:2
**hand** 78:16

**handful** 50:8 57:5
**handle** 17:3 33:3,11,17,23
    34:12,13,14 35:1,19,22,24
    37:1,15 40:12,16 53:8 62:15
    66:10 67:1
**handles** 17:6 35:16 52:23
    53:24 54:4,15 62:10
**happen** 33:17 41:16
**happened** 43:14 44:4 48:13
    48:18,22 57:19 58:8
**happens** 32:2 33:12,20 37:19
    37:22 48:16
**happy** 40:14
**hardware** 16:6,9,11,21,24
    18:8,17,20 69:17,19 70:10
    70:18
**head** 13:1 17:4 31:10,14
    33:24 34:10,11 35:16,22,23
    35:24 36:6,8,11,14,20,24
    37:19 52:17 53:4,8 54:4
    71:21
**height** 65:1
**heights** 64:20
**help** 17:4 29:6 61:6 64:24
**helpful** 20:2 30:13
**hereinbefore** 78:9
**hereunto** 78:16
**high** 6:19 36:21,23 37:8 54:17
    65:10,12
**higher** 36:15 65:9
**highest** 36:9 65:2,6,11
**hit** 53:15
**hits** 31:24
**hold** 74:11
**holder** 12:20,21,24
**holding** 52:15
**holds** 13:22
**holes** 52:20 67:11,19,20
**homework** 4:23
**honest** 37:21 60:6
**hospital** 25:9
**hour** 71:21
**Hours** 18:6
**house** 5:21
**husband** 10:13
**hydraulic** 72:4
**Hypothetically** 55:5
**H-frame** 45:2

_____ I _____

**idea** 46:20 65:11
**identification** 10:2 27:2 30:23
    61:9
**identified** 4:5
**immediately** 36:17
**inch** 62:3

**inches** 35:24 65:5,19,23 66:1
    67:8
**incident** 21:1,2 48:12
**incidents** 48:24
**included** 8:5
**includes** 14:18 16:15 69:20
    70:1,18
**Including** 70:16
**indicate** 12:17 23:21 24:16
    50:21 63:7,22
**indicates** 27:7
**indication** 23:23
**individual** 9:23 27:23 56:1,6
**INDIVIDUALLY** 1:9
**information** 42:17 49:4,11
**initial** 10:8 20:21
**initially** 31:2
**injured** 27:24 45:24
**injury** 14:7
**inspected** 67:9
**inspection** 11:17,19 15:2,8
    18:1,23 20:18,24
**inspections** 13:16,17
**install** 12:18 70:10
**installation** 25:17
**installing** 26:2
**instantaneous** 34:3,4
**intentionally** 34:18
**interested** 13:9 78:14
**inventory** 18:16
**investigation** 43:19
**invoice** 12:6,8,16 14:24 15:24
    16:1 25:16,16,21
**invoices** 50:21
**involved** 10:21 11:14,18 21:1
    42:23 43:24
**Island** 5:13
**issue** 61:11
**issued** 11:24 12:1
**issues** 71:12
**item** 16:5,19
**items** 18:3,4,14

_____ J _____

**jammed** 41:18 57:14
**January** 12:1 20:12 27:13
**job** 21:23 71:10
**JOSEPH** 1:8,10
**Jr** 1:10,18 3:3 4:3 5:11 77:2
    77:22 78:8
**June** 13:3 50:21
**jut** 61:22

_____ K _____

**keep** 27:4 35:15 74:16 75:15
**keeps** 64:20

Paul A. Bonang, Jr.

08/15/2006

Page 82

**KIMBERLY** 1:8
**kind** 6:4 15:14 40:20 44:11,23
  45:14 48:12,20 49:11
**kit** 16:21 44:12,15
**know** 9:2 10:15 11:6,9 12:20
  14:22 15:11 17:16 19:18
  21:17 24:3 27:3 29:9,11
  30:14 31:3 33:15 41:15 42:1
  43:19,20 45:13 46:2 47:4,7
  47:21 49:6,13 50:24 51:8,14
  56:6 57:2 58:6 59:5,17
  61:20 66:4 67:6,22 68:1
  69:5,18 75:20
**knowing** 16:17
**knowledge** 9:2 10:9 14:14
  19:14 28:2 41:7,17 42:15
  45:15,18 46:3 48:15 49:15
  50:11 57:20 58:15 69:16
**KORAN** 1:8,8,10,10,11

_____

**L**

**L** 1:21 2:3,4
**label** 21:20
**labels** 70:2,2
**Labor** 18:6
**lacquer** 69:22
**landscaping** 28:24 29:4 56:7
**latches** 39:14
**Laurie** 7:17 73:14,20
**Laurie's** 8:1
**Law** 1:21 2:3
**lawsuit** 50:18
**lawsuits** 58:11
**Leedberg** 2:11 3:5 4:11 5:9
  15:16 28:13 30:17 31:7
  32:23 34:7,23 35:8 38:8,16
  50:14,16,17 72:13 76:1
**left** 11:12 22:15
**left-hand** 15:13 22:5
**legs** 32:3,10,15,20 34:1,3
  35:15,20 45:4,5 52:10 62:11
  62:19,20 63:4
**let's** 11:3 25:1 41:8
**level** 14:17 31:17 36:21,23
  37:8 38:3 40:11 54:17,18,18
  65:10 66:17,19,21
**lever** 16:21,23 17:1,10 18:20
  22:21 23:6,22 28:18 29:10
  37:20,23 39:14,20 52:13
  54:23 56:20,22 58:24 61:17
  61:18 64:14 70:20
**levers** 23:18 56:16 57:3
**license** 4:6 9:1
**licensing** 8:20
**lies** 59:17
**lift** 35:2 62:16 72:4

**line** 17:24 38:17 60:17 77:7
**linens** 58:2
**liquids** 16:15
**list** 17:21 18:5 20:10 25:2
  64:8
**listed** 18:15 77:6
**listing** 20:14
**little** 9:17 13:4 21:6 22:9 52:3
**LLP** 2:10
**load** 31:18 36:1,3,8,9 39:17
  39:19,21 45:3 54:17 62:7
  65:17 68:19
**loaded** 46:17,17
**loading** 31:13,16 36:2,12,17
  37:8 38:6 52:2 62:13 65:8
  65:10,22 66:7
**location** 40:15
**lock** 13:22 16:21,23 17:1,10
  18:20 22:21,22 23:2,6,8,12
  23:16,17,22 29:10 30:5 32:4
  32:19,21 33:7,13,16,19,21
  35:11,19 37:7,11,18 39:5,14
  39:20,24 40:3,7,10,14 42:7
  44:21 51:24 52:5,8,9,10,12
  52:20 53:6,21 54:1,11,15,23
  58:3 59:7,11,19,23 62:14
  64:9,10 66:9 67:1,22 69:1,2
  69:4,12 70:11,13,15
**locked** 33:13,16 35:14 37:7,13
  37:13 39:8,11 40:4,9,15
  54:11,15,16,20
**locking** 41:10 53:13 58:5 67:4
**locks** 33:11 39:14,15 52:6,10
  53:11,20 58:17 72:8 74:10
  74:17
**log** 48:12
**long** 9:15 45:7
**longer** 19:8
**look** 6:13 13:20,23 15:14
  16:20 17:23 19:20,22 20:5
  20:10 27:11 49:8 51:14
  61:10 65:16 67:11 75:15
**looked** 7:16 26:14 55:19,23
  56:6
**looking** 15:20 19:19 28:3 29:6
  31:1 38:6 63:5
**looks** 14:20 25:12 61:15 62:1
**loose** 28:7
**lost** 68:23
**lot** 29:18
**low** 38:2 54:18 66:17,19,21
**lower** 18:2 36:6,10 37:4,12,15
  52:12 53:24 54:7,8,12 62:17
  64:12
**lowered** 36:24
**lowering** 34:14

**lowest** 12:11 40:11 65:2,6
**lubrication** 69:22
**L443983** 27:12

**M**

**mail** 15:2 16:4
**main** 49:14 64:9
**mainframe** 32:8,9
**maintain** 68:3
**maintained** 8:14
**maintaining** 46:11
**maintenance** 12:10,12 13:5,6
  13:16 16:3 20:23 26:9,17
  28:5 46:13 50:22 51:6 59:2
  59:4,18 60:1,9,15,18 61:1
  61:14,16 63:13 67:10 69:9
  74:1,2,4
**malfunction** 28:11
**malfunctioning** 33:19
**manner** 48:21
**manual** 3:12 30:7,8,9,20,24
  31:4
**manually** 39:23 62:6
**manufacture** 20:4
**manufactured** 20:7
**manufacturer** 7:22 46:14
  50:5
**mark** 9:21 26:22 60:19,23
  61:2 63:17
**marked** 10:1 18:3 27:1 30:22
  55:15 61:8
**Massachusetts** 1:6,23 2:6,13
  78:2,7
**matted** 67:15
**mattress** 67:7,13,21
**mean** 8:3 12:9 13:6 18:4
  19:12 22:18 41:20 44:4
  46:16 64:17 65:8 70:21
  73:24 74:7
**meaning** 12:20
**means** 11:9 36:2 59:4 60:24
**measured** 65:3
**measurement's** 65:15
**mechanism** 52:15 62:2,6
**meet** 39:13
**memo** 12:8,17
**memory** 20:3 28:10
**mentioned** 56:18 70:19,24
  71:10
**metal** 63:1,1,3 75:4,8,17
**Michael** 1:24 2:11 78:5
**mid** 54:18
**Mike** 50:17
**Mine** 15:12
**Minor** 68:19
**MINORS** 1:11

**missed** 24:7
**mistake** 24:18
**mistaken** 24:4 59:9
**misuse** 42:11 70:23
**misused** 71:4
**model** 3:11 10:15,17,19,20
  11:1 19:3,5,6,7,9,10,13
  30:19 42:22 43:2,3,4,6 44:5
  44:18,24 49:7 50:10 56:16
  58:1,6,12,14 62:18 64:2,2
  66:12 72:2
**models** 44:7,9 45:6 58:7,9
  68:15
**month** 51:18
**move** 14:9
**moved** 23:8 39:17
**multi-level** 34:15

_____

**N**

**N** 3:1 4:1
**name** 5:10 7:17 8:7 20:20
  50:17
**national** 8:2
**near** 56:22
**necessarily** 38:17 53:13 55:10
  41:14 70:3 75:17
**needed** 64:6 70:14
**needs** 13:24 23:23
**neighborhood** 46:15 65:4
**neither** 78:12
**net** 12:22,24
**never** 45:16 65:3
**new** 7:10,18,21 70:18,18
**newer** 68:12
**NE-SM** 16:5
**noise** 53:10
**non-staffed** 28:24
**normal** 55:23
**normally** 74:2
**Northeast** 1:17 6:5 8:4,5 9:16
**notarization** 5:8
**Notary** 4:7 78:6,20
**note** 21:8,20 22:6,11 27:6,7
  67:16
**noted** 28:22
**notes** 21:5 67:12
**notice** 6:4,5 41:24 44:5
**notices** 42:16
**November** 78:24
**number** 5:17,19 11:5 13:12
  14:21 19:13,15,17,20,21,23
  20:11 21:10 25:16 27:11
  46:20 57:11,13 70:14 72:3
**numbers** 10:19 11:1 15:21
  17:23 20:7 27:10

Paul A. Bonang, Jr.

08/15/2006

Numerous 58:10
nuts 18:12,16 70:11

---

**O**

O 4:1
object 28:13 38:16
Objection 32:23 34:7,23 35:8
obviously 29:11
Occasionally 49:18
occur 17:11
occurred 49:1
office 7:11 8:11 14:22 17:22
  41:2,5 42:2 49:14 72:17
Offices 1:21 2:3
Oh 41:2 47:13
Ohio 7:1 8:9,12 41:3,5 71:21
oil 69:22
oils 16:16
Okay 7:12 8:10 9:10 10:6
  12:3,8 16:23 17:15,20 18:10
  18:19 22:23 25:7,12 26:16
  26:19 27:6,15,20 33:1 35:3
  35:10 36:5 40:13 41:1,23
  42:7 43:18 57:12 62:23 64:1
  66:3 68:18 71:6 74:15 75:23
old 70:11
older 19:8
once 39:20
ones 15:3 58:24
one-week 7:4
ongoing 68:2
opener 62:16
opens 14:8
operate 68:22
operates 68:23
operator 13:2 17:4 34:12,13
operators 34:8,17 37:14
opportunity 4:18
opposed 73:24
order 6:11 8:21 25:13 29:20
  40:13
original 3:15 5:1 60:7
originally 47:12
ought 38:15
outcome 78:15
owner 7:14,18
owner's 30:7
oxygen 12:21,24 25:18
O'Connor 1:24 78:5

---

**P**

P 4:1
package 16:11 18:8,11,18
page 3:8 10:4,5,6,7 11:21 12:3
  14:15,16,18,19,23 15:6 23:2
  25:12,21,24 30:19 31:1

35:10,11 36:12 38:7 54:13
  64:24 65:17 77:7
pages 1:2 9:23 25:1,2,10
pains 77:19
paper 11:19
paperwork 12:23 21:4 40:22
  73:1
part 9:8 10:14 17:23 25:2
  59:15 60:5 63:13 64:6 66:18
  70:13 71:10
particular 6:4 10:22 16:18
  39:2 43:3,24 44:5 49:4,8,20
  50:22,22 57:24 62:18 64:23
  67:23 68:1 72:18
particularly 54:22
parties 78:13
parts 9:3,3,5,6,8 17:21 18:5
  22:8 64:7,8 70:14,15
pass 21:22 24:6
passed 10:10
passes 24:22 53:12
patient 31:13 39:17 41:22
  59:20
patients 14:3 31:18 43:7,9
Paul 1:18 3:3 4:3 5:11 77:2,22
  78:8
penalties 77:19
people 9:1,13 27:16
percent 56:12 68:20,21
percentage 56:13
perform 9:7 51:5
performed 15:9 16:3 18:24
performs 64:19
perjury 77:19
PERRITANO 2:10
person 38:19 51:21 73:20
pertain 44:17
pertains 21:17 59:7
photographs 49:16,19,24
  71:22
physically 59:20
picture 30:6 34:9 50:4 66:20
  66:22,22
pictures 49:22 71:19 72:5
piece 9:4,10 29:17 40:21
  44:17 49:9 62:22 75:8,17
pieces 13:22
PIERCE 2:10
pin 52:21
pinpoint 43:11
pins 16:9 18:13
piston 35:3
place 17:11 28:19 40:7 52:10
  55:20 56:11 67:4
placed 58:16 70:5
Plaintiffs 1:12 2:8

plastic 62:24 63:2
play 57:21
played 57:4
please 5:12 7:3,13 11:8
PMB2 12:9 13:3 14:17
PO 14:20
point 28:4 52:5 53:16
position 32:21,21 33:8,11
  35:14 36:1,3,4,8,12,18,21
  36:23 37:8,9,11,14 38:1,3,4
  39:11 40:4 45:3,3 52:2
  53:11,13 54:9,14,16,18,19
  58:5 65:2,2,6,7,8,9,10,11,17
  66:3,11,14,17,24 74:12
positions 34:16 36:10 37:15
  54:10,13 64:13
positive 56:12
possibility 56:19
possible 21:7 48:4 55:11,17
  65:22 66:10
possibly 65:13,24 75:2
post 24:10,15,20
potential 71:11
Powerflex 72:3
prerepair 23:17 24:9,15,19
president 7:15,21 73:15
press 37:5 54:6
pressed 35:16 36:20 54:4
pressing 36:24
pressure 75:9,18
presume 65:9
presuming 52:9
pretty 16:14 29:3 53:16 55:20
  68:8,20
prevent 35:19 52:21 58:3
prevented 74:11
preventing 58:4,4
preventive 12:10,12 13:5,6,15
  16:2 26:9,17 28:4 59:2,3,18
  60:1,8 63:13 67:10
prevents 17:1 52:12 63:1,2
  64:11
previous 14:18 20:6 29:13
  68:4
primary 48:17
printout 21:7
prior 20:24
probably 28:20 50:8,8 56:9
  61:19 62:3 71:5
problem 22:20,21 40:20 41:9
  43:11 49:7,9 50:3 59:1,15
  59:15,16 73:8,11 74:23,24
  75:7,14
problematic 43:6
problems 21:20 22:6,19 42:10
  69:11,15

procedure 38:20 62:13
process 25:3 39:2,5 44:1
  51:10
produce 73:5
produced 3:9,10 47:4
product 71:4
production 4:6 6:9 19:9 69:3
Professional 78:5
proper 23:9 40:15
properly 22:11 28:8 44:7
  53:20
Public 4:7 78:6,20
pull 37:19,22 39:12
pulled 28:3
pulling 51:21
pulls 40:3
purchase 25:13
pure 74:22
purpose 29:21
push 62:15,18,21
pushes 31:22 62:20
pushing 33:23 63:3
put 14:9 16:10,14 18:17 19:16
  20:20 21:6 22:12 23:6,12
  25:4 27:4 31:13 63:11 70:17
putting 39:23 74:11
p.m 1:20 76:4

---

**Q**

quality 24:21
quantity 22:8 23:22
quarter-inch 61:19 75:6
question 10:16,18 41:3 45:1
  47:13 51:12,14 70:13
questioning 38:17
questions 6:17 50:13,14,20
  60:7 72:13
quick 21:5 26:15
quickly 35:6
quietly 44:13

---

**R**

R 4:1 60:14 77:1
raise 53:24 54:6,8
Randy 10:12
range 69:20
ratchet 64:9,10 71:17
ratcheting 58:2
reach 5:20 51:24
read 4:18 5:8 77:3
reading 25:6
realized 23:7
really 25:5 34:9 43:11 73:15
rear 66:4
reason 17:18 40:9 55:7 60:13
rebuilt 47:17

Paul A. Bonang, Jr.    08/15/2006

Page 84

recall 27:22 37:21 42:22
  54:22 55:1 57:23 67:12
  69:11,14 70:4 71:12,24
  72:10,11
recalled 64:4
receive 15:1 16:4 46:2
recommend 48:11
recommendation 46:12
recommends 46:14
record 5:10 15:16,19 21:13
  30:17,21 40:18,19 48:21
  77:5 78:10
records 7:16 28:22 46:10
Recross 3:2
Redirect 3:2 72:15
refer 60:12
reference 15:21
references 60:22
referencing 64:24 66:21
  67:12
referring 30:18 66:19
refers 61:1
reflection 24:11
regard 38:20 46:5,12 48:13
  49:19
Registered 78:5
regularly 68:3
relate 15:21 25:10 51:16
related 78:12
relates 15:10 48:17 72:17
relative 58:12,13
release 53:10 62:10
remain 39:6,8
remember 17:19 26:4 27:20
  28:14,15,18,21 29:7 43:5
  51:13 55:17
remembering 28:15
remove 75:9
renew 12:2
repair 7:1,2 8:17 10:16 24:10
  24:15,20 26:15 63:5
repairs 22:2 42:17 44:9,11
  63:24
repetitively 49:8
replace 14:1 29:7,12 55:7
  59:7,12,23 60:4 70:15
replaced 14:1 16:10,22 17:13
  17:15 22:20 24:1 29:10,13
  29:15 41:11 54:22 55:3,23
  56:16 57:2 58:23 64:8 67:20
  70:3
replacement 70:14
report 3:13 40:24 46:2
reported 74:19 75:14
Reporter 1:24 78:6
reports 45:20,22 73:3

represent 50:17
required 42:16
requires 34:17 39:23 67:19
resellers 47:15
resold 47:8,10,15
response 6:6
restraint 41:19,22 57:1,3,10
  57:15 75:1
restraints 57:21
result 27:24 43:12 51:1 70:21
retained 3:15
retrofit 44:3,12,15
retrofitted 43:1 64:6
retrofitting 64:1
review 25:5
Rhode 5:13
right 6:2,12 9:13 10:22 11:2
  11:19 13:9 14:8,9 15:22,24
  18:7 19:3,4 20:15 21:24
  22:3 25:22 26:21 30:4 31:18
  32:11,15,17,22 35:7 55:1
  60:5 62:22 73:3,11 75:4
right-hand 18:2,5 24:8 34:11
Road 5:13
role 57:4
roll 16:9 18:12
roughly 65:14 66:2
RPR 1:24

_____
S
_____

S 3:7 4:1 60:18
safety 23:2,7,12,16 29:10
sake 41:8
satisfactorily 4:5
saw 14:17 29:7 42:14 46:24
  47:6 56:8 72:4
saying 28:10
says 10:16 12:8 13:3 14:23
  15:13 16:5 18:6,19 20:23
  21:4 23:17 30:5 38:4,11
  60:13
schedule 20:23 63:14
scheduled 20:24 60:15,18,24
  61:14,16 73:24 74:2,4
school 6:19 7:1
scoop 13:21 14:5,6,8
scratched 23:5
screws 16:9 18:12,17 70:16
scuff 62:24 63:2
seal 78:17
second 11:21 15:17 73:23
secondary 52:9
secretary 17:22
section 22:24
sections 21:19
Security 5:17

see 6:13,14 11:8 15:12,15
  26:3 34:9 36:14 38:12 41:4
  49:6,6 61:5,10 63:20 66:18
  66:21 73:8,11
seeing 26:4 67:13
seen 57:20 71:18
sell 9:8 47:24 48:1
selling 48:10
sells 9:10
send 5:1 40:22 42:16,20 50:4
  71:20
sent 6:4 12:6 21:10 42:1,1
  71:20 72:5
separate 8:15
sequence 38:14
serial 11:5 19:17,20,21 20:7
  20:11 21:10 27:10,11
serves 29:22
service 14:17 19:16 27:8 30:8
  30:9 47:5 55:16 60:20 61:3
  61:13,16 68:9 69:18 73:24
  74:5,7
set 78:9,16
seventh 21:3
sheet 10:8 11:17,19 15:7,20
  17:20,21,24 18:1,22 19:23
  26:1,3,6,7,11,15 27:7,10
  63:5,9
sheets 26:23
Sherborn 1:14 2:15 10:21
  12:5 14:12,21 46:9,21 47:5
  47:22 48:1,2 50:18 56:11
  68:2
shifter 62:2
shop 12:13
show 30:2 61:7
showed 28:17
shown 31:10 38:1
shows 30:10
side 22:5 53:3,5
sign 5:8
signed 20:21 77:19
Silviera 10:12
similar 26:3,6,7 50:24 64:14
  64:17
simultaneously 34:14
single 16:15 42:24
sister 7:6
sit 28:9
site 7:10 11:11,13 12:18 15:7
  16:22 26:1 27:18 55:21
  74:24
situation 55:9 58:17 71:3
situations 42:13
six 20:6 35:23 50:8 57:7 65:4
slick 69:22

slide 62:17
slow 34:3
slowing 34:21
slowly 34:6,18 35:4
small 16:6,11 18:8 69:17
snapshots 71:12
Social 5:17
sold 47:11,21
solutions 75:7
somebody 14:6 17:2 27:23
  33:2,3,22 59:5,19 68:22
  73:10
son 7:14
sorry 25:14 26:6 35:18 41:3
  62:12
sort 6:23 8:20
speaking 55:5 70:7
specialized 6:24
specifically 16:18 63:10
specifications 65:16
speculating 23:15 45:9 55:20
speculation 55:14 74:22
spring 32:11,12,14 35:3 52:19
Squadmate 3:11 30:20
Square 2:12
squeeze 17:2,7,11 33:10,17
  34:12 37:14,16 40:16 62:10
  62:15
squeezed 35:19 40:12
squeezes 33:22
squeezing 33:2,4 34:14 35:1
ss 78:3
stair 14:1 15:13
stairs 14:3
standard 16:14 49:2
standing 34:10 45:2
started 49:6
state 5:10 8:24 38:14 67:19
statement 34:22 59:14
STATES 1:5
stationary 53:16
steel 61:21 70:1 75:5,6
stepped 43:15 44:14 45:7
steps 38:7,12
stick 62:2
stickers 70:5
stipulations 4:10 5:7
stow 12:24 25:18
straighten 28:17 55:18
straightened 55:22 56:3
strap 41:20 56:19,22,24 71:1
  75:9
straps 74:9,11,16 75:15
Street 1:22 2:5
stretcher 7:2 10:17,21 11:15
  11:20 13:1,9,23 14:10 15:2

Paul A. Bonang, Jr.

08/15/2006

Page 85

15:22 16:1,3,8,15 17:2,3,5,7
18:1,23 19:8,19 21:16,18,19
28:5,11 31:20 32:20 33:18
34:6,10,15 35:2,24 36:7
39:1,12,16 40:13,24 41:18
42:23 43:1,8 44:19,24 45:1
46:24 48:16 49:20 52:16,21
52:23 58:1,4 59:6,8,16
62:16,17 63:14 64:11 69:4
69:24 72:4,18

**stretchers** 28:20 29:14 44:3
46:1,5 48:14 49:17
**strictly** 4:23 31:4 42:10
**strip** 62:24 63:2
**stuck** 69:24
**stuff** 9:1 13:2 30:10 70:1
**style** 68:17
**styles** 45:6 68:20
**subpoena** 73:10
**subsequent** 25:14 51:5
**sued** 45:14,16
**Suffolk** 78:3
**Summer** 1:22
**supposed** 31:16 39:6,8
**sure** 6:16 10:14 12:22 13:24
14:4 15:18 21:12 23:14 28:6
28:7,19 29:4 43:10 55:13,20
61:24 68:8 71:19 72:2,22
**suspect** 57:8,15 58:24
**suspected** 57:3
**sworn** 4:6 78:9
**system** 63:15 64:15

_____ **T** _____

**T** 3:7 77:1,1
**tail** 60:19
**take** 4:24 6:13 14:7 32:10
34:2 49:16,19,22 50:1,2,4
60:7 61:10 70:17 71:12
**taken** 10:9 23:24
**takes** 11:17
**talk** 27:16 38:19
**talked** 28:21 60:11,14
**talking** 10:20 30:2,14 35:12
36:13 44:16 52:11 71:18
**tape** 69:23
**tear** 67:16
**tears** 67:11,18,19,20
**tech** 31:4
**technician** 22:13 24:9 71:21
**technicians** 7:11
**technique** 38:22
**teeth** 58:2
**telephone** 5:19
**tell** 7:3,12 10:5 16:7 18:3,10
19:21 20:3 21:14 27:23

56:17
**telling** 11:7 28:16
**Ten** 2:12
**tension** 32:14
**terms** 34:2 46:11
**territory** 44:3
**testified** 4:7 54:21
**testify** 66:16
**testimony** 77:4,5 78:11
**thick** 61:18,19
**thickness** 67:6
**thing** 18:19 25:19 30:14 42:7
51:21 55:2,6 59:3 65:13
67:7 73:23 74:5,8
**things** 6:8 18:14 40:14 48:13
48:22 57:11,13,22 64:10
68:19 69:20
**think** 12:21,23 35:10 41:10
42:8,10 50:12 68:11 71:20
**thinners** 69:23
**third** 16:5
**three** 17:16 26:22 45:12 53:13
55:11 65:14,24 67:8
**three-quarters** 62:3
**tilted** 52:3
**time** 9:8 10:10 16:8 25:5
26:18 29:19 34:2 41:16
45:10,11 46:8,17 47:6 62:5
68:2 74:6
**times** 22:12 50:9 56:15 57:2,7
58:8,10,23
**today** 28:9 52:11 72:21
**told** 25:19 59:19
**top** 10:13 11:4 13:8 35:11
65:13
**totally** 44:18
**touch** 52:13
**touches** 66:8
**town** 1:14 2:15 10:21 12:4
14:12,21 25:13 46:9 50:18
**track** 68:16
**trained** 38:22,24
**training** 6:24 7:8,10
**transcript** 4:17 5:4 77:3
**transport** 45:3
**trends** 49:6,11
**tried** 28:17 55:18
**trolley** 52:18,19 53:4 64:15
68:17
**trollies** 53:2 63:6,18 67:4
68:16
**trouble** 31:3
**truck** 28:24 29:4,20 56:7
**true** 54:3 77:4 78:10
**try** 28:14
**trying** 17:19 28:18 65:11

**tube** 63:1,2,3
**two** 12:12 13:15 15:3 18:2,4
25:1,10,12 34:8,17 37:14
40:14 45:6 52:17,19 53:2,2
53:7 64:9 68:14 73:14
**type** 4:17 9:7 59:3 64:12 74:5
**types** 57:21 69:21
**typical** 62:5
**typically** 63:11

_____ **U** _____

**unacceptable** 24:19
**undercarriage** 31:21,23 33:3
33:4,10
**underneath** 13:1 32:8 63:7
**understand** 35:10 39:4 41:4
44:20 47:13 49:3 65:12
75:13
**understanding** 31:12
**unit** 70:5
**UNITED** 1:5
**units** 69:12
**unknown** 55:6
**unloaded** 46:18
**unloading** 38:7,11,20 39:5,10
51:11
**unlock** 29:20 39:24 62:14
**unlocked** 33:14,18,22 39:6,20
40:15
**upper** 15:13 24:8 66:22
**usage** 29:18
**use** 14:3,6 17:22,22 67:15
69:20,21,22,22 70:1,11
**user** 48:9 62:6 70:5,21 71:3,8
**users** 53:18
**user's** 3:11 30:20,24
**usual** 5:6
**usually** 50:2 57:16

_____ **V** _____

**v** 1:13
**vacation** 73:14
**Vaguely** 28:15
**various** 9:12 18:12 48:21
**vehicle** 11:17 13:13,16 15:2,4
15:8,10 29:21 31:13,17,22
**version** 19:8 68:12
**vicinity** 57:17
**visited** 74:6
**VOLUME** 1:1
**V1** 13:12

_____ **W** _____

**waive** 5:8
**walked** 59:17
**want** 4:18 6:14 14:3 21:9 31:9

43:17 59:5 73:23
**wanted** 42:24 74:8
**Warwick** 5:13
**wasn't** 22:10 26:17 41:3 60:4
**way** 11:7 16:17 33:20 38:2
40:10 53:17 54:9,10 57:9
66:12,13 67:2 68:23
**ways** 33:15
**WD-40** 69:21
**wear** 67:16 71:18
**wearing** 5:21
**WEAVER** 1:14
**week** 7:9
**weeks** 73:14
**went** 7:1 26:11
**weren't** 44:7 58:17
**we'll** 5:8 9:22 11:21 31:5,7
**we're** 6:18 15:20 21:1,18
28:12 30:17 31:1
**we've** 75:15
**whatnot** 64:21
**wheel** 32:9 65:23 66:4,6,7
68:19
**wheeling** 33:24
**wheels** 31:13,16 36:9 39:13
39:19,21 40:2 51:23 52:18
53:10 65:18
**whereof** 78:16
**willing** 73:5
**Winthrop** 2:12
**wise** 68:22
**witness** 3:9,10 78:8,11,16
**woman** 7:17 10:12
**wool** 70:1
**word** 59:5
**words** 48:22 53:24
**work** 8:21 9:1,7,13 13:8 24:12
24:15,23 26:4,8,9 27:17
41:24 49:4,17 60:12 63:8,18
68:21 72:23 74:15
**working** 9:15,18 22:11 28:8
50:7 58:17
**worn** 13:24 63:3
**wouldn't** 19:18 24:16 29:9
55:3 61:2
**write** 23:4
**writing** 23:19
**written** 19:1
**wrong** 29:10,12 55:4,10 59:11
59:14 67:13
**wrote** 11:10

_____ **X** _____

**x** 1:7,16 3:1,7 45:4,5
**X-frame** 45:1

Paul A. Bonang, Jr.                                                                                      08/15/2006

Page 86

| **Y** | **3** | | |
|---|---|---|---|
| Yeah 4:21 32:24 | 3 3:11 30:22,24 | | |
| year 6:21 12:2 13:4 19:16 | 3,000 28:20 | | |
| 20:3,12 25:14 43:17 46:21 | 3/26/03 12:16 | | |
| 48:23 69:5 74:3,3,3,3 | 30 3:12 5:3,7 7:20 38:7,9 | | |
| years 9:17 17:17 20:6,8 45:12 | 30(b)(6) 1:17 6:4 | | |
| 48:24 50:6 55:12 71:14 | 33 65:18,23 | | |
| 72:11 | 35A 58:7 | | |
| yesterday 10:13 | 35P 58:7 64:3 71:17 | | |
| **Z** | 36 65:24 | | |
| zone 12:13,14 | **4** | | |
| **0** | 4 3:4,13 61:8 | | |
| 02 12:20 | 4:38 76:4 | | |
| 02110 2:6,13 | 400,000 20:11 | | |
| 02886 5:14 | **5** | | |
| 03 11:16 12:6 63:6 | 50 3:5 69:22 | | |
| 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 5:18 | 500 46:15 | | |
| 04 50:21 | 500,000 20:12 | | |
| 05-11454-RGS 1:13 | **6** | | |
| 06 12:2 | 600 46:15 | | |
| 090-5437 18:19 | 61 3:13 | | |
| **1** | 617)350-0950 2:14 | | |
| 1 3:9 10:1 60:11 | 617)728-9123 2:7 | | |
| 1-4 1:3 | **7** | | |
| 1-78 1:2 | 7 30:19 31:1 78:24 | | |
| 10 3:9 | 7th 27:8 46:7 | | |
| 100 1:22 56:12 68:21 | 72 3:4 | | |
| 11 11:16 36:12 54:13 64:24 | 774-991-0132 5:22 | | |
| 11th 12:7 | **9** | | |
| 13 12:5 63:6 | 9 35:10 | | |
| 13th 69:18 | 9/24/74 5:16 | | |
| 14939 25:16 | 93 10:17 19:10,12 68:24 | | |
| 15 1:19 | 93ES 3:11 13:10 19:3 30:19 | | |
| 15th 78:17 | 38:6 49:7 56:16 68:11 69:7 | | |
| 175 2:5 | 93/29 10:17 | | |
| 19 19:22 | 96 27:13,14 | | |
| 1996 47:4,5 | 97 20:6 | | |
| **2** | 99 68:20 | | |
| 2 3:10 26:23 27:1,6 | | | |
| 2/11 20:17 | | | |
| 2/12/03 11:9 | | | |
| 2/13/03 14:11 | | | |
| 2:35 1:20 | | | |
| 2004 13:3 73:3 | | | |
| 2006 1:19 77:20 78:17 | | | |
| 2008 78:24 | | | |
| 214 5:13 | | | |
| 23 19:6 68:12 | | | |
| 24 65:17 | | | |
| 25 13:3 38:8 | | | |
| 27 3:10 | | | |
| 29 19:7,9 68:13,17,23 69:2,9 | | | |

# MOTION FOR SUMMARY JUDGMENT
# EXHIBIT 8
## Plaintiff's Initial Discovery Disclosures

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No.  05-11454 RGS

JOSEPH H. KORAN, and KIMBERLY          )
KORAN, Individually and on Behalf of   )
ANA KORAN, JOSEPH KORAN, JR.           )
and ERIK KORAN, Minors,                )
                                       )
                    Plaintiffs         )
V.                                     )
                                       )
ELIZABETH WEAVER, and                  )
TOWN OF SHERBORN,                      )
                                       )
                    Defendants         )

# PLAINTIFF'S DISCLOSURES UNDER
# FED. R. CIV. P. 26(a)(1), LR 26.2(A) & LR 35.1

### I.  FED. R. CIV. P. 26(a)(1) & LR 26.2(A)

In accordance with Fed. R. Civ. P. 26(a)(1) and LR 26.2(A), plaintiff makes the following disclosures:

A.    Individuals likely to have discoverable information relevant to disputed facts:

| NAME: | ADDRESS: | SUBJECT |
|---|---|---|
| Joseph Koran | 6101 Twain Drive<br>New Market, MD 21774 | Facts/Medical/Damages |
| Kimberly Koran | 6101 Twain Drive<br>New Market, MD 21774 | Medical/Damages |
| Robert Tiso, M.D. | New York Pain Center<br>7209 Buckley Road, Ste. 2R<br>Liverpool, NY 13088 | Medical |
| James A. Dispenza, M.D. | North Medical, P.C.<br>5100 West Taft Rd., Ste. 10<br>Liverpool, NY 13088 | Medical |

| | | |
|---|---|---|
| Felipe Diaz, M.D. | 5586 Legionnaire Drive<br>Cicero, NY 13039 | Medical |
| Warren Wulff, M.D. | Syracuse Ortho. Specialists<br>4115 Medical Center Drive<br>Fayetteville, NY 13066 | Medical |
| Joseph Catania, M.D. | New York Pain Center<br>7209 Buckley Rd., Ste. 2R<br>Liverpool, NY 13088 | Medical |
| Sergio Zappala, P.T. | CNY Physical Therapy &<br>  AquaticCenters<br>5700 W. Genesee St.<br>Camilus, NY 13031 | Medical |
| Clyde Satterly, M.D. | Lakeshore Family Medicine<br>6221 Route 31 - Ste. 108<br>Cicero, NY 13039 | Medical |
| Harvey Sauer, M.D. | Urology Consultants of Syracuse<br>739 Irving Avenue - Ste. 600<br>Syracuse, NY 13210 | Medical |

B.    Documents produced/identified because they are believed to be relevant to disputed facts:

DESCRIPTION/CATEGORY:                              LOCATION:

Medical Records

| | |
|---|---|
| Sherborn Fire Dept. EMS | Produced |
| Robert Tiso, M.D. (NY Pain Center) | Produced |
| James A. Dispenza, M.D. (Carebest Internal Med.) | Produced |
| Felipe Diaz, M.D. (Carebest Internal Med.) | Produced |
| Warren Wulff, M.D. (Syracuse Orthopedic) | Produced |
| Joseph Catania, M.D. | Identified |
| Sergio Zappala, P.T. | Produced |

| | |
|---|---|
| Clyde Satterly, M.D. | Identified |
| Harvey Sauer, M.D. | Identified |

Medical Bills

| | |
|---|---|
| -Warren Wulff, M.D. | Produced |
| -Syracuse Orthopedic Specialists | Produced |
| -Sherborn Fire Dept. | Produced |
| -Magnetic Diagnostic Resources | Produced |
| -New York Pain Center | Produced |
| -CNY Physical Therapy Aquatic Centers | Produced |
| -Carebest Internal Medicine | Produced |
| -North Medical, P.C. | Identified |
| -Magnetic Diagnostic Resources of Central NY | Identified |
| -Clyde Satterly, M.D. | Identified |
| -Harvey Sauer, M.D. | Identified |

C.   Computation of the categories of damages suffered by plaintiff in this action, and the production/identification of relevant documents:

1.   Medical Expenses:  (Incomplete)

2.   Future Medical Expenses: As yet, undetermined.

3.   Lost Wages: Not computed as yet.

4.   Future Lost Wages:  Undetermined.

5.   Lost Earning Capacity: Past and future, undetermined.

6.   Pain and Suffering: Plaintiff continues to suffer with severe back pain.  He expects to undergo back surgery in the near future.

7.   Permanent loss or impairment of a bodily function: This will be supplemented.

3

8.   Substantial disfigurement: Plaintiff will have scarring after he undergoes the necessary back surgery.

D.   Plaintiff has received, and continues to receive, Worker's Compensation benefits, for which there will be a lien.

## II.   LR 35.1

In accordance with LR 35.1, plaintiff makes the following disclosure of medical information:

**1.     Itemized Medical Expenses**: (Incomplete)

| | | |
|---|---|---|
| a. | Sherborn Fire Dept. EMS 2/6/03 | $  348.40 |
| b. | NY Pain Center (8/8/03-12/11/03) | 2,319.51 |
| c. | St. Joseph's Imaging Assoc. (2/10/03-10/29/03) | 650.00 |
| d. | Magnetic Diagnostic Resource (2/12/03) | 2,000.00 |
| e. | CYN Physical Therapy (3/7/03-7/16/03) | 1,096.98 |
| f. | Carebest Internal Medicine ( 2/10/03-3/24/03) | 421.00 |
| g. | Syracuse Ortho Specialists (7/17/03-11/18/03) | 270.00 |

**2A.    Non-Privileged Medical Records (Produced)**:

| | | |
|---|---|---|
| a. | Robert Tiso, M.D. | Produced |
| b. | James A. Dispenza, M.D. | Produced |
| c. | Felipe Diaz, M.D. | Produced |
| d. | Warren Wulff, M.D. | Produced |
| e. | Sergio Zappala, P.T. | Produced |
| f. | Sherborn Fire Dept. EMS | Produced |

**2B.    Non-Privileged Medical Records (Identified)**:

4

a.    Joseph Catania, M.D.                    Identified

b.    Clyde Satterly, M.D.                    Identified

c.    Harvey Sauer, M.D.                      Identified

**3.    Privileged Medical Records**:    None.

By his Attorney,

CARMEN L. DURSO, ESQUIRE
B.B.O. # 139340
Suite 3232
100 Summer Street
Boston, MA 02110-2104
(617) 728-9123

## CERTIFICATE OF SERVICE

I, Carmen L. Durso, attorney for plaintiffs, hereby certify that I served Plaintiff's Disclosures Under Fed.R.Civ.P. 26a)(1), LR 26.2(A) and LR 35.1 on the parties, by delivering a copy, in hand, to Darlene Tonucci, Esquire, Pierce, Davis & Perritano, LLP, 10 Winthrop Square, Boston, MA 02110 and to Dragan A. Cetkovic, Esquire, Black, Cetkovic & Whitestone, 200 Berkeley Street, Boston, MA 02116.

DATED: November 30, 2005

CARMEN L. DURSO, ESQUIRE

5

# MOTION FOR SUMMARY JUDGMENT
# EXHIBIT 9
# Fire Captain Pamela Dowse's Deposition

1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

C.A. No. 05-11454-RGS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JOSEPH H. KORAN and KIMBERLY

KORAN, Individually and on Behalf

of ANA KORAN, JOSEPH KORAN, JR.,

and ERIK KORAN, Minors,

      Plaintiffs,

  v.

ELIZABETH WEAVER and TOWN OF

SHERBORN,

      Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

      DEPOSITION OF PAMELA J. DOWSE, a

witness called on behalf of the Plaintiffs,

taken pursuant to the Federal Rules of Civil

Procedure, before Maureen O'Connor Pollard, RPR,

CLR, and Notary Public within and for the

Commonwealth of Massachusetts, at the offices of

Sherborn Fire Department, 22 North Main Street,

Sherborn, Massachusetts, on the 17th of October,

2006, commencing at 12:02 o'clock p.m.

Pamela J. Dowse                                                                    10/17/2006

| 1  | APPEARANCES: |
|----|--------------|
| 2  | FOR THE PLAINTIFF: |
| 3  | BY:  MATTHEW P. COLETTI, ESQ. |
| 4  | CARMEN L. DURSO, ESQ. |
| 5  | LAW OFFICE OF CARMEN L. DURSO |
| 6  | 175 Federal Street |
| 7  | Boston, Massachusetts 02110-2241 |
| 8  | 617-728-9212 |
| 9  | dursolaw@tiac.net |
| 10 | |
| 11 | FOR THE DEFENDANT: |
| 12 | BY:  MICHAEL D. LEEDBERG, ESQ. |
| 13 | PIERCE, DAVIS & PERRITANO, LLP |
| 14 | Ten Winthrop Square |
| 15 | Boston, Massachusetts 02110-1257 |
| 16 | 617-350-0950 |
| 17 | mleedberg@piercedavis.com |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |

2

1         P R O C E E D I N G S
2
3              PAMELA J. DOWSE,
4    having been identified by Attorney Leedberg,
5    being first duly sworn, was examined and
6    testified as follows:
7              MR. LEEDBERG:  I'll vouch for the fact
8    that this is Pamela Dowse.  She didn't have a
9    photo ID, and it's my fault for not telling her
10   to bring one.  I'll vouch for the fact that is
11   Pamela H. Dowse.
12             MR. COLETTI:  Works for me.
13             DIRECT EXAMINATION
14             BY MR. COLETTI:
15       Q.  We're here for a deposition.  Have you
16   ever taken one before?
17       A.  No.
18       Q.  What's going to happen is I'm going to
19   ask questions, and they may be followed up by
20   others here, and you answer them to the best of
21   your memory.  And no need to guess, no need to
22   estimate, just what you can remember.
23             There will be objections throughout
24   it, most likely.  Just continue to answer and

4

| 1  |          INDEX | |
|----|----------------|---|
| 2  | EXAMINATION | PAGE |
| 3  | PAMELA J. DOWSE | |
| 4  | BY MR. COLETTI | 4 |
| 5  | | |
| 6  |         EXHIBITS | |
| 7  | NO.    DESCRIPTION | PAGE |
| 8  | 1    Memorandum......................... 14 | |
| 9  | | |
| 10 | **EXHIBITS RETAINED BY ATTORNEY COLETTI** | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |

3

1    speak right through them unless instructed
2    otherwise.
3              And we'll just not to talk over each
4    other.  And don't anticipate my full question,
5    just see if you can wait until I ask the whole
6    thing and give your response.  And try to
7    refrain from using gestures or head nods or
8    anything along those lines, and just answer
9    verbally as often as you can.  That makes it all
10   easier for the stenographer.
11             We'll start with the basics.  Your
12   name is Pamela Dowse?
13       A.  Yes.
14       Q.  Could you spell that for the record,
15   please?
16       A.  P-A-M-E-L-A, D-O-W-S-E.
17       Q.  And we met your husband Jon.
18       A.  Okay.
19       Q.  You guys are married?
20       A.  Yes.
21       Q.  Children; how many?
22       A.  Yes.
23             What does that have to do with
24   anything?

5

2 (Pages 2 to 5)

Pamela J. Dowse                                                           10/17/2006

1        MR. LEEDBERG:  Just a little
2  background.
3        BY MR. COLETTI:
4    **Q.  Just background questions.**
5    A.  Want to take them?
6        Two.
7    **Q.  And your age, if you could tell us?**
8    A.  Thirty-seven.
9    **Q.  Your date of birth?**
10   A.  8-8-69.
11   **Q.  And your current address?**
12   A.  100 North Main Street here in
13 Sherborn.
14   **Q.  And are you under any medications**
15 **today?**
16   A.  No.
17   **Q.  Could you quickly tell us about your**
18 **educational background?**
19   A.  Yes.  As it relates here to the fire
20 department, or just in general?
21   **Q.  Just generally.**
22   A.  I have an accounting degree from
23 Northeastern and a masters from Nichols.  I'm an
24 EMT Intermediate.

6

1    **Q.  And that's a certification you refer**
2  **to, EMT Intermediate?**
3    A.  Yes, from the state.
4    **Q.  Have you served in the military at any**
5  **point?**
6    A.  No.
7    **Q.  Could you tell us a bit about your**
8  **employment history, starting with your most**
9  **recent occupation?**
10   A.  I'm an accountant, I work for Siegel &
11 Stacy in Waltham.
12   **Q.  And for how long have you done that?**
13   A.  About a year and a half.
14   **Q.  And prior to that, did you have an**
15 **occupation?**
16   A.  Yes.  I still currently work at the
17 farm with my husband, that's been ongoing.
18       Maybe a year ago I was the
19 administrative assistant here at the fire
20 station, and I was also the captain of EMS.
21   **Q.  And --**
22   A.  Before that I was just with my
23 children.
24   **Q.  For how long were you an**

7

1  **administrative assistant here at the department?**
2    A.  I don't know.  I mean I could get the
3  dates, but I don't know off the top of my head.
4  Probably longer than a year.
5    **Q.  Were you administrative assistant at**
6  **the time of this incident, which I'll remind you**
7  **was February of 2003?**
8    A.  You know, I'm not sure, to be honest,
9  I'm not sure.
10   **Q.  Do you remember working here in**
11 **February, 2003?**
12   A.  At the fire station?
13   **Q.  Yes.**
14   A.  Yes.
15   **Q.  And do you remember what role, if any,**
16 **you served here during that time?**
17   A.  Yes, I believe I was still the captain
18 at that point.
19   **Q.  And that's the captain of EMS?**
20   A.  Uh-huh.
21   **Q.  And what were your responsibilities as**
22 **captain of EMS?**
23   A.  Responsible for the ambulance and its
24 crew.

8

1    **Q.  Could you be more specific?**
2    A.  For -- there's a job description.
3    **Q.  Did you handle communications between**
4  **the crew?**
5    A.  Not, you know, amongst the crew, but
6  from officers to the people, yes.
7    **Q.  What kind of things were communicated**
8  **from the officers to the people?**
9    A.  Drills, if we had new equipment or new
10 protocols.
11   **Q.  Were you responsible for managing**
12 **supply inventory?**
13   A.  With the lieutenant and the deputy
14 chief.
15   **Q.  Were you responsible for handling any**
16 **personnel profiles or any documentation as**
17 **associated with the ambulance; incident reports,**
18 **complaints, notices, memos?**
19       MR. LEEDBERG:  Objection as to form.
20       Go ahead and answer if you understand
21 the question.
22   A.  I don't about the profiling part.
23       But as far as documentation and
24 incident reports, yes, I would review them.

9

3 (Pages 6 to 9)

Pamela J. Dowse                                                      10/17/2006

1          BY MR. COLETTI:
2      Q.  Okay.  So do you recall the incident
3  of February, 2003 that brings us here today?
4      A.  I know of it.
5      Q.  And how did you come to know of the
6  incident?
7      A.  I actually don't remember who notified
8  me or how I knew of the situation, but I do
9  remember knowing about the situation.
10     Q.  Do you think it's possible that one of
11 your ambulance crew members notified you about
12 the incident?
13         MR. LEEDBERG:  Objection.
14         Go ahead and answer, if you can.
15     A.  I would imagine that's how I found
16 out, since I wasn't at the call.
17         BY MR. COLETTI:
18     Q.  And the ambulance crew members at the
19 time, do you remember their names?
20     A.  I believe it was Dominick, Scott, and
21 the deputy at the time, I believe.
22     Q.  Was the deputy at the time Ron
23 Buckler?
24     A.  Yes.
                                                     10

1      Q.  Do you recall being notified about the
2  incident, in what form you may have been
3  notified?
4      A.  What do you mean "in what form"?
5      Q.  Was it a conversation, a telephone
6  call, possibly an e-mail, a letter?
7      A.  I don't remember how it was.
8      Q.  Are you able today to recall the
9  subject of the events of the incident?
10         MR. LEEDBERG:  Objection as to form.
11         Go ahead and answer if you understand
12 the question.
13     A.  I don't really.
14         BY MR. COLETTI:
15     Q.  Do you remember, are you able to
16 recall what happened?
17     A.  Well, I wasn't there.  I know what
18 they told me had happened.
19     Q.  And what did they tell you what
20 happened?
21         MR. LEEDBERG:  I'm going to object.
22         Go ahead and answer, if you can.
23     A.  That they were at a call, and that
24 there was an issue with the stretcher.
                                                     11

1          BY MR. COLETTI:
2      Q.  Did they go into detail, what it is
3  the issue was about the stretcher?
4      A.  I just asked them to write up a report
5  on it so that we had it on file.
6      Q.  When we say "them," you're referring
7  to Dominick or Mr. Christianson, or both?
8      A.  The crew that was on.
9      Q.  And did they follow through and write
10 a report?
11     A.  I believe so.
12     Q.  Do you remember receiving the report?
13     A.  I believe so.
14     Q.  Do you remember in what form it was
15 received?
16     A.  Like what do you mean, how I got it?
17     Q.  Was it by e-mail, letter, note, fax,
18 memo?
19     A.  I think it was a piece of paper.
20     Q.  And do you recall the contents of the
21 memo or paper?
22     A.  Right now do I?  No.
23     Q.  It was related to the incident?
24     A.  Mm-hmm.  I mean I don't remember what
                                                     12

1  the paper says.
2          Don't you have the paper?
3      Q.  We may or may not.
4          MR. LEEDBERG:  That's okay.  They're
5  still okay to question you on it, if you recall.
6          THE WITNESS:  Okay.
7          BY MR. COLETTI:
8      Q.  Do you recall anything more
9  specifically about the event?
10         MR. LEEDBERG:  I'm going to object as
11 to form.
12         Go ahead and answer, if you can.
13     A.  I mean I wasn't there, so do I
14 remember them giving me the paper, or what are
15 you asking?
16         BY MR. COLETTI:
17     Q.  Do you remember them giving you the
18 paper?
19     A.  I remember having something to put in
20 the file from them, yes, because I asked them to
21 do it.
22     Q.  Do you remember the contents of it?
23     A.  No.
24     Q.  Okay.  Do you remember receiving any
                                                     13

4 (Pages 10 to 13)

Pamela J. Dowse                                                                    10/17/2006

1   type of complaint arising out of the incident?
2       A.  I remember fielding phone calls.
3       Q.  And from who did you field phone
4   calls?
5       A.  I believe they were from Mr. Koran
6   calling the fire station.
7       Q.  Do you remember the subject matter of
8   those telephone conversations?
9       A.  I remember one of them being that he
10  requested the reports from the incident.
11      Q.  I'm going to show you a memorandum
12  that we have in our files, and you can take a
13  minute to review it, if you could, please.  And
14  I'll show it to your attorney as well (handing).
15          (Witness reviewing document.)
16          MR. COLETTI:  Could I just have that
17  marked Exhibit 1, please?
18          (Whereupon, P. Dowse Exhibit 1 was
19          marked for identification.)
20          BY MR. COLETTI:
21      Q.  Do you recall seeing this memorandum
22  before?
23      A.  I think so.
24      Q.  And the handwriting at the bottom of
                                                    14

1   the page, does that look like your handwriting,
2   or someone else's?
3       A.  Not mine.
4       Q.  Okay.  In looking at the handwriting
5   at the bottom of the page, or the contents of
6   the memo, does that refresh your memory at all
7   as to the specifics of the event?
8       A.  No.  This isn't my writing.
9       Q.  Did you respond to this memorandum?
10      A.  I don't know if it was to this
11  memorandum, but I think we sent him his reports.
12      Q.  Do you remember making any other types
13  of notes or anything in response to your receipt
14  of this memorandum?
15      A.  No.
16      Q.  All right.  Could you describe for us,
17  please, the process for maintenance of records
18  at the time?
19      A.  Maintenance of what records?
20      Q.  Of department records.
21      A.  For what?
22      Q.  Generally any records that came in or
23  out of the department, how were they stored or
24  kept.
                                                    15

1       A.  Do you mean run reports?  I don't know
2   what you mean by "records."
3       Q.  Records would include run reports,
4   they could include things along the lines such
5   as incident reports, or any complaints or any
6   maintenance work done on the ambulances.
7       A.  Well, it's different for each of those
8   things.
9           Run reports are kept, locked up in the
10  office by month after they've been sent out for
11  billing.  If there's any incident reports that
12  go along with any run reports they should be
13  attached to those, and they're kept in the
14  office forever.  And as far as maintenance goes,
15  we do equipment inventories and that kind of
16  stuff, and those are all kept in the ambulance
17  files.
18      Q.  Do you remember seeing any ambulance
19  maintenance reports around the time of this
20  incident?
21      A.  After this incident, yes.
22      Q.  What do you recall seeing in those
23  maintenance reports after this incident?
24      A.  I don't remember what was in them, but
                                                    16

1   I know that we had somebody come out to look at
2   it.
3       Q.  And who do you remember came out to
4   look at it?
5       A.  I don't remember their name.  EMSAR or
6   North Star or something like that, whatever the
7   name of the company is.
8       Q.  Do you remember having any
9   conversations with the people who came out to
10  inspect?
11      A.  No.
12      Q.  Do you remember changing the practices
13  of the ambulance supply after the ambulance --
14  after EMSAR came out to inspect the stretcher?
15      A.  Changing the practice of what?
16      Q.  Did you have practices in place for
17  managing the supplies within the ambulance or
18  inspecting supplies within the ambulance prior
19  to the incident?
20      A.  Yes.
21      Q.  And do you recall what those practices
22  were?
23      A.  We have inventory sheets that each
24  crew is supposed to fill out, and we keep those
                                                    17

5 (Pages 14 to 17)

Pamela J. Dowse                                                                                          10/17/2006

1  on file, and we still do that.
2      Q.  Do you recall after the incident where
3  those practices changed?
4          MR. LEEDBERG:  I'm going to object.
5          Go ahead and answer, if you can.
6      A.  No, we still doing the same things.
7          BY MR. COLETTI:
8      Q.  If I were to suggest to you that at
9  some point you had received an e-mail from
10 Dominick Tolson, would that refresh your memory
11 as to either receiving one, or the events of the
12 incident?
13     A.  No.
14         MR. LEEDBERG:  Objection.
15         Go ahead and answer.
16         BY MR. COLETTI:
17     Q.  Did you normally receive e-mail
18 correspondence from your crew members in your
19 role as captain of EMS?
20     A.  Yes.
21     Q.  And in that process, typically how
22 were they received via e-mail?  Did you have a
23 department account, a personal account?
24     A.  Both at the time.
                                                      18

1      Q.  And with which account did you
2  normally converse with your crew members?
3      A.  Both.
4      Q.  And these accounts, were they
5  primarily operated through your home computer or
6  the department computer?
7      A.  Both, one of each.
8      Q.  Do you still have access to the
9  computer that you used primarily at your home in
10 2003?
11     A.  I think it's the same one.
12     Q.  Have you made any attempts prior to
13 this deposition today to look through any of
14 your prior correspondence with your ambulance
15 crew members?
16     A.  No.
17     Q.  Do you maintain records of your prior
18 correspondence with ambulance crew members?
19     A.  From 2003?  No.
20     Q.  At what time did your post as captain
21 of EMS expire?
22     A.  I can't be sure of the exact date, but
23 maybe six months ago.  It was recent.
24     Q.  So in that time in your post as
                                                      19

1  captain of EMS, do you recall having any
2  conversations with Ron Buckler or your crew
3  members regarding the operation of the stretcher
4  at the time of the incident?
5      A.  I have to be certain that we did, but
6  I can't tell you when or what it was.
7      Q.  Do you recall having any conversations
8  arising after the time of the incident?
9          MR. LEEDBERG:  Objection as to form.
10         You can answer, if you can.
11     A.  Any -- ask it again?
12         BY MR. COLETTI:
13     Q.  Do you recall having any conversations
14 with your crew members after the time of
15 incident regarding the functioning of
16 stretchers?
17     A.  No.
18     Q.  At any time during your post as
19 captain of EMS, do you recall any incidents
20 where a stretcher had malfunctioned?
21     A.  No.
22         MR. COLETTI:  Do you mind if I take a
23 moment to look through my exhibits and what I
24 have here?
                                                      20

1          MR. LEEDBERG:  No.
2          (Whereupon, a recess was taken from
3          12:22 p.m. to a 12:24 p.m.)
4          BY MR. COLETTI:
5      Q.  At some point do you recall learning
6  about the malfunctioning of the stretcher?
7          MR. LEEDBERG:  Objection as to form.
8          Go ahead and answer, if you can.
9      A.  I remember hearing about the incident.
10         BY MR. COLETTI:
11     Q.  And in hearing about the incident, do
12 you recall whether it was about the
13 malfunctioning of the stretcher?
14         MR. LEEDBERG:  Objection as to form.
15         Go ahead and answer, if you can.
16     A.  Yes, it involved the stretcher.
17         BY MR. COLETTI:
18     Q.  Do you recall at that time that the
19 stretcher was taken out of use?
20     A.  No, I don't recall.
21     Q.  So in hearing that the stretcher was
22 the subject of an incident, did you hear about
23 any possible repairs that were taken or made?
24     A.  Yes.
                                                      21

6 (Pages 18 to 21)

Pamela J. Dowse                                                    10/17/2006

| | |
|---|---|
| 1   Q.   What, if anything, did you hear about | 1   Q.   Yes. |
| 2   those repairs? | 2   A.   Correct.  I wouldn't have anything |
| 3       MR. LEEDBERG:  Objection as to form. | 3   from 2003 on my computer. |
| 4       Go ahead and answer, if you can. | 4   Q.   And why is that? |
| 5   A.   I asked for the written report of what | 5   A.   Because it's 2006, my e-mail probably |
| 6   happened, and I called the stretcher company who | 6   doesn't hold three years' worth of e-mails. |
| 7   then referred us to that EMSAR, whatever the | 7   Q.   Did you have a practice of saving your |
| 8   name of the repair company is, to come out.  And | 8   e-mails to your hard drive? |
| 9   then Jon, I believe, was here when they came to | 9   A.   No. |
| 10  look over the stretcher. | 10  Q.   So any correspondence you would have |
| 11      BY MR. COLETTI: | 11  had with your crew members would have been |
| 12  Q.   You asked for a written report from | 12  through the e-mail accounts alone? |
| 13  whom? | 13      MR. LEEDBERG:  Objection as to form. |
| 14  A.   The duty team. | 14      Is there a question? |
| 15  Q.   And the duty team includes? | 15      BY MR. COLETTI: |
| 16  A.   The same people as last time, | 16  Q.   Let me strike that question. |
| 17  Dominick, Scott and Ron. | 17      The correspondence you would have had |
| 18  Q.   And they sent you a report? | 18  with your crew members would have been stored on |
| 19  A.   I believe so. | 19  your e-mail accounts alone, correct? |
| 20  Q.   Do you recall the contents of that | 20  A.   I'm not sure.  Are you asking if |
| 21  report? | 21  that's the only way that I speak to them? |
| 22  A.   No. | 22  Q.   If you were to speak to your crew |
| 23  Q.   Did you learn, after the incident did | 23  members through e-mail correspondence, how would |
| 24  you learn any more specifically about the | 24  you store those records? |
| 22 | 24 |

| | |
|---|---|
| 1   malfunctioning of the stretcher? | 1   A.   Just on my e-mail. |
| 2       MR. LEEDBERG:  Objection as to form. | 2   Q.   And you're unable to locate those |
| 3       Go ahead and answer, if you can. | 3   e-mails as of today? |
| 4   A.   I'm not sure I know what you're | 4       MR. LEEDBERG:  Objection as to form. |
| 5   asking.  I'm sure that the report that they | 5       Go ahead and answer, if you can. |
| 6   wrote for me said what it was that happened.  I | 6   A.   I don't have them. |
| 7   just don't -- I don't have it here in front of | 7       BY MR. COLETTI: |
| 8   me, I couldn't tell you what it said. | 8   Q.   Okay.  How is it that you know that |
| 9       BY MR. COLETTI: | 9   those e-mails do not exist stored in your e-mail |
| 10  Q.   So you don't recall any more | 10  account? |
| 11  specifically the details of the malfunctioning | 11  A.   From 2003? |
| 12  of the stretcher? | 12  Q.   Yes. |
| 13      MR. LEEDBERG:  Objection as to form. | 13  A.   Because I don't think I can hold that |
| 14      Go ahead and answer. | 14  many e-mails. |
| 15  A.   No. | 15  Q.   Have you made an attempt to look |
| 16      BY MR. COLETTI: | 16  through the e-mail account prior to the |
| 17  Q.   Earlier we had discussed your use of | 17  deposition today? |
| 18  e-mail in corresponding with crew members, | 18  A.   No. |
| 19  correct? | 19  Q.   Are you willing to look through the |
| 20  A.   Yes. | 20  e-mail accounts to see if any e-mail |
| 21  Q.   And you had said that you hadn't made | 21  correspondence regarding this incident are |
| 22  an attempt to locate any prior correspondence | 22  stored therein? |
| 23  with any crew members, is that accurate? | 23  A.   Yes. |
| 24  A.   Regarding this case? | 24      MR. LEEDBERG:  I'll consult with my |
| 23 | 25 |

7 (Pages 22 to 25)

Pamela J. Dowse                                                                10/17/2006

| | |
|---|---|
| 1   client to see what was done.  As I represented<br>2   to you earlier, there has been an effort to<br>3   search, I'm not sure if that was through the<br>4   department e-mail with the chief, but I'll make<br>5   another effort and supplement whatever discovery<br>6   I need to.<br>7          MR. COLETTI:  Fair enough.<br>8          BY MR. COLETTI:<br>9      **Q.  So just one last time, you don't --**<br>10   **did you at any time learn specifically the**<br>11   **reasons for the malfunctioning of the stretcher?**<br>12         MR. LEEDBERG:  Objection as to form.<br>13         Go ahead and answer, if you can.<br>14     A.  I'm sure that I did, but without going<br>15   back to refresh my memory --<br>16         BY MR. COLETTI:<br>17     **Q.  You said that you had contacted EMSAR**<br>18   **about inspection and repair of the stretcher.**<br>19     A.  Yes.<br>20     **Q.  Do you recall what repairs were made**<br>21   **to the stretcher?**<br>22     A.  No.<br>23     **Q.  Did you handle the invoicing, the**<br>24   **maintenance of invoice records at that time for**<br><br>                                           26 | 1          MR. COLETTI:  I think we'll take a<br>2   short break and see if there's anything else.<br>3   Nothing?<br>4          I have nothing further.<br>5          MR. LEEDBERG:  I have nothing further.<br>6          (Whereupon, the deposition was<br>7   concluded at 12:33 p.m.)<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br><br>                                           28 |
| 1   the department?<br>2          MR. LEEDBERG:  Object as to form.<br>3          Do you understand the question?<br>4          THE WITNESS:  No.<br>5          BY MR. COLETTI:<br>6      **Q.  The department had outside contractors**<br>7   **perform work on the stretcher, correct, EMSAR?**<br>8      A.  Yes.<br>9      **Q.  Did they invoice you for their work?**<br>10     A.  I would imagine so.<br>11     **Q.  Do you remember at any point seeing**<br>12   **these invoices?**<br>13     A.  I must have.<br>14     **Q.  Do you remember the contents of the**<br>15   **invoices?**<br>16     A.  No.<br>17     **Q.  Do you have any recollection as to any**<br>18   **repairs undertaken by this department of the**<br>19   **stretcher?**<br>20     A.  No.<br>21     **Q.  Do you have any recollection of any**<br>22   **suggestions of repairs made by crew members or**<br>23   **anyone in the department about the stretcher?**<br>24     A.  No.<br><br>                                           27 | 1          ERRATA SHEET DISTRIBUTION INFORMATION<br>2          DEPONENT'S ERRATA & SIGNATURE INSTRUCTIONS<br>3<br>4          ERRATA SHEET DISTRIBUTION INFORMATION<br>5          The original of the Errata Sheet has<br>6   been delivered to Michael D. Leedberg, Esquire.<br>7          When the Errata Sheet has been<br>8   completed by the deponent and signed, a copy<br>9   thereof should be delivered to each party of<br>10   record and the ORIGINAL forwarded to Matthew P.<br>11   Coletti, Esquire, to whom the original<br>12   deposition transcript was delivered.<br>13          INSTRUCTIONS TO DEPONENT<br>14          After reading this volume of your<br>15   deposition, please indicate any corrections or<br>16   changes to your testimony and the reasons<br>17   therefor on the Errata Sheet supplied to you and<br>18   sign it.  DO NOT make marks or notations on the<br>19   transcript volume itself.  Add additional sheets<br>20   if necessary.  Please refer to the above<br>21   instructions for Errata Sheet distribution<br>22   information.<br>23<br>24<br><br>                                           29 |

8 (Pages 26 to 29)

Pamela J. Dowse                                                                10/17/2006

```
 1    ATTACH TO DEPOSITION OF PAMELA J. DOWSE
 2    CASE:  Koran v Weaver and Town of Sherborn
 3    DATE TAKEN:  10-17-06
 4            ERRATA SHEET
 5    Please refer to page 29 for errata sheet
 6    instructions and distribution instructions.
 7    PAGE    LINE    CHANGE      REASON
 8    _____
 9    _____
10    _____
11    _____
12    _____
13    _____
14    _____
15          I have read the foregoing transcript
16    of my deposition and except for any corrections
17    or changes noted above, I hereby subscribe to
18    the transcript as an accurate record of the
19    statements made by me.
20
21          Executed this____day of_____, 2006.
22
23          _____
24          PAMELA J. DOWSE
                                                    30
```

```
 1    COMMONWEALTH OF MASSACHUSETTS )
 2    SUFFOLK, SS.                 )
 3
 4          I, MAUREEN O'CONNOR POLLARD, RPR, CLR,
 5    and Notary Public in and for the Commonwealth of
 6    Massachusetts, do certify that on the 17th day
 7    of October, 2006, at 12:02 o'clock, the person
 8    above-named was duly sworn to testify to the
 9    truth of their knowledge, and examined, and such
10    examination reduced to typewriting under my
11    direction, and is a true record of the testimony
12    given by the witness.  I further certify that I
13    am neither attorney, related or employed by any
14    of the parties to this action, and that I am not
15    a relative or employee of any attorney employed
16    by the parties hereto, or financially interested
17    in the action.
18          In witness whereof, I have hereunto
19    set my hand this 23rd day of October, 2006.
20
21          _____
22          REGISTERED PROFESSIONAL REPORTER
23
24
                                                    31
```

9 (Pages 30 to 31)

Pamela J. Dowse

## A

able 11:8,15
above-named 31:8
access 19:8
account 18:23,23 19:1
  25:10,16
accountant 7:10
accounting 6:22
accounts 19:4 24:12,19
  25:20
accurate 23:23 30:18
action 31:14,17
Add 29:19
additional 29:19
address 6:11
administrative 7:19 8:1
  8:5
age 6:7
ago 7:18 19:23
ahead 9:20 10:14 11:11
  11:22 13:12 18:5,15
  21:8,15 22:4 23:3,14
  25:5 26:13
ambulance 8:23 9:17
  10:11,18 16:16,18
  17:13,13,17,18 19:14
  19:18
ambulances 16:6
ANA 1:7
answer 4:20,24 5:8 9:20
  10:14 11:11,22 13:12
  18:5,15 20:10 21:8,15
  22:4 23:3,14 25:5
  26:13
anticipate 5:4
APPEARANCES 2:1
arising 14:1 20:8
asked 12:4 13:20 22:5
  22:12
asking 13:15 23:5 24:20
assistant 7:19 8:1,5
associated 9:17
ATTACH 30:1
attached 16:13
attempt 23:22 25:15
attempts 19:12
attorney 3:10 4:4 14:14
  31:13,15

## B

back 26:15
background 6:2,4,18
basics 5:11
behalf 1:6,16
believe 8:17 10:20,21

12:11,13 14:5 22:9,19
best 4:20
billing 16:11
birth 6:9
bit 7:7
Boston 2:7,15
bottom 14:24 15:5
break 28:2
bring 4:10
brings 10:3
Buckler 10:23 20:2

## C

C 4:1
call 10:16 11:6,23
called 1:16 22:6
calling 14:6
calls 14:2,4
captain 7:20 8:17,19,22
  18:19 19:20 20:1,19
CARMEN 2:4,5
case 23:24 30:2
certain 20:5
certification 7:1
certify 31:6,12
CHANGE 30:7
changed 18:3
changes 29:16 30:17
changing 17:12,15
chief 9:14 26:4
children 5:21 7:23
Christianson 12:7
Civil 1:17
client 26:1
CLR 1:19 31:4
Coletti 2:3 3:4,10 4:12
  4:14 6:3 10:1,17 11:14
  12:1 13:7,16 14:16,20
  18:7,16 20:12,22 21:4
  21:10,17 22:11 23:9
  23:16 24:15 25:7 26:7
  26:8,16 27:5 28:1
  29:11
come 10:5 17:1 22:8
commencing 1:23
Commonwealth 1:20
  31:1,5
communicated 9:7
communications 9:3
company 17:7 22:6,8
complaint 14:1
complaints 9:18 16:5
completed 29:8
computer 19:5,6,9 24:3
concluded 28:7
consult 25:24

contacted 26:17
contents 12:20 13:22
  15:5 22:20 27:14
continue 4:24
contractors 27:6
conversation 11:5
conversations 14:8 17:9
  20:2,7,13
converse 19:2
copy 29:8
correct 23:19 24:2,19
  27:7
corrections 29:15 30:16
correspondence 18:18
  19:14,18 23:22 24:10
  24:17,23 25:21
corresponding 23:18
COURT 1:1
crew 8:24 9:4,5 10:11,18
  12:8 17:24 18:18 19:2
  19:15,18 20:2,14
  23:18,23 24:11,18,22
  27:22
current 6:11
currently 7:16
C.A 1:3

## D

D 2:12 4:1 29:6
date 6:9 19:22 30:3
dates 8:3
DAVIS 2:13
day 30:21 31:6,19
DEFENDANT 2:11
Defendants 1:13
degree 6:22
delivered 29:6,9,12
department 1:21 6:20
  8:1 15:20,23 18:23
  19:6 26:4 27:1,6,18,23
deponent 29:8,13
DEPONENT'S 29:2
deposition 1:15 4:15
  19:13 25:17 28:6
  29:12,15 30:1,16
deputy 9:13 10:21,22
describe 15:16
description 3:7 9:2
detail 12:2
details 23:11
different 16:7
DIRECT 4:13
direction 31:11
discovery 26:5
discussed 23:17
distribution 29:1,4,21

30:6
DISTRICT 1:1,2
document 14:15
documentation 9:16,23
doing 18:6
Dominick 10:20 12:7
  18:10 22:17
Dowse 1:15 3:3 4:3,8,11
  5:12 14:18 30:1,24
Drills 9:9
drive 24:8
duly 4:5 31:8
DURSO 2:4,5
dursolaw@tiac.net 2:9
duty 22:14,15
D-O-W-S-E 5:16

## E

E 4:1,1
earlier 23:17 26:2
easier 5:10
educational 6:18
effort 26:2,5
either 18:11
ELIZABETH 1:11
else's 15:2
employed 31:13,15
employee 31:15
employment 7:8
EMS 7:20 8:19,22 18:19
  19:21 20:1,19
EMSAR 17:5,14 22:7
  26:17 27:7
EMT 6:24 7:2
equipment 9:9 16:15
ERIK 1:8
errata 29:1,2,4,5,7,17
  29:21 30:4,5
ESQ 2:3,4,12
Esquire 29:6,11
estimate 4:22
event 13:9 15:7
events 11:9 18:11
exact 19:22
examination 3:2 4:13
  31:10
examined 4:5 31:9
Executed 30:21
Exhibit 14:17,18
exhibits 3:6,10 20:23
exist 25:9
expire 19:21
e-mail 11:6 12:17 18:9
  18:17,22 23:18 24:5
  24:12,19,23 25:1,9,16
  25:20,20 26:4

Pamela J. Dowse                                                                 10/17/2006

33

e-mails 24:6,8 25:3,9,14

**F**

fact 4:7,10
Fair 26:7
far 9:23 16:14
farm 7:17
fault 4:9
fax 12:17
February 8:7,11 10:3
Federal 1:17 2:6
field 14:3
fielding 14:2
file 12:5 13:20 18:1
files 14:12 16:17
fill 17:24
financially 31:16
fire 1:21 6:19 7:19 8:12
  14:6
first 4:5
follow 12:9
followed 4:19
follows 4:6
foregoing 30:15
forever 16:14
form 9:19 11:2,4,10
  12:14 13:11 20:9 21:7
  21:14 22:3 23:2,13
  24:13 25:4 26:12 27:2
forwarded 29:10
found 10:15
front 23:7
full 5:4
functioning 20:15
further 28:4,5 31:12

**G**

G 4:1
general 6:20
generally 6:21 15:22
gestures 5:7
give 5:6
given 31:12
giving 13:14,17
go 9:20 10:14 11:11,22
  12:2 13:12 16:12 18:5
  18:15 21:8,15 22:4
  23:3,14 25:5 26:13
goes 16:14
going 4:18,18 11:21
  13:10 14:11 18:4
  26:14
guess 4:21
guys 5:19

**H**

H 1:5 4:11
half 7:13
hand 31:19
handing 14:14
handle 9:3 26:23
handling 9:15
handwriting 14:24 15:1
  15:4
happen 4:18
happened 11:16,18,20
  22:6 23:6
hard 24:8
head 5:7 8:3
hear 21:22 22:1
hearing 21:9,11,21
hereto 31:16
hereunto 31:18
history 7:8
hold 24:6 25:13
home 19:5,9
honest 8:8
husband 5:17 7:17

**I**

ID 4:9
identification 14:19
identified 4:4
imagine 10:15 27:10
incident 8:6 9:17,24
  10:2,6,12 11:2,9 12:23
  14:1,10 16:5,11,20,21
  16:23 17:19 18:2,12
  20:4,8,15 21:9,11,22
  22:23 25:21
incidents 20:19
include 16:3,4
includes 22:15
INDEX 3:1
indicate 29:15
Individually 1:6
information 29:1,4,22
inspect 17:10,14
inspecting 17:18
inspection 26:18
instructed 5:1
instructions 29:2,13,21
  30:6,6
interested 31:16
Intermediate 6:24 7:2
inventories 16:15
inventory 9:12 17:23
invoice 26:24 27:9
invoices 27:12,15
invoicing 26:23
involved 21:16
issue 11:24 12:3

**J**

J 1:15 3:3 4:3 30:1.24
job 9:2
Jon 5:17 22:9
JOSEPH 1:5,7
JR 1:7

**K**

keep 17:24
kept 15:24 16:9,13,16
KIMBERLY 1:5
kind 9:7 16:15
knew 10:8
know 8:2,3,8 9:5 10:4,5
  11:17 15:10 16:1 17:1
  23:4 25:8
knowing 10:9
knowledge 31:9
Koran 1:5,6,7,7,8 14:5
  30:2

**L**

L 2:4,5
LAW 2:5
learn 22:23,24 26:10
learning 21:5
Leedberg 2:12 4:4,7 6:1
  9:19 10:13 11:10,21
  13:4,10 18:4,14 20:9
  21:1,7,14 22:3 23:2,13
  24:13 25:4,24 26:12
  27:2 28:5 29:6
letter 11:6 12:17
lieutenant 9:13
LINE 30:7
lines 5:8 16:4
little 6:1
LLP 2:13
locate 23:22 25:2
locked 16:9
long 7:12,24
longer 8:4
look 15:1 17:1,4 19:13
  20:23 22:10 25:15,19
looking 15:4

**M**

Main 1:21 6:12
maintain 19:17
maintenance 15:17,19
  16:6,14,19,23 26:24
making 15:12
malfunctioned 20:20
malfunctioning 21:6,13
  23:1,11 26:11

managing 9:11 17:17
marked 14:17,19
marks 29:18
married 5:19
Massachusetts 1:2,20,22
  2:7,15 31:1,6
masters 6:23
matter 14:7
Matthew 2:3 29:10
Maureen 1:18 31:4
mean 8:2 11:4 12:16,24
  13:13 16:1,2
medications 6:14
members 10:11,18 18:18
  19:2,15,18 20:3,14
  23:18,23 24:11,18,23
  27:22
memo 12:18,21 15:6
memorandum 3:8 14:11
  14:21 15:9,11,14
memory 4:21 15:6 18:10
  26:15
memos 9:18
met 5:17
Michael 2:12 29:6
military 7:4
mind 20:22
mine 15:3
Minors 1:8
minute 14:13
mleedberg@pierceda...
  2:17
Mm-hmm 12:24
moment 20:23
month 16:10
months 19:23

**N**

N 4:1
name 5:12 17:5,7 22:8
names 10:19
necessary 29:20
need 4:21,21 26:6
neither 31:13
new 9:9,9
Nichols 6:23
nods 5:7
normally 18:17 19:2
North 1:21 6:12 17:6
Northeastern 6:23
Notary 1:19 31:5
notations 29:18
note 12:17
noted 30:17
notes 15:13
notices 9:18

Pamela J. Dowse

10/17/2006

34

**notified** 10:7,11 11:1,3

---
**O**

**O** 4:1
**object** 11:21 13:10 18:4 27:2
**Objection** 9:19 10:13 11:10 18:14 20:9 21:7 21:14 22:3 23:2,13 24:13 25:4 26:12
**objections** 4:23
**occupation** 7:9,15
**October** 1:22 31:7,19
**office** 2:5 16:10,14
**officers** 9:6,8
**offices** 1:20
**okay** 5:18 10:2 13:4,5,6 13:24 15:4 25:8
**ongoing** 7:17
**operated** 19:5
**operation** 20:3
**original** 29:5,10,11
**outside** 27:6
**o'clock** 1:23 31:7
**O'Connor** 1:18 31:4

---
**P**

**P** 2:3 4:1 14:18 29:10
**page** 3:2,7 15:1,5 30:5,7
**Pamela** 1:15 3:3 4:3,8 4:11 5:12 30:1,24
**paper** 12:19,21 13:1,2 13:14,18
**part** 9:22
**parties** 31:14,16
**party** 29:9
**people** 9:6,8 17:9 22:16
**perform** 27:7
**PERRITANO** 2:13
**person** 31:7
**personal** 18:23
**personnel** 9:16
**phone** 14:2,3
**photo** 4:9
**piece** 12:19
**PIERCE** 2:13
**place** 17:16
**PLAINTIFF** 2:2
**Plaintiffs** 1:9,16
**please** 5:15 14:13,17 15:17 29:15,20 30:5
**point** 7:5 8:18 18:9 21:5 27:11
**Pollard** 1:18 31:4
**possible** 10:10 21:23
**possibly** 11:6

**post** 19:20,24 20:18
**practice** 17:15 24:7
**practices** 17:12,16,21 18:3
**primarily** 19:5,9
**prior** 7:14 17:18 19:12 19:14,17 23:22 25:16
**probably** 8:4 24:5
**Procedure** 1:18
**process** 15:17 18:21
**PROFESSIONAL** 31:22
**profiles** 9:16
**profiling** 9:22
**protocols** 9:10
**Public** 1:19 31:5
**pursuant** 1:17
**put** 13:19
**P-A-M-E-L-A** 5:16
**p.m** 1:23 21:3,3 28:7

---
**Q**

**question** 5:4 9:21 11:12 13:5 24:14,16 27:3
**questions** 4:19 6:4
**quickly** 6:17

---
**R**

**R** 4:1
**read** 30:15
**reading** 29:14
**really** 11:13
**REASON** 30:7
**reasons** 26:11 29:16
**recall** 10:2 11:1,8,16 12:20 13:5,8 14:21 16:22 17:21 18:2 20:1 20:7,13,19 21:5,12,18 21:20 22:20 23:10 26:20
**receipt** 15:13
**receive** 18:17
**received** 12:15 18:9,22
**receiving** 12:12 13:24 18:11
**recess** 21:2
**recollection** 27:17,21
**record** 5:14 29:10 30:18 31:11
**records** 15:17,19,20,22 16:2,3 19:17 24:24 26:24
**reduced** 31:10
**refer** 7:1 29:20 30:5
**referred** 22:7
**referring** 12:6

**refrain** 5:7
**refresh** 15:6 18:10 26:15
**regarding** 20:3,15 23:24 25:21
**REGISTERED** 31:22
**related** 12:23 31:13
**relates** 6:19
**relative** 31:15
**remember** 4:22 8:10,15 10:7,9,19 11:7,15 12:12,14,24 13:14,17 13:19,22,24 14:2,7,9 15:12 16:18,24 17:3,5 17:8,12 21:9 27:11,14
**remind** 8:6
**repair** 22:8 26:18
**repairs** 21:23 22:2 26:20 27:18,22
**report** 12:4,10,12 22:5 22:12,18,21 23:5
**REPORTER** 31:22
**reports** 9:17,24 14:10 15:11 16:1,3,5,9,11,12 16:19,23
**represented** 26:1
**requested** 14:10
**respond** 15:9
**response** 5:6 15:13
**responsibilities** 8:21
**responsible** 8:23 9:11,15
**RETAINED** 3:10
**review** 9:24 14:13
**reviewing** 14:15
**right** 5:1 12:22 15:16
**role** 8:15 18:19
**Ron** 10:22 20:2 22:17
**RPR** 1:18 31:4
**Rules** 1:17
**run** 16:1,3,9,12

---
**S**

**S** 4:1
**saving** 24:7
**says** 13:1
**Scott** 10:20 22:17
**search** 26:3
**see** 5:5 25:20 26:1 28:2
**seeing** 14:21 16:18,22 27:11
**sent** 15:11 16:10 22:18
**served** 7:4 8:16
**set** 31:19
**sheet** 29:1,4,5,7,17,21 30:4,5
**sheets** 17:23 29:19
**Sherborn** 1:12,21,22

6:13 30:2
**short** 28:2
**show** 14:11,14
**Siegel** 7:10
**sign** 29:18
**SIGNATURE** 29:2
**signed** 29:8
**situation** 10:8,9
**six** 19:23
**somebody** 17:1
**speak** 5:1 24:21,22
**specific** 9:1
**specifically** 13:9 22:24 23:11 26:10
**specifics** 15:7
**spell** 5:14
**Square** 2:14
**SS** 31:2
**Stacy** 7:11
**Star** 17:6
**start** 5:11
**starting** 7:8
**state** 7:3
**statements** 30:19
**STATES** 1:1
**station** 7:20 8:12 14:6
**stenographer** 5:10
**store** 24:24
**stored** 15:23 24:18 25:9 25:22
**Street** 1:21 2:6 6:12
**stretcher** 11:24 12:3 17:14 20:3,20 21:6,13 21:16,19,21 22:6,10 23:1,12 26:11,18,21 27:7,19,23
**stretchers** 20:16
**strike** 24:16
**stuff** 16:16
**subject** 11:9 14:7 21:22
**subscribe** 30:17
**SUFFOLK** 31:2
**suggest** 18:8
**suggestions** 27:22
**supplement** 26:5
**supplied** 29:17
**supplies** 17:17,18
**supply** 9:12 17:13
**supposed** 17:24
**sure** 8:8,9 19:22 23:4,5 24:20 26:3,14
**sworn** 4:5 31:8

---
**T**

**take** 6:5 14:12 20:22 28:1

Pamela J. Dowse                                                    10/17/2006

35

| | | | |
|---|---|---|---|
| **taken** 1:17 4:16 21:2,19 21:23 30:3 | **vouch** 4:7,10 | **29** 30:5 | |
| **talk** 5:3 | **W** | **4** | |
| **team** 22:14,15 | **wait** 5:5 | **4** 3:4 | |
| **telephone** 11:5 14:8 | **Waltham** 7:11 | | |
| **tell** 6:7,17 7:7 11:19 20:6 23:8 | **Want** 6:5 | **6** | |
| **telling** 4:9 | **wasn't** 10:16 11:17 13:13 | **617-350-0950** 2:16 | |
| **Ten** 2:14 | **way** 24:21 | **617-728-9212** 2:8 | |
| **testified** 4:6 | **Weaver** 1:11 30:2 | **8** | |
| **testify** 31:8 | **we'll** 5:3,11 28:1 | **8-8-69** 6:10 | |
| **testimony** 29:16 31:11 | **We're** 4:15 | | |
| **therefor** 29:17 | **whereof** 31:18 | | |
| **thereof** 29:9 | **willing** 25:19 | | |
| **thing** 5:6 | **Winthrop** 2:14 | | |
| **things** 9:7 16:4,8 18:6 | **witness** 1:16 13:6 14:15 27:4 31:12,18 | | |
| **think** 10:10 12:19 14:23 15:11 19:11 25:13 28:1 | **work** 7:10,16 16:6 27:7 27:9 | | |
| **Thirty-seven** 6:8 | **working** 8:10 | | |
| **three** 24:6 | **Works** 4:12 | | |
| **time** 8:6,16 10:19,21,22 15:18 16:19 18:24 19:20,24 20:4,8,14,18 21:18 22:16 26:9,10 26:24 | **worth** 24:6 **wouldn't** 24:2 **write** 12:4,9 **writing** 15:8 **written** 22:5,12 **wrote** 23:6 | | |
| **today** 6:15 10:3 11:8 19:13 25:3,17 | **Y** | | |
| **told** 11:18 | **year** 7:13,18 8:4 | | |
| **Tolson** 18:10 | **years** 24:6 | | |
| **top** 8:3 | | | |
| **Town** 1:11 30:2 | **0** | | |
| **transcript** 29:12,19 30:15,18 | **02110-1257** 2:15 **02110-2241** 2:7 | | |
| **true** 31:11 | **05-11454-RGS** 1:3 | | |
| **truth** 31:9 | | | |
| **try** 5:6 | **1** | | |
| **Two** 6:6 | **1** 3:8 14:17,18 | | |
| **type** 14:1 | **10-17-06** 30:3 | | |
| **types** 15:12 | **100** 6:12 | | |
| **typewriting** 31:10 | **12:02** 1:23 31:7 | | |
| **typically** 18:21 | **12:22** 21:3 | | |
| | **12:24** 21:3 | | |
| **U** | **12:33** 28:7 | | |
| **Uh-huh** 8:20 | **14** 3:8 | | |
| **unable** 25:2 | **17th** 1:22 31:6 | | |
| **understand** 9:20 11:11 27:3 | **175** 2:6 | | |
| **undertaken** 27:18 | **2** | | |
| **UNITED** 1:1 | **2003** 8:7,11 10:3 19:10 19:19 24:3 25:11 | | |
| **use** 21:19 23:17 | **2006** 1:23 24:5 30:21 31:7,19 | | |
| **V** | **22** 1:21 | | |
| **v** 1:10 30:2 | **23rd** 31:19 | | |
| **verbally** 5:9 | | | |
| **volume** 29:14,19 | | | |

# MOTION FOR SUMMARY JUDGMENT
# EXHIBIT 10
## Affidavit of Fire Chief Neil McPherson

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 05-11454 RGS

| | |
|---|---|
| JOSEPH H. KORAN, and KIMBERLY KORAN, Individually and on Behalf of ANA KORAN, JOSEPH KORAN, JR. and ERIK KORAN, Minors, Plaintiffs, v. ELIZABETH WEAVER and TOWN OF SHERBORN, Defendants. | ) ) ) ) ) ) ) ) ) ) |

## AFFIDAVIT OF NEIL MCPHERSON

I, Neil McPherson, hereby state and depose under the penalties of perjury:

1) I am over the age of eighteen years, and understand the obligations of an oath.

2) Since December, 2002 I have held the position of Chief of Sherborn Fire & Rescue, where I have worked in various capacities since 1989.

3) At Sherborn Fire & Rescue, we have used the same ambulance cot, a Model 93ES Squadmate Ambulance Cot, since the Town purchased it new in 1997 and it had performed flawlessly up until February 6, 2003.

4) The cot undergoes regular inspections by staff and annual inspections by the Massachusetts Department of Public Health, and no inspection has ever revealed any problems with the ambulance cot.

5) I used the department's cot on February 5, 2003 during an emergency medical services call, and it functioned flawlessly as it always had up until that point.

6) To the best of my knowledge and belief, the Town had no knowledge that an auxiliary lock lever on the cot was bent until February 7, 2003, when it was reportedly discovered by Deputy Chief Jonathan Dowse during a post-incident inspection.

7) The Town is aware of no evidence as to how or when the auxiliary lock lever was bent.

8) The auxiliary lock lever was replaced by a manufacturer certified technician on February 12, 2003, and the cot has performed flawlessly to present day.

9) The staff at Sherborn Fire & Rescue routinely performs ambulance supply inventories, and sometimes fills out Ambulance Checklists when this is done, and no problems with the cot had ever been reported.

10) The staff removes the cot from the ambulance and places it back in when conducting ambulance supply inventories, and would notice if the cot was not functioning properly.

11) The Massachusetts Department of Public Health ["MDPH"] Licensing Division conducted mandatory annual inspections of all of the defendant's Fire Department's equipment, including visual and functional inspections of the cot, and no such inspection ever revealed a problem with the cot.

12) I have made the appropriate inquiries, and found no evidence that any Town of Sherborn department, office or employee received any correspondence from Kimberly Koran, Ana Koran, Joseph Koran, Jr. and Erik Koran, or a representative thereof, purporting to be their presentment in compliance with the Massachusetts Tort Claims Act.

13) I have reviewed the enclosed documents comprised of Ambulance Checklists from 2/22/01 to 2/2/03 (attached to Motion for Summary Judgment as Exhibit 11), and attest that they are true and accurate copies of all such checklists recorded by Sherborn Fire & Rescue staff within that time period, although since the checklists are not always filled out, I am certain that many more such inventories were performed than are represented by these checklists.

14) I have review the enclosed documents comprised of Massachusetts Department of Public Health Ambulance Inspection Report Forms from 2/10/97-4/4/03 (attached to Motion for Summary Judgment as Exhibit 12), and attest that they are true and accurate copies of all state inspections performed on the cot in question during the given time period.

15) I have reviewed the enclosed document entitle, "Sherborn Fire & Rescue Department Fire and EMS Combined List By Incident Number" (attached to Motion for Summary Judgment as Exhibit 14), and attest that it is a true and accurate copy of our response log from the dates of 1/1/03-3/1/03, and that I was on call

16) I have reviewed the document entitled, "Model 93ES Squadmate Ambulance Cot Users' Manual" (attached to Motion for Summary Judgment as Exhibit 6), and attest that it is a true and accurate copy of the users' manual provided by the manufacturer for the Model 93ES Squadmate Ambulance Cot purchased by the SFRD in 1997.

2 of 3

Signed under the penalties and pains of perjury on this, the 8th day of December, 2006.

Neil W. McPherson
Neil McPherson, Chief
Sherborn Fire & Rescue

# MOTION FOR SUMMARY JUDGMENT
# EXHIBIT 11
## Ambulance Checklists

**Sherborn Fire Department**
**Sherborn, Massachusetts 01770**

Inventoried by:

# AMBULANCE CHECKLIST

Date:

| STRETCHER | Required | On Hand |
|---|---|---|
| Ambulance Cot w/IV pole | 1 | |
| Wrist and Ankle Restraints(for cot) set | 1 | |
| ON BOARD O2 SUPPLIES | | |
| O2 Cylinder Pressure | 800 psi | 1000 |
| Flow Meter | 2 | ✓ |
| O2 Humidifier (single use) | 1 | ✓ |
| Oximeter (oxygen % and pulse) | 1 | ✓ |
| Sterile Water for Humidifier | 4 | ✓ |
| Adult Non-Rebreathers w/tubing | 4 | ✓ |
| Adult Simple Face masks w/tubing | 4 | |
| Adult Nasal Cannulas | 4 | ✓ |
| Child Non-Rebreathers w/tubing | 4 | ✓ |
| Child Nasal Cannulas | 4 | ✓ |
| PORTABLE O2 SUPPLIES | | |
| Primary O2 Cylinder Pressure | 800 psi | |
| Regulator / flow meter | 1 | |
| Adult, Child, Infant Face Mask for Resuscitators | 2 each | |
| Adult Non-Rebreathers w/tubing | 2 | |
| Adult Simple Face masks w/tubing | 2 | |
| Adult Nasal Cannulas | 2 | |
| bag/valve/mask | 1 | |
| Full Spare O2 Cylinder (kept in vehicle) | 1 | ✓ |
| ON BOARD SUCTION | | |
| Operational | yes | ✓ |
| French suction catheters 2 each 5, 8,14, | 6 | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Suction Rinsing Water Bottle | 1 | |
| Suction Tubing min 1/4inch in diameter min | 2 | ✓ |
| Pharyngeal Suction Tip | 2 | ✓ |
| PORTABLE SUCTION UNIT | | |
| Operational | yes | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Wide Bore Tubing w/Pharyngeal Suction Tip | 1 | ✓ |
| Pair Exam Gloves | 1 | ✓ |
| Face Mask / Eye Shield | 1 | ✓ |
| EPINEPHRINE AUTO INJECTORS | | |
| Adult Epi-Pens (within expiration date) | 2 | ✓ |
| Pedi Epi-Pens (within expiration date) | 2 | ✓ |

| ON BOARD E.M.S. SUPPLIES | Required | On Hand |
|---|---|---|
| Adult Traction Splint | 1 | |
| Child Traction Splint | 1 | |
| Padded Board Splints | | |
| 3 foot x 3 inches | 2 | |
| 16 inches x 3 inches | 4 | |
| 4.5 foot x 3 inches | 3 | |
| K.E.D. | 2 | |
| Long Back Board w straps 3 sets | 2 | |
| Head Blocks + Straps sets | 2 | |
| Cervical Collars: Adult Adjustable | 2 | |
| Adult No-Neck | 2 | |
| Adult Short | 2 | |
| Adult Regular | 2 | |
| Adult Tall | 2 | |
| Child No-Neck | 2 | |
| Pedi (regular size) | 2 | |
| Stair Chair with straps | 1 | |
| Infant Back Board | 1 | |
| Auxiliary Stretcher (Scoop) | 1 | |
| Wrapped Oral Airways (set of 7 sizes) | 6 | ✓ |
| Wrapped Nasal Airways 1 each 20f,22f,24f,26f, 28f, 30f, 32f, and 34f | 8 | ✓ |
| Pediatric nasul airways 1 each12f,14f,16f,18f | 4 | ✓ |
| water soluble lubricant | 12 | ✓ |
| Bag Valve Mask Adult w O2 connnector tube | 1 | ✓ |
| Bag Valve Mask child &infant w O2 connector tube | 1 | ✓ |
| Small Dressing min 4X4 | 24 | ✓ |
| Medium Dressing min 5X9 | 12 | ✓ |
| Large Dressing min 10"X30" | 6 | ✓ |
| Roller Bandage - 4" King | 12 | ✓ |
| Roller Bandage - 6" King | 12 | ✓ |
| Triangular Bandages | 12 | 5 |
| 1" Tape | 3 | ✓ |
| 1" Tape Hypoallergenic | 1 | ✓ |
| Bandage Shears | 1 | ✓ |
| Burn Sheets | 2 | ✓ |

| | Required | On Hand |
|---|---|---|
| OB Kit | 1 | ✓ |
| Glucose+ wrapped tongue depressors | 3 | ✓ |
| OB Pads | 6 | ✓ |
| Seizer Sticks | 6 | ✓ |
| Poison Antidote Kit w/ Charcoal&measuring | 2 | |
| Sterile H2O or Saline (3) liters | 1 | ✓ |
| Aluminum Foil Roll | 3 | ✓ |
| Polyethylene Film Roll | 1 | ✓ |
| Bed pan | 1 | |
| Motion Sickness Bags | 1 | ✓ |
| Pillows (waterproof) | 2 | ✓ |
| Pillows cases | 4 | ✓ |
| Sheets | 8 | ✓ |
| Blankets | 4 | ✓ |
| Towels | 4 | ✓ |
| Tissue Packages | 2 | ✓ |
| Drinking Cups | 2 | ✓ |
| Ice Packs | 4 | ✓ |
| Hot Packs | 4 | ✓ |
| Infection Control Kit | 2 | ✓ |
| Ring Cutter | 1 | |
| Infant B.P. Cuff | 1 | ✓ |
| Child B.P. Cuff | 1 | ✓ |
| Adult B.P. Cuff | 1 | ✓ |
| Thigh B.P. Cuff | 1 | ✓ |
| Plastic Bags with Ties | 2 | ✓ |
| Red Bio-Hazard Bags with Ties | 2 | ✓ |
| Sharps Container (covered and secured) | 1 | ✓ |
| Face Mask/Eye Shields | 2 | ✓ |
| Pairs Exam Gloves (various sizes) | 6 | ✓ |
| Hand Cleaner (dispensed) | 1 | ✓ |

| FIRST AID KIT CONTAINING: | Required | On Hand Main | Spare |
|---|---|---|---|
| Wrapped Oral Airways (1 each: infant/child/adult) | 2 | | |
| 4" x 4" Dressings | 3 | | |
| 5" x 9" Dressings | 12 | | |
| 10" x 30" Trauma Dressings | 4 | | |
| Roller Bandage - 2" Kling | 2 | | |
| Roller Bandage - 4" Kling | 6 | | |
| Triangular Bandages | 6 | | |
| Tourniquets | 6 | | |
| Trauma Scissors | 2 | | |
| 2" adhesive tape 5 yards min | 1 | | |
| Adult B.P. Cuff | 1 | | |
| Seat belt Cutter | 6 | | |
| Non-Rebreather, Adult/Child | 1 each | | |
| Wrapped tongue depressors | 2 | | |
| Stethoscope | 1 | | |
| Penlight | 1 | | |
| 500cc Sterile water or saline | 1 | | |
| Ice Packs | 2 | | |
| Glucose Tube | 1 | | |
| Band Aids | 6 | | |
| "Mouth to Mouth" Mask | 1 | | |
| Face Mask/Eye Shields | 2 | | |
| Pair of exam Gloves | 2 | | |
| DEFIBRILLATOR | | | |
| Batteries Charged and Unit Operational | yes | | |
| Sets of Defibrillator Pads | 2 | ✓ | |
| Spare Batteries | 1 | | ✓ |
| Razor | 1 | | |
| CPR Board (short board) | 1 | ✓ | ✓ |

| Equipment to Gain Access | |
|---|---|
| Screwdriver, min 8" regular blade | 1 |
| Hacksaw with 8 wire carbide blades | 1 |
| Pair of pliers, 10" vice grip | 1 |
| Short handled sledge hammer, min 3 lbs | 1 |
| Rope, synthetic, min 50 ft by 1/2" diameter | 1 |
| Pair of gloves (leather gauntlets) | 2 |
| Pair of goggles (clear eye protective) | 2 |

| Latex-Free Equipment | | On Hand |
|---|---|---|
| Latex-free examination gloves, two pairs ea. | 1 | ✓ |
| small, medium & Large | | |
| Latex-free tourniquet | 1 | |
| Latex-free adult BVM and masks | 1 | |
| Latex-free high concentration, disposable, O2 | 2 | |
| masks with delivery tubes, two each adult | | |
| and child | | |
| Latex-free nasal cannulae and delivery | 2 | |
| tubes, two each adult and child | | |
| Latex-free B/P cuff | 1 | |
| Latex-free stethoscope | 1 | |

# AMBULANCE CHECKLIST

**Sherborn Fire Department**
**Sherborn, Massachusetts 01770**

Inventories by: _____

| STRETCHER | Required | On Hand |
|---|---|---|
| Ambulance Cot w/IV pole | | ✓ |
| Wrist and Ankle Restraints (for cot) under CPR sheet | Completed | ✓ |
| **ON BOARD O2 SUPPLIES** | | |
| O2 Cylinder Pressure minimum | 800 psi | ✓ |
| Flow Meter | 2, 3 | 2 |
| O2 Humidifier (single use) | 1 | 2 |
| Oximeter (oxygen % and pulse) | 1 | |
| Sterile Water for Humidifier (w/fun exp date) | 4 | 1 |
| Adult Non-Rebreathers w/tubing | 4 | 2 |
| Adult Simple Face masks w/tubing | | |
| Adult Nasal Cannulas | 6 | 5 |
| Child Non-Rebreathers w/tubing | 4 | 3 |
| Child Nasal Cannulas | 4 | 6 |
| **PORTABLE O2 SUPPLIES** | | |
| Primary O2 Cylinder Pressure minimum | 800 psi | |
| Demand Valve Assembly-mounted on primary | 1 | |
| Adult, Child, Infant Face Mask for Resuscitators | 1 each | |
| Adult Non-Rebreathers w/tubing | 1 | |
| Adult Simple Face masks w/tubing | 1 | |
| Adult Nasal Cannulas | 1 | |
| O2 Cylinder Wrench | 1 | |
| Full Spare O2 Cylinder (kept in vehicle) | 1 | |
| **ON BOARD SUCTION** | | |
| Operational | yes | ✓ |
| Transparent Collection Bottle | 1 | |
| Wide Bore Tubing w/Pharyngeal Suction Tip | 1 | |
| **PORTABLE SUCTION UNIT** | | |
| Operational | yes | yes |
| Transparent Collection Bottle | 1 | |
| Wide Bore Tubing w/Pharyngeal Suction Tip | 1 | |
| Pair Exam Gloves | 1 | |
| Face Mask / Eye Shield | 1 | |
| **EPINEPHRINE AUTO INJECTORS** | | |
| Adult Epi-Pens (within expiration date) | 2 | 2 |
| Pedi Epi-Pens (within expiration date) | 2 | 2 |

Date: Transfer sheet, min 6 handles

| ON BOARD E.M.S. SUPPLIES | Required | On Hand |
|---|---|---|
| Adult Traction Splint | 1 | ✓ |
| Child Traction Splint | 1 | |
| Padded Board Splints | | |
| 3 foot x 3 inches | | |
| 15 inches x 3 inches | 2 | 0 |
| 4.5 foot x 3 inches | 4 | 7 |
| Short Back Board w/three straps + head strap | 1 | 2 |
| K.E.D. — always in scene | 1 | |
| Long Back Board w/3 belts, (3head strap | 2 | 2 |
| (3)chin strap, (2)head blocks | 2 | |
| Cervical Collars: Adult No-Neck | 3 | 1 |
| Adult Short | 3 | 1 |
| Adult Regular | 3 | 1 |
| Adult Tall | 3 | 1 |
| Child No-Neck | 3 | 1 |
| Ped (regular size) | 3 | 1 |
| Stair Chair with straps | 1 | 1 |
| Infant Back Board | 1 | |
| Auxillary Stretcher (Scoop) | 1 | 1 |
| Wrapped Oral Airways (set of 7 sizes) | 1 | |
| Wrapped Nasal Airways (several sizes) | 1 | |
| 4" x 4" Dressings | 24 | 24 |
| 5" x 9" Dressings | 12 | 12 |
| 10" x 30" Trauma Dressings | 6 | 6 |
| Roller Bandage - 2" Kling | 12 | 12 |
| Roller Bandage - 3" Kling | 12 | 12 |
| Roller Bandage - 4" Kling | 12 | 12 |
| Roller Bandage - 6" Kling | 12 | 12 |
| Triangular Bandages | 12 | 12 |
| Eye Pads | 6 | |
| 1" Tape | 2 | 2 |
| 2" Tape | 2 | 6 |
| Bandage Shears | 1 | |
| Burn Sheets | 2 | 2 |

*Package Lubricant for nasal airway*

*CPR sheet*

*miss 3*

1 Sterile water
  Glucose

| | Required | On Hand |
|---|---|---|
| OB Kit | 1 | 2 |
| Glucose | 3 | |
| OB Pads | 6 | |
| Seizer Sticks | 6 | |
| Eye Wash (bottles) | 2 | |
| Poison Antidote Kit w/Ipecac & Charcoal *a medicine 4th* | 1 | 1 |
| Sterile H2O or Saline | 2 | 1 |
| Aluminum Foil Roll | 1 | |
| Polyethylene Film Roll | 1 | |
| Bed pan | 1 | |
| Motion Sickness Bags | 2 | 2 |
| Pillows (waterproof) | 2 | 2 |
| Sheets | 8 | 8 |
| Blankets | 4 | 4 |
| Towels | 4 | 4 |
| Tissue Packages | 2 | 2 |
| Drinking Cups | 2 | 6 |
| Ice Packs | 4 | 6 |
| Hot Packs | 4 | 4 |
| Infection Control Kit | 1 | 1 |
| Sand Bags | 2 | 0 |
| Ring Cutter *tool box* | 1 | 1 |
| Child B.P. Cuff | 1 | 1 |
| Adult B.P. Cuff | 1 | 1 |
| Thigh B.P. Cuff | 1 | 1 |
| Plastic Bags with Ties | 2 | 2 |
| Red Bio-Hazard Bags with Ties | 2 | 2 |
| Sharps Container (covered and secured) | 1 | 1 |
| Face Mask/Eye Shields | 2 | 4 |
| Pairs Exam Gloves (various sizes) | 6 | 6 |
| Hand Cleaner (dispensed) *o unduly was good* | 1 | 2 |

| | Required | On Hand Main | Spare |
|---|---|---|---|
| FIRST AID KIT CONTAINING: 3 | | | |
| Wrapped Oral Airways (1 each: infant/child/adult) | 3 | 3 | 3 |
| 4" x 4" Dressings | 24 | 25 | 24 |
| 5" x 9" Dressings | 4 | 6 | 6 |
| 10" x 30" Trauma Dressings | 2 | 2 | 2 |
| Roller Bandage - 3" Kling | 6 | 5 | 6 |
| Roller Bandage - 4" Kling | 6 | 7 | 7 |
| Triangular Bandages | 6 | 6 | 6 |
| Tourniquets | 2 | 2 | 2 |
| Trauma Scissors | 1 | 1 | 1 |
| Adult B.P. Cuff | 1 | | 1 |
| Eye pads *2 adhesive roll of tape* | 1 | 3 | 1 |
| Seat belt Cutter *wrapped 3 each syringe* | 2 | 1 | |
| Non-Rebreather Adult/Child *1 each* | 1 | | |
| Ring Cutter | 1 | | |
| Stethoscope | 1 | 1 | 1 |
| Penlight | 1 | 1 | |
| 500cc Sterile water or saline *within exp date* | 1 | 1 | 1 |
| Ice Packs | 2 | 2 | 2 |
| Glucose Tube *w/in expiration date* | 1 | 1 | 1 |
| Band Aids | 25 | 25 | 25 |
| "Mouth to Mouth" Mask | 1 | 1 | |
| Face Mask/Eye Shields | 2 | 2 | 2 |
| Pair of exam Gloves | 2 | 2 | 2 |
| DEFIBRILLATOR | | | |
| Batteries Charged and Unit Operational | yes | | |
| Sets of Defibrillator Pads | 2 | | |
| Cassette Tape | 1 | | |
| Monitor Leads | 1 | | |
| Bag of Electrodes | 1 | | |
| Razor | 1 | | |

**Sherborn Fire Department**
Sherborn, Massachusetts 01770

Inventoried by: STEPHEN SEARIAC

# AMBULANCE CHECKLIST

Date: 2/22/01

| STRETCHER | Required | On Hand |
|---|---|---|
| Ambulance Cot w/IV pole | 1 | ✓ |
| Wrist and Ankle Restraints(for cot) set | 1 | ✓ |
| **ON BOARD O2 SUPPLIES** | | |
| O2 Cylinder Pressure | 800 psi | |
| Flow Meter | 2 | ✓✓ |
| O2 Humidifier (single use) | 1 | ✓ |
| Oximeter (oxygen % and pulse) | 1 | ✓ |
| Sterile Water for Humidifier | 1 | ✓ |
| Adult Non-Rebreathers w/tubing | 4 | ✓✓ |
| Adult Simple Face masks w/tubing | 4 | ✓ |
| Adult Nasal Cannulas | 4 | ✓✓ |
| Child Non-Rebreathers w/tubing | 4 | ✓✓ |
| Child Nasal Cannulas | 4 | ✓ |
| **PORTABLE O2 SUPPLIES** | | |
| Primary O2 Cylinder Pressure | 800 psi | |
| Regulator / flow meter* | 1 | ✓ |
| Adult, Child, Infant Face Mask for Resuscitators | 2 each | ✓✓ |
| Adult Non-Rebreathers w/tubing | 2 | ✓✓ |
| Adult Simple Face masks w/tubing | 2 | ✓ |
| Adult Nasal Cannulas | 2 | ✓✓ |
| Bag valve/mask | 1 | ✓ |
| Full Spare O2 Cylinder (kept in vehicle) | 1 | ✓ |
| **ON BOARD SUCTION** | | |
| Operational | yes | |
| French suction catheters 2 each 5, 8,14, | 6 | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Suction Rinsing Water Bottle | 1 | ✓ |
| Suction Tubing min 1/4inch in diameter min | 2 | ✓ |
| Pharyngeal Suction Tip | 2 | ✓ |
| **PORTABLE SUCTION UNIT** | | |
| Operational | yes | |
| Transparent Collection Bottle | 1 | ✓ |
| Wide Bore Tubing w/Pharyngeal Suction Tip | 1 | ✓ |
| Pair Exam Gloves | 1 | ✓ |
| Face Mask / Eye Shield | 1 | ✓ |
| **EPINEPHRINE AUTO INJECTORS** | | |
| Adult Epi-Pens (within expiration date) | 2 | ✓ |
| Pedi Epi-Pens (within expiration date) | 2 | ✓ |

| ON BOARD E.M.S. SUPPLIES | Required | On Hand |
|---|---|---|
| Adult Traction Splint | 1 | ✓ |
| Child Traction Splint | 1 | |
| Padded Board Splints | | |
| 3 foot x 3 inches | 2 | ✓✓ |
| 15 inches x 3 inches | 4 | ✓✓ |
| 4.5 foot x 3 inches | 3 | ✓✓ |
| K.E.D. | | |
| Long Back Board w straps 3 sets | 2 | ✓✓ |
| Head Blocks + Straps sets | 2 | ✓✓ |
| Cervical Collars:  Adult Adjustable | 2 | ✓✓ |
| Adult No-Neck | 2 | ✓ |
| Adult Short | 2 | ✓ |
| Adult Regular | 2 | ✓ |
| Adult Tall | 2 | ✓ |
| Child No-Neck | 2 | ✓✓ |
| Ped (regular size) | 2 | ✓✓ |
| Stair Chair with straps | 1 | ✓ |
| Infant Back Board | 1 | ✓✓ |
| Auxiliary Stretcher (Scoop) | 1 | ✓✓ |
| Wrapped Oral Airways (set of 7 sizes) | 6 | ✓ |
| Wrapped Nasal Airways 1 each 20f,22f,24f,26f | 8 | ✓ |
| 28f,30f,(32f)and(34f) | | |
| Pediatric Nasal airways 1 each12f,14f,16f,18f | 4 | ✓ |
| water soluble lubricant | 12 | ✓ |
| Bag Valve Mask Adult w O2 connnector tube | 1 | ✓ |
| Bag Valve Mask child &infant w O2 connector tube | 1 | ✓ |
| Small Dressing min 4X4 | 24 | ✓ |
| Medium Dressing min 5X9 | 12 | ✓ |
| Large Dressing min 10"X30" | 6 | ✓ |
| Roller Bandage- 4" Kling | 12 | ✓ |
| Roller Bandage - 6" Kling | 12 | ✓ |
| Triangular Bandages | 12 | ✓ |
| 1" Tape | 3 | ✓ |
| 1" Tape Hypoallergenic | 1 | ✓ |
| Bandage Shears | 1 | ✓ |
| Burn Sheets | 2 | ✓ |

*need RAZOR*

| | Required | On Hand |
|---|---|---|
| OB Kit | 1 | ✓ |
| Glucose+ wrapped (tongue depressors) | 3 | ✓ |
| OB Pads | 6 | ✓ |
| Seizer Sticks | 6 | ✓ |
| Poison Antidote Kit w/ Charcoal&measuring | 2 | ✓ |
| Sterile H2O or Saline (3) liters | 1 | ✓ |
| Aluminum Foil Roll | 1 | ✓ |
| Polyethylene Film Roll | 1 | ✓ |
| Bed pan | 1 | ✓ |
| Motion Sickness Bags | 1 | ✓ |
| Pillows (waterproof) | 4 | ✓ |
| Pillows cases | 4 | ✓ |
| Sheets | 8 | ✓ |
| Blankets | 4 | ✓ |
| Towels | 4 | ✓ |
| Tissue Packages | 2 | ✓ |
| Drinking Cups | 2 | ✓ |
| Ice Packs | 4 | ✓ |
| Hot Packs | 4 | ✓ |
| Infection Control Kit | 2 | ✓ |
| Ring Cutter | 1 | ✓ |
| Infant B.P. Cuff | 1 | ✓ |
| Child B.P. Cuff | 1 | ✓ |
| Adult B.P. Cuff | 1 | ✓ |
| Thigh B.P. Cuff | 1 | ✓ |
| Plastic Bags with Ties | 2 | ✓ |
| Red Bio-Hazard Bags with Ties | 2 | ✓ |
| Sharps Container (covered and secured) | 1 | ✓ |
| Face Mask/Eye Shields | 2 | ✓ |
| Pairs Exam Gloves (various sizes) | 6 | ✓ |
| Hand Cleaner (dispensed) | 1 | ✓ |

| FIRST AID KIT CONTAINING: | Required | On Hand Main | Spare |
|---|---|---|---|
| Wrapped Oral Airways (1 each: infant/child/adult) | 2 | ✓ | |
| 4" x 4" Dressings | 3 | ✓ | |
| 5" x 9" Dressings | 12 | ✓ | |
| 10" x 30" Trauma Dressings | 4 | ✓ | |
| Roller Bandage - 2" Kling | 2 | ✓ | |
| Roller Bandage - 4" Kling | 6 | ✓ | |
| Triangular Bandages | 6 | ✓ | |
| Tourniquets | 2 | O | |
| Trauma Scissors | 1 | ✓ | |
| 2" adhesive tape 5 yards min | 1 | ✓ | |
| Adult B.P. Cuff | 1 | ✓ | |
| Seat belt Cutter | 1 | ✓ | |
| Non-Rebreather: Adult/Child | 1 each | ✓ | |
| Wrapped tongue depressors | 2 | O | |
| Stethoscope | 1 | ✓ | |
| Penlight | 1 | ✓ | |
| 500cc Sterile water or saline | 1 | ✓ | |
| Ice Packs | 2 | ✓ | |
| Glucose Tube | 1 | ✓ | |
| Band Aids | 6 | ✓ | |
| "Mouth to Mouth" Mask | 1 | ✓ | |
| Face Mask/Eye Shields | 2 | ✓ | |
| Pair of exam Gloves | 2 | ✓ | |
| **DEFIBRILLATOR** | | | |
| Batteries Charged and Unit Operational | yes | ✓ | |
| Sets of Defibrillator Pads | 2 | ✓ | |
| Spare Batteries | 1 | O | O |
| Razor | 1 | O | O |
| CPR Board (short board) | 1 | ✓ | |

| Equipment to Gain Access | Required | On Hand |
|---|---|---|
| Screwdriver, min 8" regular blade | 1 | ✓ |
| Hacksaw with 6 wire carbide blades | 1 | ✓ |
| Pair of pliers, 10" vice grip | 1 | ✓ |
| Short handled sledge hammer, min 3 Lbs | 1 | ✓ |
| Rope, synthetic, min 50 ft by 1/2" diameter | 1 | ✓ |
| Pair of gloves (leather gauntlets) | 2 | ✓ |
| Pair of goggles (clear eye protective) | 2 | ✓ |

| Latex-Free Equipment | Required | On Hand |
|---|---|---|
| Latex-free examination gloves, two pairs ea. small, medium & Large | 1 | ✓ |
| Latex-free tourniquet | 1 | ✓ |
| Latex-free adult BVM and masks | 1 | ✓ |
| Latex-free high concentration, disposable, O2 masks with delivery tubes, two each adult and child | 2 | ✓ |
| Latex-free nasal cannulae and delivery tubes, two each adult and child | 2 | ✓ |
| Latex-free B/P cuff | 1 | ✓ |
| Latex-free stethoscope | 1 | ✓ |

**Sherborn Fire Department**
**Sherborn, Massachusetts 01770**

## AMBULANCE CHECKLIST

Inventoried by: BSnyder / ...

Date: 3/16/01

| STRETCHER | Required | On Hand |
|---|---|---|
| Ambulance Cot w/IV pole | 1 | |
| Wrist and Ankle Restraints(for cot) set | 1 | |
| **ON BOARD O2 SUPPLIES** | | |
| O2 Cylinder Pressure | 800 psi | |
| Flow Meter | 2 | 2 |
| O2 Humidifier (single use) | 1 | 2 |
| Oximeter (oxygen % and pulse) | 1 | 4 |
| Sterile Water for Humidifier | 4 | 4 |
| Adult Non-Rebreathers w/tubing | 4 | 6 |
| Adult Simple Face masks w/tubing | 4 | |
| Adult Nasal Cannulas | 4 | 4 |
| Child Non-Rebreathers w/tubing | 4 | 4 |
| Child Nasal Cannulas | 4 | 4 |
| **PORTABLE O2 SUPPLIES** | | |
| Primary O2 Cylinder Pressure | 800 psi | 1700 |
| Regulator / flow meter | | |
| Adult, Child, Infant Face Mask for Resuscitators | 2 each | ON |
| Adult Non-Rebreathers w/tubing | 2 | 2 |
| Adult Simple Face masks w/tubing | 2 | 2 |
| Adult Nasal Cannulas | 2 | |
| bag/valve/mask | 1 | |
| Full Spare O2 Cylinder (kept in vehicle) | 1 | 3 |
| **ON BOARD SUCTION** | | |
| Operational | yes | |
| French suction catheters 2 each 5, 8 (14) | 6 | |
| Transparent Collection Bottle | 1 | |
| Suction Rinsing Water Bottle | 1 | |
| Suction Tubing min 1/4inch in diameter min | 2 | 2 |
| Pharyngeal Suction Tip | 2 | 2 |
| **PORTABLE SUCTION UNIT** | | |
| Operational | yes | |
| Transparent Collection Bottle | 1 | |
| Wide Bore Tubing w/Pharyngeal Suction Tip | 1 | |
| Pair Exam Gloves | 1 | |
| Face Mask / Eye Shield | 1 | |
| **EPINEPHRINE AUTO INJECTORS** | | |
| Adult Epi-Pens (within expiration date) | 2 | 2 |
| Pedi Epi-Pens (within expiration date) | 2 | 2 |

| ON BOARD E.M.S. SUPPLIES | Required | On Hand |
|---|---|---|
| Adult Traction Splint | 1 | |
| Child Traction Splint | 1 | |
| Padded Board Splints | | |
|   3 foot x 3 inches | 2 | ✓ |
|   15 inches x 3 inches | 4 | ✓ |
|   4.5 foot x 3 inches | 3 | ✓ |
| K.E.D. | | |
| Long Back Board w straps 3 sets | 2 | ✓ |
| Head Blocks + Straps sets | 2 | ✓ |
| Cervical Collars: Adult Adjustable | 2 | ✓ |
|   Adult No-Neck | 2 | ✓ |
|   Adult Short | 2 | ✓ |
|   Adult Regular | 2 | ✓ |
|   Adult Tall | 2 | ✓ |
|   Child No-Neck | 2 | ✓ |
|   Pedi (regular size) | 1 | ✓ |
| Stair Chair with straps | 1 | |
| Infant Back Board | 1 | |
| Auxiliary Stretcher (Scoop) | 1 | |
| Wrapped Oral Airways (set of 7 sizes) | 6 | 1 |
| Wrapped Nasal Airways 1 each (20)(24)(26) (28)(30)(32) and(34) | 8 | 3 |
| Pediatric nasal airways 1 each 12f,(14)(16)(18) | 4 | 2-3 |
| water soluble lubricant | 12 | 2 |
| Bag Valve Mask Adult w O2 connector tube | 1 | |
| Bag Valve Mask child &infant w O2 connector tube | 1 | |
| Small Dressing min 4X4 | 24 | 2 |
| Medium Dressing min 5X9 | 12 | 2 |
| Large Dressing min 10"X30" | 6 | 2 |
| Roller Bandage - 4" King | 12 | 12 |
| Roller Bandage - 6" King | 12 | 12 |
| Triangular Bandages | 12 | 4 |
| 1" Tape | 3 | 3 |
| 1" Tape Hypoallergenic | 1 | |
| Bandage Shears | 1 | |
| Burn Sheets | 2 | 2 |

*handwritten: B no tongue depressors*

*handwritten: out of glucose*

*handwritten: 1/2*

| Item | Qty | (handwritten) |
|---|---|---|
| OB Kit | 3 | 2 |
| Glucose* wrapped tongue depressors | 6 | |
| OB Pads | 6 | |
| Seizer Sticks | 6 | 3 |
| Poison Antidote Kit w/ Charcoal&measuring | 2 | 1 |
| Sterile H2O or Saline (3) liters | 3 | |
| Aluminum Foil Roll | 1 | |
| Polyethylene Film Roll | 3 | |
| Bed pan | 1 | |
| Motion Sickness Bags | 1 | 1+ |
| Pillows (waterproof) | 2 | 2+ |
| Pillows cases | 4 | 4+ |
| Sheets | 8 | 8+ |
| Blankets | 4 | 4 |
| Towels | 4 | 4 |
| Tissue Packages | 2 | 2 |
| Drinking Cups | 2 | 2 |
| Ice Packs | 4 | 2+ |
| Hot Packs | 4 | |
| Infection Control Kit | 2 | 2+ |
| Ring Cutter | 1 | |
| Infant B.P. Cuff | 1 | |
| Child B.P. Cuff | 1 | |
| Adult B.P. Cuff | 1 | |
| Thigh B.P. Cuff | 1 | |
| Plastic Bags with Ties | 2 | 2 |
| Red Bio-Hazard Bags with Ties | 2 | 2+ |
| Sharps Container (covered and secured) | 1 | 1+ |
| Face Mask/Eye Shields | 2 | 2+ |
| Pairs Exam Gloves (various sizes) | 6 | 6+ |
| Hand Cleaner (dispensed) | 1 | |

| FIRST AID KIT CONTAINING: (1 each: infant/child/adult) | 2 | Main | Spare |
|---|---|---|---|
| Wrapped Oral Airways | 3 | | |
| 4" x 4" Dressings | 12 | | |
| 5" x 9" Dressings | 4 | | |
| 10" x 30" Trauma Dressings | 2 | | |
| Roller Bandage - 2" Kling | 6 | | |
| Roller Bandage - 4" Kling | 8 | | |
| Triangular Bandages | 6 | | |
| Tourniquets | 2 | | |
| Trauma Scissors | 1 | | |
| 2" adhesive tape 5 yards min | 1 | | |
| Adult B.P. Cuff | 6 | | |
| Seat belt Cutter | 1 | | |
| Non-Rebreather: Adult/Child | 1 each | | |
| Wrapped tongue depressors | 2 | | |
| Stethoscope | 1 | | |
| Penlight | 1 | | |
| 500cc Sterile water or saline | 1 | | |
| Ice Packs | 2 | | |
| Glucose Tube | 1 | | |
| Band Aids | 6 | | |
| "Mouth to Mouth" Mask | 1 | | |
| Face Mask/Eye Shields | 2 | | |
| Pair of exam Gloves | 2 | | |
| DEFIBRILLATOR | | | |
| Batteries Charged and Unit Operational | yes | | |
| Sets of Defibrillator Pads | 2 | | |
| Spare Batteries | 1 | | |
| Razor | 1 | | |
| CPR Board (short board) | 1 | | |

| Equipment to Gain Access | Main |
|---|---|
| Screwdriver, min 8" regular blade | 1 |
| Hacksaw with 6 wire carbide blades | 1 |
| Pair of pliers, 10" vice grip | 1 |
| Short handled sledge hammer, min 3 Lbs | 1 |
| Rope, synthetic, min 50 ft by 1/2" diameter | 1 |
| Pair of gloves (leather gauntlets) | 2 |
| Pair of goggles (clear eye protective) | 2 |

| Latex-Free Equipment | | |
|---|---|---|
| Latex-free examination gloves, two pairs ea. | 1 | |
| small, medium & Large | | |
| Latex-free tourniquet | 1 | |
| Latex-free adult BVM and masks | 1 | |
| Latex-free high concentration, disposable, O2 | 2 | |
| masks with delivery tubes, two each adult | | |
| and child | | |
| Latex-free nasal cannulae and delivery | 2 | |
| tubes, two each adult and child | | |
| Latex-free B/P cuff  α  large | 1 | |
| Latex-free stethoscope | 1 | |

# AMBULANCE CHECKLIST

Sherborn Fire Department
Sherborn, Massachusetts 01770

Inventoried by: Nicholas Kakalecz

Date:

| STRETCHER | Required | On Hand |
|---|---|---|
| Ambulance Cot w/IV pole | 1 | |
| Wrist and Ankle Restraints(for cot) set | 1 | |
| **ON BOARD O2 SUPPLIES** | | |
| O2 Cylinder Pressure | 800 psi | 1400 psi |
| Flow Meter | 2 | 2 |
| O2 Humidifier (single use) | 1 | |
| Oximeter (oxygen % and pulse) | 1 | |
| Sterile Water for Humidifier | 4 | 5 |
| Adult Non-Rebreathers w/tubing | 4 | |
| Adult Simple Face masks w/tubing | 4 | |
| Adult Nasal Cannulas | 4 | |
| Child Non-Rebreathers w/tubing | 4 | |
| Child Nasal Cannulas | 4 | |
| **PORTABLE O2 SUPPLIES** | | |
| Primary O2 Cylinder Pressure | 800 psi | 1000 psi |
| Regulator / flow meter | 1 | |
| Adult, Child, Infant Face Mask for Resuscitators | 2 each | |
| Adult Non-Rebreathers w/tubing | 2 | |
| Adult Simple Face masks w/tubing | 2 | |
| Adult Nasal Cannulas | 2 | |
| bag/valve/mask | 1 | |
| Full Spare O2 Cylinder (kept in vehicle) | 1 | |
| **ON BOARD SUCTION** | | |
| Operational | yes | |
| French suction catheters 2 each 5, 8,14, | 6 | |
| Transparent Collection Bottle | 1 | |
| Suction Rinsing Water Bottle | 1 | |
| Suction Tubing min 1/4inch in diameter min | 2 | |
| Pharyngeal Suction Tip | 2 | |
| **PORTABLE SUCTION UNIT** | | |
| Operational | yes | |
| Transparent Collection Bottle | 1 | |
| Wide Bore Tubing w/Pharyngeal Suction Tip | 1 | |
| Pair Exam Gloves | | |
| Face Mask / Eye Shield | 1 | |
| **EPINEPHRINE AUTO INJECTORS** | | |
| Adult Epi-Pens (within expiration date) | 2 | |
| Pedi Epi-Pens (within expiration date) | 2 | |

| ON BOARD E.M.S. SUPPLIES | Required | On Hand |
|---|---|---|
| Adult Traction Splint | 1 | |
| Child Traction Splint | 1 | |
| **Padded Board Splints** | | |
| 3 foot x 3 inches | 2 | |
| 15 inches x 3 inches | 2 | |
| 4.5 foot x 3 inches | 2 | |
| K.E.D. | 2 | |
| Long Back Board w straps 3 sets | 2 | |
| Head Blocks + Straps sets | 2 | |
| Cervical Collars: Adult Adjustable | 2 | |
| Adult No-Neck | 2 | |
| Adult Short | 2 | |
| Adult Regular | 2 | |
| Adult Tall | 2 | |
| Child No-Neck | 2 | |
| Pedi (regular size) | 1 | |
| Stair Chair with straps | 1 | |
| Infant Back Board | 1 | |
| Auxiliary Stretcher (Scoop) | 1 | |
| Wrapped Oral Airways (set of 7 sizes) | 6 | |
| Wrapped Nasal Airways 1 each 20f,22f,24f,26f, | 8 | |
| 28f, 30f, 32f,and 34f | | |
| Pediatric nasul airways 1 each12f,14f,16f,18f | 4 | |
| water soluble lubricant | 12 | |
| Bag Valve Mask Adult w O2 connnector tube | 1 | |
| Bag Valve Mask child &infant w O2 connector tube | 1 | |
| Small Dressing min 4X4 | 24 | |
| Medium Dressing min 5X9 | 12 | |
| Large Dressing min 10"X30" | 6 | |
| Roller Bandage - 4" Kling | 12 | |
| Roller Bandage - 6" Kling | 12 | |
| Triangular Bandages | 12 | |
| 1" Tape | 3 | |
| 1" Tape Hypoallergenic | 1 | |
| Bandage Shears | 1 | |
| Burn Sheets | 2 | |

*need spare bit.*

| | Required | On Hand |
|---|---|---|
| OB Kit | 1 | 1 |
| Glucose+ wrapped tongue depressors | 3 | 3 |
| OB Pads | 6 | 0 |
| Seizer Sticks | 6 | 0 |
| Poison Antidote Kit w/ Charcoal&measuring | 2 | 1 |
| Sterile H2O or Saline (3) liters | 3 | |
| Aluminum Foil Roll | roll | |
| Polyethylene Film Roll | 1 | |
| Bed pan | 1 | 0 |
| Motion Sickness Bags | 1 | |
| Pillows (waterproof) | 2 | 2 |
| Pillows cases | 4 | 4 |
| Sheets | 8 | 6 |
| Blankets | 4 | 4 |
| Towels | 4 | 1 |
| Tissue Packages | 2 | 2 |
| Drinking Cups | 2 | 2 |
| Ice Packs | 4 | 2 |
| Hot Packs | 4 | 4 |
| Infection Control Kit | 2 | 2 |
| Ring Cutter | 1 | |
| Infant B.P. Cuff | 1 | 1 |
| Child B.P. Cuff | 1 | 1 |
| Adult B.P. Cuff | 1 | |
| Thigh B.P. Cuff | 1 | |
| Plastic Bags with Ties | 2 | 2 |
| Red Bio-Hazard Bags with Ties | 2 | 4 |
| Sharps Container (covered and secured) | 1 | 1 |
| Face Mask/Eye Shields | 2 | 2 |
| Pairs Exam Gloves (various sizes) | 6 | 6 |
| Hand Cleaner (dispensed) | 1 | 1 |

*need on hand*

| FIRST AID KIT CONTAINING: | Required | On Hand Main | Spare |
|---|---|---|---|
| | 2 | | |
| Wrapped Oral Airways (1 each: infant/child/adult) | 3 | | |
| 4" x 4" Dressings | 12 | | |
| 5" x 9" Dressings | 4 | | |
| 10" x 30" Trauma Dressings | 2 | | |
| Roller Bandage- 2" Kling | 6 | | |
| Roller Bandage- 4" Kling | 6 | | |
| Triangular Bandages | 6 | | |
| Tourniquets | 2 | | |
| Trauma Scissors | 1 | | |
| 2" adhesive tape 5 yards min | 1 | | |
| Adult B.P. Cuff | 6 | | |
| Seat belt Cutter | 1 | | |
| Non-Rebreather Adult/Child | 1 each | | |
| Wrapped tongue depressors | 2 | | |
| Stethoscope | 1 | | |
| Penlight | 1 | | |
| 500cc Sterile water or saline | 1 | | |
| Ice Packs | 2 | | |
| Glucose Tube | 1 | | |
| Band Aids | 6 | | |
| "Mouth to Mouth" Mask | 1 | | |
| Face Mask/Eye Shields | 2 | | |
| Pair of exam Gloves | 2 | | |
| DEFIBRILLATOR | | | |
| Batteries Charged and Unit Operational | yes | | |
| Sets of Defibrillator Pads | 2 | | |
| Spare Batteries | 1 | | |
| Razor | 1 | | |
| CPR Board (short board) | 1 | | |

| Equipment to Gain Access | | | |
|---|---|---|---|
| Screwdriver, min 8" regular blade | 1 | | |
| Hacksaw with 6 wire carbide blades | 1 | | |
| Pair of pliers, 10" vice grip | 1 | | |
| Short handled sledge hammer, min 3 Lbs | 1 | | |
| Rope, synthetic, min 50 ft by 1/2" diameter | 1 | | |
| Pair of gloves (leather gauntlets) | 2 | | |
| Pair of goggles (clear eye protective) | 2 | | |

| Latex-Free Equipment | Required | On Hand |
|---|---|---|
| Latex-free examination gloves, two pairs ea. | 1 | |
| small, medium & Large | | |
| Latex-free tourniquet | 1 | |
| Latex-free adult BVM and masks | 1 | |
| Latex-free high concentration, disposable, O2 | 2 | |
| masks with delivery tubes, two each adult | | |
| and child | | |
| Latex-free nasal cannulae and delivery | 2 | |
| tubes, two each adult and child | | |
| Latex-free B/P cuff | 1 | |
| Latex-free stethoscope | 1 | |

**Sherborn Fire Department**
Sherborn, Massachusetts 01770

Inventoried by: Jeff Beckwith

# AMBULANCE CHECKLIST

Date: 3-19-02

| | Required | On Hand |
|---|---|---|
| **STRETCHER** | | |
| Ambulance Cot w/IV pole | 1 | |
| Wrist and Ankle Restraints(for cot) set | 1 | |
| **ON BOARD O2 SUPPLIES** | | |
| O2 Cylinder Pressure | 800 psi | 400 |
| Flow Meter | 2 | 2 |
| O2 Humidifier (single use) | 1 | |
| Oximeter (oxygen % and pulse) | 1 | |
| Sterile Water for Humidifier | 4 | 3 |
| Adult Non-Rebreathers w/tubing | 4 | 5 |
| Adult Simple Face masks w/tubing | 4 | 6 |
| Adult Nasal Cannulas | 4 | 8 |
| Child Non-Rebreathers w/tubing | 4 | |
| Child Nasal Cannulas | 4 | 10 |
| **PORTABLE O2 SUPPLIES** | | |
| Primary O2 Cylinder Pressure | 800 psi | 1600 |
| Regulator / flow meter | 1 | 2 |
| Adult,Child, Infant Face Mask for Resuscitators | 2 each | 2 |
| Adult Non-Rebreathers w/tubing | 2 | 2 |
| Adult Simple Face masks w/tubing | 2 | 2 |
| Adult Nasal Cannulas | 2 | 2 |
| bagvalve/mask | 1 | 2 |
| Full Spare O2 Cylinder (kept in vehicle) | 1 | |
| **ON BOARD SUCTION** | | |
| Operational | yes | yes |
| French suction catheters 2 each 5, 8,14, | 6 | 6 |
| Transparent Collection Bottle | 1 | 1 |
| Suction Rinsing Water Bottle | 1 | 1 |
| Suction Tubing min 1/4inch in diameter min | 2 | 1 |
| Pharyngeal Suction Tip | 2 | 2 |
| **PORTABLE SUCTION UNIT** | | |
| Operational | yes | yes |
| Transparent Collection Bottle | 1 | |
| Wide Bore Tubing w/Pharyngeal Suction Tip | 1 | 1 |
| Pair Exam Gloves | 1 | |
| Face Mask / Eye Shield | 1 | |
| **EPINEPHRINE AUTO INJECTORS** | | |
| Adult Epi-Pens (within expiration date) | 2 | 2 |
| Pedi Epi-Pens (within expiration date) | 2 | 2 |

| ON BOARD E.M.S. SUPPLIES | Required | On Hand |
|---|---|---|
| Adult Traction Splint | 1 | |
| Child Traction Splint | 1 | |
| Padded Board Splints | | |
| 3 foot x 3 inches | 2 | 2 |
| 15 inches x 3 inches | 4 | 4 |
| 4.5 foot x 3 inches | 3 | 3 |
| K.E.D. | 2 | 2 |
| Long Back Board w straps 3 sets | 2 | 2 |
| Head Blocks + Straps sets | 2 | 3 |
| Cervical Collars: Adult Adjustable | 2 | 2 |
| Adult No-Neck | 2 | 2 |
| Adult Short | 2 | 2 |
| Adult Regular | 2 | 2 |
| Adult Tail | 2 | 2 |
| Child No-Neck | 2 | 2 |
| Pedi (regular size) | 2 | 2 |
| Stair Chair with straps | 1 | 1 |
| Infant Back Board | 1 | 1 |
| Auxiliary Stretcher (Scoop) | 1 | 1 |
| Wrapped Oral Airways (set of 7 sizes) | 6 | 6 |
| Wrapped Nasal Airways 1 each 20f,22f,24f,26f, | 8 | 8 |
| 28f,30f,32f,and 34f | | |
| Pediatric nasul airways 1 each12f,14f,16f,18f | 4 | 4 |
| water soluble lubricant | 12 | 12 |
| Bag Valve Mask Adult w O2 connnector tube | 1 | 1 |
| Bag Valve Mask child &infant w O2 connector tube | 1 | 1 |
| Small Dressing min 4X4 | 24 | |
| Medium Dressing min 5X9 | 12 | |
| Large Dressing min 10"X30" | 6 | 6 |
| Roller Bandage - 4" Kling | 12 | 12 |
| Roller Bandage - 6" Kling | 12 | 12 |
| Triangular Bandages | 12 | 12 |
| 1" Tape | 3 | 10 |
| 1" Tape Hypoallergenic | 1 | 10 |
| Bandage Shears | 1 | |
| Burn Sheets | 2 | 2 |

| | Required | On Hand |
|---|---|---|
| OB Kit | 1 | ✓ |
| Glucose? wrapped tongue depressors | 3 | |
| OB Pads | 6 | |
| Seizer Sticks | 6 | |
| Poison Antidote Kit w/ Charcoal&measuring | 2 | |
| Sterile H2O or Saline (3) liters | 1 | |
| Aluminum Foil Roll | 3 | |
| Polyethylene Film Roll | 1 | |
| Bed pan | 1 | |
| Motion Sickness Bags | 1 | |
| Pillows (waterproof) | 2 | |
| Pillows cases | 4 | |
| Sheets | 8 | |
| Blankets | 4 | |
| Towels | 4 | |
| Tissue Packages | 2 | |
| Drinking Cups | 2 | |
| Ice Packs | 4 | |
| Hot Packs | 4 | |
| Infection Control Kit | 2 | |
| Ring Cutter | 1 | |
| Infant B.P. Cuff | 1 | |
| Child B.P. Cuff | 1 | |
| Adult B.P. Cuff | 1 | |
| Thigh B.P. Cuff | 1 | |
| Plastic Bags with Ties | 2 | |
| Red Bio-Hazard Bags with Ties | 2 | |
| Sharps Container (covered and secured) | 1 | |
| Face Mask/Eye Shields | 2 | |
| Pairs Exam Gloves (various sizes) | 6 | |
| Hand Cleaner (dispensed) | 1 | |

| FIRST AID KIT CONTAINING: | Required | On Hand Main | Spare |
|---|---|---|---|
| Wrapped Oral Airways (1 each: infant/child/adult) | 3 | | |
| 4" x 4" Dressings | 12 | | |
| 5" x 9" Dressings | 4 | | |
| 10" x 30" Trauma Dressings | 2 | | |
| Roller Bandage - 2" Kling | 6 | | |
| Roller Bandage - 4" Kling | 6 | | |
| Triangular Bandages | 6 | | |
| Tourniquets | 2 | | |
| Trauma Scissors | 1 | | |
| 2" adhesive tape 5 yards min | 1 | | |
| Adult B.P. Cuff | 6 | | |
| Seat belt Cutter | 1 | | |
| Non-Rebreather; Adult/Child | 1 each | | |
| Wrapped tongue depressors | 2 | | |
| Stethoscope | 1 | | |
| Penlight | 1 | | |
| 500cc Sterile water or saline | 1 | | |
| Ice Packs | 2 | | |
| Glucose Tube | 1 | | |
| Band Aids | 6 | | |
| "Mouth to Mouth" Mask | 1 | | |
| Face Mask/Eye Shields | 2 | | |
| Pair of exam Gloves | 2 | | |
| DEFIBRILLATOR | | | |
| Batteries Charged and Unit Operational | yes | | |
| Sets of Defibrillator Pads | 2 | | |
| Spare Batteries | 1 | | |
| Razor | 1 | | |
| CPR Board (short board) | 1 | | |

| Latex-Free Equipment | Required | On Hand |
|---|---|---|
| Latex-free examination gloves, two pairs ea. | 1 | ✓ |
| small, medium & Large | | |
| Latex-free tourniquet | 1 | |
| Latex-free adult BVM and masks | 1 | |
| Latex-free high concentration, disposable, O2 | 2 | |
| masks with delivery tubes, two each adult | | |
| and child | | |
| Latex-free nasal cannulae and delivery | 2 | |
| tubes, two each adult and child | | |
| Latex-free B/P cuff | 1 | |
| Latex-free stethoscope | 1 | |

| Equipment to Gain Access | | |
|---|---|---|
| Screwdriver, min 8" regular blade | 1 | |
| Hacksaw with 6 wire carbide blades | 1 | |
| Pair of pliers, 10" vise grip | 1 | |
| Short handled sledge hammer, min 3 Lbs | 1 | |
| Rope, synthetic, min 50 ft by 1/2" diameter | 1 | |
| Pair of gloves (leather gauntlets) | 2 | |
| Pair of goggles (clear eye protective) | 2 | |

Sherborn Fire Department
Sherborn, Massachusetts 01770

Inventoried by: _____

# AMBULANCE CHECKLIST

Date: 8-5-02

| STRETCHER | Required | On Hand |
|---|---|---|
| Ambulance Cot w/IV pole | 1 | ✓ |
| Wrist and Ankle Restraints(for cot) set | 1 | ✓ |
| **ON BOARD O2 SUPPLIES** | | |
| O2 Cylinder Pressure | ≥ 800 psi | 2000 |
| Flow Meter | 2 | ✓ |
| O2 Humidifier (single use) | 1 | ✓ |
| Oximeter (oxygen % and pulse) | 1 | ✓ |
| Sterile Water for Humidifier | 1 | 4 |
| Adult Non-Rebreathers w/tubing | 4 | 4 |
| Adult Simple Face masks w/tubing | 4 | 6 |
| Adult Nasal Cannulas | 4 | 4 |
| Child Non-Rebreathers w/tubing | 4 | 4 |
| Child Nasal Cannulas | 4 | 4 |
| **PORTABLE O2 SUPPLIES** | | |
| Primary O2 Cylinder Pressure | 800 psi | 1000 |
| Regulator / flow meter | | ✓ |
| Adult, Child, Infant Face Mask for Resuscitators | 2 each | 2 e |
| Adult Non-Rebreathers w/tubing | 2 | 2 |
| Adult Simple Face masks w/tubing | 2 | 2 |
| Adult Nasal Cannulas | 2 | 2 |
| bag/valve/mask | 1 | ✓ |
| Full Spare O2 Cylinder (kept in vehicle) | 1 | 3 |
| **ON BOARD SUCTION** | | |
| Operational | yes | ✓ |
| French suction catheters 2 each 5, 8,14,... | 6 | 6 |
| Transparent Collection Bottle | 1 | ✓ |
| Suction Rinsing Water Bottle | 1 | ✓ |
| Suction Tubing min 1/4inch in diameter min | 2 | 2 |
| Pharyngeal Suction Tip | 2 | 24 |
| **PORTABLE SUCTION UNIT** | | |
| Operational | yes | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Wide Bore Tubing w/Pharyngeal Suction Tip | 1 | ✓ |
| Pair Exam Gloves | 1 | ✓ |
| Face Mask / Eye Shield | 1 | ✓ |
| **EPINEPHRINE AUTO INJECTORS** | | |
| Adult Epi-Pens (within expiration date) | 2 | 2 |
| Pedi Epi-Pens (within expiration date) | 2 | 2 |

| ON BOARD E.M.S. SUPPLIES | Required | On Hand |
|---|---|---|
| Adult Traction Splint | 1 | ✓ |
| Child Traction Splint | 1 | ✓ |
| **Padded Board Splints** | | |
| 3 foot x 3 inches | 2 | 2 |
| 15 inches x 3 inches | 4 | 2 |
| 4.5 foot x 3 inches | 3 | 3 |
| K.E.D. | 1 | ✓ |
| Long Back Board w straps 3 sets | 2 | 2 |
| Head Blocks + Straps sets | 2 | 2 |
| Cervical Collars: Adult Adjustable | 2 | 2 |
| Adult No-Neck | 2 | 2 |
| Adult Short | 2 | 2 |
| Adult Regular | 2 | ✓ |
| Adult Tall | 2 | ✓ |
| Child No-Neck | 2 | 2 |
| Pedi (regular size) | 2 | 2 |
| Stair Chair with straps | 1 | 1 |
| Infant Back Board | 1 | ✓ |
| Auxiliary Stretcher (Scoop) | 1 | ✓ |
| Wrapped Oral Airways (set of 7 sizes) | 1 | ✓ |
| Wrapped Nasal Airways 1 each 20f,22f,24f,26f, 28f, 30f, 32f and 34f | 6 | 4 |
| Pediatric nasal airways 1 each 12f,14f,16f,18f | 8 | 8 |
| water soluble lubricant | 4 | ✓ |
| Bag Valve Mask Adult w O2 connector tube | 12 | 12 |
| Bag Valve Mask child &infant w O2 connector tube | 1 | 1 |
| Small Dressing min 4X4 | 24 | ✓ |
| Medium Dressing min 5X9 | 12 | ✓ |
| Large Dressing min 10"X30" | 6 | ✓ |
| Roller Bandage - 4" Kling | 12 | ✓ |
| Roller Bandage - 6" Kling | 12 | ✓ |
| Triangular Bandages | 12 | ✓ |
| 1" Tape | 3 | ✓ |
| 1" Tape Hypoallergenic | 1 | ✓ |
| Bandage Shears | 1 | 2 |
| Burn Sheets | 2 | 2 |

8-5-02  p 2 of 2

| Item | Qty | Main | Spare |
|---|---|---|---|
| OB Kit | 1 | ✓ | |
| Glucose† wrapped tongue depressors | 3 | ✓✓ | |
| OB Pads | 6 | ✓ | |
| Seizer Sticks | 6 | ✓ | |
| Poison Antidote Kit w/ Charcoal&measuring | 2 | ✓ | |
| Sterile H2O or Saline (3) liters | 1 | ✓ | |
| Aluminum Foil Roll | 3 | ✓ | |
| Polyethylene Film Roll | 1 | ✓ | |
| Bed pan | 1 | ✓ | |
| Motion Sickness Bags | 1 | ✓ | |
| Pillows (waterproof) | 2 | 3 | |
| Pillows cases | 4 | ✓✓ | |
| Sheets | 8 | ✓ | |
| Blankets | 4 | ✓ | |
| Towels | 4 | ✓ | |
| Tissue Packages | 2 | ✓ | |
| Drinking Cups | 2 | ✓ | |
| Ice Packs | 4 | ✓ | |
| Hot Packs | 4 | ✓ | |
| Infection Control Kit | 2 | ✓ | |
| Ring Cutter | 1 | ✓ | |
| Infant B.P. Cuff | 1 | ✓ | |
| Child B.P. Cuff | 1 | ✓ | |
| Adult B.P. Cuff | 1 | ✓ | |
| Thigh B.P. Cuff | 1 | ✓ | |
| Plastic Bags with Ties | 2 | ✓ | |
| Red Bio-Hazard Bags with Ties | 2 | ✓ | |
| Sharps Container (covered and secured) | 1 | ✓ | |
| Face Mask/Eye Shields | 2 | ✓ | |
| Pairs Exam Gloves (various sizes) | 6 | ✓ | |
| Hand Cleaner (dispensed) | 1 | ✓ | |

| Item | Qty | Main | Spare |
|---|---|---|---|
| FIRST AID KIT CONTAINING: | 2 | ✓ | |
| Wrapped Oral Airways (1 each: infant/child/adult) | 3 | ✓ | |
| 4" x 4" Dressings | 12 | ✓ | |
| 5" x 9" Dressings | 4 | ✓ | |
| 10" x 30" Trauma Dressings | 2 | ✓ | |
| Roller Bandage - 2" Kling | 6 | ✓ | |
| Roller Bandage - 4" Kling | 6 | ✓ | |
| Triangular Bandages | 6 | ✓ | |
| Tourniquets | 2 | ✓ | |
| Trauma Scissors | 1 | ✓ | |
| 2" adhesive tape 5 yards min | 1   6 | ✓ | |
| Adult B.P. Cuff | 1 | ✓✓ | |
| Seat belt Cutter | 1 | ✓✓ | |
| Non-Rebreather, Adult/Child | 1 each | | |
| Wrapped tongue depressors | 2 | ✓ | |
| Stethoscope | 1 | ✓ | |
| Penlight | 1 | ✓ | |
| 500cc Sterile water or saline | 1 | ✓ | |
| Ice Packs | 2 | ✓ | |
| Glucose Tube | 1 | ✓ | |
| Band Aids | 6 | ✓ | |
| "Mouth to Mouth" Mask | 1 | ✓ | |
| Face Mask/Eye Shields | 2 | ✓ | |
| Pair of exam Gloves | 2 | ✓ | |
| DEFIBRILLATOR | | | |
| Batteries Charged and Unit Operational | yes | ✓ | |
| Sets of Defibrillator Pads | 2 | ✓ | |
| Spare Batteries | 1 | ✓ | |
| Razor | 1 | ✓ | |
| CPR Board (short board) | 1 | ✓ | |

| Latex-Free Equipment | Qty | Main | Spare |
|---|---|---|---|
| Latex-free examination gloves, two pairs ea. | 1 | ✓ | |
| small, medium & Large | | | |
| Latex-free tourniquet | 1 | ✓ | |
| Latex-free adult BVM and masks | 1 | ✓ | |
| Latex-free high concentration, disposable, O2 | 2 | ✓ | |
| masks with delivery tubes, two each adult | | | |
| and child | | | |
| Latex-free nasal cannulae and delivery | 2 | ✓ | |
| tubes, two each adult and child | | | |
| Latex-free B/P cuff | 1 | ✓ | |
| Latex-free stethoscope | 1 | ✓ | |

| Equipment to Gain Access | Qty | Main | Spare |
|---|---|---|---|
| Screwdriver, min 8" regular blade | 1 | ✓ | |
| Hacksaw with 6 wire carbide blades | 1 | ✓ | |
| Pair of pliers, 10" vice grip | 1 | ✓ | |
| Short handled sledge hammer, min 3 Lbs | 1 | ✓ | |
| Rope, synthetic, min 50 ft by 1/2" diameter | 2   1 | ✓✓ | |
| Pair of gloves (leather gauntlets) | 2 | ✓✓ | |
| Pair of goggles (clear eye protective) | 2 | ✓ | |

**Sherborn Fire Department**
Sherborn, Massachusetts 01770

Inventoried by: _[signature]_

# AMBULANCE CHECKLIST

Date:

| STRETCHER | Required | On Hand |
|---|---|---|
| Ambulance Cot w/IV pole | 1 | ✓ |
| Wrist and Ankle Restraints(for cot) set | 1 | ✓ |
| ON BOARD O2 SUPPLIES | | |
| O2 Cylinder Pressure   *zero* | 800 psi | ✓ |
| Flow Meter | 2 | ✓ |
| O2 Humidifier (single use) | 1 | ✓ |
| Oximeter (oxygen % and pulse) | 1 | ✓ |
| Sterile Water for Humidifier | 4 | ✓ |
| Adult Non-Rebreathers w/tubing | 4 | ✓ |
| Adult Simple Face masks w/tubing | 4 | ✓ |
| Adult Nasal Cannulas | 4 | ✓ |
| Child Non-Rebreathers w/tubing | 4 | |
| Child Nasal Cannulas | 4 | ✓ |
| PORTABLE O2 SUPPLIES | | |
| Primary O2 Cylinder Pressure   *2,000 psi* | 800 psi | ✓ |
| Regulator / flow meter* | | ✓ |
| Adult, Child, Infant Face Mask for Resuscitators | 2 each | ✓ |
| Adult Non-Rebreathers w/tubing | 2 | ✓ |
| Adult Simple Face masks w/tubing | 2 | ✓ |
| Adult Nasal Cannulas | 1 | 2 |
| bag/valve/mask | 1 | ✓ |
| Full Spare O2 Cylinder (kept in vehicle) | 1 | ✓ |
| ON BOARD SUCTION | | |
| Operational | yes | ✓ |
| French suction catheters 2 each 5, 8,14, | 6 | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Suction Rinsing Water Bottle | 1 | ✓ |
| Suction Tubing min 1/4inch in diameter min | 2 | ✓ |
| Pharyngeal Suction Tip | 2 | ✓ |
| PORTABLE SUCTION UNIT | | |
| Operational | yes | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Wide Bore Tubing w/Pharyngeal Suction Tip | 1 | ✓ |
| Pair Exam Gloves | 1 | ✓ |
| Face Mask / Eye Shield | 1 | ✓ |
| EPINEPHRINE AUTO INJECTORS | | |
| Adult Epi-Pens (within expiration date) | 2 | ✓ |
| Pedi Epi-Pens (within expiration date) | 2 | ✓ |

| ON BOARD E.M.S. SUPPLIES | Required | On Hand |
|---|---|---|
| Adult Traction Splint | 1 | ✓ |
| Child Traction Splint | 1 | |
| Padded Board Splints | | |
| 3 foot x 3 inches | 2 | ✓ |
| 15 inches x 3 inches | 4 | ✓ |
| 4.5 foot x 3 inches | 3 | ✓ |
| K.E.D. | | ✓ |
| Long Back Board w straps 3 sets | 2 | ✓ |
| Head Blocks + Straps sets | 2 | ✓ |
| Cervical Collars: Adult Adjustable | 2 | ✓ |
| Adult No-Neck | 2 | ✓ |
| Adult Short | 2 | ✓ |
| Adult Regular | 2 | ✓ |
| Adult Tall | 2 | ✓ |
| Child No-Neck | 2 | ✓ |
| Pedi (regular size) | 2 | ✓ |
| Stair Chair with straps | 1 | ✓ |
| Infant Back Board | 1 | |
| Auxiliary Stretcher (Scoop) | 1 | |
| Wrapped Oral Airways (set of 7 sizes) | 5 | ✓ |
| Wrapped Nasal Airways 1 each 20f,22f,24f,26f, 28f, 30f, 32f,and 34f | 8 | ✓ |
| Pediatric nasul airways 1 each 12f,14f,16f,18f | 4 | |
| water soluble lubricant | 12 | ✓ |
| Bag Valve Mask Adult w O2 connnector tube | 1 | ✓ |
| Bag Valve Mask child &infant w O2 connector tube | 1 | ✓ |
| Small Dressing min 4X4 | 24 | ✓ |
| Medium Dressing min 5X9 | 12 | ✓ |
| Large Dressing min 10"X30" | 6 | ✓ |
| Roller Bandage - 4" Kling | 12 | ✓ |
| Roller Bandage - 6" Kling | 12 | ✓ |
| Triangular Bandages | 12 | ✓ |
| 1" Tape | 3 | ✓ |
| 1" Tape Hypoallergenic | 1 | ✓ |
| Bandage Shears | 1 | ✓ |
| Burn Sheets | 2 | ✓ |

8-11-02

| OB Kit | 1 | |
|---|---|---|
| Glucose+ wrapped tongue depressors | 3 | |
| OB Pads | 6 | |
| Seizer Sticks | 6 | |
| Poison Antidote Kit w/ Charcoal&measuring | 1 | |
| Sterile H2O or Saline (3) liters | 3 | |
| Aluminum Foil Roll | 1 | |
| Polyethylene Film Roll | 1 | |
| Bed pan | 1 | |
| Motion Sickness Bags | 2 | |
| Pillows (waterproof) | 4 | |
| Pillows cases | 4 | |
| Sheets | 8 | |
| Blankets | 4 | |
| Towels | 4 | |
| Tissue Packages | 2 | |
| Drinking Cups | 2 | |
| Ice Packs | 4 | |
| Hot Packs | 2 | |
| Infection Control Kit | 1 | |
| Ring Cutter | 1 | |
| Infant B.P. Cuff | 1 | |
| Child B.P. Cuff | 1 | |
| Adult B.P. Cuff | 1 | |
| Thigh B.P. Cuff | 1 | |
| Plastic Bags with Ties | 2 | |
| Red Bio-Hazard Bags with Ties | 2 | |
| Sharps Container (covered and secured) | 1 | |
| Face Mask/Eye Shields | 1 | |
| Pairs Exam Gloves (various sizes) | 6 | |
| Hand Cleaner (dispensed) | 1 | |

| Latex-Free Equipment | | |
|---|---|---|
| Latex-free examination gloves, two pairs ea. | 1 | |
| small, medium & Large | | |
| Latex-free tourniquet | 1 | |
| Latex-free adult BVM and masks | 1 | |
| Latex-free high concentration, disposable, O2 | 2 | |
| masks with delivery tubes, two each adult | | |
| and child | | |
| Latex-free nasal cannulae and delivery | 2 | |
| tubes, two each adult and child | | |
| Latex-free B/P cuff | 1 | |
| Latex-free stethoscope | 1 | |

| FIRST AID KIT CONTAINING: | | Main | Spare |
|---|---|---|---|
| Wrapped Oral Airways (1 each: infant/child/adult) | 3 | | |
| 4" x 4" Dressings | 12 | | |
| 5" x 9" Dressings | 4 | | |
| 10" x 30" Trauma Dressings | 2 | | |
| Roller Bandage - 2" Kling | 6 | | |
| Roller Bandage - 4" Kling | 6 | | |
| Triangular Bandages | 6 | | |
| Tourniquets | 2 | | |
| Trauma Scissors | 1 | | |
| 2" adhesive tape 5 yards min | 1 | | |
| Adult B.P. Cuff | 6 | | |
| Seat belt Cutter | 1 | | |
| Non-Rebreather: Adult/Child | 1 each | | |
| Wrapped tongue depressors | 2 | | |
| Stethoscope | 1 | | |
| Penlight | 1 | | |
| 500cc Sterile water or saline | 2 | | |
| Ice Packs | 2 | | |
| Glucose Tube | 1 | | |
| Band Aids | 6 | | |
| "Mouth to Mouth" Mask | 1 | | |
| Face Mask/Eye Shields | 2 | | |
| Pair of exam Gloves | 2 | | |
| DEFIBRILLATOR | | | |
| Batteries Charged and Unit Operational | yes | | |
| Sets of Defibrillator Pads | 2 | | |
| Spare Batteries | 1 | | |
| Razor | 4 | | |
| CPR Board (short board) | 1 | | |

| Equipment to Gain Access | | |
|---|---|---|
| Screwdriver, min 8" regular blade | 1 | |
| Hacksaw with 6 wire carbide blades | 1 | |
| Pair of pliers, 10" vice grip | 1 | |
| Short handled sledge hammer, min 3 Lbs | 1 | |
| Rope, synthetic, min 50 ft by 1/2" diameter | 1 | |
| Pair of gloves (leather gauntlets) | 2 | |
| Pair of goggles (clear eye protective) | 2 | |

**Sherborn Fire Department**
Sherborn, Massachusetts 01770

Inventoried by: _[signature]_

# AMBULANCE CHECKLIST

Date: _Aug 29, 2002_

| STRETCHER | Required | On Hand |
|---|---|---|
| Ambulance Cot w/IV pole | 1 | ✓ |
| Wrist and Ankle Restraints(for cot) set | 1 | ✓ |
| **ON BOARD O2 SUPPLIES** | | |
| O2 Cylinder Pressure | 800 psi | |
| Flow Meter | 2 | ✓ |
| O2 Humidifier (single use) | 1 | ✓✓ |
| Oximeter (oxygen % and pulse) | 1 | ✓ |
| Sterile Water for Humidifier | 4 | ✓ |
| Adult Non-Rebreathers w/tubing | 4 | ✓ |
| Adult Simple Face masks w/tubing | 4 | ✗ |
| Adult Nasal Cannulas | 4 | ✓ |
| Child Non-Rebreathers w/tubing | 4 | ✓ |
| Child Nasal Cannulas | 4 | ✓ |
| **PORTABLE O2 SUPPLIES** | | |
| Primary O2 Cylinder Pressure | 800 psi | |
| Regulator / flow meter | 1 | ✓ |
| Adult, Child, Infant Face Mask for Resuscitators | 2 each | |
| Adult Non-Rebreathers w/tubing | 2 | ✓ |
| Adult Simple Face masks w/tubing | 2 | ✓ |
| Adult Nasal Cannulas | 2 | ✓ |
| bag/valve/mask | 1 | ✓ |
| Full Spare O2 Cylinder (kept in vehicle) | 1 | ✓ |
| **ON BOARD SUCTION** | | |
| Operational | yes | ✓ |
| French suction catheters 2 each 5, 8,14, | 6 | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Suction Rinsing Water Bottle | 1 | ✓ |
| Suction Tubing min 1/4inch in diameter min | 2 | ✓ |
| Pharyngeal Suction Tip | 2 | ✓ |
| **PORTABLE SUCTION UNIT** | | |
| Operational | yes | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Wide Bore Tubing w/Pharyngeal Suction Tip | 1 | ✓ |
| Pair Exam Gloves | 1 | ✓ |
| Face Mask / Eye Shield | 1 | ✓ |
| **EPINEPHRINE AUTO INJECTORS** | | |
| Adult Epi-Pens (within expiration date) | 2 | ✓ |
| Pedi Epi-Pens (within expiration date) | 2 | ✓ |

| ON BOARD E.M.S. SUPPLIES | Required | On Hand |
|---|---|---|
| Adult Traction Splint | 1 | ✓ |
| Child Traction Splint | 1 | ✓ |
| **Padded Board Splints** | | |
| 3 foot x 3 inches | 2 | ✓ |
| 15 inches x 3 inches | 4 | ✓ |
| 4.5 foot x 3 inches | 3 | ✓ |
| **K.E.D.** | | |
| Long Back Board w straps 3 sets | 2 | ✓ |
| Head Blocks + Straps sets | 2 | ✓ |
| Cervical Collars: Adult Adjustable | 2 | ✓ |
| Adult No-Neck | 2 | ✓ |
| Adult Short | 2 | ✓ |
| Adult Regular | 2 | ✓ |
| Adult Tall | 2 | ✓ |
| Child No-Neck | 2 | ✓ |
| Pedi (regular size) | 2 | ✓ |
| Stair Chair with straps | 1 | ✓ |
| Infant Back Board | 1 | ✓ |
| Auxiliary Stretcher (Scoop) | 1 | ✓ |
| Wrapped Oral Airways (set of 7 sizes) | 2 sets | ✓ |
| Wrapped Nasal Airways 1 each 20f,22f,24f,26f, | 6 | ✓ |
| 28f, 30f, 32f,and 34f | 8 | |
| Pediatric nasal airways 1 each12f,14f,16f,18f | 4 | ✓ |
| water soluble lubricant | 12 | ✓ |
| Bag Valve Mask Adult w O2 connnector tube | 1 | ✓ |
| Bag Valve Mask child &infant w O2 connector tube | 1 | ✓ |
| Small Dressing min 4X4 | 24 | ✓ |
| Medium Dressing min 5X9 | 12 | ✓ |
| Large Dressing min 10"X30" | 6 | ✓ |
| Roller Bandage - 4" Kling | 12 | ✓ |
| Roller Bandage - 6" Kling | 12 | ✓ |
| Triangular Bandages | 12 | ✓ |
| 1" Tape | 3 | ✓ |
| 1" Tape Hypoallergenic | 1 | ✓ |
| Bandage Shears | 1 | ✓ |
| Burn Sheets | 2 | ✓ |

8-27-06
p 2 of 2

3 across, missing

| Item | Required | On Hand |
|---|---|---|
| OB Kit | 1 | ✓ |
| Glucose* wrapped tongue depressors | 3 | ✓ |
| OB Pads | 6 | ✓ |
| Seizer Sticks | 6 | ✓ |
| Poison Antidote Kit w/ Charcoal&measuring | 2 | ✓ |
| Sterile H2O or Saline (3) liters | 1 | ✓ |
| Aluminum Foil Roll | 3 | ✓ |
| Polyethylene Film Roll | 1 | ✓ |
| Bed pan | 1 | varies ✓ |
| Motion Sickness Bags | 1 | ✓ |
| Pillows (waterproof) | 2 | ✓ |
| Pillows cases | 4 | ✓ |
| Sheets | 8 | ✓ |
| Blankets | 4 | ✓ |
| Towels | 4 | ✓ |
| Tissue Packages | 2 | ✓ |
| Drinking Cups | 2 | ✓ |
| Ice Packs | 4 | ✓ |
| Hot Packs | 4 | ✓ |
| Infection Control Kit | 2 | ✓ |
| Ring Cutter | 1 | ✓ |
| Infant B.P. Cuff | 1 | ✓ |
| Child B.P. Cuff | 1 | ✓ |
| Adult B.P. Cuff | 1 | ✓ |
| Thigh B.P. Cuff | 1 | ✓ |
| Plastic Bags with Ties | 2 | ✓ |
| Red Bio-Hazard Bags with Ties | 2 | ✓ |
| Sharps Container (covered and secured) | 1 | ✓ |
| Face Mask/Eye Shields | 2 | ✓ |
| Pairs Exam Gloves (various sizes) | 6 | ✓ |
| Hand Cleaner (dispensed) | 1 | ✓ |

| FIRST AID KIT CONTAINING: | Required | On Hand Main | On Hand Spare |
|---|---|---|---|
| Wrapped Oral Airways (1 each: infant/child/adult) | 2 | ✓ | |
| 4" x 4" Dressings | 3 | ✓ | |
| 5" x 9" Dressings | 12 | ✓ | |
| 10"x30" Trauma Dressings | 4 | ✓ | |
| Roller Bandage - 2" Kling | 2 | ✓ | |
| Roller Bandage - 4" Kling | 6 | ✓ | |
| Triangular Bandages | 6 | ✓ | |
| Tourniquets | 2 | ✓ | |
| Trauma Scissors | 1 | ✓ | |
| 2" adhesive tape 5 yards min | 1 | ✓ | |
| Adult B.P. Cuff | 6 | ✓ | |
| Seat belt Cutter | 1 | ✓ | |
| Non-Rebreather; Adult/Child | 1 each | ✓ | |
| Wrapped tongue depressors | 2 | ✓ | |
| Stethoscope | 1 | ✓ | |
| Penlight | 1 | ✓ | |
| 500cc Sterile water or saline | 1 | ✓ | |
| Ice Packs | 2 | ✓ | |
| Glucose Tube | 1 | ✓ | |
| Band Aids | 6 | ✓ | |
| "Mouth to Mouth" Mask | 1 | ✓ | |
| Face Mask/Eye Shields | 2 | ✓ | |
| Pair of exam Gloves | 2 | ✓ | |
| DEFIBRILLATOR | | | |
| Batteries Charged and Unit Operational | yes | ✓ | |
| Sets of Defibrillator Pads | 2 | ✓ | |
| Spare Batteries | 1 | ✓ | |
| Razor | 1 | ✓ | |
| CPR Board (short board) | 1 | ✓ | |

| Latex-Free Equipment | Required | On Hand |
|---|---|---|
| Latex-free examination gloves, two pairs ea. | 1 | ✓ |
| small, medium & Large | | |
| Latex-free tourniquet | 1 | ✓ |
| Latex-free adult BVM and masks | 1 | ✓ |
| Latex-free high concentration, disposable, O2 | 2 | ✓ |
| masks with delivery tubes, two each adult | | |
| and child | | |
| Latex-free nasal cannulae and delivery | 2 | ✓ |
| tubes, two each adult and child | | |
| Latex-free B/P cuff | 1 | ✓ |
| Latex-free stethoscope | 1 | ✓ |

| Equipment to Gain Access | Required | On Hand Main | On Hand Spare |
|---|---|---|---|
| Screwdriver, min 8" regular blade | 1 | ✓ | |
| Hacksaw with 6 wire carbide blades | 1 | ✓ | |
| Pair of pliers, 10" vice grip | 1 | ✓ | |
| Short handled sledge hammer, min 3 Lbs | 1 | ✓ | |
| Rope, synthetic, min 50 ft by 1/2" diameter | 1 | ✓ | |
| Pair of gloves (leather gauntlets) | 2 | ✓ | ✓ |
| Pair of goggles (clear eye protective) | 2 | ✓ | |

**Sherborn Fire Department**
Sherborn, Massachusetts 01770

Inventoried by: _(signature)_

## AMBULANCE CHECKLIST

Date: 9-4-02

| STRETCHER | Required | On Hand |
|---|---|---|
| Ambulance Cot w/IV pole | 1 | ✓ |
| Wrist and Ankle Restraints(for cot) set | 1 | ✓ |
| **ON BOARD O2 SUPPLIES** | | |
| O2 Cylinder Pressure | 800 psi | ✓ |
| Flow Meter | 2 | ✓ |
| O2 Humidifier (single use) | 2 | ✓ |
| Oximeter (oxygen % and pulse) | 1 | ✓ |
| Sterile Water for Humidifier | 4 | ✓ |
| Adult Non-Rebreathers w/tubing | 4 | ✓ |
| Adult Simple Face masks w/tubing | 4 | ✓ |
| Adult Nasal Cannulas | 4 | ✓ |
| Child Non-Rebreathers w/tubing | 4 | ✓ |
| Child Nasal Cannulas | 4 | ✓ |
| **PORTABLE O2 SUPPLIES** | | |
| Primary O2 Cylinder Pressure | 800 psi | ✓ |
| Regulator / flow meter | 1 | ✓ |
| Adult, Child, Infant Face Mask for Resuscitators | 2 each | ✓ |
| Adult Non-Rebreathers w/tubing | 2 | ✓ |
| Adult Simple Face masks w/tubing | 2 | ✓ |
| Adult Nasal Cannulas | 2 | ✓ |
| bag/valve/mask | 1 | ✓ |
| Full Spare O2 Cylinder (kept in vehicle) | 1 | ✓ |
| **ON BOARD SUCTION** | | |
| Operational | yes | ✓ |
| French suction catheters 2 each 5, 8,14, | 6 | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Suction Rinsing Water Bottle | 1 | ✓ |
| Suction Tubing min 1/4inch in diameter min | 2 | ✓ |
| Pharyngeal Suction Tip | 2 | ✓ |
| **PORTABLE SUCTION UNIT** | | |
| Operational | yes | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Wide Bore Tubing w/Pharyngeal Suction Tip | 1 | ✓ |
| Pair Exam Gloves | 1 | ✓ |
| Face Mask / Eye Shield | 1 | ✓ |
| **EPINEPHRINE AUTO INJECTORS** | | |
| Adult Epi-Pens (within expiration date) | 2 | ✓ |
| Ped Epi-Pens (within expiration date) | 2 | ✓ |

| ON BOARD E.M.S. SUPPLIES | Required | On Hand |
|---|---|---|
| Adult Traction Splint | 1 | ✓ |
| Child Traction Splint | 1 | ✓ |
| **Padded Board Splints** | | |
| 3 foot x 3 inches | 2 | ✓ |
| 15 inches  x  3 inches | 2 | ✓ |
| 4.5 foot x 3 inches | 2 | ✓ |
| **K.E.D.** | 2 | ✓ |
| Long Back Board w straps 3 sets | 2 | ✓ |
| Head Blocks + Straps sets | 2 | ✓ |
| Cervical Collars:  Adult Adjustable | 2 | ✓ |
| Adult No-Neck | 2 | ✓ |
| Adult Short | 2 | ✓ |
| Adult Regular | 2 | ✓ |
| Adult Tall | 2 | ✓ |
| Child No-Neck | 2 | ✓ |
| Pedi (regular size) | 2 | ✓ |
| Stair Chair with straps | 1 | ✓ |
| Infant Back Board | 1 | ✓ |
| Auxiliary Stretcher (Scoop) | 1 | ✓ |
| Wrapped Oral Airways (set of 7 sizes) | 6 | ✓ |
| Wrapped Nasal Airways 1 each 20f,22f,24f,26f, 28f, 30f, 32f,and 34f | 8 | ✓ |
| Pediatric nasul airways 1 each12f,14f,16f,18f | 4 | ✓ |
| water soluble lubricant | 12 | ✓ |
| Bag Valve Mask Adult w O2 connnector tube | 1 | ✓ |
| Bag Valve Mask child &infant w O2 connector tube | 1 | ✓ |
| Small Dressing min 4X4 | 24 | ✓ |
| Medium Dressing min 5X9 | 12 | ✓ |
| Large Dressing min 10"X30" | 6 | ✓ |
| Roller Bandage - 4" Kling | 12 | ✓ |
| Roller Bandage - 6" Kling | 12 | ✓ |
| Triangular Bandages | 12 | ✓ |
| 1" Tape | 3 | ✓ |
| 1" Tape Hypoallergenic | 1 | ✓ |
| Bandage Shears | 1 | ✓ |
| Burn Sheets | 2 | ✓ |

*2 of 2*
*5-4-05*

*1/2 cans*

| | Required | On Hand |
|---|---|---|
| OB Kit | 1 | ✓ |
| Glucose+ wrapped tongue depressors | 3 | ✓ |
| OB Pads | 6 | ✓ |
| Seizer Sticks | 6 | ✓ |
| Poison Antidote Kit w Charcoal&measuring | 2 | ✓ |
| Sterile H2O or Saline (3) liters | 3 | 1 |
| Aluminum Foil Roll | 1 | 3 |
| Polyethylene Film Roll | 1 | ✓ |
| Bed pan | 1 | ✓ |
| Motion Sickness Bags | 2 | ✓ |
| Pillows (waterproof) | 2 | ✓ |
| Pillows cases | 4 | ✓ |
| Sheets | 8 | ✓ |
| Blankets | 4 | ✓ |
| Towels | 4 | ✓ |
| Tissue Packages | 2 | ✓ |
| Drinking Cups | 2 | ✓ |
| Ice Packs | 4 | ✓ |
| Hot Packs | 4 | ✓ |
| Infection Control Kit | 2 | ✓ |
| Ring Cutter | 1 | ✓ |
| Infant B.P. Cuff | 1 | ✓ |
| Child B.P. Cuff | 1 | ✓ |
| Adult B.P. Cuff | 1 | ✓ |
| Thigh B.P. Cuff | 1 | ✓ |
| Plastic Bags with Ties | 2 | ✓ |
| Red Bio-Hazard Bags with Ties | 1 | ✓ |
| Sharps Container (covered and secured) | 1 | ✓ |
| Face Mask/Eye Shields | 2 | ✓ |
| Pairs Exam Gloves (various sizes) | 6 | ✓ |
| Hand Cleaner (dispensed) | 1 | ✓ |

| FIRST AID KIT CONTAINING: | Required | On Hand Main | Spare |
|---|---|---|---|
| Wrapped Oral Airways (1 each: infant/child/adult) | 3 | ✓ | |
| 4" x 4" Dressings | 12 | ✓ | |
| 5" x 9" Dressings | 4 | | |
| 10" x 30" Trauma Dressings | 2 | ✓ | |
| Roller Bandage - 2" Kling | 6 | ✓ | |
| Roller Bandage - 4" Kling | 6 | ✓ | |
| Triangular Bandages | 6 | ✓ | |
| Tourniquets | 2 | ✓ | |
| Trauma Scissors | 1 | ✓ | |
| 2" adhesive tape 5 yards min | 1 | ✓ | |
| Adult B.P. Cuff | 1 | ✓ | |
| Seat belt Cutter | 1 | ✓ | |
| Non-Rebreather Adult/Child | 1 each | | |
| Wrapped tongue depressors | 2 | ✓ | |
| Stethoscope | 1 | ✓ | |
| Penlight | 1 | ✓ | |
| 500cc Sterile water or saline | 2 | ✓ | |
| Ice Packs | 2 | ✓ | |
| Glucose Tube | 1 | ✓ | |
| Band Aids | 6 | ✓ | |
| "Mouth to Mouth" Mask | 1 | ✓ | |
| Face Mask/Eye Shields | 2 | ✓ | |
| Pair of exam Gloves | 2 | ✓ | |
| DEFIBRILLATOR | | | |
| Batteries Charged and Unit Operational | yes | ✓ | |
| Sets of Defibrillator Pads | 2 | ✓ | |
| Spare Batteries | 1 | ✓ | |
| Razor | 1 | ✓ | |
| CPR Board (short board) | 1 | ✓ | |

| Latex-Free Equipment | Required | On Hand |
|---|---|---|
| Latex-free examination gloves, two pairs ea. | 1 | ✓ |
| small, medium & Large | | |
| Latex-free tourniquet | 1 | ✓ |
| Latex-free adult BVM and masks | 1 | ✓ |
| Latex-free high concentration, disposable, O2 | 2 | ✓ |
| masks with delivery tubes, two each adult | | |
| and child | | |
| Latex-free nasal cannulae and delivery | 2 | ✓ |
| tubes, two each adult and child | | |
| Latex-free B/P cuff | 1 | ✓ |
| Latex-free stethoscope | 1 | ✓ |

| Equipment to Gain Access | Required | On Hand Main | Spare |
|---|---|---|---|
| Screwdriver, min 8" regular blade | 1 | ✓ | |
| Hacksaw with 6 wire carbide blades | 1 | ✓ | |
| Pair of pliers, 10" vice grip | 1 | ✓ | |
| Short handled sledge hammer, min 3 Lbs | 1 | ✓ | |
| Rope, synthetic, min 50 ft by 1/2" diameter | 1 | ✓ | |
| Pair of gloves (leather gauntlets) | 2 | | |
| Pair of goggles (clear eye protective) | 2 | ✓ | |

# AMBULANCE CHECKLIST

Sherborn Fire Department
Sherborn, Massachusetts 01770

Inventoried by: _[signature]_

Date: 9-10-02

| STRETCHER | Required | On Hand |
|---|---|---|
| Ambulance Cot w/IV pole | 1 | ✓ |
| Wrist and Ankle Restraints(for cot) set | 1 | ✓ |
| **ON BOARD O2 SUPPLIES** | | |
| O2 Cylinder Pressure | 800 psi | ✓ |
| Flow Meter | 2 | ✓ |
| O2 Humidifier (single use) | 1 | ✓ |
| Oxmeter (oxygen % and pulse) | 1 | ✓ |
| Sterile Water for Humidifier | 4 | ✓ |
| Adult Non-Rebreathers w/tubing | 4 | ✓ |
| Adult Simple Face masks w/tubing | 4 | ✓ |
| Adult Nasal Cannulas | 4 | ✓ |
| Child Non-Rebreathers w/tubing | 4 | ✓ |
| Child Nasal Cannulas | 4 | ✓ |
| **PORTABLE O2 SUPPLIES** | | |
| Primary O2 Cylinder Pressure | 800 psi | ✓ |
| Regulator / flow meter | | ✓ |
| Adult, Child, Infant Face Mask for Resuscitators | 2 each | ✓ |
| Adult Non-Rebreathers w/tubing | 2 | ✓ |
| Adult Simpe Face masks w/tubing | 2 | ✓ |
| Adult Nasal Cannulas | 2 | ✓ |
| bag/valve/mask | 1 | ✓ |
| Full Spare O2 Cylinder (kept in vehicle) | 1 | ✓ |
| **ON BOARD SUCTION** | | |
| Operational | yes | ✓ |
| French suction catheters 2 each 5, 8,14, | 6 | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Suction Rinsing Water Bottle | | |
| Suction Tubing min 1/4inch in diameter min | 2 | ✓ |
| Pharyngeal Suction Tip | 2 | ✓ |
| **PORTABLE SUCTION UNIT** | | |
| Operational | yes | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Wide Bore Tubing w/Pharyngeal Suction : ip | 1 | ✓ |
| Pair Exam Gloves | | ✓ |
| Face Mask / Eye Shield | 1 | ✓ |
| **EPINEPHRINE AUTO INJECTORS** | | |
| Adult Epi-Pens (within expiration date) | 2 | ✓ |
| Pedi Epi-Pens (within expiration date) | 2 | ✓ |

| ON BOARD E.M.S. SUPPLIES | Required | On Hand |
|---|---|---|
| Adult Traction Splint | 1 | ✓ |
| Child Traction Splint | 1 | ✓ |
| **Padded Board Splints** | | |
| 3 foot x 3 inches | 2 | ✓ |
| 15 inches x 3 inches | 2 8 | |
| 4.5 foot x 3 inches | 2 6 | ✓ |
| **K.E.D.** | 2 | ✓ |
| Long Back Board w straps 3 sets | 2 | ✓ |
| Head Blocks + Straps sets | 2 | ✓ |
| Cervical Collars: Adult Adjustable | 2 | ✓ |
| Adult No-Neck | 2 | |
| Adult Short | 2 | |
| Adult Regular | 2 | |
| Adult Tall | 2 | |
| Child No-Neck | 2 | |
| Pedi (regular size) | 2 | |
| Stair Chair with straps | 1 | ✓ |
| Infant Back Board | 1 | |
| Auxilliary Stretcher (Scoop) | 1 | ✓ |
| Wrapped Oral Airways (set of 7 sizes) | 6 | |
| Wrapped Nasal Airways 1 each 20f,22f,24f,26f, 28f, 30f, 32f,and 34f | 8 | |
| Pediatric nasul airways 1 each12f,14f,16f,18f | 4 | ✓ |
| water soluble lubricant | 12 | ✓ |
| Bag Valve Mask Adult w O2 connector tube | 1 | ✓ |
| Bag Valve Mask child &infant w O2 connector tube | 1 | ✓ |
| Small Dressing min 4X4 | 24 | ✓ |
| Medium Dressing min 5X9 | 12 | ✓ |
| Large Dressing min 10"X30" | 6 | ✓ |
| Roller Bandage - 4" Kling | 12 | ✓ |
| Roller Bandage - 6" Kling | 12 | ✓ |
| Triangular Bandages | 12 | ✓ |
| 1" Tape | 3 | ✓ |
| 1" Tape Hypoallerergenic | 1 | ✓ |
| Bandage Shears | 1 | ✓ |
| Burn Sheets | 2 | ✓ |

9/11/02 pt 2

1/2 joints screws

| | Required | On Hand |
|---|---|---|
| OB Kit | 1 | ✓ |
| Glucose* wrapped tongue depressors | 3 | ✓ |
| OB Pads | 6 | ✓ |
| Seizer Sticks | 6 | ✓ |
| Poison Antidote Kit w/ Charcoal&measuring | 2 | ✓ |
| Sterile H2O or Saline (3) liters | 3 | ✓ |
| Aluminum Foil Roll | 1 | ✓ |
| Polyethylene Film Roll | 1 | ✓ |
| Bed pan | 1 | ✓ |
| Motion Sickness Bags | 4 | ✓ |
| Pillows (waterproof) | 2 | ✓ |
| Pillows cases | 4 | ✓ |
| Sheets | 8 | ✓ |
| Blankets | 4 | ✓ |
| Towels | 4 | ✓ |
| Tissue Packages | 2 | ✓ |
| Drinking Cups | 2 | ✓ |
| Ice Packs | 4 | ✓ |
| Hot Packs | 4 | ✓ |
| Infection Control Kit | 2 | ✓ |
| Ring Cutter | 1 | ✓ |
| Infant B.P. Cuff | 1 | ✓ |
| Child B.P. Cuff | 1 | ✓ |
| Adult B.P. Cuff | 1 | ✓ |
| Thigh B.P. Cuff | 1 | ✓ |
| Plastic Bags with Ties | 2 | ✓ |
| Red Bio-Hazard Bags with Ties | 2 | ✓ |
| Sharps Container (covered and secured) | 1 | ✓ |
| Face Mask/Eye Shields | 2 | ✓ |
| Pairs Exam Gloves (various sizes) | 6 | ✓ |
| Hand Cleaner (dispensed) | 1 | ✓ |

| FIRST AID KIT CONTAINING: | Required | On Hand Main | Spare |
|---|---|---|---|
| Wrapped Oral Airways (1 each: infant/child/adult) | 3 | ✓ | |
| 4" x 4" Dressings | 12 | | |
| 5" x 9" Dressings | 4 | | |
| 10" x 30" Trauma Dressings | 2 | ✓ | |
| Roller Bandage - 2" Kling | 6 | ✓ | |
| Roller Bandage - 4" Kling | 6 | ✓ | |
| Triangular Bandages | 6 | ✓ | |
| Tourniquets | 2 | ✓ | |
| Trauma Scissors | 1 | ✓ | |
| 2" adhesive tape 5 yards min | 1 | ✓ | |
| Adult B.P. Cuff | 6 | ✓ | |
| Seat belt Cutter | 1 | | |
| Non-Rebreather: Adult/Child | 1 each | | |
| Wrapped tongue depressors | 2 | ✓ | |
| Stethoscope | 1 | ✓ | |
| Penlight | 1 | ✓ | |
| 500cc Sterile water or saline | 1 | ✓ | |
| Ice Packs | 2 | ✓ | |
| Glucose Tube | 1 | ✓ | |
| Band Aids | 6 | ✓ | |
| "Mouth to Mouth" Mask | 1 | ✓ | |
| Face Mask/Eye Shields | 2 | ✓ | |
| Pair of exam Gloves | 2 | ✓ | |
| DEFIBRILLATOR | | | |
| Batteries Charged and Unit Operational | yes | ✓ | |
| Sets of Defibrillator Pads | 2 | ✓ | |
| Spare Batteries | 1 | ✓ | |
| Razor | 1 | ✓ | |
| CPR Board (short board) | 1 | ✓ | |

| Latex-Free Equipment | Required | On Hand |
|---|---|---|
| Latex-free examination gloves, two pairs ea. | 1 | ✓ |
| small, medium & Large | | |
| Latex-free tourniquet | 1 | ✓ |
| Latex-free adult BVM and masks | 1 | ✓ |
| Latex-free high concentration, disposable, O2 | 2 | ✓ |
| masks with delivery tubes, two each adult | | |
| and child | | |
| Latex-free nasal cannulae and delivery | 2 | ✓ |
| tubes, two each adult and child | | |
| Latex-free B/P cuff | 1 | ✓ |
| Latex-free stethoscope | 1 | ✓ |

| Equipment to Gain Access | Required | On Hand |
|---|---|---|
| Screwdriver, min 8" regular blade | 1 | ✓ |
| Hacksaw with 6 wire carbide blades | 1 | ✓ |
| Pair of pliers, 10" vice grip | 1 | ✓ |
| Short handled sledge hammer, min 3 Lbs | 1 | ✓ |
| Rope, synthetic, min 50 ft by 1/2" diameter | 1 | ✓ |
| Pair of gloves (leather gauntlets) | 2 | ✓ |
| Pair of goggles (clear eye protective) | 2 | ✓ |

# AMBULANCE CHECKLIST

Sherborn Fire Department
Sherborn, Massachusetts 01770

Inventoried by: _[signature]_ + DSW Burces

Date: 9-16-02 Kenway

| STRETCHER | Required | On Hand |
|---|---|---|
| Ambulance Cot w/IV pole | 1 | ✓ |
| Wrist and Ankle Restraints(for cot) set | 1 | ✓ |
| **ON BOARD O2 SUPPLIES** | | |
| O2 Cylinder Pressure | 800 psi | |
| Flow Meter | 2 | ✓ |
| O2 Humidifier (single use) | 1 | ✓ |
| Oximeter (oxygen % and pulse) | 1 | ✓ |
| Sterile Water for Humidifier | 4 | ✓ |
| Adult Non-Rebreathers w/tubing | 4 | ✓ |
| Adult Simple Face masks w/tubing | 4 | ✓ |
| Adult Nasal Cannulas | 4 | ✓ |
| Child Non-Rebreathers w/tubing | 4 | ✓ |
| Child Nasal Cannulas | 4 | ✓ |
| **PORTABLE O2 SUPPLIES** | | |
| Primary O2 Cylinder Pressure | 800 psi | |
| Regulator / flow meter | 1 | ✓ |
| Adult, Child, Infant Face Mask for Resuscitators | 2 each | |
| Adult Non-Rebreathers w/tubing | 2 | ✓ |
| Adult Simple Face masks w/tubing | 2 | ✓ |
| Adult Nasal Cannulas | 2 | ✓ |
| bag/valve/mask | 1 | ✓ |
| Full Spare O2 Cylinder (kept in vehicle) | 1 | ✓ |
| **ON BOARD SUCTION** | | |
| Operational | yes | ✓ |
| French suction catheters 2 each 5, 8, 14, | 6 | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Suction Rinsing Water Bottle | 1 | ✓ |
| Suction Tubing min 1/4inch in diameter min | 2 | ✓ |
| Pharyngeal Suction Tip | 2 | ✓ |
| **PORTABLE SUCTION UNIT** | | |
| Operational | yes | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Wide Bore Tubing w/Pharyngeal Suction Tip | 1 | ✓ |
| Pair Exam Gloves | | ✓ |
| Face Mask / Eye Shield | 1 | ✓ |
| **EPINEPHRINE AUTO INJECTORS** | | |
| Adult Epi-Pens (within expiration date) | 2 | ✓ |
| Pedi Epi-Pens (within expiration date) | 2 | ✓ |

| ON BOARD E.M.S. SUPPLIES | Required | On Hand |
|---|---|---|
| Adult Traction Splint | 1 | ✓ |
| Child Traction Splint | 1 | ✓ |
| **Padded Board Splints** | | |
| 3 foot x 3 inches | 2 | ✓ |
| 15 inches x 3 inches | 2 | ✓ |
| 4.5 foot x 3 inches | 2 | ✓ |
| **K.E.D.** | | |
| Long Back Board w straps 3 sets | 2 | ✓ |
| Head Blocks + Straps sets | 2 | ✓ |
| Cervical Collars: Adult Adjustable | 2 | ✓ |
| Adult No-Neck | 2 | ✓ |
| Adult Short | 2 | ✓ |
| Adult Regular | 2 | ✓ |
| Adult Tall | 2 | ✓ |
| Child No-Neck | 2 | ✓ |
| Pedi (regular size) | 2 | ✓ |
| Stair Chair with straps | 1 | ✓ |
| Infant Back Board | 1 | ✓ |
| Auxiliary Stretcher (Scoop) | 1 | ✓ |
| Wrapped Oral Airways (set of 7 sizes) | 6 | ✓ |
| Wrapped Nasal Airways 1 each 20f,22f,24f,26f, 28f,30f,32f,and 34f | 8 | ✓ |
| Pediatric nasal airways 1 each12f,14f,16f,18f | 4 | ✓ |
| water soluble lubricant | 12 | ✓ |
| Bag Valve Mask Adult w O2 connector tube | 1 | ✓ |
| Bag Valve Mask child &infant w O2 connector tube | 1 | ✓ |
| Small Dressing min 4X4 | 24 | ✓ |
| Medium Dressing min 5X9 | 12 | ✓ |
| Large Dressing min 10"X30" | 6 | ✓ |
| Roller Bandage - 4" Kling | 12 | ✓ |
| Roller Bandage - 6" Kling | 12 | ✓ |
| Triangular Bandages | 12 | ✓ |
| 1" Tape | 3 | ✓ |
| 1" Tape Hypoallerergenic | 1 | ✓ |
| Bandage Shears | 1 | ✓ |
| Burn Sheets | 2 | ✓ |

9/6/02

| | Required | On Hand |
|---|---|---|
| OB Kit | 1 | ✓ |
| Glucose* wrapped tongue depressors | 3 | ✓ |
| OB Pads | 6 | ✓ |
| Seizer Sticks | 6 | ✓ |
| Poison Antidote Kit w/ Charcoal&measuring | 2 | ✓ |
| Sterile H2O or Saline (3) liters | 3 | ✓ |
| Aluminum Foil Roll | 1 | ✓ |
| Polyethylene Film Roll | 1 | ✓ |
| Bed pan | cv/valance | |
| Motion Sickness Bags | 1 | ✓ |
| Pillows (waterproof) | 2 | ✓ |
| Pillows cases | 4 | ✓ |
| Sheets | 8 | ✓ |
| Blankets | 4 | ✓ |
| Towels | 4 | ✓ |
| Tissue Packages | 2 | ✓ |
| Drinking Cups | 2 | ✓ |
| Ice Packs | 4 | ✓ |
| Hot Packs | 4 | ✓ |
| Infection Control Kit | 2 | ✓ |
| Ring Cutter | 1 | ✓ |
| Infant B.P. Cuff | 1 | ✓ |
| Child B.P. Cuff | 1 | ✓ |
| Adult B.P. Cuff | 1 | ✓ |
| Thigh B.P. Cuff | 1 | ✓ |
| Plastic Bags with Ties | 2 | ✓ |
| Red Bio-Hazard Bags with Ties | 1 | ✓ |
| Sharps Container (covered and secured) | 1 | ✓ |
| Face Mask/Eye Shields | 2 | ✓ |
| Pairs Exam Gloves (various sizes) | 6 | ✓ |
| Hand Cleaner (dispensed) | 1 | ✓ |

| | Required | On Hand Main | Spare |
|---|---|---|---|
| FIRST AID KIT CONTAINING: | 2 | ✓ | |
| Wrapped Oral Airways (1 each: infant/child/adult) | 3 | ✓ | |
| 4" x 4" Dressings | 12 | ✓ | |
| 5" x 9" Dressings | 4 | ✓ | |
| 10" x 30" Trauma Dressings | 2 | ✓ | |
| Roller Bandage - 2" Kling | 6 | ✓ | ✓ |
| Roller Bandage - 4" Kling | 6 | ✓ | ✓ |
| Triangular Bandages | 6 | ✓ | ✓ |
| Tourniquets | 2 | ✓ | ✓ |
| Trauma Scissors | 1 | ✓ | |
| 2" adhesive tape 5 yards min | 6 | ✓ | ✓ |
| Adult B.P. Cuff | 1 | ✓ | |
| Seat belt Cutter | 1 | ✓ | |
| Non-Rebreather, Adult/Child | 1 each | ✓ | |
| Wrapped tongue depressors | 2 | ✓ | |
| Stethoscope | 1 | ✓ | |
| Penlight | 1 | ✓ | |
| 500cc Sterile water or saline | 1 | ✓ | ✓ |
| Ice Packs | 2 | ✓ | ✓ |
| Glucose Tube | 1 | ✓ | ✓ |
| Band Aids | 6 | ✓ | ✓ |
| "Mouth to Mouth" Mask | 1 | ✓ | ✓ |
| Face Mask/Eye Shields | 2 | ✓ | ✓ |
| Pair of exam Gloves | 2 | ✓ | ✓ |
| DEFIBRILLATOR | | | |
| Batteries Charged and Unit Operational | yes | ✓ | |
| Sets of Defibrillator Pads | 2 | ✓ | ✓ |
| Spare Batteries | 1 | ✓ | |
| Razor | 1 | ✓ | |
| CPR Board (short board) | 1 | ✓ | |

| Equipment to Gain Access | Required | On Hand Main | Spare |
|---|---|---|---|
| Screwdriver, min 8" regular blade | 1 | ✓ | |
| Hacksaw with 6 wire carbide blades | 1 | ✓ | ✓ |
| Pair of pliers, 10" vice grip | 1 | ✓ | ✓ |
| Short handled sledge hammer, min 3 Lbs | 1 | ✓ | ✓ |
| Rope, synthetic, min 50 ft by 1/2" diameter | 1 | ✓ | ✓ |
| Pair of gloves (leather gauntlets) | 2 | ✓ | ✓ |
| Pair of goggles (clear eye protective) | 2 | ✓ | ✓ |

| Latex-Free Equipment | Required | On Hand |
|---|---|---|
| Latex-free examination gloves, two pairs ea. small, medium & Large | 1 | ✓ |
| Latex-free tourniquet | 1 | ✓ |
| Latex-free adult BVM and masks | 1 | ✓ |
| Latex-free high concentration, disposable, O2 masks with delivery tubes, two each adult and child | 1 | ✓ |
| Latex-free nasal cannulae and delivery tubes, two each adult and child | 2 | ✓ |
| Latex-free B/P cuff | 1 | ✓ |
| Latex-free stethoscope | 1 | ✓ |

p. lot 2
9.22.02

O?

# AMBULANCE CHECKLIST

**Sherborn Fire Department**
Sherborn, Massachusetts 01770

Inventoried by: _[signature]_

Date: _Sunny_ 9.22.02

| STRETCHER | Required | On Hand |
|---|---|---|
| Ambulance Cot w/IV pole | 1 | ✓ |
| Wrist and Ankle Restraints(for cot) set | 1 | ✓ |
| **ON BOARD O2 SUPPLIES** | | |
| O2 Cylinder Pressure | 800 psi | ✓ |
| Flow Meter | 2 | ✓ |
| O2 Humidifier (single use) | 1 | ✓ |
| Oximeter (oxygen % and pulse) | 1 | ✓ |
| Sterile Water for Humidifier | 4 | ✓ |
| Adult Non-Rebreathers w/tubing | 4 | ✓ |
| Adult Simple Face masks w/tubing | 4 | ✓ |
| Adult Nasal Cannulas | 4 | ✓ |
| Child Non-Rebreathers w/tubing | 4 | ✓ |
| Child Nasal Cannulas | 4 | ✓ |
| **PORTABLE O2 SUPPLIES** | | |
| Primary O2 Cylinder Pressure | 800 psi | ✓ |
| Regulator / flow meter | 1 | ✓ |
| Adult, Child, Infant Face Mask for Resuscitators | 2 each | ✓ |
| Adult Non-Rebreathers w/tubing | 2 | ✓ |
| Adult Simple Face masks w/tubing | 2 | ✓ |
| Adult Nasal Cannulas | 2 | ✓ |
| bag/valve/mask | 2 | ✓ |
| Full Spare O2 Cylinder (kept in vehicle) | 1 | ✓ |
| **ON BOARD SUCTION** | | |
| Operational | yes | ✓ |
| French suction catheters 2 each 5, 8,14. | 6 | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Suction Rinsing Water Bottle | 1 | ✓ |
| Suction Tubing min 1/4inch in diameter min | 2 | ✓ |
| Pharyngeal Suction Tip | 2 | ✓ |
| **PORTABLE SUCTION UNIT** | | |
| Operational | yes | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Wide Bore Tubing w/Pharyngeal Suction Tip | 1 | ✓ |
| Pair Exam Gloves | 1 | ✓ |
| Face Mask / Eye Shield | 1 | ✓ |
| **EPINEPHRINE AUTO INJECTORS** | | |
| Adult Epi-Pens (within expiration date) | 2 | ✓ |
| Pedi Epi-Pens (within expiration date) | 2 | ✓ |

| ON BOARD E.M.S. SUPPLIES | Required | On Hand |
|---|---|---|
| Adult Traction Splint | 1 | ✓ |
| Child Traction Splint | 1 | ✓ |
| Padded Board Splints | | |
|   3 foot x 3 inches | 2 | ✓ |
|   15 inches  x 3 inches | 2 | ✓ |
|   4.5 foot  x 3 inches | 2 | ✓ |
| K.E.D. | | ✓ |
| Long Back Board w straps 3 sets | 2 | ✓ |
| Head Blocks + Straps sets | 2 | ✓ |
| Cervical Collars: Adult Adjustable | 2 | ✓ |
|   Adult No-Neck | 2 | ✓ |
|   Adult Short | 2 | ✓ |
|   Adult Regular | 2 | ✓ |
|   Adult Tall | 2 | ✓ |
|   Child No-Neck | 2 | ✓ |
|   Pedi (regular size) | 2 | ✓ |
| Stair Chair with straps | 1 | ✓ |
| Infant Back Board | 1 | ✓ |
| Auxiliary Stretcher (Scoop) | 1 | ✓ |
| Wrapped Oral Airways (set of 7 sizes) | 6 | ✓ |
| Wrapped Nasal Airways 1 each 20f,22f,24f,26f, 28f, 30f, 32f,and 34f | 8 | ✓ |
| Pediatric nasal airways 1 each12f,14f,16f,18f | 4 | ✓ |
| water soluble lubricant | 12 | ✓ |
| Bag Valve Mask Adult w O2 connector tube | 1 | ✓ |
| Bag Valve Mask child &infant w O2 connector tube | 1 | ✓ |
| Small Dressing min 4X4 | 24 | ✓ |
| Medium Dressing min 5X9 | 12 | ✓ |
| Large Dressing min 10"X30" | 6 | ✓ |
| Roller Bandage - 4" Kling | 12 | ✓ |
| Roller Bandage - 6" Kling | 12 | ✓ |
| Triangular Bandages | 12 | ✓ |
| 1" Tape | 3 | ✓ |
| 1" Tape Hypoallergenic | 1 | ✓ |
| Bandage Shears | 1 | ✓ |
| Burn Sheets | 2 | ✓ |

| | Required | On Hand |
|---|---|---|
| OB Kit | 1 | ✓ |
| Glucose+ wrapped tongue depressors | 3 | ✓ |
| OB Pads | 6 | ✓ |
| Seizer Sticks | 6 | ✓ |
| Poison Antidote Kit w/ Charcoal&measuring | 2 | ✓ |
| Sterile H2O or Saline (3) liters | 3 | |
| Aluminum Foil Roll | 1 | |
| Polyethylene Film Roll | 1 | ✓ |
| Bed pan | 1 | |
| Motion Sickness Bags | 1 | ✓ |
| Pillows (waterproof) | 2 | ✓ |
| Pillows cases | 4 | ✓ |
| Sheets | 8 | ✓ |
| Blankets | 4 | ✓ |
| Towels | 4 | ✓ |
| Tissue Packages | 2 | ✓ |
| Drinking Cups | 2 | ✓ |
| Ice Packs | 4 | ✓ |
| Hot Packs | 4 | ✓ |
| Infection Control Kit | 2 | ✓ |
| Ring Cutter | 1 | ✓ |
| Infant B.P. Cuff | 1 | ✓ |
| Child B.P. Cuff | 1 | ✓ |
| Adult B.P. Cuff | 1 | ✓ |
| Thigh B.P. Cuff | 1 | ✓ |
| Plastic Bags with Ties | 2 | ✓ |
| Red Bio-Hazard Bags with Ties | 1 | ✓ |
| Sharps Container (covered and secured) | 1 | ✓ |
| Face Mask/Eye Shields | 1 | ✓ |
| Pairs Exam Gloves (various sizes) | 6 | ✓ |
| Hand Cleaner (dispensed) | 1 | ✓ |

| | Required | On Hand Main | Spare |
|---|---|---|---|
| FIRST AID KIT CONTAINING: | | | |
| Wrapped Oral Airway (1 each: infant/child/adult) | 2 | ✓ | |
| 4" x 4" Dressings | 3 | ✓ | |
| 5" x 9" Dressings | 12 | ✓ | |
| 10"x 30" Trauma Dressings | 4 | ✓ | |
| Roller Bandage - 2" Kling | 2 | ✓ | |
| Roller Bandage - 4" Kling | 6 | ✓ | |
| Triangular Bandages | 6 | ✓ | |
| Tourniquets | 2 | ✓ | |
| Trauma Scissors | 1 | ✓ | |
| 2" adhesive tape 5 yards min | 1 | ✓ | |
| Adult B.P. Cuff | 6 | ✓ | ✓ |
| Seat belt Cutter | 1 | ✓ | ✓ |
| Non-Rebreather: Adult/Child | 1 each | | |
| Wrapped tongue depressors | 2 | | |
| Stethoscope | 1 | ✓ | |
| Penlight | 1 | ✓ | |
| 500cc Sterile water or saline | 1 | | |
| Ice Packs | 2 | | |
| Glucose Tube | 1 | ✓ | |
| Band Aids | 6 | ✓ | |
| "Mouth to Mouth" Mask | 1 | ✓ | |
| Face Mask/Eye Shields | 1 | ✓ | |
| Pair of exam Gloves | 2 | ✓ | ✓ |
| DEFIBRILLATOR | | | |
| Batteries Charged and Unit Operational | yes | | |
| Sets of Defibrillator Pads | 2 | ✓ | |
| Spare Batteries | | ✓ | |
| Razor | 1 | ✓ | |
| CPR Board (short board) | 1 | ✓ | |

| Latex-Free Equipment | Required | On Hand |
|---|---|---|
| Latex-free examination gloves, two pairs ea. small, medium & Large | 1 | ✓ |
| Latex-free tourniquet | 1 | ✓ |
| Latex-free adult BVM and masks | 1 | ✓ |
| Latex-free high concentration, disposable, O2 masks with delivery tubes, two each adult and child | 2 | ✓ |
| Latex free nasal cannulae and delivery tubes, two each adult and child | 2 | ✓ |
| Latex-free B/P cuff | 1 | ✓ |
| Latex-free stethoscope | 1 | ✓ |

| Equipment to Gain Access | Required | On Hand Main | Spare |
|---|---|---|---|
| Screwdriver, min 8" regular blade | 1 | ✓ | |
| Hacksaw with 6 wire carbide blades | 1 | ✓ | |
| Pair of pliers, 10" vice grip | 1 | ✓ | |
| Short handled sledge hammer, min 3 Lbs | 1 | ✓ | |
| Rope, synthetic, min 50 ft by 1/2" diameter | 1 | ✓ | |
| Pair of gloves (leather gauntlets) | 1 | ✓ | |
| Pair of goggles (clear eye protective) | 2 | ✓ | |

| | Required | On Hand |
|---|---|---|
| OB Kit | 1 | ✓ |
| Glucose* wrapped tongue depressors | 3 | ✓ |
| OB Pads | 6 | ✓ |
| Seizer Sticks | 6 | ✓ |
| Poison Antidote Kit w/ Charcoal&measuring | 2 | ✓ |
| Sterile H2O or Saline (3) liters | 2 | ✓ |
| Aluminum Foil Roll | 1 | ✓ |
| Polyethylene Film Roll | 1 | ✓ |
| Bed pan | 1 | ✓ |
| Motion Sickness Bags | 1 | ✓ |
| Pillows (waterproof) | 2 | ✓ |
| Pillows cases | 4 | ✓ |
| Sheets | 8 | ✓ |
| Blankets | 4 | ✓ |
| Towels | 4 | ✓ |
| Tissue Packages | 2 | ✓ |
| Drinking Cups | 2 | ✓ |
| Ice Packs | 4 | ✓ |
| Hot Packs | 4 | ✓ |
| Infection Control Kit | 2 | ✓ |
| Ring Cutter | 1 | ✓ |
| Infant B.P. Cuff | 1 | ✓ |
| Child B.P. Cuff | 1 | ✓ |
| Adult B.P. Cuff | 1 | ✓ |
| Thigh B.P. Cuff | 1 | ✓ |
| Plastic Bags with Ties | 2 | ✓ |
| Red Bio-Hazard Bags with Ties | 2 | ✓ |
| Sharps Container (covered and secured) | 1 | ✓ |
| Face Mask/Eye Shields | 1 | ✓ |
| Pairs Exam Gloves (various sizes) | 6 | ✓ |
| Hand Cleaner (dispersed) | 1 | ✓ |

| | Required | On Hand Main | On Hand Spare |
|---|---|---|---|
| **FIRST AID KIT CONTAINING:** | | | |
| Wrapped Oral Airways (1 each: infant/child/adult) | 2 | ✓ | |
| 4"x4" Dressings | 3 | ✓ | |
| 5"x9" Dressings | 12 | ✓ | |
| 10"x30" Trauma Dressings | 4 | ✓ | |
| Roller Bandage - 2" Kling | 2 | ✓ | |
| Roller Bandage - 4" Kling | 6 | ✓ | |
| Triangular Bandages | 6 | ✓ | |
| Tourniquets | 2 | ✓ | |
| Trauma Scissors | 1 | ✓ | |
| 2" adhesive tape 5 yards min | 1 | ✓ | |
| Adult B.P. Cuff | 6 | ✓ | |
| Seat belt Cutter | 1 | | |
| Non-Rebreather, Adult/Child | 1 each | 2 | ✓ |
| Wrapped tongue depressors | 1 | ✓ | |
| Stethoscope | 1 | ✓ | |
| Penlight | 1 | ✓ | |
| 500cc Sterile water or saline | 2 | ✓ | |
| Ice Packs | 1 | ✓ | |
| Glucose Tube | 6 | ✓ | |
| Band Aids | 1 | ✓ | |
| "Mouth to Mouth" Mask | 2 | ✓ | |
| Face Mask/Eye Shields | 2 | ✓ | |
| Pair of exam Gloves | | | |
| **DEFIBRILLATOR** | yes | ✓ | |
| Batteries Charged and Unit Operational | 2 | ✓ | |
| Sets of Defibrillator Pads | 1 | | |
| Spare Batteries | 1 | ✓ | |
| Razor | 1 | ✓ | |
| CPR Board (short board) | 1 | ✓ | |

| | Required | On Hand |
|---|---|---|
| **Latex-Free Equipment** | | |
| Latex-free examination gloves, two pairs ea. | 1 | ✓ |
| small, medium & Large | | |
| Latex-free tourniquet | 1 | ✓ |
| Latex-free adult BVM and masks | 1 | ✓ |
| Latex-free high concentration, disposable, O2 | 2 | ✓ |
| masks with delivery tubes, two each adult and child | | |
| Latex-free nasal cannulae and delivery | 2 | ✓ |
| tubes, two each adult and child | | |
| Latex-free B/P cuff | 1 | ✓ |
| Latex-free stethoscope | 1 | ✓ |

| | Required | On Hand |
|---|---|---|
| **Equipment to Gain Access** | | |
| Screwdriver, min 8" regular blade | 1 | ✓ |
| Hacksaw with 6 wire carbide blades | 1 | ✓ |
| Pair of pliers, 10" vice grip | 1 | ✓ |
| Short handled sledge hammer, min 3 Lbs | 1 | ✓ |
| Rope, synthetic, min 50 ft by 1/2" diameter | 1 | ✓ |
| Pair of gloves (leather gauntlets) | 2 | ✓ |
| Pair of goggles (clear eye protective) | 2 | ✓ |

# AMBULANCE CHECKLIST

Sherborn Fire Department
Sherborn, Massachusetts 01770

Inventoried by: _[signature]_

Date: Tues 9-24-02

| STRETCHER | Required | On Hand |
|---|---|---|
| Ambulance Cot w/IV pole | 1 | ✓ |
| Wrist and Ankle Restraints(for cot) set | 1 | ✓ |
| **ON BOARD O2 SUPPLIES** | | |
| O2 Cylinder Pressure | 800 psi | |
| Flow Meter | 2 | ✓ |
| O2 Humidifier (single use) | 1 | ✓ |
| Oximeter (oxygen % and pulse) | 1 | ✓ |
| Sterile Water for Humidifier | 4 | ✓ |
| Adult Non-Rebreathers w/tubing | 4 | ✓ |
| Adult Simple Face masks w/tubing | 4 | ✓ |
| Adult Nasal Cannulas | 4 | ✓ |
| Child Non-Rebreathers w/tubing | 4 | ✓ |
| Child Nasal Cannulas | 4 | ✓ |
| **PORTABLE O2 SUPPLIES** | | |
| Primary O2 Cylinder Pressure | 800 psi | |
| Regulator / flow meter | | ✓ |
| Adult, Child, Infant Face Mask for Resuscitators | 2 each | ✓ |
| Adult Non-Rebreathers w/tubing | 2 | ✓ |
| Adult Simple Face masks w/tubing | 2 | ✓ |
| Adult Nasal Cannulas | 2 | ✓ |
| bag/valve/mask | 2 | ✓ |
| Full Spare O2 Cylinder (kept in vehicle) | 1 | ✓ |
| **ON BOARD SUCTION** | | |
| Operational | yes | ✓ |
| French suction catheters 2 each 5, 8,14, | 6 | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Suction Rinsing Water Bottle | 1 | ✓ |
| Suction Tubing min 1/4inch in diameter min | 2 | ✓ |
| Pharyngeal Suction Tip | 2 | ✓ |
| **PORTABLE SUCTION UNIT** | | |
| Operational | yes | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Wide Bore Tubing w/Pharyngeal Suction Tip | 1 | ✓ |
| Pair Exam Gloves | 1 | ✓ |
| Face Mask / Eye Shield | 1 | ✓ |
| **EPINEPHRINE AUTO INJECTORS** | | |
| Adult Epi-Pens (within expiration date) | 2 | ✓ |
| Pedi Epi-Pens (within expiration date) | 2 | ✓ |

| ON BOARD E.M.S. SUPPLIES | Required | On Hand |
|---|---|---|
| Adult Traction Splint | 1 | ✓ |
| Child Traction Splint | 1 | ✓ |
| **Padded Board Splints** | | |
| 3 foot x 3 inches | 2 | ✓ |
| 15 inches x 3 inches | 2 | ✓ |
| 4.5 foot x 3 inches | 2 | ✓ |
| **K.E.D.** | | |
| Long Back Board w straps 3 sets | 2 | ✓ |
| Head Blocks + Straps sets | 2 | ✓ |
| Cervical Collars: Adult Adjustable | 2 | ✓ |
| Adult No-Neck | 2 | ✓ |
| Adult Short | 2 | ✓ |
| Adult Regular | 2 | ✓ |
| Adult Tall | 2 | ✓ |
| Child No-Neck | 2 | ✓ |
| Pedi (regular size) | 2 | ✓ |
| Stair Chair with straps | 1 | ✓ |
| Infant Back Board | 1 | ✓ |
| Auxiliary Stretcher (Scoop) | 1 | ✓ |
| Wrapped Oral Airways (set of 7 sizes) | 6 | ✓ |
| Wrapped Nasal Airways 1 each 20f,22f,24f,26f, 28f,30f,32f and 34f | 8 | ✓ |
| Pediatric nasul airways 1 each12f,14f,16f,18f | 4 | ✓ |
| water soluble lubricant | 12 | ✓ |
| Bag Valve Mask Adult w O2 connector tube | 1 | ✓ |
| Bag Valve Mask child &infant w O2 connector tube | 1 | ✓ |
| Small Dressing min 4X4 | 24 | ✓ |
| Medium Dressing min 5X9 | 12 | ✓ |
| Large Dressing min 10"X30" | 6 | ✓ |
| Roller Bandage - 4" Kling | 12 | ✓ |
| Roller Bandage - 6" Kling | 12 | ✓ |
| Triangular Bandages | 12 | ✓ |
| 1" Tape | 3 | ✓ |
| 1" Tape Hypoallerergenic | 1 | ✓ |
| Bandage Shears | 1 | ✓ |
| Burn Sheets | 2 | ✓ |

| | Required | On Hand |
|---|---|---|
| OB Kit | 1 | ✓ |
| Glucose* wrapped tongue depressors | 3 | ✓ |
| OB Pads | 6 | ✓ |
| Seizer Sticks | 6 | ✓ |
| Poison Antidote Kit w/ Charcoal&measuring | 2 | ✓ |
| Sterile H2O or Saline (3) liters | 1 | ✓ |
| Aluminum Foil Roll | 1 | ✓✓ |
| Polyethylene Film Roll | 1 | ✓ |
| Bed pan | 1 | ✓ |
| Motion Sickness Bags | 1 | ✓ |
| Pillows (waterproof) | 2 | ✓ |
| Pillows cases | 4 | ✓ |
| Sheets | 8 | ✓ |
| Blankets | 4 | ✓ |
| Towels | 4 | ✓ |
| Tissue Packages | 2 | ✓ |
| Drinking Cups | 2 | ✓ |
| Ice Packs | 4 | ✓ |
| Hot Packs | 4 | ✓ |
| Infection Control Kit | 2 | ✓ |
| Ring Cutter | 1 | ✓ |
| Infant B.P. Cuff | 1 | ✓ |
| Child B.P Cuff | 1 | ✓ |
| Adult B.P. Cuff | 1 | ✓ |
| Thigh B.P. Cuff | 1 | ✓ |
| Plastic Bags with Ties | 2 | ✓ |
| Red Bio-Hazard Bags with Ties | 2 | ✓ |
| Sharps Container (covered and secured) | 1 | ✓ |
| Face Mask/Eye Shields | 2 | ✓ |
| Pairs Exam Gloves (various sizes) | 6 | ✓ |
| Hand Cleaner (dispensed) | 1 | ✓ |

| | Required | On Hand Main | Spare |
|---|---|---|---|
| FIRST AID KIT CONTAINING: | | | |
| Wrapped Oral Always (1 each: infant/child/adult) | 2 | ✓ | |
| 4" x 4" Dressings | 3 | ✓ | |
| 5' x 9' Dressings | 12 | ✓ | |
| 10' x 30' Trauma Dressings | 4 | ✓ | |
| Roller Bandage - 2" Kling | 2 | ✓ | |
| Roller Bandage - 4" Kling | 6 | ✓ | |
| Triangular Bandages | 6 | ✓ | |
| Tourniquets | 6 | ✓ | |
| Trauma Scissors | 2 | ✓ | |
| 2" adhesive tape 5 yards min | 1 | ✓ | |
| Adult B.P. Cuff | 6 | ✓ | |
| Seat belt Cutter | 1 | ✓ | |
| Non-Rebreather: Adult/Child | 1 each | | |
| Wrapped tongue depressors | 2 | | |
| Stethoscope | 1 | ✓ | |
| Penlight | 1 | ✓ | |
| 500cc Sterile water or saline | 1 | ✓ | |
| Ice Packs | 2 | ✓ | |
| Glucose Tube | 1 | ✓ | |
| Band Aids | 6 | | |
| "Mouth to Mouth" Mask | 1 | ✓ | |
| Face Mask/Eye Shields | 2 | ✓ | |
| Pair of exam Gloves | 2 | ✓ | |
| DEFIBRILLATOR | | | |
| Batteries Charged and Unit Operational | yes | | |
| Sets of Defibrillator Pads | 2 | ✓ | |
| Spare Batteries | 1 | ✓ | |
| Razor | 1 | ✓ | |
| CPR Board (short board) | 1 | ✓ | |

| | Required | On Hand |
|---|---|---|
| Latex-Free Equipment | | |
| Latex-free examination gloves, two pairs ea. | 1 | ✓ |
|   small, medium & Large | | |
| Latex-free tourniquet | 1 | ✓ |
| Latex-free adult BVM and masks | 1 | ✓ |
| Latex-free high concentration, disposable, O2 | 2 | ✓ |
|   masks with delivery tubes, two each adult | | |
|   and child | | |
| Latex-free nasal cannulae and delivery | 2 | ✓ |
|   tubes, two each adult and child | | |
| Latex-free B/P cuff | 1 | ✓ |
| Latex-free stethoscope | 1 | ✓ |

| | Required | On Hand Main | Spare |
|---|---|---|---|
| Equipment to Gain Access | | | |
| Screwdriver, min 8" regular blade | 1 | ✓ | |
| Hacksaw with 6 wire carbide blades | 1 | | |
| Pair of pliers, 10" vice grip | 1 | ✓ | |
| Short handled sledge hammer, min 3 Lbs | 1 | ✓ | |
| Rope, synthetic, min 50 ft by 1/2" diameter | 1 | ✓ | |
| Pair of gloves (leather gauntlets) | 2 | ✓ | |
| Pair of goggles (clear eye protective) | 2 | ✓ | |

## AMBULANCE CHECKLIST

Sherborn Fire Department
Sherborn, Massachusetts 01770

Inventoried by: _[signature]_

Date: 9-26-62 [1ME: MASS DESOUTTY ASPHIXIATION POOL]

| STRETCHER | Required | On Hand |
|---|---|---|
| Ambulance Cot w/IV pole | 1 | ✓ |
| Wrist and Ankle Restraints(for cot) set | | ✓ |
| **ON BOARD O2 SUPPLIES** | | |
| O2 Cylinder Pressure | 800 psi | ✓ |
| Flow Meter | 2 | ✓ |
| O2 Humidifier (single use) | 1 | ✓ |
| Oximeter (oxygen % and pulse) | 1 | ✓ |
| Sterile Water for Humidifier | 4 | ✓ |
| Adult Non-Rebreathers w/tubing | 4 | ✓ |
| Adult Simple Face masks w/tubing | 4 | |
| Adult Nasal Cannulas | 4 | ✓ |
| Child Non-Rebreathers w/tubing | 4 | ✓ |
| Child Nasal Cannulas | 4 | ✓ |
| **PORTABLE O2 SUPPLIES** | | |
| Primary O2 Cylinder Pressure | 800 psi | |
| Regulator / flow meter | 1 | |
| Adult, Child, Infant Face Mask for Resuscitators | 2 each | |
| Adult Non-Rebreathers w/tubing | 2 | |
| Adult Simple Face masks w/tubing | 2 | |
| Adult Nasal Cannulas | 2 | |
| bag/valve/mask | 1 | |
| Full Spare O2 Cylinder (kept in vehicle) | 1 | |
| **ON BOARD SUCTION** | | |
| Operational | yes | ✓ |
| French suction catheters 2 each 5, 8,14, | 6 | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Suction Rinsing Water Bottle | | |
| Suction Tubing min 1/4inch in diameter min | 2 | ✓ |
| Pharyngeal Suction Tip | 2 | ✓ |
| **PORTABLE SUCTION UNIT** | | |
| Operational | yes | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Wide Bore Tubing w/Pharyngeal Suction Tip | 1 | ✓ |
| Pair Exam Gloves | 1 | ✓ |
| Face Mask / Eye Shield | 1 | |
| **EPINEPHRINE AUTO INJECTORS** | | |
| Adult Epi-Pens (within expiration date) | 2 | ✓ |
| Pedi Epi-Pens (within expiration date) | 2 | ✓ |

| ON BOARD E.M.S. SUPPLIES | Required | On Hand |
|---|---|---|
| Adult Traction Splint | 1 | ✓ |
| Child Traction Splint | 1 | ✓ |
| Padded Board Splints | | |
| 3 foot x 3 inches | 2 | ✓ |
| 15 inches x 3 inches | | ✓ |
| 4.5 foot x 3 inches | 2 | ✓ |
| K.E.D. | | ✓ |
| Long Back Board w straps 3 sets | 2 | ✓ |
| Head Blocks + Straps sets | 2 | ✓ |
| Cervical Collars: Adult Adjustable | 2 | ✓ |
| Adult No-Neck | 2 | ✓ |
| Adult Short | 2 | ✓ |
| Adult Regular | 2 | ✓ |
| Adult Tall | 2 | ✓ |
| Child No-Neck | 2 | ✓ |
| Pedi (regular size) | | ✓ |
| Stair Chair with straps | 1 | ✓ |
| Infant Back Board | 1 | |
| Auxiliary Stretcher (Scoop) | 1 | ✓ |
| Wrapped Oral Airways (set of 7 sizes) | 6 | ✓ |
| Wrapped Nasal Airways 1 each 20f,22f,24f,26f, 28f, 30f, 32f, and 34f | 8 | ✓ |
| Pediatric nasal airways 1 each12f,14f,16f,18f | 4 | ✓ |
| water soluble lubricant | 12 | ✓ |
| Bag Valve Mask Adult w O2 connector tube | 1 | ✓ |
| Bag Valve Mask child &infant w O2 connector tube | 1 | ✓ |
| Small Dressing min 4X4 | 24 | ✓ |
| Medium Dressing min 5X9 | 12 | ✓ |
| Large Dressing min 10"X30" | 6 | ✓ |
| Roller Bandage - 4" Kling | 12 | ✓ |
| Roller Bandage - 6" Kling | 12 | ✓ |
| Triangular Bandages | 12 | ✓ |
| 1" Tape | 3 | ✓ |
| 1" Tape Hypoallergenic | 1 | ✓ |
| Bandage Shears | 1 | ✓ |
| Burn Sheets | 2 | ✓ |

9-26-02
p. 1 of 2

*pg. 2 or 2*

| | Required | On Hand |
|---|---|---|
| OB Kit | 1 | ✓ |
| Glucose+ wrapped tongue depressors | 3 | ✓✓ |
| OB Pads | 6 | ✓✓ |
| Seizer Sticks | 6 | ✓✓ |
| Poison Antidote Kit w/ Charcoal&measuring | 2 | ✓✓ |
| Sterile H2O or Saline (3) liters | 3 | ✓✓ 1 |
| Aluminum Foil Roll | 1 | ✓✓ |
| Polyethylene Film Roll | 1 | ✓ |
| Bed pan | 1 | ✓ |
| Motion Sickness Bags *various* | 1 | ✓ |
| Pillows (waterproof) | 2 | ✓✓ |
| Pillows cases | 4 | ✓✓ |
| Sheets | 8 | ✓✓ |
| Blankets | 4 | ✓✓ |
| Towels | 4 | ✓✓ |
| Tissue Packages | 2 | ✓✓ |
| Drinking Cups | 2 | ✓✓ |
| Ice Packs | 4 | ✓✓ |
| Hot Packs | 4 | ✓✓ |
| Infection Control Kit | 2 | ✓✓ |
| Ring Cutter | 1 | ✓ |
| Infant B.P. Cuff | 1 | ✓✓ |
| Child B.P. Cuff | 1 | ✓✓ |
| Adult B.P. Cuff | 1 | ✓✓ |
| Thigh B.P. Cuff | 1 | ✓✓ |
| Plastic Bags with Ties | 2 | ✓✓ |
| Red Bio-Hazard Bags with Ties | 2 | ✓✓ |
| Sharps Container (covered and secured) | 1 | ✓✓ |
| Face Mask/Eye Shields | 2 | ✓✓ |
| Pairs Exam Gloves (various sizes) | 6 | ✓✓ |
| Hand Cleaner (dispensed) | 1 | ✓✓ |

| | Required | On Hand Main | Spare |
|---|---|---|---|
| **FIRST AID KIT CONTAINING:** | 2 | | |
| Wrapped Oral Airways (1 each: infant/child/adult) | 3 | ✓✓✓ | |
| 4"x4" Dressings | 12 | ✓✓ | |
| 5"x9" Dressings | 4 | ✓ | |
| 10"x30" Trauma Dressings | 2 | ✓✓ | |
| Roller Bandage - 2" Kling | 6 | ✓✓ | |
| Roller Bandage - 4" Kling | 6 | ✓✓ | |
| Triangular Bandages | 6 | ✓✓ | |
| Tourniquets | 2 | ✓✓ | |
| Trauma Scissors | 1 | ✓ | |
| 2" adhesive tape 5 yards min | 1 | ✓ | |
| Adult B.P. Cuff | 6 | ✓ | |
| Seat belt Cutter | 1 | | |
| Non-Rebreather: Adult/Child | 1 each | 2 | |
| Wrapped tongue depressors | 1 | ✓✓ | |
| Stethoscope | 1 | ✓ | |
| Penlight | 1 | ✓ | |
| 500cc Sterile water or saline | 1 | ✓ | |
| Ice Packs | 2 | ✓✓ | |
| Glucose Tube | 1 | ✓ | |
| Band Aids | 6 | ✓ | |
| "Mouth to Mouth" Mask | 1 | ✓ | |
| Face Mask/Eye Shields | 2 | ✓✓ | |
| Pair of exam Gloves | 2 | ✓✓ | |
| **DEFIBRILLATOR** | | | |
| Batteries Charged and Unit Operational | yes | ✓ | |
| Sets of Defibrillator Pads | 2 | ✓✓ | |
| Spare Batteries | 1 | ✓ | |
| Razor | 1 | ✓ | |
| CPR Board (short board) | 1 | ✓ | |

| Latex-Free Equipment | Required | On Hand |
|---|---|---|
| Latex-free examination gloves, two pairs ea. small, medium & Large | 1 | ✓ |
| Latex-free tourniquet | 1 | ✓ |
| Latex-free adult BVM and masks | 1 | ✓ |
| Latex-free high concentration, disposable, O2 masks with delivery tubes, two each adult and child | 2 | ✓ |
| Latex-free nasal cannulae and delivery tubes, two each adult and child | 2 | ✓ |
| Latex-free B/P cuff | 1 | |
| Latex-free stethoscope | 1 | ✓ |

| Equipment to Gain Access | Required | On Hand |
|---|---|---|
| Screwdriver, min 8" regular blade | 1 | ✓ |
| Hacksaw with 6 wire carbide blades | 1 | ✓ |
| Pair of pliers, 10" vice grip | 1 | ✓ |
| Short handled sledge hammer, min 3 Lbs | 1 | ✓ |
| Rope, synthetic, min 50 ft by 1/2" diameter | 1 | ✓ |
| Pair of gloves (leather gauntlets) | 1 | ✓ |
| Pair of goggles (clear eye protective) | 2 | ✓ |

p. 1 of 2

**AMBULANCE CHECKLIST**

Sherborn Fire Department
Sherborn, Massachusetts 01770

Inventoried by: _[signature]_

Date: 9-28-02 Saturday

| STRETCHER | Required | On Hand |
|---|---|---|
| Ambulance Cot w/IV pole | 1 | ✓ |
| Wrist and Ankle Restraints(for cot) set | 1 | ✓ |
| **ON BOARD O2 SUPPLIES** | | |
| O2 Cylinder Pressure | 800 psi | ✓ |
| Flow Meter | 2 | ✓ |
| O2 Humidifier (single use) | 1 | ✓ |
| Oximeter (oxygen % and pulse) | 1 | ✓ |
| Sterile Water for Humidifier | 4 | ✓ |
| Adult Non-Rebreathers w/tubing | 4 | ✓ |
| Adult Simple Face masks w/tubing | 4 | ✓ |
| Adult Nasal Cannulas | 4 | ✓ |
| Child Non-Rebreathers w/tubing | 4 | ✓ |
| Child Nasal Cannulas | 4 | ✓ |
| **PORTABLE O2 SUPPLIES** | | |
| Primary O2 Cylinder Pressure | 800 psi | ✓ |
| Regulator / flow meter | 1 | ✓ |
| Adult, Child, Infant Face Mask for Resuscitators | 2 each | |
| Adult Non-Rebreathers w/tubing | 2 | ✓ |
| Adult Simple Face masks w/tubing | 2 | ✓ |
| Adult Nasal Cannulas | 2 | ✓ |
| bag/valve/mask | 1 | ✓ |
| Full Spare O2 Cylinder (kept in vehicle) | 1 | ✓ |
| **ON BOARD SUCTION** | | |
| Operational | yes | ✓ |
| French suction catheters 2 each 5, 8,14, | 6 | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Suction Rinsing Water Bottle | 1 | ✓ |
| Suction Tubing min 1/4inch in diameter min | 2 | ✓ |
| Pharyngeal Suction Tip | 2 | ✓ |
| **PORTABLE SUCTION UNIT** | | |
| Operational | yes | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Wide Bore Tubing w/Pharyngeal Suction Tip | 1 | ✓ |
| Pair Exam Gloves | 1 | |
| Face Mask / Eye Shield | 1 | ✓ |
| **EPINEPHRINE AUTO INJECTORS** | | |
| Adult Epi-Pens (within expiration date) | 2 | ✓ |
| Pedi Epi-Pens (within expiration date) | 2 | ✓ |

| ON BOARD E.M.S. SUPPLIES | Required | On Hand |
|---|---|---|
| Adult Traction Splint | 1 | ✓ |
| Child Traction Splint | 1 | ✓ |
| Padded Board Splints | | |
| 3 foot x 3 inches | 2 | ✓ |
| 15 inches x 3 inches | 2 | ✓ |
| 4.5 foot x 3 inches | 2 | ✓ |
| K.E.D. | 2 | ✓ |
| Long Back Board w straps 3 sets | 2 | ✓ |
| Head Blocks + Straps sets | 2 | ✓ |
| Cervical Collars: Adult Adjustable | 2 | ✓ |
| Adult No-Neck | 2 | ✓ |
| Adult Regular | 2 | ✓ |
| Adult Short | 2 | ✓ |
| Adult Tall | 2 | ✓ |
| Child No-Neck | 2 | ✓ |
| Pedi (regular size) | 2 | ✓ |
| Stair Chair with straps | 1 | ✓ |
| Infant Back Board | 1 | |
| Auxiliary Stretcher (Scoop) | 1 | ✓ |
| Wrapped Oral Airways (set of 7 sizes) | 6 | ✓ |
| Wrapped Nasal Airways 1 each 20f,22f,24f,26f, 28f, 30f, 32f,and 34f | 8 | ✓ |
| Pediatric nasal airways 1 each12f,14f,16f,18f | 4 | ✓ |
| water soluble lubricant | 12 | ✓ |
| Bag Valve Mask Adult w O2 connector tube | 1 | ✓ |
| Bag Valve Mask child &infant w O2 connector tube | 1 | |
| Small Dressing min 4X4 | 24 | ✓ |
| Medium Dressing min 5X9 | 12 | ✓ |
| Large Dressing min 10"X30" | 6 | ✓ |
| Roller Bandage - 4" Kling | 12 | ✓ |
| Roller Bandage - 6" Kling | 12 | ✓ |
| Triangular Bandages | 12 | ✓ |
| 1" Tape | 3 | ✓ |
| 1" Tape Hypoallergenic | 1 | ✓ |
| Bandage Shears | 1 | ✓ |
| Burn Sheets | 2 | ✓ |

# AMBULANCE CHECKLIST

Sherborn Fire Department
Sherborn, Massachusetts 01770

Inventoried by: _[signature]_

Date: 10.5.02

| STRETCHER | Required | On Hand |
|---|---|---|
| Ambulance Cot w/IV pole | 1 | ✓ |
| Wrist and Ankle Restraints(for cot) set | 1 | ✓ |
| **ON BOARD O2 SUPPLIES** | | |
| O2 Cylinder Pressure | 800 psi | ✓ |
| Flow Meter | 2 | ✓ |
| O2 Humidifier (single use) | 1 | ✓ |
| Oximeter (oxygen % and pulse) | 1 | ✓ |
| Sterile Water for Humidifier | | ✓ |
| Adult Non-Rebreathers w/tubing | 4 | ✓ |
| Adult Simple Face masks w/tubing | 4 | ✓ |
| Adult Nasal Cannulas | 4 | ✓ |
| Child Non-Rebreathers w/tubing | 4 | ✓ |
| Child Nasal Cannulas | 4 | ✓ |
| **PORTABLE O2 SUPPLIES** | | |
| Primary O2 Cylinder Pressure | 800 psi | ✓ |
| Regulator / flow meter | 1 | ✓ |
| Adult, Child, Infant Face Mask for Resuscitators | 2 each | ✓ |
| Adult Non-Rebreathers w/tubing | 2 | ✓ |
| Adult Simple Face masks w/tubing | 2 | ✓ |
| Adult Nasal Cannulas | 2 | ✓ |
| bag/valve/mask | 2 | ✓ |
| Full Spare O2 Cylinder (kept in vehicle) | 1 | ✓ |
| **ON BOARD SUCTION** | | |
| Operational | yes | ✓ |
| French suction catheters 2 each 5, 8,14, | 6 | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Suction Rinsing Water Bottle | 1 | ✓ |
| Suction Tubing min 1/4inch in diameter min | 2 | ✓ |
| Pharyngeal Suction Tip | 2 | ✓ |
| **PORTABLE SUCTION UNIT** | | |
| Operational | yes | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Wide Bore Tubing w/Pharyngeal Suction Tip | 1 | ✓ |
| Pair Exam Gloves | | ✓ |
| Face Mask / Eye Shield | 1 | ✓ |
| **EPINEPHRINE AUTO INJECTORS** | | |
| Adult Epi-Pens (within expiration date) | 2 | ✓ |
| Pedi Epi-Pens (within expiration date) | 2 | ✓ |

| ON BOARD E.M.S. SUPPLIES | Required | On Hand |
|---|---|---|
| Adult Traction Splint | 1 | ✓ |
| Child Traction Splint | 1 | ✓ |
| **Padded Board Splints** | | |
| 3 foot x 3 inches | 2 | ✓ |
| 15 inches x 3 inches | 2 | ✓ |
| 4.5 foot x 3 inches | 2 | ✓ |
| **K.E.D.** | | |
| Long Back Board w straps 3 sets | 2 | ✓ |
| Head Blocks + Straps sets | 2 | ✓ |
| Cervical Collars: Adult Adjustable | 2 | ✓ |
| Adult No-Neck | 2 | ✓ |
| Adult Short | 2 | ✓ |
| Adult Regular | 2 | ✓ |
| Adult Tall | 2 | ✓ |
| Child No-Neck | 2 | ✓ |
| Pedi (regular size) | 2 | ✓ |
| Stair Chair with straps | 1 | ✓ |
| Infant Back Board | 1 | ✓ |
| Auxiliary Stretcher (Scoop) | 1 | ✓ |
| Wrapped Oral Airways (set of 7 sizes) | 6 | ✓ |
| Wrapped Nasal Airways 1 each 20f,22f,24f,26f, 28f, 30f, 32f,and 34f | 8 | ✓ |
| Pediatric nasul airways 1 each12f,14f,16f,18f | 4 | ✓ |
| water soluble lubricant | | |
| Bag Valve Mask Adult w O2 connector tube | 12 | ✓ |
| Bag Valve Mask child &infant w O2 connector tube | 1 | ✓ |
| Small Dressing min 4X4 | 24 | ✓ |
| Medium Dressing min 5X9 | 12 | ✓ |
| Large Dressing min 10"X30" | 6 | ✓ |
| Roller Bandage - 4" Kling | 12 | ✓ |
| Roller Bandage - 6" Kling | 12 | ✓ |
| Triangular Bandages | 12 | ✓ |
| 1" Tape | 3 | ✓ |
| 1" Tape Hypoallergenic | 1 | ✓ |
| Bandage Shears | 1 | ✓ |
| Burn Sheets | 2 | ✓ |

| | Required | On Hand |
|---|---|---|
| OB Kit | 1 | ✓ |
| Glucose+ wrapped tongue depressors | 3 | ✓ |
| OB Pads | 6 | ✓ |
| Seizer Sticks | 6 | ✓ |
| Poison Antidote Kit w/ Charcoal&measuring | 2 | ✓ |
| Sterile H2O or Saline (3) liters | 3 | ✓ |
| Aluminum Foil Roll | 1 | ✓ |
| Polyethylene Film Roll | 1 | ✓ |
| Bed pan | 1 | ✓ |
| Motion Sickness Bags | 1 | ✓ |
| Pillows (waterproof) | 2 | ✓ |
| Pillows cases | 4 | ✓ |
| Sheets | 8 | ✓ |
| Blankets | 4 | ✓ |
| Towels | 4 | ✓ |
| Tissue Packages | 2 | ✓ |
| Drinking Cups | 2 | ✓ |
| Ice Packs | 4 | ✓ |
| Hot Packs | 4 | ✓ |
| Infection Control Kit | 2 | ✓ |
| Ring Cutter | 1 | ✓ |
| Infant B.P. Cuff | 1 | ✓ |
| Child B.P. Cuff | 1 | ✓ |
| Adult B.P. Cuff | 1 | ✓ |
| Thigh B.P. Cuff | 1 | ✓ |
| Plastic Bags with Ties | 2 | ✓ |
| Red Bio-Hazard Bags with Ties | 2 | ✓ |
| Sharps Container (covered and secured) | 1 | ✓ |
| Face Mask/Eye Shields | 1 | ✓ |
| Pairs Exam Gloves (various sizes) | 6 | ✓ |
| Hand Cleaner (dispensed) | 1 | ✓ |

| FIRST AID KIT CONTAINING: | Required | On Hand Main | Spare |
|---|---|---|---|
| Wrapped Oral Airways (1 each: infant/child/adult) | 2 | ✓ | |
| 4" x 4" Dressings | 3 | ✓ | |
| 5" x 9" Dressings | 12 | ✓ | |
| 10" x 30" Trauma Dressings | 4 | ✓ | |
| Roller Bandage - 2" Kling | 2 | ✓ | |
| Roller Bandage - 4" Kling | 6 | ✓ | |
| Triangular Bandages | 6 | ✓ | |
| Tourniquets | 2 | ✓ | |
| Trauma Scissors | 1 | ✓ | |
| 2" adhesive tape 5 yards min | 1 | ✓ | |
| Adult B.P. Cuff | 6 | ✓ | |
| Seat belt Cutter | 1 | | |
| Non-Rebreather: Adult/Child | 1 each | ✓ | |
| Wrapped tongue depressors | 2 | | |
| Stethoscope | 1 | ✓ | |
| Penlight | 1 | ✓ | |
| 500cc Sterile water or saline | 1 | ✓ | |
| Ice Packs | 2 | ✓ | |
| Glucose Tube | 1 | ✓ | |
| Band Aids | 6 | ✓ | |
| "Mouth to Mouth" Mask | 1 | ✓ | |
| Face Mask/Eye Shields | 2 | ✓ | |
| Pair of exam Gloves | 2 | ✓ | |
| DEFIBRILLATOR | | | |
| Batteries Charged and Unit Operational | yes | ✓ | |
| Sets of Defibrillator Pads | 2 | ✓ | |
| Spare Batteries | 2 | ✓ | |
| Razor | | ✓ | |
| CPR Board (short board) | 1 | ✓ | |

| Equipment to Gain Access | Required | On Hand Main | Spare |
|---|---|---|---|
| Screwdriver, min 8" regular blade | 1 | ✓ | |
| Hacksaw with 6 wire carbide blades | 1 | | |
| Pair of pliers, 10" vice grip | 1 | ✓ | |
| Short handled sledge hammer, min 3 Lbs | 1 | ✓ | |
| Rope, synthetic, min 50 ft by 1/2" diameter | 1 | ✓ | |
| Pair of gloves (leather gauntlets) | 2 | ✓ | |
| Pair of goggles (clear eye protective) | 2 | ✓ | |

| Latex-Free Equipment | Required | On Hand |
|---|---|---|
| Latex-free examination gloves, two pairs ea. small, medium & Large | 1 | ✓ |
| Latex-free tourniquet | 1 | ✓ |
| Latex-free adult BVM and masks | 1 | ✓ |
| Latex-free high concentration, disposable, O2 masks with delivery tubes, two each adult and child | 2 | ✓ |
| Latex-free nasal cannulae and delivery tubes, two each adult and child | 2 | ✓ |
| Latex-free B/P cuff | 1 | |
| Latex-free stethoscope | 1 | ✓ |

Sherborn Fire Department
Sherborn, Massachusetts 01770

Inventoried by: _(signature)_

## AMBULANCE CHECKLIST

Date: _10/10-02 Thursday_

_p.1 of 2 / 10-10-02_

| STRETCHER | Required | On Hand |
|---|---|---|
| Ambulance Cot w/IV pole | 1 | ✓ |
| Wrist and Ankle Restraints/(or cot) set | 1 | ✓ |
| **ON BOARD O2 SUPPLIES** | | |
| O2 Cylinder Pressure | 800 psi | ✓ |
| Flow Meter | 2 | ✓ |
| O2 Humidifier (single use) | 1 | ✓ |
| Oximeter (oxygen % and pulse) | 1 | ✓ |
| Sterile Water for Humidifier | 4 | ✓ |
| Adult Non-Rebreathers w/tubing | 4 | ✓ |
| Adult Simple Face masks w/tubing | 4 | ✓ |
| Adult Nasal Cannulas | 4 | ✓✓ |
| Child Non-Rebreathers w/tubing | 4 | ✓✓ |
| Child Nasal Cannulas | 4 | ✓ |
| **PORTABLE O2 SUPPLIES** | | |
| Primary O2 Cylinder Pressure | 800 psi | ✓ |
| Regulator / flow meter | 2 each | ✓✓ |
| Adult, Child, Infant Face Mask for Resuscitators | | ✓ |
| Adult Non-Rebreathers w/tubing | 2 | ✓ |
| Adult Simple Face masks w/tubing | 2 | ✓ |
| Adult Nasal Cannulas | 2 | ✓ |
| bag/valve/mask | 1 | ✓ |
| Full Spare O2 Cylinder (kept in vehicle) | 1 | ✓ |
| **ON BOARD SUCTION** | | |
| Operational | yes | ✓ |
| French suction catheters 2 each 5, 8, 14, | 6 | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Suction Rinsing Water Bottle | | ✓ |
| Suction Tubing min 1/4inch in diameter min | 2 | ✓ |
| Pharyngeal Suction Tip | 2 | ✓ |
| **PORTABLE SUCTION UNIT** | | |
| Operational | yes | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Wide Bore Tubing w/Pharyngeal Suction Tip | 1 | ✓ |
| Pair Exam Gloves | 1 | ✓ |
| Face Mask / Eye Shield | 1 | ✓ |
| **EPINEPHRINE AUTO INJECTORS** | | |
| Adult Epi-Pens (within expiration date) | 2 | ✓ |
| Pedi Epi-Pens (within expiration date) | 2 | ✓ |

| ON BOARD E.M.S. SUPPLIES | Required | On Hand |
|---|---|---|
| Adult Traction Splint | 1 | ✓ |
| Child Traction Splint | | ✓ |
| Padded Board Splints | | |
| 3 foot x 3 inches | 2 | ✓ |
| 15 inches x 3 inches | 2,3 | ✓ |
| 4.5 foot x 3 inches | 2,0 | ✓ |
| K.E.D. | 2 | ✓ |
| Long Back Board w straps 3 sets | 2 | ✓ |
| Head Blocks + Straps sets | 2 | ✓ |
| Cervical Collars: Adult Adjustable | 2 | ✓ |
| Adult No-Neck | 2 | ✓ |
| Adult Short | 2 | ✓ |
| Adult Regular | 2 | ✓ |
| Adult Tall | 2 | ✓ |
| Child No-Neck | 2 | ✓ |
| Pedi (regular size) | 2 | ✓ |
| Stair Chair with straps | 1 | ✓ |
| Infant Back Board | 1 | ✓ |
| Auxiliary Stretcher (Scoop) | 1 | ✓ |
| Wrapped Oral Airways (set of 7 sizes) | 6 | ✓ |
| Wrapped Nasal Airways 1 each 20f,22f,24f,26f, 28f,30f,32f,and 34f | 8 | ✓ |
| Pediatric nasal airways 1 each12f,14f,16f,18f | 4 | ✓ |
| water soluble lubricant | 12 | ✓ |
| Bag Valve Mask Adult w O2 connector tube | 1 | ✓ |
| Bag Valve Mask child &infant w O2 connector tube | 1 | ✓ |
| Small Dressing min 4X4 | 24 | ✓ |
| Medium Dressing min 5X9 | 12 | ✓ |
| Large Dressing min 10"X30" | 6 | ✓ |
| Roller Bandage - 4" King | 12 | ✓ |
| Roller Bandage - 6" King | 12 | ✓ |
| Triangular Bandages | 12 | ✓ |
| 1" Tape | 3 | ✓ |
| 1" Tape Hypoallergenic | 1 | ✓ |
| Bandage Shears | 1 | ✓ |
| Burn Sheets | 2 | ✓ |

| | Required | On Hand |
|---|---|---|
| OB Kit | 1 | ✓ |
| Glucose+ wrapped tongue depressors | 3 | ✓ |
| OB Pads | 6 | ✓ |
| Seizer Sticks | 6 | ✓ |
| Poison Antidote Kit w/ Charcoal&measuring | 2 | ✓ |
| Sterile H2O or Saline (3) liters | 3 | ✓ |
| Aluminum Foil Roll | 1 | ✓ |
| Polyethylene Film Roll | 1 | ✓ |
| Bed pan | 1 | ✓ |
| Motion Sickness Bags | 1 | ✓ |
| Pillows (waterproof) | 2 | ✓ |
| Pillows cases | 4 | ✓ |
| Sheets | 8 | ✓ |
| Blankets | 4 | ✓ |
| Towels | 4 | ✓ |
| Tissue Packages | 2 | ✓ |
| Drinking Cups | 2 | ✓ |
| Ice Packs | 4 | ✓ |
| Hot Packs | 4 | ✓ |
| Infection Control Kit | 2 | ✓ |
| Ring Cutter | 1 | ✓ |
| Infant B.P. Cuff | 1 | ✓ |
| Child B.P. Cuff | 1 | ✓ |
| Adult B.P. Cuff | 1 | ✓ |
| Thigh B.P. Cuff | 1 | ✓ |
| Plastic Bags with Ties | 2 | ✓ |
| Red Bio-Hazard Bags with Ties | 2 | ✓ |
| Sharps Container (covered and secured) | 1 | ✓ |
| Face Mask/Eye Shields | 2 | ✓ |
| Pairs Exam Gloves (various sizes) | 6 | ✓ |
| Hand Cleaner (dispensed) | 1 | ✓ |

| | Required | On Hand Main | Spare |
|---|---|---|---|
| FIRST AID KIT CONTAINING: | 2 | | |
| Wrapped Oral Airways (1 each: infant/child/adult) | 3 | | |
| 4" x 4" Dressings | 12 | | |
| 5" x 9" Dressings | 4 | | |
| 10" x 30" Trauma Dressings | 2 | | |
| Roller Bandage - 2" Kling | 6 | ✓ | |
| Roller Bandage - 4" Kling | 6 | ✓ | |
| Triangular Bandages | 6 | ✓ | |
| Tourniquets | 2 | ✓ | |
| Trauma Scissors | 1 | | |
| 2" adhesive tape 5 yards min | 1 | | |
| Adult B.P. Cuff | 6 | ✓ | |
| Seat belt Cutter | 1 | | |
| Non-Rebreather: Adult/Child | 1 each | ✓ | |
| Wrapped tongue depressors | 2 | ✓ | |
| Stethoscope | 1 | ✓ | |
| Penlight | 1 | | |
| 500cc Sterile water or saline | 1 | | |
| Ice Packs | 2 | ✓ | |
| Glucose Tube | 1 | ✓ | |
| Band Aids | 6 | ✓ | |
| "Mouth to Mouth" Mask | 1 | ✓ | |
| Face Mask/Eye Shields | 2 | ✓ | |
| Pair of exam Gloves | 2 | ✓ | |
| DEFIBRILLATOR | | | |
| Batteries Charged and Unit Operational | yes | ✓ | |
| Sets of Defibrillator Pads | 2 | ✓ | |
| Spare Batteries | 1 | ✓ | |
| Razor | 1 | ✓ | |
| CPR Board (short board) | 1 | ✓ | |

| | Required | On Hand |
|---|---|---|
| Latex-Free Equipment | | |
| Latex-free examination gloves, two pairs ea. small, medium & Large | 1 | ✓ |
| Latex-free tourniquet | 1 | ✓ |
| Latex-free adult BVM and masks | 1 | ✓ |
| Latex-free high concentration, disposable, O2 masks with delivery tubes, two each adult and child | 2 | ✓ |
| Latex-free nasal cannulae and delivery tubes, two each adult and child | 2 | ✓ |
| Latex-free B/P cuff | 1 | ✓ |
| Latex-free stethoscope | 1 | ✓ |

| | Required | On Hand Main | Spare |
|---|---|---|---|
| Equipment to Gain Access | | | |
| Screwdriver, min 8" regular blade | 1 | ✓ | |
| Hacksaw with 6 wire carbide blades | 1 | ✓ | |
| Pair of pliers, 10" vice grip | 1 | ✓ | |
| Short handled sledge hammer, min 3 Lbs | 1 | ✓ | |
| Rope, synthetic, min 50 ft by 1/2" diameter | 1 | ✓ | |
| Pair of gloves (leather gauntlets) | 2 | ✓ | |
| Pair of goggles (clear eye protective) | 2 | ✓ | |

# AMBULANCE CHECKLIST

**Sherborn Fire Department**
**Sherborn, Massachusetts 01770**

Inventoried by: _[signature]_

Date: 10.6.02  THOMPSON

| STRETCHER | Required | On Hand |
|---|---|---|
| Ambulance Cot w/IV pole | 1 | ✓ |
| Wrist and Ankle Restraints(for cot) set | | ✓ |
| **ON BOARD O2 SUPPLIES** | | |
| O2 Cylinder Pressure | 800 psi | |
| Flow Meter | 2 | ✓ |
| O2 Humidifier (single use) | 1 | ✓ |
| Oximeter (oxygen % and pulse) | 1 | ✓ |
| Sterile Water for Humidifier | 1 | ✓ |
| Adult Non-Rebreathers w/tubing | 4 | ✓ |
| Adult Simple Face masks w/tubing | 4 | ✓ |
| Adult Nasal Cannulas | 4 | ✓ |
| Child Non-Rebreathers w/tubing | 4 | ✓ |
| Child Nasal Cannulas | 4 | ✓ |
| **PORTABLE O2 SUPPLIES** | | |
| Primary O2 Cylinder Pressure | 800 psi | ✓ |
| Regulator / flow meter | 1 | ✓ |
| Adult, Child, Infant Face Mask for Resuscitators | 2 each | ✓ |
| Adult Non-Rebreathers w/tubing | 2 | ✓ |
| Adult Simple Face masks w/tubing | 2 | ✓ |
| Adult Nasal Cannulas | 2 | ✓ |
| bag/valve/mask | 1 | ✓ |
| Full Spare O2 Cylinder (kept in vehicle) | 1 | ✓ |
| **ON BOARD SUCTION** | | |
| Operational | yes | ✓ |
| French suction catheters 2 each 5, 8,14, | 6 | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Suction Rinsing Water Bottle | 1 | ✓ |
| Suction Tubing min 1/4inch in diameter min | 2 | ✓ |
| Pharyngeal Suction Tip | 2 | ✓ |
| **PORTABLE SUCTION UNIT** | | |
| Operational | yes | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Wide Bore Tubing w/Pharyngeal Suction Tip | 1 | ✓ |
| Pair Exam Gloves | 1 | ✓ |
| Face Mask / Eye Shield | 1 | ✓ |
| **EPINEPHRINE AUTO INJECTORS** | | |
| Adult Epi-Pens (within expiration date) | 2 | ✓ |
| Pedi Epi-Pens (within expiration date) | 2 | ✓ |

| ON BOARD E.M.S. SUPPLIES | Required | On Hand |
|---|---|---|
| Adult Traction Splint | 1 | ✓ |
| Child Traction Splint | 1 | ✓ |
| Padded Board Splints | | |
| 3 foot x 3 inches | 2 | |
| 15 inches x 3 inches | 2 | ✓ |
| 4.5 foot x 3 inches | 2 | ✓ |
| K.E.D. | | |
| Long Back Board w straps 3 sets | 2 | ✓ |
| Head Blocks + Straps sets | 2 | ✓ |
| Cervical Collars: Adult Adjustable | 2 | ✓ |
| Adult No-Neck | 2 | ✓ |
| Adult Short | 2 | ✓ |
| Adult Regular | 2 | ✓ |
| Adult Tall | 2 | ✓ |
| Child No-Neck | 2 | ✓ |
| Pedi (regular size) | 2 | ✓ |
| Stair Chair with straps | 1 | ✓ |
| Infant Back Board | 1 | |
| Auxiliary Stretcher (Scoop) | 1 | ✓ |
| Wrapped Oral Airways (set of 7 sizes) | 8 | |
| Wrapped Nasal Airways 1 each 20f,22f,24f,26f, 28f, 30f, 32f,and 34f | 8 | |
| Pediatric nasal airways 1 each 12f,14f,16f,18f | 4 | ✓ |
| water soluble lubricant | 12 | ✓ |
| Bag Valve Mask Adult w O2 connector tube | 1 | ✓ |
| Bag Valve Mask child &infant w O2 connector tube | 1 | ✓ |
| Small Dressing min 4X4 | 24 | ✓ |
| Medium Dressing min 5X9 | 12 | ✓ |
| Large Dressing min 10"X30" | 6 | ✓ |
| Roller Bandage - 4" King | 12 | ✓ |
| Roller Bandage - 6" King | 12 | ✓ |
| Triangular Bandages | 12 | ✓ |
| 1" Tape | 3 | ✓ |
| 1" Tape Hypoallerergenic | 1 | ✓ |
| Bandage Shears | 1 | ✓ |
| Burn Sheets | 2 | ✓ |

| | Required | On Hand |
|---|---|---|
| OB Kit | 1 | ✓ |
| Glucose* wrapped tongue depressors | 3 | ✓ |
| OB Pads | 6 | ✓ |
| Seizer Sticks | 6 | ✓ |
| Poison Antidote Kit w/ Charcoal&measuring | 2 | ✓ |
| Sterile H2O or Saline (3) liters | 3  1 | ✓ |
| Aluminum Foil Roll | 1 | ✓ |
| Polyethylene Film Roll | 1 | ✓ |
| Bed pan | | ✓ |
| Motion Sickness Bags | 1 | ✓ |
| Pillows (waterproof) | 2 | ✓ |
| Pillows cases | 4 | ✓ |
| Sheets | 8 | ✓ |
| Blankets | 4 | ✓ |
| Towels | 4 | ✓ |
| Tissue Packages | 2 | ✓ |
| Drinking Cups | 2 | ✓ |
| Ice Packs | 4 | ✓ |
| Hot Packs | 4 | ✓ |
| Infection Control Kit | 2 | ✓ |
| Ring Cutter | 1 | ✓ |
| Infant B.P. Cuff | 1 | ✓ |
| Child B.P. Cuff | 1 | ✓ |
| Adult B.P. Cuff | 1 | ✓ |
| Thigh B.P. Cuff | 1 | ✓ |
| Plastic Bags with Ties | 2 | ✓ |
| Red Bio-Hazard Bags with Ties | 2 | ✓ |
| Sharps Container (covered and secured) | 1 | ✓ |
| Face Mask/Eye Shields | 2 | ✓ |
| Pairs Exam Gloves (various sizes) | 6 | ✓ |
| Hand Cleaner (dispensed) | 1 | ✓ |

| | Required | On Hand Main | On Hand Spare |
|---|---|---|---|
| FIRST AID KIT CONTAINING: | 2 | | |
| Wrapped Oral Airways (1 each: infant/child/adult) | 3 | ✓ | |
| 4" x 4" Dressings | 12 | ✓ | |
| 5" x 9" Dressings | 4 | ✓ | |
| 10" x 30" Trauma Dressings | 2 | ✓ | |
| Roller Bandage - 2" Kling | 6 | ✓ | |
| Roller Bandage - 4" Kling | 6 | ✓ | |
| Triangular Bandages | 6 | ✓ | |
| Tourniquets | 2 | ✓ | |
| Trauma Scissors | 1 | ✓ | |
| 2" adhesive tape 5 yards min | 1 | ✓ | |
| Adult B.P. Cuff | 6 | ✓ | |
| Seat belt Cutter | 1 | ✓ | |
| Non-Rebreather, Adult/Child | 1 each | ✓ | |
| Wrapped tongue depressors | 2 | ✓ | |
| Stethoscope | 1 | ✓ | |
| Penlight | 1 | ✓ | |
| 500cc Sterile water or saline | 1 | ✓ | |
| Ice Packs | 2 | ✓ | |
| Glucose Tube | 1 | ✓ | |
| Band Aids | 6 | ✓ | |
| "Mouth to Mouth" Mask | 1 | ✓ | |
| Face Mask/Eye Shields | 2 | ✓ | |
| Pair of exam Gloves | 2 | ✓ | |
| DEFIBRILLATOR | | | |
| Batteries Charged and Unit Operational | yes | ✓ | |
| Sets of Defibrillator Pads | 2 | ✓ | |
| Spare Batteries | 1 | ✓ | |
| Razor | 1 | ✓ | |
| CPR Board (short board) | 1 | ✓ | |

| | Required | On Hand |
|---|---|---|
| Latex-Free Equipment | | |
| Latex-free examination gloves, two pairs ea. | 1 | ✓ |
|    small, medium & Large | | |
| Latex-free tourniquet | 1 | ✓ |
| Latex-free adult BVM and masks | 1 | ✓ |
| Latex-free high concentration, disposable, O2 | 1 | ✓ |
|    masks with delivery tubes, two each adult | 2 | ✓ |
|    and child | | |
| Latex-free nasal cannulae and delivery | 2 | ✓ |
|    tubes, two each adult and child | | |
| Latex-free B/P cuff | 1 | ✓ |
| Latex-free stethoscope | 1 | ✓ |

| | Required | On Hand Main | On Hand Spare |
|---|---|---|---|
| Equipment to Gain Access | | | |
| Screwdriver, min 8" regular blade | 1 | ✓ | |
| Hacksaw with 6 wire carbide blades | 1 | ✓ | |
| Pair of pliers, 10" vice grip | 1 | ✓ | |
| Short handled sledge hammer, min 3 Lbs | 1 | ✓ | |
| Rope, synthetic, min 50 ft by 1/2" diameter | 1 | ✓ | |
| Pair of gloves (leather gauntlets) | 2 | ✓ | ✓ |
| Pair of goggles (clear eye protective) | 2 | ✓ | |

**Sherborn Fire Department**
**Sherborn, Massachusetts 01770**

Inventoried by: _____ ＋ _Alek Asaru_
_Jon Breuer_
_Jeff Breuritn_

**AMBULANCE CHECKLIST**

Date: 10-22-02

| STRETCHER | Required | On Hand |
|---|---|---|
| Ambulance Cot w/IV pole | 1 | ✓ |
| Wrist and Ankle Restraints(for cot) set | 1 | ✓ |
| ON BOARD O2 SUPPLIES | | |
| O2 Cylinder Pressure | 800 psi | ✓ |
| Flow Meter | 2 | ✓ |
| O2 Humidifier (single use) | 1 | ✓ |
| Oximeter (oxygen % and pulse) | 1 | ✓ |
| Sterile Water for Humidifier | 4 | ✓ |
| Adult Non-Rebreathers w/tubing | 4 | ✓ |
| Adult Simple Face masks w/tubing | 4 | ✓ |
| Adult Nasal Cannulas | 4 | ✓ |
| Child Non-Rebreathers w/tubing | 4 | ✓ |
| Child Nasal Cannulas | 4 | ✓ |
| PORTABLE O2 SUPPLIES | | |
| Primary O2 Cylinder Pressure | 800 psi | ✓ |
| Regulator / flow meter | 1 | ✓ |
| Adult, Child, Infant Face Mask for Resuscitators | 2 each | ✓ |
| Adult Non-Rebreathers w/tubing | 2 | ✓ |
| Adult Simple Face masks w/tubing | 2 | ✓ |
| Adult Nasal Cannulas | 2 | ✓ |
| bag/valve/mask | 1 | ✓ |
| Full Spare O2 Cylinder (kept in vehicle) | 1 | ✓ |
| ON BOARD SUCTION | | |
| Operational | yes | ✓ |
| French suction catheters 2 each 5, 8,14, | 6 | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Suction Rinsing Water Bottle | 1 | ✓ |
| Suction Tubing min 1/4inch in diameter min | 2 | ✓ |
| Pharyngeal Suction Tip | 2 | ✓ |
| PORTABLE SUCTION UNIT | | |
| Operational | yes | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Wide Bore Tubing w/Pharyngeal Suction Tip | 1 | ✓ |
| Pair Exam Gloves | 1 | ✓ |
| Face Mask / Eye Shield | 1 | ✓ |
| EPINEPHRINE AUTO INJECTORS | | |
| Adult Epi-Pens (within expiration date) | 2 | ✓ |
| Pedi Epi-Pens (within expiration date) | 2 | ✓ |

| ON BOARD E.M.S. SUPPLIES | Required | On Hand |
|---|---|---|
| Adult Traction Splint | 1 | ✓ |
| Child Traction Splint | 1 | ✓ |
| Padded Board Splints | | |
| 3 foot x 3 inches | 2 | ✓ |
| 15 inches  x  3 inches | 2 | ✓ |
| 4.5 foot  x  3 inches | 2 | ✓ |
| K.E.D. | 2 | ✓ |
| Long Back Board w straps 3 sets | 2 | ✓ |
| Head Blocks + Straps sets | 2 | ✓ |
| Cervical Collars: Adult Adjustable | 2 | ✓ |
| Adult No-Neck | 2 | ✓ |
| Adult Short | 2 | ✓ |
| Adult Regular | 2 | ✓ |
| Adult Tall | 2 | ✓ |
| Child No-Neck | 2 | ✓ |
| Pedi (regular size) | 2 | ✓ |
| Stair Chair with straps | 1 | ✓ |
| Infant Back Board | 1 | ✓ |
| Auxiliary Stretcher (Scoop) | 1 | ✓ |
| Wrapped Oral Airways (set of 7 sizes) | 6 | ✓ |
| Wrapped Nasal Airways 1 each 20f,22f,24f,26f, | 8 | ✓ |
| 28f, 30f, 32f,and 34f | | |
| Pediatric nasul airways 1 each12f,14f,14f,16f,18f | 4 | ✓ |
| water soluble lubricant | 12 | ✓ |
| Bag Valve Mask Adult w O2 connector tube | 1 | ✓ |
| Bag Valve Mask  child &infant w O2 connector tube | 1 | ✓ |
| Small Dressing min 4X4 | 24 | ✓ |
| Medium Dressing min 5X9 | 12 | ✓ |
| Large Dressing min 10"X30" | 6 | ✓ |
| Roller Bandage - 4" King | 12 | ✓ |
| Roller Bandage - 6" King | 12 | ✓ |
| Triangular Bandages | 12 | ✓ |
| 1" Tape | 3 | ✓ |
| 1" Tape Hypoallergenic | 1 | ✓ |
| Bandage Shears | 1 | ✓ |
| Burn Sheets | 2 | ✓ |

| | Required | On Hand |
|---|---|---|
| OB Kit | 1 | ✓ |
| Glucose* wrapped tongue depressors | 3 | ✓ |
| OB Pads | 6 | ✓ |
| Seizer Sticks | 6 | ✓ |
| Poison Antidote Kit w/ Charcoal&measuring | 2 | ✓ |
| Sterile H2O or Saline (3) liters | 3  1 | ✓ |
| Aluminum Foil Roll | 1  ¾ | ✓ |
| Polyethylene Film Roll | 1 | ✓ |
| Bed pan    various | 1 | ✓ |
| Motion Sickness Bags | 1 | ✓ |
| Pillows (waterproof) | 2 | ✓ |
| Pillows cases | 4 | ✓ |
| Sheets | 8 | ✓ |
| Blankets | 4 | ✓ |
| Towels | 4 | ✓ |
| Tissue Packages | 2 | ✓ |
| Drinking Cups | 2 | ✓ |
| Ice Packs | 4 | ✓ |
| Hot Packs | 4 | ✓ |
| Infection Control Kit | 2 | ✓ |
| Ring Cutter | 1 | ✓ |
| Infant B.P. Cuff | 1 | ✓ |
| Child B.P. Cuff | 1 | ✓ |
| Adult B.P. Cuff | 1 | ✓ |
| Thigh B.P. Cuff | 1 | ✓ |
| Plastic Bags with Ties | 2 | ✓ |
| Red Bio-Hazard Bags with Ties | 2 | ✓ |
| Sharps Container (covered and secured) | 1 | ✓ |
| Face Mask/Eye Shields | 2 | ✓ |
| Pairs Exam Gloves (various sizes) | 6 | ✓ |
| Hand Cleaner (dispensed) | 1 | ✓ |

| | Required | On Hand | |
|---|---|---|---|
| | | Main | Spare |
| FIRST AID KIT CONTAINING: | 2 | ✓ | |
| Wrapped Oral Airways (1 each: infant/child/adult) | 3 | ✓ | |
| 4" x 4" Dressings | 12 | ✓ | |
| 5" x 9" Dressings | 4 | ✓ | |
| 10" x 30" Trauma Dressings | 2 | ✓ | |
| Roller Bandage - 2" Kling | 6 | ✓ | |
| Roller Bandage - 4" Kling | 6 | ✓ | |
| Triangular Bandages | 6 | ✓ | |
| Tourniquets | 2 | ✓ | |
| Trauma Scissors | 1 | ✓ | |
| 2" adhesive tape 5 yards min | 1 | ✓ | |
| Adult B.P. Cuff | 6 | ✓ | |
| Seat belt Cutter | 1 | ✓ | |
| Non-Rebreather, Adult/Child | 1 each | ✓ | |
| Wrapped tongue depressors | 2 | ✓ | |
| Stethoscope | 1 | ✓ | |
| Penlight | 1 | ✓ | |
| 500cc Sterile water or saline | 1 | ✓ | |
| Ice Packs | 2 | ✓ | |
| Glucose Tube | 1 | ✓ | |
| Band Aids | 6 | ✓ | |
| "Mouth to Mouth" Mask | 1 | ✓ | |
| Face Mask/Eye Shields | 2 | ✓ | |
| Pair of exam Gloves | 2 | ✓ | |
| DEFIBRILLATOR | | | |
| Batteries Charged and Unit Operational | yes | ✓ | |
| Sets of Defibrillator Pads | 2 | ✓ | |
| Spare Batteries | 1 | ✓ | |
| Razor | 1 | ✓ | |
| CPR Board (short board) | 1 | ✓ | |

| Latex-Free Equipment | Required | On Hand |
|---|---|---|
| Latex-free examination gloves, two pairs ea | 1 | ✓ |
| small, medium & Large | | |
| Latex-free tourniquet | 1 | ✓ |
| Latex-free adult BVM and masks | 1 | ✓ |
| Latex-free high concentration, disposable, O2 | 2 | ✓ |
| masks with delivery tubes, two each adult | | |
| and child | | |
| Latex-free nasal cannulae and delivery | 2 | ✓ |
| tubes, two each adult and child | | |
| Latex-free B/P cuff | 1 | ✓ |
| Latex-free stethoscope | 1 | ✓ |

| Equipment to Gain Access | Required | On Hand | |
|---|---|---|---|
| | | Main | Spare |
| Screwdriver, min 8" regular blade | 1 | ✓ | |
| Hacksaw with 6 wire carbide blades | 1 | ✓ | |
| Pair of pliers, 10" vice grip | 1 | ✓ | |
| Short handled sledge hammer, min 3 Lbs | 1 | ✓ | |
| Rope, synthetic, min 50 ft by 1/2" diameter | 1 | ✓ | |
| Pair of gloves (leather gauntlets) | 2 | ✓ | |
| Pair of goggles (clear eye protective) | 2 | ✓ | |

10·18·02
p 1 of 2

**Sherborn Fire Department**
**Sherborn, Massachusetts 01770**

Inventoried by: _____

**AMBULANCE CHECKLIST**

Date: 10-18-02 Mooney

| STRETCHER | Required | On Hand |
|---|---|---|
| Ambulance Cot w/IV pole | 1 | ✓ |
| Wrist and Ankle Restraints(for cot) set | 1 | ✓ |
| **ON BOARD O2 SUPPLIES** | | |
| O2 Cylinder Pressure | 800 psi | |
| Flow Meter | 2 | ✓ |
| O2 Humidifier (single use) | 1 | ✓ |
| Oximeter (oxygen % and pulse) | 1 | ✓ |
| Sterile Water for Humidifier | 4 | ✓ |
| Adult Non-Rebreathers w/tubing | 4 | ✓ |
| Adult Simple Face masks w/tubing | 4 | ✓ |
| Adult Nasal Cannulas | 4 | ✓ |
| Child Non-Rebreathers w/tubing | 4 | ✓ |
| Child Nasal Cannulas | 4 | ✓ |
| **PORTABLE O2 SUPPLIES** | | |
| Primary O2 Cylinder Pressure | 800 psi | ✓ |
| Regulator / flow meter | 1 | ✓ |
| Adult, Child, Infant Face Mask for Resuscitators | 2 each | ✓ |
| Adult Non-Rebreathers w/tubing | 2 | ✓ |
| Adult Simple Face masks w/tubing | 2 | ✓ |
| Adult Nasal Cannulas | 2 | ✓ |
| bag/valve/mask | 1 | ✓ |
| Full Spare O2 Cylinder (kept in vehicle) | 1 | ✓ |
| **ON BOARD SUCTION** | | |
| Operational | yes | ✓ |
| French suction catheters 2 each 5, 8,14, | 6 | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Suction Rinsing Water Bottle | 1 | ✓ |
| Suction Tubing min 1/4inch in diameter min | 2 | ✓ |
| Pharyngeal Suction Tip | 2 | ✓ |
| **PORTABLE SUCTION UNIT** | | |
| Operational | yes | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Wide Bore Tubing w/Pharyngeal Suction Tip | 1 | ✓ |
| Pair Exam Gloves | 1 | ✓ |
| Face Mask / Eye Shield | 1 | ✓ |
| **EPINEPHRINE AUTO INJECTORS** | | |
| Adult Epi-Pens (within expiration date) | 2 | ✓ |
| Pedi Epi-Pens (within expiration date) | 2 | ✓ |

| ON BOARD E.M.S. SUPPLIES | Required | On Hand |
|---|---|---|
| Adult Traction Splint | 1 | ✓ |
| Child Traction Splint | 1 | ✓ |
| **Padded Board Splints** | | |
| 3 foot x 3 inches | 2 | ✓ |
| 15 inches x 3 inches | 3 | ✓ |
| 4.5 foot x 3 inches | 2 | ✓ |
| **K.E.D.** | 2 | ✓ |
| Long Back Board w straps 3 sets | 2 | ✓ |
| Head Blocks + Straps sets | 2 | ✓ |
| Cervical Collars: Adult Adjustable | 2 | ✓ |
| Adult No-Neck | 2 | ✓ |
| Adult Short | 2 | ✓ |
| Adult Regular | 2 | ✓ |
| Adult Tail | 2 | ✓ |
| Child No-Neck | 2 | ✓ |
| Pedi (regular size) | 2 | ✓ |
| Stair Chair with straps | 1 | ✓ |
| Infant Back Board | 1 | ✓ |
| Auxiliary Stretcher (Scoop) | 1 | ✓ |
| Wrapped Oral Airways (set of 7 sizes) | 6 | ✓ |
| Wrapped Nasal Airways 1 each 20f,22f,24f,26f, 28f, 30f, 32f,and 34f | 8 | ✓ |
| Pediatric nasul airways 1 each12f,14f,16f,18f | 4 | ✓ |
| water soluble lubricant | 12 | ✓ |
| Bag Valve Mask Adult w O2 connnector tube | 1 | ✓ |
| Bag Valve Mask, child &infant w O2 connector tube | 1 | ✓ |
| Small Dressing min 4X4 | 24 | ✓ |
| Medium Dressing min 5X9 | 12 | ✓ |
| Large Dressing min 10"X30" | 6 | ✓ |
| Roller Bandage - 4" Kling | 12 | ✓ |
| Roller Bandage - 6" Kling | 12 | ✓ |
| Triangular Bandages | 12 | ✓ |
| 1" Tape | 3 | ✓ |
| 1" Tape Hypoallerergenic | 1 | ✓ |
| Bandage Shears | 1 | ✓ |
| Burn Sheets | 2 | ✓ |

| Item | Required | On Hand |
|---|---|---|
| OB Kit | 1 | ✓ |
| Glucose+ wrapped tongue depressors | 3 | ✓ |
| OB Pads | 6 | ✓ |
| Seizer Sticks | 6 | ✓ |
| Poison Antidote Kit w/ Charcoal&measuring | 2 | ✓ |
| Sterile H2O or Saline (3) liters | 3 1 | ✓ |
| Aluminum Foil Roll | 1 | ✓ |
| Polyethylene Film Roll | 1 | ✓ |
| Bed pan | 1 | ✓ |
| Motion Sickness Bags | 1 | ✓ |
| Pillows (waterproof) | 2 | ✓ |
| Pillows cases | 4 | ✓ |
| Sheets | 8 | ✓ |
| Blankets | 4 | ✓ |
| Towels | 4 | ✓ |
| Tissue Packages | 2 | ✓ |
| Drinking Cups | 2 | ✓ |
| Ice Packs | 4 | ✓ |
| Hot Packs | 4 | ✓ |
| Infection Control Kit | 2 | ✓ |
| Ring Cutter | 1 | ✓ |
| Infant B.P. Cuff | 1 | ✓ |
| Child B.P. Cuff | 1 | ✓ |
| Adult B.P. Cuff | 1 | ✓ |
| Thigh B.P. Cuff | 1 | ✓ |
| Plastic Bags with Ties | 2 | ✓ |
| Red Bio-Hazard Bags with Ties | 2 | ✓ |
| Sharps Container (covered and secured) | 1 | ✓ |
| Face Mask/Eye Shields | 1 | ✓ |
| Pairs Exam Gloves (various sizes) | 6 | ✓ |
| Hand Cleaner (dispensed) | 1 | ✓ |

| Item | Required | On Hand Main | Spare |
|---|---|---|---|
| FIRST AID KIT CONTAINING: | 2 | ✓ | |
| Wrapped Oral Airways (1 each: infant/child/adult) | 3 | ✓ | |
| 4" x 4" Dressings | 12 | ✓ | |
| 5" x 9" Dressings | 4 | ✓ | |
| 10" x 30" Trauma Dressings | 2 | ✓ | |
| Roller Bandage - 2" Kling | 6 | ✓ | |
| Roller Bandage - 4" Kling | 6 | ✓ | |
| Triangular Bandages | 6 | ✓ | |
| Tourniquets | 2 | ✓ | |
| Trauma Scissors | 2 | ✓ | |
| 2" adhesive tape 5 yards min | 1 | ✓ | |
| Adult B.P. Cuff | 6 | ✓ | |
| Seat belt Cutter | 1 | ✓ | |
| Non-Rebreather: Adult/Child | 1 each | ✓ | |
| Wrapped tongue depressors | 2 | ✓ | |
| Stethoscope | 1 | ✓ | |
| Penlight | 1 | ✓ | |
| 500cc Sterile water or saline | 1 | ✓ | |
| Ice Packs | 2 | ✓ | |
| Glucose Tube | 1 | ✓ | |
| Band Aids | 6 | ✓ | |
| "Mouth to Mouth" Mask | 1 | ✓ | |
| Face Mask/Eye Shields | 2 | ✓ | |
| Pair of exam Gloves | 2 | ✓ | |
| DEFIBRILLATOR | | | |
| Batteries Charged and Unit Operational | yes | ✓ | |
| Sets of Defibrillator Pads | 2 | ✓ | |
| Spare Batteries | 1 | ✓ | |
| Razor | 1 | ✓ | |
| CPR  Board (short board) | 1 | ✓ | |

| Latex-Free Equipment | Required | On Hand |
|---|---|---|
| Latex-free examination gloves, two pairs ea | 1 | ✓ |
| small, medium & Large | | |
| Latex-free tourniquet | 1 | ✓ |
| Latex-free adult BVM and masks | 1 | ✓ |
| Latex-free high concentration, disposable, O2 | 2 | ✓ |
| masks with delivery tubes, two each adult | | |
| and child | | |
| Latex-free nasal cannulae and delivery | 2 | ✓ |
| tubes, two each adult and child | | |
| Latex-free B/P cuff | 1 | ✓ |
| Latex-free stethoscope | 1 | ✓ |

| Equipment to Gain Access | Required | On Hand |
|---|---|---|
| Screwdriver, min 8" regular blade | 1 | ✓ |
| Hacksaw with 6 wire carbide blades | 1 | ✓ |
| Pair of pliers, 10" vice grip | 1 | ✓ |
| Short handled sledge hammer, min 3 Lbs | 1 | ✓ |
| Rope, synthetic, min 50 ft by 1/2" diameter | 1 | ✓ |
| Pair of gloves (leather gauntlets) | 2 | ✓ |
| Pair of goggles (clear eye protective) | 2 | ✓ |

Sherborn Fire Department
Sherborn, Massachusetts 01770

Inventoried by: _____

**AMBULANCE CHECKLIST**

Date: 11.3.02 Sunday

| STRETCHER | Required | On Hand |
|---|---|---|
| Ambulance Cot w/IV pole | 1 | ✓ |
| Wrist and Ankle Restraints(for cot) set | 1 | ✓ |
| **ON BOARD O2 SUPPLIES** | | |
| O2 Cylinder Pressure | 800 psi | |
| Flow Meter | 2 | ✓ |
| O2 Humidifier (single use) | 1 | ✓ |
| Oximeter (oxygen % and pulse) | 1 | ✓ |
| Sterile Water for Humidifier | 4 | ✓ |
| Adult Non-Rebreathers w/tubing | 4 | ✓ |
| Adult Simple Face masks w/tubing | 4 | ✓ |
| Adult Nasal Cannulas | 4 | ✓ |
| Child Non-Rebreathers w/tubing | 4 | ✓ |
| Child Nasal Cannulas | 4 | ✓ |
| **PORTABLE O2 SUPPLIES** | | |
| Primary O2 Cylinder Pressure | 800 psi | |
| Regulator / flow meter | 1 | ✓ |
| Adult, Child, Infant Face Mask for Resuscitators | 2 each | ✓ |
| Adult Non-Rebreathers w/tubing | 2 | ✓ |
| Adult Simple Face masks w/tubing | 2 | ✓ |
| Adult Nasal Cannulas | 2 | ✓ |
| bag/valve/mask | 1 | ✓ |
| Full Spare O2 Cylinder (kept in vehicle) | 1 | ✓ |
| **ON BOARD SUCTION** | | |
| Operational | yes | ✓ |
| French suction catheters 2 each 5, 8, 14, | 6 | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Suction Rinsing Water Bottle | 1 | ✓ |
| Suction Tubing min 1/4inch in diameter min | 2 | ✓ |
| Pharyngeal Suction Tip | 2 | ✓ |
| **PORTABLE SUCTION UNIT** | | |
| Operational | yes | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Wide Bore Tubing w/Pharyngeal Suction Tip | 1 | ✓ |
| Pair Exam Gloves | 1 | ✓ |
| Face Mask / Eye Shield | 1 | ✓ |
| **EPINEPHRINE AUTO INJECTORS** | | |
| Adult Epi-Pens (within expiration date) | 2 | ✓ |
| Pedi Epi-Pens (within expiration date) | 2 | ✓ |

| ON BOARD E.M.S. SUPPLIES | Required | On Hand |
|---|---|---|
| Adult Traction Splint | 1 | ✓ |
| Child Traction Splint | 1 | ✓ |
| **Padded Board Splints** | | |
| 3 foot x 3 inches | 2 | ✓ |
| 15 inches x 3 inches | 2 | ✓ |
| 4.5 foot x 3 inches | 2 | ✓ |
| **K.E.D.** | 2 | ✓ |
| Long Back Board w straps 3 sets | 2 | ✓ |
| Head Blocks + Straps sets | 2 | ✓ |
| Cervical Collars: Adult Adjustable | 2 | ✓ |
| Adult No-Neck | 2 | ✓ |
| Adult Short | 2 | ✓ |
| Adult Regular | 2 | ✓ |
| Adult Tall | 2 | ✓ |
| Child No-Neck | 2 | ✓ |
| Pedi (regular size) | 2 | ✓ |
| Stair Chair with straps | 1 | ✓ |
| Infant Back Board | 1 | ✓ |
| Auxiliary Stretcher (Scoop) | 1 | ✓ |
| Wrapped Oral Airways (set of 7 sizes) | 6 | ✓ |
| Wrapped Nasal Airways 1 each 20f,22f,24f,26f, 28f, 30f, 32f, and 34f | 8 | ✓ |
| Pediatric nasal airways 1 each12f,14f, 16f,18f | 4 | ✓ |
| water soluble lubricant | 12 | ✓ |
| Bag Valve Mask Adult w O2 connnector tube | 1 | ✓ |
| Bag Valve Mask child &infant w O2 connector tube | 1 | ✓ |
| Small Dressing min 4X4 | 24 | ✓ |
| Medium Dressing min 5X9 | 12 | ✓ |
| Large Dressing min 10"X30" | 6 | ✓ |
| Roller Bandage - 4" King | 12 | ✓ |
| Roller Bandage - 6" King | 12 | ✓ |
| Triangular Bandages | 12 | ✓ |
| 1" Tape | 3 | ✓ |
| 1" Tape Hypoallergenic | 1 | ✓ |
| Bandage Shears | 1 | ✓ |
| Burn Sheets | 2 | ✓ |

| | Required | On Hand |
|---|---|---|
| OB Kit | 1 | ✓ |
| Glucose+ wrapped tongue depressors | 3 | ✓ |
| OB Pads | 2 | ✓ |
| Seizer Sticks | 6 | ✓ |
| Poison Antidote Kit w/ Charcoal&measuring | 2 | ✓ |
| Sterile H2O or Saline (3) liters | 3 / 1 | ✓ |
| Aluminum Foil Roll | 1 | ✓ |
| Polyethylene Film Roll | 1 | ✓ |
| Bed pan | | ✓ |
| Motion Sickness Bags | 1 | ✓ |
| Pillows (waterproof) | 2 | ✓ |
| Pillows cases | 4 | ✓ |
| Sheets | 8 | ✓ |
| Blankets | 4 | ✓ |
| Towels | 4 | ✓ |
| Tissue Packages | 2 | ✓ |
| Drinking Cups | 2 | ✓ |
| Ice Packs | 4 | ✓ |
| Hot Packs | 4 | ✓ |
| Infection Control Kit | 1 | ✓ |
| Ring Cutter | 1 | ✓ |
| Infant B.P. Cuff | 1 | ✓ |
| Child B.P. Cuff | 1 | ✓ |
| Adult B.P. Cuff | 1 | ✓ |
| Thigh B.P. Cuff | 1 | ✓ |
| Plastic Bags with Ties | 2 | ✓ |
| Red Bio-Hazard Bags with Ties | 2 | ✓ |
| Sharps Container (covered and secured) | 1 | ✓ |
| Face Mask/Eye Shields | 1 | ✓ |
| Pairs Exam Gloves (various sizes) | 6 | ✓ |
| Hand Cleaner (dispensed) | 1 | ✓ |

| | Required | On Hand (Main) | On Hand (Spare) |
|---|---|---|---|
| **FIRST AID KIT CONTAINING:** | | | |
| Wrapped Oral Airways (1 each: infant/child/adult) | 2 | ✓ | |
| | 3 | ✓ | |
| 4" x 4" Dressings | 12 | ✓ | |
| 5" x 9" Dressings | 4 | ✓ | |
| 10" x 30" Trauma Dressings | 2 | ✓ | |
| Roller Bandage - 2" Kling | 6 | ✓ | |
| Roller Bandage - 4" Kling | 6 | ✓ | |
| Triangular Bandages | 6 | ✓ | |
| Tourniquets | 2 | ✓ | |
| Trauma Scissors | 1 | ✓ | |
| 2" adhesive tape 5 yards min | 1 | ✓ | |
| Adult B.P. Cuff | 6 | ✓ | |
| Seat belt Cutter | 1 | ✓ | |
| Non-Rebreather, Adult/Child | 1 each | ✓ | |
| Wrapped tongue depressors | 2 | ✓ | |
| Stethoscope | 1 | ✓ | |
| Penlight | 1 | ✓ | |
| 500cc Sterile water or saline | 2 | ✓ | |
| Glucose Tube | 1 | ✓ | |
| Band Aids | 6 | ✓ | |
| "Mouth to Mouth" Mask | 1 | ✓ | |
| Face Mask/Eye Shields | 2 | ✓ | |
| Pair of exam Gloves | 2 | ✓ | |
| **DEFIBRILLATOR** | | | |
| Batteries Charged and Unit Operational | yes | ✓ | |
| Sets of Defibrillator Pads | 2 | ✓ | |
| Spare Batteries | 1 | ✓ | |
| Razor | 1 | ✓ | |
| CPR  Board (short board) | 1 | ✓ | |

| | Required | On Hand |
|---|---|---|
| **Latex-Free Equipment** | | |
| Latex-free examination gloves, two pairs ea. small, medium & Large | 1 | ✓ |
| Latex-free tourniquet | 1 | ✓ |
| Latex-free adult BVM and masks | 1 | ✓ |
| Latex-free high concentration, disposable, O2 masks with delivery tubes, two each adult and child | 2 | ✓ |
| Latex-free nasal cannulae and delivery tubes, two each adult and child | 2 | ✓ |
| Latex-free B/P cuff | 1 | ✓ |
| Latex-free stethoscope | 1 | ✓ |

| | Required | On Hand |
|---|---|---|
| **Equipment to Gain Access** | | |
| Screwdriver, min 8" regular blade | 1 | ✓ |
| Hacksaw with 6 wire carbide blades | 1 | ✓ |
| Pair of pliers, 10" vice grip | 1 | ✓ |
| Short handled sledge hammer, min 3 Lbs | 1 | ✓ |
| Rope, synthetic, min 50 ft by 1/2" diameter | 1 | ✓ |
| Pair of gloves (leather gauntlets) | 2 | ✓ |
| Pair of goggles (clear eye protective) | 2 | ✓ |

Sherborn Fire Department
Sherborn, Massachusetts 01770

Inventoried by: _____

**AMBULANCE CHECKLIST**

Date: 11/5/02

*(handwritten: fy1004   11-15-02   p-1 of 2   not SIX SETS)*

| STRETCHER | Required | On Hand |
|---|---|---|
| Ambulance Cot w/IV pole | 1 | ✓ |
| Wrist and Ankle Restraints(for cot) set | 1 | ✓ |
| **ON BOARD O2 SUPPLIES** | | |
| O2 Cylinder Pressure | 800 psi | ✓ |
| Flow Meter | 2 | ✓ |
| O2 Humidifier (single use) | 1 | ✓ |
| Oximeter (oxygen % and pulse) | 1 | ✓ |
| Sterile Water for Humidifier | 4 | ✓ |
| Adult Non-Rebreathers w/tubing | 4 | ✓ |
| Adult Simple Face masks w/tubing | 4 | ✓ |
| Adult Nasal Cannulas | 4 | ✓ |
| Child Non-Rebreathers w/tubing | 4 | ✓ |
| Child Nasal Cannulas | 4 | ✓ |
| **PORTABLE O2 SUPPLIES** | | |
| Primary O2 Cylinder Pressure | 800 psi | ✓ |
| Regulator / flow meter | | ✓ |
| Adult, Child, Infant Face Mask for Resuscitators | 2 each | ✓ |
| Adult Non-Rebreathers w/tubing | 2 | ✓ |
| Adult Simple Face masks w/tubing | 2 | ✓ |
| Adult Nasal Cannulas | 2 | ✓ |
| bag/valve/mask | 1 | ✓ |
| Full Spare O2 Cylinder (kept in vehicle) | 1 | ✓ |
| **ON BOARD SUCTION** | | |
| Operational | yes | ✓ |
| French suction catheters 2 each 5, 8, 14, | 6 | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Suction Rinsing Water Bottle | 1 | ✓ |
| Suction Tubing min 1/4inch in diameter min | 2 | ✓ |
| Pharyngeal Suction Tip | 2 | ✓ |
| **PORTABLE SUCTION UNIT** | | |
| Operational | yes | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Wide Bore Tubing w/Pharyngeal Suction Tip | 1 | ✓ |
| Pair Exam Gloves | 1 | ✓ |
| Face Mask / Eye Shield | 1 | ✓ |
| **EPINEPHRINE AUTO INJECTORS** | | |
| Adult Epi-Pens (within expiration date) | 2 | ✓ |
| Pedi Epi-Pens (within expiration date) | 2 | ✓ |

| ON BOARD E.M.S. SUPPLIES | Required | On Hand |
|---|---|---|
| Adult Traction Splint | 1 | ✓ |
| Child Traction Splint | | ✓ |
| **Padded Board Splints** | | |
| 3 foot  x  3 inches | 2 | ✓ |
| 15 inches  x  3 inches | 2 | ✓ |
| 4.5 foot  x  3 inches | 2 | ✓ |
| **K.E.D.** | | ✓ |
| Long Back Board w straps 3 sets | 2 | ✓ |
| Head Blocks + Straps sets | 2 | ✓ |
| Cervical Collars:  Adult Adjustable | 2 | ✓ |
| Adult No-Neck | 2 | ✓ |
| Adult Short | 2 | ✓ |
| Adult Regular | 2 | ✓ |
| Adult Tall | 2 | ✓ |
| Child No-Neck | 2 | ✓ |
| Pedi (regular size) | 2 | ✓ |
| Stair Chair with straps | 1 | ✓ |
| Infant Back Board | 1 | ✓ |
| Auxiliary Stretcher (Scoop) | 1 | ✓ |
| Wrapped Oral Airways (set of 7 sizes) | 8 | ✓ |
| Wrapped Nasal Airways 1 each 20f,22f,24f,26f,<br>28f, 30f, 32f,and 34f | 8 | |
| Pediatric nasul airways 1 each12f,14f,16f,18f<br>water soluble lubricant | 4 | |
| Bag Valve Mask Adult w O2 connector tube | 12 | ✓ |
| Bag Valve Mask child &infant w O2 connector tube | 1 | ✓ |
| Small Dressing min 4X4 | 24 | ✓ |
| Medium Dressing min 5X9 | 12 | ✓ |
| Large Dressing min 10"X30" | 6 | |
| Roller Bandage - 4" Kling | 12 | ✓ |
| Roller Bandage - 6" Kling | 12 | ✓ |
| Triangular Bandages | 12 | ✓ |
| 1" Tape | 3 | ✓ |
| 1" Tape Hypoallergenic | 1 | ✓ |
| Bandage Shears | 1 | ✓ |
| Burn Sheets | 2 | ✓ |

| | Required | On Hand |
|---|---|---|
| OB Kit | 1 | ✓ |
| Glucose+ wrapped tongue depressors | 3 | ✓✓ |
| OB Pads | 6 | ✓ |
| Seizer Sticks | 2 | ✓ |
| Poison Antidote Kit w/ Charcoal&measuring | 3  1 | ✓ |
| Sterile H2O or Saline (3) liters | 1  3 | ✓ |
| Aluminum Foil Roll | 1 | ✓ |
| Polyethylene Film Roll | 1 | ✓ |
| Bed pan | 1 | ✓ |
| Motion Sickness Bags | 1 | ✓ |
| Pillows (waterproof) | 2 | ✓ |
| Pillows cases | 4 | ✓ |
| Sheets | 8 | ✓ |
| Blankets | 4 | ✓ |
| Towels | 4 | ✓ |
| Tissue Packages | 2 | ✓ |
| Drinking Cups | 2 | ✓ |
| Ice Packs | 4 | ✓ |
| Hot Packs | 4 | ✓ |
| Infection Control Kit | 2 | ✓ |
| Ring Cutter | 1 | ✓ |
| Infant B.P. Cuff | 1 | ✓ |
| Child B.P. Cuff | 1 | ✓ |
| Adult B.P. Cuff | 1 | ✓ |
| Thigh B.P. Cuff | 1 | ✓ |
| Plastic Bags with Ties | 2 | ✓ |
| Red Bio-Hazard Bags with Ties | 2 | ✓ |
| Sharps Container (covered and secured) | 1 | ✓ |
| Face Mask/Eye Shields | 2 | ✓ |
| Pairs Exam Gloves (various sizes) | 6 | ✓ |
| Hand Cleaner (dispensed) | 1 | ✓ |

| | Required | On Hand | |
|---|---|---|---|
| | | Main | Spare |
| FIRST AID KIT CONTAINING: | 2 | 3 | |
| Wrapped Oral Airways (1 each: infant/child/adult) | 3 | ✓ | |
| 4" x 4" Dressings | 12 | ✓ | |
| 5" x 9" Dressings | 4 | ✓ | |
| 10" x 30" Trauma Dressings | 2 | ✓ | |
| Roller Bandage - 2" Kling | 6 | ✓ | |
| Roller Bandage - 4" Kling | 6 | ✓ | |
| Triangular Bandages | 8 | ✓ | |
| Tourniquets | 2 | ✓ | |
| Trauma Scissors | 1 | ✓ | |
| 2" adhesive tape 5 yards min | 6 | ✓ | |
| Adult B.P. Cuff | 1 | ✓ | |
| Seat belt Cutter | 1 | | |
| Non-Rebreather: Adult/Child | 1 each | | |
| Wrapped tongue depressors | 2 | ✓ | |
| Stethoscope | 1 | ✓ | |
| Penlight | 1 | ✓ | |
| 500cc Sterile water or saline | 2 | ✓ | |
| Ice Packs | 1 | ✓ | |
| Glucose Tube | 1 | ✓ | |
| Band Aids | 6 | ✓ | |
| "Mouth to Mouth" Mask | 1 | ✓ | |
| Face Mask/Eye Shields | 2 | ✓ | |
| Pair of exam Gloves | 2 | ✓ | |
| DEFIBRILLATOR | | | |
| Batteries Charged and Unit Operational | yes | ✓ | |
| Sets of Defibrillator Pads | 2 | ✓ | |
| Spare Batteries | 1 | ✓ | |
| Razor | 1 | ✓ | |
| CPR  Board (short board) | 1 | ✓ | |

| Latex-Free Equipment | | |
|---|---|---|
| Latex-free examination gloves, two pairs ea. small, medium & Large | 1 | ✓ |
| Latex-free tourniquet | 1 | ✓ |
| Latex-free adult BVM and masks | 1 | ✓ |
| Latex-free high concentration, disposable, O2 masks with delivery tubes, two each adult and child | 2 | ✓ |
| Latex-free nasal cannulae and delivery tubes, two each adult and child | 2 | ✓ |
| Latex-free B/P cuff | 1 | ✓ |
| Latex-free stethoscope | 1 | ✓ |

| Equipment to Gain Access | | |
|---|---|---|
| Screwdriver, min 8" regular blade | 1 | |
| Hacksaw with 6 wire carbide blades | 1 | |
| Pair of pliers, 10" vice grip | 1 | |
| Short handled sledge hammer, min 3 Lbs | 1 | |
| Rope, synthetic, min 50 ft by 1/2" diameter | 1 | |
| Pair of gloves (leather gauntlets) | 2 | |
| Pair of goggles (clear eye protective) | 2 | ✓ |

Sherborn Fire Department
Sherborn, Massachusetts 01770

Inventoried by: _(signature)_

**AMBULANCE CHECKLIST**

Date: 11/21/02

_(handwritten, top right: 1 Nov 2007  11-21-02  p.1 of 2)_

| STRETCHER | Required | On Hand |
|---|---|---|
| Ambulance Cot w/IV pole | 1 | ✓ |
| Wrist and Ankle Restraints (for cot) set | 1 | ✓ |
| **ON BOARD O2 SUPPLIES** | | |
| O2 Cylinder Pressure | 800 psi | ✓ |
| Flow Meter | 2 | ✓ |
| O2 Humidifier (single use) | 1 | ✓ |
| Oximeter (oxygen % and pulse) | 1 | ✓ |
| Sterile Water for Humidifier | 4 | ✓ |
| Adult Non-Rebreathers w/tubing | 4 | ✓ |
| Adult Simple Face masks w/tubing | 4 | ✓ |
| Adult Nasal Cannulas | 4 | ✓ |
| Child Non-Rebreathers w/tubing | 4 | ✓ |
| Child Nasal Cannulas | 4 | ✓ |
| **PORTABLE O2 SUPPLIES** | | |
| Primary O2 Cylinder Pressure | 800 psi | ✓ |
| Regulator / flow meter | | ✓ |
| Adult, Chld, Infant Face Mask for Resuscitators | 2 each | ✓ |
| Adult Non-Rebreathers w/tubing | 2 | ✓ |
| Adult Simple Face masks w/tubing | 2 | ✓ |
| Adult Nasal Cannulas | 2 | ✓ |
| bag/valve/mask | 1 | ✓ |
| Full Spare O2 Cylinder (kept in vehicle) | 1 | ✓ |
| **ON BOARD SUCTION** | | |
| Operational | yes | ✓ |
| French suction catheters 2 each 5, 8, 14, | 6 | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Suction Rinsing Water Bottle | 1 | ✓ |
| Suction Tubing min 1/4inch in diameter min | 2 | ✓ |
| Pharyngeal Suction Tip | 2 | ✓ |
| **PORTABLE SUCTION UNIT** | | |
| Operational | yes | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Wide Bore Tubing w/Pharyngeal Suction Tip | 1 | ✓ |
| Pair Exam Gloves | 1 | ✓ |
| Face Mask / Eye Shield | 1 | ✓ |
| **EPINEPHRINE AUTO INJECTORS** | | |
| Adult Epi-Pens (within expiration date) | 2 | ✓ |
| Ped Epi-Pens (within expiration date) | 2 | ✓ |

| ON BOARD E.M.S. SUPPLIES | Required | On Hand |
|---|---|---|
| Adult Traction Splint | 1 | ✓ |
| Child Traction Splint | 1 | ✓ |
| **Padded Board Splints** | | |
| 3 foot x 3 inches | 2 | |
| 15 inches x 3 inches | 2 | ✓ |
| 4.5 foot x 3 inches | 2 | ✓ |
| **K.E.D.** | | |
| Long Back Board w straps 3 sets | 2 | ✓ |
| Head Blocks + Straps sets | 2 | ✓ |
| Cervical Collars:  Adult Adjustable | 2 | ✓ |
| Adult No-Neck | 2 | ✓ |
| Adult Short | 2 | ✓ |
| Adult Regular | 2 | ✓ |
| Adult Tall | 2 | ✓ |
| Child No-Neck | 2 | ✓ |
| Ped (regular size) | 2 | ✓ |
| Stair Chair with straps | 1 | ✓ |
| Infant Back Board | 1 | |
| Auxiliary Stretcher (Scoop) | 1 | ✓ |
| Wrapped Oral Airways (set of 7 sizes) | 6 | ✓ |
| Wrapped Nasal Airways 1 each 20f,22f,24f,26f, 28f, 30f, 32f,and 34f | 8 | |
| Pediatric nasul airways 1 each12f,14f,16f,18f | 4 | ✓ |
| water soluble lubricant | 12 | ✓ |
| Bag Valve Mask Adult w O2 connector tube | 1 | ✓ |
| Bag Valve Mask child &infant w O2 connector tube | 1 | ✓ |
| Small Dressing min 4X4 | 24 | ✓ |
| Medium Dressing min 5X9 | 12 | ✓ |
| Large Dressing min 10"X30" | 6 | ✓ |
| Roller Bandage - 4" Kling | 12 | ✓ |
| Roller Bandage - 6" Kling | 12 | ✓ |
| Triangular Bandages | 12 | ✓ |
| 1" Tape | 3 | ✓ |
| 1" Tape Hypoallergenic | 1 | ✓ |
| Bandage Shears | 1 | ✓ |
| Burn Sheets | 2 | ✓ |

p. 2 or 2

| | Required | On Hand |
|---|---|---|
| OB Kit | 1 | ✓ |
| Glucose+ wrapped tongue depressors | 3 | ✓ |
| OB Pads | 6 | ✓ |
| Seizer Sticks | 6 | ✓ |
| Poison Antidote Kit w/ Charcoal&measuring | 2 | ✓ |
| Sterile H2O or Saline (3) liters | 3 1 | ✓ |
| Aluminum Foil Roll | 1 | ✓ |
| Polyethylene Film Roll | 1 | ✓ |
| Bed pan | 1 | ✓ |
| Motion Sickness Bags | 1 | ✓ |
| Pillows (waterproof) | 2 | ✓ |
| Pillows cases | 4 | ✓ |
| Sheets | 8 | ✓ |
| Blankets | 4 | ✓ |
| Towels | 4 | ✓ |
| Tissue Packages | 2 | ✓ |
| Drinking Cups | 2 | ✓ |
| Ice Packs | 4 | ✓ |
| Hot Packs | 4 | ✓ |
| Infection Control Kit | 2 | ✓ |
| Ring Cutter | 1 | ✓ |
| Infant B.P. Cuff | 1 | ✓ |
| Child B.P. Cuff | 1 | ✓ |
| Adult B.P. Cuff | 1 | ✓ |
| Thigh B.P. Cuff | 1 | ✓ |
| Plastic Bags with Ties | 2 | ✓ |
| Red Bio-Hazard Bags with Ties | 2 | ✓ |
| Sharps Container (covered and secured) | 1 | ✓ |
| Face Mask/Eye Shields | 2 | ✓ |
| Pairs Exam Gloves (various sizes) | 6 | ✓ |
| Hand Cleaner (dispensed) | 1 | ✓ |

| | Required | On Hand |
|---|---|---|
| Latex-Free Equipment | | |
| Latex-free examination gloves, two pairs ea. small, medium & Large | 1 | ✓ |
| Latex-free tourniquet | 1 | ✓ |
| Latex-free adult BVM and masks | 1 | ✓ |
| Latex-free high concentration, disposable, O2 masks with delivery tubes, two each adult and child | 2 | ✓ |
| Latex-free nasal cannulae and delivery tubes, two each adult and child | 2 | ✓ |
| Latex-free B/P cuff | 1 | ✓ |
| Latex-free stethoscope | 1 | ✓ |

| | Required | On Hand Main | Spare |
|---|---|---|---|
| FIRST AID KIT CONTAINING: | 2 | | |
| Wrapped Oral Airways (1 each: infant/child/adult) | 3 | | |
| 4" x 4" Dressings | 12 | ✓ | |
| 5" x 9" Dressings | 4 | ✓ | |
| 10" x 30" Trauma Dressings | 2 | ✓ | |
| Roller Bandage - 2" Kling | 6 | | |
| Roller Bandage - 4" Kling | 6 | ✓ | |
| Triangular Bandages | 6 | ✓ | |
| Tourniquets | 2 | ✓ | |
| Trauma Scissors | 1 | ✓ | |
| 2" adhesive tape 5 yards min | 1 | ✓ | |
| Adult B.P. Cuff | 6 | ✓ | |
| Seat belt Cutter | 1 | | |
| Non-Rebreather, Adult/Child | 1 each | | |
| Wrapped tongue depressors | 2 | ✓ | |
| Stethoscope | 1 | ✓ | |
| Penlight | 1 | ✓ | |
| 500cc Sterile water or saline | 1 | ✓ | |
| Ice Packs | 2 | ✓ | |
| Glucose Tube | 1 | ✓ | |
| Band Aids | 6 | ✓ | |
| "Mouth to Mouth" Mask | 1 | ✓ | |
| Face Mask/Eye Shields | 2 | ✓ | |
| Pair of exam Gloves | 2 | ✓ | |
| DEFIBRILLATOR | | | |
| Batteries Charged and Unit Operational | yes | ✓ | |
| Sets of Defibrillator Pads | 2 | ✓ | |
| Spare Batteries | 1 | ✓ | |
| Razor | 1 | ✓ | |
| CPR  Board (short board) | 1 | ✓ | |

| | Required | On Hand Main | Spare |
|---|---|---|---|
| Equipment to Gain Access | | | |
| Screwdriver, min 8" regular blade | 1 | ✓ | |
| Hacksaw with 6 wire carbide blades | 1 | ✓ | |
| Pair of pliers, 10" vice grip | 1 | ✓ | |
| Short handled sledge hammer, min 3 Lbs | 1 | ✓ | |
| Rope, synthetic, min 50 ft by 1/2" diameter | 1 | ✓ | |
| Pair of gloves (leather gauntlets) | 2 | ✓ | |
| Pair of goggles (clear eye protective) | 2 | ✓ | |

Sherborn Fire Department
Sherborn, Massachusetts 01770

Inventoried by: _[signature]_

*Wednesday 11-27-02 p. 1 of 2*

## AMBULANCE CHECKLIST

Date: 11-27-02

| STRETCHER | Required | On Hand |
|---|---|---|
| Ambulance Cot w/IV pole | 1 | ✓ |
| Wrist and Ankle Restraints(for cot) set | 1 | ✓ |
| **ON BOARD O2 SUPPLIES** | | |
| O2 Cylinder Pressure | 800 psi | ✓ |
| Flow Meter | 2 | ✓ |
| O2 Humidifier (single use) | 1 | ✓ |
| Oximeter (oxygen % and pulse) | 1 | ✓ |
| Sterile Water for Humidifier | 4 | ✓ |
| Adult Non-Rebreathers w/tubing | 4 | ✓ |
| Adult Simple Face masks w/tubing | 4 | ✓ |
| Adult Nasal Cannulas | 4 | |
| Child Non-Rebreathers w/tubing | 4 | |
| Child Nasal Cannulas | 4 | |
| **PORTABLE O2 SUPPLIES** | | |
| Primary O2 Cylinder Pressure | 800 psi | ✓ |
| Regulator / flow meter | 1 | ✓ |
| Adult, Child, Infant Face Mask for Resuscitators | 2 each | ✓ |
| Adult Non-Rebreathers w/tubing | 2 | ✓ |
| Adult Simple Face masks w/tubing | 2 | ✓ |
| Adult Nasal Cannulas | 2 | ✓ |
| bag/valve/mask | 1 | ✓ |
| Full Spare O2 Cylinder (kept in vehicle) | 1 | ✓ |
| **ON BOARD SUCTION** | | |
| Operational | yes | ✓ |
| French suction catheters 2 each 5, 8, 14, | 6 | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Suction Rinsing Water Bottle | 1 | ✓ |
| Suction Tubing min 1/4inch in diameter min | 2 | ✓ |
| Pharyngeal Suction Tip | 2 | ✓ |
| **PORTABLE SUCTION UNIT** | | |
| Operational | yes | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Wide Bore Tubing w/Pharyngeal Suction Tip | 1 | ✓ |
| Pair Exam Gloves | 1 | ✓ |
| Face Mask / Eye Shield | 1 | ✓ |
| **EPINEPHRINE AUTO INJECTORS** | | |
| Adult Epi-Pens (within expiration date) | 2 | ✓ |
| Pedi Epi-Pens (within expiration date) | 2 | ✓ |

| ON BOARD E.M.S. SUPPLIES | Required | On Hand |
|---|---|---|
| Adult Traction Splint | 1 | ✓ |
| Child Traction Splint | 1 | ✓ |
| **Padded Board Splints** | | |
| 3 foot x 3 inches | 2 | ✓ |
| 15 inches x 3 inches | 2 | ✓✓ |
| 4.5 foot x 3 inches | 2 | ✓ |
| **K.E.D.** | 2 | ✓ |
| Long Back Board w straps 3 sets | 2 | ✓ |
| Head Blocks + Straps sets | 2 | ✓ |
| Cervical Collars: Adult Adjustable | 2 | ✓ |
| Adult No-Neck | 2 | ✓ |
| Adult Short | 2 | ✓ |
| Adult Regular | 2 | ✓ |
| Adult Tall | 2 | ✓ |
| Child No-Neck | 2 | ✓ |
| Pedi (regular size) | 2 | ✓ |
| Stair Chair with straps | 1 | ✓ |
| Infant Back Board | 1 | |
| Auxiliary Stretcher (Scoop) | 1 | ✓ |
| Wrapped Oral Airways (set of 7 sizes) | 6 | ✓ |
| Wrapped Nasal Airways 1 each 20f,22f,24f,26f, 28f, 30f, 32f,and 34f | 8 | ✓ |
| Pediatric nasal airways 1 each12f,14f,16f,18f | 4 | |
| water soluble lubricant | 12 | ✓ |
| Bag Valve Mask Adult w O2 connector tube | 1 | ✓ |
| Bag Valve Mask child &infant w O2 connector tube | 1 | ✓ |
| Small Dressing min 4X4 | 24 | ✓ |
| Medium Dressing min 5X9 | 12 | ✓ |
| Large Dressing min 10"X30" | 6 | ✓ |
| Roller Bandage - 4" King | 12 | ✓ |
| Roller Bandage - 6" King | 12 | ✓ |
| Triangular Bandages | 12 | ✓ |
| 1" Tape | 3 | ✓ |
| 1" Tape Hypoallergenic | 1 | ✓ |
| Bandage Shears | 1 | ✓ |
| Burn Sheets | 2 | ✓ |

p. 2 of 2

| | Required | On Hand |
|---|---|---|
| OB Kit | 1 | ✓ |
| Glucose+ wrapped tongue depressors | 3 | ✓✓ |
| OB Pads | 6 | ✓✓ |
| Seizer Sticks | 6 | ✓✓ |
| Poison Antidote Kit w/ Charcoal&measuring | 2 | ✓ |
| Sterile H2O or Saline (3) liters | 3 | ✓✓ |
| Aluminum Foil Roll | 1 | ✓ |
| Polyethylene Film Roll | 1 | ✓ |
| Bed pan | 1 | ✓ |
| Motion Sickness Bags | 1 | ✓ |
| Pillows (waterproof) | 4 | ✓✓ |
| Pillows cases | 4 | ✓✓ |
| Sheets | 8 | ✓✓ |
| Blankets | 4 | ✓✓ |
| Towels | 4 | ✓✓ |
| Tissue Packages | 2 | ✓✓ |
| Drinking Cups | 2 | ✓✓ |
| Ice Packs | 4 | ✓✓ |
| Hot Packs | 4 | ✓✓ |
| Infection Control Kit | 2 | ✓✓ |
| Ring Cutter | 1 | ✓ |
| Infant B.P. Cuff | 1 | ✓✓✓ |
| Child B.P. Cuff | 1 | ✓ |
| Adult B.P. Cuff | 1 | ✓ |
| Thigh B.P. Cuff | 1 | ✓ |
| Plastic Bags with Ties | 2 | ✓✓ |
| Red Bio-Hazard Bags with Ties | 2 | ✓✓ |
| Sharps Container (covered and secured) | 1 | ✓ |
| Face Mask/Eye Shields | 2 | ✓ |
| Pairs Exam Gloves (various sizes) | 6 | ✓ |
| Hand Cleaner (dispensed) | 1 | ✓ |

| | Required | On Hand Main | Spare |
|---|---|---|---|
| FIRST AID KIT CONTAINING: | 2 | ✓ | |
| Wrapped Oral Airways (1 each: infant/child/adult) | 3 | ✓ | |
| 4" x 4" Dressings | 12 | | |
| 5" x 9" Dressings | 4 | | |
| 10" x 30" Trauma Dressings | 2 | ✓ | |
| Roller Bandage - 2" Kling | 6 | ✓ | |
| Roller Bandage - 4" Kling | 6 | ✓ | |
| Triangular Bandages | 6 | ✓ | |
| Tourniquets | 2 | ✓ | |
| Trauma Scissors | 1 | ✓✓ | |
| 2" adhesive tape 5 yards min | 1 | ✓ | |
| Adult B.P. Cuff | 6 | ✓ | |
| Seat belt Cutter | 1 | | |
| Non-Rebreather: Adult/Child | 1 each | ✓ | |
| Wrapped tongue depressors | 2 | ✓ | |
| Stethoscope | 1 | ✓ | |
| Penlight | 1 | ✓ | |
| 500cc Sterile water or saline | 1 | ✓ | |
| Ice Packs | 2 | ✓ | |
| Glucose Tube | 1 | ✓ | |
| Band Aids | 6 | ✓ | |
| "Mouth to Mouth" Mask | 1 | ✓ | |
| Face Mask/Eye Shields | 2 | ✓✓ | |
| Pair of exam Gloves | 2 | ✓✓ | |
| DEFIBRILLATOR | | | |
| Batteries Charged and Unit Operational | yes | ✓ | |
| Sets of Defibrillator Pads | 2 | ✓ | |
| Spare Batteries | 1 | ✓ | |
| Razor | 1 | ✓ | |
| CPR Board (short board) | 1 | ✓ | |

| | Required | On Hand |
|---|---|---|
| Latex-Free Equipment | | |
| Latex-free examination gloves, two pairs ea. | 1 | ✓ |
| small, medium & Large | | |
| Latex-free tourniquet | 1 | |
| Latex-free adult BVM and masks | 1 | ✓ |
| Latex-free high concentration, disposable, O2 | 2 | ✓ |
| masks with delivery tubes, two each adult | | |
| and child | | |
| Latex-free nasal cannulae and delivery | 2 | ✓ |
| tubes, two each adult and child | | |
| Latex-free B/P cuff | 1 | ✓ |
| Latex-free stethoscope | 1 | ✓ |

| | Required | On Hand Main | Spare |
|---|---|---|---|
| Equipment to Gain Access | | | |
| Screwdriver, min 8" regular blade | 1 | ✓ | |
| Hacksaw with 6 wire carbide blades | 1 | ✓ | |
| Pair of pliers, 10" vice grip | 1 | ✓ | |
| Short handled sledge hammer, min 3 Lbs | 1 | ✓ | |
| Rope, synthetic, min 50 ft by 1/2" diameter | 1 | ✓ | |
| Pair of gloves (leather gauntlets) | 2 | ✓ | |
| Pair of goggles (clear eye protective) | 2 | ✓ | |

**Sherborn Fire Department**
Sherborn, Massachusetts 01770

Inventoried by: _[signature]_

**AMBULANCE CHECKLIST**

Date: 12-3-02

p. 1 of 2

| STRETCHER | Required | On Hand |
|---|---|---|
| Ambulance Cot w/IV pole | 1 | ✓ |
| Wrist and Ankle Restraints(for cot) set | | ✓ |
| **ON BOARD O2 SUPPLIES** | | |
| O2 Cylinder Pressure | 800 psi | ✓ |
| Flow Meter | 2 | ✓ |
| O2 Humidifier (single use) | 1 | ✓ |
| Oximeter (oxygen % and pulse) | 1 | ✓ |
| Sterile Water for Humidifier | 1 | ✓ |
| Adult Non-Rebreathers w/tubing | 4 | ✓ |
| Adult Simple Face masks w/tubing | 4 | ✓ |
| Adult Nasal Cannulas | 4 | ✓ |
| Child Non-Rebreathers w/tubing | 4 | ✓ |
| Child Nasal Cannulas | 4 | ✓ |
| **PORTABLE O2 SUPPLIES** | | |
| Primary O2 Cylinder Pressure | 800 psi | ✓ |
| Regulator / flow meter | 1 | ✓ |
| Adult, Child, Infant Face Mask for Resuscitators | 2 each | ✓ |
| Adult Non-Rebreathers w/tubing | 2 | ✓ |
| Adult Simple Face masks w/tubing | 2 | ✓ |
| Adult Nasal Cannulas | 2 | ✓ |
| bag/valve/mask | 1 | ✓ |
| Full Spare O2 Cylinder (kept in vehicle) | 1 | ✓ |
| **ON BOARD SUCTION** | | |
| Operational | yes | ✓ |
| French suction catheters 2 each 5, 8,14, | 6 | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Suction Rinsing Water Bottle | 1 | ✓ |
| Suction Tubing min 1/4inch in diameter min | 2 | ✓ |
| Pharyngeal Suction Tip | 2 | ✓ |
| **PORTABLE SUCTION UNIT** | | |
| Operational | yes | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Wide Bore Tubing w/Pharyngeal Suction Tip | 1 | ✓ |
| Pair Exam Gloves | 1 | ✓ |
| Face Mask / Eye Shield | 1 | ✓ |
| **EPINEPHRINE AUTO INJECTORS** | | |
| Adult Epi-Pens (within expiration date) | 2 | ✓ |
| Pedi Epi-Pens (within expiration date) | 2 | ✓ |

| ON BOARD E.M.S. SUPPLIES | Required | On Hand |
|---|---|---|
| Adult Traction Splint | 1 | ✓ |
| Child Traction Splint | 1 | ✓ |
| Padded Board Splints | | |
| 3 foot x 3 inches | 2 | ✓ |
| 15 inches x 3 inches | 2-8 | ✓ |
| 4.5 foot x 3 inches | 2-6 | ✓ |
| K.E.D. | 2 | ✓ |
| Long Back Board w straps 3 sets | 2 | ✓ |
| Head Blocks + Straps sets | 2 | ✓ |
| Cervical Collars: Adult Adjustable | 2 | ✓ |
| Adult No-Neck | 2 | ✓ |
| Adult Short | 2 | ✓ |
| Adult Regular | 2 | ✓ |
| Adult Tall | 2 | ✓ |
| Child No-Neck | 2 | ✓ |
| Pedi (regular size) | 2 | ✓ |
| Stair Chair with straps | 1 | ✓ |
| Infant Back Board | 1 | |
| Auxiliary Stretcher (Scoop) | 1 | ✓ |
| Wrapped Oral Airways (set of 7 sizes) | 6 | ✓ |
| Wrapped Nasal Airways 1 each 20f,22f,24f,26f, | 8 | ✓ |
| 28f, 30f, 32f,and 34f | | |
| Pediatric nasal airways 1 each12f,14f,16f,18f | 4 | ✓ |
| water soluble lubricant | 12 | ✓ |
| Bag Valve Mask Adult w O2 cohnnector tube | 1 | ✓ |
| Bag Valve Mask child &infant w O2 connector tube | 1 | ✓ |
| Small Dressing min 4X4 | 24 | ✓ |
| Medium Dressing min 5X9 | 12 | ✓ |
| Large Dressing min 10"X30" | 6 | ✓ |
| Roller Bandage - 4" Kling | 12 | ✓ |
| Roller Bandage - 6" Kling | 12 | ✓ |
| Triangular Bandages | 12 | ✓ |
| 1" Tape | 3 | ✓ |
| 1" Tape Hypoallerergenic | 1 | ✓ |
| Bandage Shears | 1 | ✓ |
| Burn Sheets | 2 | ✓ |

p. 2 of 2

| | Required | On Hand |
|---|---|---|
| OB Kit | 1 | ✓ |
| Glucose+ wrapped tongue depressors | 3 | ✓ |
| OB Pads | 6 | ✓ |
| Seizer Sticks | 6 | ✓ |
| Poison Antidote Kit w/ Charcoal&measuring | 2 | ✓ |
| Sterile H2O or Saline (3) liters | 1 | ✓ |
| Aluminum Foil Roll | 1 | ✓ |
| Polyethylene Film Roll | 1 | ✓ |
| Bed pan | 1 | ✓ |
| Motion Sickness Bags | 1 | ✓ |
| Pillows (waterproof) | 2 | ✓ |
| Pillows cases | 4 | ✓ |
| Sheets | 8 | ✓ |
| Blankets | 4 | ✓ |
| Towels | 4 | ✓ |
| Tissue Packages | 2 | ✓ |
| Drinking Cups | 2 | ✓ |
| Ice Packs | 4 | ✓ |
| Hot Packs | 4 | ✓ |
| Infection Control Kit | 1 | ✓ |
| Ring Cutter | 1 | ✓ |
| Infant B.P. Cuff | 1 | ✓ |
| Child B.P. Cuff | 1 | ✓ |
| Adult B.P. Cuff | 1 | ✓ |
| Thigh B.P. Cuff | 1 | ✓ |
| Plastic Bags with Ties | 2 | ✓ |
| Red Bio-Hazard Bags with Ties | 2 | ✓ |
| Sharps Container (covered and secured) | 1 | ✓ |
| Face Mask/Eye Shields | 2 | ✓ |
| Pairs Exam Gloves (various sizes) | 6 | ✓ |
| Hand Cleaner (dispensed) | 1 | ✓ |

| | Required | On Hand Main | On Hand Spare |
|---|---|---|---|
| FIRST AID KIT CONTAINING: | 2 | ✓ | 2 |
| Wrapped Oral Airways (1 each: infant/child/adult) | 3 | ✓ | |
| 4" x 4" Dressings | 12 | ✓ | |
| 5" x 9" Dressings | 4 | ✓ | |
| 10" x 30" Trauma Dressings | 2 | ✓ | |
| Roller Bandage - 2" Kling | 6 | ✓ | |
| Roller Bandage - 4" Kling | 6 | ✓ | |
| Triangular Bandages | 6 | ✓ | |
| Tourniquets | 2 | ✓ | |
| Trauma Scissors | 1 | ✓ | |
| 2" adhesive tape 5 yards min | 1 | ✓ | |
| Adult B.P. Cuff | 6 | ✓ | |
| Seat belt Cutter | 1 | ✓ | |
| Non-Rebreather: Adult/Child | 1 each | ✓✓ | |
| Wrapped tongue depressors | 2 | ✓ | |
| Stethoscope | 1 | ✓ | |
| Penlight | 1 | ✓ | |
| 500cc Sterile water or saline | 2 | ✓ | |
| Ice Packs | 1 | ✓ | |
| Glucose Tube | 2 | ✓ | |
| Band Aids | 6 | ✓ | |
| "Mouth to Mouth" Mask | 1 | ✓ | |
| Face Mask/Eye Shields | 2 | ✓ | |
| Pair of exam Gloves | 2 | ✓ | |
| DEFIBRILLATOR | | | |
| Batteries Charged and Unit Operational | yes | ✓ | |
| Sets of Defibrillator Pads | 2 | ✓ | |
| Spare Batteries | 1 | ✓ | |
| Razor | 1 | ✓ | |
| CPR Board (short board) | 1 | ✓ | |

| | Required | On Hand |
|---|---|---|
| Latex-Free Equipment | | |
| Latex-free examination gloves, two pairs ea. | 1 | ✓ |
| small, medium & Large | | |
| Latex-free tourniquet | 1 | ✓ |
| Latex-free adult BVM and masks | 1 | ✓ |
| Latex-free high concentration, disposable, O2 | 2 | ✓ |
| masks with delivery tubes, two each adult | | |
| and child | | |
| Latex-free nasal cannulae and delivery | 2 | ✓ |
| tubes, two each adult and child | | |
| Latex-free B/P cuff | 1 | ✓ |
| Latex-free stethoscope | 1 | ✓ |

| | Required | On Hand |
|---|---|---|
| Equipment to Gain Access | | |
| Screwdriver, min 8" regular blade | 1 | ✓ |
| Hacksaw with 6 wire carbide blades | 1 | ✓ |
| Pair of pliers, 10" vice grip | 1 | ✓ |
| Short handled sledge hammer, min 3 Lbs | 1 | ✓ |
| Rope, synthetic, min 50 ft by 1/2" diameter | 1 | ✓ |
| Pair of gloves (leather gauntlets) | 2 | ✓ |
| Pair of goggles (clear eye protective) | 2 | ✓ |

# AMBULANCE CHECKLIST

**Sherborn Fire Department**
**Sherborn, Massachusetts 01770**

Inventoried by: _[signature]_

Date: 12-9-02

| STRETCHER | Required | On Hand |
|---|---|---|
| Ambulance Cot w/IV pole | 1 | ✓ |
| Wrist and Ankle Restraints(for cot) set | 1 | ✓ |
| **ON BOARD O2 SUPPLIES** | | |
| O2 Cylinder Pressure | 800 psi | |
| Flow Meter | 2 | ✓ |
| O2 Humidifier (single use) | 1 | ✓ |
| Oximeter (oxygen % and pulse) | 1 | ✓ |
| Sterile Water for Humidifier | 1 | ✓ |
| Adult Non-Rebreathers w/tubing | 4 | ✓ |
| Adult Simple Face masks w/tubing | 4 | ✓ |
| Adult Nasal Cannulas | 4 | ✓ |
| Child Non-Rebreathers w/tubing | 4 | ✓ |
| Child Nasal Cannulas | 4 | ✓ |
| **PORTABLE O2 SUPPLIES** | | |
| Primary O2 Cylinder Pressure | 800 psi | ✓ |
| Regulator / flow meter | 1 | |
| Adult, Child, Infant Face Mask for Resuscitators | 2 each | ✓ |
| Adult Non-Rebreathers w/tubing | 2 | ✓ |
| Adult Simple Face masks w/tubing | 2 | ✓ |
| Adult Nasal Cannulas | 2 | ✓ |
| bag/valve/mask | 1 | ✓ |
| Full Spare O2 Cylinder (kept in vehicle) | 1 | ✓ |
| **ON BOARD SUCTION** | | |
| Operational | yes | ✓ |
| French suction catheters 2 each 5, 8, 14, | 6 | ✓ |
| Transparent Collecton Bottle | 1 | ✓ |
| Suction Rinsing Water Bottle | 1 | ✓ |
| Suction Tubing min 1/4inch in diameter min | 2 | ✓ |
| Pharyngeal Suction Tip | 2 | ✓ |
| **PORTABLE SUCTION UNIT** | | |
| Operational | yes | ✓ |
| Transparent Collecton Bottle | 1 | ✓ |
| Wide Bore Tubing w/Pharyngeal Suction Tip | 1 | ✓ |
| Pair Exam Gloves | 1 | ✓ |
| Face Mask / Eye Sheild | 1 | ✓ |
| **EPINEPHRINE AUTO INJECTORS** | | |
| Adult Epi-Pens (within expiration date) | 2 | ✓ |
| Pedi Epi-Pens (within expiration date) | 2 | ✓ |

| ON BOARD E.M.S. SUPPLIES | Required | On Hand |
|---|---|---|
| Adult Traction Splint | 1 | ✓ |
| Child Traction Splint | 1 | ✓ |
| **Padded Board Splints** | | |
| 3 foot x 3 inches | 2 | ✓ |
| 15 inches x 3 inches | 2 | ✓ |
| 4.5 foot x 3 inches | 2 | ✓ |
| **K.E.D.** | 2 | ✓ |
| Long Back Board w straps 3 sets | 2 | ✓ |
| Head Blocks + Straps sets | 2 | ✓ |
| Cervical Collars: Adult Adjustable | 2 | ✓ |
| Adult No-Neck | 2 | ✓ |
| Adult Short | 2 | ✓ |
| Adult Regular | 2 | ✓ |
| Adult Tall | 2 | ✓ |
| Child No-Neck | 2 | ✓ |
| Pedi (regular size) | 2 | ✓ |
| Stair Chair with straps | 1 | ✓ |
| Infant Back Board | 1 | ✓ |
| Auxiliary Strtecher (Scoop) | 1 | ✓ |
| Wrapped Oral Airways (set of 7 sizes) | 6 | ✓ |
| Wrapped Nasal Airways 1 each 20f,22f,24f,26f, 28f, 30f, 32f and 34f | 8 | ✓ |
| Pediatric nasul airways 1 each12f,14f,16f,18f | 4 | ✓ |
| water soluble lubricant | 12 | ✓ |
| Bag Valve Mask Adult w O2 connector tube | 1 | ✓ |
| Bag Valve Mask child &infant w O2 connector tube | 1 | ✓ |
| Small Dressing min 4X4 | 24 | ✓ |
| Medium Dressing min 5X9 | 12 | ✓ |
| Large Dressing min 10"X30" | 6 | ✓ |
| Roller Bandage - 4" Kling | 12 | ✓ |
| Roller Bandage - 6" Kling | 12 | ✓ |
| Triangular Bandages | 12 | ✓ |
| 1" Tape | 3 | ✓ |
| 1" Tape Hypoallerergenic | 1 | ✓ |
| Bandage Shears | 1 | ✓ |
| Burn Sheets | 2 | ✓ |

| Item | Required | On Hand |
|---|---|---|
| OB Kit | 1 | ✓ |
| Glucose† wrapped tongue depressors | 3 | ✓ |
| OB Pads | 6 | ✓ |
| Seizer Sticks | 6 | ✓ |
| Poison Antidote Kit w/ Charcoal&measuring | 2 | ✓ |
| Sterile H2O or Saline (3) liters | 3 | |
| Aluminum Foil Roll | 1 | ✓ |
| Polyethylene Film Roll | 1 | ✓ |
| Bed pan | 1 | ✓ |
| Motion Sickness Bags | 1 | ✓ |
| Pillows (waterproof) | 2 | ✓ |
| Pillows cases | 4 | ✓ |
| Sheets | 8 | ✓ |
| Blankets | 4 | ✓ |
| Towels | 4 | ✓ |
| Tissue Packages | 2 | ✓ |
| Drinking Cups | 2 | ✓ |
| Ice Packs | 4 | ✓ |
| Hot Packs | 4 | ✓ |
| Infection Control Kit | 1 | ✓ |
| Ring Cutter | 1 | ✓ |
| Infant B.P. Cuff | 1 | ✓ |
| Child B.P. Cuff | 1 | ✓ |
| Adult B.P. Cuff | 1 | ✓ |
| Thigh B.P. Cuff | 1 | ✓ |
| Plastic Bags with Ties | 2 | ✓ |
| Red Bio-Hazard Bags with Ties | 2 | ✓ |
| Sharps Container (covered and secured) | 1 | ✓ |
| Face Mask/Eye Shields | 2 | ✓ |
| Pairs Exam Gloves (various sizes) | 6 | ✓ |
| Hand Cleaner (dispensed) | 1 | ✓ |

| Item | Required | On Hand Main | Spare |
|---|---|---|---|
| FIRST AID KIT CONTAINING: | | | |
| Wrapped Oral Airways (1 each: infant/child/adult) | 2 | ✓ | |
| 4" x 4" Dressings | 3 | ✓ | |
| 5" x 9" Dressings | 12 | ✓ | |
| 10" x 30" Trauma Dressings | 4 | ✓ | |
| Roller Bandage- 2" Kling | 2 | ✓ | |
| Roller Bandage - 4" Kling | 6 | ✓ | |
| Triangular Bandages | 6 | ✓ | |
| Tourniquets | 6 | ✓ | |
| Trauma Scissors | 1 | ✓ | |
| 2" adhesive tape 5 yards min | 1 | ✓ | |
| Adult B.P. Cuff | 6 | ✓ | |
| Seat belt Cutter | 1 | ✓ | |
| Non-Rebreather: Adult/Child | 1 each | | |
| Wrapped tongue depressors | 2 | ✓ | |
| Stethoscope | 1 | ✓ | |
| Penlight | 1 | ✓ | |
| 500cc Sterile water or saline | 1 | ✓ | |
| Ice Packs | 2 | ✓ | |
| Glucose Tube | 1 | ✓ | |
| Band Aids | 6 | ✓ | |
| "Mouth to Mouth" Mask | 1 | ✓ | |
| Face Mask/Eye Shields | 2 | ✓ | |
| Pair of exam Gloves | 2 | ✓ | |
| DEFIBRILLATOR | | | |
| Batteries Charged and Unit Operational | yes | ✓ | |
| Sets of Defibrillator Pads | 2 | ✓ | |
| Spare Batteries | 1 | ✓ | |
| Razor | 1 | ✓ | |
| CPR Board (short board) | 1 | ✓ | |

| Latex-Free Equipment | Required | On Hand |
|---|---|---|
| Latex-free examination gloves, two pairs ea | 1 | ✓ |
| small, medium & Large | | |
| Latex-free tourniquet | 1 | ✓ |
| Latex-free adult BVM and masks | 1 | ✓ |
| Latex-free high concentration, disposable, O2 masks with delivery tubes, two each adult and child | 2 | ✓ |
| Latex-free nasal cannulae and delivery tubes, two each adult and child | 2 | ✓ |
| Latex-free B/P cuff | 1 | ✓ |
| Latex-free stethoscope | 1 | ✓ |

| Equipment to Gain Access | Required | On Hand |
|---|---|---|
| Screwdriver, min 8" regular blade | 1 | ✓ |
| Hacksaw with 6 wire carbide blades | 1 | ✓ |
| Pair of pliers, 10" vice grip | 1 | ✓ |
| Short handled sledge hammer, min 3 Lbs | 1 | ✓ |
| Rope, synthetic, min 50 ft by 1/2" diameter | 1 | ✓ |
| Pair of gloves (leather gauntlets) | 2 | |
| Pair of goggles (clear eye protective) | 2 | ✓ |

12/15/06
p. 1 of 2

**Sherborn Fire Department**
Sherborn, Massachusetts 01770

Inventoried by: _(signature)_

# AMBULANCE CHECKLIST

Date: 12-15-06 _(signature)_

| STRETCHER | Required | On Hand |
|---|---|---|
| Ambulance Cot w/IV pole | 1 | ✓ |
| Wrist and Ankle Restraints(for cot) set | 1 | ✓ |
| **ON BOARD O2 SUPPLIES** | | |
| O2 Cylinder Pressure | 800 psi | ✓ |
| Flow Meter | 2 | ✓ |
| O2 Humidifier (single use) | 1 | ✓ |
| Oximeter (oxygen % and pulse) | 1 | ✓ |
| Sterile Water for Humidifier | 4 | ✓ |
| Adult Non-Rebreathers w/tubing | 4 | ✓ |
| Adult Simple Face masks w/tubing | 4 | ✓ |
| Adult Nasal Cannulas | 4 | ✓ |
| Child Non-Rebreathers w/tubing | 4 | ✓ |
| Child Nasal Cannulas | 4 | ✓ |
| **PORTABLE O2 SUPPLIES** | | |
| Primary O2 Cylinder Pressure | 800 psi | ✓ |
| Regulator / flow meter | 1 | ✓ |
| Adult, Child, Infant Face Mask for Resuscitators | 2 each | ✓ |
| Adult Non-Rebreathers w/tubing | 2 | ✓ |
| Adult Simple Face masks w/tubing | 2 | ✓ |
| Adult Nasal Cannulas | 2 | ✓ |
| bag/valve/mask | 1 | ✓ |
| Full Spare O2 Cylinder (kept in vehicle) | 1 | ✓ |
| **ON BOARD SUCTION** | | |
| Operational | yes | ✓ |
| French suction catheters 2 each 5, 8,14, | 6 | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Suction Rinsing Water Bottle | 1 | ✓ |
| Suction Tubing min 1/4inch in diameter min | 2 | ✓ |
| Pharyngeal Suction Tip | 2 | ✓ |
| **PORTABLE SUCTION UNIT** | | |
| Operational | yes | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Wide Bore Tubing w/Pharyngeal Suction Tip | 1 | ✓ |
| Pair Exam Gloves | 1 | ✓ |
| Face Mask / Eye Shield | 1 | ✓ |
| **EPINEPHRINE AUTO INJECTORS** | | |
| Adult Epi-Pens (within expiration date) | 2 | ✓ |
| Pedi Epi-Pens (within expiration date) | 2 | ✓ |

| ON BOARD E.M.S. SUPPLIES | Required | On Hand |
|---|---|---|
| Adult Traction Splint | 1 | ✓ |
| Child Traction Splint | 1 | ✓ |
| Padded Board Splints | | |
| 3 foot x 3 inches | 2 | ✓ |
| 15 inches x 3 inches | 2 | ✓ |
| 4.5 foot x 3 inches | 2 | ✓ |
| K.E.D. | | |
| Long Back Board w straps 3 sets | 2 | ✓ |
| Head Blocks + Straps sets | 2 | ✓ |
| Cervical Collars: Adult Adjustable | 2 | ✓ |
| Adult No-Neck | 2 | ✓ |
| Adult Regular | 2 | ✓ |
| Adult Short | 2 | ✓ |
| Adult Tall | 2 | ✓ |
| Child No-Neck | 2 | ✓ |
| Pedi (regular size) | 2 | ✓ |
| Stair Chair with straps | 1 | ✓ |
| Infant Back Board | 1 | ✓ |
| Auxiliary Stretcher (Scoop) | 1 | ✓ |
| Wrapped Oral Airways (set of 7 sizes) | 6 | ✓ |
| Wrapped Nasal Airways 1 each 20f 22f,24f,26f, 28f,30f,32f,and 34f | 8 | ✓ |
| Pediatric nasal airways 1 each12f,14f,16f,18f | 4 | ✓ |
| water soluble lubricant | 12 | ✓ |
| Bag Valve Mask Adult w O2 connector tube | 1 | ✓ |
| Bag Valve Mask child &infant w O2 connector tube | 1 | ✓ |
| Small Dressing min 4X4 | 24 | ✓ |
| Medium Dressing min 6X9 | 12 | ✓ |
| Large Dressing min 10"X30" | 6 | ✓ |
| Roller Bandage - 4" Kling | 12 | ✓ |
| Roller Bandage - 6" Kling | 12 | ✓ |
| Triangular Bandages | 12 | ✓ |
| 1" Tape | 3 | ✓ |
| 1" Tape Hypoallergenic | 1 | ✓ |
| Bandage Shears | 1 | ✓ |
| Burn Sheets | 2 | ✓ |

*p. 2cu 2*

| Item | Required | On Hand |
|---|---|---|
| OB Kit | 1 | ✓ |
| Glucose+ wrapped tongue depressors | 3 | ✓ |
| OB Pads | 6 | ✓ |
| Seizer Sticks | 6 | ✓ |
| Poison Antidote Kit w/ Charcoal&measuring | 2 | ✓ |
| Sterile H2O or Saline (3) liters | 3 | ✓ |
| Aluminum Foil Roll | 1 | ✓ |
| Polyethylene Film Roll | 1 | ✓ |
| Bed pan | 1 | ✓ |
| Motion Sickness Bags | 1 | ✓ |
| Pillows (waterproof) | 2 | ✓ |
| Pillows cases | 4 | ✓ |
| Sheets | 8 | ✓ |
| Blankets | 4 | ✓ |
| Towels | 4 | ✓ |
| Tissue Packages | 2 | ✓ |
| Drinking Cups | 2 | ✓ |
| Ice Packs | 4 | ✓ |
| Hot Packs | 4 | ✓ |
| Infection Control Kit | 2 | ✓ |
| Ring Cutter | 1 | ✓ |
| Infant B.P. Cuff | 1 | ✓ |
| Child B.P. Cuff | 1 | ✓ |
| Adult B.P. Cuff | 1 | ✓ |
| Thigh B.P. Cuff | 1 | ✓ |
| Plastic Bags with Ties | 2 | ✓ |
| Red Bio-Hazard Bags with Ties | 2 | ✓ |
| Sharps Container (covered and secured) | 1 | ✓ |
| Face Mask/Eye Shields | 2 | ✓ |
| Pairs Exam Gloves (various sizes) | 6 | ✓ |
| Hand Cleaner (dispensed) | 1 | ✓ |

| Item | Required | On Hand Main | On Hand Spare |
|---|---|---|---|
| FIRST AID KIT CONTAINING: | 2 | 3 | 3 |
| Wrapped Oral Airways (1 each: infant/child/adult) | 3 | ✓ | |
| 4" x 4" Dressings | 12 | ✓ | |
| 5" x 9" Dressings | 4 | ✓ | |
| 10" x 30" Trauma Dressings | 2 | ✓ | |
| Roller Bandage - 2" Kling | 6 | ✓ | ✓ |
| Roller Bandage - 4" Kling | 6 | ✓ | |
| Triangular Bandages | 6 | ✓ | |
| Tourniquets | 2 | ✓ | |
| Trauma Scissors | 1 | ✓ | |
| 2" adhesive tape 5 yards min | 1 | ✓ | |
| Adult B.P. Cuff | 6 | ✓ | |
| Seat belt Cutter | 1 | | |
| Non-Rebreather, Adult/Child | 1 each | ✓ | |
| Wrapped tongue depressors | 2 | ✓ | |
| Stethoscope | 1 | ✓ | |
| Penlight | 1 | ✓ | |
| 500cc Sterile water or saline | 1 | ✓ | |
| Ice Packs | 2 | ✓ | |
| Glucose Tube | 1 | ✓ | |
| Band Aids | 6 | ✓ | |
| "Mouth to Mouth" Mask | 1 | ✓ | |
| Face Mask/Eye Shields | 2 | ✓ | |
| Pair of exam Gloves | 2 | ✓ | |
| DEFIBRILLATOR | | | |
| Batteries Charged and Unit Operational | yes | | |
| Sets of Defibrillator Pads | 2 | ✓ | |
| Spare Batteries | 1 | ✓ | |
| Razor | 1 | ✓ | |
| CPR Board (short board) | 1 | ✓ | |

| Item | Required | On Hand Main | On Hand Spare |
|---|---|---|---|
| Equipment to Gain Access | | | |
| Screwdriver, min 8" regular blade | 1 | ✓ | |
| Hacksaw with 6 wire carbide blades | 1 | ✓ | |
| Pair of pliers, 10" vice grip | 1 | ✓ | |
| Short handled sledge hammer, min 3 Lbs | 1 | ✓ | |
| Rope, synthetic, min 50 ft by 1/2" diameter | 1 | ✓ | |
| Pair of gloves (leather gauntlets) | 2 | ✓ | |
| Pair of goggles (clear eye protective) | 2 | ✓ | |

| Item | Required | On Hand |
|---|---|---|
| Latex-Free Equipment | | |
| Latex-free examination gloves, two pairs ea. | 1 | ✓ |
| small, medium & Large | | ✓ |
| Latex-free tourniquet | 1 | ✓ |
| Latex-free adult BVM and masks | 1 | ✓ |
| Latex-free high concentration, disposable, O2 | 2 | ✓ |
| masks with delivery tubes, two each adult | | |
| and child | | |
| Latex-free nasal cannulae and delivery | 2 | ✓ |
| tubes, two each adult and child | | |
| Latex-free B/P cuff | 1 | ✓ |
| Latex-free stethoscope | 1 | ✓ |

**Sherborn Fire Department**
Sherborn, Massachusetts 01770

Inventoried by: _Knjal_

# AMBULANCE CHECKLIST

Date: _12-21-02  Saturday_

| STRETCHER | Required | On Hand |
|---|---|---|
| Ambulance Cot w/IV pole | 1 | ✓ |
| Wrist and Ankle Restraints/(or cot) set | 1 | ✓ |
| **ON BOARD O2 SUPPLIES** | | |
| O2 Cylinder Pressure | 800 psi | ✓ |
| Flow Meter | 2 | ✓ |
| O2 Humidifier (single use) | 1 | ✓ |
| Oximeter (oxygen % and pulse) | 1 | ✓ |
| Sterile Water for Humidifier | 4 | ✓ |
| Adult Non-Rebreathers w/tubing | 4 | ✓ |
| Adult Simple Face masks w/tubing | 4 | ✓ |
| Adult Nasal Cannulas | 4 | ✓ |
| Child Non-Rebreathers w/tubing | 4 | ✓ |
| Child Nasal Cannulas | 4 | ✓ |
| **PORTABLE O2 SUPPLIES** | | |
| Primary O2 Cylinder Pressure | 800 psi | ✓ |
| Regulator / flow meter | 1 | ✓ |
| Adult, Child, Infant Face Mask for Resuscitators | 2 each | ✓ |
| Adult Non-Rebreathers w/tubing | 2 | ✓ |
| Adult Simple Face masks w/tubing | 2 | ✓ |
| Adult Nasal Cannulas | 1 | ✓ |
| bag/valve/mask | 1 | ✓ |
| Full Spare O2 Cylinder (kept in vehicle) | 1 | ✓ |
| **ON BOARD SUCTION** | | |
| Operational | yes | ✓ |
| French suction catheters 2 each 5, 8,14. | 6 | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Suction Rinsing Water Bottle | 1 | ✓ |
| Suction Tubing min 1/4inch in diameter min | 2 | ✓ |
| Pharyngeal Suction Tip | 2 | ✓ |
| **PORTABLE SUCTION UNIT** | | |
| Operational | yes | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Wide Bore Tubing w/Pharyngeal Suction Tip | 1 | ✓ |
| Pair Exam Gloves | 1 | ✓ |
| Face Mask / Eye Shield | 1 | ✓ |
| **EPINEPHRINE AUTO INJECTORS** | | |
| Adult Epi-Pens (within expiration date) | 2 | ✓ |
| Pedi Epi-Pens (within expiration date) | 2 | ✓ |

| ON BOARD E.M.S. SUPPLIES | Required | On Hand |
|---|---|---|
| Adult Traction Splint | 1 | ✓ |
| Child Traction Splint | 1 | ✓ |
| Padded Board Splints | | |
| 3 foot  x  3 inches | 2 | ✓ |
| 15 inches  x  3 inches | 2 | ✓ |
| 4.5 foot  x  3 inches | 2 | ✓ |
| **K.E.D.** | | |
| Long Back Board w straps 3 sets | 2 | ✓ |
| Head Blocks + Straps sets | 2 | ✓ |
| Cervical Collars:  Adult Adjustable | 2 | ✓ |
| Adult No-Neck | 2 | ✓ |
| Adult Short | 2 | ✓ |
| Adult Regular | 2 | ✓ |
| Adult Tall | 2 | ✓ |
| Child No-Neck | 2 | ✓ |
| Pedi (regular size) | 2 | ✓ |
| Stair Chair with straps | 1 | ✓ |
| Infant Back Board | 1 | ✓ |
| Auxiliary Stretcher (Scoop) | 1 | ✓ |
| Wrapped Oral Airways (set of 7 sizes) | 6 | ✓ |
| Wrapped Nasal Airways 1 each 20f,22f,24f,26f, | 8 | ✓ |
| 28f, 30f, 32f,and 34f | | |
| Pediatric nasul airways 1 each12f,14f,16f,18f | 4 | ✓ |
| water soluble lubricant | 12 | ✓ |
| Bag Valve Mask Adult w O2 connector tube | 1 | ✓ |
| Bag Valve Mask child &infant w O2 connector tube | 1 | ✓ |
| Small Dressing min 4X4 | 24 | ✓ |
| Medium Dressing min 6X9 | 12 | ✓ |
| Large Dressing min 10"X30" | 6 | ✓ |
| Roller Bandage - 4" Kling | 12 | ✓ |
| Roller Bandage - 6" Kling | 12 | ✓ |
| Triangular Bandages | 12 | ✓ |
| 1" Tape | 3 | ✓ |
| 1" Tape Hypoallergenic | 1 | ✓ |
| Bandage Shears | 1 | ✓ |
| Burn Sheets | 2 | ✓ |

| | Required | On Hand |
|---|---|---|
| OB Kit | 1 | ✓ |
| Glucose+ wrapped tongue depressors | 3 | ✓ |
| OB Pads | 6 | ✓ |
| Seizer Sticks | 6 | ✓ |
| Poison Antidote Kit w/ Charcoal&measuring | 2 | ✓ |
| Sterile H2O or Saline (3) liters | 3  1 | ✓ |
| Aluminum Foil Roll | 1 | ✓ |
| Polyethylene Film Roll | 1 | ✓ |
| Bed pan | 1 | ✓ |
| Motion Sickness Bags | 1 | ✓ |
| Pillows (waterproof) | 2 | ✓ |
| Pillows cases | 4 | ✓ |
| Sheets | 8 | ✓ |
| Blankets | 4 | ✓ |
| Towels | 4 | ✓ |
| Tissue Packages | 2 | ✓ |
| Drinking Cups | 2 | ✓ |
| Ice Packs | 4 | ✓ |
| Hot Packs | 4 | ✓ |
| Infection Control Kit | 2 | ✓ |
| Ring Cutter | 1 | ✓ |
| Infant B.P. Cuff | 1 | ✓ |
| Child B.P. Cuff | 1 | ✓ |
| Adult B.P. Cuff | 1 | ✓ |
| Thigh B.P. Cuff | 1 | ✓ |
| Plastic Bags with Ties | 2 | ✓ |
| Red Bio-Hazard Bags with Ties | 2 | ✓ |
| Sharps Container (covered and secured) | 1 | ✓ |
| Face Mask/Eye Shields | 2 | ✓ |
| Pairs Exam Gloves (various sizes) | 6 | ✓ |
| Hand Cleaner (dispensed) | 1 | ✓ |

| | Required | On Hand | |
|---|---|---|---|
| | | Main | Spare |
| FIRST AID KIT CONTAINING: | 2 | ✓ | |
| Wrapped Oral Airways (1 each: infant/child/adult) | 3 | ✓ | |
| 4" x 4" Dressings | 12 | ✓ | |
| 5" x 9" Dressings | 4 | ✓ | |
| 10"x30" Trauma Dressings | 2 | ✓ | |
| Roller Bandage - 2" Kling | 6 | ✓ | |
| Roller Bandage - 4" Kling | 6 | ✓ | |
| Triangular Bandages | 6 | ✓ | |
| Tourniquets | 2 | ✓ | |
| Trauma Scissors | 1 | ✓ | |
| 2" adhesive tape 5 yards min | 1 | ✓ | |
| Adult B.P. Cuff | 6 | ✓ | ✓ |
| Seat belt Cutter | 1 | ✓ | |
| Non-Rebreather: Adult/Child | 1 each | ✓ | |
| Wrapped tongue depressors | 2 | ✓ | |
| Stethoscope | 1 | ✓ | |
| Penlight | 1 | ✓ | |
| 500cc Sterile water or saline | 1 | ✓ | |
| Ice Packs | 2 | ✓ | |
| Glucose Tube | 1 | ✓ | |
| Band Aids | 6 | ✓ | |
| "Mouth to Mouth" Mask | 1 | ✓ | ✓ |
| Face Mask/Eye Shields | 2 | ✓ | ✓ |
| Pair of exam Gloves | 2 | ✓ | |
| DEFIBRILLATOR | | | |
| Batteries Charged and Unit Operational | yes | ✓ | |
| Sets of Defibrillator Pads | 2 | ✓ | |
| Spare Batteries | 1 | ✓ | |
| Razor | 1 | ✓ | |
| CPR Board (short board) | 1 | ✓ | |

| Latex-Free Equipment | Required | On Hand |
|---|---|---|
| Latex-free examination gloves, two pairs ea. | 1 | ✓ |
| small, medium & Large | | |
| Latex-free tourniquet | 1 | ✓ |
| Latex-free adult BVM and masks | 1 | ✓ |
| Latex-free high concentration, disposable, O2 | 2 | ✓ |
| masks with delivery tubes, two each adult and child | | |
| Latex-free nasal cannulae and delivery | 2 | ✓ |
| tubes, two each adult and child | | |
| Latex-free B/P cuff | 1 | ✓ |
| Latex-free stethoscope | 1 | ✓ |

| Equipment to Gain Access | Required | On Hand |
|---|---|---|
| Screwdriver, min 8" regular blade | 1 | ✓ |
| Hacksaw with 6 wire carbide blades | 1 | ✓ |
| Pair of pliers, 10" vise grip | 1 | ✓ |
| Short handled sledge hammer, min 3 Lbs | 1 | ✓ |
| Rope, synthetic, min 50 ft by 1/2" diameter | 1 | ✓ |
| Pair of gloves (leather gauntlets) | 2 | ✓ |
| Pair of goggles (clear eye protective) | 2 | ✓ |

*[handwritten in margin: W.F. ESKAY 1-8-03 p. 1 of 2]*

**Sherborn Fire Department**
Sherborn, Massachusetts 01770

Inventoried by: *[signature]*

# AMBULANCE CHECKLIST

Date: 1-8-03

| STRETCHER | Required | On Hand |
|---|---|---|
| Ambulance Cot w/IV pole | | ✓ |
| Wrist and Ankle Restraints(for cot) set | 1 | ✓ |
| **ON BOARD O2 SUPPLIES** | | |
| O2 Cylinder Pressure | 800 psi | ✓ |
| Flow Meter | 2 | ✓ |
| O2 Humidifier (single use) | 1 | ✓ |
| Oximeter (oxygen % and pulse) | 1 | ✓ |
| Sterile Water for Humidifier | 4 | ✓ |
| Adult Non-Rebreathers w/tubing | 4 | ✓ |
| Adult Simple Face masks w/tubing | 4 | ✓ |
| Adult Nasal Cannulas | 4 | ✓ |
| Child Non-Rebreathers w/tubing | 4 | ✓ |
| Child Nasal Cannulas | 4 | ✓ |
| **PORTABLE O2 SUPPLIES** | | |
| Primary O2 Cylinder Pressure | 800 psi | ✓ |
| Regulator / flow meter | | ✓ |
| Adult, Child, Infant Face Mask for Resuscitators | 2 each | ✓ |
| Adult Non-Rebreathers w/tubing | 2 | ✓ |
| Adult Simple Face masks w/tubing | 2 | ✓ |
| Adult Nasal Cannulas | 2 | ✓ |
| bag/valve/mask | 1 | ✓ |
| Full Spare O2 Cylinder (kept in vehicle) | 1 | ✓ |
| **ON BOARD SUCTION** | | |
| Operational | yes | ✓ |
| French suction catheters 2 each 5, 8,14, | 6 | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Suction Rinsing Water Bottle | 1 | ✓ |
| Suction Tubing min 1/4inch in diameter min | 2 | ✓ |
| Pharyngeal Suction Tip | 2 | ✓ |
| **PORTABLE SUCTION UNIT** | | |
| Operational | yes | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Wide Bore Tubing w/Pharyngeal Suction Tip | 1 | ✓ |
| Pair Exam Gloves | | ✓ |
| Face Mask / Eye Shield | 1 | ✓ |
| **EPINEPHRINE AUTO INJECTORS** | | |
| Adult Epi-Pens (within expiration date) | 2 | ✓ |
| Pedi Epi-Pens (within expiration date) | 2 | ✓ |

| ON BOARD E.M.S. SUPPLIES | Required | On Hand |
|---|---|---|
| Adult Traction Splint | 1 | ✓ |
| Child Traction Splint | 1 | ✓ |
| **Padded Board Splints** | | |
| 3 foot x 3 inches | 2 | ✓ |
| 15 inches x 3 inches | 2 | ✓ |
| 4.5 foot x 3 inches | 2 | ✓ |
| **K.E.D.** | 2 | ✓ |
| Long Back Board w straps 3 sets | 2 | ✓ |
| Head Blocks + Straps sets | 2 | ✓ |
| Cervical Collars: Adult Adjustable | 2 | ✓ |
| Adult No-Neck | 2 | ✓ |
| Adult Short | 2 | ✓ |
| Adult Regular | 2 | ✓ |
| Adult Tall | 2 | ✓ |
| Child No-Neck | 2 | ✓ |
| Pedi (regular size) | 2 | ✓ |
| Stair Chair with straps | 1 | ✓ |
| Infant Back Board | 1 | |
| Auxiliary Stretcher (Scoop) | 1 | ✓ |
| Wrapped Oral Airways (set of 7 sizes) | 6 | ✓ |
| Wrapped Nasal Airways 1 each 20f,22f,24f,26f, 28f, 30f, 32f, and 34f | 8 | |
| Pediatric nasul airways 1 each 12f,14f,16f,18f | 4 | |
| water soluble lubricant | 12 | ✓ |
| Bag Valve Mask Adult w O2 connector tube | 1 | ✓ |
| Bag Valve Mask child &infant w O2 connector tube | 1 | |
| Small Dressing min 4X4 | 24 | ✓ |
| Medium Dressing min 5X9 | 12 | ✓ |
| Large Dressing min 10"X30" | 6 | ✓ |
| Roller Bandage - 4" King | 12 | ✓ |
| Roller Bandage - 6" King | 12 | ✓ |
| Triangular Bandages | 12 | ✓ |
| 1" Tape | 3 | ✓ |
| 1" Tape Hypoallergenic | 3 | ✓ |
| Bandage Shears | 1 | ✓ |
| Burn Sheets | 2 | ✓ |

| | Required | On Hand |
|---|---|---|
| OB Kit | 1 | ✓ |
| Glucose+ wrapped tongue depressors | 3 | ✓ |
| OB Pads | 6 | ✓ |
| Seizer Sticks | 6 | ✓ |
| Poison Antidote Kit (w/ Charcoal&measuring | 2 | ✓ |
| Sterile H2O or Saline (3) liters | 3 / 1 | ✓ |
| Aluminum Foil Roll | 1 | ✓ |
| Polyethylene Film Roll | 1 | ✓ |
| Bed pan | 1 | ✓ |
| Motion Sickness Bags | 1 | ✓ |
| Pillows (waterproof) | 4 | ✓ |
| Pillows cases | 4 | ✓ |
| Sheets | 8 | ✓ |
| Blankets | 4 | ✓ |
| Towels | 4 | ✓ |
| Tissue Packages | 2 | ✓ |
| Drinking Cups | 2 | ✓ |
| Ice Packs | 4 | ✓ |
| Hot Packs | 4 | ✓ |
| Infection Control Kit | 2 | ✓ |
| Ring Cutter | 1 | ✓ |
| Infant B.P. Cuff | 1 | ✓ |
| Child B.P. Cuff | 1 | ✓ |
| Adult B.P. Cuff | 1 | ✓ |
| Thigh B.P. Cuff | 1 | ✓ |
| Plastic Bags with Ties | 2 | ✓ |
| Red Bio-Hazard Bags with Ties | 2 | ✓ |
| Sharps Container (covered and secured) | 1 | ✓ |
| Face Mask/Eye Shields | 1 | ✓ |
| Pairs Exam Gloves (various sizes) | 6 | ✓ |
| Hand Cleaner (dispensed) | 1 | ✓ |

| | Required | On Hand Main | Spare |
|---|---|---|---|
| FIRST AID KIT CONTAINING: | 2 | ✓ | |
| Wrapped Oral Airways (1 each: infant/child/adult) | 3 | ✓ | |
| 4" x 4" Dressings | 12 | ✓✓ | |
| 5" x 9" Dressings | 4 | ✓ | |
| 10" x 30" Trauma Dressings | 2 | ✓ | |
| Roller Bandage - 2" Kling | 6 | ✓ | |
| Sterile Bandage - 4" Kling | 6 | ✓ | |
| Triangular Bandages | 6 | ✓ | |
| Tourniquets | 2 | ✓ | |
| Trauma Scissors | 1 | ✓ | |
| 2" adhesive tape 5 yards min | 1 | ✓ | |
| Adult B.P. Cuff | 6 | ✓ | |
| Seat belt Cutter | 1 | | |
| Non-Rebreather: Adult/Child | 1 each | | |
| Wrapped tongue depressors | 2 | ✓ | |
| Stethoscope | 1 | ✓ | |
| Penlight | 1 | ✓ | |
| 500cc Sterile water or saline | 1 | ✓ | |
| Ice Packs | 2 | ✓ | |
| Glucose Tube | 1 | ✓ | |
| Band Aids | 6 | ✓ | |
| "Mouth to Mouth" Mask | 1 | ✓ | |
| Face Mask/Eye Shields | 2 | ✓ | |
| Pair of exam Gloves | 2 | ✓ | |
| DEFIBRILLATOR | | | |
| Batteries Charged and Unit Operational | yes | | |
| Sets of Defibrillator Pads | 2 | ✓ | |
| Spare Batteries | 1 | | |
| Razor | 1 | ✓ | |
| CPR Board (short board) | 1 | ✓ | |

| Latex-Free Equipment | Required | On Hand |
|---|---|---|
| Latex-free examination gloves, two pairs ea. | 1 | ✓ |
| small, medium & Large | | |
| Latex-free tourniquet | 1 | ✓ |
| Latex-free adult BVM and masks | 1 | ✓ |
| Latex-free high concentration, disposable, O2 | 2 | ✓ |
| masks with delivery tubes, two each adult | | |
| and child | | |
| Latex-free nasal cannulae and delivery | 2 | ✓ |
| tubes, two each adult and child | | |
| Latex-free B/P cuff | 1 | ✓ |
| Latex-free stethoscope | 1 | ✓ |

| Equipment to Gain Access | Required | On Hand |
|---|---|---|
| Screwdriver, min 8" regular blade | 1 | ✓ |
| Hacksaw with 6 wire carbide blades | 1 | ✓ |
| Pair of pliers, 10" vice grip | 1 | ✓ |
| Short handled sledge hammer, min 3 Lbs | 1 | ✓ |
| Rope, synthetic, min 50 ft by 1/2" diameter | 1 | ✓ |
| Pair of gloves (leather gauntlets) | 2 | ✓✓ |
| Pair of goggles (clear eye protective) | 2 | ✓ |

List of Equipment we need

for A1:

2 microdrip sets, more macro's. (only have 500 mc Sterile H2O                    3 left

2" Kling

10   # 24 angiocaths
10   # 22 angiocaths
6    # 20 angiocaths
10   # 18 angiocaths
3    # 16 angiocaths
0    # 14 angiocaths

424 NC
24 NRB adult
12 2" Kling
1 pair sm gloves to try

Missing 1 glove from tool box

Adult NRB

ankle hitch for pedi traction splint.

# 12 pedi Nasal airway.

500 mc bags Normal saline

Rear left bottom break light out.

Filled 4 portable O2 tanks > 1500 psi

washed outside of truck + cleaned out front.

# AMBULANCE CHECK...

Date: 1/25/03

Sherborn Fire Department
Sherborn, Massachusetts 01770

Inventoried by: Jim Coffman



*Handwritten notes:* Ø arm for hitch pedi — Ø #12 for pedi — face masks all out... collect?

| STRETCHER | Required | On Hand |
|---|---|---|
| Stretcher Cot w/IV pole | | 1 ✓ |
| Ambulance Cot Restraints (for cot) set | | 1 ✓ |
| Wrist and Ankle Restraints | 1 | ✓ |
| **ON BOARD O2 SUPPLIES** | | |
| O2 Cylinder Pressure | 800 psi | 1000 |
| Flow Meter | | 1 ✓ |
| O2 Humidifier (single use) | | 4 ✓ |
| O2 Humidifier (oxygen % and pulse) | | 4 ✓ |
| Oximeter (oxygen) for Humidifier | | 4 ✓ |
| Sterile Water for Humidifier | | 4 ✓ |
| Adult Non-Rebreathers w/tubing | | 4 ✓ |
| Adult Simple Face masks w/tubing | | ✓ |
| Adult Nasal Cannulas | | |
| Child Non-Rebreathers w/tubing | | |
| Child Nasal Cannulas | | |
| **PORTABLE O2 SUPPLIES** | | |
| Portable O2 Cylinder Pressure | 800 psi | |
| Primary O2 flow meter | 2 each | 2 ✓ |
| Regulator / flow meter for Resuscitators | | 2 ✓ |
| Adult, Child, Infant Face Mask for Resuscitators | | 1 ✓ |
| Adult Non-Rebreathers w/tubing | | |
| Adult Simple Face masks w/tubing | | 1 |
| Adult Nasal Cannulas | | |
| bag/valve/mask | | 6 ✓ |
| Full Spare O2 Cylinder (kept in vehicle) | | yes ✓ |
| **ON BOARD SUCTION** | | |
| Operational | | 1 ✓ |
| Operational catheters 2 each 5, 8, 14 | | 2 ✓ |
| French suction Collection Bottle | | 2 ✓ |
| Transparent Collection Water Bottle | | |
| Transparent Rinsing Water Bottle | | 1 |
| Suction Tubing min 1/4inch in diameter min | | yes |
| Suction Tubing min Tip | | 1 ✓ |
| Pharyngeal Suction Tip | | 1 |
| **PORTABLE SUCTION UNIT** | | |
| Operational | | |
| Operational Collection Bottle | | |
| Transparent Collection Bottle | | |
| Transparent Tubing w/Pharyngeal Suction Tip | | 2 ✓ |
| Wide Bore Tubing | | |
| Pair Exam Gloves | | |
| Face Mask / Eye Shield | | |
| **EPINEPHRINE AUTO INJECTORS** | | |
| Adult Epi-Pens (within expiration date) | | 2 ✓ |
| Pedi Epi-Pens (within expiration date) | | 2 ✓ |

| ON BOARD E.M.S. SUPPLIES | Required | On Hand |
|---|---|---|
| Adult Traction Splint | | 1 ✓ |
| Child Board Splints | | 1 ✓ |
| Padded Board Splints | | |
| 3 foot x 3 inches | | 2 ✓ |
| 3 inches x 3 inches | | 2 ✓ |
| 15 inches x 3 inches | | 2 ✓ |
| 4.5 foot x 3 inches | | 2 ✓ |
| K.E.D. | | 2 ✓ |
| Long Back Board w straps 3 sets | | 2 ✓ |
| Head Blocks + Straps sets | | 2 ✓ |
| Cervical Collars: Adult Adjustable | | 2 ✓ |
| Adult No-Neck | | |
| Adult Short | | 1 ✓ |
| Adult Regular | | |
| Adult Tall | | 1 ✓ |
| Child No-Neck | | 1 ✓ |
| Pedi (regular size) | | 8 ✓ |
| Stair Chair with straps | | |
| Infant Back Board (Scoop) | | 4 ✓ |
| Auxiliary Stretcher (set of 7 sizes) | | |
| Wrapped Nasal Airways 1 each 20f,22f,24f,26f | | 12 ✓ |
| Wrapped Nasal Airways 1 each 12f,14f,16f,18f | | 1 |
| Wrapped Oral Airways 1 each 28f,30f,32f and 34f | | |
| Pediatric nasal airways | | |
| water soluble lubricant | | 24 |
| Pediatric Bag Valve Mask, Adult w O2 connector tube | | 12 ✓ |
| Bag Valve Mask, Adult w O2 connector tube | | |
| Bag Valve Mask, child &infant w O2 connector tube | | 6 ✓ |
| Bag Valve Mask, child min 4X4 | | 12 ✓ |
| Small Dressing min 5X9 | | |
| Medium Dressing min 10Y30' | | 12 ✓ |
| Large Bandage - 4" King | | |
| Roller Bandage - 6" King | | 3 |
| Triangular Bandages | | 1 |
| "1" Tape | | 1 |
| "1" Tape Hypoallergenic | | 2 |
| Bandage Shears | | |
| Burn Sheets | | |

_Ben Wignall 10/1/03_ (handwritten)

| | Required | On Hand |
|---|---|---|
| OB Kit | 1 | ✓ |
| Glucose+ wrapped tongue depressors | 3 | ✓ |
| OB Pads | 6 | ✓ |
| Seizer Sticks | 6 | ✓ |
| Poison Antidote Kit w/ Charcoal&measuring | 2 | ✓ |
| Sterile H2O or Saline (3) liters  2 | | ✓ |
| Aluminum Foil Roll | 3 | ✓ |
| Polyethylene Film Roll | 1 | Ø |
| Bed pad | 1 | ✓ |
| Motion Sickness Bags | 1 | ✓ |
| Pillows (waterproof) | 2 | ✓ |
| Pillows cases | 4 | ✓ |
| Hot Packs | 8 | ✓ |
| Sheets | 4 | ✓ |
| Blankets | 4 | ✓ |
| Towels | 2 | ✓ |
| Tissue Packages | 2 | ✓ |
| Drinking Cups | 2 | ✓ |
| Ice Packs | 4 | ✓ |
| Hot Packs | 4 | ✓ |
| Infection Control Kit | 2 | ✓ |
| (Ring Cutter) | 1 | ✓ |
| Infant B.P. Cuff | 1 | ✓ |
| Child B.P. Cuff | 1 | ✓ |
| Adult B.P. Cuff | 1 | ✓ |
| Thigh B.P. Cuff | 1 | ✓ |
| Plastic Bags with Ties | 2 | ✓ |
| Red Bio-Hazard Bags with Ties | 2 | ✓ |
| Sharps Container (covered and secured) | 1 | ✓ |
| Face Mask/Eye Shields | 2 | ✓ |
| Pairs Exam Gloves (various sizes) | 6 | ✓ |
| Hand Cleaner (dispensed) | 1 | ✓ |

| FIRST AID KIT CONTAINING: | Required | On Hand Main | Spare |
|---|---|---|---|
| Wrapped Oral Airways (1 each: infant/child/adult) | 2 | ✓ | ✓ |
| 4"x4" Dressings | 3 | ✓ | |
| 5"x9" Dressings | 12 | ✓ | |
| 10" x 30' Trauma Dressings | 4 | ✓ | |
| Roller Bandage - 2" Kling | 6 | ✓ | |
| Roller Bandage - 4" Kling | 6 | ✓ | |
| Triangular Bandages | 6 | ✓ | |
| Tourniquets | 2 | ✓ | |
| Trauma Scissors | 1 | ✓ | |
| 2" adhesive tape 5 yards min | 1 | ✓ | |
| Adult B.P. Cuff | 6 | ✓ | |
| Seat belt Cutter | 1 | ✓ | |
| Non-Rebreather: Adult/Child | 1 each | ✓ | |
| Wrapped tongue depressors | 2 | ✓ | |
| Stethoscope | 1 | ✓ | |
| Penlight | 1 | ✓ | |
| 500cc Sterile water or saline | 1 | ✓ | |
| Ice Packs | 2 | ✓ | |
| Glucose Tube | 1 | ✓ | |
| Band Aids | 6 | ✓ | |
| "Mouth to Mouth" Mask | 1 | ✓ | |
| Face Mask/Eye Shields | 2 | ✓ | |
| Pair of exam Gloves | 2 | ✓ | |
| DEFIBRILLATOR | | | |
| Batteries Charged and Unit Operational | yes | ✓ | |
| Sets of Defibrillator Pads | 2 | ✓ | |
| Spare Batteries | 1 | ✓ | |
| Razor | 1 | ✓ | |
| CPR Board (short board) | 1 | ✓ | |

| Latex-Free Equipment | Required | On Hand |
|---|---|---|
| Latex-free examination gloves, two pairs ea. small, medium & Large | 1 | ✓ |
| Latex-free tourniquet | 1 | ✓ |
| Latex-free adult BVM and masks | 1 | ✓ |
| Latex-free high concentration, disposable, O2 masks with delivery tubes, two each adult and child | 2 | ✓ |
| Latex-free nasal cannulae and delivery tubes, two each adult and child | 2 | ✓ |
| Latex-free B/P cuff | 1 | ✓ |
| Latex-free stethoscope | 1 | ✓ |

| Equipment to Gain Access | Required | On Hand Main |
|---|---|---|
| Screwdriver, min 8" regular blade | 1 | 2 |
| Hacksaw with 6 wire carbide blades | 1 | ✓ |
| Pair of pliers, 10" vice grip | 1 | ✓ |
| Short handled sledge hammer, min 3 Lbs | 1 | ✓ |
| Rope, synthetic, min 50 ft by 1/2" diameter | 1 | ✓ |
| Pair of gloves (leather gauntlets) | 2 | ✓ |
| Pair of goggles (clear eye protective) | 2 | 2 |

_Only 1 blanket_ (handwritten)
_no truck_ (handwritten)

# SHERBORN FIRE DEPARTMENT
## ALS CHECKLIST

did leave
the #24
& #14 in the
box so
would have
in, but they
& expired

| DESCRIPTION | QTY REQUIRED | ACTUAL | Expiration Checked | |
|---|---|---|---|---|
| #24 angiocaths | 10 | 0 | yes | 4 EXPIRED |
| #22 angiocaths | 10 | 4 | yes | 3 EXPIRED |
| #20 angiocaths | 10 | 4 | yes | 2 EXPIRED |
| #18 angiocaths | 10 | 4 | yes | 2 EXPIRED |
| #16 angiocaths | 10 | 2 | yes | 4 EXPIRED |
| #14 angiocaths | 10 | 0 | yes | 3 EXPIRED |

| | | | |
|---|---|---|---|
| Normal Saline 1,000cc | 2 | 3 | yes |
| Normal Saline 500cc | | | |

| | | | |
|---|---|---|---|
| Tourniquets | 2 | ✓ 2 | |

| | | | |
|---|---|---|---|
| IV extension sets | 2 | 4 | |

| | | | |
|---|---|---|---|
| IV Macrodrip Admin set | 2 | ✓ 2 | |
| IV Microdrip Admin set | 2 | 0 | |

| | | | |
|---|---|---|---|
| Band aids | 25 | 25 | |
| Alcohol wipes | 20 | 30 | |
| Disposable gloves | 2 | 6 sets | N/A |
| 1" tape rolls | 2 | 2 | |
| 2*2 gauze pads | 15 | 30 | |

Is there checklist for the intubation kits?

Inventoried by: _Kim Coffman_    Date: _1/25/03_

*Pam, Let me know what you want to do with the angiocaths that have expired.

Sherborn Fire Department
Sherborn, Massachusetts 01770

# AMBULANCE CHECKLIST

Inventoried by: _Kim Coffman_        Date: _2/2/03_

| STRETCHER | Required | On Hand |
|---|---|---|
| Ambulance Cot w/IV pole | 1 | ✓ |
| Wrist and Ankle Restraints(for cot) set | 1 | ✓ |
| **ON BOARD O2 SUPPLIES** | | |
| O2 Cylinder Pressure | 800 psi | 1000 |
| Flow Meter | 2 | ✓ |
| O2 Humidifier (single use) | 1 | ✓ |
| Oximeter (oxygen % and pulse) | 1 | ✓ |
| Sterile Water for Humidifier | 1 | ✓ |
| Adult Non-Rebreathers w/tubing | 4 | ✓ |
| Adult Simple Face masks w/tubing | 4 | ✓ |
| Adult Nasal Cannulas | 4 | ✓ |
| Child Non-Rebreathers w/tubing | 4 | ✓ |
| Child Nasal Cannulas | 4 | ✓ |
| **PORTABLE O2 SUPPLIES** | | |
| Primary O2 Cylinder Pressure | 800 psi | 1000 |
| Regulator / flow meter | 2 | ✓ |
| Adult, Child, Infant Face Mask for Resuscitators | 2 each | ✓ |
| Adult Non-Rebreathers w/tubing | 2 | ✓ |
| Adult Simple Face masks w/tubing | 2 | ✓ |
| Adult Nasal Cannulas | 2 | ✓ |
| bag/valve/mask | 1 | ✓ |
| Full Spare O2 Cylinder (kept in vehicle) | 1 | ✓ |
| **ON BOARD SUCTION** | | |
| Operational | yes | ✓ |
| French suction catheters 2 each 5, 8,14, | 6 | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Suction Rinsing Water Bottle | 1 | ✓ |
| **PORTABLE SUCTION UNIT** | | |
| Suction Tubing min 1/4inch in diameter min | 2 | ✓ |
| Pharyngeal Suction Tip | 2 | ✓ |
| **PORTABLE SUCTION UNIT** | | |
| Operational | yes | ✓ |
| Transparent Collection Bottle | 1 | ✓ |
| Wide Bore Tubing w/Pharyngeal Suction Tip | 1 | ✓ |
| Pair Exam Gloves | | |
| Face Mask / Eye Shield | 1 | ✓ |
| **EPINEPHRINE AUTO INJECTORS** | | |
| Adult Epi-Pens (within expiration date) | 2 | ✓ |
| Pedi Epi-Pens (within exfiration date) | 2 | ✓ |

| ON BOARD E.M.S. SUPPLIES | Required | On Hand |
|---|---|---|
| Adult Traction Splint | 1 | ✓ |
| Child Traction Splint | 1 | ✓  Ø ankle hitch |
| **Padded Board Splints** | | |
| 3 foot x 3 inches | 2 | ✓ |
| 15 inches x 3 inches | 2 | ✓ |
| 4.5 foot x 3 inches | 2 | ✓ |
| **K.E.D.** | | |
| Long Back Board w straps 3 sets | 2 | ✓ |
| Head Blocks + Straps sets | 2 | ✓ |
| Cervical Collars: Adult Adjustable | 2 | ✓ |
| Adult No-Neck | 2 | ✓ |
| Adult Short | 2 | ✓ |
| Adult Regular | 2 | ✓ |
| Adult Tall | 2 | ✓ |
| Child No-Neck | 2 | ✓ |
| Pedi (regular size) | 2 | ✓ |
| Stair Chair with straps | 1 | ✓ |
| Infant Back Board | 1 | ✓ |
| Auxiliary Stretcher (Scoop) | 1 | ✓ |
| Wrapped Oral Airways (set of 7 sizes) | 6 | ✓ |
| Wrapped Nasal Airways 1 each 20f,22f,24f,26f, 28f,30f, 32f,and 34f | 8 | ✓ |
| Pediatric nasul airways 1 each12f,14f,16f,18f | 4 | ✓ |
| water soluble lubricant | 12 | ✓ |
| Bag Valve Mask Adult w O2 connector tube | 1 | ✓ |
| Bag Valve Mask child &infant w O2 connector tube | 1 | ✓ |
| Small Dressing min 4X4 | 24 | ✓ |
| Medium Dressing min 5X9 | 12 | ✓ |
| Large Dressing min 10"X30" | 6 | ✓ |
| Roller Bandage - 4" King | 12 | ✓ |
| Roller Bandage - 6" King | 12 | ✓ |
| Triangular Bandages | 12 | ✓ |
| 1" Tape | 3 | ✓ |
| 1" Tape Hypoallerergenic | 1 | ✓ |
| Bandage Shears | 1 | ✓ |
| Burn Sheets | 2 | ✓ |

Jim Coffman    2/2/03

4 + 6" liner

1 pair on hand

| | Required | On Hand |
|---|---|---|
| OB Kit | 1 | ✓ |
| Glucose+ wrapped tongue depressors | 3 | ✓ |
| OB Pads | 6 | ✓ |
| Seizer Sticks | 6 | ✓ |
| Poison Antidote Kit w/ Charcoal&measuring | 2 | ✓ |
| Sterile H2O or Saline (3) liters | 1 | ✓ |
| Aluminum Foil Roll | 1 | ✓ |
| Polyethylene Film Roll | 1 | 1/0 |
| Bed pan | 1 | ✓ |
| Motion Sickness Bags | 1 | ✓ |
| Pillows (waterproof) | 2 | ✓ |
| Pillows cases | 4 | ✓ |
| Sheets | 8 | ✓ |
| Blankets | 4 | 0 |
| Towels | 4 | ✓ |
| Tissue Packages | 2 | ✓ |
| Drinking Cups | 2 | ✓ |
| Ice Packs | 4 | ✓ |
| Hot Packs | 4 | ✓ |
| Infection Control Kit | 2 | ✓ |
| Ring Cutter | 1 | ✓ |
| Infant B.P. Cuff | 1 | ✓ |
| Child B.P. Cuff | 1 | ✓ |
| Adult B.P. Cuff | 1 | ✓ |
| Thigh B.P. Cuff | 1 | ✓ |
| Plastic Bags with Ties | 2 | ✓ |
| Red Bio-Hazard Bags with Ties | 1 | ✓ |
| Sharps Container (covered and secured) | 1 | ✓ |
| Face Mask/Eye Shields | 2 | ✓ |
| Pairs Exam Gloves (various sizes) | 6 | ✓ |
| Hand Cleaner (dispensed) | 1 | ✓ |

| Latex-Free Equipment | Required | On Hand |
|---|---|---|
| Latex-free examination gloves, two pairs ea. | 1 | ✓ |
| small, medium & Large | | |
| Latex-free tourniquet | 1 | ✓ |
| Latex-free adult BVM and masks | 1 | ✓ |
| Latex-free high concentration, disposable, O2 | 2 | ✓ |
| masks with delivery tubes, two each adult | | |
| and child | | |
| Latex-free nasal cannulae and delivery | 2 | ✓ |
| tubes, two each adult and child | | |
| Latex-free B/P cuff | 1 | ✓ |
| Latex-free stethoscope | 1 | ✓ |

| FIRST AID KIT CONTAINING: | Required | On Hand Main | Spare |
|---|---|---|---|
| Wrapped Oral Airways (1 each: infant/child/adult) | 3 | ✓ | |
| 4" x 4" Dressings | 12 | ✓ | |
| 5" x 9" Dressings | 4 | ✓ | |
| 10" x 30' Trauma Dressings | 2 | ✓ | |
| Roller Bandage- 2" Kling | 6 | ✓ | |
| Roller Bandage- 4" Kling | 6 | ✓ | ✓ |
| Triangular Bandages | 6 | ✓ | ✓ |
| Tourniquets | 2 | ✓ | ✓ |
| Trauma Scissors | 1 | ✓ | |
| 2' adhesive tape 5 yards min | 1 | ✓ | |
| Adult B.P. Cuff | 6 | ✓ | |
| Seat belt Cutter | 1 | | |
| Non-Rebreather: Adult/Child | 1 each | ✓ | |
| Wrapped tongue depressors | 2 | ✓ | |
| Stethoscope | 1 | ✓ | |
| Penlight | 1 | ✓ | |
| 500cc Sterile water or saline | 1 | ✓ | |
| Ice Packs | 2 | ✓ | |
| Glucose Tube | 1 | ✓ | |
| Band Aids | 6 | ✓ | |
| "Mouth to Mouth" Mask | 1 | ✓ | |
| Face Mask/Eye Shields | 2 | ✓ | |
| Pair of exam Gloves | 2 | ✓ | |
| DEFIBRILLATOR | | | |
| Batteries Charged and Unit Operational | yes | | |
| Sets of Defibrillator Pads | 2 | ✓ | |
| Spare Batteries | 1 | ✓ | |
| Razor | 1 | ✓ | |
| CPR Board (short board) | 1 | ✓ | |

| Equipment to Gain Access | Required | On Hand |
|---|---|---|
| Screwdriver, min 8" regular blade | 1 | ✓ |
| Hacksaw with 6 wire carbide blades | 1 | ✓ |
| Pair of pliers, 10" vice grip | 1 | ✓ |
| Short handled sledge hammer, min 3 Lbs | 1 | ✓ |
| Rope, synthetic, min 50 ft by 1/2" diameter | 1 | ✓ |
| Pair of gloves (leather gauntlets) | 2 | 1 |
| Pair of goggles (clear eye protective) | 2 | ✓ |

# SHERBORN FIRE DEPARTMENT
## ALS CHECKLIST

| DESCRIPTION | QTY REQUIRED | ACTUAL | Expiration Checked |
|---|---|---|---|
| #24 angiocaths | 10 | 5 | |
| #22 angiocaths | 10 | 6 | |
| #20 angiocaths | 10 | 5 | |
| #18 angiocaths | 10 | 6 | |
| #16 angiocaths | 10 | 6 | |
| #14 angiocaths | 10 | 3 | |
| Normal Saline 1,000cc | 2 | 3 | |
| Normal Saline 500cc | | 1 | |
| Tourniquets | 2 | ✓ | |
| IV extension sets | 2 | 4 | |
| IV Macrodrip Admin set | 2 | 3 | |
| IV Microdrip Admin set | 2 | 1 | in truck |
| Band aids | 25 | ✓ | |
| Alcohol wipes | 20 | ✓ | |
| Disposable gloves | 2 | ✓ | |
| 1" tape rolls | 2 | ✓ | |
| 2*2 gauze pads | 15 | ✓ | |

Inventoried by: _Ken Coffman_

Date: _2/2/03_

# MOTION FOR SUMMARY JUDGMENT
# EXHIBIT 12
## Massachusetts Department of Health
## Equipment Inspection Report Forms
## (1997-2003)

*E-one*



## MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH
## OFFICE OF EMERGENCY MEDICAL SERVICES
### AMBULANCE INSPECTION REPORT FORM - BLS SUPPLIES & VEHICLE EQUIPMENT

OEMS FORM 500-22 (10/2002)  **M**

UNIT ID NO / PAGE  *4 / 1 OF 5*

| SERVICE NUMBER | SERVICE NAME | | | AMB. CERT# | EXP | CLASS | VEH TYPE LEVEL | DATE |
|---|---|---|---|---|---|---|---|---|
| | *Sherburn Fire* | | | | | | | *04.04.03* |

VEHICLE IDENTIFICATION NUMBER: *1 F D L G 4 0 F X V H A 7 5 1 7 3* | LICENSE PLATE NO *M F 5 2 5 3* | INSPECTED BY *DF* | INSPECTION TYPE: ☐ Pre-Inspect ☐ Remount ☐ Replace ☐ Addition ☐ Interim ☐ Renew

LOCATION *Headquarters* | CHASSIS/ DATE *1/97* | BODY/DATE | MILEAGE *90.307*

| CREW NAME 1 | EMT NUMBER | EMT EXP | ACLS EXP | CPR EXP | DR. LIC. |
| CREW NAME 2 | EMT NUMBER | EMT EXP | ACLS EXP | CPR EXP | DR. LIC. |

1 = COMPLIANT  
11= CORRECTED DURING INSP.  
20= NOT COMPLIANT  
21= PARTIALLY COMPLIANT  

**INSPECTION CODES**
30= UNSANITARY - BIOHAZARD  
31= UNSANITARY -OTHER  
90= OTHER

| INSPECTION CODES | | BLS SUPPLIES | INSPECTION CODES | | BLS SUPPLIES |
|---|---|---|---|---|---|
| M01 | 1 | (1) AMBULANCE COT | M23 | 1 | (3) IRRIGATION FLUID |
| | | | M24 | 1 | (1) ROLL STERILE ALUMINUM FOIL 12"X25" or adult space blanket |
| M02A | 1 | (1) ADULT BAG MASK VENTILATOR | M25 | 1 | (1) ROLL POLYETHYLENE FILM |
| M02B | 1 | (1) PEDI & INFANT  BAG MASK VENTILATOR | M26 | 1 | (1) ADULT BEDPAN |
| M03A | 1 | (1) PORTABLE O2 RESUSC. W/ ACCESSORIES | M27 | 1 | (2) MOTION SICKNESS BAGS |
| | | | M28 | 1 | (2) PILLOWS W/WATERPROOF COVERS |
| M03B | 1 | INSTALLED O2 SYSTEM SUPPLIES | M29 | 1 | LINEN:  (8) SHEETS - (4) BLANKETS - (4) TOWELS |
| M04 | 1 | 1 PORTABLE SUCTION UNIT/with BSI equipment | M30 | 1 | (2) BOXES DISPOSABLE PAPER TISSUES |
| M05 | 1 | #1 FIRST AID KIT | M31 | 1 | DISPOSABLE DRINKING CUPS |
| | | | M32 | : | (4) COLD PACKS |
| M05A | 1 | #2 FIRST AID KIT | M33 | 1 | (2) INFECTION CONTROL KITS |
| | | | M34 | 1 | (2) GLUCOSE paste or equiv. w/wrapped tongue depressors |
| M06 | 1 | TRACTION SPLINTS (Adult, Child)W/ACCESSORIES | M35 | | (1) RING CUTTER |
| M07 | 1 | PADDED BOARD SPLINTS (2 @ 3 SIZES) | M36 | 1 | (1) EA. SPHYGMOMANOMETER(S) ADULT, CHILD, INFANT, LARGE |
| M08 | X  30 | (1) FULL SPINE BOARD W/ACCESSORIES  *Broken on headbed Dirty* | | | |
| M08A | 1 | (1) HALF SPINE BOARD OR KED w/ACCESSORIES | M37 | 1 | (1) STETHOSCOPE in patient compartment |
| M09 | 1 | STAIR CHAIR | M38 | 1 | (2) PLASTIC BAGS WITH TIES |
| M10 | 1 | AUXILIARY STRETCHER | M39 | 1 | CONTAMINATED TRASH CONTAINER W/ BIO-HAZARD BAGS & TIE |
| M11 | 1 | TRANSFER SHEET | M40 | 1 | SHARPS CONTAINER - min. 8" height |
| M12 | 1 | AIRWAYS: (6) OROPHARYNGEAL, (8) NASAL (6) PEDI NASAL | M41 | 1 | (2) EYE SHIELDS/FACE MASK |
| M13 | 1 | (24) STERILE GAUZE PADS 4"x4" | M42 | 1 | GLOVES - three different sizes |
| M14 | 1 | (12) STERILE DRESSINGS 5"x9" or SANITARY NAPKINS | M43 | 1 | HAND CLEANER |
| M15 | 1 | (6) STERILE UNIVERSAL DRESSINGS 10"x30" | M44 | 1 | SEMI-AUTOMATIC DEFIBRILATOR (AED) |
| M16 | 1 | (12) ROLLER BANDAGE 3" or 4" | M45 | 1 | LATEX FREE KIT |
| M17 | 1 | (12) TRIANGULAR BANDAGES | M46 | 1 | AUTO-INJECTOR EPINEPHRINE |
| M18 | 1 | ADHESIVE TAPE (4) 1"x5  w/(1) hypoallergenic | M47 | | CPR BOARD |
| M19 | 1 | (1) BANDAGE SHEARS | M48 | 1 | ASPIRIN |
| M20 | 1 | (2) BURN SHEETS - sanitary wrapped | | | |
| M21 | 1 | OBSTETRICAL KIT - w/newadler system | | | **OTHER SUPPLIES** |
| M22 | 1 | POISON ANTIDOTE KIT - charcoal w/measuring device | | | |

I, the undersigned representative of the above service, acknowledge receipt of a copy of this inspection form, applicable supplemental forms and corrective action statements

| SIGNATURE OF INSPECTOR | DATE *4-04-03* | SIGNATURE OF PERSON IN CHARGE OF SERVICE | DATE *4/4/03* | PLAN OF CORRECTION DUE *4-14-03* |



MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH
**OFFICE OF EMERGENCY MEDICAL SERVICES**
AMBULANCE INSPECTION REPORT FORM - VEHICLE

OEMS FORM 500-21 (8/96)

**V-1**

| UNIT ID NO. | PAGE |
|---|---|
| A-1 | 2 of 5 |

| SERVICE NUMBER | SERVICE NAME | AMBULANCE CERT. | EXP | LICENSE PLATE NO | INSPECTOR | DATE |
|---|---|---|---|---|---|---|
| | Sherborne Fire | | | 5253 | DF | 9/9/99 |

| INSPECTION CODES | 1 = COMPLIANT | 20 = NOT COMPLIANT | 30 = UNSANITARY - BIOHAZARD | 90 = OTHER |
|---|---|---|---|---|
| | 11 = CORRECTED DURING INSPECTION | 21 = PARTIALLY COMPLIANT | 31 = UNSANITARY - OTHER | |

| | INSPECTION CODES | | | VEHICLE CONSTRUCTION & MAINTENANCE |
|---|---|---|---|---|
| V01 | 1 | | | STAR OF LIFE CERTIFICATE - 3.19 |
| V02 | 1 | 1 | | PAYLOAD ALLOWANCE - 3.5.2 |
| V03 | | 1 | | ELECTRICAL LOAD TEST - 3.7.6 |
| V04 | 1 | | | GROSS VEHICLE WEIGHT RATING - 3.5.3 |
| V05 | | 1 | | INSTALLED O2 SYSTEM - 3.12.1 |
| V06 | | 1 | | INSTALLED SUCTION SYSTEM - 3.12.3 |
| V07 | | 1 | | LOCATION OF MEDICAL EQUIPMENT & SUPPLIES - 3.11.1 |
| V08 | | | | SQUAD BENCH, SEATS, & BACKRESTS - 3.10, 3.11 |
| V09 | 1 | | | LITTER FASTENERS & ANCHORAGES - 3.11.7 |
| V10 | | 1 | | INTERIOR STORAGE ACCOMMODATIONS - 3.11 |
| V11 | 1 | | | INTERIOR SURFACES - 3.10.17 |
| V12 | 1 | | | PT. COMPARTMENT CONTROLS/ILLUMINATION - 3.8 |
| V13 | X 21 | | | NO SMOKING/SEAT BELT SIGNS - 3.102 *Missing in equipment compartment* |
| V14 | 1 | | | ENVIRONMENTAL SYSTEMS/CONTROLS - 3.13 |
| V15 | | 1 | | DOORS/WINDOWS - 3.10 |
| V16 | | 1 | | BUMPERS & STEPS - 3.9.6 |
| V17 | X 21 | | | AMBULANCE BODY STRUCTURE - 3.10 *Wheel well trim damage* |
| V18 | | 1 | | VEHICLE DIMENSIONS - 3.4.11 |
| V19 | | 1 | | EXTERIOR STORAGE ACCOMMODATIONS - 3.11.2 |
| V20 | | 1 | | COLOR, PAINT & FINISH - 3.16.2 |
| V21 | | 1 | | EMBLEMS & MARKINGS - 3.16 |

| | INSPECTION CODES | | | VEHICLE CONSTRUCTION & MAINTENANCE |
|---|---|---|---|---|
| V22 | | 1 | | WHEELS / TIRES - 3.6 |
| V23 | | 1 | | CHASSIS - FRAME / BODY MOUNTING - 3.10.7 |
| V24 | | 1 | | UNDERCOATING / RUSTPROOFING - 3.17 |
| V25 | N/A | | | FOUR WHEEL DRIVE COMPONENTS - 3.16 |
| V26 | 1 | | | SUSPENSION - 3.6.5.10 |
| V27 | 1 | | | STEERING - 3.6.8 |
| V28 | 1 | | | BRAKE SYSTEM - 3.6.5.7 |
| V29 | 1 | | | EXHAUST SYSTEM - 3.6.4.6 |
| V30 | | 1 | | POWER UNIT - 3.6.3 |
| V31 | 1 | | | AIR POLLUTION CONTROL - 3.6.4.3 |
| V32 | 1 | | | FUEL SYSTEM - 3.6.4.4 |
| V33 | 1 | | | COOLING SYSTEM - 3.6.4.5 |
| V34 | 1 | | | AUTOMATIC TRANSMISSION - 3.6.5.2 |
| V35 | 1 | | | ELECTRICAL SYSTEM - 3.7.1 |
| V36 | 1 | | | BATTERY SYSTEM - 3.7.7 |
| V37 | 1 | | | DRIVERS COMPARTMENT / CONTROLS - 3.9 |
| V38 | | 1 | | MARKING OF SWITCHES, INDICATORS, CONTROL DEVICES - 3.7.11 |
| V39 | 1 | | | ENVIRONMENTAL CONTROLS - 3.13 |
| V40 | | 1 | | WARNING INDICATORS - 3.7.1.1 |
| V41 | 1 | | | BACKUP ALARM - 3.15.2 |
| V42 | 1 | | | HIGH - IDLE SPEED CONTROL - 3.7.6.1 |
| V43 | 1 | | | WINDSHIELD WIPERS / WASHERS - 3.7.4 |
| V44 | | | | VALID RMV INSPECTION |
| V45 | 1 | | | HORN - 3.7.5 |
| V46 | 1 | | | SPOLIGHT - 3.8 |
| V47 | 1 | | | OUTSIDE REARVIEW MIRRORS - 3.9.5 |
| V48 | 1 | | | SIREN / PUBLIC ADDRESS SYSTEM 3.14 |
| V49 | 1 | | | HEADLIGHTS - 3.8 |
| V50 | 1 | | | PARKING LIGHTS - 3.8 |
| V51 | 1 | | | BRAKE LIGHTS - 3.8 |

WHITE = SERVICE ORIGINAL



MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH
**OFFICE OF EMERGENCY MEDICAL SERVICES**
AMBULANCE INSPECTION REPORT FORM - VEHICLE

OEMS FORM
500-21
(3/2000)

**V-2**

UNIT ID NO. A-1    PAGE 3 OF 5

| SERVICE NUMBER | SERVICE NAME | AMBULANCE CERT. | EXP | LICENSE PLATE NO | INSPECTOR | DATE |
|---|---|---|---|---|---|---|
| | Sherborn Fire | | | 5253 | DF | 04949 |

INSPECTION CODES: 1 = COMPLIANT   20 = NOT COMPLIANT   30 = UNSANITARY - BIOHAZARD   90 = OTHER
11 = CORRECTED DURING INSPECTION   21 = PARTIALLY COMPLIANT   31 = UNSANITARY - OTHER

| | INSPECTION CODES | | | | VEHICLE CONSTRUCTION & MAINTENANCE |
|---|---|---|---|---|---|
| V52 | 1 | | | | BACKUP LIGHTS - 3.8 |
| V53 | 1 | | | | TURN SIGNALS - 3.8 |
| V54 | 1 | | | | SIDEMARKER LIGHTS FLASH W /TURN SIGNALS) - 3.8 |
| V55 | 1 | | | | LICENSE PLATE LAMP (S) - 3.8 |
| V56 | 1 | | | | HAZARD WARNING LIGHTS - 3.8 |
| V57 | 1 | | | | CLEARANCE LAMPS (OPTIONAL) - 3.8 |
| V58 | 1 | | | | EMERGENCY LIGHTING - 3.8.2 |
| V59 | 1 | | | | FLOOD & LOAD LIGHTS - 3.8 |
| V60 | 1 | | | | VEHICLE PERFORMANCE - 3.4 |
| V61 | 1 | | | | MANUALS, & HANDBOOK OF INSTRUCTION - 3.2 |
| V62 | 1 | | | | WORKMANSHIP - 3.23 |

| | INSPECTION CODES | | | | VEHICLE CON'T |
|---|---|---|---|---|---|
| R01 | 1 | | | | TWO WAY RADIO DISPATCH |
| R02 | 1 | | | | TWO WAY RADIO HOSPITAL |
| R03 | | | | | PORTABLE HOSPITAL RADIO (ALS) |

### OTHER DEFICIENCIES

### VEHICLE EQUIPMENT

| E01 | 1 | | | | EQUIPMENT TO GAIN ACCESS |
|---|---|---|---|---|---|
| E03 | 1 | | | | MAPS |
| E04 | 1 | | | | FIRE EXTINGUISHERS, 1 IN PT. COMPT. |
| E05 | 1 | | | | (2) SIX VOLT HANDLIGHTS |
| E06 | 1 | | | | (2) CHOCK BLOCKS |
| E07 | 1 | | | | (6) DOT TRIANGULAR REFLECTORS OR EQUIV. |
| E08 | 1 | | | | HAZARDOUS MATERIAL GUIDEBOOKS |
| E09 | 1 | | | | BINOCULARS - 7x35 min. |
| E10 | 1 | | | | (25) TRIAGE TAGS |
| E11 | 1 | | | | PROTECTIVE EQUIPMENT (anticipated exposures) (x2) |
| E 12 | 1 | | | | (1) REFLECTIVE GARMENT OR Equiv. per crew member |
| E 13 | X 20 | | | | (1) SET HEPA RESPIRATORS OR EQUIV   XS - S - M - L - XLG   SIZE   2 OF EACH |

### NOTICE TO LICENSEE

**AMBULANCE OUT OF SERVICE UNTIL THE FOLLOWING SERIOUS DEFICIENCIES ARE CORRECTED**

NSD #



MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH
**OFFICE OF EMERGENCY MEDICAL SERVICES**
AMBULANCE INSPECTION REPORT FORM - ADVANCED LIFE SUPPORT

OEMS FORM **A**
500-23
(10/2002

UNIT ID NO *A-1*  PAGE *4 of 5*

| SERVICE NUMBER | SERVICE NAME | AMB CERT | EXP | LICENSE PLATE | INSPECTOR | DATE |
|---|---|---|---|---|---|---|
| 3928 | Sherborn Fire | | | | DF | 9/9/03 |

INSPECTION CODES   1 = COMPLIANT   20 = NOT COMPLIANT   30 = UNSANITARY - BIOHAZARD   90 = OTHER
11 = CORRECTED DURING INSPECTION   21 = PARTIALLY COMPLIANT   31 = UNSANITARY - OTHER

| | INSPECTION CODES | | | INTERMEDIATE & PARAMEDIC SUPPLIES | | INSPECTION CODES | | | PARAMEDIC SUPPLIES |
|---|---|---|---|---|---|---|---|---|---|
| E01B | | | | PORTABLE MEDICAL RADIO | P 01 | | | | DEFIBRILLATOR/CARDIAC MONITOR with Pacing ability |
| | | | | | P02 | | | | DEFIBRILLATOR ACCESSORIES |
| A01 | 1 | | | IV THERAPY EQUIPMENT | P 03 | | | | ADENOSINE (ADENOCARD) |
| A02 | | | | CATHETERS, SIZES 14G -22G (5 ea) | P 04 | | | | ALBUTEROL, (PROVENTIL, VENTOLIN) |
| A03 | | | | ADMINISTRATION SETS, MACRO/ MICRO (4) | P 05 | | | | *AMIODARONE |
| A04 | | | | BURETROL (2) (Paramedic only) | P 06 | | | | ASPIRIN |
| A05 | 1 | | | VENOUS TOURNIQUETS (4) | P 07 | | | | *AMYL NITRITE or CYANIDE ANTIDOTE KIT |
| A06 | 1 | | | PADDED ARM BOARDS (2) | P 08 | | | | ATROVENT 500 mcg |
| A07 | | | | BIOCLUSIVE IV DRESSING (4) | P 09 | | | | ATROPINE SULFATE: 4 mg |
| A08 | 1 | | | ALCOHOL PREPS/ ANTISEPTIC SWABS | P 10 | | | | BENADRYL: 200mg (Diphenhdramine) |
| A09 | 1 | | | FLUIDS IN UNBREAKABLE CONTAINERS | P 11 | | | | CALCIUM CHLORIDE: 2gm |
| A10 | | | | NaCl 0.9% 1000ml, 500ml, 250ml, 100ml | P 12 | | | | CARDIZEM (Diltiazem HCL) 30D@RT |
| A11 | | | | SALINE FLUSH | P 13 | | | | CETACAINE SPRAY |
| A12 | | | | NEEDLES, 18G - 25G (5 ea) | P 14 | | | | D5W : LR IV SOLUTIONS |
| A13 | | | | BUTTERFLY 25G, 23G (2) | P 15 | | | | D50W: 4 VIALS |
| A14 | | | | INTRAOSSEOUS NEEDLES 15G OR 18G (2) | P 16 | | | | DIAZEPAM / VALIUM: |
| A15 | | | | SYRINGES, 1cc, 3cc, 10cc, 30cc (1cc-10cc required Paramedic) | P 17 | | | | DOPAMINE (Intropin): 800mg |
| A16 | 1 | | | VACUTAINER TUBES & NEEDLE SETS | P 18 | | | | EPINEPHRINE 1:1000: 2 AMPS |
| A17 | | | | LEUR LOCK ADAPTER (2) | P 19 | | | | EPINEPHRINE 1:10,000: 4 PREFILLED SYRINGES |
| A18 | 1 | | | HEMOSTAT | P 20 | | | | GLUCAGON |
| A19 | | | | WATER SOLUBLE LUBRICANT (2) | P 21 | | | | LASIX: 200mg (Furosemide) |
| A 20 | | | | TRACH. TAPE OR EQUAL FOR 2 PATIENTS | P 22 | | | | LIDOCAINE HCL: 2 VIALS @ 2gm, 4 pf SYRINGES @ 100mg 30day @ F |
| A 21 | 1 | | | LARYNGOSCOPE HANDLE(S) WITH BATTERIES (ADULT & PEDI) | P 23 | | | | LIDOCAINE 2% (jelly) |
| A 22 | X 2 | | | ET TUBES, SIZES 6.0 - 9.0mm (2 EA) - 8.5-9.0 | P 24 | | | | *LORAZEPAM (Ativan) |
| A 23 | | | | PEDI TUBES, SIZES 2.0 - 5.0 mm (2 EA) | P 25 | | | | MAGNESIUM SULFATE |
| A 24 | 1 | | | MAGIL FORCEPS (ADULT & PEDI) | P 26 | | | | *METOPROLOL (Lopressor) |
| A 25 | 1 | | | SPARE BATTERIES & BULB | P 27 | | | | MIDAZOLAM (VERSED) |
| A26 | | | | STYLETTE, COPPER OR FLEXIBLE (ADULT & PEDI) | P 28 | | | | MORPHINE SULFATE: PER PROTOCOL (SCH II) |
| A27 | 1 | | | STRAIGHT & CURVED BLADES (ADULT & PEDI) | P 29 | | | | NARCAN (Naloxone): 4 AMP @1ml |
| A28 | | | | NEBULIZER (ADULT & PEDI) (2 EA) | P 30 | | | | *NIEDIPINE (Procardia) |
| A29 | 1 | | | INTUBATION CONFIRMATION DEVICE | P 31 | | | | NITROGLYCERINE: BOTTLE OR 6 UNIT DOSE TABS |
| A30 | 1 | | | RESCUE AIRWAY | P 32 | | | | SODIUM BICARBONATE: 8 PF SYRINGES @ 50ml |
| A31 | 1 | | | NASOGASTRIC TUBES 5F, 8F, 10F, 14F (2 EA) | P 33 | | | | THIAMINE: 200mg |
| A32 | 1 | | | PULSE OXIMETER | P 34 | | | | *TERBUTALINE, TETRACAINE |
| A33 | | | | GLUCOMETER (MULTI PATIENT USE) | P 35 | | | | PEDIATRIC LENGTH BASED TAPE |

MAO 14A 236



MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH
**OFFICE OF EMERGENCY MEDICAL SERVICES**
AMBULANCE INSPECTION REPORT FORM - SERVICE

OEMS FORM 500 - 24 (4/ 2001)
PAGE **S**
5 OF 5

| SERVICE NUMBER | SERVICE NAME | LICENSEE | DATE |
|---|---|---|---|
| | Sherborn Fire Department | Town of Sherborn | 04/14/03 |

| ADDRESS | BUSINESS PHONE | INSPECTOR | OFFICE USE ONLY |
|---|---|---|---|
| 22 North Main Street | | DF | |

| CITY / STATE / ZIP | MANAGER NAME | | |
|---|---|---|---|
| Sherborn MA. | Fire Chief Neil McPherson | | |

INSPECTION CODES  1 = COMPLIANT    20 = NOT COMPLIANT    30 = UNSANITARY - BIOHAZARD  90 = OTHER
11= CORRECTED DURING INSPECTION  21 = PARTIALLY COMPLIANT  31 = UNSANITARY - OTHER

| INSPECTION CODES | | | SERVICE OPERATIONS 170.200 ET SEQ | INSPECTION CODES | | | WRITTEN POLICIES & PROCEDURES 170.330 |
|---|---|---|---|---|---|---|---|
| S 01 | 1 | | LICENSURE | S 27 | 1 | | CERTIFICATION & RECERT OF EMT'S |
| S 02 | 1 | | CERTIFICATION OF VEHICLES & PERSONNEL | S 28 | 1 | | RESPONSIBILITY TO RESPOND, TREAT & TRANSPORT |
| S 03 | 1 | | STAFFING | S 29 | 1 | | DUTIES OF TRANSPORTATION: DELIVERY OF PT. TO NEAREST APP. FACILITY |
| S 04 | 1 | | INSURANCE | S 30 | | | |
| S 05 | 1 | | ADVERTISING | S 31 | 1 | | NON - DISCRIMINATION |
| S 06 | 1 | | INCIDENT OR ACCIDENT REPORTS | S 32 | 1 | | BACKUP SERVICES |
| S 07 | 1 | | DISPLAY OF LICENSE | S 33 | 1 | | DISPATCH |
| S 08 | 1 | | RESPONSIBILITY TO DISPATCH, TREAT & TRANSPORT | S 34 | 1 | | COMMUNICATIONS |
| S 09 | 1 | | PUBLIC ACCESS | S 35 | 1 | | STOCKING SUPPLIES |
| S 10 | 1 | | DISPATCH COMMUNICATIONS | S 36 | 1 | | SANITARY PRACTICES |
| S 11 | 1 | | MEDICAL COMMUNICATIONS | S 37 | 1 | | USE OF LIGHTS & WARNING SIGNALS |
| S 12 | 1 | | AVAILABILITY & BACKUP | S 38 | 1 | | STAFFING OF AMBULANCES |
| S 13 | N/A | | SPECIAL REQUIREMENTS TO OPERATE CLASS V | S 39 | 1 | | CONDUCT OF PERSONNEL |
| S 14 | 1 | | GARAGE - HEATED, DEBRIS FREE | S 40 | 1 | | MECHANICAL FAILURES |
| S 15 | 1 | | STORAGE SPACE | S 41 | 1 | | INSPECTION AUTHORITIES |
| S 16 | X21 | | SUPPLIES *Inadequate Amount of Proper Sizes of ET tubes 8.0, 8.5 9.0* | S 42 | 1 | | TRANSPORT OF DEAD BODIES |
| S 17 | 1 | | NON - DISCRIMINATION | S 43 | 1 | | PARENT RIGHTS |
| S 18 | 1 | | AFFILIATION AGREEMENT | S 44 | 1 | | PATIENT RESTRAINTS |
| S 19 | 1 | | ALS OPERATIONS | S 45 | 1 | | DISPOSAL OF HAZARDOUS WASTE |
| S 20 | N/A | | PROVISIONS FOR ALS STAFFING WAIVERS | S 46 | 1 | | MANDATED REPORTING |
| S 21 | 1 | | REGISTRATION W/ DIV. OF FOOD & DRUGS - 170.995 | S 47 | 1 | | INFECTION CONTROL PROCEDURES |
| | | | | S 48 | 1 | | DESIGNATED INFECTION CONTROL OFFICER |
| | | | **RECORDS** 170.240 | S 49 | 1 | | TRIP RECORDS LEFT @ RECEIVING OFFICER |
| S 22 | X21 | | PERSONNEL *ACLS Cards Missing or Expired* | S 50 | 1 | | COMPLIANCE WITH STATEWIDE TREATMENT PROTOCOLS |
| S 24 | 1 | | PREVENTIVE MAINTENANCE | S 51 | 1 | | MAINTENANCE OF MECHANICAL & BIOMEDICAL EQUIP |
| S 25 | 1 | | VEHICLE REGISTRATION | S 52 | N/A | | ORIENTATION AMBULANCE SERVICE EMPLOYEES |
| S 26 | N/A | | FAA CERTIFICATION (CLASS IV) | S 53 | 1 | | CONTROL & INSPECTION OF EPI - PENS |
| S 27 | N/A | | LICENSES FOR PILOTS (CLASS IV) | S 54 | | | ALS POLICIES: |
| S 28 | N/A | | FCC LICENSES | S 55 | | | HOURS OF ALS SERVICE PROVIDED *Call dept 24 - 7* |
| S 29 | X21 | | TRIP RECORDS *Need to improve Documentation Patient Refusals minimal Documentation* | S 56 | | | ARRANGEMENTS SECURING ADDITIONAL TRAINED PERSONNEL |
| S 30 | 1 | | TRIP RECORDS LEFT @ RECEIVING FACILITY | S 57 | 1 | | DRUG SECURITY & EXCHANGE |
| S 31 | X21 | | *Coastal Billing Service* | | | | |



# Massachusetts Department of Public Health
## Office of Emergency Medical Services
### Ambulance Regulation Program
# PLAN OF CORRECTION



| Service Number | License Expiration Date | Insp. | RESPONSE DUE BY: |
|---|---|---|---|
| | | | |

**Service Name**

---

**VEHICLE INFORMATION (If Applicable)**

In this vehicle a(n) ___ Addition ___ Replacement ___ Renewal

License Plate Number _____    Ambulance Class _____    Vehicle Unit Id _____

Vehicle Identification Number | | | | | | | | | | | | | | | | | |

| Page | Citation | Providers Plan of Correction<br>(provide details of corrective action that satisfies reported deficiencies)<br>(for page and citation number refer to inspection report form) | Completion Date |
|---|---|---|---|
| | | | |

| Licensee representative's signature | Title | Date |
|---|---|---|
| | | |

***Send P.O.C. to:***   **Dept. Public Health - O.E.M.S.  Ambulance Regulation Program**
**56 Roland Street - Suite 100, Boston, MA  02129**   OEMS Form 500-63 (4/00)

White - Service Original                    Yellow - OEMS Copy



# The Commonwealth of Massachusetts
## Department of Public Health
### Office of Emergency Medical Services

## AMBULANCE CERTIFICATE OF INSPECTION

| SERVICE NUMBER |
|---|
| 3928 |
| VALID DATE |
| 6/30/03 - 6/30/04 |

This ambulance has been inspected by the Department in accordance with the provisions of Massachusetts General Laws, chapter 111C, section 7; and the Massachusetts Ambulance Regulations, 105 CMR 170.000, section 170.415, established thereunder an Ambulance Certificate of Inspection is hereby granted to:

**LICENSEE**

Town of Sherborn
Town Offices, 19 Washington St.
Sherborn, MA 01770

**for**

**AMBULANCE SERVICE**

Sherborn Fire Dept. Rescue Squad
22 North Main St.
Sherborn, MA 01770

**Vehicle Identification No.** 1FDLB40FXVHA75173    **Unit No.** A1    **Waiver(s)** Y    **Vehicle Registration No** Fire 5253

**Class** 1

Commissioner
Department of Public Health

Director
Office of Emergency Medical Services

This certificate is subject to revocation or suspension for cause pursuant to M.G.L., chapter 111c, section 10; and it is not transferable.

This Certificate of Inspection shall be displayed in the Ambulance for which it was issued, in a manner so that it is readily visible to any person in the patient compartment.

MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH
**OFFICE OF EMERGENCY MEDICAL SERVICES**
AMBULANCE INSPECTION REPORT FORM - BLS SUPPLIES & VEHICLE EQUIPMENT

OEMS FORM 500-22 (5/2000)    **M**

UNIT ID NO: A-1    PAGE: 1 OF 5

| SERVICE NUMBER | SERVICE NAME | AMB. CERT# | EXP | CLASS | VEH TYPE | LEVEL | DATE |
|---|---|---|---|---|---|---|---|
| 3,928 | SHERBORN FIRE DEPARTMENT | | | I | TII | LLS | C,4,05,02 |

| VEHICLE IDENTIFICATION NUMBER | LICENSE PLATE NO | INSPECTED BY | INSPECTION TYPE |
|---|---|---|---|
| 1FDLE40FXVHA75173 | MF 5253 | JF | ☐ Pre-Inspect ☐ Remount ☐ Replace ☐ Addition ☐ Interim ☑ Renew |

| LOCATION | CHASSIS/ DATE 1/97 | BODY/DATE | MILEAGE 1,7,5,4,1 |
|---|---|---|---|

| CREW NAME 1 | EMT NUMBER | EMT EXP | ACLS EXP | CPR EXP | DR. LIC. | INSPECTION CODES |
|---|---|---|---|---|---|---|
| CREW NAME 2 | EMT NUMBER | EMT EXP | ACLS EXP | CPR EXP | DR. LIC. | 1 = COMPLIANT 11= CORRECTED DURING INSP. 30= UNSANITARY - BIOHAZARD 20= NOT COMPLIANT 31= UNSANITARY -OTHER 21= PARTIALLY COMPLIANT 90= OTHER . |

| INSPECTION CODES | | BLS SUPPLIES | INSPECTION CODES | | BLS SUPPLIES |
|---|---|---|---|---|---|
| M01 | 1 | (1) AMBULANCE COT | M23 | 1 | (3) IRRIGATION FLUID |
| | | | M24 | 1 | (1) ROLL STERILE ALUMINUM FOIL 12"X25" or adult space blanket |
| M02A | 1 | (1) ADULT BAG MASK VENTILATOR | M25 | 1 | (1) ROLL POLYETHYLENE FILM |
| M02B | 1 | (1) PEDI & INFANT BAG MASK VENTILATOR | M26 | . | (1) ADULT BEDPAN |
| M03A | 1 | (1) PORTABLE O2 RESUSC. W/ ACCESSORIES | M27 | 1 | (2) MOTION SICKNESS BAGS |
| | | | M28 | 1 | (2) PILLOWS W/WATERPROOF COVERS |
| M03B | 1 | INSTALLED O2 SYSTEM SUPPLIES | M29 | | LINEN: (8) SHEETS - (4) BLANKETS - (4) TOWELS |
| M04 | 1 | 1 PORTABLE SUCTION UNIT/with BSI equipment | M30 | 1 | (2) BOXES DISPOSABLE PAPER TISSUES |
| M05 | 1 | #1 FIRST AID KIT | M31 | 1 | DISPOSABLE DRINKING CUPS |
| | | | M32 | 1 | (4) COLD PACKS |
| M05A | | #2 FIRST AID KIT | M33 | 1 | (2) INFECTION CONTROL KITS |
| | | | M34 | 1 | (2) GLUCOSE paste or equiv. w/wrapped tongue depressors |
| M06 | 1 | TRACTION SPLINTS (Adult, Child)W/ACCESSORIES | M35 | 1 | (1) RING CUTTER |
| M07 | 1 | PADDED BOARD SPLINTS (2 @ 3 SIZES) | M36 | 1 | (1) EA. SPHYGMOMANOMETER(S) ADULT, CHILD, INFANT, LARGE |
| M08 | 31 11 | (1) FULL SPINE BOARD W/ACCESSORIES *Backboard w/head pad. Torn headblocks* | | | |
| M08A | | (1) HALF SPINE BOARD or KED w/accessories | M37 | 1 | (1) STETHOSCOPE In patient compartment |
| M09 | 1 | STAIR CHAIR | M38 | 1 | (2) PLASTIC BAGS WITH TIES |
| M10 | 1 | AUXLIARY STRETCHER | M39 | 1 | CONTAMINATED TRASH CONTAINER W/ BIO-HAZARD BAGS & TIES |
| M11 | 1 | TRANSFER SHEET | M40 | 1 | SHARPS CONTAINER - min. 8" height |
| M12 | 1 | AIRWAYS: (6) OROPHARYNGEAL, (8) NASAL (6) PEDI NASAL | M41 | 1 | (2) EYE SHIELDS/FACE MASK |
| M13 | 1 | (24) STERILE GAUZE PADS 4"x4" | M42 | 1 | GLOVES - three different sizes |
| M14 | 1 | (12) STERILE DRESSINGS 5"x9" or SANITARY NAPKINS | M43 | 1 | HAND CLEANER |
| M15 | 1 | (6) STERILE UNIVERSAL DRESSINGS 10"x30" | M44 | | SEMI-AUTOMATIC DEFIBRILATOR (AED) - effective 3/2002 |
| M16 | 1 | (12) ROLLER BANDAGE 3" or 4" | M45 | 1 | LATEX FREE KIT |
| M17 | 1 | (12) TRIANGULAR BANDAGES | | | **OTHER SUPPLIES** |
| M18 | 1 | ADHESIVE TAPE (4) 1"x5 w/(1) hypoallergenic | Z01 | 1 | AUTO-INJECTOR EPINEPHRINE |
| M19 | 1 | (1) BANDAGE SHEARS | Z02 | 31 11 | *Not Accessible from A Compartment* CPR BOARD |
| M20 | 1 | (2) BURN SHEETS - sanitary wrapped | | | |
| M21 | 1 | OBSTETRICAL KIT - w/towadler system | | | |
| M22 | 1 | POISON ANTIDOTE KIT - charcoal w/measuring device | | | |

I, the undersigned representative of the above service, acknowledge receipt of a copy of this inspection form, applicable supplemental forms and corrective action statements

| SIGNATURE OF INSPECTOR | DATE 04-05-02 | SIGNATURE OF PERSON IN CHARGE OF SERVICE | DATE 7/5/02 | PLAN OF CORRECTION DUE 04-15-02 |
|---|---|---|---|---|

WHITE -SERVICE ORIGINAL



MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH
**OFFICE OF EMERGENCY MEDICAL SERVICES**
AMBULANCE INSPECTION REPORT FORM - SERVICE

OEMS FORM 500 - 24 (4/ 2001)  **S**

PAGE 2 OF 5

| SERVICE NUMBER | SERVICE NAME | LICENSEE | DATE |
|---|---|---|---|
| 3928 | Sherborn Fire Department | Town of Sherborn | 04/05/02 |

| ADDRESS | BUSINESS PHONE | INSPECTOR | OFFICE USE ONLY |
|---|---|---|---|
| | | DT | |

| CITY / STATE / ZIP | MANAGER NAME |
|---|---|
| Sherborn Mass | |

INSPECTION CODES  1 = COMPLIANT    20 = NOT COMPLIANT    30 = UNSANITARY - BIOHAZARD   90 = OTHER
11= CORRECTED DURING INSPECTION   21 = PARTIALLY COMPLIANT   31 = UNSANITARY - OTHER

| | INSPECTION CODES | SERVICE OPERATIONS 170.200 ET SEQ | | INSPECTION CODES | WRITTEN POLICIES & PROCEDURES 170.330 |
|---|---|---|---|---|---|
| S 01 | 1 | LICENSURE | S 27 | 1 | CERTIFICATION & RECERT OF EMT'S |
| S 02 | 1 | CERTIFICATION OF VEHICLES & PERSONNEL | S 28 | 1 | RESPONSIBILITY TO RESPOND, TREAT & TRANSPORT |
| S 03 | 1 | STAFFING | S 29 | 1 | DUTIES OF TRANSPORTATION: DELIVERY OF PT. TO NEAREST APP. FACILITY |
| S 04 | 1 | INSURANCE | S 30 | | |
| S 05 | 1 | ADVERTISING | S 31 | 1 | NON - DISCRIMINATION |
| S 06 | 1 | INCIDENT OR ACCIDENT REPORTS | S 32 | 1 | BACKUP SERVICES |
| S 07 | 1 | DISPLAY OF LICENSE | S 33 | 1 | DISPATCH |
| S 08 | 1 | RESPONSIBILITY TO DISPATCH, TREAT & TRANSPORT | S 34 | 1 | COMMUNICATIONS |
| S 09 | 1 | PUBLIC ACCESS | S 35 | 1 | STOCKING SUPPLIES |
| S 10 | 1 | DISPATCH COMMUNICATIONS | S 36 | 1 | SANITARY PRACTICES |
| S 11 | 1 | MEDICAL COMMUNICATIONS | S 37 | 1 | USE OF LIGHTS & WARNING SIGNALS |
| S 12 | 1 | AVAILABILITY & BACKUP | S 38 | 1 | STAFFING OF AMBULANCES |
| S 13 | 1 | SPECIAL REQUIREMENTS TO OPERATE CLASS V | S 39 | 1 | CONDUCT OF PERSONNEL |
| S 14 | 1 | GARAGE - HEATED, DEBRIS FREE | S 40 | 1 | MECHANICAL FAILURES |
| S 15 | 1 | STORAGE SPACE | S 41 | 1 | INSPECTION AUTHORITIES |
| S 16 | 1 | SUPPLIES | S 42 | 1 | TRANSPORT OF DEAD BODIES |
| S 17 | 1 | NON - DISCRIMINATION | S 43 | 1 | PARENT RIGHTS |
| S 18 | 1 | AFFILIATION AGREEMENT Asparin | S 44 | 1 | PATIENT RESTRAINTS |
| S 19 | 1 | ALS OPERATIONS | S 45 | 1 | DISPOSAL OF HAZARDOUS WASTE |
| S 20 | 1 | PROVISIONS FOR ALS STAFFING WAIVERS | S 46 | 1 | MANDATED REPORTING |
| S 21 | 1 | REGISTRATION W/ DIV. OF FOOD & DRUGS - 170.995  MA 6146236  Sched 6  22 North Main St.  Expires 12-31-02 | S 47 | 1 | INFECTION CONTROL PROCEDURES |
| | | | S 48 | 1 | DESIGNATED INFECTION CONTROL OFFICER |
| | | **RECORDS 170.240** | S 49 | 1 | TRIP RECORDS LEFT @ RECEIVING OFFICER |
| S 22 | 1 | PERSONNEL | S 50 | X 20 | COMPLIANCE WITH STATEWIDE TREATMENT PROTOCOLS |
| S 24 | 1 | PREVENTIVE MAINTENANCE | S 51 | 1 | MAINTENANCE OF MECHANICAL & BIOMEDICAL EQUIP |
| S 25 | 1 | VEHICLE REGISTRATION | S 52 | X 20 | ORIENTATION AMBULANCE SERVICE EMPLOYEES |
| S 26 | N/A | FAA CERTIFICATION (CLASS IV) | S 53 | 1 | CONTROL & INSPECTION OF EPI - PENS |
| S 27 | N/A | LICENSES FOR PILOTS (CLASS IV) | S 54 | 1 | ALS POLICIES: |
| S 28 | N/A | FCC LICENSES | S 55 | 1 | HOURS OF ALS SERVICE PROVIDED |
| S 29 | 1 | TRIP RECORDS | S 56 | 1 | ARRANGEMENTS SECURING ADDITIONAL TRAINED PERSONNEL |
| S 30 | 1 | TRIP RECORDS LEFT @ RECEIVING FACILITY | S 57 | 1 | DRUG SECURITY & EXCHANGE |



MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH
**OFFICE OF EMERGENCY MEDICAL SERVICES**
AMBULANCE INSPECTION REPORT FORM - VEHICLE

OEMS FORM 500-21 (8/96)

**V-1**

| SERVICE NUMBER | SERVICE NAME | AMBULANCE CERT. | EXP | LICENSE PLATE NO | INSPECTOR | DATE |
|---|---|---|---|---|---|---|
| | Sherbornfire | | | 5253 | Dr | 04 0582 |

UNIT ID NO. A-1  PAGE 3 of 5

**INSPECTION CODES**  1 = COMPLIANT  11 = CORRECTED DURING INSPECTION  20 = NOT COMPLIANT  21 = PARTIALLY COMPLIANT  30 = UNSANITARY - BIOHAZARD  31 = UNSANITARY - OTHER  90 = OTHER

| INSPECTION CODES | | | VEHICLE CONSTRUCTION & MAINTENANCE | INSPECTION CODES | | | VEHICLE CONSTRUCTION & MAINTENANCE |
|---|---|---|---|---|---|---|---|
| V01 | 1 | | STAR OF LIFE CERTIFICATE - 3.19 | V22 | 1 | | WHEELS / TIRES - 3.6 |
| V02 | 1 | | PAYLOAD ALLOWANCE - 3.5.2 | V23 | 1 | | CHASSIS - FRAME / BODY MOUNTING - 3.10.7 |
| V03 | 1 | | ELECTRICAL LOAD TEST - 3.7.6 | V24 | 1 | | UNDERCOATING / RUSTPROOFING - 3.17 |
| | | | | V25 | 1 | | FOUR WHEEL DRIVE COMPONENTS - 3.16 |
| V04 | 1 | | GROSS VEHICLE WEIGHT RATING - 3.5.3 | V26 | 1 | | SUPENSION - 3.6.5.10 |
| V05 | 1 | | INSTALLED O2 SYSTEM - 3.12.1 | V27 | 1 | | STEERING - 3.6.6 |
| | | | | V28 | 1 | | BRAKE SYSTEM - 3.6.5.7 |
| V06 | 1 | | INSTALLED SUCTION SYSTEM - 3.12.3 | V29 | 1 | | EXHAUST SYSTEM - 3.6.4.6 |
| V07 | 1 | | LOCATION OF MEDICAL EQUIPMENT & SUPPLIES - 3.11.1 | V30 | 1 | | POWER UNIT - 3.6.3 |
| | | | | V31 | 1 | | AIR POLLUTION CONTROL - 3.6.4.3 |
| V08 | 1 | | SQUAD BENCH, SEATS, & BACKRESTS - 3.10, 3.11 | V32 | 1 | | FUEL SYSTEM - 3.6.4.4 |
| | | | | V33 | 1 | | COOLING SYSTEM - 3.6.4.5 |
| V09 | | | LITTER FASTENERS & ANCHORAGES - 3.11.7 | V34 | 1 | | AUTOMATIC TRANSMISSION - 3.6.5.2 |
| V10 | 1 | | INTERIOR STORAGE ACCOMMODATIONS - 3.11 | | | | |
| | | | | V35 | 1 | | ELECTRICAL SYSTEM - 3.7.1 |
| V11 | 1 | | INTERIOR SURFACES - 3.10.17 | V36 | 1 | | BATTERY SYSTEM - 3.7.7 |
| | | | | V37 | 1 | | DRIVERS COMPARTMENT / CONTROLS - 3.9 |
| | | | | V38 | 1 | | MARKING OF SWITCHES, INDICATORS, CONTROL DEVICES - 3.7.11 |
| V12 | 21 | 11 | PT. COMPARTMENT CONTROLS/ILLUMINATION - 3.8  Multiple Lights out (intermitten) | | | | |
| V13 | 1 | | NO SMOKING/SEAT BELT SIGNS - 3.15.2 | V39 | 1 | | ENVIRONMENTAL CONTROLS - 3.13 |
| V14 | 1 | | ENVIRONMENTAL SYSTEMS/CONTROLS - 3.13 | V40 | 1 | | WARNING INDICATORS - 3.7.1.1 |
| V15 | 1 | | DOORS/WINDOWS - 3.10 | V41 | 1 | | BACKUP ALARM - 3.15.2 |
| | | | | V42 | 1 | | HIGH - IDLE SPEED CONTROL - 3.7.6.1 |
| | | | | V43 | 1 | | WINDSHIELD WIPERS / WASHERS - 3.7.4 |
| V16 | 1 | | BUMPERS & STEPS - 3.9.6 | V44 | 1 | | VAILD RMV INSPECTION |
| V17 | 1 | | AMBULANCE BODY STRUCTURE - 3.10 | V45 | 1 | | HORN - 3.7.5 |
| | | | | V46 | 1 | | SPOLIGHT - 3.8 |
| | | | | V47 | 1 | | OUTSIDE REARVIEW MIRRORS - 3.9.5 |
| V18 | 1 | | VEHICLE DIMENSIONS - 3.4.11 | V48 | 1 | | SIREN / PUBLIC ADDRESS SYSTEM 3.14 |
| V19 | 1 | | EXTERIOR STORAGE ACCOMMODATIONS - 3.11.2 | V49 | 1 | | HEADLIGHTS - 3.8 |
| | | | | V50 | 1 | | PARKING LIGHTS - 3.8 |
| V20 | 1 | | COLOR, PAINT & FINISH - 3.16.2 | V51 | 1 | | BRAKE LIGHTS - 3.8 |
| V21 | 1 | | EMBLEMS & MARKINGS - 3.16 | | | | |



MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH
**OFFICE OF EMERGENCY MEDICAL SERVICES**
AMBULANCE INSPECTION REPORT FORM - VEHICLE

OEMS FORM
500-21
(3/2000)

**V-2**

| UNIT ID NO. | PAGE |
|---|---|
| A-1 | 4 of 5 |

| SERVICE NUMBER | SERVICE NAME | AMBULANCE CERT. | EXP | LICENSE PLATE NO | INSPECTOR | DATE |
|---|---|---|---|---|---|---|
| 3428 | Sherborn Fire | | | 5253 | DF | 040592 |

INSPECTION CODES
1 = COMPLIANT    20 = NOT COMPLIANT    30 = UNSANITARY - BIOHAZARD    90 = OTHER
11 = CORRECTED DURING INSPECTION    21 = PARTIALLY COMPLIANT    31 = UNSANITARY - OTHER

| | INSPECTION CODES | | | VEHICLE CONSTRUCTION & MAINTENANCE |
|---|---|---|---|---|
| V52 | | 1 | | BACKUP LIGHTS - 3.8 |
| V53 | | 1 | | TURN SIGNALS - 3.8 |
| V54 | | 1 | | SIDEMARKER LIGHTS FLASH W /TURN SIGNALS) - 3.8 |
| V55 | | 1 | | LICENSE PLATE LAMP (S) - 3.8 |
| V56 | | 1 | | HAZARD WARNING LIGHTS - 3.8 |
| V57 | | 1 | | CLEARANCE LAMPS (OPTIONAL) - 3.8 |
| V58 | | 1 | | EMERGENCY LIGHTING - 3.8.2 |
| V59 | X | 21 | | FLOOD & LOAD LIGHTS - 3.8   Stepwell light inoperable Driver Door + Feds Jump Door |
| V60 | | 1 | | VEHICLE PERFORMANCE - 3.4 |
| V61 | | 1 | | MANUALS, & HANDBOOK OF INSTRUCTION - 3.2 |
| V62 | | 1 | | WORKMANSHIP - 3.23 |

| | INSPECTION CODES | | | VEHICLE CON'T |
|---|---|---|---|---|
| R01 | | 1 | | TWO WAY RADIO DISPATCH |
| R02 | | 1 | | TWO WAY RADIO HOSPITAL |
| R03 | | | | PORTABLE HOSPITAL RADIO (ALS) |

### OTHER DEFICIENCIES

### VEHICLE EQUIPMENT

| E01 | | 1 | | EQUIPMENT TO GAIN ACCESS |
|---|---|---|---|---|
| E03 | | 1 | | MAPS |
| E04 | X | 21 | | FIRE EXTINGUISHERS, 1 IN PT. COMPT.   Inspection tag out of Date 1998 |
| E05 | | 1 | | (2) SIX VOLT HANDLIGHTS |
| E06 | | 1 | | (2) CHOCK BLOCKS |
| EQ7 | | 1 | | (6) DOT TRIANGULAR REFLECTORS OR EQUIV. |
| E08 | | 1 | | HAZARDOUS MATERIAL GUIDEBOOKS |
| E09 | | 1 | | BINOCULARS - 7x35 min. |
| E10 | | 1 | | (25) TRIAGE TAGS |
| E11 | | 1 | | PROTECTIVE EQUIPMENT (anticipated exposures) {x2} |
| E 12 | | 1 | | (1) REFLECTIVE GARMENT OR Equiv. per crew member |
| E 13 | | 1 | | (1) SET HEPA RESPIRATORS OR EQUIV |

## NOTICE TO LICENSEE

☐ **AMBULANCE OUT OF SERVICE UNTIL THE FOLLOWING SERIOUS DEFICIENCIES ARE CORRECTED**

NSD #

WHITE - SERVICE COPY



MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH
**OFFICE OF EMERGENCY MEDICAL SERVICES**
AMBULANCE INSPECTION REPORT FORM - ADVANCED LIFE SUPPORT

OEMS FORM **A**
500 - 23
(4/ 2001)

UNIT ID NO  $\psi-1$   PAGE 5 of 5

| SERVICE NUMBER | SERVICE NAME | AMB CERT | EXP | LICENSE PLATE | INSPECTOR | DATE |
|---|---|---|---|---|---|---|
| 3928 | Shelburne Fire Dept | | | 5253 | DF | 04050E |

INSPECTION CODES: 10 = COMPLIANT    11= CORRECTED DURING INSPECTION    20 = NOT COMPLIANT    21 = PARTIALLY COMPLIANT    30 = UNSANITARY - BIOHAZARD    31 = UNSANITARY - OTHER    90 = OTHER

| INSPECTION CODES | | | | INTERMEDIATE & PARAMEDIC SUPPLIES | INSPECTION CODES | | | | PARAMEDIC SUPPLIES |
|---|---|---|---|---|---|---|---|---|---|
| E01E | | | | PORTABLE MEDICAL RADIO | P01 | | | | DEFIBRILLATOR / CARDIAC MONITOR with Pacing ability |
| | | | | | P02 | | | | DEFIBRILLATOR ACCESSORIES |
| A01 | | ı | | IV THERAPY EQUIPMENT | P03 | | | | ADENOSINE (ADENOCARD) |
| A02 | | ı | | CATHETERS, SIZES 14G - 22G (5 ea) | P04 | | | | ALBUTEOL, (PROVENTIL, VENTOLIN) |
| A03 | | ı | | ADMINISTRATION SETS, MACRO / MICRO (4) | P05 | | | | AMIODARONE |
| A04 | | ı | | BURETROL (2) (Paramedic only ) | P06 | | | | ASPIRIN |
| A05 | | ı | | VENOUS TOURNIQUETS (4) | P07 | | | | AMYL NITRITE or CYANIDE ANTIDOTE KIT (V only) |
| A06 | | ı | | PADDED ARM BOARDS (2) | P08 | | | | ATROVENT 500 mcg |
| A07 | | ı | | BIOCLUSIVE IV DRESSING (4) | P09 | | | | ATROPINE SULFATE: 4 mg |
| A08 | | ı | | ALCOHOL PREPS / ANTISEPTIC SWABS | P10 | | | | BENADRYL: 200 mg (Diphenhdramine) |
| A09 | | ı | | FLUIDS IN UNBREAKABLE CONTAINERS | P11 | | | | BRETYLIUM TOSALATE: 50 mg / ml: 4 Amp @ 10 ml |
| A10 | | ı | | NaCl 0.9% 1000ml, 500ml, 250ml, 100ml | P12 | | | | CALCIUM CHLORIDE: 2gm |
| A11 | | ı | | SALINE FLUSH ?? | P13 | | | | CARDIZEM (Diltiazem HCL) 30D or RT |
| A12 | | ı | | NEEDLES, 18G - 25G (5 ea) | P14 | | | | CETACAINE SPRAY |
| A13 | | ı | | BUTTERFLY 25G, 23G (2) | P15 | | | | D5W: LR IV SOLUTIONS |
| A14 | | ı | | INTRAOSSEOUS NEEDLES 15G OR 18G (2) | P16 | | | | D50W: 4 VIALS |
| A15 | | ı | | SYRINGES, 1cc, 3cc, 10cc, 30cc (1cc - 10cc required Paramedic) | P17 | | | | DIAZEPAM / VALIUM: |
| A16 | | ı | | VACUTAINER TUBES & NEEDLE SETS | P18 | | | | DOPAMINE: 800mg |
| A17 | | ı | | LEUR LOCK ADAPTER (2) | P19 | | | | EPINEPHRINE 1:1000:2 AMPS |
| A18 | | ı | | HEMOSTAT | P20 | | | | EPINEPHRINE 1:10,000: 4 PREFILLED SYRINGES |
| A19 | | ı | | WATER SOLUBLE LUBRICANT (2) | P21 | | | | GLUCAGON |
| A20 | | ı | | TRACH. TAPE OR EQUAL FOR 2 PATIENTS | P22 | | | | LASIX 200mg (Furosemide) |
| A21 | | ı | | LARYNGOSCOPE HANDLE(S) WITH BATTERIES (ADULT & PEDI) | P23 | | | | LIDOCAINE HCL: 2 VIALS @2gm, 1 pf SYRINGES @ 100mg 30day @ RT |
| A22 | X 21 | | | ET TUBES, SIZES 6.0 - 9.0mm (2 EA) -7.5 out of date 8.5 + 9.0 missing | P24 | | | | LIDOCAINE 2% (jelly) |
| A23 | 21 | il | | PEDI TUBES, SIZES 2.0 - 5.0 mm (2 EA) -2.0, 3.5 | P25 | | | | LORAZEPAM (Ativan) (3 & 4 only) |
| A24 | | ı | | MAGIL FORCEPS (ADULT & PEDI) | P26 | | | | MAGNESIUM SULFATE |
| A25 | | ı | | SPARE BATTERIES & BULB | P27 | | | | MIDAZOLAM (VERSED) (1, 2, 3, 4, only) |
| A26 | | ı | | STYLETTE, COPPER OR FLEXIBLE (ADULT & PEDI) | P28 | | | | MORPHINE SULFATE: PER PROTOCOL (SCH II) |
| A27 | | ı | | STRAIGHT & CURVED BLADES (ADULT & PEDI) | P29 | | | | NARCAN (Naloxone): 4 AMP @1ml |
| A28 | | ı | | NEBULIZER (ADULT & PEDI) (2 EA) | P30 | | | | NITROGLYCERINE: BOTTLE OR 6 UNIT DOSE TABS |
| A29 | | ı | | INTUBATION CONFIRMATION DEVICE - Redi Device | P31 | | | | SODIUM BICARBONATE: 8 PF SYRINGES @ 50ml |
| A30 | | ı | | RESCUE AIRWAY | P32 | | | | THIAMINE: 200mg |
| A31 | | ı | | NASOGASTRIC TUBES 5F, 8F, 10F, 14F (2 EA) | P33 | | | | TERBUTALINE, TETRACAINE (3 & 4 ONLY) |
| A32 | | ı | | PULSE OXIMETER | P34 | | | | VERAPAMIL: (Isoptin) 4 AMPS @ 2ml |
| | | | | GLUCOMETER (MULTI PATIENT USE) | P35 | | | | PEDIATRIC LENGTH BASED TAPE |



**Massachusetts Department of Public Health**
# Office of Emergency Medical Services
## Ambulance Regulation Program
## __PLAN OF CORRECTION__



| Service Number | License Expiration Date | Insp. | RESPONSE DUE BY: |
|---|---|---|---|
| 3 9 1 2 8 | May 02 | Fletcher | |

Service Name *Sherborn Fire Department*

| VEHICLE INFORMATION (If Applicable) |
|---|

Is this vehicle a(n) ____ Addition ____ Replacement ✓ Renewal

License Plate Number *MF 5253*    Ambulance Class *I*    Vehicle Unit Id *A1*

Vehicle Identification Number | 1 | F | D | L | E | 4 | 0 | F | X | V | H | A | 7 | 5 | 1 | 7 | 3 |

| Page | Citation | Providers Plan of Correction (provide details of corrective action that satifies reported deficiencies) (for page and citation number refer to inspection report form) | Completion Date |
|---|---|---|---|
| 2 | S 50 | Added paragraph stating in compliance w/ statewide protocols | 4/5/02 |
| 2 | S 52 | Orientation package - work in progress | 12/31/02 |
| 4 | V 59 | Light fixed | 4/5/02 |
| 4 | E 04 | Service fire extinguisher | 6/30/02 |
| 5 | A 22 | Sizes replaced | 4/5/02 |
| 5 | A 29 | pedi devices purchased | 4/5/02 |

| Licensee representative's signature *Pamela Druse* | Title *LT* | Date 9/24/02 |
|---|---|---|

Page ___1___ of ___1___    **Send P.O.C. to:**    Dept. Public Health - O.E.M.S.  Ambulance Regulation Program
470 Atlantic Ave. - 2nd Floor, Boston, MA  02210-2208        OEMS Form 500-63  (8/96)



# The Commonwealth of Massachusetts
## Department of Public Health
## Office of Emergency Medical Services

# AMBULANCE CERTIFICATE OF INSPECTION

| | SERVICE NUMBER |
| --- | --- |
| | 3928 |
| | VALID DATE |
| | 6/22/02 - 6/30/03 |

This ambulance has been inspected by the Department in accordance with the provisions of Massachusetts General Laws, chapter 111C, section 7, and the Massachusetts Ambulance Regulations, 105 CMR 170.000, section 170.415, established thereunder an Ambulance Certificate of Inspection is hereby granted to:

### LICENSEE

Town of Sherborn
Town Offices, 19 Washington St.
Sherborn, MA 01770

for

### AMBULANCE SERVICE

Sherborn Fire Dept. Rescue Squad
22 North Main St.
Sherborn, MA 01770

**Class**  **Vehicle Identification No.**  **Unit No.**  **Waiver(s)**  **Vehicle Registration No.**
1       1FDLE40FXVHA75173              A1           Y            Fire 5253

_Howard K. Koh MD_
Commissioner
Department of Public Health

_[signature]_
Director
Office of Emergency Medical Services

This certificate is subject to revocation or suspension for cause pursuant to M.G.L., chapter 111c, section 10, and it is not transferable.

This Certificate of Inspection shall be displayed in the Ambulance for which it was issued, in a manner so that it is readily visible to any person in the patient compartment.

STATION #1

MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH
**OFFICE OF EMERGENCY MEDICAL SERVICES**
AMBULANCE INSPECTION REPORT FORM - ADDENDUM SHEET

OEMS FORM
500-24 (5/91)

| UNIT ID NO. | PAGE |
|---|---|
| 9-1 | 6 OF 6 |

| SERVICE NUMBER | SERVICE NAME | AMBULANCE CERT | EXP | LICENSE PLATE NO. | INSPECTOR | DATE |
|---|---|---|---|---|---|---|
| | Sherborn Fire Department | | | | DF | 06/22/9 |

| ITEM NO | INSPECTION CODES | | | | DESCRIPTION |
|---|---|---|---|---|---|
| | | | | | Recommendations for Garaging Area. |
| | | | | | 1) Directions on how to Refill O₂ tanks using Cascade system mounted on the wall above tanks. |
| | | | | | 2) Cleaning instructions for equipment mounted + laminate over Decontamination Area. With MSDS sheets for cleaning Solvents. |



5 OF 6

**MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH**
# OFFICE OF EMERGENCY MEDICAL SERVICES
AMBULANCE INSPECTION REPORT FORM - SERVICE

OEMS FORM 500-24 (8/96) **S**

PAGE 5 OF 5

| SERVICE NUMBER | SERVICE NAME | LICENSEE | DATE |
|---|---|---|---|
| 3428 | Sherborn Fire Department | Town of Sherborn | 06,27,0 |

| ADDRESS | BUSINESS PHONE | INSPECTOR | OFFICE USE ONLY |
|---|---|---|---|
| 32 North Main Street | 508-651-7869 | DF | |

| CITY/STATE/ZIP | MANAGER NAME |
|---|---|
| Sherborn Mass 01770 | Ronald J. Buckler |

**INSPECTION CODES**   1 – COMPLIANT   20 – NOT COMPLIANT   30 – UNSANITARY - BIOHAZARD   90 – OTHER
11 – CORRECTED DURING INSPECTION   21 – PARTIALLY COMPLIANT   31 – UNSANITARY - OTHER

| | INSPECTION CODES | | SERVICE OPERATIONS 170.200 ET SEQ |
|---|---|---|---|
| S 01 | 1 | | LICENSURE |
| S 02 | 1 | | CERTIFICATION OF VEHICLES & PERSONNEL |
| S 03 | 1 | | STAFFING |
| S 04 | 1 | | INSURANCE  Self insured |
| S 05 | 1 | | ADVERTISING |
| S 06 | | | INCIDENT OR ACCIDENT REPORTS |
| S 07 | | | DISPLAY OF LICENSE |
| S 08 | 1 | | RESPONSIBILITY TO DISPATCH, TREAT & TRANSPORT |
| S 09 | 1 | | PUBLIC ACCESS |
| S 10 | | | DISPATCH COMMUNICATIONS |
| S 11 | | | MEDICAL COMMUNICATIONS |
| S 12 | 1 | | AVAILABILITY & BACKUP |
| S 13 | N/A | | SPECIAL REQUIREMENTS TO OPERATE CLASS V |
| S 14 | 1 | | HEATED GARAGE  New |
| S 15 | 1 | | STORAGE SPACE  Decon Area (New) |
| S 16 | 1 | | SUPPLIES |
| S 17 | 1 | | NON-DISCRIMINATION  needs updating |
| S 18 | X 21 | | AFFILIATION AGREEMENT DR Zeeman  Metrowest Medical Center Natick |
| S 19 | | | ALS PROCEDURES & POLICIES |
| S 20 | 1 | | REGISTRATION W/ DIV. OF FOOD & DRUGS - 170.995 |

| | | | **RECORDS 170.240** |
|---|---|---|---|
| S 21 | 1 | | PERSONNEL |
| S 22 | | | PREVENTIVE MAINTENANCE |
| S 23 | | | VEHICLE REGISTRATION |
| S 24 | N/A | | FAA CERTIFICATION (CLASS IV) |
| S 25 | N/A | | LICENSES FOR PILOTS (CLASS IV) |
| S 26 | 1 | | FCC LICENSES |
| S 27 | | | TRIP RECORDS |
| S 28 | | | TRIP RECORDS LEFT @ RECEIVING FACILITY |

| | INSPECTION CODES | | WRITTEN POLICIES & PROCEDURES 170.235 |
|---|---|---|---|
| S 27 | | | CERTIFICATION & RECERT OF PERSONNEL |
| S 28 | 1 | | RESPONSIBILITY TO RESPOND, TREAT & TRANSPORT |
| S 29 | 1 | | DELIVERY OF PT. TO NEAREST APP. FACILITY |
| S 30 | 1 | | NON-DISCRIMINATION |
| S 31 | 1 | | BACKUP SERVICES |
| S 32 | 1 | | USE OF BACKUP SERVICES |
| S 33 | 1 | | DISPATCH |
| S 34 | 1 | | COMMUNICATIONS |
| S 35 | 1 | | STOCKING SUPPLIES |
| S 36 | 1 | | SANITARY PRACTICES |
| S 37 | 1 | | USE OF LIGHTS & WARNING SIGNALS |
| S 38 | 1 | | STAFFING OF AMBULANCES |
| S 39 | 1 | | CONDUCT OF PERSONNEL |
| S 40 | 1 | | MECHANICAL FAILURES |
| S 41 | 1 | | INSPECTION AUTHORITIES |
| S 42 | 1 | | TRANSPORT OF DEAD BODIES |
| S 43 | 1 | | PARENT RIGHTS |
| S 44 | 1 | | PATIENT RESTRAINTS |
| S 45 | 1 | | DISPOSAL OF HAZARDOUS WASTE |
| S 46 | 1 | | MANDATED REPORTING |
| S 47 | | | INFECTION CONTROL PROCEDURES |
| S 48 | | | DESIGNATED INFECTION CONTROL OFFICER |
| S 49 | 1 | | TRIP RECORDS LEFT @ RECEIVING FACILITIES |
| S 50 | | | INFECTION CONTROL PROCEDURES |
| S 51 | 1 | | MAINTENANCE OF DEFIBRILLATOR |
| S 52 | 1 | | CONTROL & INSPECTION OF EPI-PENS |

STATION #1                    INTERMEDIATE LEVEL                    4 OF 6



## MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH
## OFFICE OF EMERGENCY MEDICAL SERVICES
### AMBULANCE INSPECTION REPORT FORM - ADVANCED LIFE SUPPORT

OEMS FORM 500-23 (3/99)   **A**

UNIT ID NO  A-1    PAGE 4 OF 5

| SERVICE NUMBER | SERVICE NAME | AMB CERT | EXP | LICENSE PLATE | INSPECTOR | DATE |
|---|---|---|---|---|---|---|
| 3928 | Sherborn Fire Department | | 5-27-0 | FIRE 5223 | DF | 06 27 91 |

INSPECTION CODES    1 = COMPLIANT    20 = NOT COMPLIANT    30 = UNSANITARY - BIOHAZARD    90 = OTHER
11 = CORRECTED DURING INSPECTION    21 = PARTIALLY COMPLIANT    31 = UNSANITARY - OTHER

| INSPECTION CODES | | | INTERMEDIATE & PARAMEDIC SUPPLIES | INSPECTION CODES | | | | PARAMEDIC SUPPLIES |
|---|---|---|---|---|---|---|---|---|
| E01E | | | PORTABLE MEDICAL RADIO | P 01 | | | | DEFIBRILLATOR/ CARDIAC MONITOR |
| | | | | P 02 | | | | DEFIBRILLATOR ACCESSORIES |
| A01 | 1 | | IV THERAPY EQUIPMENT | P 03 | | | | ADENOSINE (ADENOCARD) |
| A02 | 1 | | CATHETERS, SIZES 14G -25G | P 04 | | | | ALBUTEROL, (PROVENTIL, VENTOLIN) |
| A03 | 1 | | ADMINISTRATION SETS, MACRO/ MICRO | P 05 | | | | AMINOPHYLLINE: 2 AMP @ 10 OR 20ml (Interfacility) |
| A04 | 1 | | VENOUS TOURNIQUETS | P 06 | | | | ASPIRIN |
| A05 | | | PADDED ARM BOARDS | P 07 | | | | AMYL NITRITE (V only) |
| A06 | 1 | | 1" ADHESIVE TAPE OR EQUAL | P 08 | | | | ATROVENT 500 mcg |
| A07 | | | ALCOHOL PREPS/ ANTISEPTIC SWABS | P 09 | | | | ATROPINE SULFATE: 4 mg |
| A08 | | | FLUIDS IN UNBREAKABLE CONTAINERS | P 10 | | | | BENADRYL: 200mg (Diphenhdramine) |
| A09 | 1 | | D5W/D10/D25 LACTATED RINGERS / NS 9% (D5 REGION 2 ONLY) Sodium Chloride | P 11 | | | | BRETYLIUM TOSALATE: 50 mg/ml: 4 Amp @ 10ml |
| A10 | 1 | | NEEDLES, 18G - 21G , 1/2" - 2" | P 12 | | | | CALCIUM CHLORIDE: 2gm |
| A11 | 1 | | SYRINGES, 30cc & 50cc | P 13 | | | | CARDIZEM (Diltiazem HCL) 30D@RT |
| A12 | | | VACUTAINER TUBES & NEEDLE SETS | P 14 | | | | CETACAINE SPRAY |
| A13 | | | BLOOD LABELS | P 15 | | | | D5W: (2 only) D10W: D25W |
| A14 | X 21 | | EOA/ EGTA/ ET  6.0 + 7.5 outdared | P 16 | | | | D50W: 4 VIALS |
| A15 | | | 30cc SYRINGE (EOA/EGTA) | P 17 | | | | DIAZEPAM / VALIUM: |
| A16 | 1 | | HEMOSTAT (EOA/EGTA) | P 18 | | | | DOBUTAMINE: 2 VIALS @ 20ml (Interfacility) |
| A17 | 1 | | WATER SOLUBLE LUBRICANT (EOA/EGTA) | P 19 | | | | DOPAMINE: 800mg |
| A18 | 1 | | TRACH. TAPE OR EQUAL FOR 2 PATIENTS | P 20 | | | | EPINEPHRINE 1:1000: 2 AMPS |
| A19 | 1 | | LARYNGOSCOPE HANDLE(S) W /BATTERIES | P 21 | | | | EPINEPHRINE 1:10,000: 4 PREFILLED SYRINGES |
| A 20 | 1 | | ET TUBES, SIZES 6.0 - 9.0mm | P 22 | | | | GLUCAGON |
| A 21 | 1 | | MAGIL FORCEPS | P 23 | | | | LASIX: 200mg (Furosemide) |
| A 22 | 1 | | STRAIGHT AND CURVED BLADES | P 24 | | | | LIDOCAINE HCL: 2 VIALS @ 2gm, 4 pf SYRINGES @ 100mg 30day @ RT |
| A 23 | | | SPARE BATTERIES & BULB | P 25 | | | | LIDOCAINE 2% (jelly) |
| A 24 | 1 | | STYLETTE, COPPER OR FLEXIBLE | P 26 | | | | LORAZEPAM (Ativan) (3 & 4 only) |
| A 25 | | | PEDI LARYNGOSCOPE (OPTION I-LEVEL) | P 27 | | | | MIDAZOLAM (VERSED) (1, 2, 3, 4, only) |
| A26 | 1 | | PEDI TUBES, SIZES  2.0 - 6.0 mm | P 28 | | | | MORPHINE SULFATE: PER PROTOCOL (SCH II) |
| A27 | 1 | | STRAIGHT  & CURVED CHILD BLADE | P 29 | | | | NARCAN (Naloxone): 4 AMP @1ml |
| A28 | 1 | | STRAIGHT  & CURVED INFANT BLADE | P 30 | | | | NITROGLYCERINE: BOTTLE OR 6 UNIT  DOSE TABS |
| A29 | 1 | | PNEUMATIC ANTI-SHOCK GARMENT | P 31 | | | | SODIUM BICARBONATE: 8 PF SYRINGES @ 50ml |
| A30 | | | PEDI PASG (OPTIONAL) | P 32 | | | | THIAMINE: 200mg |
| A31 | 1 | | SALINE FLUSH | P 33 | | | | TERBUTALINE, TETRACAINE (3 & 4 ONLY) |
| A32 | | | NEO-SYNEPHRINE (1, 2, 3, 4 only) | P 34 | | | | VERAPAMIL: (Isoptin) 4 AMPS @ 2ml |
| | | | | P 35 | | | | OTHER MEDS: |

3 of 6



MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH
**OFFICE OF EMERGENCY MEDICAL SERVICES**
AMBULANCE INSPECTION REPORT FORM - VEHICLE

OEMS FORM
500-21
(3/2000)

**V-2**

| UNIT ID NO. | PAGE |
|---|---|
| A-1 | 3 OF 5 |

| SERVICE NUMBER | SERVICE NAME | AMBULANCE CERT. | EXP | LICENSE PLATE NO | INSPECTOR | DATE |
|---|---|---|---|---|---|---|
| 3928 | Sherborn Fire Department | | 6.07. | FIRE 5237 | DF | 06.22.01 |

| INSPECTION CODES | 1 = COMPLIANT | 20 = NOT COMPLIANT | 30 = UNSANITARY - BIOHAZARD | 90 = OTHER |
|---|---|---|---|---|
| | 11 = CORRECTED DURING INSPECTION | 21 = PARTIALLY COMPLIANT | 31 = UNSANITARY - OTHER | |

| | INSPECTION CODES | | | VEHICLE CONSTRUCTION & MAINTENANCE | | INSPECTION CODES | | | VEHICLE CON'T |
|---|---|---|---|---|---|---|---|---|---|
| V52 | | / | | BACKUP LIGHTS - 3.8 | R01 | | / | | TWO WAY RADIO DISPATCH |
| V53 | | / | | TURN SIGNALS - 3.8 | R02 | | / | | TWO WAY RADIO HOSPITAL |
| V54 | | / | | SIDEMARKER LIGHTS FLASH W /TURN SIGNALS) - 3.8 | R03 | | / | | PORTABLE HOSPITAL RADIO (ALS) *DIRECT (NO REPEATER)* |
| V55 | | / | | LICENSE PLATE LAMP (S) - 3.8 | | | | | |
| V56 | | / | | HAZARD WARNING LIGHTS - 3.8 | | | | | |
| V57 | | / | | CLEARANCE LAMPS (OPTIONAL) - 3.8 | | OTHER DEFICIENCIES | | | |
| V58 | | / | | EMERGENCY LIGHTING - 3.8.2 | | | | | |
| V59 | | / | | FLOOD & LOAD LIGHTS - 3.8 | | | | | |
| V60 | | / | | VEHICLE PERFORMANCE - 3.4 | | | | | |
| V61 | | / | | MANUALS, & HANDBOOK OF INSTRUCTION - 3.2 | | | | | |
| V62 | | / | | WORKMANSHIP - 3.23 | | | | | |

| | | | | VEHICLE EQUIPMENT |
|---|---|---|---|---|
| E01 | | / | | EQUIPMENT TO GAIN ACCESS |
| E03 | | / | | MAPS |
| E04 | | / | | FIRE EXTINGUISHERS, 1 IN PT. COMPT. |
| E05 | | / | | (2) SIX VOLT HANDLIGHTS |
| E06 | | / | | (2) CHOCK BLOCKS |
| E07 | | / | | (6) DOT TRIANGULAR REFLECTORS OR EQUIV. |
| E08 | | / | | HAZARDOUS MATERIAL GUIDEBOOKS |
| E09 | | / | | BINOCULARS - 7x35 min. |
| E10 | | / | | (25) TRIAGE TAGS |
| E11 | | / | | PROTECTIVE EQUIPMENT (anticipated exposures) (x2) |
| E 12 | | / | | (1) REFLECTIVE GARMENT OR Equiv. per crew member |
| E 13 | | / | | (1) SET HEPA RESPIRATORS OR EQUIV |

**NOTICE TO LICENSEE**

**☐ AMBULANCE OUT OF SERVICE UNTIL THE FOLLOWING SERIOUS DEFICIENCIES ARE CORRECTED**

NSD #



2 OF (

MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH
**OFFICE OF EMERGENCY MEDICAL SERVICES**
AMBULANCE INSPECTION REPORT FORM - VEHICLE

OEMS FORM 500-21 (8/96)  **V-1**

UNIT ID NO. A-1   PAGE 2 OF 5

| SERVICE NUMBER | SERVICE NAME | AMBULANCE CERT. | EXP | LICENSE PLATE NO | INSPECTOR | DATE |
|---|---|---|---|---|---|---|
| 3928 | Sherborn Fire Department | | 5/27. | Fire S232 | DF | 01/23/91 |

INSPECTION CODES  1 = COMPLIANT   20 = NOT COMPLIANT   30 = UNSANITARY - BIOHAZARD   90 = OTHER
11 = CORRECTED DURING INSPECTION   21 = PARTIALLY COMPLIANT   31 = UNSANITARY-OTHER

| | INSPECTION CODES | | | VEHICLE CONSTRUCTION & MAINTENANCE | | INSPECTION CODES | | | VEHICLE CONSTRUCTION & MAINTENANCE |
|---|---|---|---|---|---|---|---|---|---|
| V01 | | 1 | | STAR OF LIFE CERTIFICATE - 3.19 | V22 | | 1 | | WHEELS / TIRES - 3.6 |
| V02 | | 1 | | PAYLOAD ALLOWANCE - 3.5.2 | V23 | | 1 | | CHASSIS - FRAME / BODY MOUNTING - 3.10.7 |
| V03 | | | 1 | ELECTRICAL LOAD TEST - 3.7.6 | V24 | | 1 | | UNDERCOATING / RUSTPROOFING - 3.17 |
| | | | | | V25 | N/4 | | | FOUR WHEEL DRIVE COMPONENTS - 3.16 |
| V04 | | 1 | | GROSS VEHICLE WEIGHT RATING - 3.5.3 | V26 | | 1 | | SUPENSION - 3.6.5.10 |
| V05 | | | 1 | INSTALLED O2 SYSTEM - 3.12.1 | V27 | | 1 | | STEERING - 3.6.6 |
| | | | | | V28 | | 1 | | BRAKE SYSTEM - 3.6.5.7 |
| V06 | | | 1 | INSTALLED SUCTION SYSTEM - 3.12.3 | V29 | | 1 | | EXHAUST SYSTEM - 3.6.4.6 |
| | | | | | V30 | | 1 | | POWER UNIT - 3.6.3 |
| V07 | | 1 | | LOCATION OF MEDICAL EQUIPMENT & SUPPLIES - 3.11.1 | | | | | |
| | | | | | V31 | | 1 | | AIR POLLUTION CONTROL - 3.6.4.3 |
| V08 | | | 1 | SQUAD BENCH, SEATS, & BACKRESTS - 3.10, 3.11 | V32 | | 1 | | FUEL SYSTEM - 3.6.4.4 |
| | | | | | V33 | | 1 | | COOLING SYSTEM - 3.6.4.5 |
| V09 | | | | LITTER FASTENERS & ANCHORAGES - 3.11.7 | V34 | | 1 | | AUTOMATIC TRANSMISSION - 3.6.5.2 |
| V10 | | | | INTERIOR STORAGE ACCOMMODATIONS - 3.11 | | | | | |
| | | | 1 | | V35 | | | 1 | ELECTRICAL SYSTEM - 3.7.1 |
| V11 | X | 21 | | INTERIOR SURFACES - 3.10.17 Burns on Floor near Rear Doors | V36 | | 1 | | BATTERY SYSTEM - 3.7.7 |
| | | | | | V37 | X | 21 | | DRIVERS COMPARTMENT / CONTROLS 3.9 Cover Plate near Gas Pedal Loose |
| | | | | | V38 | | | 1 | MARKING OF SWITCHES, INDICATORS, CONTROL DEVICES - 3.7.11 |
| V12 | | | | PT. COMPARTMENT CONTROLS/ILLUMINATION - 3.8 | | | | | |
| V13 | | 1 | | NO SMOKING/SEAT BELT SIGNS - 3.15.2 | V39 | | 1 | | ENVIRONMENTAL CONTROLS - 3.13 |
| V14 | | | | ENVIRONMENTAL SYSTEMS/CONTROLS - 3.13 | V40 | | 1 | | WARNING INDICATORS - 3.7.1.1 |
| V15 | X | 21 | | DOORS/WINDOWS - 3.10 Rear hold open Device (Driver side) inoperable | V41 | | 1 | | BACKUP ALARM - 3.15.2 |
| | | | | | V42 | | 1 | | HIGH - IDLE SPEED CONTROL - 3.7.6.1 |
| | | | | | V43 | | 1 | | WINDSHIELD WIPERS / WASHERS - 3.7.4 |
| V16 | | 1 | | BUMPERS & STEPS - 3.9.6 Minor Dent Rear Entry Step | V44 | | 1 | | VAILD RMV INSPECTION |
| V17 | | | 1 | AMBULANCE BODY STRUCTURE - 3.10 | V45 | X | 21 | | HORN - 3.7.5 |
| | | | | | V46 | | 1 | | SPOLIGHT - 3.8 |
| | | | | | V47 | | 1 | | OUTSIDE REARVIEW MIRRORS - 3.9.5 |
| V18 | | | | VEHICLE DIMENSIONS - 3.4.11 | V48 | | 1 | | SIREN / PUBLIC ADDRESS SYSTEM 3.14 |
| V19 | | | 1 | EXTERIOR STORAGE ACCOMMODATIONS - 3.11.2 | V49 | | 1 | | HEADLIGHTS - 3.8 |
| | | | | | V50 | | 1 | | PARKING LIGHTS - 3.8 |
| V20 | | 1 | | COLOR, PAINT & FINISH - 3.16.2 | V51 | | 1 | | BRAKE LIGHTS - 3.8 |
| V21 | | 1 | | EMBLEMS & MARKINGS - 3.16 | | | | | |

1 of 6

MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH
## OFFICE OF EMERGENCY MEDICAL SERVICES
AMBULANCE INSPECTION REPORT FORM - BLS SUPPLIES & VEHICLE EQUIPMENT

OEMS FORM 500-22 (5/2000)  **M**

UNIT ID NO: 17-1   PAGE: 1 OF 5

| SERVICE NUMBER | SERVICE NAME | AMB. CERT # | EXP | CLASS | VEH. TYPE-LEVEL | DATE |
|---|---|---|---|---|---|---|
| 3928 | Sherborn Fire Department | 9145 | 5-27-01 | I | 114 | 06-22-01 |

VEHICLE IDENTIFICATION NUMBER: 1 F D L E 40 F X V N A 7 5 1 7 3
LICENSE PLATE NO: FIRE 5232
INSPECTED BY: DF
INSPECTION TYPE: ☑ Pre-Inspect ☐ Remount ☐ Replace ☐ Addition ☐ Interim ☐ Renew

LOCATION: STATION #1
CHASSIS/ DATE: 1/97
BODY/DATE: 5/97
MILEAGE: 152,605

| CREW NAME 1 | | EMT NUMBER | EMT EXP | ACLS EXP | CPR EXP | DR. LIC. | INSPECTION CODE |
|---|---|---|---|---|---|---|---|
| CREW NAME 2 | | EMT NUMBER | EMT EXP | ACLS EXP | CPR EXP | DR. LIC. | |

1 = COMPLIANT
11= CORRECTED DURING INSP.  30= UNSANITARY - BIOHAZARD
20= NOT COMPLIANT          31= UNSANITARY -OTHER
21= PARTIALLY COMPLIANT    90= OTHER

| | INSPECTION CODES | BLS SUPPLIES | | INSPECTION CODES | BLS SUPPLIES |
|---|---|---|---|---|---|
| M01 | | (1) AMBULANCE COT | M23 | | (3) IRRIGATION FLUID |
| M02A | 1 | (1) ADULT BAG MASK VENTILATOR | M24 | 1 | (1) ROLL STERILE ALUMINUM FOIL 12"X25' or adult space blanket |
| M02B | 1 | (1) PEDI & INFANT BAG MASK VENTILATOR | M25 | 1 | (1) ROLL POLYETHYLENE FILM |
| M03A | 1 | (1) PORTABLE O2 RESUSC. W/ ACCESSORIES | M26 | | (1) ADULT BEDPAN |
| | | | M27 | 1 | (2) MOTION SICKNESS BAGS |
| M03B | X 3 | INSTALLED O2 SYSTEM SUPPLIES Dirt in main tank Cabinet | M28 | 1 | (2) PILLOWS W/WATERPROOF COVERS |
| M04 | | 1 PORTABLE SUCTION UNIT/with BSI equipment | M29 | 1 | LINEN: (8) SHEETS - (4) BLANKETS - (4) TOWELS |
| M05 | 1 | #1 FIRST AID KIT | M30 | 1 | (2) BOXES DISPOSABLE PAPER TISSUES |
| | | | M31 | 1 | DISPOSABLE DRINKING CUPS |
| M05A | | #2 FIRST AID KIT | M32 | 1 | (4) COLD PACKS |
| | | | M33 | 1 | (2) INFECTION CONTROL KITS |
| | | | M34 | 1 | (2) GLUCOSE paste or equiv. w/wrapped tongue depressors |
| M06 | 1 | TRACTION SPLINTS (Adult, Child)W/ACCESSORIES | M35 | | (1) RING CUTTER |
| M07 | 1 | PADDED BOARD SPLINTS (2 @ 3 SIZES) | M36 | 1 | (1) EA. SPHYGMOMANOMETER(S) ADULT, CHILD, INFANT, LARGE |
| M08 | 1 | (1) FULL SPINE BOARD W/ACCESSORIES | | | |
| M08A | 1 | (1) HALF SPINE BOARD or KED w/ACCESSORIES | M37 | 1 | (1) STETHOSCOPE in patient compartment |
| M09 | 1 | STAIR CHAIR | M38 | | (2) PLASTIC BAGS WITH TIES |
| M10 | 1 | AUXILIARY STRETCHER | M39 | 1 | CONTAMINATED TRASH CONTAINER W/ BIO-HAZARD BAGS & TIES |
| M11 | 1 | TRANSFER SHEET | M40 | 1 | SHARPS CONTAINER - min. 8" height |
| M12 | 1 | AIRWAYS: (6) OROPHARYNGEAL, (8) NASAL (6) PEDI NASAL | M41 | | (2) EYE SHIELDS/FACE MASK |
| M13 | 1 | (24) STERILE GAUZE PADS 4"x4" | M42 | | GLOVES - three different sizes |
| M14 | 1 | (12) STERILE DRESSINGS 5"x9" or SANITARY NAPKINS | M43 | 1 | HAND CLEANER |
| M15 | 1 | (6) STERILE UNIVERSAL DRESSINGS 10"x30" | M44 | 1 | SEMI-AUTOMATIC DEFIBRILATOR (AED) - effective 3/2002 |
| M16 | 1 | (12) ROLLER BANDAGE 3" or 4" | M45 | 1 | LATEX FREE KIT |
| M17 | 1 | (12) TRIANGULAR BANDAGES | | | OTHER SUPPLIES |
| M18 | 1 | ADHESIVE TAPE (4) 1"x5  w/(1) hypoallergenic | Z01 | 1 | AUTO-INJECTOR EPINEPHRINE |
| M19 | 1 | (1) BANDAGE SHEARS | Z02 | 21 11 | CPR BOARD |
| M20 | 1 | (2) BURN SHEETS - sanitary wrapped | | | |
| M21 | 1 | OBSTETRICAL KIT - w/swadler system | | | |
| M22 | | POISON ANTIDOTE KIT - charcoal w/measuring device | | | |

I, the undersigned representative of the above service, acknowledge receipt of a copy of this inspection form, applicable supplemental forms and corrective action statements

SIGNATURE OF INSPECTOR _____ DATE 06-22-01
SIGNATURE OF PERSON IN CHARGE OF SERVICE _____ DATE 6/22/01
PLAN OF CORRECTION DATE 07-02-01

WHITE - OEMS

9/11/00

Review of Ambulance Inspection

**1. Partially Compliant:  Latex Free Kit**
We have required latex free items for the ambulance.  He recommended a bag to house all the items so it would be easy to access for everyone.

**2. Not Compliant:  Set Hepa Respirators**
To be ordered with next supply order from Common Cents EMS.

**3. Not Compliant:  Vacutainer tubes, needle sets and Blood labels.**
We do not perform these tasks but encouraged by the inspector to carry them incase Medical Control asks for them.  Will be obtained from the hospital.

4. **Partially Compliant:  Storage Space**:
This refers to our Cascade system.  Inspector strongly encouraged to get rid of it and have the oxygen supplied to us.  He did not like that we did not have any instructions or safety guidelines for use.

5. **Partially Compliant:  Preventive Maintenance on the Defib:**
This was the biggie.  We no longer have a service contract for the defib. I told him we were in process of purchasing a new one.  Need to know when we can order.  Priority.

**6. Partially Compliant:  Checklist of Inventories:**
Need to do a better job documenting our inventories of the Ambulance. Decided that on the monthly Squad 1 drills the duty team on for that evening will show up at the station at 7:00PM and inventory the ambulance and put the paperwork in the binder.  Monthly is satisfactory.

MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH
# OFFICE OF EMERGENCY MEDICAL SERVICES
AMBULANCE INSPECTION REPORT FORM - BLS SUPPLIES & VEHICLE EQUIPMENT

OEMS FORM 500-22 (5/2000)  **M**

UNIT ID NO A-1    PAGE 1 of 5

| SERVICE NUMBER | SERVICE NAME | AMB. CERT# | EXP | CLASS | VEH. TYPE | LEVEL | DATE |
|---|---|---|---|---|---|---|---|
| 3928 | Sherbourne Fire | 3928 | 5-31-2000 | III | I | | 08.29.00 |

| VEHICLE IDENTIFICATION NUMBER | LICENSE PLATE NO | INSPECTED BY | INSPECTION TYPE |
|---|---|---|---|
| 1FDLE140 FIXVH A7517173 | FIRE S253 | DF | ☐ Pre-Inspect ☐ Remount ☐ Replace ☐ Addition ☐ Interim ☐ Renew |

| LOCATION | CHASSIS/ DATE | BODY DATE | MILEAGE |
|---|---|---|---|
| Sherbourne | FORD 3-97 | E 1 5-97 | 12759 |

| CREW NAME 1 | EMT NUMBER | EMT EXP | ACLS EXP | CPR EXP | DR. LIC. | INSPECTION CODES |
|---|---|---|---|---|---|---|
| | | | | | | 1 = COMPLIANT · 11= CORRECTED DURING INSP. · 20= NOT COMPLIANT · 21= PARTIALLY COMPLIANT |
| CREW NAME 2 | EMT NUMBER | EMT EXP | ACLS EXP | CPR EXP | DR. LIC. | 30= UNSANITARY - BIOHAZARD · 31= UNSANITARY -OTHER · 90= OTHER |

| INSPECTION CODES | BLS SUPPLIES | INSPECTION CODES | BLS SUPPLIES |
|---|---|---|---|
| M01 | 1 | (1) AMBULANCE COT | M23 | 1 | (3) IRRIGATION FLUID |
| M02A | 1 | (1) ADULT BAG MASK VENTILATOR | M24 | 1 | (1) ROLL STERILE ALUMINUM FOIL 12"X25' or adult space blanket |
| M02B | 1 | (1) PEDI & INFANT BAG MASK VENTILATOR | M25 | 1 | (1) ROLL POLYETHYLENE FILM |
| M03A | 1 | (1) PORTABLE O2 RESUSC. W/ ACCESSORIES | M26 | 1 | (1) ADULT BEDPAN |
| M03B | 1 | INSTALLED O2 SYSTEM SUPPLIES | M27 | 1 | (2) MOTION SICKNESS BAGS |
| M04 | 1 | 1 PORTABLE SUCTION UNIT/with BSI equipment | M28 | 11 / 1 | (2) PILLOWS W/WATERPROOF COVERS |
| M05 | 1 | #1 FIRST AID KIT | M29 | 1 | LINEN: (8) SHEETS - (4) BLANKETS - (4) TOWELS |
| M05A | 1 | #2 FIRST AID KIT | M30 | 1 | (2) BOXES DISPOSABLE PAPER TISSUES |
| | | | M31 | 1 | DISPOSABLE DRINKING CUPS |
| | | | M32 | | (4) COLD PACKS |
| M06 | 1 | TRACTION SPLINTS (Adult, Child)W/ACCESSORIES | M33 | | (2) INFECTION CONTROL KITS |
| M07 | 1 | PADDED BOARD SPLINTS (2 @ 3 SIZES) | M34 | | (2) GLUCOSE paste or equiv. w/wrapped tongue depressors |
| M08 | 1 | (1) FULL SPINE BOARD W/ACCESSORIES | M35 | 1 | (1) RING CUTTER |
| M08A | 1 | (1) HALF SPINE BOARD or KED w/ACCESSORIES | M36 | 1 | (1) EA. SPHYGMOMANOMETER(S) ADULT, CHILD, INFANT, LARGE |
| M09 | 1 | STAIR CHAIR | M37 | 1 | (1) STETHOSCOPE in patient compartment |
| M10 | 1 | AUXILIARY STRETCHER | M38 | 1 | (2) PLASTIC BAGS WITH TIES |
| M11 | 1 | TRANSFER SHEET | M39 | 1 | CONTAMINATED TRASH CONTAINER W/ BIO-HAZARD BAGS & TIES |
| M12 | 1 | AIRWAYS: (6) OROPHARYNGEAL, (8) NASAL (6) PEDI NASAL | M40 | 1 | SHARPS CONTAINER - min. 8" height |
| M13 | 1 | (24) STERILE GAUZE PADS 4"x4" | M41 | 1 | (2) EYE SHIELDS/FACE MASK |
| M14 | 1 | (12) STERILE DRESSINGS 5"x9" or SANITARY NAPKINS | M42 | 1 | GLOVES - three different sizes |
| M15 | 1 | (6) STERILE UNIVERSAL DRESSINGS 10"x30" | M43 | 1 | HAND CLEANER |
| M16 | 1 | (12) ROLLER BANDAGE 3" or 4" | M44 | 11 / 22M 1 | NOT ADMINISTERED SEMI-AUTOMATIC DEFIBRILATOR (AED) - effective 3/2002 |
| M17 | | (12) TRIANGULAR BANDAGES | M45 | X 21 | LATEX FREE KIT PARTIAL KIT |
| M18 | 1 | ADHESIVE TAPE (4) 1"x5 w/(1) hypoallergenic | | | **OTHER SUPPLIES** |
| M19 | 1 | (1) BANDAGE SHEARS | Z01 | 1 | AUTO-INJECTOR EPINEPHRINE |
| M20 | | (2) BURN SHEETS - sanitary wrapped | Z02 | | CPR BOARD |
| M21 | 1 | OBSTETRICAL KIT - w/swadter system | | | |
| M22 | 1 | POISON ANTIDOTE KIT - charcoal w/measuring device | | | |

I, the undersigned representative of the above service, acknowledge receipt of a copy of this inspection form, applicable supplemental forms and corrective action statements

| SIGNATURE OF INSPECTOR | DATE 8/30/00 | SIGNATURE OF PERSON IN CHARGE OF SERVICE Pamela Smith | DATE 8/30/00 | PLAN OF CORRECTION DUE 9/3/00 |



MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH
# OFFICE OF EMERGENCY MEDICAL SERVICES
AMBULANCE INSPECTION REPORT FORM - VEHICLE

OEMS FORM 500-21 (8/96)

**V-1**

UNIT ID NO. A-1    PAGE 1 OF 5

| SERVICE NUMBER | SERVICE NAME | AMBULANCE CERT. | EXP. | LICENSE PLATE NO | INSPECTOR | DATE |
|---|---|---|---|---|---|---|
| 5928 | Sherborn Fire | A145 | 5/27/00 | AMB 5253 | PWS | 08 30 00 |

INSPECTION CODES
1 = COMPLIANT
11 = CORRECTED DURING INSPECTION
20 = NOT COMPLIANT
21 = PARTIALLY COMPLIANT
30 = UNSANITARY - BIOHAZARD
31 = UNSANITARY - OTHER
90 = OTHER

| | INSPECTION CODES | VEHICLE CONSTRUCTION & MAINTENANCE | | INSPECTION CODES | VEHICLE CONSTRUCTION & MAINTENANCE |
|---|---|---|---|---|---|
| V01 | / | STAR OF LIFE CERTIFICATE - 3.19 | V22 | / | WHEELS / TIRES - 3.6 |
| V02 | / | PAYLOAD ALLOWANCE - 3.5.2 | V23 | / | CHASSIS - FRAME / BODY MOUNTING - 3.10.7 |
| V03 | / | ELECTRICAL LOAD TEST - 3.7.6 | V24 | / | UNDERCOATING / RUSTPROOFING - 3.17 |
| | | | V25 | / | FOUR WHEEL DRIVE COMPONENTS - 3.16 |
| V04 | / | GROSS VEHICLE WEIGHT RATING - 3.5.3 | V26 | / | SUPENSION - 3.6.5.10 |
| V05 | / | INSTALLED O2 SYSTEM - 3.12.1 | V27 | / | STEERING - 3.6.6 |
| | | | V28 | / | BRAKE SYSTEM - 3.6.5.7 |
| V06 | / | INSTALLED SUCTION SYSTEM - 3.12.3 | V29 | / | EXHAUST SYSTEM - 3.6.4.6 |
| | | | V30 | / | POWER UNIT - 3.6.3 |
| V07 | / | LOCATION OF MEDICAL EQUIPMENT & SUPPLIES - 3.11.1 | V31 | / | AIR POLLUTION CONTROL - 3.6.4.3 |
| V08 | / | SQUAD BENCH, SEATS, & BACKRESTS - 3.10, 3.11 | V32 | / | FUEL SYSTEM - 3.6.4.4 |
| | | | V33 | / | COOLING SYSTEM - 3.6.4.5 |
| V09 | | LITTER FASTENERS & ANCHORAGES - 3.11.7 | V34 | / | AUTOMATIC TRANSMISSION - 3.6.5.2 |
| V10 | / | INTERIOR STORAGE ACCOMMODATIONS - 3.11 | V35 | | ELECTRICAL SYSTEM - 3.7.1 |
| V11 | / | INTERIOR SURFACES - 3.10.17 | V36 | / | BATTERY SYSTEM - 3.7.7 |
| | | | V37 | / | DRIVERS COMPARTMENT / CONTROLS - 3.9 |
| | | | V38 | / | MARKING OF SWITCHES, INDICATORS, CONTROL DEVICES - 3.7.11 |
| V12 | / | PT. COMPARTMENT CONTROLS/ILLUMINATION - 3.8 | | | |
| V13 | / | NO SMOKING/SEAT BELT SIGNS - 3.15.2 | V39 | / | ENVIRONMENTAL CONTROLS - 3.13 |
| V14 | | ENVIRONMENTAL SYSTEMS/CONTROLS - 3.13 | V40 | / | WARNING INDICATORS - 3.7.1.1 |
| V15 | / | DOORS/WINDOWS - 3.10 | V41 | / | BACKUP ALARM - 3.15.2 |
| | | | V42 | / | HIGH - IDLE SPEED CONTROL - 3.7.6.1 |
| | | | V43 | / | WINDSHIELD WIPERS / WASHERS - 3.7.4 |
| V16 | \ | BUMPERS & STEPS - 3.9.6 | V44 | / | VALID RMV INSPECTION |
| V17 | / | AMBULANCE BODY STRUCTURE - 3.10 | V45 | / | HORN - 3.7.5 |
| | | | V46 | / | SPOLIGHT - 3.8 |
| | | | V47 | / | OUTSIDE REARVIEW MIRRORS - 3.9.5 |
| V18 | \ | VEHICLE DIMENSIONS - 3.4.11 | V48 | / | SIREN / PUBLIC ADDRESS SYSTEM 3.14 |
| V19 | / | EXTERIOR STORAGE ACCOMMODATIONS - 3.11.2 | V49 | \ | HEADLIGHTS - 3.8 |
| | | | V50 | \ | PARKING LIGHTS - 3.8 |
| V20 | \ | COLOR, PAINT & FINISH - 3.16.2 | V51 | \ | BRAKE LIGHTS - 3.8 |
| V21 | \ | EMBLEMS & MARKINGS - 3.16 | | | |



MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH
## OFFICE OF EMERGENCY MEDICAL SERVICES
AMBULANCE INSPECTION REPORT FORM - VEHICLE

OEMS FORM
500-21
(3/2000)

**V-**

| UNIT ID NO. | PAGE |
|---|---|
| A-1 | 5 OF 5 |

| SERVICE NUMBER | SERVICE NAME | AMBULANCE CERT | EXP | LICENSE PLATE NO | INSPECTOR | DATE |
|---|---|---|---|---|---|---|
| 5928 | Sherborn Fire | 145 | 5/03 | Fire 5253 | PLB | 08 3 90 |

INSPECTION CODES
1 = COMPLIANT      20 = NOT COMPLIANT      30 = UNSANITARY - BIOHAZARD      90 = OTHER
11 = CORRECTED DURING INSPECTION   21 = PARTIALLY COMPLIANT   31 = UNSANITARY - OTHER

| INSPECTION CODES | | VEHICLE CONSTRUCTION & MAINTENANCE | INSPECTION CODES | | VEHICLE CON'T |
|---|---|---|---|---|---|
| V52 | / | BACKUP LIGHTS - 3.8 | R01 | / | TWO WAY RADIO DISPATCH |
| V53 | / | TURN SIGNALS - 3.8 | R02 | / | TWO WAY RADIO HOSPITAL |
| V54 | / | SIDEMARKER LIGHTS FLASH W /TURN SIGNALS) - 3.8 | R03 | / | PORTABLE HOSPITAL RADIO {ALS} |
| V55 | / | LICENSE PLATE LAMP (S) - 3.8 | | | |
| V56 | / | HAZARD WARNING LIGHTS - 3.8 | | | |
| V57 | / | CLEARANCE LAMPS (OPTIONAL) - 3.8 | | OTHER DEFICIENCIES | |
| V58 | / | EMERGENCY LIGHTING - 3.8.2 | | | |
| V59 | / | FLOOD & LOAD LIGHTS - 3.8 | | | |
| V60 | / | VEHICLE PERFORMANCE - 3.4 | | | |
| V61 | | MANUALS, & HANDBOOK OF INSTRUCTION - 3.2 | | | |
| V62 | / | WORKMANSHIP - 3.23 | | | |

| | | VEHICLE EQUIPMENT | | | |
|---|---|---|---|---|---|

| | | | **NOTICE TO LICENSEE** | | |
|---|---|---|---|---|---|
| E01 | / | EQUIPMENT TO GAIN ACCESS | **AMBULANCE OUT OF SERVICE UNTIL THE FOLLOWING SERIOUS DEFICIENCIES ARE CORRECTED** | | |
| E03 | / | MAPS | | | |
| E04 | / | FIRE EXTINGUISHERS, 1 IN PT. COMPT. | | | |
| E05 | / | (2) SIX VOLT HANDLIGHTS | NSD # | | |
| E06 | / | (2) CHOCK BLOCKS | | | |
| EQ7 | / | (6) DOT TRIANGULAR REFLECTORS OR EQUIV. | | | |
| E08 | ( | HAZARDOUS MATERIAL GUIDEBOOKS | | | |
| E09 | / | BINOCULARS - 7x35 min. | | | |
| E10 | / | (25) TRIAGE TAGS | | | |
| E11 | / | PROTECTIVE EQUIPMENT (anticipated exposures) {x2} | | | |
| E 12 | / | (1) REFLECTIVE GARMENT OR Equiv. per crew member | | | |
| E 13 | X 20 | (1) SET/HEPA RESPIRATORS OR EQUIV | | | |



MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH
# OFFICE OF EMERGENCY MEDICAL SERVICES
AMBULANCE INSPECTION REPORT FORM - ADVANCED LIFE SUPPORT

OEMS FORM 500-23 (5/91)   A

| SERVICE NUMBER | SERVICE NAME | AMBULANCE CERT | LICENSE PLATE NO | UNIT ID NO | INSPECTOR | DATE |
|---|---|---|---|---|---|---|
| 3928 | Sherborn Fire | 9145 | Fire 5253 | A-1 | RGS | 9/8/3, 0, 0 P |

| INSPECTION CODES | 1 = COMPLIANT | 20 = NOT COMPLIANT | 30 = UNSANITARY - BIOHAZARD | 90 = OTHER |
|---|---|---|---|---|
| | 11 = CORRECTED DURING INSPECTION | 21 = PARTIALLY COMPLIANT | 31 = UNSANITARY - OTHER | |

| INSPECTION CODES | | INTERMEDIATE & PARAMEDIC SUPPLIES | INSPECTION CODES | | PARAMEDIC SUPPLIES |
|---|---|---|---|---|---|
| E 01B | 1 | PORTABLE MEDICAL RADIO | P 01 | | DEFIBRILATOR / CARDIAC MONITOR |
| | | | P 02 | | DEFIBRILATOR ACCESSORIES |
| A 01 | 1 | IV THERAPY EQUIPMENT | P 03 | | AMINOPHYLLINE: 2 AMP @ 10 OR 20ml |
| A 02 | 1 | CATHETERS, SIZES 14G - 25G | P 04 | | ARAMINE: 2 VIALS @ 10ml |
| A 03 | 1 | ADMINISTRATION SETS, MACRO / MICRO | P 05 | | ATROPINE SULFATE: 4 mg |
| A 04 | 1 | VENOUS TOURNIQUETS | P 06 | | BRETYLIUM TOSALATE: 50 mg/ml, 4 Amp @ 10ml |
| A 05 | 1 | PADDED ARM BOARDS | P 07 | | CALCIUM CHLORIDE: 2gm |
| A 06 | 1 | 1" ADHESIVE TAPE OR EQUAL | P 08 | | DECADRON / HEXADOL: 20mg |
| A 07 | 1 | ALCOHOL PREPS / ANTISEPTIC SWABS | P 09 | | D5W: 4 BAGS ANY SIZE |
| A 08 | 1 | FLUIDS IN UNBREAKABLE CONTAINERS | P 10 | | D50W: 4 VIALS |
| A 09 | 1 | D5W / LACTATED RINGERS / NS 9% | P 11 | | DIAZEPAM / VALIUM: PER PROTOCOL |
| A 10 | 1 | NEEDLES, 16G - 21G, 1/2" - 2" | P 12 | | BENADRYL: 200mg |
| A 11 | 1 | SYRINGES, 30cc & 50cc | P 13 | | DOBUTAMINE: 2 VIALS @ 20ml |
| A 12 | X 20 | VACUTAINER TUBES & NEEDLE SETS | P 14 | | EPINEPHRINE 1:1000: 2 AMPS |
| A 13 | X 20 | BLOOD LABELS | P 15 | | EPINEPHRINE 1:10,000: 4 PREFILLED SYRINGES |
| A 14 | 1 | EOA / EGTA / ET | P 16 | | LASIX: 200mg |
| A 15 | 1 | 30cc SYRINGE (EOA / EGTA) | P 17 | | DOPAMINE: 800mg |
| A 16 | 1 | HEMOSTAT (EOA / EGTA) | P 18 | | ISUPREL: 4 VIALS |
| A 17 | 1 | WATER SOLUBLE LUBRICANT (EOA / EGTA) | P 19 | | LACTATED RINGERS: 4 BAGS @ 1000ml |
| A 18 | 1 | TRACH. TAPE OR EQUAL FOR 2 PATIENTS | P 20 | | LEVOPHED: 4 AMPS |
| A 19 | 1 | LARYNGOSCOPE HANDLES(S) W/BATTERIES | P 21 | | LIDOCAINE HCL: 2 VIALS @ 2gm, 4 pf SYRINGES @ 100mg |
| A 20 | 1 | ET TUBES, SIZES 6.0 - 9.0mm | P 22 | | MANNITOL: PER PROTOCOL |
| A 21 | 1 | MAGIL FORCEPS | P 23 | | DEMEROL: PER PROTOCOL (SCH II) |
| A 22 | 1 | STRAIGHT AND CURVED BLADES | P 24 | | MORPHINE SULFATE: PER PROTOCOL (SCH II) |
| A 23 | 1 | SPARE BATTERIES & BULB | P 25 | | NARCAN: 4 AMP @ 1ml |
| A 24 | 1 | STYLETTE, COPPER OR FLEXIBLE | P 26 | | NITROGLYCERINE: BOTTLE or 6 UNIT DOSE TABS |
| A 25 | 1 | PEDI LARYNGOSCOPE (OPTION I-LEVEL) | P 27 | | NORMAL SALINE: 4 BAGS, ANY SIZE (250, 500, 1,000 ml) |
| A 26 | 1 | PEDI TUBES, SIZES 2.0 - 6.0mm | P 28 | | OXYTOCIN / PITOCIN: 40 UNITS |
| A 27 | 1 | STRAIGHT & CURVED CHILD BLADE | P 29 | | PROCAINAMIDE: 500mg |
| A 28 | 1 | STRAIGHT & CURVED INFANT BLADE | P 30 | | INDERAL: 5 AMPS @ 1ml |
| A 29 | 1 | PNEUMATIC ANTI-SHOCK GARMENT | P 31 | | SODIUM BICARBONATE: 8 PF SYRINGES @ 50ml |
| A 30 | | PEDI PASG (OPTIONAL) | P 32 | | THIAMINE: 200mg |
| | | | P 33 | | VERAPAMIL: 4 AMPS @ 2ml |
| | | | P 34 | | ADDITIONAL MEDICATIONS PER REGIONAL PROTOCOL |



# MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH
## OFFICE OF EMERGENCY MEDICAL SERVICES
### AMBULANCE INSPECTION REPORT FORM - SERVICE

OEMS FORM 500-24 (8/96)    **S**

PAGE 5 OF 5

| | |
|---|---|
| SERVICE NUMBER 3928 | SERVICE NAME Sherborn Fire Dept |
| LICENSEE Town of Sherborn | DATE 8,30,00 |
| ADDRESS 22 North Main St | BUSINESS PHONE 508-651-7869 |
| INSPECTOR PLL | OFFICE USE ONLY Jon Davie Tom Davie |
| CITY/STATE/ZIP Sherborn MA 01770 | MANAGER NAME Ken Buchler Chief |

INSPECTION CODES   1 – COMPLIANT             20 – NOT COMPLIANT          30 – UNSANITARY - BIOHAZARD / 90 – OTHER
11 – CORRECTED DURING INSPECTION   21 – PARTIALLY COMPLIANT   31 – UNSANITARY - OTHER

| | INSPECTION CODES | | | SERVICE OPERATIONS 170.200 ET SEQ | | INSPECTION CODES | | | WRITTEN POLICIES & PROCEDURES 170.235 |
|---|---|---|---|---|---|---|---|---|---|
| S 01 | | / | | LICENSURE | S 27 | | / | | CERTIFICATION & RECERT OF PERSONNEL |
| S 02 | | / | | CERTIFICATION OF VEHICLES & PERSONNEL | S 28 | | / | | RESPONSIBILITY TO RESPOND, TREAT & TRANSPORT |
| S 03 | | / | | STAFFING   7als | S 29 | | / | | DELIVERY OF PT. TO NEAREST APP. FACILITY |
| S 04 | | / | | INSURANCE | S 30 | | | | NON-DISCRIMINATION |
| S 05 | | / | | ADVERTISING | S 31 | | | | BACKUP SERVICES |
| S 06 | | / | | INCIDENT OR ACCIDENT REPORTS | S 32 | | | | USE OF BACKUP SERVICES |
| S 07 | | / | | DISPLAY OF LICENSE | S 33 | | | | DISPATCH |
| S 08 | | / | | RESPONSIBILITY TO DISPATCH, TREAT & TRANSPORT | S 34 | | | | COMMUNICATIONS |
| S 09 | | / | | PUBLIC ACCESS @ F.D. | S 35 | | | | STOCKING SUPPLIES |
| S 10 | | / | | DISPATCH COMMUNICATIONS | S 36 | | | | SANITARY PRACTICES |
| S 11 | | / | | MEDICAL COMMUNICATIONS | S 37 | | | | USE OF LIGHTS & WARNING SIGNALS |
| S 12 | | / | | AVAILABILITY & BACKUP | S 38 | | | | STAFFING OF AMBULANCES |
| S 13 | | / | | SPECIAL REQUIREMENTS TO OPERATE CLASS V | S 39 | | | | CONDUCT OF PERSONNEL |
| S 14 | | / | | HEATED GARAGE | S 40 | | | | MECHANICAL FAILURES |
| S 15 | X | 21 | | STORAGE SPACE (instruction on Safety Equipment + loc | S 41 | | | | INSPECTION AUTHORITIES |
| S 16 | | / | | SUPPLIES   O₂ fill site | S 42 | | / | | TRANSPORT OF DEAD BODIES |
| S 17 | | / | | NON-DISCRIMINATION | S 43 | | / | | PARENT RIGHTS |
| S 18 | | / | | AFFILIATION AGREEMENT | S 44 | | / | | PATIENT RESTRAINTS |
| S 19 | | / | | ALS PROCEDURES & POLICIES | S 45 | | / | | DISPOSAL OF HAZARDOUS WASTE |
| S 20 | | / | | REGISTRATION W/ DIV. OF FOOD & DRUGS - 170.995   MA 0146236   12/31/00 | S 46 | | | | MANDATED REPORTING |
| | | | | | S 47 | | | | INFECTION CONTROL PROCEDURES |
| | | | | **RECORDS 170.240** | S 48 | | | | DESIGNATED INFECTION CONTROL OFFICER |
| S 21 | | / | | PERSONNEL | S 49 | | / | | TRIP RECORDS LEFT @ RECIEVING FACILITIES |
| S 22 | X | 21 | | PREVENTIVE MAINTENANCE   PM'S & bio medically Certified. | S 50 | | / | | INFECTION CONTROL PROCEDURES |
| S 23 | | | | VEHICLE REGISTRATION | S 51 | X | 21 / | | MAINTENANCE OF DEFIBRILLATOR   to include Yearly inspection by Physio |
| S 24 | | / | | FAA CERTIFICATION (CLASS IV) | S 52 | | / | | CONTROL & INSPECTION OF EPI-PENS |
| S 25 | | / | | LICENSES FOR PILOTS (CLASS IV) | S 27 | X | 21 | | Check list & Routinely kept |
| S 26 | | / | | FCC LICENSES | | | | | on file Since move. |
| S 27 | | / | | TRIP RECORDS | | | | | |
| S 28 | | / | | TRIP RECORDS LEFT @ RECIEVING FACILITY | | | | | |



# Massachusetts Department of Public Health
## Office of Emergency Medical Services
## Ambulance Regulation Program
## PLAN OF CORRECTION



| Service Number | License Expiration Date | Insp. | RESPONSE DUE BY: |
|---|---|---|---|
| 3 9 1 2 8 | 5/27/00 | DF + PB | |

**Service Name** Sherborn Fire Dept

### VEHICLE INFORMATION (If Applicable)

Is this vehicle a(n) ____Addition ____Replacement ✓Renewal

License Plate Number _FIRE 5253_    Ambulance Class _III_    Vehicle Unit Id _A1_

Vehicle Identification Number | 1 | F | D | L | E | 4 | O | F | X | V | H | A | 7 | S | 1 | 7 | 3 |

| Page | Citation | Providers Plan of Correction (provide details of corrective action that satifies reported deficiencies) (for page and citation number refer to inspection report form) | Completion Date |
|---|---|---|---|
| 1 | M45 | Latex Free Kit Complete | 9/17/00 |
| 2,5 | ~~array~~ S22 | Defib - new one ordered | |
| 3 | E13 | Hepa Respirators - ordered | 9/17 |
| 4 | A12 + 13 | Vacutainer tubes + needle sets Blood labels obtained from hospital | 9/17 |
| 5 | S15 | Cascade System - decision to be made when new station complete * | 9/17 |
| 5 | S27 | New SOG for inventorying A1. beg. of Monthly squad drill it will be inventoried by duty team & report filed in binder * until then, safety guidelines & equip. will be available. | 9/17 |

| Licensee representative's signature _Pamela Dowse_ | Title _LT._ | Date _9/11/00_ |

Page _1_ of _1_    Send P.O.C. to: Dept. Public Health - O.E.M.S. Ambulance Regulation Program 470 Atlantic Ave. - 2nd Floor, Boston, MA 02210-2208    OEMS Form 500-63 (8/96)

MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH
**OFFICE OF EMERGENCY MEDICAL SERVICES**
AMBULANCE INSPECTION REPORT FORM - SERVICE

OEMS FORM 500-24 (8/96)

PAGE 5 OF 5

| SERVICE NUMBER | SERVICE NAME | LICENSEE | DATE |
|---|---|---|---|
| 3978 | Sherborn Fire Dept | Town of Sherborn | 03 04 99 |

| ADDRESS | BUSINESS PHONE | INSPECTOR | OFFICE USE ONLY |
|---|---|---|---|
| 22 North Main Street | 508-651-7869 | RB | |

| CITY/STATE/ZIP | MANAGER NAME |
|---|---|
| Sherborn MA 01770 | Ronald Buckley - Achief |

INSPECTION CODES  1 = COMPLIANT  20 = NOT COMPLIANT  30 = UNSANITARY - BIOHAZARD  90 = OTHER
11 = CORRECTED DURING INSPECTION  21 = PARTIALLY COMPLIANT  31 = UNSANITARY - OTHER

### SERVICE OPERATIONS 170.200 ET SEQ

| | INSPECTION CODES | | | |
|---|---|---|---|---|
| S 01 | 1 | | | LICENSURE |
| S 02 | 1 | | | CERTIFICATION OF VEHICLES & PERSONNEL |
| S 03 | 1 | Als | | STAFFING |
| S 04 | 1 | | | INSURANCE |
| S 05 | 1 | | | ADVERTISING |
| S 06 | 1 | | | INCIDENT OR ACCIDENT REPORTS |
| S 07 | 1 | | | DISPLAY OF LICENSE |
| S 08 | 1 | | | RESPONSIBILITY TO DISPATCH, TREAT & TRANSPORT |
| S 09 | 1 | a fill | | PUBLIC ACCESS |
| S 10 | 1 | | | DISPATCH COMMUNICATIONS |
| S 11 | 1 | | | MEDICAL COMMUNICATIONS |
| S 12 | 1 | | | AVAILABILITY & BACKUP |
| S 13 | — | | | SPECIAL REQUIREMENTS TO OPERATE CLASS V |
| S 14 | 1 | | | HEATED GARAGE |
| S 15 | 1 | | | STORAGE SPACE |
| S 16 | 1 | | | SUPPLIES |
| S 17 | 1 | | | NON-DISCRIMINATION |
| S 18 | 1 | | | AFFILIATION AGREEMENT |
| S 19 | X 21 | | | ALS PROCEDURES & POLICIES  Policy for ALS Calls has & written |
| S 20 | 1 | | | REGISTRATION W/ DIV. OF FOOD & DRUGS - 170.995  MA0146236   12/31/99 |

### RECORDS 170.240

| | | | | |
|---|---|---|---|---|
| S 21 | 1 | | | PERSONNEL |
| S 22 | X 21 | | | PREVENTIVE MAINTENANCE  See below |
| S 23 | 1 | | | VEHICLE REGISTRATION |
| S 24 | — | | | FAA CERTIFICATION (CLASS IV) |
| S 25 | — | | | LICENSES FOR PILOTS (CLASS IV) |
| S 26 | 1 | | | FCC LICENSES |
| S 27 | 1 | | | TRIP RECORDS |
| S 28 | 1 | | | TRIP RECORDS LEFT @ RECIEVING FACILITY |
| S | X 21 | | | ALS checkform & developed |
| | | | | Equip & Supply checks & documented |
| | | | | in one year |

### WRITTEN POLICIES & PROCEDURES 170.235

| | INSPECTION CODES | | | |
|---|---|---|---|---|
| S 27 | | | | CERTIFICATION & RECERT OF PERSONNEL |
| S 28 | 1 | | | RESPONSIBILITY TO RESPOND, TREAT & TRANSPORT |
| S 29 | 1 | | | DELIVERY OF PT. TO NEAREST APP. FACILITY |
| S 30 | 1 | | | NON-DISCRIMINATION |
| S 31 | 1 | | | BACKUP SERVICES |
| S 32 | 1 | | | USE OF BACKUP SERVICES |
| S 33 | 1 | | | DISPATCH |
| S 34 | 1 | | | COMMUNICATIONS |
| S 35 | 1 | | | STOCKING SUPPLIES |
| S 36 | X 21 | | | SANITARY PRACTICES  Expand & break out into policy |
| S 37 | 1 | | | USE OF LIGHTS & WARNING SIGNALS |
| S 38 | 1 | | | STAFFING OF AMBULANCES |
| S 39 | 1 | | | CONDUCT OF PERSONNEL |
| S 40 | 1 | | | MECHANICAL FAILURES |
| S 41 | 1 | | | INSPECTION AUTHORITIES |
| S 42 | 1 | | | TRANSPORT OF DEAD BODIES |
| S 43 | 1 | | | PARENT RIGHTS |
| S 44 | 1 | | | PATIENT RESTRAINTS |
| S 45 | 1 | | | DISPOSAL OF HAZARDOUS WASTE |
| S 46 | 1 | | | MANDATED REPORTING |
| S 47 | 1 | | | INFECTION CONTROL PROCEDURES |
| S 48 | 1 | | | DESIGNATED INFECTION CONTROL OFFICER |
| S 49 | 1 | | | TRIP RECORDS LEFT @ RECIEVING FACILITIES |
| S 50 | 1 | | | INFECTION CONTROL PROCEDURES |
| S 51 | 1 | | | MAINTENANCE OF DEFIBRILLATOR |
| S 52 | 1 | | | CONTROL & INSPECTION OF EPI-PENS |
| | * | | | Remove older outdated policy(s) from binder |
| | * | | | Recommend TB testing |

MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH
# OFFICE OF EMERGENCY MEDICAL SERVICES
AMBULANCE INSPECTION REPORT FORM - ADVANCED LIFE SUPPORT

OEMS FORM
500-23 (5/91)

UNIT ID NO

PAGE 4 of 5

| SERVICE NUMBER | SERVICE NAME | AMBULANCE CERT | LICENSE PLATE NO | UNIT ID NO | INSPECTOR | DATE |
|---|---|---|---|---|---|---|
| 3908 | Scorborn Fire Dept | 8508 | Fire 5253 | A7 | | 05 04 98 |

INSPECTION CODES

| 1 = COMPLIANT | 20 = NOT COMPLIANT | 30 = UNSANITARY - BIOHAZARD |
|---|---|---|
| 11 = CORRECTED DURING INSPECTION | 21 = PARTIALLY COMPLIANT | 31 = UNSANITARY - OTHER |

90 = OTHER

| INSPECTION CODES | | | INTERMEDIATE & PARAMEDIC SUPPLIES | INSPECTION CODES | | | PARAMEDIC SUPPLIES |
|---|---|---|---|---|---|---|---|
| E 01B | | 1 | PORTABLE MEDICAL RADIO | P 01 | | | DEFIBRILLATOR / CARDIAC MONITOR |
| | | | | P 02 | | | DEFIBRILLATOR ACCESSORIES |
| A 01 | | 1 | IV THERAPY EQUIPMENT | P 03 | | | AMINOPHYLLINE: 2 AMP @ 10 OR 20ml |
| A 02 | | 1 | CATHETERS, SIZES 14G - 25G | P 04 | | | ARAMINE: 2 VIALS @ 10ml |
| A 03 | | 1 | ADMINISTRATION SETS, MACRO / MICRO | P 05 | | | ATROPINE SULFATE: 4 mg |
| A 04 | | 1 | VENOUS TOURNIQUETS | P 06 | | | BRETYLIUM TOSALATE: 50 mg/ml: 4 Amp @ 10ml |
| A 05 | | 1 | PADDED ARM BOARDS | P 07 | | | CALCIUM CHLORIDE: 2gm |
| A 06 | | 1 | 1" ADHESIVE TAPE OR EQUAL | P 08 | | | DECADRON / HEXADOL: 20mg |
| A 07 | | 1 | ALCOHOL PREPS / ANTISEPTIC SWABS | P 09 | | | D5W: 4 BAGS ANY SIZE |
| A 08 | | 1 | FLUIDS IN UNBREAKABLE CONTAINERS | P 10 | | | D50W: 4 VIALS |
| A 09 | | 1 | D5W / LACTATED RINGERS / NS 9% | P 11 | | | DIAZEPAM / VALIUM: PER PROTOCOL |
| A 10 | | 1 | NEEDLES, 18G - 21G, 1/2" - 2" | P 12 | | | BENADRYL: 200mg |
| A 11 | | 1 | SYRINGES, 30cc & 50cc | P 13 | | | DOBUTAMINE: 2 VIALS @ 20ml |
| A 12 | | 1 | VACUTAINER TUBES & NEEDLE SETS | P 14 | | | EPINEPHRINE 1:1000: 2 AMPS |
| A 13 | | 1 | BLOOD LABELS | P 15 | | | EPINEPHRINE 1:10,000: 4 PREFILLED SYRINGES |
| A 14 | | 1 | EOA / EGTA / ET | P 16 | | | LASIX: 200mg |
| A 15 | | 1 | 30cc SYRINGE (EOA / EGTA) | P 17 | | | DOPAMINE: 800mg |
| A 16 | | 1 | HEMOSTAT (EOA / EGTA) | P 18 | | | ISUPREL: 4 VIALS |
| A 17 | | 1 | WATER SOLUBLE LUBRICANT (EOA / EGTA) | P 19 | | | LACTATED RINGERS: 4 BAGS @ 1000ml |
| A 18 | | 1 | TRACH. TAPE OR EQUAL FOR 2 PATIENTS | P 20 | | | LEVOPHED: 4 AMPS |
| A 19 | | 1 | LARYNGOSCOPE HANDLES(S) W/BATTERIES | P 21 | | | LIDOCAINE HCL: 2 VIALS @ 2gm, 4 pf SYRINGES @ 100mg |
| A 20 | | 1 | ET TUBES, SIZES 6.0 - 9.0mm | P 22 | | | MANNITOL: PER PROTOCOL |
| A 21 | | 1 | MAGIL FORCEPS | P 23 | | | DEMEROL: PER PROTOCOL (SCH II) |
| A 22 | | 1 | STRAIGHT AND CURVED BLADES | P 24 | | | MORPHINE SULFATE: PER PROTOCOL (SCH II) |
| A 23 | | 1 | SPARE BATTERIES & BULB | P 25 | | | NARCAN: 4 AMP @ 1ml |
| A 24 | | 1 | STYLETTE, COPPER OR FLEXIBLE | P 26 | | | NITROGYLCERINE: BOTTLE OR 6 UNIT DOSE TABS |
| A 25 | | 1 | PEDI LARYNGOSCOPE (OPTION I-LEVEL) | P 27 | | | NORMAL SALINE: 4 BAGS, ANY SIZE (250, 500, 1,000 ml) |
| A 26 | | 1 | PEDI TUBES, SIZES 2.0 - 6.0mm | P 28 | | | OXYTOCIN / PITOCIN: 40 UNITS |
| A 27 | | 1 | STRAIGHT & CURVED CHILD BLADE | P 29 | | | PROCAINAMIDE: 500mg |
| A 28 | | 1 | STRAIGHT & CURVED INFANT BLADE | P 30 | | | INDERAL: 5 AMPS @ 1ml |
| A 29 | | 1 | PNEUMATIC ANTI-SHOCK GARMENT | P 31 | | | SODIUM BICARBONATE: 8 PF SYRINGES @ 50ml |
| A 30 | | 1 | PEDI PASG (OPTIONAL) | P 32 | | | THIAMINE: 200mg |
| | | | | P 33 | | | VERAPAMIL: 4 AMPS @ 2ml |
| | | | | P 34 | | | ADDITIONAL MEDICATIONS PER REGIONAL PROTOCOL |



**MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH**
# OFFICE OF EMERGENCY MEDICAL SERVICES
AMBULANCE INSPECTION REPORT FORM - VEHICLE

OEMS FORM 500-21 (8/96)

V-

| SERVICE NUMBER | SERVICE NAME | AMBULANCE CERT | EXP | LICENSE PLATE NO | INSPECTOR | DATE |
|---|---|---|---|---|---|---|
| 3928 | Sherborn Fire | 5928 | 3/99 | Mass 253 | RB | 05,04,5 |

UNIT ID NO. 1-1   PAGE 3 of 6

| INSPECTION CODES | 1 = COMPLIANT | 20 = NOT COMPLIANT | 30 = UNSANITARY - BIOHAZARD | 90 = OTHER |
|---|---|---|---|---|
| | 11 = CORRECTED DURING INSPECTION | 21 = PARTIALLY COMPLIANT | 31 = UNSANITARY - OTHER | |

| INSPECTION CODES | | | VEHICLE CONSTRUCTION & MAINTENANCE | INSPECTION CODES | | | | VEHICLE COMMENTS |
|---|---|---|---|---|---|---|---|---|
| V52 | 1 | | BACKUP LIGHTS - 3.8 | | | | | |
| V53 | 1 | | TURN SIGNALS - 3.8 | | | | | |
| V54 | 1 | | SIDEMARKER LIGHTS FLASH W /TURN SIGNALS) - 3.8 | | | | | |
| V55 | 1 | | LICENSE PLATE LAMP (S) - 3.8 | | | | | |
| V56 | 1 | | HAZARD WARNING LIGHTS - 3.8 | | | | | |
| V57 | 1 | | CLEARANCE LAMPS (OPTIONAL) - 3.8 | | | | | |
| V58 | 1 | | EMERGENCY LIGHTING - 3.8.2 | | | | | |
| V59 | 1 | | FLOOD & LOAD LIGHTS - 3.8 | | | | | |
| V60 | 1 | | VEHICLE PERFORMANCE - 3.4 | | | | | |
| V61 | | | MANUALS, & HANDBOOK OF INSTRUCTION - 3.2 | | | | | |
| V62 | 1 | | WORKMANSHIP - 3.23 | | | | | |

| INSPECTION CODES | | | VEHICLE EQUIPMENT | | | | | |
|---|---|---|---|---|---|---|---|---|
| E01 | 1 | | EQUIPMENT TO GAIN ACCESS | | | | | |
| E03 | 1 | | MAPS | | | | | |
| E04 | 1 | | FIRE EXTINGUISHERS, 1 IN PT. COMPT. | | | | | |
| E05 | 1 | | (2) SIX VOLT HANDLIGHTS | | | | | |
| E06 | 1 | | 1 CHOCK BLOCK | | | | | |
| E07 | 1 | | (6) 30 MIN. ROAD FLARES OR (6) DOT REFLECTORS | | | | | |
| E08 | 1 | | HAZARDOUS MATERIAL GUIDEBOOKS | | | | | |
| E09 | 1 | | BINOCULARS | | | | | |
| E10 | 1 | | TRIAGE TAGS | | | | | |
| E11 | 1 | | PROTECTIVE EQUIPMENT (anticipated exposures) (x2) | | | | | |
| R01 | 1 | | TWO WAY RADIO DISPATCH | | | | | |
| R02 | 1 | | TWO WAY RADIO HOSPITAL | | | | | |
| R03 | 1 | | PORTABLE HOSPITAL RADIO (ALS) | | | | | |



MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH
**OFFICE OF EMERGENCY MEDICAL SERVICES**
AMBULANCE INSPECTION REPORT FORM - VEHICLE

OEMS FORM 500-21 (8/96) **V-1**

| SERVICE NUMBER | SERVICE NAME | AMBULANCE CERT. | EXP. | LICENSE PLATE NO. | INSPECTOR | DATE |
|---|---|---|---|---|---|---|
| 5728 | Sherborn Fire | 5728 | 3/3/99 | M6 5253 | JWB | 05.04.99 |

| UNIT / ID NO. | PAGE |
|---|---|
| A-1 | 1 of 4 |

INSPECTION CODES     1 = COMPLIANT     20 = NOT COMPLIANT     30 = UNSANITARY - BIOHAZARD     90 = OTHER
11 = CORRECTED DURING INSPECTION     21 = PARTIALLY COMPLIANT     31 = UNSANITARY - OTHER

| INSPECTION CODES | VEHICLE CONSTRUCTION & MAINTENANCE | INSPECTION CODES | VEHICLE CONSTRUCTION & MAINTENANCE |
|---|---|---|---|
| V01 | 1 | STAR OF LIFE CERTIFICATE - 3.19 | V22 | 1 | WHEELS / TIRES - 3.6 |
| V02 | 1 | PAYLOAD ALLOWANCE - 3.5.2 | V23 | 1 | CHASSIS - FRAME / BODY MOUNTING - 3.10.7 |
| V03 | 1 | ELECTRICAL LOAD TEST - 3.7.6 | V24 | 1 | UNDERCOATING / RUSTPROOFING - 3.17 |
|  |  |  | V25 | ✓ | FOUR WHEEL DRIVE COMPONENTS - 3.16 |
| V04 | 1 | GROSS VEHICLE WEIGHT RATING - 3.5.3 | V26 | 1 | SUPENSION - 3.6.5.10 |
| V05 | 1 | INSTALLED O2 SYSTEM - 3.12.1 | V27 | 1 | STEERING - 3.6.6 |
|  |  |  | V28 | 1 | BRAKE SYSTEM - 3.6.5.7 |
| V06 | 1 | INSTALLED SUCTION SYSTEM - 3.12.3 | V29 | 1 | EXHAUST SYSTEM - 3.6.4.6 |
|  |  |  | V30 | 1 | POWER UNIT - 3.6.3 |
| V07 | 1 | LOCATION OF MEDICAL EQUIPMENT & SUPPLIES - 3.11.1 | V31 | 1 | AIR POLLUTION CONTROL - 3.6.4.3 |
| V08 | 1 | SQUAD BENCH, SEATS, & BACKRESTS - 3.10, 3.11 | V32 | 1 | FUEL SYSTEM - 3.6.4.4 |
| V09 | 1 | LITTER FASTENERS & ANCHORAGES - 3.11.7 | V33 | 1 | COOLING SYSTEM - 3.6.4.5 |
| V10 | 1 | INTERIOR STORAGE ACCOMMODATIONS - 3.11 | V34 | 1 | AUTOMATIC TRANSMISSION - 3.6.5.2 |
| V11 | 1 | INTERIOR SURFACES - 3.10.17 | V35 | 1 | ELECTRICAL SYSTEM - 3.7.1 |
|  |  |  | V36 | 1 | BATTERY SYSTEM - 3.7.7 |
|  |  |  | V37 | 1 | DRIVERS COMPARTMENT / CONTROLS - 3.9 |
|  |  |  | V38 | 1 | MARKING OF SWITCHES, INDICATORS, CONTROL DEVICES - 3.7.11 |
| V12 | 1 | PT. COMPARTMENT CONTROLS/ILLUMINATION - 3.8 | V39 | 1 | ENVIRONMENTAL CONTROLS - 3.13 |
| V13 | 1 | NO SMOKING/SEAT BELT SIGNS - 3.15.2 | V40 | 1 | WARNING INDICATORS - 3.7.1.1 |
| V14 | 1 | ENVIRONMENTAL SYSTEMS/CONTROLS - 3.13 | V41 | 1 | BACKUP ALARM - 3.15.2 |
| V15 | 1 | DOORS/WINDOWS - 3.10 | V42 | 1 | HIGH - IDLE SPEED CONTROL - 3.7.6.1 |
|  |  |  | V43 | 1 | WINDSHIELD WIPERS / WASHERS - 3.7.4 |
| V16 | 1 | BUMPERS & STEPS - 3.9.6 | V44 | 1 | VALID RMV INSPECTION |
| V17 | 1 | AMBULANCE BODY STRUCTURE - 3.10 | V45 | 1 | HORN - 3.7.5 |
|  |  |  | V46 | 1 | SPOLIGHT - 3.8 |
|  |  |  | V47 | 1 | OUTSIDE REARVIEW MIRRORS - 3.9.5 |
| V18 | 1 | VEHICLE DIMENSIONS - 3.4.11 | V48 | 1 | SIREN / PUBLIC ADDRESS SYSTEM 3.14 |
| V19 | 1 | EXTERIOR STORAGE ACCOMMODATIONS - 3.11.2 | V49 | 1 | HEADLIGHTS - 3.8 |
|  |  |  | V50 | 1 | PARKING LIGHTS - 3.8 |
| V20 | 1 | COLOR, PAINT & FINISH - 3.16.2 | V51 | 1 | BRAKE LIGHTS - 3.8 |
| V21 | 1 | EMBLEMS & MARKINGS - 3.16 |  |  |  |

MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH
## OFFICE OF EMERGENCY MEDICAL SERVICES
AMBULANCE INSPECTION REPORT FORM - BLS SUPPLIES & VEHICLE EQUIPMENT

OEMS FORM 500-22 (8/96) **M**

UNIT-ID NO A-1    PAGE 1 OF 5

| SERVICE NUMBER | SERVICE NAME | AMB. CERT# | EXP | CLASS | VEH TYPE/LEVEL | DATE |
|---|---|---|---|---|---|---|
| 3928 | Sanborn Fire Dept | 8508 5/4/99 | | III | III ALS | 05 04 99 |

| VEHICLE IDENTIFICATION NUMBER | LICENSE PLATE NO | INSPECTED BY | INSPECTION TYPE |
|---|---|---|---|
| 1 F D L E 4 0 F X V H A 7 5 1 7 3 | Amb 5253 | PAB | ☐ Pre-Inspect ☐ Remount ☐ Replace ☐ Addition ☐ Interim ☐ Renew |

| LOCATION | CHASSIS DATE | BODY DATE | MILEAGE |
|---|---|---|---|
| | Ford 1/97 | E-One 5/97 | 18296 |

| CREW NAME 1 | EMT NUMBER | EMT EXP | ACLS EXP | CPR EXP | DR. LIC. |
|---|---|---|---|---|---|

| CREW NAME 2 | EMT NUMBER | EMT EXP | ACLS EXP | CPR EXP | DR. LIC. |
|---|---|---|---|---|---|

**INSPECTION CODES**
1 = COMPLIANT
11= CORRECTED DURING INSP.   30= UNSANITARY - BIOHAZARD
20= NOT COMPLIANT   31= UNSANITARY -OTHER
21= PARTIALLY COMPLIANT   90= OTHER

| INSPECTION CODES | | BLS SUPPLIES | INSPECTION CODES | | BLS SUPPLIES |
|---|---|---|---|---|---|
| M01 | I | 1 AMBULANCE COT | M 23 | I | (2) IRRIGATION FLUID |
| | | | M24 | I | 1 ROLL STERILE ALUMINUM FOIL |
| M02A | I | 1 ADULT BAG MASK VENTILATOR | M25 | I | 1 ROLL POLYETHYLENE FILM |
| M02B | I | 1 PEDI BAG MASK VENTILATOR | M26 | I | 1 ADULT BEDPAN |
| M03A | I | 1 PORTABLE O2 RESUSC. W/ ACCESSORIES | M27 | I | MOTION SICKNESS BAGS (2) |
| | | | M 28 | I | 2 PILLOWS W/WATERPROOF COVERS |
| M03B | I | INSTALLED O2 SYSTEM SUPPLIES | M 29 | I | 8 SHEETS |
| M04 | I | 1 PORTABLE SUCTION UNIT | M 30 | I | 4 BLANKETS |
| M05 | I | #1 FIRST AID KIT | M 31 | I | 4 TOWELS |
| | | | M 32 | I | 2 BOXES DISPOSABLE PAPER TISSUES |
| M05A | I | #2 FIRST AID KIT | M 33 | I | 2 PACKAGES OF DISPOSABLE DRINKING CUPS |
| | | | M 34 | I | 4 COLD PACKS |
| M06 | I | TRACTION SPLINTS (Adult, Child)W/ACCESSORIES | M 35 | I | INFECTION CONTROL KIT (2 EMT'S) |
| M07 | I | PADDED BOARD SPLINTS (2 @ 2 SIZES) | M 36 | I | IMMOBILIZATION BAGS (2) 6"x9" |
| M08 | I | 1 FULL SPINE BOARD W/ACCESSORIES | M 37 | I | 1 RING CUTTER |
| M08A | I | 1 HALF SPINE BOARD W/ACCESSORIES | M 38 | I | 1 CHILD SIZE SPHYGMOMANOMETER |
| M09 | I | STAIR CHAIR | M 39 | I | 1 LARGE SPHYGMOMANOMETER (Large adult or Thigh cuff) |
| M10 | I | AUXILIARY STRETCHER | M 40 | I | (2) PLASTIC BAGS WITH TIES |
| M11 | I | TRANSFER SHEET | M 41 | I | CONTAMINATED TRASH CONTAINER W/ BIO-HAZARD BAGS & TIES |
| M12 | I | WRAPPED OROPHARYNGEAL, NASAL AIRWAYS | M 42 | I | SHARPS CONTAINER |
| M13 | I | (24) STERILE GAUZE PADS 4"x4" | M 43 | I | (2) EYE SHIELDS/FACE MASK |
| M14 | I | 12 STERILE DRESSINGS 5"x9" or SANITARY NAPKINS | M 44 | I | GLOVES |
| M15 | I | (6) STERILE UNIVERSAL DRESSINGS 10"x30" | M 45 | | HAND CLEANER |
| M16 | I | (12) ROLLER BANDAGE 3" or 4" | | | **OTHER SUPPLIES** |
| M17 | I | (12) TRIANGULAR BANDAGES | Z 01 | I | PASG |
| M18 | I | ADHESIVE TAPE (1", 2" @ 2 ea) | Z 02 | I | SEMI-AUTOMATIC DEFIBRILATOR |
| M19 | I | 1 BANDAGE SHEARS | Z 03 | I | AUTO-INJECTORABLE EPINEPHRINE |
| M20 | I | (2) BURN SHEETS | | | |
| M21 | I | OBSTETRICAL KIT | | | |
| M22 | 20 II | POISON ANTIDOTE KIT Outdated | | | |

I, the undersigned representative of the above service, acknowledge receipt of a copy of this inspection form, applicable supplemental forms and corrective action statements

| SIGNATURE OF INSPECTOR | DATE | SIGNATURE OF PERSON IN CHARGE OF SERVICE | DATE | PLAN OF CORRECTION DUE |
|---|---|---|---|---|
| | 5/4/99 | Pamela Druse | 5/4/99 | 5/18/99 |



# Massachusetts Department of Public Health
## Office of Emergency Medical Services
## Ambulance Regulation Program
## PLAN OF CORRECTION



| Service Number | License Expiration Date | Insp | RESPONSE DUE BY: |
|---|---|---|---|
| 3 9 2 8 | 3/31/99 | PB | |

Service Name
*Sherborn Fire Dept.*

**VEHICLE INFORMATION** (if Applicable)

Is this vehicle a(n) ___ Addition ___ Replacement ✓ Renewal

License Plate Number *FIRE 5253*    Ambulance Class *I*    Vehicle Unit Id *A1*

Vehicle Identification Number   | 1 | F | D | L | E | 4 | O | F | X | V | H | A | 7 | 5 | 1 | 7 | 3 |

| Page | Citation | Providers Plan of Correction (provide details of corrective action that satifies reported deficiencies) (for page and citation number refer to inspection report form) | Completion Date |
|---|---|---|---|
| S | S19 | Update Policies | June 1999 |
| S | S22 | Update to current forms | |
| S | S22 | included ALS check list on inv. forms | |
| S | S36 | Expanded Policy | |
| | | * will send in updates when completed. | |

Licensee representative's signature
*Pamela Dowse*

Title *Lt.*

Date *5/4/99*

Send P.O.C. to:    Dept. Public Health - O.E.M.S.  Ambulance Regulation Program
470 Atlantic Ave. - 2nd Floor, Boston, MA  02210-2208    OEMS Form 500-63  (8/96)

MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH
# OFFICE OF EMERGENCY MEDICAL SERVICES
AMBULANCE INSPECTION REPORT FORM - BLS SUPPLIES & VEHICLE EQUIPMENT

OEMS FORM 500-22 (8/96)   **M**

UNIT ID NO /1-1   PAGE / OF 5

| SERVICE NUMBER | SERVICE NAME | | AMB. CERT | EXP | CLASS | VEH TYPE | LEVEL | DATE |
|---|---|---|---|---|---|---|---|---|
| 3928 | Sherborn Fire Dept | | 8224 | 2/28/98 | I | 712 | BLSI | 03.09.98 |

| VEHICLE IDENTIFICATION NUMBER | LICENSE PLATE NO | INSPECTED BY | INSPECTION TYPE |
|---|---|---|---|
| 1 F O C E 4 0 E X V 4 A 7 5 1 1 7 1 3 | FIRE 5053 | PB | ☐ Pre-Inspect  ☐ Remount  ☐ Replace  ☐ Addition  ☐ Interim  ☐ Renew |

| LOCATION | CHASSIS/DATE | BODY/DATE | MILEAGE |
|---|---|---|---|
| | Ford 1/97 | E-1  5/97 | 1,42,2.9 |

| CREW NAME 1 | EMT NUMBER | EMT EXP | ACLS EXP | CPR EXP | DR. LIC. | INSPECTION CODES |
|---|---|---|---|---|---|---|
| | | | | | | 1 = COMPLIANT |
| CREW NAME 2 | EMT NUMBER | EMT EXP | ACLS EXP | CPR EXP | DR. LIC. | 11= CORRECTED DURING INSP.   30= UNSANITARY - BIOHAZARD |
| | | | | | | 20= NOT COMPLIANT   31= UNSANITARY - OTHER |
| | | | | | | 21= PARTIALLY COMPLIANT   90= OTHER |

| INSPECTION CODES | BLS SUPPLIES | | INSPECTION CODES | BLS SUPPLIES |
|---|---|---|---|---|
| M01 | / | 1 AMBULANCE COT | M 23 | / | (2) IRRIGATION FLUID |
| | | | M24 | / | 1 ROLL STERILE ALUMINUM FOIL |
| M02A | / | 1 ADULT BAG MASK VENTILATOR | M25 | / | 1 ROLL POLYETHYLENE FILM |
| M02B | / | 1 PEDI BAG MASK VENTILATOR | M26 | / | 1 ADULT BEDPAN |
| M03A | / | 1 PORTABLE O2 RESUSC. W/ ACCESSORIES | M27 | / | MOTION SICKNESS BAGS (2) |
| | | | M 28 | | 2 PILLOWS W/WATERPROOF COVERS |
| M03B | / | INSTALLED O2 SYSTEM SUPPLIES | M 29 | / | 8 SHEETS |
| M04 | / | 1 PORTABLE SUCTION UNIT | M 30 | / | 4 BLANKETS |
| M05 | / | #1 FIRST AID KIT | M 31 | / | 4 TOWELS |
| | | | M 32 | | 2 BOXES DISPOSABLE PAPER TISSUES |
| M05A | | #2 FIRST AID KIT | M 33 | / | 2 PACKAGES OF DISPOSABLE DRINKING CUPS |
| | | | M 34 | | 4 COLD PACKS |
| M06 | | TRACTION SPLINTS (Adult, Child)W/ACCESSORIES | M 35 | | INFECTION CONTROL KIT (2 EMT'S) |
| M07 | / | PADDED BOARD SPLINTS (2 @ 2 SIZES) | M 36 | | IMMOBILIZATION BAGS (2) 6"x9" |
| M08 | / | 1 FULL SPINE BOARD W/ACCESSORIES | M 37 | | 1 RING CUTTER |
| M08A | / | 1 HALF SPINE BOARD W/ACCESSORIES | M 38 | / | 1 CHILD SIZE SPHYGMOMANOMETER |
| M09 | / | STAIR CHAIR | M 39 | / | 1 LARGE SPHYGMOMANOMETER (Large adult or Thigh cuff) |
| M10 | / | AUXILIARY STRETCHER | M 40 | | (2) PLASTIC BAGS WITH TIES |
| M11 | / | TRANSFER SHEET | M 41 | / | CONTAMINATED TRASH CONTAINER W/ BIO-HAZARD BAGS & TIES |
| M12 | / | WRAPPED OROPHARYNGEAL, NASAL AIRWAYS | M 42 | | SHARPS CONTAINER |
| M13 | / | (24) STERILE GAUZE PADS 4"x4" | M 43 | / | (2) EYE SHIELDS/FACE MASK |
| M14 | / | 12 STERILE DRESSINGS 5"x9" OR SANITARY NAPKINS | M 44 | / | GLOVES |
| M15 | / | (6) STERILE UNIVERSAL DRESSINGS 10"x30" | M 45 | / | HAND CLEANER |
| M16 | / | (12) ROLLER BANDAGE 3" or 4" | | | **OTHER SUPPLIES** |
| M17 | / | (12) TRIANGULAR BANDAGES | Z 01 | / | PASG |
| M18 | / | ADHESIVE TAPE (1", 2" @ 2 ea) | Z 02 | / | SEMI-AUTOMATIC DEFIBRILATOR |
| M19 | / | 1 BANDAGE SHEARS | Z 03 | / | AUTO-INJECTORABLE EPINEPHRINE |
| M20 | / | (2) BURN SHEETS | | | |
| | / | OBSTETRICAL KIT | | | |
| M22 | / | POISON ANTIDOTE KIT | | | |

I, the undersigned representative of the above service, acknowledge receipt of a copy of this inspection form, applicable supplemental forms and corrective action statements

| SIGNATURE OF INSPECTOR | DATE | SIGNATURE OF PERSON IN CHARGE OF SERVICE | DATE | PLAN OF CORRECTION DUE |
|---|---|---|---|---|
| | 3/9/98 | Pamela Dowst | 3/9/98 | 3/18/98 |



MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH
**OFFICE OF EMERGENCY MEDICAL SERVICES**
AMBULANCE INSPECTION REPORT FORM - VEHICLE

OEMS FORM 500-21 (8/96)

**V-1**

UNIT/ID NO. *A1*   PAGE *2* OF *5*

| SERVICE NUMBER | SERVICE NAME | AMBULANCE CERT. | EXP | LICENSE PLATE NO | INSPECTOR | DATE |
|---|---|---|---|---|---|---|
| 2928 | Sherborn Fire Dept | 8724 | 2/28/98 | mes 553 | | 03,09,98 |

INSPECTION CODES    1 = COMPLIANT    20 = NOT COMPLIANT    30 = UNSANITARY - BIOHAZARD    90 = OTHER
11 = CORRECTED DURING INSPECTION    21 = PARTIALLY COMPLIANT    31 = UNSANITARY - OTHER

| | INSPECTION CODES | | | VEHICLE CONSTRUCTION & MAINTENANCE | | INSPECTION CODES | | | VEHICLE CONSTRUCTION & MAINTENANCE |
|---|---|---|---|---|---|---|---|---|---|
| V01 | 1 | | | STAR OF LIFE CERTIFICATE - 3.19 | V22 | 1 | | | WHEELS / TIRES - 3.6 |
| V02 | 1 | | | PAYLOAD ALLOWANCE - 3.5.2 | V23 | 1 | | | CHASSIS - FRAME / BODY MOUNTING - 3.10.7 |
| V03 | 1 | | | ELECTRICAL LOAD TEST - 3.7.6 | V24 | 1 | | | UNDERCOATING / RUSTPROOFING - 3.17 |
| | | | | | V25 | | | | FOUR WHEEL DRIVE COMPONENTS - 3.16 |
| V04 | 1 | | | GROSS VEHICLE WEIGHT RATING - 3.5.3 | V26 | 1 | | | SUPENSION - 3.6.5.10 |
| V05 | 1 | | | INSTALLED O2 SYSTEM - 3.12.1 | V27 | 1 | | | STEERING - 3.6.6 |
| | | | | | V28 | 1 | | | BRAKE SYSTEM - 3.6.5.7 |
| V06 | 1 | | | INSTALLED SUCTION SYSTEM - 3.12.3 | V29 | 1 | | | EXHAUST SYSTEM - 3.6.4.6 |
| | | | | | V30 | 1 | | | POWER UNIT - 3.6.3 |
| V07 | 1 | | | LOCATION OF MEDICAL EQUIPMENT & SUPPLIES - 3.11.1 | | | | | |
| | | | | | V31 | 1 | | | AIR POLLUTION CONTROL - 3.6.4.3 |
| V08 | 1 | | | SQUAD BENCH, SEATS, & BACKRESTS - 3.10, 3.11 | V32 | 1 | | | FUEL SYSTEM - 3.6.4.4 |
| | | | | | V33 | 1 | | | COOLING SYSTEM - 3.6.4.5 |
| V09 | 1 | | | LITTER FASTENERS & ANCHORAGES - 3.11.7 | V34 | 1 | | | AUTOMATIC TRANSMISSION - 3.6.5.2 |
| V10 | | | | INTERIOR STORAGE ACCOMMODATIONS - 3.11 | | | | | |
| | | | | | V35 | | | | ELECTRICAL SYSTEM - 3.7.1 |
| V11 | 1 | | | INTERIOR SURFACES - 3.10.17 | V36 | 1 | | | BATTERY SYSTEM - 3.7.7 |
| | | | | | V37 | 1 | | | DRIVERS COMPARTMENT / CONTROLS - 3.9 |
| | | | | | V38 | 1 | | | MARKING OF SWITCHES, INDICATORS, CONTROL DEVICES - 3.7.11 |
| V12 | 1 | | | PT. COMPARTMENT CONTROLS/ILLUMINATION - 3.8 | | | | | |
| V13 | 1 | | | NO SMOKING/SEAT BELT SIGNS - 3.15.2 | V39 | 1 | | | ENVIRONMENTAL CONTROLS - 3.13 |
| V14 | 1 | | | ENVIRONMENTAL SYSTEMS/CONTROLS - 3.13 | V40 | 1 | | | WARNING INDICATORS - 3.7.1.1 |
| V15 | 1 | | | DOORS/WINDOWS - 3.10 | V41 | 1 | | | BACKUP ALARM - 3.15.2 |
| | | | | | V42 | 21 | 11 | | HIGH - IDLE SPEED CONTROL - 3.7.6.1 *checked & marked for proper operation* |
| | | | | | V43 | | | | WINDSHIELD WIPERS / WASHERS - 3.7.4 |
| V16 | 1 | | | BUMPERS & STEPS - 3.9.6 | V44 | 1 | | | VAILD RMV INSPECTION |
| V17 | 1 | | | AMBULANCE BODY STRUCTURE - 3.10 | V45 | 1 | | | HORN - 3.7.5 |
| | | | | | V46 | 1 | | | SPOLIGHT - 3.8 |
| | | | | | V47 | 1 | | | OUTSIDE REARVIEW MIRRORS - 3.9.5 |
| V18 | 1 | | | VEHICLE DIMENSIONS - 3.4.11 | V48 | 1 | | | SIREN / PUBLIC ADDRESS SYSTEM 3.14 |
| | 1 | | | EXTERIOR STORAGE ACCOMMODATIONS - 3.11.2 | V49 | 1 | | | HEADLIGHTS - 3.8 |
| | | | | | V50 | 1 | | | PARKING LIGHTS - 3.8 |
| V20 | 1 | | | COLOR, PAINT & FINISH - 3.16.2 | V51 | 1 | | | BRAKE LIGHTS - 3.8 |
| V21 | 1 | | | EMBLEMS & MARKINGS - 3.16 | | | | | |



MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH
## OFFICE OF EMERGENCY MEDICAL SERVICES
AMBULANCE INSPECTION REPORT FORM - VEHICLE

OEMS FORM 500-21 (8/96)

**V-2**

UNIT ID NO. 4-4    PAGE 3 of 5

| SERVICE NUMBER | SERVICE NAME | AMBULANCE CERT | EXP | LICENSE PLATE NO | INSPECTOR | DATE |
|---|---|---|---|---|---|---|
| 5928 | Sherborn Fire | 221 | 2/98 | F2c 5253 | YRS | 030998 |

INSPECTION CODES    1 = COMPLIANT    20 = NOT COMPLIANT    30 = UNSANITARY - BIOHAZARD    90 = OTHER
11 = CORRECTED DURING INSPECTION    21 = PARTIALLY COMPLIANT    31 = UNSANITARY - OTHER

| INSPECTION CODES | | | | VEHICLE CONSTRUCTION & MAINTENANCE | INSPECTION CODES | | | | VEHICLE COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| V52 | / | | | BACKUP LIGHTS - 3.8 | | | | | |
| V53 | / | | | TURN SIGNALS - 3.8 | | | | | |
| V54 | / | | | SIDEMARKER LIGHTS FLASH W /TURN SIGNALS - 3.8 | | | | | |
| V55 | / | | | LICENSE PLATE LAMP (S) - 3.8 | | | | | |
| V56 | / | | | HAZARD WARNING LIGHTS - 3.8 | | | | | |
| V57 | / | | | CLEARANCE LAMPS (OPTIONAL) - 3.8 | | | | | |
| V58 | / | | | EMERGENCY LIGHTING - 3.8.2 | | | | | |
| V59 | ) | | | FLOOD & LOAD LIGHTS - 3.8 | | | | | |
| V60 | / | | | VEHICLE PERFORMANCE - 3.4 | | | | | |
| V61 | | | | MANUALS, & HANDBOOK OF INSTRUCTION - 3.2 | | | | | |
| V62 | | | | WORKMANSHIP - 3.23 | | | | | |
| | | | | | | | | | |
| | | | | **VEHICLE EQUIPMENT** | | | | | |
| E01 | / | | | EQUIPMENT TO GAIN ACCESS | | | | | |
| E03 | / | | | MAPS | | | | | |
| E04 | / | | | FIRE EXTINGUISHERS, 1 IN PT. COMPT. | | | | | |
| E05 | i | | | (2) SIX VOLT HANDLIGHTS | | | | | |
| E06 | / | | | 1 CHOCK BLOCK | | | | | |
| E07 | / | | | (6) 30 MIN. ROAD FLARES OR (6) DOT REFLECTORS | | | | | |
| E08 | / | | | HAZARDOUS MATERIAL GUIDEBOOKS | | | | | |
| E09 | / | | | BINOCULARS | | | | | |
| E10 | / | | | TRIAGE TAGS | | | | | |
| E11 | / | | | PROTECTIVE EQUIPMENT (anticipated exposures) [x2] | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| R01 | ) | | | TWO WAY RADIO DISPATCH | | | | | |
| R02 | / | | | TWO WAY RADIO HOSPITAL | | | | | |
| R03 | / | | | PORTABLE HOSPITAL RADIO [ALS] | | | | | |
| | | | | | | | | | |



MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH
# OFFICE OF EMERGENCY MEDICAL SERVICES
AMBULANCE INSPECTION REPORT FORM - ADVANCED LIFE SUPPORT

OEMS FORM
500-23 (5/91)

UNIT ID NO | PAGE 4 OF 5

| SERVICE NUMBER | SERVICE NAME | AMBULANCE CERT | LICENSE PLATE NO | UNIT ID NO | INSPECTOR | DATE |
|---|---|---|---|---|---|---|
| 5928 | Sherborn Fire | 8224 | Fire 5253 | A1 | MB | '03 0 99 |

INSPECTION CODES:
1 = COMPLIANT
11 = CORRECTED DURING INSPECTION
20 = NOT COMPLIANT
21 = PARTIALLY COMPLIANT
30 = UNSANITARY - BIOHAZARD
31 = UNSANITARY - OTHER
90 = OTHER

| INSPECTION CODES | | | INTERMEDIATE & PARAMEDIC SUPPLIES | INSPECTION CODES | | | PARAMEDIC SUPPLIES |
|---|---|---|---|---|---|---|---|
| E 01B | 1 | | PORTABLE MEDICAL RADIO | P 01 | | | DEFIBRILLATOR / CARDIAC MONITOR |
| | | | | P 02 | | | DEFIBRILATOR ACCESSORIES |
| A 01 | | | IV THERAPY EQUIPMENT | P 03 | | | AMINOPHYLLINE: 2 AMP @ 10 OR 20ml |
| A 02 | 1 | | CATHETERS, SIZES 14G - 25G | P 04 | | | ARAMINE: 2 VIALS @ 10ml |
| A 03 | 1 | | ADMINISTRATION SETS, MACRO / MICRO | P 05 | | | ATROPINE SULFATE: 4 mg |
| A 04 | 1 | | VENOUS TOURNIQUETS | P 06 | | | BRETYLIUM TOSALATE: 50 mg/ml: 4 Amp @ 10ml |
| A 05 | | | PADDED ARM BOARDS | P 07 | | | CALCIUM CHLORIDE: 2gm |
| A 06 | 1 | | 1" ADHESIVE TAPE OR EQUAL | P 08 | | | DECADRON / HEXADOL: 20mg |
| A 07 | 1 | | ALCOHOL PREPS / ANTISEPTIC SWABS | P 09 | | | D5W: 4 BAGS ANY SIZE |
| A 08 | | | FLUIDS IN UNBREAKABLE CONTAINERS | P 10 | | | D50W: 4 VIALS |
| A 09 | 1 | | D5W / LACTATED RINGERS / NS 9% | P 11 | | | DIAZEPAM / VALIUM: PER PROTOCOL |
| A 10 | 1 | | NEEDLES, 18G - 21G, 1/2" - 2" | P 12 | | | BENADRYL: 200mg |
| A 11 | 1 | | SYRINGES, 30cc & 50cc | P 13 | | | DOBUTAMINE: 2 VIALS @ 20ml |
| A 12 | 1 | | VACUTAINER TUBES & NEEDLE SETS | P 14 | | | EPINEPHRINE 1:1000: 2 AMPS |
| A 13 | 1 | | BLOOD LABELS | P 15 | | | EPINEPHRINE 1:10,000: 4 PREFILLED SYRINGES |
| 14 | 1 | | EOA / EGTA / ET | P 16 | | | LASIX: 200mg |
| A 15 | 1 | | 30cc SYRINGE (EOA / EGTA) | P 17 | | | DOPAMINE: 800mg |
| A 16 | 1 | | HEMOSTAT (EOA / EGTA) | P 18 | | | ISUPREL: 4 VIALS |
| A 17 | 1 | | WATER SOLUBLE LUBRICANT (EOA / EGTA) | P 19 | | | LACTATED RINGERS: 4 BAGS @ 1000ml |
| A 18 | 1 | | TRACH. TAPE OR EQUAL FOR 2 PATIENTS | P 20 | | | LEVOPHED: 4 AMPS |
| A 19 | 1 | | LARYNGOSCOPE HANDLES(S) W/BATTERIES | P 21 | | | LIDOCAINE HCL: 2 VIALS @ 2gm, 4 pf SYRINGES @ 100mg |
| A 20 | 1 | | ET TUBES, SIZES 6.0 - 9.0mm | P 22 | | | MANNITOL: PER PROTOCOL |
| A 21 | 1 | | MAGIL FORCEPS | P 23 | | | DEMEROL: PER PROTOCOL (SCH II) |
| A 22 | 1 | | STRAIGHT AND CURVED BLADES | P 24 | | | MORPHINE SULFATE: PER PROTOCOL (SCH II) |
| A 23 | 1 | | SPARE BATTERIES & BULB | P 25 | | | NARCAN: 4 AMP @ 1ml |
| A 24 | 1 | | STYLETTE, COPPER OR FLEXIBLE | P 26 | | | NITROGLYCERINE: BOTTLE OR 6 UNIT DOSE TABS |
| A 25 | 1 | | PEDI LARYNGOSCOPE (OPTION I-LEVEL) | P 27 | | | NORMAL SALINE: 4 BAGS, ANY SIZE (250, 500, 1,000 ml) |
| A 26 | 1 | | PEDI TUBES, SIZES 2.0 - 6.0mm | P 28 | | | OXYTOCIN / PITOCIN: 40 UNITS |
| A 27 | 1 | | STRAIGHT & CURVED CHILD BLADE | P 29 | | | PROCAINAMIDE: 500mg |
| A 28 | 1 | | STRAIGHT & CURVED INFANT BLADE | P 30 | | | INDERAL: 5 AMPS @ 1ml |
| A 29 | 1 | | PNEUMATIC ANTI-SHOCK GARMENT | P 31 | | | SODIUM BICARBONATE: 8 PF SYRINGES @ 50ml |
| A 30 | 1 | | PEDI PASG (OPTIONAL) | P 32 | | | THIAMINE: 200mg |
| | | | | P 33 | | | VERAPAMIL: 4 AMPS @ 2ml |
| | | | | P 34 | | | ADDITIONAL MEDICATIONS PER REGIONAL PROTOCAL |

MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH
# OFFICE OF EMERGENCY MEDICAL SERVICES
AMBULANCE INSPECTION REPORT FORM - SERVICE

OEMS FORM 500-24 (8/96)  **S**

PAGE: **5** OF **5**

| SERVICE NUMBER | SERVICE NAME | LICENSEE | DATE |
|---|---|---|---|
| 1928 | Sherborn Fire Department | Town of Sherborn | 93 9.9.98 |

ADDRESS: 22 North Main Street
BUSINESS PHONE: 508 - 651 - 7869
INSPECTOR: PB

CITY/STATE/ZIP: Sherborn MA 01770
MANAGER NAME: Ronald Buehler DC

OFFICE USE ONLY
Lt Pam Dovie
Josh Buehler

INSPECTION CODES - 1 - COMPLIANT  20 - NOT COMPLIANT  30 - UNSANITARY - BIOHAZARD  90 - OTHER
11 - CORRECTED DURING INSPECTION  21 - PARTIALLY COMPLIANT  31 - UNSANITARY - OTHER

| | INSPECTION CODES | | | SERVICE OPERATIONS 170.200 ET SEQ |
|---|---|---|---|---|
| S 01 | 1 | | | LICENSURE |
| S 02 | 1 | | | CERTIFICATION OF VEHICLES & PERSONNEL |
| S 03 | 1 | | | STAFFING 76 hrs  18:00 - 0:600 hrs |
| S 04 | 1 | | | INSURANCE |
| S 05 | 1 | | | ADVERTISING |
| S 06 | 1 | | | INCIDENT OR ACCIDENT REPORTS |
| S 07 | 21 | 11 | | DISPLAY OF LICENSE  displayed in vehicle |
| S 08 | 1 | | | RESPONSIBILITY TO DISPATCH, TREAT & TRANSPORT |
| S 09 | 1 | | | PUBLIC ACCESS  @ P.O |
| S 10 | 1 | | | DISPATCH COMMUNICATIONS |
| S 11 | 1 | | | MEDICAL COMMUNICATIONS |
| S 12 | 1 | | | AVAILABILITY & BACKUP |
| S 13 | | | | SPECIAL REQUIREMENTS TO OPERATE CLASS V |
| S 14 | 1 | | | HEATED GARAGE |
| S 15 | 1 | | | STORAGE SPACE |
| S 16 | 1 | | | SUPPLIES |
| S 17 | 1 | | | NON-DISCRIMINATION |
| S 18 | 1 | | | AFFILIATION AGREEMENT |
| S 19 | X | 21 | | ALS PROCEDURES & POLICIES  Link Memo w/st policies to in house AES |
| S 20 | 1 | | | REGISTRATION W/ DIV. OF FOOD & DRUGS - 170.995  MA 0146236  12/97 |

| | | | | **RECORDS 170.240** |
|---|---|---|---|---|
| S 21 | HIPAA | 1 | | PERSONNEL  BLS/BLS/SR & PR training |
| S 22 | X | 21 | | PREVENTIVE MAINTENANCE  Epi pens & Added to list - documents  ALS checklist |
| S 23 | 1 | | | VEHICLE REGISTRATION  @ Avaible |
| S 24 | | | | FAA CERTIFICATION (CLASS IV) |
| S 25 | | | | LICENSES FOR PILOTS (CLASS IV) |
| S 26 | 1 | | | FCC LICENSES |
| S 27 | 1 | | | TRIP RECORDS |
| S 28 | 1 | | | TRIP RECORDS LEFT @ RECIEVING FACILITY |

| | INSPECTION CODES | | | WRITTEN POLICIES & PROCEDURES 170.235 |
|---|---|---|---|---|
| S 27 | 1 | | | CERTIFICATION & RECERT OF PERSONNEL |
| S 28 | 1 | | | RESPONSIBILITY TO RESPOND, TREAT & TRANSPORT |
| S 29 | 1 | | | DELIVERY OF PT. TO NEAREST APP. FACILITY |
| S 30 | 1 | | | NON-DISCRIMINATION |
| S 31 | 1 | | | BACKUP SERVICES |
| S 32 | 1 | | | USE OF BACKUP SERVICES |
| S 33 | 1 | | | DISPATCH |
| S 34 | 1 | | | COMMUNICATIONS |
| S 35 | 1 | | | STOCKING SUPPLIES |
| S 36 | 1 | | | SANITARY PRACTICES |
| S 37 | 1 | | | USE OF LIGHTS & WARNING SIGNALS |
| S 38 | 1 | | | STAFFING OF AMBULANCES |
| S 39 | X | 20 | | CONDUCT OF PERSONNEL  Add View policy ✓ |
| S 40 | 1 | | | MECHANICAL FAILURES |
| S 41 | X | 21 | | INSPECTION AUTHORITIES  Expand include F&D ✓ |
| S 42 | 1 | | | TRANSPORT OF DEAD BODIES |
| S 43 | 1 | | | PARENT RIGHTS |
| S 44 | 1 | | | PATIENT RESTRAINTS |
| S 45 | X | 21 | | DISPOSAL OF HAZARDOUS WASTE  Expand when @ transport ✓ |
| S 46 | 1 | | | MANDATED REPORTING |
| S 47 | 1 | | | INFECTION CONTROL PROCEDURES |
| S 48 | 1 | | | DESIGNATED INFECTION CONTROL OFFICER |
| S 49 | X | 21 | | TRIP RECORDS LEFT @ RECIEVING FACILITIES  & Written ✓ |
| S 50 | 1 | | | INFECTION CONTROL PROCEDURES |
| S 51 | X | 20 | | MAINTENANCE OF DEFIBRILLATOR  & Written |
| S 52 | X | 20 | | CONTROL & INSPECTION OF EPI-PENS  & Written |



**Massachusetts Department of Public Health**
## Office of Emergency Medical Services
### Ambulance Regulation Program
## <u>PLAN OF CORRECTION</u>



| Service Number | License Expiration Date | Insp. | RESPONSE DUE BY: |
|---|---|---|---|
| 3 9 2 8 | 3/28/98 | PVB | |

| Service Name |
|---|
| Sherborn Fire Dept |

### VEHICLE INFORMATION (if Applicable)

License Plate Number **FIRE 5253**   Is this vehicle a(n) ___Addition ___Replacement _X_ Renewal

Ambulance Class __I__   Vehicle Unit Id __A1__

Vehicle Identification Number   | 1 | F | D | K | E | 3 | 0 | L | 6 | G | H | A | 7 | 8 | 5 | 5 | 4 |

| Page | Citation | Providers Plan of Correction (provide details of corrective action that satifies reported deficiencies) (for page and citation number refer to inspection report form) | Completion Date |
|---|---|---|---|
| 5 | S19 | Update policies | 4/1/98 |
| 5 | S22 | Added to maintenance list, use ALS Checklists monthly & keep in binder | 5/1/98 |
| 5 | S39 | Updated policy | 4/1/98 |
| 5 | S41 | Updated policy | 4/1/98 |
| 5 | S45 | Updated policy | 4/1/98 |
| 5 | S49 | Updated policy | 4/1/98 |
| 5 | S51 | Created policy | 5/1/98 |
| 5 | S52 | Created policy | 5/1/98 |

| Licensee representative's signature | Title | Date |
|---|---|---|
| Pamela Dowse | LT | 3/9/98 |

Page __1__ of __1__   **Send P.O.C. to:**   Dept. Public Health - O.E.M.S.  Ambulance Regulation Program
470 Atlantic Ave. - 2nd Floor, Boston, MA  02210-2208   OEMS Form 500- (1/96)

MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH
## OFFICE OF EMERGENCY MEDICAL SERVICES
AMBULANCE INSPECTION REPORT FORM - BLS SUPPLIES & VEHICLE EQUIPMENT

OEMS FORM 500-22 (8/96)   **M**

UNIT ID NO A221   PAGE 1 OF 4

| SERVICE NUMBER 3928 | SERVICE NAME Sherborn Fire Dept | AMB. CERT# | EXP I | CLASS III | VEH TYPE FAST | LEVEL | DATE 99,30 97 |

VEHICLE IDENTIFICATION NUMBER  1 G A L E 4 0 F X V H A 7 5 1 7 3

LICENSE PLATE NO Fire S253   INSPECTED BY MS

INSPECTION TYPE  ☐ Pre-Inspect ☐ Remount ☐ Replace ☐ Addition ☐ Interim ☐ Renew

LOCATION

CHASSIS/DATE Ford 1/97   BODY DATE E-1 5/97   MILEAGE 2,720

| CREW NAME 1 | EMT NUMBER | EMT EXP | ACLS EXP | CPR EXP | DR. LIC. |
| CREW NAME 2 | EMT NUMBER | EMT EXP | ACLS EXP | CPR EXP | DR. LIC. |

INSPECTION CODES
1 = COMPLIANT
1I = CORRECTED DURING INSP.     30= UNSANITARY - BIOHAZARD
20= NOT COMPLIANT                        31= UNSANITARY -OTHER
21= PARTIALLY COMPLIANT             90= OTHER

| INSPECTION CODES | | | BLS SUPPLIES | | INSPECTION CODES | | | BLS SUPPLIES |
|---|---|---|---|---|---|---|---|---|
| M01 | / | | 1 AMBULANCE COT | | M 23 | / | | (2) IRRIGATION FLUID |
| | | | | | M24 | / | | 1 ROLL STERILE ALUMINUM FOIL |
| M02A | / | | 1 ADULT BAG MASK VENTILATOR | | M25 | / | | 1 ROLL POLYETHYLENE FILM |
| M02B | / | | 1 PEDI BAG MASK VENTILATOR | | M26 | / | | 1 ADULT BEDPAN |
| M03A | / | | 1 PORTABLE O2 RESUSC. W/ ACCESSORIES | | M27 | | | MOTION SICKNESS BAGS (2) |
| | | | | | M 28 | | | 2 PILLOWS W/WATERPROOF COVERS |
| M03B | / | | INSTALLED O2 SYSTEM SUPPLIES | | M 29 | | | 8 SHEETS |
| M04 | / | | 1 PORTABLE SUCTION UNIT | | M 30 | | | 4 BLANKETS |
| M05 | / | | #1 FIRST AID KIT | | M 31 | / | | 4 TOWELS |
| | | | | | M 32 | | | 2 BOXES DISPOSABLE PAPER TISSUES |
| M05A | / | | #2 FIRST AID KIT | | M 33 | / | | 2 PACKAGES OF DISPOSABLE DRINKING CUPS |
| | | | | | M 34 | | | 4 COLD PACKS |
| M06 | / | | TRACTION SPLINTS (Adult, Child)W/ACCESSORIES | | M 35 | / | | INFECTION CONTROL KIT (2 EMT'S) |
| M07 | / | | PADDED BOARD SPLINTS (2 @ 2 SIZES) | | M 36 | / | | IMMOBILIZATION BAGS (2) 6"x9" |
| M08 | / | | 1 FULL SPINE BOARD W/ACCESSORIES | | M 37 | / | | 1 RING CUTTER |
| M08A | / | | 1 HALF SPINE BOARD W/ACCESSORIES | | M 38 | / | | 1 CHILD SIZE SPHYGMOMANOMETER |
| M09 | / | | STAIR CHAIR | | M 39 | / | | 1 LARGE SPHYGMOMANOMETER (Large adult or Thigh cuff) |
| M10 | / | | AUXILIARY STRETCHER | | M 40 | / | | (2) PLASTIC BAGS WITH TIES |
| M11 | / | | TRANSFER SHEET | | M 41 | / | | CONTAMINATED TRASH CONTAINER W/ BIO-HAZARD BAGS & TIES |
| M12 | / | | WRAPPED OROPHARYNGEAL, NASAL AIRWAYS | | M 42 | / | | SHARPS CONTAINER |
| M13 | / | | (24) STERILE GAUZE PADS 4"x4" | | M 43 | / | | (2) EYE SHIELDS/FACE MASK |
| M14 | / | | 12 STERILE DRESSINGS 5"x9" or SANITARY NAPKINS | | M 44 | / | | GLOVES |
| M15 | / | | (6) STERILE UNIVERSAL DRESSINGS 10"x30" | | M 45 | / | | HAND CLEANER |
| M16 | / | | (12) ROLLER BANDAGE 3" or 4" | | | | | **OTHER SUPPLIES** |
| M17 | / | | (12) TRIANGULAR BANDAGES | | Z 01 | / | | PASG |
| M18 | / | | ADHESIVE TAPE (1", 2" @ 2 ea) | | Z 02 | | | SEMI-AUTOMATIC DEFIBRILATOR |
| M19 | / | | 1 BANDAGE SHEARS | | Z 03 | | | AUTO-INJECTORABLE EPINEPHRINE |
| M20 | / | | (2) BURN SHEETS | | | | | |
| M21 | / | | OBSTETRICAL KIT | | | | | |
| M22 | / | | POISON ANTIDOTE KIT | | | | | |

I, the undersigned representative of the above service, acknowledge receipt of a copy of this inspection form, applicable supplemental forms and corrective action statements

SIGNATURE OF INSPECTOR   DATE 9/30/97   SIGNATURE OF PERSON IN CHARGE OF SERVICE Ronald J Buehler   DATE 9/30/97   PLAN OF CORRECTION DUE 10/14/97



MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH
## OFFICE OF EMERGENCY MEDICAL SERVICES
AMBULANCE INSPECTION REPORT FORM - VEHICLE

OEMS FORM 500-21 (8/96)   **V-1**

UNIT ID NO. *A-1*   PAGE *2 of 4*

| SERVICE NUMBER | SERVICE NAME | | AMBULANCE CERT. | EXP | LICENSE PLATE NO. | INSPECTOR | DATE |
|---|---|---|---|---|---|---|---|
| *3928* | *Sherborn Fire* | | | | *Mau 5253* | *PdS* | *09.30.97* |

INSPECTION CODES
1 = COMPLIANT   20 = NOT COMPLIANT   30 = UNSANITARY - BIOHAZARD   90 = OTHER
11 = CORRECTED DURING INSPECTION   21 = PARTIALLY COMPLIANT   31 = UNSANITARY - OTHER

| INSPECTION CODES | | | VEHICLE CONSTRUCTION & MAINTENANCE | INSPECTION CODES | | | VEHICLE CONSTRUCTION & MAINTENANCE |
|---|---|---|---|---|---|---|---|
| V01 | 1 | | STAR OF LIFE CERTIFICATE - 3.19 | V22 | 1 | | WHEELS / TIRES - 3.6 |
| V02 | 1 | | PAYLOAD ALLOWANCE - 3.5.2 | V23 | 1 | | CHASSIS - FRAME / BODY MOUNTING - 3.10.7 |
| V03 | 1 | | ELECTRICAL LOAD TEST - 3.7.6  *160+* | V24 | 1 | | UNDERCOATING / RUSTPROOFING - 3.17 |
| | | | | V25 | — | | FOUR WHEEL DRIVE COMPONENTS - 3.16 |
| V04 | 1 | | GROSS VEHICLE WEIGHT RATING - 3.5.3  *9450  Gvwn  5850* | V26 | X 21 | | SUSPENSION - 3.6.5.10  *Spot Chass & meet brand Clearani 6"* |
| V05 | X 21 | | INSTALLED O2 SYSTEM - 3.12.1  *4.4.6. test strike &  1 EAS* | V27 | 1 | | STEERING - 3.6.6 |
| | | | | V28 | 1 | | BRAKE SYSTEM - 3.6.5.7 |
| V06 | X 21 | | INSTALLED SUCTION SYSTEM - 3.12.3  *Suction Switch & Separtly identified from Grouping* | V29 | 1 | | EXHAUST SYSTEM - 3.6.4.6 |
| V07 | X 21 | | LOCATION OF MEDICAL EQUIPMENT & SUPPLIES - 3.11.1  *loose Equipment in Action Area* | V30 | 1 | | POWER UNIT - 3.6.3 |
| | | | | V31 | | | AIR POLLUTION CONTROL - 3.6.4.3 |
| V08 | X 21 | | SQUAD BENCH, SEATS, & BACKRESTS - 3.10, 3.11  *More padding Need for head protection in Jump Seat Area* | V32 | 1 | | FUEL SYSTEM - 3.6.4.4 |
| V09 | 1 | | LITTER FASTENERS & ANCHORAGES - 3.11.7 | V33 | 1 | | COOLING SYSTEM - 3.6.4.5 |
| V10 | 1 | | INTERIOR STORAGE ACCOMMODATIONS - 3.11 | V34 | 1 | | AUTOMATIC TRANSMISSION - 3.6.5.2 |
| | | | | V35 | X 21 | | ELECTRICAL SYSTEM - 3.7.1  *loose wires in Elect. Compt - & Secured* |
| V11 | X 31 | | INTERIOR SURFACES - 3.10.17  *dirt along Back of Squad Bench* | V36 | 1 | | BATTERY SYSTEM - 3.7.7 |
| | | | | V37 | 1 | | DRIVERS COMPARTMENT / CONTROLS - 3.9 |
| | | | | V38 | 1 | | MARKING OF SWITCHES, INDICATORS, CONTROL DEVICES - 3.7.11 |
| V12 | 1 | | PT. COMPARTMENT CONTROLS/ILLUMINATION - 3.8 | | | | |
| V13 | 1 | | NO SMOKING/SEAT BELT SIGNS - 3.15.2 | V39 | 1 | | ENVIRONMENTAL CONTROLS - 3.13 |
| V14 | 1 | | ENVIRONMENTAL SYSTEMS/CONTROLS - 3.13 | V40 | 1 | | WARNING INDICATORS - 3.7.1.1 |
| V15 | 1 | | DOORS/WINDOWS - 3.10 | V41 | 1 | | BACKUP ALARM - 3.15.2 |
| | | | | V42 | X 21 | | HIGH - IDLE SPEED CONTROL - 3.7.6.1  *E brake & marked for operation* |
| | | | | V43 | | | WINDSHIELD WIPERS / WASHERS - 3.7.4 |
| V16 | 1 | | BUMPERS & STEPS - 3.9.6 | V44 | 1 | | VAILD RMV INSPECTION |
| V17 | 1 | | AMBULANCE BODY STRUCTURE - 3.10 | V45 | 1 | | HORN - 3.7.5 |
| | | | | V46 | 21 | | SPOLIGHT - 3.8  *& Secured* |
| | | | | V47 | 1 | | OUTSIDE REARVIEW MIRRORS - 3.9.5 |
| V18 | 1 | | VEHICLE DIMENSIONS - 3.4.11 | V48 | 1 | | SIREN / PUBLIC ADDRESS SYSTEM 3.14 |
| V19 | 1 | | EXTERIOR STORAGE ACCOMMODATIONS - 3.11.2 | V49 | 1 | | HEADLIGHTS - 3.8 |
| | | | | V50 | 1 | | PARKING LIGHTS - 3.8 |
| V20 | 1 | | COLOR, PAINT & FINISH - 3.16.2 | V51 | 1 | | BRAKE LIGHTS - 3.8 |
| V21 | 1 | | EMBLEMS & MARKINGS - 3.16 | | | | |



MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH
**OFFICE OF EMERGENCY MEDICAL SERVICES**
AMBULANCE INSPECTION REPORT FORM - VEHICLE

OEMS FORM 500-21 (8/96)  **V-2**

| | |
|---|---|
| UNIT ID NO. | A-1 |
| PAGE | 3 of 4 |

| SERVICE NUMBER | SERVICE NAME | | | | |
|---|---|---|---|---|---|
| 3928 | Sherborn Fire | | | | |

| AMBULANCE CERT. | EXP | LICENSE PLATE NO | INSPECTOR | DATE |
|---|---|---|---|---|
| | | Fire 5253 | PCB | 99, 30 99 |

**INSPECTION CODES**
1 = COMPLIANT
11 = CORRECTED DURING INSPECTION
20 = NOT COMPLIANT
21 = PARTIALLY COMPLIANT
30 = UNSANITARY - BIOHAZARD
31 = UNSANITARY - OTHER
90 = OTHER

| INSPECTION CODES | | | | VEHICLE CONSTRUCTION & MAINTENANCE | INSPECTION CODES | VEHICLE COMMENTS |
|---|---|---|---|---|---|---|
| V52 | | 1 | | BACKUP LIGHTS - 3.8 | | |
| V53 | | 1 | | TURN SIGNALS - 3.8 | | |
| V54 | | 1 | | SIDEMARKER LIGHTS FLASH W /TURN SIGNALS) - 3.8 | | |
| V55 | | 1 | | LICENSE PLATE LAMP (S) - 3.8 | | |
| V56 | | 1 | | HAZARD WARNING LIGHTS - 3.8 | | |
| V57 | | 1 | | CLEARANCE LAMPS (OPTIONAL) - 3.8 | | |
| V58 | | 1 | | EMERGENCY LIGHTING - 3.8.2 | | |
| V59 | | 1 | | FLOOD & LOAD LIGHTS - 3.8 | | |
| V60 | | 1 | | VEHICLE PERFORMANCE - 3.4 | | |
| V61 | | 1 | | MANUALS, & HANDBOOK OF INSTRUCTION - 3.2 | | |
| V62 | K | 21 | | WORKMANSHIP - 3.23  tray has edge that will catch @ corner near jump seat | | |
| | | | | **VEHICLE EQUIPMENT** | | |
| E01 | | 1 | | EQUIPMENT TO GAIN ACCESS | | |
| E03 | | 1 | | MAPS | | |
| E04 | | 1 | | FIRE EXTINGUISHERS, 1 IN PT. COMPT. | | |
| E05 | | 1 | | (2) SIX VOLT HANDLIGHTS | | |
| E06 | | 1 | | 1 CHOCK BLOCK | | |
| E07 | | 1 | | (6) 30 MIN. ROAD FLARES OR (6) DOT REFLECTORS | | |
| E08 | | 1 | | HAZARDOUS MATERIAL GUIDEBOOKS | | |
| E09 | | 1 | | BINOCULARS | | |
| E10 | | 1 | | TRIAGE TAGS | | |
| E11 | | 1 | | PROTECTIVE EQUIPMENT (anticipated exposures) (x2) | | |
| R01 | | 1 | | TWO WAY RADIO DISPATCH | | |
| R02 | | 1 | | TWO WAY RADIO HOSPITAL | | |
| R03 | | 1 | | PORTABLE HOSPITAL RADIO (ALS) | | |



MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH
# OFFICE OF EMERGENCY MEDICAL SERVICES
AMBULANCE INSPECTION REPORT FORM - ADVANCED LIFE SUPPORT

OEMS FORM 500-23 (5/91)    A

UNIT ID NO          PAGE _ OF _ 4

| SERVICE NUMBER | SERVICE NAME | AMBULANCE CERT | LICENSE PLATE NO | UNIT ID NO | INSPECTOR | DATE |
|---|---|---|---|---|---|---|
| 3928 | Sherborn Fire Dept | Fire 5253 | A1 | P43 | 09 30 97 |

INSPECTION CODES
1 = COMPLIANT
11 = CORRECTED DURING INSPECTION
20 = NOT COMPLIANT
21 = PARTIALLY COMPLIANT
30 = UNSANITARY - BIOHAZARD
31 = UNSANITARY - OTHER
90 = OTHER

| INSPECTION CODES | INTERMEDIATE & PARAMEDIC SUPPLIES | INSPECTION CODES | PARAMEDIC SUPPLIES |
|---|---|---|---|
| E 01B / | PORTABLE MEDICAL RADIO | P 01 | DEFIBRILLATOR / CARDIAC MONITOR |
| A 01 / | IV THERAPY EQUIPMENT | P 02 | DEFIBRILLATOR ACCESSORIES |
| A 02 / | CATHETERS, SIZES 14G - 25G | P 03 | AMINOPHYLLINE: 2 AMP @ 10 OR 20ml |
| A 03 / | ADMINISTRATION SETS, MACRO / MICRO | P 04 | ARAMINE: 2 VIALS @ 10ml |
| A 04 / | VENOUS TOURNIQUETS | P 05 | ATROPINE SULFATE: 4 mg |
| A 05 / | PADDED ARM BOARDS | P 06 | BRETYLIUM TOSALATE: 50 mg/ml: 4 Amp @ 10ml |
| A 06 / | 1" ADHESIVE TAPE OR EQUAL | P 07 | CALCIUM CHLORIDE: 2gm |
| A 07 / | ALCOHOL PREPS / ANTISEPTIC SWABS | P 08 | DECADRON / HEXADOL: 20mg |
| A 08 / | FLUIDS IN UNBREAKABLE CONTAINERS | P 09 | D5W: 4 BAGS ANY SIZE |
| A 09 / | D5W / LACTATED RINGERS / NS 9% | P 10 | D50W: 4 VIALS |
| A 10 / | NEEDLES, 18G - 21G, 1/2" - 2" | P 11 | DIAZEPAM / VALIUM: PER PROTOCOL |
| A 11 / | SYRINGES, 30cc & 50cc | P 12 | BENADRYL: 200mg |
| A 12 / | VACUTAINER TUBES & NEEDLE SETS | P 13 | DOBUTAMINE: 2 VIALS @ 20ml |
| A 13 / | BLOOD LABELS | P 14 | EPINEPHRINE 1:1000: 2 AMPS |
| A 14 / | EOA / EGTA / ET | P 15 | EPINEPHRINE 1:10,000: 4 PREFILLED SYRINGES |
| A 15 / | 30cc SYRINGE (EOA / EGTA) | P 16 | LASIX: 200mg |
| A 16 / | HEMOSTAT (EOA / EGTA) | P 17 | DOPAMINE: 800mg |
| A 17 / | WATER SOLUBLE LUBRICANT (EOA / EGTA) | P 18 | ISUPREL: 4 VIALS |
| A 18 / | TRACH. TAPE OR EQUAL FOR 2 PATIENTS | P 19 | LACTATED RINGERS: 4 BAGS @ 1000ml |
| A 19 / | LARYNGOSCOPE HANDLES(S) W/BATTERIES | P 20 | LEVOPHED: 4 AMPS |
| A 20 X 2/ | ET TUBES, SIZES 6.0 - 9.0mm  @ Some tube sizes | P 21 | LIDOCAINE HCL: 2 VIALS @ 2gm, 4 pf SYRINGES @ 100mg |
| A 21 / | MAGIL FORCEPS | P 22 | MANNITOL: PER PROTOCOL |
| A 22 / | STRAIGHT AND CURVED BLADES | P 23 | DEMEROL: PER PROTOCOL (SCH II) |
| A 23 / | SPARE BATTERIES & BULB | P 24 | MORPHINE SULFATE: PER PROTOCOL (SCH II) |
| A 24 / | STYLETTE, COPPER OR FLEXIBLE | P 25 | NARCAN: 4 AMP @ 1ml |
| A 25 X ?/ | PEDI LARYNGOSCOPE (OPTION I-LEVEL)  @ Some tube sizes | P 26 | NITROGLYCERINE: BOTTLE OR 6 UNIT DOSE TABS |
| A 26 / | PEDI TUBES, SIZES 2.0 - 6.0mm | P 27 | NORMAL SALINE: 4 BAGS, ANY SIZE (250, 500, 1,000 ml) |
| A 27 / | STRAIGHT & CURVED CHILD BLADE | P 28 | OXYTOCIN / PITOCIN: 40 UNITS |
| A 28 / | STRAIGHT & CURVED INFANT BLADE | P 29 | PROCAINAMIDE: 500mg |
| A 29 / | PNEUMATIC ANTI-SHOCK GARMENT | P 30 | INDERAL: 5 AMPS @ 1ml |
| A 30 / | PEDI PASG (OPTIONAL) | P 31 | SODIUM BICARBONATE: 8 PF SYRINGES @ 50ml |
| | | P 32 | THIAMINE: 200mg |
| | | P 33 | VERAPAMIL: 4 AMPS @ 2ml |
| | | P 34 | ADDITIONAL MEDICATIONS PER REGIONAL PROTOCAL |

SERVICE - ORIGINAL



**Massachusetts Department of Public Health**
## Office of Emergency Medical Services
### Ambulance Regulation Program
# PLAN OF CORRECTION



| Service Number | License Expiration Date | Insp. | RESPONSE DUE BY: |
|---|---|---|---|
| 3 9 1 2 8 | 9/30/97 | PB | Oct 14 |

Service Name: Sherborn Fire Department

### VEHICLE INFORMATION (If Applicable)

License Plate Number: FIRE 5253    Is this vehicle a(n) ___ Addition  [X] Replacement ___ Renewal
Ambulance Class: I    Vehicle Unit Id: A1

Vehicle Identification Number: 1 F D L E 4 0 F X V H A 7 5 1 7 3

| Page | Citation | Providers Plan of Correction (provide details of corrective action that satifies reported deficiencies) (for page and citation number refer to inspection report form) | Completion Date |
|---|---|---|---|
| 2 | V 05 | *Greenwood is scheduling A1 for repairs for ≈ 2 weeks. They have a team working repairing the interior lamenant problem, not sure when they will reach us, but gaurenteed before years end. | 12/31/97 |
| 2 | V 06 | | |
| 2 | V 07 | Secured action area. also reduced equipment & supplies located there | 10/1/97 |
| 2 | V 08 | * and at that time they will correct these citations also. | 12/31/97 |
| 2 | V 26 | | |
| 2 | V 35 | | |
| 2 | V 42 | | |
| 2 | V 46 | | |
| 3 | V 62 | | |
| 4 | A 20 | added small (more) ET. Tubes | 10/1/97 |
| 4 | A 25 | added more tube sizes | 10/1/97 |

| Licensee representative's signature | Title | Date |
|---|---|---|
| Pamela Druse | LT. | 10/14/97 |

**Send P.O.C. to:** Dept. Public Health - O.E.M.S. Ambulance Regulation Program
470 Atlantic Ave. - 2nd Floor, Boston, MA 02210-2208

OEMS Form 500-63 (8/96)

ATTN:  John  - 508-695-9047

John,
Attached is  a listing of items that were noted by our state inspector.  Please review and call me at your conveince to schedule a time for our ambulance to be serviced.  We also still need the inside work to the molding fixed.

My home number is 508-653-1215

1).  On the installed O2 tank there needs to be a sticker that stated the system was checked and passed.

2).  The suction switch on the control panel needs to be a different color than the other options.  Suggested changing all colors to green except the suction.

3).  On the CPR seat he requested more padding for the back of the head protection. Sides were fine.

4).  The spot chains need a minimum clearance of 6 inches, ours were 5 inches.

5).  There were some loose wires in the electrical compartment, not sure if you can help with this or if we need to contact our radio people.

6).  There needs to be a sticker near the emergency brake marked for operation.

7).  The spotlight needs to be secured.  The current method is not working, does not stay secured.

8).  The action tray has an edge to it that needs to be rounded off, or a piece needs to go around the corner so nothing gets caught on it.

Thank you!
Pam Dowse
Sherborn Fire Department

MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH
**OFFICE OF EMERGENCY MEDICAL SERVICES**
AMBULANCE INSPECTION REPORT FORM - BLS, SUPPLIES & VEHICLE EQUIPMENT

OEMS FORM 500-22 (8/96)   **M**

UNIT ID NO: 19-7   PAGE 1 OF 5

SERVICE NUMBER: 3928   SERVICE NAME: Sherborn Fire Dept   AMB. CERT#: 639F   EXP: C/9/97   CLASS: I   VEH TYPE: TH   LEVEL: BLS   DATE: 02,10,97

VEHICLE IDENTIFICATION NUMBER: 1FDKE30L6GHA78554   LICENSE PLATE NO: Fire S253   INSPECTED BY: MB   INSPECTION TYPE: Pre-Inspect / Replace / Addition / Interim / Remount / Renew

LOCATION    CHASSIS/DATE: Ford    BODY/DATE: W/C 2/96    MILEAGE: 25,4,8,8

CREW NAME 1    EMT NUMBER    EMT EXP    ACLS EXP    CPR EXP    DR. LIC.
CREW NAME 2    EMT NUMBER    EMT EXP    ACLS EXP    CPR EXP    DR. LIC.

INSPECTION CODES: 1 = COMPLIANT / 11= CORRECTED DURING INSP. / 20= NOT COMPLIANT / 21= PARTIALLY COMPLIANT / 30= UNSANITARY - BIOHAZARD / 31= UNSANITARY -OTHER / 90= OTHER

| Code | Item (BLS SUPPLIES) | Insp | Code | Item (BLS SUPPLIES) | Insp |
|---|---|---|---|---|---|
| M01 | 1 AMBULANCE COT / Arm Strap Greasy | Y 31 | M23 | (2) IRRIGATION FLUID | 1 |
| M02A | 1 ADULT BAG MASK VENTILATOR | 1 | M24 | 1 ROLL STERILE ALUMINUM FOIL | 1 |
| M02B | 1 PEDI BAG MASK VENTILATOR | 1 | M25 | 1 ROLL POLYETHYLENE FILM | |
| M03A | 1 PORTABLE O2 RESUSC. W/ ACCESSORIES | | M26 | 1 ADULT BEDPAN | |
| M03B | INSTALLED O2 SYSTEM SUPPLIES | 1 | M27 | MOTION SICKNESS BAGS (2) | |
| M04 | 1 PORTABLE SUCTION UNIT | 1 | M28 | 2 PILLOWS W/WATERPROOF COVERS | |
| M05 | #1 FIRST AID KIT / Penlight & Wording | 21 11 | M29 | 8 SHEETS | 1 |
| M05A | #2 FIRST AID KIT | | M30 | 4 BLANKETS | |
| M06 | TRACTION SPLINTS (Adult, Child)W/ACCESSORIES | 1 | M31 | 4 TOWELS | |
| M07 | PADDED BOARD SPLINTS (2 @ 2 SIZES) | | M32 | 2 BOXES DISPOSABLE PAPER TISSUES | |
| M08 | 1 FULL SPINE BOARD W/ACCESSORIES | 1 | M33 | 2 PACKAGES OF DISPOSABLE DRINKING CUPS | |
| M08A | 1 HALF SPINE BOARD W/ACCESSORIES | 1 | M34 | 4 COLD PACKS | |
| M09 | STAIR CHAIR | 1 | M35 | INFECTION CONTROL KIT (2 EMT'S) | 1 |
| M10 | AUXILIARY STRETCHER | 1 | M36 | IMMOBILIZATION BAGS (2) 6"x9" | |
| M11 | TRANSFER SHEET | 1 | M37 | 1 RING CUTTER | 1 |
| M12 | WRAPPED OROPHARYNGEAL, NASAL AIRWAYS | 1 | M38 | 1 CHILD SIZE SPHYGMOMANOMETER / & Calibrated infant | X 21 |
| M13 | (24) STERILE GAUZE PADS 4"x4" | 1 | M39 | 1 LARGE SPHYGMOMANOMETER (Large adult or Thigh cuff) | 1 |
| M14 | 12 STERILE DRESSINGS 5"x9" or SANITARY NAPKINS | 1 | M40 | (2) PLASTIC BAGS WITH TIES | 1 |
| M15 | (6) STERILE UNIVERSAL DRESSINGS 10"x30" | 1 | M41 | CONTAMINATED TRASH CONTAINER W/ BIO-HAZARD BAGS & TIES | 1 |
| M16 | (12) ROLLER BANDAGE 3" or 4" | 1 | M42 | SHARPS CONTAINER | 1 |
| M17 | (12) TRIANGULAR BANDAGES | 1 | M43 | (2) EYE SHIELDS/FACE MASK | 1 |
| M18 | ADHESIVE TAPE (1", 2" @ 2 ea) | 1 | M44 | GLOVES | |
| M19 | 1 BANDAGE SHEARS | 1 | M45 | HAND CLEANER | 1 |
| M20 | (2) BURN SHEETS | 1 | | **OTHER SUPPLIES** | |
| M21 | OBSTERTRICAL KIT | 1 | Z01 | PASG | 1 |
| M22 | POISON ANTIDOTE KIT | 1 | Z02 | SEMI-AUTOMATIC DEFIBRILATOR | 1 |
| | | | Z03 | AUTO-INJECTORABLE EPINEPHRINE | 1 |

I, the undersigned representative of the above service, acknowledge receipt of a copy of this inspection form, applicable supplemental forms and corrective action statements

SIGNATURE OF INSPECTOR    DATE 2/10/97    SIGNATURE OF PERSON IN CHARGE OF SERVICE    DATE 2/10/97    PLAN OF CORRECTION DUE 2/24/97



MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH
**OFFICE OF EMERGENCY MEDICAL SERVICES**
AMBULANCE INSPECTION REPORT FORM - VEHICLE

OEMS FORM 500-21 (8/96)   **V-1**

UNIT ID NO. _H-1_   PAGE _2 OF 5_

SERVICE NUMBER _3928_   SERVICE NAME _Sherborn Fire Dept_   AMBULANCE CERT _6875_   EXP _2/9/17_   LICENSE PLATE NO. _Fire S253_   INSPECTOR _RGB_   DATE _02,18,97_

SECTION CODES    1 = COMPLIANT    20 = NOT COMPLIANT    30 = UNSANITARY - BIOHAZARD    90 = OTHER
11 = CORRECTED DURING INSPECTION    21 = PARTIALLY COMPLIANT    31 = UNSANITARY - OTHER

| Code | INSPECTION CODES | VEHICLE CONSTRUCTION & MAINTENANCE | Code | INSPECTION CODES | VEHICLE CONSTRUCTION & MAINTENANCE |
|---|---|---|---|---|---|
| V01 | 1 | STAR OF LIFE CERTIFICATE - 3.19 | V22 | 1 | WHEELS / TIRES - 3.6 |
| V02 | 1 | PAYLOAD ALLOWANCE - 3.5.2 | V23 | 1 | CHASSIS - FRAME / BODY MOUNTING - 3.10.7 |
| V03 | 1 | ELECTRICAL LOAD TEST - 3.7.6 | V24 | 1 | UNDERCOATING / RUSTPROOFING - 3.17 |
| | | | V25 | — | FOUR WHEEL DRIVE COMPONENTS - 3.16 |
| V04 | 1 | GROSS VEHICLE WEIGHT RATING - 3.5.3 | V26 | 1 | SUPENSION - 3.6.5.10 |
| V05 | 21  11   _Slow Ramp_ | INSTALLED O2 SYSTEM - 3.12.1 | V27 | 1 | STEERING - 3.6.6 |
| | | | V28 | | BRAKE SYSTEM - 3.6.5.7 |
| V06 | 1 | INSTALLED SUCTION SYSTEM - 3.12.3 | V29 | 1 | EXHAUST SYSTEM - 3.6.4.6 |
| | | | V30 | 1 | POWER UNIT - 3.6.3 |
| V07 | 1 | LOCATION OF MEDICAL EQUIPMENT & SUPPLIES - 3.11.1 | | | |
| | | | V31 | 1 | AIR POLLUTION CONTROL - 3.6.4.3 |
| V08 | 1 | SQUAD BENCH, SEATS, & BACKRESTS - 3.10, 3.11 | V32 | 1 | FUEL SYSTEM - 3.6.4.4 |
| | | | V33 | | COOLING SYSTEM - 3.6.4.5 |
| V09 | X  21   _Hook in Place & identified_ | LITTER FASTENERS & ANCHORAGES - 3.11.7 | V34 | 1 | AUTOMATIC TRANSMISSION - 3.6.5.2 |
| V10 | 1 | INTERIOR STORAGE ACCOMMODATIONS - 3.11 | | | |
| | | | V35 | 1 | ELECTRICAL SYSTEM - 3.7.1 |
| V11 | 1 | INTERIOR SURFACES - 3.10.17 | V36 | 1 | BATTERY SYSTEM - 3.7.7 |
| | | | V37 | | DRIVERS COMPARTMENT / CONTROLS - 3.9 |
| | | | V38 | 1 | MARKING OF SWITCHES, INDICATORS, CONTROL DEVICES - 3.7.11 |
| V12 | 1 | PT. COMPARTMENT CONTROLS/ILLUMINATION - 3.8 | | | |
| V13 | 1 | NO SMOKING/SEAT BELT SIGNS - 3.15.2 | V39 | 1 | ENVIRONMENTAL CONTROLS - 3.13 |
| V14 | 1 | ENVIRONMENTAL SYSTEMS/CONTROLS - 3.13 | V40 | 1 | WARNING INDICATORS - 3.7.1.1 |
| V15 | 1 | DOORS/WINDOWS - 3.10 | V41 | 1 | BACKUP ALARM - 3.15.2 |
| | | | V42 | 1 | HIGH - IDLE SPEED CONTROL - 3.7.6.1 |
| | | | V43 | | WINDSHIELD WIPERS / WASHERS - 3.7.4 |
| V16 | 1 | BUMPERS & STEPS - 3.9.6 | V44 | 1 | VALID RMV INSPECTION |
| V17 | 1 | AMBULANCE BODY STRUCTURE - 3.10 | V45 | 1 | HORN - 3.7.5 |
| | | | V46 | 1 | SPOLIGHT - 3.8 |
| | | | V47 | | OUTSIDE REARVIEW MIRRORS - 3.9.5 |
| V18 | 1 | VEHICLE DIMENSIONS - 3.4.11 | V48 | 1 | SIREN / PUBLIC ADDRESS SYSTEM 3.14 |
| V19 | 1 | EXTERIOR STORAGE ACCOMMODATIONS - 3.11.2 | V49 | 1 | HEADLIGHTS - 3.8 |
| | | | V50 | 1 | PARKING LIGHTS - 3.8 |
| V20 | X  21   _Some Rust around doors_ | COLOR, PAINT & FINISH - 3.16.2 | V51 | 1 | BRAKE LIGHTS - 3.8 |
| V21 | 1 | EMBLEMS & MARKINGS - 3.16 | | | |



MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH
**OFFICE OF EMERGENCY MEDICAL SERVICES**
AMBULANCE INSPECTION REPORT FORM - VEHICLE

OEMS FORM 500-21 (8/96)

**V-2**

| UNIT ID NO. | PAGE |
|---|---|
| A-1 | 3 OF 5 |

| SERVICE NUMBER | SERVICE NAME | AMBULANCE CERT | EXP | LICENSE PLATE NO | INSPECTOR | DATE |
|---|---|---|---|---|---|---|
| 3728 | Sherborn Fire Dept | 68-75 | 2/9/9 | Fire 5253 | PB | 9.21.9 |

INSPECTION CODES    1 = COMPLIANT    20 = NOT COMPLIANT    30 = UNSANITARY - BIOHAZARD    90 = OTHER
11 = CORRECTED DURING INSPECTION    21 = PARTIALLY COMPLIANT    31 = UNSANITARY - OTHER

| | INSPECTION CODES | | | VEHICLE CONSTRUCTION & MAINTENANCE | | INSPECTION CODES | | | VEHICLE COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| V52 | / | | | BACKUP LIGHTS - 3.8 | | | | | |
| V53 | / | | | TURN SIGNALS - 3.8 | | | | | |
| V54 | / | | | SIDEMARKER LIGHTS FLASH W /TURN SIGNALS) - 3.8 | | | | | |
| V55 | / | | | LICENSE PLATE LAMP (S) - 3.8 | | | | | |
| V56 | / | | | HAZARD WARNING LIGHTS - 3.8 | | | | | |
| V57 | / | | | CLEARANCE LAMPS (OPTIONAL) - 3.8 | | | | | |
| V58 | / | | | EMERGENCY LIGHTING - 3.8.2 | | | | | |
| V59 | / | | | FLOOD & LOAD LIGHTS - 3.8 | | | | | |
| V60 | / | | | VEHICLE PERFORMANCE - 3.4 | | | | | |
| V61 | | | | MANUALS, & HANDBOOK OF INSTRUCTION - 3.2 | | | | | |
| V62 | / | | | WORKMANSHIP - 3.23 | | | | | |
| | | | | **VEHICLE EQUIPMENT** | | | | | |
| E01 | / | | | EQUIPMENT TO GAIN ACCESS | | | | | |
| E03 | / | | | MAPS | | | | | |
| E04 | / | | | FIRE EXTINGUISHERS, 1 IN PT. COMPT. | | | | | |
| E05 | / | | | (2) SIX VOLT HANDLIGHTS | | | | | |
| E06 | / | | | 1 CHOCK BLOCK | | | | | |
| E07 | | | | (6) 30 MIN. ROAD FLARES OR (6) DOT REFLECTORS | | | | | |
| E08 | / | | | HAZARDOUS MATERIAL GUIDEBOOKS | | | | | |
| E09 | / | | | BINOCULARS | | | | | |
| E10 | / | | | TRIAGE TAGS | | | | | |
| E11 | \ | | | PROTECTIVE EQUIPMENT (anticipated exposures) (x2) | | | | | |
| R01 | / | | | TWO WAY RADIO DISPATCH | | | | | |
| R02 | / | | | TWO WAY RADIO HOSPITAL | | | | | |
| R03 | / | | | PORTABLE HOSPITAL RADIO (ALS) | | | | | |



MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH
## OFFICE OF EMERGENCY MEDICAL SERVICES
AMBULANCE INSPECTION REPORT FORM - ADVANCED LIFE SUPPORT

OEMS FORM 500-23 (5/91)

UNIT ID NO | PAGE OF
| 4  5

| SERVICE NUMBER | SERVICE NAME | AMBULANCE CERT | LICENSE PLATE NO | UNIT ID NO | INSPECTOR | DATE |
|---|---|---|---|---|---|---|
| 3928 | Sherborn Fire Dept | 6876 | Fire 5253 | A-1 | Pute | 02 1 0 9 6 |

'SPECTION CODES
1 = COMPLIANT
11 = CORRECTED DURING INSPECTION
20 = NOT COMPLIANT
21 = PARTIALLY COMPLIANT
30 = UNSANITARY - BIOHAZARD
31 = UNSANITARY -OTHER
90 = OTHER

| INSPECTION CODES | | INTERMEDIATE & PARAMEDIC SUPPLIES | INSPECTION CODES | | PARAMEDIC SUPPLIES |
|---|---|---|---|---|---|
| E 01B | / | PORTABLE MEDICAL RADIO | P 01 | | DEFIBRILATOR / CARDIAC MONITOR |
| | | | P 02 | | DEFIBRILATOR ACCESSORIES |
| A 01 | / | IV THERAPY EQUIPMENT | P 03 | | AMINOPHYLLINE: 2 AMP @ 10 OR 20ml |
| A 02 | / | CATHETERS, SIZES 14G - 25G | P 04 | | ARAMINE: 2 VIALS @ 10ml |
| A 03 | / | ADMINISTRATION SETS, MACRO / MICRO | P 05 | | ATROPINE SULFATE: 4 mg |
| A 04 | / | VENOUS TOURNIQUETS | P 06 | | BRETYLIUM TOSALATE: 50 mg/ml; 4 Amp @ 10ml |
| A 05 | / | PADDED ARM BOARDS | P 07 | | CALCIUM CHLORIDE: 2gm |
| A 06 | / | 1" ADHESIVE TAPE OR EQUAL | P 08 | | DECADRON / HEXADOL: 20mg |
| A 07 | / | ALCOHOL PREPS / ANTISEPTIC SWABS | P 09 | | D5W: 4 BAGS ANY SIZE |
| A 08 | / | FLUIDS IN UNBREAKABLE CONTAINERS | P 10 | | D50W: 4 VIALS |
| A 09 | / | D5W / LACTATED RINGERS / NS 9% | P 11 | | DIAZEPAM / VALIUM: PER PROTOCOL |
| A 10 | / | NEEDLES, 18G - 21G, 1/2" - 2" | P 12 | | BENADRYL: 200mg |
| A 11 | / | SYRINGES, 30cc & 50cc | P 13 | | DOBUTAMINE: 2 VIALS @ 20ml |
| A 12 | X 21 | VACUTAINER TUBES & NEEDLE SETS | P 14 | | EPINEPHRINE 1:1000: 2 AMPS |
| A 13 | X 20 | BLOOD LABELS | P 15 | | EPINEPHRINE 1:10,000: 4 PREFILLED SYRINGES |
| 14 | / | EOA / EGTA KIT | P 16 | | LASIX: 200mg |
| A 15 | / | 30cc SYRINGE (EOA / EGTA) | P 17 | | DOPAMINE: 800mg |
| A 16 | / | HEMOSTAT (EOA / EGTA) | P 18 | | ISUPREL: 4 VIALS |
| A 17 | / | WATER SOLUBLE LUBRICANT (EOA / EGTA) | P 19 | | LACTATED RINGERS: 4 BAGS @ 1000ml |
| A 18 | / | TRACH. TAPE OR EQUAL FOR 2 PATIENTS | P 20 | | LEVOPHED: 4 AMPS |
| A 19 | / | LARYNGOSCOPE HANDLES(S) W/BATTERIES | P 21 | | LIDOCAINE HCL: 2 VIALS @ 2gm; 4 pf SYRINGES @ 100mg |
| A 20 | / | ET TUBES, SIZES 6.0 - 9.0mm | P 22 | | MANNITOL: PER PROTOCOL |
| A 21 | / | MAGIL FORCEPS | P 23 | | DEMEROL: PER PROTOCOL (SCH II) |
| A 22 | / | STRAIGHT AND CURVED BLADES | P 24 | | MORPHINE SULFATE: PER PROTOCOL (SCH II) |
| A 23 | / | SPARE BATTERIES & BULB | P 25 | | NARCAN: 4 AMP @ 1ml |
| A 24 | / | STYLETTE, COPPER OR FLEXIBLE | P 26 | | NITROGLYCERINE: BOTTLE OR 6 UNIT DOSE TABS |
| A 25 | ✓ | PEDI LARYNGOSCOPE (OPTION I-LEVEL) | P 27 | | NORMAL SALINE: 4 BAGS, ANY SIZE (250, 500, 1,000 ml) |
| A 26 | / | PEDI TUBES, SIZES 2.0 - 6.0mm | P 28 | | OXYTOCIN / PITOCIN: 40 UNITS |
| A 27 | / | STRAIGHT & CURVED CHILD BLADE | P 29 | | PROCAINAMIDE: 500mg |
| A 28 | / | STRAIGHT & CURVED INFANT BLADE | P 30 | | INDERAL: 5 AMPS @ 1ml |
| A 29 | / | PNEUMATIC ANTI-SHOCK GARMENT | P 31 | | SODIUM BICARBONATE: 8 PF SYRINGES @ 50ml |
| A 30 | / | PEDI PASG (OPTIONAL) | P 32 | | THIAMINE: 200mg |
| | | | P 33 | | VERAPAMIL: 4 AMPS @ 2ml |
| | | | P 34 | | ADDITIONAL MEDICATIONS PER REGIONAL PROTOCAL |

8 Vac. tubes

MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH
**OFFICE OF EMERGENCY MEDICAL SERVICES**
AMBULANCE INSPECTION REPORT FORM - SERVICE

OEMS FORM 500-24 (8/96)   **S**

PAGE 5 of 5

| SERVICE NUMBER | SERVICE NAME | LICENSEE | DATE |
|---|---|---|---|
| 3928 | Sherborn Fire Dept | Sherborn Fire | 02, 1,0,9,7 |

ADDRESS: 2 North Main St   BUSINESS PHONE: 508-651-7865   INSPECTOR: VB

CITY/STATE/ZIP: Sherborn MA 01770   MANAGER NAME: Kendall Buckler Dep Chief

OFFICE USE ONLY: John Douse Capt.

INSPECTION CODES   1 – COMPLIANT   20 – NOT COMPLIANT   30 – UNSANITARY - BIOHAZARD   90 – OTHER
11 – CORRECTED DURING INSPECTION   21 – PARTIALLY COMPLIANT   31 – UNSANITARY - OTHER

| | INSPECTION CODES | SERVICE OPERATIONS 170.200 ET SEQ | | INSPECTION CODES | WRITTEN POLICIES & PROCEDURES 170.235 |
|---|---|---|---|---|---|
| S 01 | 1 | LICENSURE | S 27 | 1 | CERTIFICATION & RECERT OF PERSONNEL |
| S 02 | 1 | CERTIFICATION OF VEHICLES & PERSONNEL | S 28 | 1 | RESPONSIBILITY TO RESPOND, TREAT & TRANSPORT |
| S 03 | 1 | STAFFING 3 | S 29 | 1 | DELIVERY OF PT. TO NEAREST APP. FACILITY |
| S 04 | 1 | INSURANCE | S 30 | 1 | NON-DISCRIMINATION |
| S 05 | 1 | ADVERTISING | S 31 | NA | BACKUP SERVICES |
| S 06 | 1 | INCIDENT OR ACCIDENT REPORTS | S 32 | NA | USE OF BACKUP SERVICES |
| S 07 | 1 | DISPLAY OF LICENSE | S 33 | | DISPATCH |
| S 08 | 1 | RESPONSIBILITY TO DISPATCH, TREAT & TRANSPORT | S 34 | 1 | COMMUNICATIONS |
| S 09 | 1 | PUBLIC ACCESS E911 @ P.P. | S 35 | 1 | STOCKING SUPPLIES |
| S 10 | 1 | DISPATCH COMMUNICATIONS | S 36 | X 20 | SANITARY PRACTICES & Written |
| S 11 | 1 | MEDICAL COMMUNICATIONS | S 37 | 1 | USE OF LIGHTS & WARNING SIGNALS |
| S 12 | 1 | AVAILABILITY & BACKUP | S 38 | NA20 | STAFFING OF AMBULANCES & Written |
| S 13 | — | SPECIAL REQUIREMENTS TO OPERATE CLASS V | S 39 | 1 | CONDUCT OF PERSONNEL |
| 14 | 1 | HEATED GARAGE | S 40 | 1 | MECHANICAL FAILURES |
| S 15 | 1 | STORAGE SPACE | S 41 | X 20 | INSPECTION AUTHORITIES & Written |
| S 16 | X 21 | SUPPLIES & Eye Protection @ O2 fill site | S 42 | 1 | TRANSPORT OF DEAD BODIES |
| S 17 | 1 | NON-DISCRIMINATION | S 43 | 1 | PARENT RIGHTS |
| S 18 | X 21 | AFFIRMATION AGREEMENT update classB Epi pens & - old ALS agreement | S 44 | 1 | PATIENT RESTRAINTS |
| S 19 | X 20 | ANS. PROCEDURES & POLICIES & Written or found during Inspection/fact | S 45 | 1 | DISPOSAL OF HAZARDOUS WASTE |
| S 20 | 1 | REGISTRATION W/ DIV, OF FOOD & DRUGS - 170.995 MA 0176236 10/31/97 | S 46 | 1 | MANDATED REPORTING |
| | | | S 47 | | INFECTION CONTROL PROCEDURES |
| | | | S 48 | | DESIGNATED INFECTION CONTROL OFFICER |
| | | **RECORDS 170.240** | S 49 | 1 | TRIP RECORDS LEFT @ RECIEVING FACILITIES |
| S 21 | X 21 | PERSONNEL Some Outdated CPR Verification | S 50 | | INFECTION CONTROL PROCEDURES |
| S 22 | X 21 | PREVENTIVE MAINTENANCE & documented - Epi pens & Added to list | S 51 | X 20 | MAINTENANCE OF DEFIBRILLATOR & Written |
| S 23 | 1 | VEHICLE REGISTRATION | S 52 | X 20 | CONTROL & INSPECTION OF EPI-PENS & Written |
| S 24 | — | FAA CERTIFICATION (CLASS IV) | | | two |
| S 25 | — | LICENSES FOR PILOTS (CLASS IV) | | | Manuals conflicting & linked |
| S 26 | 1 | FCC LICENSES | S54 | X 21 | together - Used for techs |
| S 27 | X 21 | TRIP RECORDS Lacking Resp. on many trip Forms | | | find items |
| S 28 | 1 | TRIP RECORDS LEFT @ RECIEVING FACILITY | | | Recommend TB testing |




**Massachusetts Department of Public Health**
# Office of Emergency Medical Services
## Ambulance Regulation Program
# PLAN OF CORRECTION

| Service Number | License Expiration Date | Insp. | RESPONSE DUE BY: |
|---|---|---|---|
| 3 9 2 8 | 2/9/97 | P. B. | 2/24/97 |

Service Name  Sherborn Fire Department

### VEHICLE INFORMATION (If Applicable)

Is this vehicle a(n) ____ Addition ____ Replacement X Renewal

License Plate Number FIRE 5253    Ambulance Class I    Vehicle Unit Id A-1

Vehicle Identification Number  | 1 | F | D | K | E | 3 | 0 | L | 6 | G | H | A | 7 | 8 | 5 | 5 | 4 |

| Page | Citation | Providers Plan of Correction (provide details of corrective action that satifies reported deficiencies) (for page and citation number refer to inspection report form) | Completion Date |
|---|---|---|---|
| 1 | M01 | 3rd strap cleaned | 2/11/97 |
| 1 | M38 | Child size (infant) sphygmomanometer calibrated | 2/14/97 |
| 2 | V09 | removed hook | 2/23/97 |
| 2 | V20 | Replacing Ambulance ≈ 4/97 | ≈ 4/97 |
| 4 | A12 | Tubes placed in Ambulance | 2/17/97 |
| 4 | A13 | Labels on the tubes | 2/17/97 |
| 5 | S16 | Eye protection placed at filling site | 2/23/97 |
| 5 | S18 |  |  |
| 5 | S19 |  |  |
| 5 | S36 | } All paperwork added & updated | 4/1/97 |
| 5 | S41 |  |  |
| 5 | S51 |  |  |
| 5 | S52 |  |  |
| 5 | S54 |  |  |

Licensee representative's signature _____    Title  Captain    Date 2/23/24

Page V of 1    Send P.O.C. to: Dept. Public Health - O.E.M.S. Ambulance Regulation Program
470 Atlantic Ave. - 2nd Floor, Boston, MA 02210-2208    OEMS Form 500-63 (8/96)

# MOTION FOR SUMMARY JUDGMENT
# EXHIBIT 13
## Fire Chief Neil McPherson's Deposition

Neil McPherson                                        09/19/2006

Volume:    I

Pages:    1-33

Exhibits:  1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

NO. 05-11454 RGS

- - - - - - - - - - - - - - - - - - - - - - x

Joseph H. Koran, and Kimberly Koran, individually

and on behalf of Ana Koran, Joseph Koran, Jr., and

Erik Koran, minors,,

          Plaintiffs,

     v.

Elizabeth Weaver and Town of Sherborn,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - x


          DEPOSITION OF NEIL McPHERSON

          Tuesday, September 19, 2006

               2:40 p.m.

          SHERBORN Fire Department

          22 North Main Street

          Sherborn, Massachusetts


Reporter:  Lori-Ann London, RPR

77085aee-fc3f-4f05-a6aa-a7441dbdf693

Neil McPherson                                    09/19/2006

Page 2

1   A P P E A R A N C E S :
2
3       By Carmen L. Durso, Esquire and
4       Matthew P. Coletti, Esquire
5       LAW OFFICE OF CARMEN L. DURSO
6       175 Federal Street
7       Boston, Massachusetts 02110
8       617.728.9123
9       Appearing for the Plaintiffs
10
11      By Michael D. Leedberg, Esquire
12      PIERCE, DAVIS & PERRITANO, LLP
13      Ten Winthrop Square
14      Boston, Massachusetts 02110-1257
15      617.350.0950
16      Appearing for the Defendants
17
18
19
20
21
22
23
24

Page 3

1               I N D E X
2
3   DEPOSITION OF:                    PAGE
4   NEIL McPHERSON
5
6   EXAMINATION BY MR. DURSO          4
7   _____X
8          E X H I B I T S
9   NO.                      PAGE
10  1   Memo from Deputy Chief Buckler    27
11
12
13
14
15
16
17
18   *Original exhibits retained by Mr. Durso
19
20
21
22
23
24

Page 4

1               P R O C E E D I N G S
2
3           NEIL McPHERSON,
4   a witness called for examination by the
5   Plaintiffs, having been satisfactorily identified
6   by the production of his Massachusetts driver's
7   license, and duly sworn by the Notary Public, was
8   examined and testified as follows:
9               EXAMINATION
10  BY MR. DURSO:
11      Q   State your name for the record, please.
12      A   Neil McPherson.
13      Q   Okay.  And what's your present address?
14      A   9 Great Rock Road in Sherborn 01770.
15      Q   What's your date of birth?
16      A   7/15/65.
17      Q   Okay.  This is a deposition.  Have you
18  done one of these before?
19      A   I have, yeah.
20      Q   Okay.  A lot?
21      A   Not a lot but I've done a few.
22      Q   You know the rules about not talking
23  while the other person's talking and all that good
24  stuff so the stenographer can take everything

Page 5

1   down?
2       A   Yes.
3       Q   Are you a high school graduate?
4       A   Yes.
5       Q   What high school, what year?
6       A   Dover Sherborn, '83; Babson College,
7   '87.
8       Q   '83.  Babson --
9       A   Um-hm.
10      Q   -- '87.  What was your degree in?
11      A   BA.
12      Q   In....
13      A   Business administration, minor in
14  finance.  So that's how I end up in the fire
15  service, makes sense, right?
16      Q   Did you have any further schooling after
17  Babson?
18      A   I mean, nothing -- no formal schooling
19  in terms of college.  Obviously continuing
20  education classes and certifications in the fire
21  service.
22      Q   Okay.  We'll get to those in a second.
23  Any military service?
24      A   No.

LegaLink Boston, a Merrill Communications Company
(617) 542-0039

77085aee-fc3f-4f05-a6aa-a7441dbdf693

Neil McPherson                                                    09/19/2006

| Page 6 | Page 8 |
|---|---|
| 1    Q   Tell me about your licenses and | 1   second.  Tell me a bit about your work history |
| 2   certifications. | 2   post high school, post college? |
| 3    A   Just relative to the fire service, fire | 3    A   As it relates to the fire service? |
| 4   fighter one, two certified, fire officer one, fire | 4    Q   No, just in general. |
| 5   instructor one. | 5    A   Since I graduated from Babson, I also |
| 6    Q   Slow down just a little bit.  Fire | 6   work for Chubb Insurance.  I'm a zone manager for |
| 7   fighter one, two? | 7   them right now. |
| 8    A   I thought you get paid by the hour. | 8    Q   What do you do as zone manager? |
| 9        MR. DURSO:  He gets paid by the | 9    A   Oversee about 45 appraisers throughout |
| 10   hour, I don't. | 10   the Northeast who go out and view properties for |
| 11        MR. LEEDBERG:  Yeah, so slow down. | 11   Chubb in their personal lines department. |
| 12        THE WITNESS:  You're right. | 12    Q   Okay.  From when to when did you work |
| 13    Q   Fire fighter one, two? | 13   for Chubb? |
| 14    A   Yeah. | 14    A   '87 to present. |
| 15    Q   And what was the second thing you said? | 15    Q   Okay.  And you -- you became chief in |
| 16    A   Fire officer one. | 16   2002.  Did you have a relationship with the |
| 17    Q   Yeah. | 17   department prior to that? |
| 18    A   A fire instructor one. | 18    A   Yeah. |
| 19    Q   Yeah. | 19    Q   For how long? |
| 20    A   EMT. | 20    A   I started in 1989 in the department. |
| 21    Q   Yeah. | 21   Before I became chief, I was a deputy chief for a |
| 22    A   Those are the major ones. | 22   year and a half; before that I was a lieutenant |
| 23    Q   Okay.  Do all fire fighters get the fire | 23   for about two years; and those are rough time |
| 24   1, 2 training you're talking about? | 24   frames. |

| Page 7 | Page 9 |
|---|---|
| 1    A   No, not all fire fighters do. | 1    Q   Okay.  When did you get your EMT |
| 2    Q   Okay.  What's -- is that the basic fire | 2   certification? |
| 3   fighting instruction, one and two? | 3    A   Boy, a long time ago.  I don't remember |
| 4    A   One and two is basic fire fighting | 4   the year. |
| 5   instruction so that -- it's the same level of | 5    Q   Do you keep it up? |
| 6   training and certification you would get if you | 6    A   Yeah, of course. |
| 7   went to the department of fire services, the fire | 7    Q   What are we talking, 10 years ago, 15 |
| 8   academy up in Stowe. | 8   years ago? |
| 9    Q   Okay. | 9    A   It had to be probably '92, somewhere |
| 10    A   Level one is for you to operate -- | 10   around there.  I'm only 21. |
| 11   understand the basic principles, and two is really | 11    Q   This is a call fire department? |
| 12   to give you a solid understanding of fire fighting | 12    A   That is correct. |
| 13   skills so you can operate independently.  The fire | 13    Q   And the -- if you can just sort of |
| 14   officer, of course, is for supervising people, | 14   explain to me the structure of the ambulance |
| 15   instructor is for teaching people. | 15   service in a general way. |
| 16    Q   Okay.  All right.  And how did you | 16        MR. LEEDBERG:  Object as to form. |
| 17   become chief? | 17   Answer that if you can. |
| 18    A   Well, somebody suckered me into it.  No. | 18    A   Very simply the structure of the fire |
| 19   Obviously when the job came up, I applied for the | 19   department, the ambulance falls underneath the |
| 20   job, along with a few other people, and was | 20   fire department.  There is a chief, there is a |
| 21   selected in December of 2002.  So I was only been | 21   deputy chief, there is a captain of EMS, a captain |
| 22   in this job for three months when this accident | 22   of inspections, a captain on the fire side. |
| 23   occurred. | 23        When it comes to the ambulance |
| 24    Q   Okay.  We'll get to that in just a | 24   specifically, there is an EMS lieutenant who |

3  (Pages 6 to 9)

77085aee-fc3f-4f05-a6aa-a7441dbdf693

Neil McPherson                                                        09/19/2006

Page 10

1  reports to the EMS captain.  There are lieutenants
2  for each of the engines who report to the fire
3  captain.  We have a training officer and we have a
4  training committee.  Fire fighters report directly
5  to their lieutenants.  They go up the chain of
6  command as the need arises.
7      Q   Okay.  In 2002, 2003 who were the EMS
8  captain and lieutenant?
9      A   2002 the structure was slightly
10 different back then.  You had Ronny Buckler who's
11 a deputy chief, okay, of what they called squad
12 one, all right, and then you had myself, who was
13 the other deputy chief at that point for the fire
14 side.  So Ronny was responsible for EMS and the
15 inspections.
16     Q   Okay.  Was there a lieutenant at that
17 time?
18     A   There was.  John Dowse was the captain,
19 and he's now deputy chief, and I believe at that
20 point in time it was I believe Pam Dowse.  Yeah,
21 it was Pam Dowse.  Although, I will definitely
22 check that for you.
23     Q   Okay.  In the beginning of 2003 there
24 was a single ambulance which is referred to as A1;

Page 11

1  is that correct?
2      A   That is correct.
3      Q   Okay.  And the A1 ambulance would have
4  had one stretcher?
5      A   Correct.
6      Q   Okay.  Are you familiar with that
7  stretcher?
8      A   Yeah.
9      Q   I show you what was marked Exhibit 4 in
10 the Christensen deposition.  Is that the stretcher
11 and the model?
12         (Document exhibited to witness.)
13         (Witness perusing document.)
14     A   It appears to be.
15     Q   Okay.  How did you -- I'm sorry, you can
16 continue looking through that if you need to.
17     A   It's fine.
18     Q   How did you first become aware that
19 something happened to Mr. Koran on February 6,
20 2003?
21         MR. LEEDBERG:  Object as to form.
22 You can go ahead and answer that if you can.
23     A   How did I become first aware.  We were
24 here at a drill that night when the ambulance went

Page 12

1  out.  And I'm just trying to think exactly.  I
2  believe actually I was made aware of it the
3  following day, the following morning, when I got a
4  phone call from John Dowse.
5      Q   Okay.  Would you tell me what he told
6  you, as best you can remember?
7      A   I believe he said that there was a
8  problem with the stretcher and that he was calling
9  for service that day.
10     Q   Okay.  This is a small department?
11     A   Yeah.
12     Q   You've got one stretcher.  What happens
13 if you can't use your stretcher; do you have a
14 spare or --
15     A   We do not, no.
16     Q   So what do you do?
17     A   We'll call -- if we don't have a
18 stretcher that is working, we'll call mutual aid.
19     Q   Oh, okay.
20     A   So we'll call another ambulance from
21 another town and dispatch our engine downstairs.
22     Q   Okay.  So John Dowse calls you and he
23 tells you there's a problem, and essentially that
24 he's going to deal with it?

Page 13

1      A   That is correct.
2      Q   Okay.  What do you do after that?
3      A   What do I do?
4      Q   Yes.
5      A   Again, I'm going to let him deal with
6  that, and he usually reports back in a timely
7  fashion as to how the problem has been resolved or
8  if he needs my help or intervention.
9      Q   Orally, he reports orally?
10     A   Yes.
11     Q   What is the paperwork that the incident
12 generates?
13     A   There should be an equipment failure
14 form, which I believe you have.
15         (Document exhibited to witness.)
16     Q   I show you what is marked Exhibit 2 in
17 the Christensen deposition.  Is that the document
18 you refer to?
19         (Witness perusing document.)
20     A   Yes.
21     Q   Okay.  Is there any other paperwork
22 that's generated besides that document?
23     A   There's no formal paperwork, no.
24     Q   Okay.  When you talk to someone in the

4 (Pages 10 to 13)

77085aee-fc3f-4f05-a6aa-a7441dbdf693

Neil McPherson                                              09/19/2006

Page 14

1   department, they talk to you, is there any
2   documentation of the conversations either in terms
3   of creating a piece of paper or making entries in
4   computers or anything like that?
5       A   No.
6       Q   Has -- to your knowledge, has this
7   particular incident resulted in the generation of
8   any additional documentation?
9       A   Not to my knowledge, no.
10      Q   Okay.  I got -- I've got a bunch of
11  stuff that was provided to me -- you're familiar
12  with these ambulance checklists?
13      A   Yes.
14      Q   That's something that's done on a
15  periodic basis?
16      A   Um-hm.
17      Q   What's the period?
18      A   I'd like to say it's a formalized
19  process, but it's rather we try and do it every
20  few weeks, once a month.  In some cases it's
21  formally written down like this, in other cases
22  it's not formally written down.
23      Q   I got a bunch of these things covering
24  several years, and there was a gap from

Page 15

1   January 25th, 2003 to April 30th, 2003.  There
2   were no documents provided in that time frame.
3   Today counsel provided me with additional
4   documents and I got a February 2, 2003 --
5       A   Um-hm.
6       Q   -- checklist, and the next date after
7   that is March 7th.
8       A   Um-hm.
9       Q   Looking at these forms, it seems as
10  though they are prepared, approximately, I don't
11  know, a couple of times a month anyway, sometimes
12  it looks like it's weekly, but it varies.  So I'm
13  wondering if as a result of an incident like this
14  that the ambulance checklist for the relevant
15  period would have been pulled out of the regular
16  records and put somewhere else, sent to a
17  litigation file, sent to town counsel or anything
18  like that, or sent to insurers or risk managers?
19      MR. LEEDBERG:  I'm going to object
20  just to say be careful about any communications
21  you might have with counsel or with myself in any
22  respect.
23      THE WITNESS:  Sure.
24      MR. LEEDBERG:  But other than that,

Page 16

1   answer the question.
2       A   I just say to you that all the
3   information that we have has been provided to you.
4   I do understand that this information was provided
5   this morning, when I was, you know, sharing some
6   of the information I had, and I had just pulled it
7   last night from the pile of stuff.  So I assumed
8   you had gotten that and apparently you did not.
9       Q   I got it today, and I'm not trying to
10  find fault here --
11      A   Yeah.
12      Q   -- but I know that sometimes what
13  happens is that when there's something going on
14  people pull stuff out and put it in a special
15  file --
16      A   Right.
17      Q   -- so they'll be able to put their hands
18  on it quickly --
19      A   Yeah.
20      Q   -- as opposed to going through
21  everything.  So my question is, might that have
22  happened here?  Because it struck me when I was
23  looking at these ambulance checklist forms that
24  after -- this is February 2nd, this last one --

Page 17

1   after February 6th, probably the next time that
2   there was a checklist, the checklist makes note of
3   the fact that stretcher with cot, which is the
4   first item on all these checklists, is maybe not
5   there and not available.  So that's why I'm asking
6   about it, and see if you can shed any light on
7   that.
8       A   Again, I have held the file for this
9   case, and there is nothing in there, again, that
10  you do not have.
11      Q   Okay.  That's fine.
12          So John Dowse notifies you about the
13  problem, and that's the first time you hear about
14  it.
15      A   Um-hm.
16      Q   And when is the next -- what's the next
17  thing that you hear?
18      A   I don't frankly recall exactly the order
19  of the events.
20      Q   Okay.  What's the next thing you
21  remember, whether it's in order or not?
22      A   I do remember I think getting a phone
23  call from Mr. Koran, all right, calling up and
24  claiming that there was some type of situation

5 (Pages 14 to 17)

77085aee-fc3f-4f05-a6aa-a7441dbdf693

Neil McPherson                                    09/19/2006

Page 18

1    that happened, and he was looking for some -- a
2    run report.
3        Q   Okay.
4        A   I don't remember exactly what the time
5    frame was, how many days out that was. I do know
6    for a fact, though, that, again, after that
7    stretcher was repaired, that I was notified it was
8    repaired, because when we make a repair like that
9    we have to take our ambulance out of service, as I
10   mentioned before, and depend upon mutual aid.
11       Q   Okay. So the ambulance was out of
12   service for a period of time?
13       A   As we took the part down, I'm sure --
14   again, I was not part of this. I would assume
15   when it was taken -- a part was taken to the
16   highway department to be repaired. The answer
17   would be yes.
18       Q   Okay. Well, let's back up for a second.
19           When did the highway department get
20   involved in this and how?
21       A   The town mechanic does all the repair
22   work -- most of the repair work for our vehicles
23   and equipment.
24       Q   Okay. Who's the town mechanic or who

Page 19

1    was it then?
2        A   Warren Donnelly.
3            THE WITNESS: Common spelling.
4            THE STENOGRAPHER: Which is the
5    common spelling?
6            THE WITNESS: D-O-N-N-E-L-L-Y.
7            (Discussion off the record.)
8        Q   Is Mr. Donnelly still the town mechanic?
9        A   Yes.
10       Q   In order for Mr. Donnelly to do whatever
11   he did, what paperwork is generated?
12       A   Just, again, the form you see in front
13   of you and John bringing the issue to him.
14   There's no other additional paperwork.
15       Q   No work order of any kind or anything
16   like that?
17       A   In this case, no.
18       Q   Okay. So John Dowse got Warren Donnelly
19   to do whatever he did?
20       A   That is correct.
21       Q   Okay. How did -- how did Warren know
22   what to do?
23       A   I wasn't there, so I really can't tell
24   you. Again, John Dowse handled the repair of this

Page 20

1    stretcher or that piece I should say.
2        Q   Okay. Did John ever tell you what the
3    problem was and why there had to be a repair made?
4        A   The only thing that he said is that,
5    No. 1, he wasn't sure a hundred percent what the
6    issue was, but he noticed that the handle was bent
7    and that EMSAR had been called to ensure --
8            THE STENOGRAPHER: That who had been
9    called?
10           THE WITNESS: E-M-S-A-R, EMSAR.
11       Q   And you said EMSAR was called?
12       A   That is correct. And I believe you have
13   a work order in front of you for the inspection of
14   that stretcher.
15       Q   Yeah. So did -- at what point in the
16   process does EMSAR do their inspection, before or
17   after the repairs are made by Warren Donnelly?
18       A   That's a great question. I don't know.
19       Q   Okay. Is John Dowse the guy who would
20   most likely know the answer to these questions?
21       A   That is correct.
22       Q   Yeah. Okay. All right. So John has
23   the town mechanic work on it; he tells you that it
24   is something to do with the handle being bent; and

Page 21

1    at some point did Warren Donnelly, as far as you
2    know, complete the repair work?
3        A   The repair work that he did -- I want to
4    be very specific -- was related to the handle, all
5    right, I do know that for a fact.
6        Q   Yeah.
7        A   So relative to the work, again, I do
8    know, not how it happened, but rather that he did
9    straighten out the handle.
10       Q   Okay. And did EMSAR then inspect it?
11       A   That's the piece, the time frame, I
12   don't recall, but the order was there.
13       Q   In order for this equipment to go back
14   into service, did someone have to inspect it and
15   certify it in some way?
16       A   Before it went back in the ambulance?
17       Q   Yeah.
18       A   It was checked for operation by John
19   Dowse. It would not have been put back in service
20   if we felt it was not operating properly. Having
21   said that, as a, you know, mechanism, I'm not -- a
22   double-checking mechanism, I know that we called
23   EMSAR to make sure that it was, in fact, operated
24   and a technician looked at that. We are not

6 (Pages 18 to 21)

77085aee-fc3f-4f05-a6aa-a7441dbdf693

Neil McPherson                                              09/19/2006

Page 22

1    technicians.
2       Q   Right.  But my question is, is that
3    what's required under the regulations, that the
4    technician come in and certify that it's operating
5    properly?
6           MR. LEEDBERG:  Object as to form.
7    Answer if you know.
8       A   I don't believe there's any regulations
9    that clearly state that.
10      Q   Okay.  DPH is the certifying agency for
11   all of this stuff; is that right?
12      A   That is correct.
13      Q   Okay.  In any event, at some point, and
14   apparently by -- by March 7th, 2003, at that point
15   there's a form indicating that the ambulance is --
16   I assume the check mark means it's all okay?
17      A   That is correct.
18      Q   So is it likely the ambulance was out of
19   service between February 6 and March 7th of 2003?
20      A   For a period of time, it's likely, yes.
21      Q   Well, it can't operate at all without
22   the stretcher, right?
23      A   That is correct.
24      Q   Okay.  So, I mean, maybe that's the

Page 23

1    explanation of why there's no ambulance checklist
2    in between those two time periods, but if so,
3    would there be any other document generated for
4    the time period that the ambulance was out of
5    service?  Would you have had to have written
6    something for mutual aid or --
7       A   No.
8           MR. LEEDBERG:  Objection as to form.
9    Go ahead.
10      A   We'd make a simple call to dispatch,
11   tell them we're going to have the ambulance out of
12   service for 15, 20 minutes, whatever it may be,
13   and then the officer in charge, if a call comes
14   in, will make the determination as to what the
15   response will be.  So there's no formal
16   documentation to answer your question.
17      Q   You're talking 15 or 20 minutes.  We're
18   talking about maybe a week or two?
19      A   The ambulance was clearly not out of
20   service for a week or two.
21      Q   Okay.  How long do you think it was out
22   of service?
23      A   Again, this is me speculating.
24      Q   Yeah.

Page 24

1       A   That I believe, again, the next day,
2    that when John took the part to the highway
3    department it probably was less than an hour, but
4    I do not know a hundred percent.  John will have
5    to be asked that question.
6       Q   Okay.  And then was it put back in
7    service before the EMSAR person inspected it?
8       A   Again, as I said before, I'm not quite
9    sure of the timing as to EMSAR and as to Warren
10   looking at this.
11      Q   Okay.  So I need to ask John these
12   questions?
13      A   That is correct.
14      Q   Okay.  Aside from your counsel, with --
15   with what other persons have you ever discussed
16   this incident or the -- problems relating to
17   the stretcher?
18      A   I mean, obviously, I had a conversation
19   with Scott, Dominick, the captain, and the deputy
20   to certainly try and gather information and facts.
21   John and I have talked about the process as it
22   relates to this department and the requirements of
23   members of this department, and that's the
24   majority of the conversation that we've had.

Page 25

1       Q   Okay.  Dominick indicated in his
2    testimony that he believes he sent a -- an e-mail,
3    and he believes he sent it to Pam Dowse.  Is there
4    a departmental e-mail service of some sort?
5       A   At this point in time, no.  In fact, we
6    just got that last year.
7       Q   So in 2003, if he sent -- if -- if -- he
8    said he wrote an addendum to his report which
9    indicated what happened and sent it to Pam Dowse.
10   If he sent it to Pam Dowse, would it have been a
11   personal e-mail that it would have gone to?
12      A   Yes.
13      Q   Okay.  What's the relationship between
14   Pam Dowse and John Dowse?
15      A   Husband and wife.
16      Q   Okay.  They share an e-mail, do you
17   know, or did they?
18      A   I don't really know.
19      Q   Did you ever see Dominick Tolson's
20   e-mail?
21      A   I don't -- I don't believe so.
22      Q   Aside from the document that's marked
23   Exhibit 2 in the Christensen deposition and the
24   trip sheet, which is marked Exhibit 1 in the

7 (Pages 22 to 25)

LegaLink Boston, a Merrill Communications Company
(617) 542-0039

77085aee-fc3f-4f05-a6aa-a7441dbdf693

Neil McPherson                                                    09/19/2006

Page 26

1   Christensen deposition --
2           (Documents exhibited to witness.)
3       Q   -- are you aware of any other documents
4   which contain information about the malfunction of
5   the stretcher?
6       A   I'm just trying to think. Relative to
7   the malfunction. I don't believe so. I don't
8   believe so, no. No.
9       Q   Okay, the -- did anyone ever write
10  anything which was an explanation of what it was
11  that went wrong?
12      A   Ronny Buckler, and I believe you guys
13  have that as a point of correction, wrote a brief
14  memo.
15          THE WITNESS: Which I think you
16  have.
17          MR. LEEDBERG: I don't know whether
18  we disclosed that or not. Do you have a memo from
19  Buckler in your file? That may have been
20  privileged.
21      A   Okay. That's the one memo I do have
22  that kind of gives a brief overview of the events
23  that night, as he was the senior officer on
24  scene --

Page 27

1       Q   Okay.
2       A   -- which I requested from him.
3           MR. DURSO: Yeah. I haven't seen
4   that. Is that something you're gonna disclose
5   or --
6           MR. LEEDBERG: I can't imagine why
7   we would have thought it was privileged. We can
8   revisit it. Why don't we, you know, keep going
9   unless you want to take five right now, I'll look
10  at the memo and make a determination.
11          MR. DURSO: Well, yeah, because, I
12  mean, I might have a few more questions, because
13  basically I'm done otherwise, aside from that.
14          MR. LEEDBERG: Okay. Why don't we
15  go off the record. Let me take a look at it.
16          (Off record.)
17          (Document marked as Exhibit No. 1.)
18          MR. DURSO: Back on the record.
19      Q   Okay, Chief, you've given me a document
20  which we've marked Exhibit 1, which was a memo
21  from Deputy Chief Buckler to you with regard to
22  the -- the incident the night -- the night of the
23  incident, which was February 6, 2003.
24          Did anyone ever give you anything in

Page 28

1   writing with respect to what it was that caused
2   the stretcher to malfunction?
3       A   No.
4       Q   Did anyone other than what you've told
5   me that -- about John Dowse having Warren Donnelly
6   make a repair on the bent handle, other than that,
7   did anyone ever tell you what it was that
8   malfunctioned, even if it didn't end up in a
9   written document?
10      A   No.
11      Q   Was there ever any explanation as to how
12  the handle got bent?
13      A   No.
14          (Document exhibited to witness.)
15      Q   And I'm showing you page 7 of Exhibit 4
16  from the Christensen deposition, and I want to
17  point to the object which says "auxillary lock."
18  Do you see that?
19      A   Yes.
20      Q   Is that what we're talking about when we
21  talk about the handle being bent?
22      A   I believe so.
23      Q   Okay. And is it your understanding that
24  in order for the legs to stay in the down locked

Page 29

1   position that that -- that handle has to click
2   into a position when the legs are dropped?
3           MR. LEEDBERG: I'm going to object
4   as to form. Answer if you can.
5       A   I believe -- again, I'm not an engineer
6   by any means here -- that locking mechanism is
7   typically to unlock the legs when you put it into
8   the back of the ambulance. I am -- again, I don't
9   know if the handles over here -- I don't know.
10  I'm not sure.
11      Q   Okay. Well, if you have to unlock that
12  in order to fold the legs, then it must be in a
13  locked position when the legs are down, logically?
14      A   But it's not something that we have to
15  manually do. That is something that typically --
16  again, I think it automatically resets itself, I
17  believe.
18      Q   Yeah, into a locked position when the
19  legs are given; is that right?
20      A   I can't say if it's -- if that means
21  it's in the locked position or not.
22      Q   All right. In any event, that appears
23  to have been the handle that was bent and is
24  somehow involved in the malfunction; is that

8 (Pages 26 to 29)

LegaLink Boston, a Merrill Communications Company
(617) 542-0039

77085aee-fc3f-4f05-a6aa-a7441dbdf693

Neil McPherson                                              09/19/2006

---

Page 30

```
 1   correct; is that your understanding?
 2            MR. LEEDBERG: Objection as to form.
 3       A   I would say to you, again, John Dowse is
 4   the person who specifically dealt with this.
 5       Q   Okay.
 6       A   It is my impression, but I am not the
 7   one who made that repair, okay, or was involved
 8   necessarily with the corrective action.
 9       Q   Okay. All right. Are there any other
10   documents --
11       A   No.
12       Q   -- of any kind that -- you've got to let
13   me finish the question.
14       A   I'm sorry.
15       Q   Are there any other documents of any
16   kind that relate to this incident which are being
17   withheld on a claim of privilege at this time, do
18   you know?
19            MR. LEEDBERG: I'm going to object
20   to that question. Answer it if you know it.
21       A   I don't believe so.
22       Q   Okay.
23            MR. DURSO: Okay. Anything else?
24            MR. COLETTI: I think you've been
```

Page 31

```
 1   thorough.
 2            MR. DURSO: Thank you.
 3            MR. LEEDBERG: I'm just going to say
 4   on the record that the memorandum that we
 5   disclosed, I'm not sure if we disclosed it or not.
 6   There seems to be an argument for a prepared in
 7   anticipation of litigation privilege, but after
 8   consulting with my client, we decided we'd
 9   disclose this one memorandum and waive the
10   communication as to this memorandum only, and we
11   will not be waiving any other communications as
12   far as the investigation for litigation.
13            MR. DURSO: Okay. Thank you.
14   Appreciate that. All right, I think we're done.
15            (Off record at 3:25 p.m.)
16
17
18
19
20
21
22
23
24
```

Page 32

```
 1                C E R T I F I C A T E
 2   COMMONWEALTH OF MASSACHUSETTS
 3   BRISTOL, SS
 4
 5            I, Lori-Ann London, Registered
 6   Professional Reporter and Notary Public in and for
 7   the Commonwealth of Massachusetts, do hereby
 8   certify:
 9            That, NEIL McPHERSON, the witness
10   whose deposition is hereinbefore set forth, was
11   duly sworn by me and that such deposition is a
12   true record of the testimony given by the witness
13   to the best of my knowledge, skill, and ability.
14            I further certify that I am neither
15   related to, nor employed by, any of the parties in
16   or counsel to this action, nor am I financially
17   interested in the outcome of this action.
18            IN WITNESS WHEREOF, I have hereunto set
19   my hand and seal of office this 2nd day of October
20   2006.
21   _____
22            Lori-Ann London, RPR
23            Notary Public
24   My commission expires: 6/15/2012
```

Page 33

```
 1             E R R A T A  S H E E T
 2        I, NEIL McPHERSON, the within-named
 3   deponent do hereby certify that I have read the
 4   foregoing transcript of my testimony, and further
 5   certify that said transcript is a true and
 6   accurate record of said testimony (with the
 7   exception of the following corrections listed
 8   below):
 9   Page    Line         Correction
10   ____    ____    _____
11   ____    ____    _____
12   ____    ____    _____
13   ____    ____    _____
14   ____    ____    _____
15   ____    ____    _____
16   ____    ____    _____
17   ____    ____    _____
18   ____    ____    _____
19                   _____
20        Signed under the pains and penalties of
21   perjury this    day of        , 2006.
22
23                   _____
24                   NEIL McPHERSON
```

9 (Pages 30 to 33)

77085aee-fc3f-4f05-a6aa-a7441dbdf693

# MOTION FOR SUMMARY JUDGMENT
## EXHIBIT 14
## Sherborn Fire & Rescue Call Response Log
## (1/1/03-3/1/03)

## Sherborn Fire & Rescue Department

### Fire and EMS Combined List by Incident Number

### Alarm Date Between {01/01/2003} And {03/01/2003}

| Incident | Type | Date | Location | Description |
|----------|------|------|----------|-------------|
| 03-0000036-0 | FIRE | 01/23/2003 | 84 Harrington Ridge RD | 600 Good intent call, Other |
| 03-0000037-1 | EMS | 01/23/2003 | Police Station | Allergic Reaction |
| 03-0000038-0 | FIRE | 01/25/2003 | 206 Woodland ST | 700 False alarm or false |
| 03-0000039-0 | FIRE | 01/27/2003 | 27 Deerfield RD | 600 Good intent call, Other |
| 03-0000040-1 | EMS | 01/27/2003 | Western & Maple | MVA |
| 03-0000040-2 | EMS | 01/27/2003 | Western & Maple | MVA |
| 03-0000040-0 | FIRE | 01/27/2003 | Washington ST & Maple ST | 322 Motor vehicle accident |
| 03-0000041-0 | FIRE | 01/27/2003 | 60 Washington ST | 730 System malfunction, |
| 03-0000042-1 | EMS | 01/28/2003 | Mill/Pond and Speen | MVA |
| 03-0000043-1 | EMS | 01/28/2003 | 39 Brush Hill RD | ME |
| 03-0000044-1 | EMS | 01/29/2003 | 25 Page Farm RD | ME |
| 03-0000045-1 | EMS | 01/29/2003 | 2 N Main ST | ME |
| 03-0000046-0 | FIRE | 01/29/2003 | Pine hill LA | 444 Power line down |
| 03-0000047-1 | EMS | 01/31/2003 | 182 West Central Street, Natick | ME |
| 03-0000048-1 | EMS | 01/31/2003 | 39 Brush Hill RD | ME |
| 03-0000049-1 | EMS | 01/31/2003 | 5 Apple ST | ME |
| 03-0000050-0 | EMS | 02/01/2003 | Washington and Woodland | MVA |
| 03-0000051-1 | EMS | 02/02/2003 | 147 N Main ST | MVA |
| 03-0000052-1 | EMS | 02/02/2003 | 39 Brush Hill RD | fell off horse |
| 03-0000053-0 | FIRE | 02/03/2003 | 27 Parks DR | 114 Chimney or flue fire, |
| 03-0000054-1 | EMS | 02/03/2003 | 121 Bogastow Brook RD | ME — Blah / Lunnie /c-1   see list |
| 03-0000055-0 | FIRE | 02/03/2003 | 12 Ames DR | 500 Service Call, other |
| 03-0000056-0 | EMS | 02/04/2003 | Nason Hill and Mill | MVA — waiver |
| 03-0000057-0 | EMS | 02/05/2003 | 26 N Main ST | MVA — waiver |
| 03-0000058-1 | EMS | 02/05/2003 | 50 Cedar Ave Apt A — Natick | Medical  J.P/ Lunnie /c-1 |
| 03-0000059-1 | EMS | 02/06/2003 | 33 N Main ST | Medical — Koren |
| 03-0000060-0 | FIRE | 02/07/2003 | Farm RD & Forest ST | 322 Motor vehicle accident |
| 03-0000061-0 | EMS | 02/07/2003 | W Goulding ST & Woodland ST | M.V.A. |
| 03-0000062-1 | EMS | 02/07/2003 | 150 N Main ST | MVA |
| 03-0000062-0 | FIRE | 02/07/2003 | North main at laurel Farms | 322 Motor vehicle accident |
| 03-0000063-0 | FIRE | 02/07/2003 | N Main ST /Laurel Farms | 322 Motor vehicle accident |
| 03-0000064-1 | EMS | 02/07/2003 | N Main ST /Laurel Farms | MVA |
| 03-0000064-2 | EMS | 02/07/2003 | N Main ST /Laurel Farms | MVA |
| 03-0000065-1 | EMS | 02/08/2003 | 63 South Main ST | ME |
| 03-0000066-0 | FIRE | 02/08/2003 | Bullard Street near Millis Town | 700 False alarm or false |
| 03-0000067-0 | FIRE | 02/09/2003 | 93 Eliot ST | 551 Assist police or other |
| 03-0000068-0 | EMS | 02/09/2003 | 234 Western AVE | ME - Animal Attack |
| 03-0000069-0 | EMS | 02/10/2003 | Washington and Maple | MVA |
| 03-0000070-0 | EMS | 02/13/2003 | 506 Concord St | ME |

# MOTION FOR SUMMARY JUDGMENT
## EXHIBIT 15
## Plaintiff Erik Koran's Answers to Interrogatories

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOSEPH H. KORAN, and KIMBERLY | ) | |
| KORAN, Individually and on Behalf of | ) | |
| ANA KORAN, JOSEPH KORAN, JR. | ) | |
| and ERIK KORAN, Minors, | ) | |
| Plaintiffs | ) | |
| | ) | C. A. No. 05-11454-RGS |
| v. | ) | |
| | ) | |
| ELIZABETH WEAVER, and | ) | |
| TOWN OF SHERBORN, | ) | |
| Defendants | ) | |

## PLAINTIFF ERIK KORAN'S ANSWERS TO DEFENDANT
## TOWN OF SHERBORN'S FIRST SET OF INTERROGATORIES

**INTERROGATORY 1.** Please Identify Yourself, giving Your full name, age, residential address and school name and address.

**ANSWER:** Erik Dylan Koran, D.O.B. 10/20/04, 6101 Twain Drive, New Market, MD 21774.

2. Describe Your relationship to all of the Plaintiffs in this case.

**ANSWER:** Joseph and Kimberly Koran are Erik's parents. Joseph Albert and Ana are his siblings.

**INTERROGATORY 3.** Describe each and every way in which you contend that the Incident affected Your relationship with Plaintiff Joseph H. Koran, and/or the society, services or affection from the Plaintiff, Joseph H. Koran.

**ANSWER:** Erik was born after the accident at issue. Joseph Koran was able to pick him up and hold him when he was first born, but has never been able to get down on the floor to change his diaper, or to horse around with him or give him a piggy-back. They have not been able to go on walks together, or go to the playground together.

**INTERROGATORY 4.** Describe how You first learned about the Incident, Identifying all Communications by date and time, medium used, Persons present, Documents evidencing the Communication, if any, and a verbatim of the Communication.

**ANSWER:** I am not sure Erik knows specifically about the accident at issue. He does know,

however, that "Daddy's back hurts all the time."

**INTERROGATORY 5.**  Describe what actions You took, if any, upon learning about the Incident.

**ANSWER:**  None.

**INTERROGATORY 6.**  Please Identify all Communications You, or anyone acting on Your behalf, have had with the Defendant, Town of Sherborn, or any of its employees, agents or officials, concerning or in any way related to the Incidents alleged in the Complaint.

**ANSWER:**  None.

Signed under the pains and penalties of perjury this 10th day of May , 2006.

ERIK KORAN, By His Father and Next
Friend JOSEPH H. KORAN

CERTIFICATE OF SERVICE

I, Carmen L. Durso, attorney for plaintiffs, hereby certify that I served Plaintiff ERIK KORAN'S ANSWERS TO DEFENDANT TOWN OF SHERBORN'S INTERROGATORIES on the parties, by mailing a copy, postage prepaid, to John J. Cloherty, Esquire, Pierce, Davis & Perritano, LLP, 10 Winthrop Square, Boston, MA 02110 and to Dragan A. Cetkovic, Esquire, Black, Cetkovic & Whitestone, 200 Berkeley Street, Boston, MA 02116.

DATED: _July 12, 2006_

_Carmen L. Durso_
CARMEN L. DURSO, ESQUIRE

# MOTION FOR SUMMARY JUDGMENT EXHIBIT 16
## Unreported Decision:
## Goraj v. Nowak Funeral Home, Inc., 66 Mass.App.Ct. 1102, 845 N.E.2d 450 (2006)

Westlaw.

845 N.E.2d 450                                                                                          Page 1

66 Mass.App.Ct. 1102, 845 N.E.2d 450, 2006 WL 959473 (Mass.App.Ct.)
**(Cite as: 66 Mass.App.Ct. 1102, 845 N.E.2d 450)**

Briefs and Other Related Documents
Goraj v. Nowak Funeral Home, Inc.Mass.App.Ct.,2006.NOTICE: THIS IS AN UNPUBLISHED OPINION.

Appeals Court of Massachusetts.
Delores A. GORAJ & another,[FN1]

FN1. Thomas W. Goraj.

v.
NOWAK FUNERAL HOME, INC.
**No. 05-P-967.**

April 13, 2006.

**Background:** Invitee at funeral home brought personal injury action against funeral home after fell on concrete ramp. The trial court entered judgment in favor of invitee, and denied funeral home's motions for directed verdict and for judgment notwithstanding the verdict. Funeral home appealed.

**Holding:** The Appeals Court held that concrete ramp at funeral home did not pose a danger or defect of which the funeral home knew or should have known.

Reversed.

**Negligence 272 ☞1110(1)**

272 Negligence
   272XVII Premises Liability
     272XVII(D) Breach of Duty
      272k1100 Buildings and Structures
       272k1110 Steps, Stairs and Ramps
        272k1110(1) k. In General. Most Cited Cases
Slope of concrete ramp at funeral home, either alone or in combination with the absence of a nonslip mat or hand railing, did not pose a danger

or defect of which the funeral home knew or should have known, precluding funeral home invitee from injuries incurred from a fall on the ramp; prior to invitee, no one had ever fallen on the ramp, and invitee herself had used ramp without falling.

*MEMORANDUM AND ORDER PURSUANT TO RULE 1:28*

**\*1** On appeal from a judgment in favor of the plaintiffs, the defendant contends that the judge erred in denying its motions for a directed verdict and for judgment n.o.v. We reverse, as we conclude that the plaintiffs presented insufficient evidence that the concrete ramp on which the plaintiff Delores A. Goraj fell constituted a dangerous condition or defect of the premises of which the defendant knew or should have known.[FN2]

> FN2. Here the judge properly allowed the matter to go to the jury, following the " better procedure" prescribed for a case in which it is a close question whether the standard for granting a directed verdict is met. See *Soares v. Lakeville Baseball Camp, Inc.,* 369 Mass. 974, 975, 343 N.E.2d 840 (1976). Notwithstanding the respect rightfully accorded to a jury verdict, the verdict cannot stand because as matter of law the judge should have allowed the defendant's motion for judgment n.o.v.

In reviewing the denial of motions for directed verdict and for judgment n.o.v, we consider " whether 'anywhere in the evidence, from whatever source derived, any combination of circumstances could be found from which a reasonable inference could be drawn in favor of the plaintiff." ' *Poirier v. Plymouth,* 374 Mass. 206, 212, 372 N.E.2d 212 (1978), quoting from *Raunela v. Hertz Corp.,* 361 Mass. 341, 343, 280 N.E.2d 179 (1972). See

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

845 N.E.2d 450

66 Mass.App.Ct. 1102, 845 N.E.2d 450, 2006 WL 959473 (Mass.App.Ct.)
**(Cite as: 66 Mass.App.Ct. 1102, 845 N.E.2d 450)**

*Forlano v. Hughes,* 393 Mass. 502, 504, 471 N.E.2d 1315 (1984). Even viewed under this generous standard, the plaintiffs failed to establish that the slope of the concrete ramp, either alone or in combination with the absence of a nonslip mat or hand railing, posed a danger or defect of which the defendant knew or should have known. Absent the existence of a defect of which it knew or should have known, the defendant may not be found negligent.[FN3] See *Oliveri v. Massachusetts Bay Transp. Authy.,* 363 Mass. 165, 167, 292 N.E.2d 863 (1973); *Davis v. Westwood Group,* 420 Mass. 739, 742-743, 652 N.E.2d 567 (1995).

> FN3. Although the parties focus on whether any dangers posed by the ramp were "open and obvious," the inquiry more properly is whether there was a dangerous condition or defect in the premises of which the defendant knew or should have known. See *Greenslade v. Mohawk Park, Inc.,* 59 Mass.App.Ct. 850, 853, 798 N.E.2d 336 (2003) ("landowner has a duty to warn of any unreasonable danger of which the owner is or reasonably should have been aware"). Put differently, while the ramp's slope and lack of a nonslip mat or hand rail were readily apparent, whether these conditions are "open and obvious" dangers depends in the first instance on whether the conditions are defects or dangers of which the defendant knew or should have known. Liability in negligence does not attach unless the defect or danger is one of which the defendant knew or should have known.

An owner or possessor of land owes a common-law duty of reasonable care to all persons lawfully on the premises. See *Davis v. Westwood Group, supra.* This duty includes an obligation to maintain "his property in a reasonably safe condition in view of all the circumstances, including the likelihood of injury to others, the seriousness of the injury, and the burden of avoiding the risk." *Mounsey v. Ellard,* 363 Mass. 693, 708, 297 N.E.2d 43 (1973), quoting from *Smith v. Arbaugh's Restaurant, Inc.,* 469 F.2d 97, 100 (D.C.Cir.1972). However, a landowner is "

not obliged to supply a place of maximum safety, but only one which would be safe to a person who exercises such minimum care as the circumstances reasonably indicate." *Lyon v. Morphew,* 424 Mass. 828, 833, 678 N.E.2d 1306 (1997), quoting from *Toubiana v. Priestly,* 402 Mass. 84, 88, 520 N.E.2d 1307 (1988).

In the circumstances of this case, no rational view of the evidence would warrant a finding that the defendant knew or had reason to know that the slope of the ramp, either alone or in conjunction with the absence of a railing or mat, posed a danger to the few individuals using the ramp, including Mrs. Goraj, who was well aware of its slope and condition. There was no evidence that the slope of the ramp or the absence of a nonslip mat or hand rail, violated a statute or regulation, thereby imposing on the defendant constructive notice of any danger. See *Perry v. Medeiros,* 369 Mass. 836, 841, 343 N.E.2d 859 (1976); *Lindsey v. Massios,* 372 Mass. 79, 83, 360 N.E.2d 631 (1977). Nor was there any evidence, apart from Mrs. Goraj's fall, that the defendant knew or should have known that the ramp posed a danger to anyone using ordinary care. See *Barry v. Beverly Enterprises-Mass., Inc.,* 418 Mass. 590, 593-594, 638 N.E.2d 26 (1994) (defendant who had no actual or constructive knowledge of the allegedly hazardous condition cannot be found to have violated a duty of care). Prior to Mrs. Goraj's accident, no one ever had fallen on the ramp. (R. 176) Indeed, Mrs. Goraj herself had used the ramp on five prior occasions without incident, and her husband had used the ramp without difficulty only minutes before her fall.

*2 The mere happening of an accident is not indicative of negligence. See *Rizzittelli v. Vestine,* 246 Mass. 391, 392, 141 N.E. 110 (1923); *Spano v. Wilson Tisdale Co.,* 361 Mass. 209, 212, 279 N.E.2d 725 (1972). Rather, for liability in negligence to attach there must be a failure by the defendant to use care to avoid a danger of which the defendant knew or should have known. See *Oliveri v. Massachusetts Bay Transp. Authy.,* 363 Mass. at 167, 292 N.E.2d 863. Unless a landowner knows or should know of the defect or dangerous condition, it cannot be found to have violated its duty of care. See *Barry v. Beverly Enterprises-Mass., Inc.,* 418

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

845 N.E.2d 450                                                                    Page 3

66 Mass.App.Ct. 1102, 845 N.E.2d 450, 2006 WL 959473 (Mass.App.Ct.)
**(Cite as: 66 Mass.App.Ct. 1102, 845 N.E.2d 450)**

Mass. at 593, 638 N.E.2d 26.

There was in this case neither expert testimony nor evidence from which a trier of fact, using common knowledge and experience, reasonably might conclude that the "mere occurrence of the accident shows negligence as a cause." *Enrich v. Windmere Corp.,* 416 Mass. 83, 88, 616 N.E.2d 1081 (1993). The testimony of the plaintiffs' expert, Clayton Rose, to the effect that the condition of the ramp amounted to a "defect" or "dangerous condition," provides an inadequate basis for concluding that the defendant knew or should have known of such a defect or danger. Rose's opinion that the thirty-two-degree slope of the ramp was "excessive" and that the ramp could have been safer with a railing or mat (R. 222-227) was predicated on no statute, regulation, or industry standard. Such untethered statements amount to no more than a personal view and fail to establish a standard of care of which it reasonably can be said the defendant knew or should have known and to which it need conform.

The order denying the motion for judgment n.o.v. is reversed. The judgment is reversed. Judgment shall enter for the defendant.
*So ordered.*

Mass.App.Ct.,2006.
Goraj v. Nowak Funeral Home, Inc.
66 Mass.App.Ct. 1102, 845 N.E.2d 450, 2006 WL 959473 (Mass.App.Ct.)

Briefs and Other Related Documents (Back to top)

• 2005 WL 3441090 (Appellate Brief) Reply Brief for the Defendant/Appellant Nowak Funeral Home, Inc. (Oct. 5, 2005)
• 2005 WL 4678994 (Appellate Brief) Reply Brief for the Defendant/Appellant Nowak Funeral Home, Inc. (Oct. 5, 2005)
• 2005 WL 4678993 (Appellate Brief) Brief of Appellees, Delores Goraj and Thomas Goraj (Sep. 27, 2005)
• 2005 WL 2929023 (Appellate Brief) Brief for the Defendant/Appellant Nowak Funeral Home, Inc. (Jul. 28, 2005) Original Image of this Document

(PDF)
• 2005-P-0967 (Docket) (Jul. 5, 2005)
• 2005 WL 4678992 (Appellate Brief) Brief for the Defendant/Appellant Nowak Funeral Home, Inc. (Jun. 28, 2005)

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**MOTION FOR SUMMARY JUDGMENT
EXHIBIT 17
Taber's Cyclopedic Medical Dictionary
(on Human Gestation Periods)**





Case 1:05-cv-11454-RGS    Document 28-18    Filed 01/04/2007    Page 3 of 3

**gerontoxon** 868

**gerontoxon** (jĕ-rŏn-tŏks'ŏn) [* + *toxon*, bow] Arcus senilis.

**geropsychiatry** A subspecialty of psychiatry dealing with mental illness in the elderly.

**Gerota's capsule** Gerota's fascia (gä-rō'täz). [Dimitru Gerota, Rumanian anatomist, 1867–1939] The perirenal fascia.

**Gerstmann syndrome** [Josef Gerstmann, Austrian neurologist, 1887–1969] A neurological disorder resulting from a lesion in the left (or dominant) parietal area. Patients are unable to point or name different fingers, have confusion of the right and left sides of the body, and are unable to calculate or write. In addition, they may have word blindness and homonymous hemianopia.

**gestagen** (jĕs'tä-jĕn) Something that produces progestational effects. This general term describes any substance, natural or synthetic steroid hormone, used to alter reproductive physiology.

**gestalt** (gĕs-tawlt') [Ger. *Gestalt*, form] The concept that the configuration of objects and experience is present as a whole formation that cannot be analyzed by breaking it into its component parts.

**gestalt therapy** A form of therapy that emphasizes the treatment of the person as a whole, with a focus on the reality of the present time and place and with an emphasis on personal growth and enhanced self-awareness.

**gestation** (jĕs-tā'shŭn) [L. *gestare*, to bear] In mammals, the length of time from conception to birth. The average gestation time is a species-specific trait. In humans, the average length, as calculated from the first day of the last normal menstrual period, is 280 days, with a normal range of 259 days (37 weeks) to 287 days (41 weeks). Infants born prior to the 37th week are considered premature and those born after the 41st week premature. SEE: *gestational assessment*; *pregnancy*.

**abdominal g.** Pregnancy in which the embryo develops in the peritoneal cavity.

**cornual g.** Pregnancy in an ill-developed cornu of a bicornuate uterus.

**ectopic g.** Pregnancy in which the fetus develops outside the uterus.

**interstitial g.** Tubal pregnancy in which the embryo is consistently in the portion of the fallopian tube that traverses the wall of the uterus.

**multiple g.** The presence of two or more embryos in the uterus. The incidence of this in the U.S. is about 1.5% of all births. Up to 40% of twin gestations are undiagnosed before labor and delivery. When twins are diagnosed by

**gestation** 868

ultrasound early in the first trimester, in about half of these cases one twin silently abort, and this may or may not be accompanied by bleeding. This nonesson has been termed the vanishing twin. The incidence of birth defects in each fetus of a twin pregnancy is twice that in singular pregnancy. Triplet, quadruplet, and higher gestation pregnancies are a side effect of commonly used fertility drugs.

**prolonged g.** Pregnancy that continues past 41 weeks.

**secondary g.** Pregnancy in which the embryo becomes dislodged from its original seat of implantation and continues to develop in a new situation.

**secondary abdominal g.** Extrauterine pregnancy in which the embryo originally situated in the oviduct elsewhere, has developed in the abdominal cavity.

**tubal g.** Ectopic pregnancy in which the embryo grows in the fallopian tube.

**tuboabdominal g.** Extrauterine pregnancy in which the embryonic sac is formed partly in the abdominal extremity of the oviduct and partly in the abdominal cavity.

**tubo-ovarian g.** Extrauterine pregnancy in which the embryonic sac partly in the ovary and partly in the abdominal end of the fallopian tube.

**uterotubal g.** Pregnancy in which the ovum develops partially in the uterine end of the fallopian tube and partially within the cavity of the uterus.

**gestational assessment** Determining of the prenatal age of the fetus. This information is essential for obstetric care because it influences the decision to intervene and at what time. The age been estimated by evaluating the structural history, the initial detection of fetal heart tones, and date the onset of the fundus reaches the umbilicus. These methods are not precise, especially the date of the last menstrual period either vaguely remembered or unknown.

Use of ultrasound to measure crown-rump length in the first trimester, the biparietal diameter in the second trimester, and other measurements permits a more nearly precise estimation of gestational age. Even so, these techniques, because of biological variation in fetal size and early intrauterine growth failure, may not be consistently accurate. SEE: *Nähegele's rule*.

**gestation sac** The amnion and its contents.

**gestation time** The duration of a normal pregnancy for a particular species. SEE: *pregnancy* for table.

**gestosis** (jĕs-tō'sĭs) [L. *gestare*, to bear + Gr. *osis*, condition] Any disorder of pregnancy.

...ture **1.** A body movement that helps express or conceal thoughts or emotions, mature speech. SEE: *body language*. **2.** An act, written or spoken, to indicate pleasure.

**amphibole** (gŏt'măs-fō'bē-ă) [Gr. *gumo*, taste, + *phobos*, fear] An abnormal dislike or fear of tastes.

...g. hormone.

**on's complex** (gänz) [Anton Ghon, Czech pathologist, 1866–1936] A man's sharply defined shadow in radiographs of the lung seen in certain cases of pulmonary tuberculosis. It represents the necrotic, calcified remains of the primary lesion of tuberculosis. The mycobacteria within the lesion may remain viable and be the source of endogenous and generalized reinfection with tuberculosis. Also called *Ghon's primary lesion.*

**on's tubercle** Ghon's complex.

**GRH** growth hormone–releasing hormone.

...gastrointestinal.

**muzzi's cells** (jän-noot'sēz) [Guiseppe Giannuzzi, It. anatomist, 1839–1876] Crescent-shaped groups of serous cells found in the mixed salivary glands. They appear as darkly staining cells forming a caplike structure on the alveoli.

...ant [Gr. *gigas*, giant] An individual or structure much larger than normal.

...cell tumor **1.** A malignant or benign giant cell tumor that remains in the connective tissue of the bone marrow. Histologically, it contains a vascular reticulum of stromal cells and multinucleated giant cells. **2.** A yellow giant cell tumor of a tendon sheath. **3.** Epulis.

...Chondroblastoma.

...dism (jī'ăn-tĭzm) Gigantism.

...glia (glē-ă') [Alfred Fr. bischof, 1846–1908] remnant of protozoa possessing flagella. They inhabit the

**giardiasis** 869

small intestine of humans and other animals, are pear shaped, and have two nuclei and four pairs of flagella. They attach themselves to the cells of the intestinal mucosa, from which they absorb nourishment. Cysts can survive in water for up to 3 months. The concentration of chlorine routinely used in treating domestic water supplies does not kill *Giardia* cysts, but boiling water inactivates them.

**G. lamblia** A species of *Giardia* found in humans, transmitted by ingestion of cysts in fecally contaminated water or food. *G. lamblia* organisms are found worldwide. The most common symptoms of *G. lamblia* infection are diarrhea, fever, cramps, anorexia, nausea, weakness, weight loss, abdominal distention, flatulence, greasy stools, belching, and eructation. Onset of symptoms begins about 2 weeks after exposure; the disease may persist for up to 2 to 3 months.

There is no effective chemoprophylaxis for this disease. Metronidazole or albendazole are preferred treatments. SEE: *water, emergency preparation of*; *safe drinking*.

DIAGNOSIS: Cysts or trophozoites can be identified in feces. Three consecutive negative tests are required before the feces are considered to be negative. Duodenal contents also can be examined by aspiration or string test, in which an ordinary string is swallowed and a portion is left in the stomach long enough for the protozoa to attach. On removal, it is examined for the presence of cysts or trophozoites. A stool antigen assay test detects *Giardia*. This involves either immunofluorescence or enzyme-linked immunosorbent assay. SEE: illus.

**giardiasis** (jī'ăr-dī'ă-sĭs) Infection with the flagellate protozoan *Giardia lamblia.*



50 μm

50 μm

**GIARDIA LAMBLA**

(A) trophozoites (orig. mag. x1000), (B) cysts (orig. mag. x1000)