UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOSEPH H. KORAN, and KIMBERLY )
KORAN, Individually and on Behalf of )
ANA KORAN, JOSEPH KORAN, JR. )
and ERIK KORAN, Minors, )
    Plaintiffs )
)    C. A. No. 05-11454-RGS
v. )
)
ELIZABETH WEAVER, and )
TOWN OF SHERBORN, )
    Defendants )

### PLAINTIFFS' MOTION TO EXTEND TIME FOR FILING OPPOSITION TO DEFENDANT TOWN OF SHERBORN'S MOTION FOR SUMMARY JUDGMENT   (ASSENTED TO)

Plaintiffs move to extend the time for filing their Opposition to Defendant Town of Sherborn's Motion for Summary Judgment until January 31, 2007.  In support, plaintiffs state that this motion is assented to by the party who has moved for summary judgment, and plaintiffs require additional time due to a personnel change in their counsel's office.

By their Attorney,

*/s/ Carmen L. Durso*

CARMEN L. DURSO, ESQUIRE
B.B.O. # 139340
175 Federal Street, Suite 1425
Boston, MA 02110-2241
617-728-9123
January 18, 2007

Assented To:

*/s/ Michael D. Leedberg*

MICHAEL D. LEEDBERG, ESQUIRE
Pierce, Davis & Perritano, LLP
10 Winthrop Square
Boston, MA 02110-1257
617-350-0950
BBO # 660832

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I hereby certify that the parties to this action have conferred, in a good faith effort to resolve the issue presented herein, and defendant Town of Sherborn has agreed to assent to plaintiffs' Motion.

_____
CARMEN L. DURSO

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail and FAX, on January 18, 2007.

_____
CARMEN L. DURSO