# Commonwealth of Massachusetts

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1215 (A)

JANET SHEPARD

_____, Plaintiff(s)

BEAL PROPERTIES, INC., BEAL PROPERTIES II, INC., G. P., of BEAL PROPERTIES PINE HILL LIMITED PARTNERSHIP and STATE STREET BOSTON CORPORATION

_____, Defendant(s)

## SUMMONS

To the above-named Defendant:    STATE STREET BOSTON CORPORATION

You are hereby summoned and required to serve upon  CARMEN L. DURSO, ESQUIRE Suite 3232, 100 Summer St., Boston, MA 02110-2104 plaintiff's attorney, whose address is _____, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Su~~~~ Barbara J. Rouse ~~~~ Esquire, at Boston, the _____22nd_____ day of April _____, in the year of our Lord two thousand and Five.

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev.

(Side margin note: NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.)