UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH H. KORAN, and KIMBERLY KORAN, Individually and on Behalf of ANA KORAN, JOSEPH KORAN, JR. and ERIK KORAN, Minors, <br>     Plaintiffs <br> <br> v. <br> <br> ELIZABETH WEAVER, and <br> TOWN OF SHERBORN, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> )   **C. A. No. 05-11454-RGS** <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41 (a)(1)(ii), the parties herein have stipulated that this action on behalf of ERIK KORAN, plaintiff herein, be dismissed as to ELIZABETH WEAVER and TOWN OF SHERBORN, defendants herein, with prejudice.

                                          s/s CARMEN L. DURSO
                                          CARMEN L. DURSO, ESQUIRE
                                          Attorney for Plaintiff
                                          B.B.O. # 139340
                                          175 Federal Street, Suite 1425
                                          Boston, MA 02110-2241
                                          617-728-9123

                                          s/s   MICHAEL D. LEEDBERG
                                          MICHAEL D. LEEDBERG, ESQUIRE
                                          BBO # 660832
                                          Attorney for Defendant Town of Sherborn
                                          Pierce, Davis & Perritano, LLP
                                          10 Winthrop Square
                                          Boston, MA 02110-1257
                                          617- 350-0950

        s/s  DRAGAN E. CETKOVIC  
        DRAGAN E. CETKOVIC, ESQUIRE  
        BBO # 565828  
        Attorney for Defendant Elizabeth Weaver  
        Black, Cetkovic & Whitestone  
        200 Berkeley Street, 16th Flr  
        Boston, MA 02116-5022  
        617-236-1900  
        February 5, 2007  

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served upon the attorney of record for each party electronically and by mail on February 5, 2007

        s/s CARMEN L. DURSO  
        CARMEN L. DURSO