UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 05-11454 RGS

| | |
|---|---|
| JOSEPH H. KORAN, and KIMBERLY KORAN, Individually and on Behalf of ANA KORAN, JOSEPH KORAN, JR., And ERIK KORAN, Minors,<br>    Plaintiffs | )<br>)<br>)<br>)<br>)<br>) |
| VS. | )<br>) |
| ELIZABETH WEAVER, and TOWN OF SHERBORN,<br>    Defendants | )<br>)<br>) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please note the appearance of James G. Bynoe on behalf of the Defendant, Elizabeth Weaver.

Respectfully submitted
Elizabeth Weaver
By her attorney,

James G. Bynoe, BBO#547821
Black & Bynoe
10 St. James Avenue, 9th Floor
Boston, MA 02116
(617) 236-1900
Direct Line (617) 654-8724