UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 05-11454 RGS

| | |
|---|---|
| JOSEPH H. KORAN, and KIMBERLY KORAN, Individually and on Behalf of ANA KORAN, JOSEPH KORAN, JR., And ERIK KORAN, Minors,<br>  Plaintiffs<br><br>VS.<br><br>ELIZABETH WEAVER, and TOWN OF SHERBORN,<br>  Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL

TO THE CLERK OF THE ABOVE NAMED COURT:

Please withdraw my appearance as attorney for Defendant, Elizabeth Weaver, in the above entitled case.

                                          Respectfully submitted
                                          Elizabeth Weaver
                                          By her attorney,

                                          */s/ Dragan M. Cetkovic*
                                          Dragan M. Cetkovic, BBO#565828
                                          Black, Bynoe & Cetkovic
                                          10 St. James Ave., 9th Floor
                                          Boston, MA 02116
                                          (617) 236-1900

## CERTIFICATE OF SERVICE

I, James G. Bynoe, hereby certify that I have mailed the foregoing document, postage prepaid, to:

Carmen L. Durso, Esq.
175 Federal Street, Suite 1425
Boston, MA 02110-2241
(617) 728-9123

Michael Leedberg, Esq.
Pierce, Davis & Perritano, LLP
Ten Winthrop Square
Boston, MA 02110-1257
(617) 350-0950

DATED: 3/29/07

James G. Bynoe, BB0#547821