UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


JOSEPH KORAN
     Plaintiff

        v.                     CIVIL ACTION NO. 05-11454-RGS

ELIZABETH WEAVER; TOWN OF SHERBORN
     Defendant

## SETTLEMENT ORDER OF DISMISSAL

STEARNS, DJ.                                JUNE 29, 2007

     THE COURT HAVING BEEN ADVISED BY COUNSEL THAT THE ABOVE-ENTITLED

ACTION HAS SETTLED:

     IT IS HEREBY ORDERED THAT THIS ACTION BE DISMISSED WITHOUT COSTS AND

WITHOUT PREJUDICE TO THE RIGHT OF ANY PARTY, UPON GOOD CAUSE SHOWN, TO RESTORE

THIS  ACTION TO THE DOCKET WITHIN  45  DAYS IF SETTLEMENT IS NOT CONSUMMATED.

     SO ORDERED.

                         RICHARD G. STEARNS
                         UNITED STATES DISTRICT JUDGE


            BY:

                      /s/ Mary  H. Johnson
                _____
                     Deputy Clerk

DATED: 6-29-07